**EXHIBIT B**

**XIANGHUO (ASIN B0CHRP96MS, B0CC5YKT2T, B0CFQG78HJ, B0DK91X37C, B0D6QRMDQ6, B0DRVVDW4V, B0DJTDGDHG, B0DLNSMWHX, B0DGXMZGKK, B0DK926KVX)**



