EXHIBIT C

## Part I. Images and Patent US D1,054,752 S



FIG. 1　　FIG. 10　　FIG. 11

FIG. 2

| ELEMENTS | DESCRIPTION |
|---|---|
| A | Storage box |
| B | Support pattern in back of the box |
| C | Locking buckle on both sides of the box |

1

| D | Wheels attached to the bottom of the box |
|---|---|

**Part II. Prior art (as identified by the Patent Examiner and printed on US D1,054,752 S)**

The below patents were selected from the cover of the patent for the claimed design, as being elected by the examiner as being relevant:



| Prior Art | Comparison to Claimed Design of **537 patent |
|---|---|
| **US D250309 S** | US D250309 S possesses a version of element A, though these appear distinctly different. **309 does not include elements B, C, and D. |
| **US D328341 S** | US D328341 S possesses a version of element A, though these appear distinctly different. **341 does not include elements B, C, and D. |

2

| | |
|---|---|
| US D985315 S1  | US D985315 S1 possesses a version of elements A and D. Though **315 looks similar, it does not include elements B and C. |
| US D990884 S1 | US D990884 S1 possesses a version of elements A and C. Though **884 looks similar, it does not include elements B and D. |

**Part III. Analysis of Infringing Products.**

**Pictures of the infringing products in the following table are screenshots from the Defendants' online store websites (including the customers' reviews).**

3

| KNOCKOFF PRODUCT (Amazon.com Platform) | COMPARISON TO THE CLAIMED DESIGN | Notes |
|---|---|---|
| 1. **XIANGHUO (ASIN: B0CHRP96MS; B0CC5YKT2T; B0CFQG78HJ; B0DK91X37C; B0D6QRMDQ6; B0DJTDGDHG; B0DLNSMWHX; B0DGXMZGKK; B0DK926KVX)** | Contains Elements A, B, C and D. | The product has a variety of ASINs, because it has different colors. |

4

| | | |
|---|---|---|
|  | | |
| **DELIVERY OPTIONS** | **DELIVERY NOTE** | **SCREENSHOT DATE** |
| [Screenshot of Amazon checkout showing delivery to Chicago, IL 60607-1604, arriving Apr 6, 2025, for "4 Tier Storage Bins with Lids 103QT - Stackable Storage Containers with Wheels, Folding Storage Boxes, Stackable Storage Bins, Closet Organizers and Storage for Living Room, Office", $219.99 ($55.00/Count), Ships from Amazon.com, Sold by XIANGHUO] | The products will be delivered to Chicago, Illinois 60607 if customers place the order and pay. | 03/31/2025 |