EXHIBIT TRO-A

Sponsored

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view



## 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Stackable Storage Bins, Closet Organizers and Storage for Living Room,Office,Dorm

Visit the YFXCVSL Store

4.4 ★★★★☆ ⌄     5,331 ratings

**#1 Best Seller**  in Storage Boxes

10K+ bought in past month

---

**Limited time deal**

**-39%** $**30**$^{33}$ ($7.58 / count)

List Price: $49.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

Get a $80 Amazon Gift Card instantly upon approval for

$**30**$^{33}$ ($7.58 / count)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns ⌄

**FREE delivery Wednesday, June 18** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Sunday, June 15**. Order within 9 hrs 34 mins. Join Prime

**Arrives on Father's Day. Need a gift sooner?** Send an Amazon Gift Card instantly by email or text message.

◉ Delivering to Washington 20019 - Update location

**In Stock**

Quantity: 1  ⌄