CONG TAN,
Plaintiff

v.

XIANGHUO
Defendants.

CA: 1:25-cv-05003

Honorable John J. Tharp, Jr.

Magistrate Judge M. David Weisman

# PLAINTIFF'S SUPPLEMENTAL TO THE MOTION FOR TEMPORARY RESTRAINING ORDER:
# ANALYSIS OF ORNAMENTAL COMPARISON
# BETWEEN XIANGHUO ACCUSED PRODUCT AND
# PLAINTIFF'S CLAIMED DESIGN

**Part I:**
Plaintiff below gives a ornamental-by-ornamental comparison between Plaintiff's claimed design in the D1,054,752 (**752) patent and the Xianghuo allegedly infringing product:



| **752 Claimed Design | Xianghuo Claimed Design |
|---|---|



|  |  |
|  |  |

The analysis image shows that defendants allegedly infringing product is even more than substantially similar, but rather is exactly alike the **752 claimed design. When taken as a whole, the ornamental aspect of the claimed design are found in every aspect of the allegedly infringing design. There is no difference.

Plaintiff will now bring analyze the prior art, which the ordinary observer is deemed to be aware of.

**Part II:**

**Prior art (as identified by the Patent Examiner and printed on US D1,054,752S patent.)**

| Prior Art | |
|---|---|
| US D250309 S  | This prior art document is rectangular in size, and has a textured side. |
| US D328341 S | This invention has a rectangular design. |

| US D985315 S1 | This invention has a rectangular design. |
|---|---|

| | |
|---|---|
| **US D990884 S1**<br> | US D990884 S1 possesses a a hatch pattern on one side. |
| ![cart figure]<br>**9,367,061** | This invention has elements of rectangular design. |

| | |
|---|---|
| 9500400  | This invention has rectangular elements.. |
| D800,989 | This invention has a rectangular design. |

| | |
|---|---|
| 11125474  | This invention has a rectangular design. |
| 11276030  | This invention has rectangular elements. |

| | |
|---|---|
| D950,476 | This invention has a rectangular shape. |
| D968,133 | This invention has a rectangular design. |

| | |
|---|---|
| D1,030,318  | This invention has a rectangular design. The invention also has a door on its front. The design does not possess elements that allow it to be stackable, nor does it apparently possess a textured front. |
| D1,041,887  | This invention has a rectangular shape, a textured surface, and a door. The invention has stackable elements |

| | |
|---|---|
| D1,029,498  | This invention has a rectangular shape, and a textured surface. |
| D1,011,039 | This invention has a rectangular shape, and a bottom textured surface. |

The above are from 12 patents selected from the cover the **752 patent. The prior art fails to show key design components of the claimed design, for example the side design ("B") of the claimed design. As the claimed design and the alleged infringing design are exactly alike, an ordinary observer would mistaken the infringing product for the claimed design. There is thus a strong likelihood of success on the merits.

DATED: June 30, 2025

Counsel for Defendant

    /RDWy/
Robert M. DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Fl., RM213
Washington, D.C. 20005
1018 W. Madison Street, #5
Chicago, IL 60609
Tel: 202-571-7070 / 202 888-4309
Email: rmdewitty@dewittyip.com