IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XIANGHUO,<br><br>　　　　Defendants. | Case No. 25-cv-05003<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge David Weisman |

**PLAINTIFF'S MOTION TO EXTEND**
**THE TEMPORARY RESTRAINING ORDER**

This Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff ("Tan") pursuant to Federal Rules of Civil Procedure 65. This Honorable Court granted the TRO on July 23, 2025 [Dkt. No. 12].

Plaintiff respectfully asks this Court to extend the TRO, until such time Plaintiff file its Motion for Preliminary Injunction, and supporting documentation.

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants' do not modify registration data and content, change hosts, and redirect traffic to other websites in their control.

Plaintiff respectfully requests this Court to extend the Temporary Restraining Order through and until August 18, 2025.

DATED: July 31, 2025

Respectfully Submitted:

Robert M. DeWitty
Attorney for Plaintiff
D&A|R.M. DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Floor, RM 213
Washington DC 20005

1018 W. Madison Street, Ste. 5
Chicago, Il. 60609
Tel: 202-571-7070 / 202 888-4309
Email: admin@dewittyip.com