EXHIBIT 2



| Marketplace | Seller | Price | Monthly Sales | Revenue | Rating |
|---|---|---|---|---|---|
| 🇪🇸 Spain | Sikaflex store | €59.00 | N/A | N/A | 4.4 |
| 🇨🇦 Canada | Dollar Cue | C$80.00 | N/A | N/A | 4.4 |
| 🇮🇳 India | | N/A | N/A | N/A | 4.5 |
| 🇲🇽 Mexico | Amazon Europa | MX$1,987.44 | N/A | N/A | 4.5 |
| 🇦🇺 Australia | | N/A | N/A | N/A | 4.5 |
| 🇦🇪 United Arab Emirates | Amazon Germany | AED305.32 | N/A | N/A | 4.5 |



Haz clic para una vista completa



ASIN: B0B67PCFLQ
Brand: CTSNSLH
Seller: Amazon Europa
Fulfillment: AMZ    Sellers: 1    + My List

**#378,045** in Hogar y Cocina
**#1,393** in Cajas de Almacenaje

Sales Graph: N/A
Variation Sold(30 days): N/A
Revenue: N/A    FBA Fees: N/A
Gross Margin: N/A    Variations: 1

Price: MX$1,987.44
Rating(Num. of Ratings): 4.5(277)
Q&A: --

Color: Blanco
Launch Date: 2022-08-26 (1,067days)

Total Keywords: 0    Organic Keywords: 0
PPC Keywords: 0    Keyword Distribution: 0

Reverse ASIN | Ads Insights
Related Products | Market Analysis
Listing Builder | 1688 Sourcing | Aliexpress
Alibaba | Historical Trends | Bullet Points
Product Details | TikTok Influencer

Brand Checker | AI Review Analysis
Download reviews
Download Images | Download A+ Images
Download Customer Images

Contenedores de almacenamiento apilables de 3 niveles con tapas,



Stock Status
Current Stock    10
MX$1,987.44 Amazon ...    10
View details

$**1,987**⁴⁴
Tarifas de importación Incluido

Entrega GRATIS el **miércoles, 13 de agosto.** Realiza el pedido en **11 hrs 10 mins.** Ver detalles
O entrega más rápida el **lunes, 4 de agosto.** Ver detalles
📍 Se entregará a Mexico City, 11000: actualizar ubicación

**Disponible**

Este producto vendido por Amazon Europa es importado y puede ser diferente a la versión disponible en México. Aplican términos y condiciones separados. Más información ⌄

Cantidad: 1 ⌄

Agregar a    SellerSprite
Comprar ahora

amazon.com.mx

Entrega en Mexico City 11000
Actualizar ubicación

Herramientas y Mejoras del Hogar

Hola, identifícate
Cuenta y Listas

Devoluciones
y Pedidos

0

Devoluciones  Devolución durante
30 días a partir de
que recibes el…

Pago  Transacción segura

Agregar a la Wish List

plástico de 23 cuartos con puertas y ruedas magnéticas, prácticos contenedores de almacenamiento

Marca: CTSNSLH

4.5 ★★★★½  277 calificaciones

$1,987⁴⁴

Tarifas de importación Incluido ⌄

**$331.24** x6 meses sin intereses

Ver planes de pago ⌄

Pagos y
Seguridad

30 días de
devolución
sin costo

Color: **Blanco**

| | |
|---|---|
| **Marca** | CTSNSLH |
| **Color** | Blanco |
| **Material** | PP resistente: una vez comprado, uso prolongado |
| **Característica especial** | Compra los 4 niveles para un mejor valor |
| **Estilo** | 23QT |
| Usos | Juguetes, ropa |

⌄ Ver más

## Acerca de este artículo

 



🔒 Compliance Check

✅ Listing Optimization

- Capacidad total de 70 cuartos de galón: cada caja de almacenamiento mide 15.4 x 11 x 8.2 pulgadas (largo x ancho x alto). Estas cajas de almacenamiento se pueden utilizar para almacenar artículos personales como ropa, suministros de oficina, suministros de arte, juguetes, aperitivos y mucho más. Un buen organizador de almacenamiento para recámara, sala de estar, cocina, estudio u oficina, aula, etc.

- Estable y duradero: hecho de polipropileno de alta calidad en lugar de materiales inferiores baratos, nuestros recipientes de almacenamiento vienen con mejores juntas y paneles más duros. Más duradero y no se daña fácilmente. Una vez comprado para un uso prolongado.

- Fácil de instalar y apilar: los contenedores de almacenamiento CTSNSLH para organizar se pueden instalar rápidamente en minutos. Puedes apilar cajas y montarlas para ser un organizador de ropa, organizador de cajas de juguetes o organizador de cajas de almacenamiento de zapatos, etc.

- 【Convenientemente movible y ahorra espacio】A diferencia de las tradicionales cajas de almacenamiento voluminosas, nuestro organizador de cajas de almacenamiento tiene 4 ruedas en la parte inferior. Puedes moverlo donde quieras y mantenerlo en su lugar



SellerSprite



Amazon.com.mx — Entrega en Mexico City 11000 Actualizar ubicación — Herramientas y Mejoras del Hogar ▾ — Hola, identifícate Cuenta y Listas — Devoluciones y Pedidos —  0

- Encuentra claramente lo que necesitas: RAKLAIMHLIONE la tapa frontal de cada contenedor de almacenamiento es translúcida, puedes ver los artículos almacenados en el interior. Puedes identificar fácilmente los artículos almacenados en el interior. Ya no te preocupes por encontrar herramientas, juguetes o artículos de papelería que faltan.

▤ Informar de un problema con este producto


-- Compra por Habitación --
Cocina
Ver más ▶

## Comprados juntos habitualmente

 + 

Precio total: $2,327.62

[ Agregar ambos al carrito ]

ⓘ Estos productos los envían y venden distintos vendedores.
Mostrar detalles

**Este producto:** Contenedores de almacenamiento apilables de 3 niveles con tapas, contenedores…
$1,987⁴⁴

AOZITA - Juego de 3 soportes de acrílico para hisopo de algodón, bolas, almohadillas para orejas…
$340¹⁸

## Los clientes también vieron estos productos

Página 1 de 7



Cajas de Almacenamiento 4pcs, 160L Caja de almacenamiento de plástico apilable plegable, Organizadores de…
★★★★½ 85
$1,159.00
($289.75/unidad)
Recíbelo el **martes, 29 de julio**
Envío GRATIS por Amazon México



EMAGIE Cajas de Almacenamiento Plastico: 3Pcs 50L Cubos de Almacenamiento Plegable Cajas…
★★★★½ 36
$1,169.10
Recíbelo el **martes, 29 de julio**
Envío GRATIS por Amazon México



Cajas de Almacenamiento Apilable 5 Niveles con Tapas y Ruedas, Armario de Organización Plegab…
★★★★½ 7
-10% Finaliza en 03:24:32
$1,205.10
Anterior: $1,339.00
Recíbelo el **martes, 29 de julio**
Envío GRATIS por Amazon México

E T EASYTAO Cajas de Almacenamiento, 4 Niveles Contenedores de Organizador Apilables de Plástico con Tapas Y…
★★★★½ 101
$999.00
Recíbelo el **martes, 29 de julio**
Envío GRATIS por Amazon México



Vtopmart cajones apilables de almacenamiento, organizador de acrílico..
★★★★½ 2,425
-30% Promoción
$602.99
Precio de lista: $860.17
Recíbelo el **martes, 29 de julio**
Envío GRATIS por Amazon México
9% apartadas

## Los clientes que compraron este producto también compraron



  



Contenedores de almacenamiento apilables de 4 niveles con tapas, contenedores de almacenamiento de…

★★★★½ 54

$2,197.38

Recíbelo el **ago 6 - 11**

Envío GRATIS en pedidos elegibles

---

## Descripción del producto





amazon.com.mx
Entrega en Mexico City 11000
Actualizar ubicación
Herramientas y Mejoras del Hogar
Hola, identifícate
Cuenta y Listas
Devoluciones
y Pedidos
0



Living Room     Bedroom     Balcony

## Installation Steps



Insert the pulley into the bottom shelf

Unfold the four side panels and fasten the four corners in turn

overlay second layer

Fasten the buckles on both sides

Free stacking layers in sequence

DIY Combination Folding Storage Box
Free stacking and large-capacity storage

SellerSprite

amazon.com.mx  ⊙ Entrega en Mexico City 11000 **Actualizar ubicación**   Herramientas y Mejoras del Hogar ▼   🔍   Hola, identifícate **Cuenta y Listas**   Devoluciones **y Pedidos**   🛒 0



Keep your place neat and comfortable







Why Choose CTSNSLH Storage Bins?

Compared with traditional storage boxes, our storage box can be stackable.

And it's more convenient to get items inside through the magnetic door.






leather handle
take convenient

Magnetic door panel
Easy to open and close

Buckle Link
overlay stable

Universal pulley
with foot brake



## Información de producto

### Especificaciones técnicas

| | |
|---|---|
| Fabricante | CTSNSLH |
| Número de parte | 01 |
| Tamaño | 23Qt 3-Tier |
| Color | Blanco |
| Estilo | 23QT |
| Material | PP resistente: una vez comprado, uso prolongado |
| Patrón | Liso |
| Forma | Rectangular |
| Cantidad de paquetes de artículos | 1 |
| Número de piezas | 3 |
| Características especiales | Compra los 4 niveles para un mejor valor |
| Uso | Organizador de almacenamiento de 3 niveles con ruedas |
| Componentes incluidos | Caja de almacenamiento 3T |
| Incluye baterías | No |
| ¿Se necesitan baterías? | No |
| Peso | 1 Libras |
| Longitud | 14,6 inches |
| Ancho | 10,6 inches |
| Altura | 24,4 inches |

### Información adicional

| | |
|---|---|
| Dimensiones del producto | 37,08 x 26,92 x 61,98 cm; 453,59 g |
| Número de modelo del producto | 01 |
| ASIN | B0B67PCFLQ |
| Producto en Amazon.com.mx desde | 26 agosto 2022 |
| Opinión media de los clientes | 4.5 ★★★★☆ ∨    277 calificaciones<br>4.5 de 5 estrellas |
| Clasificación en los más vendidos de Amazon | nº378,045 en Hogar y Cocina (Ver el Top 100 en Hogar y Cocina)<br>nº1,393 en Cajas de Almacenaje |



## De la marca



# Amazon.com.mx

Entrega en Mexico City 11000
**Actualizar ubicación**

Herramientas y Mejoras del Hogar

Hola, identifícate
**Cuenta y Listas**

Devoluciones
**y Pedidos**

## CTSNSLH

El valor fundamental de CTSNSLH es traer armonía, orden y alegría a cada hogar, una solución de almacenamiento a la vez. Por eso se proponen diseñar soluciones de almacenamiento innovadoras, funcionales y estéticamente agradables.

Cada producto está diseñado no solo práctico, sino que también incorpora los últimos avances en materiales y tecnología, asegurando durabilidad y facilidad de uso. Redescubre la armonía, abraza el almacenamiento en el hogar.

**Organizador de**

## Opiniones de clientes

★★★★½ 4.5 de 5

277 calificaciones globales

| | | |
|---|---|---|
| 5 estrellas | | 70% |
| 4 estrellas | | 14% |
| 3 estrellas | | 12% |
| 2 estrellas | | 2% |
| 1 estrella | | 2% |

Cómo funcionan las opiniones y calificaciones de los clientes

## Escribir reseña sobre este producto

Comparte tu opinión con otros clientes

Escribir mi opinión

### Las mejores reseñas de México

Alcue

★★★☆☆ **Lindo**

Comentado en México el 19 de junio de 2023

Color: Blanco | Compra verificada

Es lindo pero no es tan resistente

Me gusta | Reportar

Ver más opiniones ›

### Mejores reseñas de otros países

Traducir todas las opiniones al Español

Xellas

★★★★★ **Przyzwoita jakość za rozsądną cenę**

Revisado en Polonia el 9 de junio de 2024

Color: Blanco | Compra verificada



Jakość plastiku jak wspomniano w kilku innych recenzjach jest lepsza niż się spodziewałam. Nie jest to gruby plastik, jest nadal z tych cieńszych, ale dobrej przyzwoitej jakości, pokazuje to na filmiku ugina się tylko trochę - no wiadomo, ze nie jest to do dużych i ciężkich rzeczy, jeśli ktoś chce trzymać w tym kilkukilogramowe rzeczy to niech kupi szafkę z drewna, a nie plastiku.

Magnes w drzwiczkach jest bardzo mocny, dobrze trzyma, nic w środku nie grzechocze, mamy pełną przestrzeń do wykorzystania, a przy drzwiczkach na dole rancik, więc małe drobiazgi nie wypadną samoistnie przy otwarciu.

⌄ Leer más



Reportar

Patrocinado ⓘ

Laura

⭐⭐⭐⭐⭐ **utilissimo**

Comentado en Italia el 27 de diciembre de 2024

Color: Blanco | Compra verificada

facile da montare e piu' resistente di quello che pensavo

Reportar

Traducir opinión al idioma Español

sat

⭐⭐⭐⭐⭐ **Very useful for the price**

Comentado en el Reino Unido el 6 de noviembre de 2024

Color: Blanco | Compra verificada

Easy to set up. Movable.sturdy enough for storage for exercise books , in the kitchen lunch box snacks , bread 🍞 waffles 🧇 and noodles etc can stock a lot of stuff

Also can keep clothes in bedrooms.

Looks great too. I have bought 3 so far on offer price.May get more !!Quick delivery and well packed too

Reportar

Traducir opinión al idioma Español

Sébastien Bernard TETU

⭐⭐⭐⭐⭐ **Pratique, léger, polyvalent.**

Comentado en Francia el 11 de julio de 2024

Color: Blanco | Compra verificada

Extremement versatile, ces casiers modulaires, faciles à déployer et suffisament solide, vous faciliterons le rangement.

Reportar

Traducir opinión al idioma Español

CARLOS MARTINEZ BRAVO

⭐⭐⭐⭐⭐ **Me han sorprendido!**

Comentado en España el 9 de junio de 2024

Color: Blanco | Compra verificada

Me ha gustado mucho, se ven fuertes.

Vienen con ruedas yo en este caso no las utilicé.

Son monísimas!!



Reportar

**Ver más opiniones ›**

Patrocinado ⓘ

Inicio de página    SellerSprite

**Conócenos**

Trabajar en Amazon

Acerca de Amazon

**Gana dinero con nosotros**

Vender en Amazon

Suministro para Amazon

Protege y desarrolla tu marca

**Podemos ayudarte**

Devolver o reemplazar productos

Gestionar contenido y dispositivos

**Métodos de pago**

Tarjetas de crédito y débito

Tarjetas de regalo

Pago en efectivo



Amazon Science
de prensa

Programa de afiliados
Anuncia tus productos

Ayuda

MÉXICO

Condiciones de uso | Aviso de privacidad
© 1996-2025, Amazon.com, Inc. o sus afiliados

