# EXHIBIT 3

**Re: Request for Sealed Documents - Tan v. Xianghuo, No. 1:25-cv-05003**

| | |
|---|---|
| 发件人 | Administrator 1<admin@dewittyip.com> |
| 收件人 | YANG Qianwu<yang@shm.law> |
| 抄送人 | Robert DeWitty<rmdewitty@dewittyip.com>,ibeauty<ibeauty@shm.law>,陈静<chenjingitc@lantai.cn>, Xiaoqing Shen<xshen@dewittyip.com> |
| 时间 | 2025年08月01日 周五 04:59 |
| 附件 | TRO 25-cv-05003 - TRO.pdf |

Hello-

Per the Court order, find attached a copy of the unsealed TRO.

Yours,

Robert M. DeWitty.

On Tue, Jul 29, 2025 at 8:11PM YANG Qianwu <yang@shm.law> wrote:
> Dear Counsel,
>
> I believe that without your related sealed motion, the Court would not have sealed the TRO, as doing so without the underlying motion would make little sense. Accordingly, we respectfully submit that it remains your obligation to provide us with the sealed TRO.
>
> On a separate note, since the only purpose of sealing was to withhold the information from our client—and our client is now fully aware of the TRO—we request that you move to unseal the entire case. This would help conserve judicial resources and avoid unnecessary burden on all parties.
>
> Additionally, if we are prejudiced by the delayed disclosure of the TRO, we reserve the right to seek recovery of the resulting legal fees.
>
> Given the emergency nature of this matter, please provide all sealed documents within the next three hours.
>
> Thank you.
>
>
> Warm regards,
> Qianwu
>
> YANG Qianwu (杨乾武 律师)
> He/Him/His
> Admitted in California & China Founding Managing Partner
>
> SHM LAW FIRM | Shenzhen & Silicon Valley

China: +86 139 2521 2009 (WeChat / WhatsApp)
U.S.: +1 650 613 9737

On Jul 30, 2025, at 07:38, Robert DeWitty <rmdewitty@dewittyip.com> wrote:

We do not have a stamped copy as it is filed but cannot be downloaded.

As for the sealed TRO, as the Court sealed it sua sponte, we believe it is appropriate for you to request this directly from the Court.

Robert M. D.



Robert DEWITTY
D&A|RM DeWitty, U.S. Pat. Atty.,
1500 K Street, 2nd Floor
Washington, D.C.
t- 202 571 7070 (office)
t- 202 888 4309 (direct)
e- rmdewitty@dewittyip.com

> On Tue, Jul 29, 2025, 5:44 PM YANG Qianwu <yang@shm.law> wrote:
> Dear Counsel,
>
> We are having difficulty locating the sealed TRO itself. Could you kindly confirm whether the documents you provided are complete?
>
> I also noticed that one of the documents was sent in Word format. What we require is the final sealed versions bearing the court's filing stamp.
>
> We would greatly appreciate it if you could confirm and provide the complete sealed documents within the next three hours.
>
> Regarding the waiver, we will follow up after conferring with our client.

Thank you.

Warm regards,
Qianwu

YANG Qianwu (杨乾武 律师)
He/Him/His
Admitted in California & China Founding Managing Partner

SHM LAW FIRM | Shenzhen & Silicon Valley

China: +86 139 2521 2009 (WeChat / WhatsApp)
U.S.: +1 650 613 9737

On Jul 30, 2025, at 06:05, Administrator 1 <admin@dewittyip.com> wrote:

Hello-

Find attached documents relating in this case. We have not secured the Summons yet.

Will your client agree to waive the Summons as we are providing you case documents and you are representing them?

Yours,

Robert M. D.

On Tue, Jul 29, 2025 at 5:56 PM YANG Qianwu <yang@shm.law> wrote:
> Dear Counsel,
>
> I'm writing to follow up on the sealed documents we requested. We would be most grateful if you could kindly provide them to us within the next three hours.
>
> Thank you very much for your assistance.
>
> Warm regards,
> Qianwu
>
> YANG Qianwu (杨乾武 律师)
> He/Him/His
> Admitted in California & China Founding Managing Partner
>
> SHM LAW FIRM | Shenzhen & Silicon Valley
>
> China: +86 139 2521 2009 (WeChat / WhatsApp)
> U.S.: +1 650 613 9737

> On Jul 29, 2025, at 12:27, YANG Qianwu <yang@shm.law> wrote:
>
> Dear Counsel,
> Have you received the notice of our appearance on behalf of this client?
>
> Best regards,
>
> YANG Qianwu (杨乾武 律师)
> He/Him/His
> Admitted in California & China Founding Managing Partner
>
> SHM LAW FIRM | Shenzhen & Silicon Valley
>
> China: +86 139 2521 2009 (WeChat / WhatsApp)
> U.S.: +1 650 613 9737
>
>> On Jul 29, 2025, at 11:54, Administrator 1 <admin@dewittyip.com> wrote:
>>
>> Hello-
>>
>> We have noted many representatives coming in to represent the defendant, and we were required to verify all representatives were related.
>>
>> I will gather the sealed documents and forward them tomorrow.
>>
>> Yours,
>>
>> Robert M. DeWitty.
>>
>>> On Mon, Jul 28, 2025 at 8:03 PM YANG Qianwu <yang@shm.law> wrote:
>>> Dear Counsel,
>>>
>>> We write again to follow up on our prior requests for the sealed documents relevant to this matter. Your continued refusal or failure to provide the requested sealed documents is unacceptable.
>>>
>>> If we do not receive a response and the

requested materials within the next 8 hours, we will have no choice but to report your noncompliance to the Court and seek appropriate relief.

Please govern yourself accordingly.

Sincerely,
YANG Qianwu (杨乾武 律师)
He/Him/His
Admitted in California & China
Founding Managing Partner

SHM LAW FIRM | Shenzhen & Silicon Valley
China: +86 139 2521 2009 (WeChat / WhatsApp)
 U.S.: +1 650 613 9737

NOTICE: This communication may contain privileged or confidential information. If you have received it in error, please immediately notify the sender by return email and then destroy all copies of the transmission. Thank you.

On 29 Jul 2025, at 06:07, YANG Qianwu <yang@shm.law> wrote:

Dear Counsel,

We wanted to follow up on this urgent matter. Kindly confirm whether you will be providing the requested sealed documents by the end of today.

We look to your response at your earliest convenience.

Warmest regards,
Qianwu

YANG Qianwu (杨乾武 律师)
He/Him/His
Admitted in California & China Founding Managing Partner

SHM LAW FIRM | Shenzhen & Silicon Valley

China: +86 139 2521 2009 (WeChat / WhatsApp)
U.S.: +1 650 613 9737

On Jul 28, 2025, at 15:13, 陈静 <chenjingitc@lantai.cn> wrote:

Dear Mr. Dewitty,

I hope this email finds you well. On behalf of our client, Xianghuo, we kindly request that you provide all sealed documents, including but not limited to the motion for the TRO, its accompanying exhibits, and the Temporary Restraining Order (TRO). Given the urgency of this matter, we would greatly appreciate it if you could provide these documents by 6:00 p.m., Monday, July 28, 2025, CT.

Additionally, could you please confirm whether a date has been scheduled for the show cause hearing in this matter?

Thank you for your attention to this request. We look forward to your response at your earliest convenience.


Best regards,
Jing

CHEN Jing (陈静 律师)
She/Her/Hers

Admitted in California & China
Partner
LANTAI PARTNERS LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd
Qianhai Shenzhen-Hong Kong Modern Service Industry Cooperation Zone
Nanshan District
Shenzhen 518052 China
Telephone: +86 135 2872 3799
WeChat: 13528723799

Notice: This e-mail communication and any attachments may contain confidential and privileged information intended solely for the use of the designated recipient(s). If you have received this communication in error, please notify the sender immediately by replying to this message and delete it from your system. Thank you for your cooperation.


<#5 Motion for TRO- Tan-1.pdf>

<#6 Memo in Support of TRO- Tan.pdf>
<Tan - EXHIBIT B (1).docx>