UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CONG TAN,

          Plaintiff,

          v.

XIANGHUO

          Defendant.

**DECLARATION OF LIJUN ZHENG IN SUPPORT OF MOTION TO DISSOLVE TRO**

I, Lijun Zheng, declare as follows:

1.  I am over the age of 18 and am fully competent to make this Declaration. I am familiar with and have personal knowledge of the facts set forth in this declaration.

2.  I am the manager for Defendant Xianghuo. I have approximately 8 years of experience in operating Amazon storefronts.

3.  Amazon's ranking factors are critical to an Amazon seller's goodwill and reputation. For an Amazon seller, "No. 1 Best Seller" designations constitute the most valuable intangible asset underpinning its goodwill and reputation. According to our experience, even a one-month absence from the platform will highly likely result in a permanent loss of Xianghuo's ranking strength, including Xianghuo's "No. 1 Best Seller" and "Amazon's Choice" designations and previously held first-page placement status, the harm of which is imminent and irreparable.

4.  Even if Amazon reinstates the Accused Products after a one-month delisting, it is highly unlikely that Xianghuo's goodwill and reputation on Amazon, including prior search rankings and relationships with customers and suppliers, will be restored. In our experience, once products are delisted, even for as brief as one month, they rarely regain their original status. Amazon's reinstatement does not encompass recovery of the underlying ranking factors that determine product

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION TO DISSOLVE TRO

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

visibility—commonly referred to as "search weight." The longer the delisting persists, the greater the adverse impact on search weight.

5.      Xianghuo sells storage boxes on Amazon under the storefront "XIANGHUO. "

6.      On or about July 26, 2025, Xianghuo received notice from Amazon that its products are delisted. *See* **Exhibit A**. The delisted products are identified by ASINs, including but not limited to B0CHRP96MS ("Accused Products").

7.      Xianghuo is a leader in the storage boxes categories. Since entering the U.S. market, Xianghuo has become a top-performing brand in Amazon's "Storage Boxes" category due to its high-quality products offered at competitive prices. As reflected in **Exhibit C** attached hereto, Xianghuo's storage boxes have earned the "Amazon's Choice" and "#1 Best Seller" badges and have accumulated over 5,300 verified customer reviews with average ratings exceeding four stars.

8.      Xianghuo has been selling on Amazon since December 2, 2022, and the Accused Products account for approximately 80% of its monthly revenue and profit. Losing these products removes nearly the entirety of Xianghuo's income stream.

9.      Amazon is Xianghuo's exclusive sales channel. Xianghuo has no other platform through which to generate revenue, which makes the impact of the delisting immediate and irreparable. Therefore, the delisting functions as a de facto injunction, effectively enjoining Xianghuo from selling in the U.S—its only market.

10. Xianghuo's business model depends on rapid inventory turnover. The delisting has rendered significant inventory unsellable, locking up working capital and creating warehouse backlogs. Based on our calculation, Xianghuo's current inventory related to the delisted ASINs stored in Amazon fulfillment centers has an estimated sales value of approximately $1 million based on historical pricing. These products cannot be redirected to other platforms and will be disposed of by Amazon after a maximum of 60 days if the Accused Products are not reinstated under Amazon's policy. *See* **Exhibit B**.

11. An absence from the marketplace as brief as one month—particularly during the current sales season—threatens irreparable damage to Xianghuo's goodwill and reputation, including its rankings, customer relationships, and relationships with suppliers, etc. If the delisting of its products continues, Xianghuo faces substantial and irreparable harm, including but not limited to destruction of inventory, loss of marketplace position, diminished goodwill, loss of reputation, risk of account termination, etc., all of which are difficult to quantify. The cumulative impact may eventually result in the collapse of Xianghuo's business and lead to bankruptcy.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2025.

1

2

Lijun Zheng

3

Lijun Zheng

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

# Exhibit A



# Exhibit B

https://sellercentral.amazon.com/help/hub/reference/GKQ8DGGU529BJJ

7E



# Exhibit C







