IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN, <br><br> Plaintiff, <br><br> v. <br><br> XIANGHUO, <br><br> Defendants. | Case No. 25-cv-05003 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge David Weisman |

**MOTION TO WITHDRAW AS COUNSEL**

NOW COMES attorney Robert M. DeWitty of the law firm D&A|RM DeWitty, U.S. Pat. Atty., LLC, attorney of record for Plaintiff Cong Tan in the above-captioned matter, and respectfully moves this Honorable Court for leave to withdraw as counsel of record, and in support thereof, states as follows:

1. Undersigned counsel has represented Plaintiff Cong Tan in this matter since May 6, 2025..
2. Plaintiff has instructed undersigned counsel to withdraw from representation in this matter.
3. Plaintiff consents to counsel's withdrawal from representation.
4. Withdrawal of counsel at this time will not prejudice Plaintiff because Plaintiff has secured additional counsel, who will make an appearance, and additional counsel has been informed of upcoming deadlines and hearings.
5. Undersigned counsel has complied with all applicable ethical rules regarding the termination of representation.

6.Undersigned counsel has informed Plainitff's agent of all pending court dates, response deadlines, and the implications of this withdrawal.

DATED: August 5, 2025

Respectfully Submitted:

Robert M. DeWitty
Attorney for Plaintiff
D&A|R.M. DeWitty, U.S. Pat. Atty., LLC
1500 K Street, 2nd Floor, RM 213
Washington DC 20005

1018 W. Madison Street, Ste. 5
Chicago, Il. 60609
Tel: 202-571-7070 / 202 888-4309
Email: admin@dewittyip.com