# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>        Plaintiff,<br><br>        v.<br><br>XIANGHUO<br><br>        Defendant.<br><br>XIANGHUO,<br><br>        Counterclaimant,<br><br>        v.<br><br>CONG TAN<br><br>        Counterdefendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |

**DECLARATION OF QIANWU YANG IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME AND TO WITHDRAW OR AMEND ANY DEEMED ADMISSIONS**

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Qianwu Yang, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am a member of SHM Law Firm. I am counsel for Defendant Xianghuo. I make this declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2. On October 31, 2025, Defendant served Plaintiff with Defendant's First Set of Requests for Product, First Set of Interrogatories, and First Set of Requests for Admissions. See Exhibit 1. Exhibit 1 is a true and correct copy of Defendant's email correspondence with counsel for Plaintiff regarding Defendant's first set of discovery requests. Exhibit 2 is a true and correct copy of Defendant's First Set of Requests for Admissions.

3. Plaintiff failed to serve any responses to Defendant's first set of discovery requests by December 1, 2025, the 30-day response deadline prescribed by Fed. R. Civ. P. 33(b)(2), 34(b)(2), and 36(a)(3). The parties did not stipulate to any extension of time for Plaintiff's responses.

4. On December 2, 2025, Defendant requested to meet and confer regarding Plaintiff's failure to respond to Defendant's discovery requests. The parties agreed to meet and confer on December 4, 2025 at 4 p.m. PST.

5. On December 4, 2025 at approximately 8:00 p.m. CST, counsel for the parties met and conferred via Zoom regarding Plaintiff's failure to respond to

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1 Defendant's discovery requests and Plaintiff's intent to depose Defendant's
2 corporate witnesses. My colleague Mr. Zhigang Liu, Mr. Aoyu Yang and I, as well
3 as counsel for Plaintiff, Mr. Zheng Liu attended the meeting. I stated at the
4 beginning of the meeting that Plaintiff's failure to timely respond rendered
5 Defendant's First Set of Requests for Admission deemed admitted pursuant to
6 Federal Rule of Civil Procedure 36(a)(3).

7   6. During the meet and confer, I explained to Plaintiff's counsel that it is well
8 -established practice that depositions of witnesses located in mainland China should
9 be conducted in Hong Kong and during Hong Kong business hours.

10   7. During the meet and confer, I also explained to Plaintiff's counsel that
11 copying a design, fraudulently obtaining a design patent based on that copied design,
12 and then using that fraudulently obtained patent to file a lawsuit for the purpose of
13 securing unlawful gains constitutes a crime in China. There was no threatening of
14 criminal prosecution against Plaintiff.

15   8. Plaintiff's counsel never mentioned Plaintiff's need for a translator during
16 the meet and confer.

17   9. On December 10, 2025, Plaintiff served Defendant with document
18 productions and responses to Defendant's first set of discovery requests. See Exhibit
19 1.

20

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1   10. On December 11, 2025, Plaintiff served Defendant with its first set of
2   discovery requests (Requests for production, Interrogatories and Requests for
3   Admission) and a Rule 68 offer of judgment. See Exhibit 4, which is a true and
4   correct copy of Plaintiff's email serving its first set of discovery requests and a Rule
5   68 offer of judgment.

   I hereby declare under penalty of perjury that the foregoing is true and correct.

   Executed on December 22, 2025.

   */s/Qianwu Yang*

   Qianwu Yang

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737