# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>        Plaintiff,<br><br>        v.<br><br>XIANGHUO<br><br>        Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>        Counterclaimant,<br><br>        v.<br><br>CONG TAN<br><br>        Counterdefendant. | |

**<u>DECLARATION OF AOYU YANG IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND TIME AND TO WITHDRAW OR AMEND ANY DEEMED ADMISSIONS</u>**

DECLARATION OF AOYU YANG IN
SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Aoyu Yang, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am a member of SHM Law Firm. I am an attorney licensed to practice in the state of California and a member in good standing of the state bar of California. I make this declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2. On December 2, 2025, Defendant requested to meet and confer regarding Plaintiff's failure to respond to Defendant's discovery requests. The parties agreed to meet and confer on December 4, 2025 at 4 p.m. PST. See Exhibit 1.

3. Plaintiff's counsel did not appear in the Zoom meeting room at 4 p.m. PST on December 4, 2025. I waited in the Zoom meeting room from 4 p.m. PST to approximately 4:30 p.m. PST. Plaintiff's counsel Mr. Zheng Liu joined the meeting room at approximately 4:57 p.m. PST. See Exhibit 3. Defendant had to reschedule the meeting to 6 p.m. PST. See Exhibit 1.

4. Exhibit 3 is a true and correct copy of email notification from Zoom.

5. On December 4, 2025 at approximately 8:00 p.m. CST, counsel for the parties met and conferred via Zoom regarding Plaintiff's failure to respond to Defendant's discovery requests and Plaintiff's intent to depose Defendant's corporate witnesses. My colleague Mr. Zhigang Liu, Mr. Qianwu Yang and I, as well as counsel for Plaintiff, Mr. Zheng Liu attended the meeting.

DECLARATION OF AOYU YANG IN
SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1  6. I am Chinese and a native Mandarin speaker. For documents similar in
2  content and length to Defendant's First Set of Requests for Admission (see Exhibit
3  2), I need less than one hour to translate and explain them to a Chinese client.
4  I hereby declare under penalty of perjury that the foregoing is true and correct.

6  Executed on December 22, 2025.

*/s/Aoyu Yang*

Aoyu Yang

DECLARATION OF AOYU YANG IN
SUPPORT OF DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737