# EXHIBIT 4

**Plaintiff's First Set of Written Discovery Requests - Tan v. Xianghuo - Case No. 1:25-cv-05003**

From:OSCAR\x26nbsp;LAM<hkoscarlam@gmail.com>

TIme:Thursday, Dec 11, 2025 4:05 PM

To:yang<yang@shm.law>; 陈静<chenjingitc@lantai.cn>

CC:ibeauty<ibeauty@shm.law>; Zheng Liu<bjliuzheng@gmail.com>; Andy.Liu<andy.liu@aptumlaw.us>; tinajin666<tinajin666@gmail.com>; Tina.Jin<tina.jin@aptumlaw.us>

Dear Counsel,

Please find the attached Defendant's First Set of Requests for Production, Amended Interrogatories, and Requests for Admission.

Thank you,

Oscar Lam
Clerk for Attorney Zheng "Andy" Liu | CA Process Server | ***Aptum* Law**
626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

---

**3Ordinary Attachment**

P's First Set of RFA(2).pdf (93.54K)

P's First Set of Amended sRogs.pdf (85.16K)

P's First Set of RFP(1).pdf (87.43K)

**Offer of Judgment- Tan v. Xianghuo - Case No. 1:25-cv-05003**

From:OSCAR\x26nbsp;LAM<hkoscarlam@gmail.com>

TIme:Thursday, Dec 11, 2025 4:12 PM

To:yang<yang@shm.law>; 陈静<chenjingitc@lantai.cn>

CC:ibeauty<ibeauty@shm.law>; Zheng Liu<bjliuzheng@gmail.com>; Andy.Liu<andy.liu@aptumlaw.us>; tinajin666<tinajin666@gmail.com>; Tina.Jin<tina.jin@aptumlaw.us>

Dear Counsel,

Please find the attached Offer of Judgment.

Thank you,

Oscar Lam
Clerk for Attorney Zheng "Andy" Liu | CA Process Server | *Aptum* **Law**
626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California

---

**Ordinary Attachment**

Offer of Judgment.pdf (51K)