IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN, <br><br> Plaintiff, <br><br> v. <br><br> XIANGHUO, <br><br> Defendants. | Case No. 1:25-cv-05003 <br><br> Judge: Hon. John J. Tharp Jr. <br><br> Magistrate Judge David Weisman |

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S
INVALID DECLARATIONS AND EXHIBITS (Dkt. 62)**

The Seventh Circuit has held that "an affidavit executed outside the United States must include a statement that the affiant has made his declarations 'under penalty of perjury *under the laws of the United States of America*.'" *Int'l Ins. Co. v. Caja Nacional De Ahorro Y Seguro* (7th Cir. 2002) 293 F.3d 392, 398-399, citing 28 U.S.C. § 1746; emphasis added. The party offering such invalid affidavits "has not presented sufficient prima facie evidence…." *Ibid*.

Here, plaintiff Patent Owner respectfully objects to the following submissions by Defendant Chinese Reseller:

///

    a. Declaration of Qianwu Yang (Dkt. 62-1) and the accompanying Exhibits 1-4 (Dkt. 62-3 to 62-6); and

    b. Declaration of Aoyu Yang (Dkt. 62-2) and the accompanying Exhibits 1-4 (Dkt. 62-3 to 62-6).

None of these purported declarations, nor any of its accompanying exhibits was made "under penalty of perjury *under the laws of the United States of America*," as required by 28 U.S.C. § 1746. Thus, Defendant's above-identified submissions are invalid under *Caja Nacional*.

These submissions should be given no consideration and stricken form the record.

Date: December 24, 2025

Respectfully submitted,

_____/s/_____
Zheng "Andy" Liu (CA # 279327)
1660 South Amphlett Blvd. Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Email: Andy.Liu@AptumLaw.us
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289
