UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>Plaintiff,<br><br>v.<br><br>XIANGHUO<br><br>Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Defendant Xianghuo, a nongovernmental corporate party, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of the U.S. District Court for the Northern District of Illinois.

Defendant Xianghuo has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Mr. Denghao Qing, is the sole affiliate of Defendant Xianghuo that owns 5% or more of the company.

Respectfully submitted,

DATED: January 3, 2026          **SHM LAW FIRM**

1

By: */s/Qianwu Yang*
QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorney for Defendant*
XIANGHUO

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: January 3, 2026

*/s/Qianwu Yang*

Qianwu Yang
