# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Cong Tan

                Plaintiff,

v.                                              Case No.: 1:25−cv−05003
                                              Honorable John J. Tharp Jr.

Xianghuo

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

      MINUTE entry before the Honorable M. David Weisman: Defendant's response (or revised affidavits) to Plaintiff's objections [63] regarding the affidavits submitted by Defendant due by 1/14/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.