1

2

UNITED STATES DISTRICT COURT

3

NORTHERN DISTRICT OF ILLINOIS

4

5   CONG TAN,

Plaintiff,
6
                                          Case No.  1:25-cv-05003
7                    v.
                                          Judge: Hon. John J. Tharp Jr.
8   XIANGHUO                              Magistrate Judge: David Weisman

9                    Defendant.

10  XIANGHUO,

11                   Counterclaimant,

12                   v.

13  CONG TAN

14                   Counterdefendant.

15

16  **REVISED DECLARATION OF AOYU YANG IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO EXTEND
TIME AND TO WITHDRAW OR AMEND ANY DEEMED ADMISSIONS**

17

18

19

20

REVISED DECLARATION OF AOYU
YANG IN SUPPORT OF
DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

1

2

I, Aoyu Yang, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I

3

4

am a member of SHM Law Firm. I am an attorney licensed to practice in the state of

California and a member in good standing of the state bar of California. I make this

5

6

declaration upon personal knowledge and, if called to testify, could and would

testify competently to the facts set forth herein.

7

8

2. On December 2, 2025, Defendant requested to meet and confer regarding

Plaintiff's failure to respond to Defendant's discovery requests. The parties agreed

9

to meet and confer on December 4, 2025 at 4 p.m. PST. See Exhibit 1.

10

11

3. Plaintiff's counsel did not appear in the Zoom meeting room at 4 p.m. PST

on December 4, 2025. I waited in the Zoom meeting room from 4 p.m. PST to

12

13

approximately 4:30 p.m. PST. Plaintiff's counsel Mr. Zheng Liu joined the meeting

room at approximately 4:57 p.m. PST. See Exhibit 3. Defendant had to reschedule

14

15

the meeting to 6 p.m. PST. See Exhibit 1.

4. Exhibit 3 is a true and correct copy of email notification from Zoom.

16

17

5. On December 4, 2025 at approximately 8:00 p.m. CST, counsel for the

parties met and conferred via Zoom regarding Plaintiff's failure to respond to

18

19

Defendant's discovery requests and Plaintiff's intent to depose Defendant's

corporate witnesses. My colleague Mr. Zhigang Liu, Mr. Qianwu Yang and I, as

20

well as counsel for Plaintiff, Mr. Zheng Liu attended the meeting.

REVISED DECLARATION OF AOYU
YANG IN SUPPORT OF
DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

6. I am Chinese and a native Mandarin speaker. For documents similar in content and length to Defendant's First Set of Requests for Admission (see Exhibit 2), I need less than one hour to translate and explain them to a Chinese client.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2026.

_Aoyu Yang_
_____
Aoyu Yang

REVISED DECLARATION OF AOYU
YANG IN SUPPORT OF
DEFENDANT'S RESPONSE TO
PLAINTIFF'S MOTION

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737