# EXHIBIT 1

**Re: Re: Re: RE: Defendant's First Set of Written Discovery Requests - Tan v. Xianghuo - Case No. 1:25-cv-05003**

From:Zheng\x26nbsp;Liu<bjliuzheng@gmail.com>

TIme:Wednesday, Dec 10, 2025 2:21 PM

To:杨傲宇<yang.aoyu@shm.law>

CC:Andy.Liu<andy.liu@aptumlaw.us>; tinajin666<tinajin666@gmail.com>; Tina.Jin<tina.jin@aptumlaw.us>; 杨乾武律师<yang@shm.law>; ibeauty<ibeauty@shm.law>

Dear all,

Access link to Plaintiff's discovery responses is here -
https://drive.google.com/drive/folders/1bzPVEA73F6lApH6CXhk2TfDh1fygVFPH?usp=sharing



Zheng "Andy" Liu
Attorney / **Aptum Law**

**A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
**P:** (650) 475-6289
**E:** Andy.Liu@aptumlaw.us   **W:** www.aptumlaw.us

On Thu, Dec 4, 2025 at 6:43 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
> Hello Counsels,
>
> Thanks for the call. We confirm that we will notice a deposition over Zoom, and that we will provide responses to your discovery requests today or tomorrow, after we receive client signatures.
>
> 
>
> Zheng "Andy" Liu
> Attorney / **Aptum Law**
>
> **A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
> **P:** (650) 475-6289
> **E:** Andy.Liu@aptumlaw.us   **W:** www.aptumlaw.us
>
> On Thu, Dec 4, 2025 at 5:25 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> ok. talk soon.
>>
>> On Thu, Dec 4, 2025 at 5:24 PM 杨傲宇 <yang.aoyu@shm.law> wrote:
>>> Counsel,
>>>
>>> Does 6 p.m. PT today work for you? Please use the same Zoom link.
>>>
>>> Aoyu Yang is inviting you to a scheduled Zoom meeting.
>>>
>>> Topic: Tan v. Xianghuo - Case No. 1:25-cv-05003 meet and confer - Defendant's discovery requests
>>> Time: Dec 4, 2025 06:00 PM Pacific Time (US and Canada)
>>> Join Zoom Meeting
>>> https://us05web.zoom.us/j/7586103635?pwd=VhyCrCNIJoAjbtuJ0h2T3wVzDE7zZ2.1&omn=83761197191
>>>
>>> Meeting ID: 758 610 3635
>>> Passcode: nCcy1m
>>>
>>>
>>> Aoyu Yang

He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, 518052, China

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng Liu<bjliuzheng@gmail.com> 在 2025年12月5日 周五 9:17 写道:

> Hello Mr. Yang,
>
> Can we zoom later today. We have the productions ready to go, but are awaiting client's signatures.
>
>> On Thu, Dec 4, 2025 at 4:57 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> Hello,
>>
>> Are you there?
>>
>>> On Wed, Dec 3, 2025 at 8:16 PM 杨傲宇 <yang.aoyu@shm.law> wrote:
>>> Please find below the Zoom meeting link.
>>>
>>> Aoyu Yang is inviting you to a scheduled Zoom meeting.
>>>
>>> Topic: Tan v. Xianghuo - Case No. 1:25-cv-05003 meet and confer - Defendant's discovery requests
>>> Time: Dec 4, 2025 04:00 PM Pacific Time (US and Canada)
>>> Join Zoom Meeting
>>> https://us05web.zoom.us/j/7586103635?pwd=VhyCrCNIJoAjbtuJ0h2T3wVzDE7zZ2.1&omn=83761197191
>>>
>>> Meeting ID: 758 610 3635
>>> Passcode: nCcy1m
>>>
>>>
>>> Aoyu Yang
>>> He/Him/His
>>> Admitted in California & China
>>> Associate
>>> SHM Law Firm
>>> M: +86 13652448337 | T: +86 755 8326 6693
>>> 25F, China Resources Tower
>>> 2666 Keyuan South Road, Nanshan District
>>> Shenzhen, 518052, China
>>>
>>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng Liu<bjliuzheng@gmail.com> 在 2025年12月2日 周二 23:07 写道:

> Thursday, December 4, 4:00 p.m. PST
>
> Sent from Gmail Mobile
>
> On Tue, Dec 2, 2025 at 06:00 杨傲宇 <yang.aoyu@shm.law> wrote:
>
>> Counsel,
>>
>> We write to remind you that the 30-day period for responding to our discovery requests has expired. Pursuant to Federal Rule of Civil Procedure 37(a)(1), we request to meet and confer regarding these outstanding discovery matters.
>>
>> Please advise of your willingness and availability to confer. We are available on Tuesday, December 2, and Thursday, December 4, after 4:00 p.m. PST. If we do not hear from you before Thursday, December 4, 4:00 p.m. PST, we will proceed with filing a motion to compel.
>>
>> Best regards,
>>
>>
>> Aoyu Yang
>> He/Him/His
>> Admitted in California & China
>> Associate
>> SHM Law Firm
>> M: +86 13652448337 | T: +86 755 8326 6693
>> 25F, China Resources Tower
>> 2666 Keyuan South Road, Nanshan District
>> Shenzhen, 518052, China
>>
>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.
>>
>>
>>
>> 杨傲宇<yang.aoyu@shm.law> 在 2025年11月1日 周六 11:57 写道:
>>
>>> Counsel,
>>>
>>> Please find attached Defendant's First Set of Requests for Production, Interrogatories, and Requests for Admission.
>>>
>>> Best regards,
>>>
>>>
>>> Aoyu Yang
>>> He/Him/His
>>> Admitted in California & China
>>> Associate

SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, 518052, China

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Re: Defendant's First Set of Written Discovery Requests - Tan v. Xianghuo - Case No. 1:25-cv-05003

From:Zheng\x26nbsp;Liu<bjliuzheng@gmail.com>
TIme:Saturday, Dec 6, 2025 4:39 AM
To:YANG Qianwu<yang@shm.law>
CC:杨傲宇<yang.aoyu@shm.law>; Andy.Liu<andy.liu@aptumlaw.us>; tinajin666<tinajin666@gmail.com>; Tina.Jin<tina.jin@aptumlaw.us>; ibeauty<ibeauty@shm.law>

Mr. Qianwu Yang,

If you were a professional, there was no reason to raise your voice other than that you knew you were losing.

All your other accusations are denied.

We will beat you in court.

Move on.



**Zheng "Andy" Liu**
Attorney / **Aptum Law**
**A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
**P:** (650) 475-6289
**E:** Andy.Liu@aptumlaw.us   **W:** www.aptumlaw.us

On Fri, Dec 5, 2025 at 4:07 AM YANG Qianwu <yang@shm.law> wrote:
> Counsel,
>
> The only reason I was compelled to raise my voice during the Zoom meeting and use the sentences "could you please shut up?" and "are you on drugs?" was your repeated, obstreperous interruptions and baseless contentions regarding the procedure for deposing 30(b)(6) witnesses—which made normal communication impossible and gave us substantial reason to question whether you were under the influence of drugs.
>
> We believe you would agree that these are all undeniable facts.
>
> Wishing you a pleasant weekend.
>
> Qianwu Yang (杨乾武 律师)
> He/Him/His
> Admitted in California & China
> Founding Managing Partner
> SHM Law Firm | Silicon Valley & Shenzhen Offices
>
> NOTICE: This communication may contain privileged or confidential information. If you have received it in error, please immediately notify the sender by return email and then destroy all copies of the transmission. Thank you.
>
>> On Dec 5, 2025, at 16:07, Andy Liu <bjliuzheng@gmail.com> wrote:
>>
>> Good morning Mr. Aoyu Yang,
>>
>> Your assertions are patently false. Your team always writes a lot of nonsense but can never hold a meaningful conversation.

During today's meet and confer, I informed your team that we are forwarding discovery responses to you pending client's signatures, today or tomorrow.

Your assertion about the case has already been decided by the supposed RFAs has no legal basis. For example, your RFAs are poorly drafted. For example, your RFA #1 contradicts your RFA #2 to begin with.

I asked your team to provide deposition dates, but your team leader Mr. Qianwu Yang refused. Mr. Qianwu Yang claimed he must know the topics of my deposition of your 30b6 first, but cannot articulate any reason why a deposition topic has anything to do with a deposition location. There is no relationship, Mr. Qianwu Yang is simply an obstructionist.

Re the alleged yelling, Mr. Qianwu Yang boasted on social media that he yelled at us, asking us to "shut up" and whether we were "on drug."  Thus, Mr. Yang is the one who admittedly lacks professionalism and knowledge of English grammar.

Last, your continuing threat of criminal prosecution against opposing counsel violates CA PR rule 3.10 and will be reported to the State Bar if it continues. I understand you just passed the CA bar and never practiced in California for a day; given your youth and inexperience, your past misconduct against our office is forgiven.

Have a good day.

Thank you.

Andy Liu
*Attorney*
*Aptum* Law | 650-475-6289 | Andy.Liu@AptumLaw.us

---

**From:** 杨傲宇 <yang.aoyu@shm.law>
**Sent:** Thursday, December 4, 2025 10:00 PM
**To:** Zheng Liu <bjliuzheng@gmail.com>
**Cc:** Andy.Liu <andy.liu@aptumlaw.us>; tinajin666 <tinajin666@gmail.com>; Tina.Jin <tina.jin@aptumlaw.us>; 杨乾武律师 <yang@shm.law>; ibeauty <ibeauty@shm.law>
**Subject:** Re: Re: Re: Re: RE: Defendant's First Set of Written Discovery Requests - Tan v. Xianghuo - Case No. 1:25-cv-05003

Counsel,

We write to memorialize today's meet-and-confer, which was attended by you and our team.

    1.    We are of the opinion that, under Rule 36, the matters requested for admission have been deemed admitted because your client failed to respond within 30 days of service. Accordingly, your client has admitted, inter alia, "that Plaintiff copied Xianghuo's Accused Products in the design process of the Patent-in-Suit." In light of these admissions, the asserted patent is invalid and unenforceable due to, at a minimum, the admitted inequitable conduct of copying the accused products. Therefore, your client's lawsuit—along with any further litigation in this action—is frivolous and egregious.

    2.    During the meet-and-confer, you engaged in unprofessional conduct, including yelling, smearing, making unfounded accusations, and repeatedly interrupting us. This behavior continued despite our repeated requests that the discussion proceed professionally.

3. We have repeatedly explained that any further litigation pursued by your client while represented by you will expose your client, your firm, and yourself to Rule 11 sanctions. Moreover, the Rule 30(b)(6) deposition you attempted to initiate was procedurally improper because you failed to provide prior written notice of the topics, location, and date. Any effort to proceed with this deposition would be frivolous and in bad faith in light of the admissions your client is deemed to have made.

We therefore request that you immediately dismiss your case against our client and compensate our client for the losses caused by this frivolous lawsuit brought by your client, who is also subject to China's jurisdiction.

It is worth reiterating that under Chinese Criminal Law, copying a design, fraudulently obtaining a design patent based on that copied design, and then using that fraudulently obtained patent to file a lawsuit for the purpose of securing unlawful gains constitutes a felony. Your client's first counsel promptly withdrew after being warned of this criminal risk.

Best regards,


Aoyu Yang
He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, 518052, China

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.


Zheng Liu<bjliuzheng@gmail.com> 在 2025年12月5日 周五 10:44 写道：

> Hello Counsels,
>
> Thanks for the call. We confirm that we will notice a deposition over Zoom, and that we will provide responses to your discovery requests today or tomorrow, after we receive client signatures.
>
>  Zheng "Andy" Liu
> Attorney / **Aptum Law**
> **A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
> **P:** (650) 475-6289
> **E:** Andy.Liu@aptumlaw.us    **W:** www.aptumlaw.us

> On Thu, Dec 4, 2025 at 5:25 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> ok. talk soon.
>>
>> On Thu, Dec 4, 2025 at 5:24 PM 杨傲宇 <yang.aoyu@shm.law> wrote:
>>> Counsel,
>>>
>>> Does 6 p.m. PT today work for you? Please use the same Zoom link.
>>>
>>> Aoyu Yang is inviting you to a scheduled Zoom meeting.
>>>
>>> Topic: Tan v. Xianghuo - Case No. 1:25-cv-05003 meet and confer - Defendant's discovery requests
>>> Time: Dec 4, 2025 06:00 PM Pacific Time (US and Canada)
>>> Join Zoom Meeting
>>> https://us05web.zoom.us/j/7586103635?pwd=VhyCrCNIJoAjbtuJ0h2T3wVzDE7zZ2.1&omn=83761197191
>>>
>>> Meeting ID: 758 610 3635
>>> Passcode: nCcy1m
>>>
>>>
>>> Aoyu Yang
>>> He/Him/His
>>> Admitted in California & China
>>> Associate
>>> SHM Law Firm
>>> M: +86 13652448337 | T: +86 755 8326 6693
>>> 25F, China Resources Tower
>>> 2666 Keyuan South Road, Nanshan District
>>> Shenzhen, 518052, China
>>>
>>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.
>>>
>>>
>>> Zheng Liu<bjliuzheng@gmail.com> 在 2025年12月5日 周五 9:17 写道：
>>>> Hello Mr. Yang,
>>>>
>>>> Can we zoom later today. We have the productions ready to go, but are awaiting client's signatures.
>>>>
>>>> On Thu, Dec 4, 2025 at 4:57 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>>>> Hello,

Are you there?

On Wed, Dec 3, 2025 at 8:16 PM 杨傲宇 <yang.aoyu@shm.law> wrote:
> Please find below the Zoom meeting link.
>
> Aoyu Yang is inviting you to a scheduled Zoom meeting.
>
> Topic: Tan v. Xianghuo - Case No. 1:25-cv-05003 meet and confer - Defendant's discovery requests
> Time: Dec 4, 2025 04:00 PM Pacific Time (US and Canada)
> Join Zoom Meeting
> https://us05web.zoom.us/j/7586103635?pwd=VhyCrCNlJoAjbtuJ0h2T3wVzDE7zZ2.1&omn=83761197191
>
> Meeting ID: 758 610 3635
> Passcode: nCcy1m
>
>
> Aoyu Yang
> He/Him/His
> Admitted in California & China
> Associate
> SHM Law Firm
> M: +86 13652448337 | T: +86 755 8326 6693
> 25F, China Resources Tower
> 2666 Keyuan South Road, Nanshan District
> Shenzhen, 518052, China
>
> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.
>
>
>
> Zheng Liu<bjliuzheng@gmail.com> 在 2025年12月2日 周二 23:07 写道：
>> Thursday, December 4, 4:00 p.m. PST
>>
>>
>> Sent from Gmail Mobile
>>
>> On Tue, Dec 2, 2025 at 06:00 杨傲宇 <yang.aoyu@shm.law> wrote:
>>> Counsel,
>>>
>>> We write to remind you that the 30-day period for responding to our discovery requests has expired. Pursuant to Federal Rule of Civil Procedure 37(a)(1), we request to meet and confer regarding these outstanding discovery matters.

Please advise of your willingness and availability to confer. We are available on Tuesday, December 2, and Thursday, December 4, after 4:00 p.m. PST. If we do not hear from you before Thursday, December 4, 4:00 p.m. PST, we will proceed with filing a motion to compel.

Best regards,

Aoyu Yang
He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, 518052, China

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

杨傲宇<yang.aoyu@shm.law> 在 2025年11月1日 周六 11:57 写道：

> Counsel,
>
> Please find attached Defendant's First Set of Requests for Production, Interrogatories, and Requests for Admission.
>
> Best regards,
>
> Aoyu Yang
> He/Him/His
> Admitted in California & China
> Associate
> SHM Law Firm
> M: +86 13652448337 | T: +86 755 8326 6693
> 25F, China Resources Tower
> 2666 Keyuan South Road, Nanshan District
> Shenzhen, 518052, China
>
> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.