# EXHIBIT 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>   Plaintiff,<br><br>   v.<br><br>XIANGHUO<br><br>   Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>   Counterclaimant,<br><br>   v.<br><br>CONG TAN<br><br>   Counterdefendant. | |

**DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSION**

1

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Xianghuo ("Defendant" or "Xianghuo") respectfully requests that Plaintiff Cong Tan ("Plaintiff") respond to the following Requests for Admission separately in writing. Response shall be made within thirty (30) days of service hereof. These Requests for Admission are continuing in nature and shall be timely supplemented in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

Defendant hereby incorporates the definitions set forth in its First Set of Interrogatories, dated October 31, 2025.

## INSTRUCTIONS

The following instructions shall apply to these Requests for Admission:

1. Answer each Request for Admission separately and fully in writing.

2. You are to provide full and complete responses to the following Requests for Admission after conducting a diligent and thorough investigation into all information within Your possession, custody, or control. If You cannot provide a full and complete response to any Request for Admission, You should respond to the Request for Admission to the extent possible, specifying the portion of the Request for Admission You are unable to answer and providing any information You have regarding the unanswered portion.

3. If a Request for Admission seeks information referencing or regarding a Document or Thing that has been lost, discarded, destroyed, or is otherwise unavailable for any reason, it should be identified as completely as possible, by stating without limitation: the date of disposal, the manner of disposal, the reason for disposal, any Person, firm or corporation who has possession, custody, or control of a full, partial, or incomplete copy of such Document, and the identity of all Persons who participated in the destruction or discarding or who have knowledge of the data and circumstances surrounding the destruction

2

or discarding of the Document or Thing.

4. Where an objection is made to a Request for Admission, state all grounds upon which Your objection is based. If You object to any Request for Admission in part, respond to the extent that You do not claim the Request for Admission to be objectionable.

5. If any requested information is withheld based on a claim of privilege or immunity, in accordance with Fed. R. Civ. P. 26(b)(5), describe the nature of the documents, communications, or tangible things with sufficient specificity to permit Defendant to assess the veracity of the privilege claim.

6. In the event that You object to any Request on the ground that it is overbroad and/or unduly burdensome for any reason, respond to that Request as narrowed to the least extent necessary to render it not overbroad/unduly burdensome and state specifically the extent to which You have narrowed that Request for purposes of Your response.

7. In the event that You object to any Request on the ground that it is vague and/or ambiguous, identify the particular words, terms, or phrases that are asserted to make such Request vague and/or ambiguous.

8. These Requests for Admission are continuing, and if You obtain or become aware of any further information responsive to this First Set of Requests for Admission after responding, You are required to supplement Your responses and production and provide Defendant with such additional information as required under Federal Rules of Civil Procedure 26(e).

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:**

Admit that Plaintiff is the inventor of the Patent-in-Suit.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Plaintiff is not the inventor of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 3:

Admit that Plaintiff is not the sole inventor of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 4:

Admit that Plaintiff was aware of substantially similar Prior Art before the filing date of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 5:

Admit that persons other than Plaintiff contributed to the conception of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 6:

Admit that Plaintiff referred to substantially similar Prior Art in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 7:

Admit that Plaintiff copied substantially similar Prior Art in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 8:

Admit that Plaintiff referred to Xianghuo's Accused Products in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 9:

Admit that Plaintiff copied Xianghuo's Accused Products in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 10:

Admit that Plaintiff referred to Chinese design patent CN307420904S in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 11:

Admit that Plaintiff copied Chinese design patent CN307420904S in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 12:

Admit that Plaintiff imitated Xianghuo's Accused Products in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 13:

Admit that Plaintiff emulated Xianghuo's Accused Products in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 14:

Admit that Plaintiff imitated Chinese design patent CN307420904S in the design process of the Patent-in-Suit.

REQUEST FOR ADMISSION NO. 15:

Admit that Plaintiff emulated Chinese design patent CN307420904S in the design process of the Patent-in-Suit.

DATED: October 31, 2025   SHM LAW FIRM

By:   /s/Qianwu Yang
QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan, Shenzhen,
China 518052
Telephone: +86 135 2872 3799

5

*Attorneys for Defendant and counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be served on the following named person(s) via email.

Zheng Liu
andy.liu@aptumlaw.us; bjliuzheng@gmail.com
Zhan Jin
tinajin666@gmail.com; tina.jin@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*
CONG TAN


Dated: October 31, 2025

                                                                                          */s/Qianwu Yang*

                                                                                           Qianwu Yang