# EXHIBIT 3

**Zheng Liu has joined your Personal Meeting Room**

From:Zoom<no-reply@zoom.us>

TIme:Friday, Dec 5, 2025 8:57 AM

To:yang.aoyu<yang.aoyu@shm.law>



Hi Aoyu Yang,

Zheng Liu has joined your Personal Meeting Room.

**Start Meeting**

Thank you for choosing Zoom.
-The Zoom Team

  

Copyright ©2025 Zoom Communications, Inc. All rights reserved.