# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Cong Tan
                        Plaintiff,

v.                                            Case No.: 1:25−cv−05003
                                                      Honorable John J. Tharp Jr.

Xianghuo
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 14, 2026:

      MINUTE entry before the Honorable M. David Weisman: For the reasons stated in the separate order entered on this same day, Plaintiff's motion to withdraw admissions [57] is granted. Further, Plaintiff's motion to defer briefing on Defendant's summary judgment motion [54] is denied as moot. Status hearing set for 1/21/26 at 9:15 a.m. and joint status report due by noon on 1/20/26 stand. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.