## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Cong Tan
                Plaintiff,

v.                                          Case No.: 1:25−cv−05003
                                          Honorable John J. Tharp Jr.

Xianghuo
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 15, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: The defendant is directed to clarify, by 1/19/2026, whether it intends to proceed with its summary judgment motion [51] in light of Magistrate Judge Weisman's Order [70], or to withdraw the motion. (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.