UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>        Plaintiff,<br><br>        v.<br><br>XIANGHUO<br><br>        Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>        Counterclaimant,<br><br>        v.<br><br>CONG TAN<br><br>        Counterdefendant. | |

**DEFENDANT'S NOTICE REGARDING MOTION FOR SUMMARY JUDGMENT**

In response to the Court's Minute Entry (Dkt. 71), Defendant Xianghuo ("Defendant" or "Xianghuo") hereby withdraws its Motion for Summary Judgment (Dkt. 51) without prejudice in light of the Court's Order on Plaintiff's motion to withdraw admissions. Defendant intends to revise its motion for summary judgment accordingly and file a Renewed Motion for Summary Judgment in due course.

                Respectfully submitted,

DATED: January 19, 2026        **SHM LAW FIRM**

                                        By:   */s/Qianwu Yang*
                                                  QIANWU YANG
                                                  yang@shm.law
                                                  3000 El Camino Real
                                                  Building 4, Suite 200
                                                  Palo Alto, CA 94306
                                                  Telephone: (650) 613-9737
                                                  Telephone: +8613925212009

                                                  *Attorney for Defendant and Counterclaimant*
                                                  XIANGHUO

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: January 19, 2026

*/s/Qianwu Yang*

Qianwu Yang
