IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>XIANGHUO,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br><br>Magistrate Judge David Weisman |

**DECLARATION OF ZHENG LIU IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT TO
(i) ADD DEFENDANT'S ALTER EGO ENTITY; AND
<u>(ii) REPLACE DEFENDANT'S ALIAS WITH ITS TRUE LEGAL NAME</u>**

Pursuant to 28 U.S.C. § 1746, I, Zheng Liu, submit this Declaration in Support of Plaintiffs' Motion for Leave to Amend Complaint.

1. I am the counsel of record for Plaintiff Cong Tan in the matter captioned Tan v. Xianghuo, No. 25-cv-05003 (N.D. Ill. filed May 6, 2025). The following statements are based on my personal knowledge, and I am competent to testify to the matters stated herein.

2. A true and correct of the proposed First Amended Complaint with redlines showing differences between the First Amended Complaint and the original

1

complaint is attached as **Exhibit A** to this declaration.

3. A true and correct of the proposed First Amended Complaint is attached as **Exhibit B** to this declaration.

4. The proposed amendments allege that Mr. Qing is the CEO, the CFO, the sole shareholder, the sole director, and the sole investor of Defendant company; that no other corporate officer, director, or shareholder exists in Defendant company, and that no one else other than Mr. Qing controls Defendant company. These allegations are supported by both verified public records (**Exhibits C-D**) and Defendant company's own judicial admission (Dkt. 66[1])

5. **Exhibit C** attached to this declaration is a true and correct copy of the English translation of Defendant company's public disclosure files.

6. **Exhibit D** attached to this declaration is a true and correct copy of the original documents of Defendant company's public disclosure files written in Chinese.

7. Plaintiff filed this case to stop Defendant Chinese Reseller's ongoing infringement. Given that urgency, at the time of the filing of the complaint, Plaintiff Patent Owner was uncertain of Defendant Chinese Reseller's true identity, but knew only its alias: Xianghuo, which was Defendant's Amazon store name.

---

[1] Dkt. 66, Notification of Affiliate filed by Defendant stats that "Defendant Xianghuo has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Mr. Denghao Qing, is the sole affiliate of Defendant Xianghuo that owns 5% or more of the company."

8. In the evening of January 9, 2025, Defendant company responded to some of Plaintiff's Requests for Admissions, which ascertained Defendant company's true legal name.

9. Between January 10, 2025, and January 17, 2025, Plaintiff investigated the ownership, officership, directorship of Defendant company through government-operated search engine (e.g., National Enterprise Credit Information Publicity System, https://www.gsxt.gov.cn/index.html) and open-source information.

10. On January 17, 2025, Plaintiff obtained documentary proof that Mr. Qing is the CEO, the CFO, the sole shareholder, the sole director, and the sole investor of Defendant company. See **Exhibits C-D**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 18, 2026.                    Respectfully submitted,


                                                    _____/s/ Zheng Liu_____
                                                         Zheng "Andy" Liu