# EXHIBIT C

Machine Translated by Google



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

Enterprise Credit Information Disclosure Report

| | |
|---|---|
| Company Name | Dongguan Xianghuo Trading Co., Ltd. |
| Report generation time | 2026/01/18 13:43:08 |

(The content of this report is for reference only. Please refer to the National Enterprise Credit Information Publicity System for the most accurate information.)

## Information disclosed by government departments

**Face information**

Unified Social Credit Code: 91441900MABXP8291F Company Name: Dongguan Xianghuo Trading Co., Ltd.

Type: Limited Liability Company (Solely Owned by Natural Person)          Legal Representative: Qing Denghao

Registered capital: 500,000          Date of Establishment: September 21, 2022

Business operation period from: September 21, 2022          Business term until:

Registration Authority: Dongguan Municipal Market Supervision and Administration Bureau          Approval Date: September 21, 2022

Registration Status: Active (Operating, Open for Business, Registered)

Address: Room 403, No. 22 Zhenhua Road, Humen Town, Dongguan City, Guangdong Province

Business Scope: General items: Wholesale of clothing and apparel; retail of clothing and apparel; sales of electronic products; wholesale of electronic components; electronic components...

Retail of hardware components; wholesale of hardware products; retail of furniture; furniture manufacturing; wholesale of sporting goods and equipment; sports equipment.

Retail of goods and equipment; sales of daily-use wooden products; sales of mechanical parts and components; wholesale of auto parts; retail of auto parts.

Sales of car accessories; wholesale of cosmetics; retail of cosmetics; sales of hygiene products and disposable medical supplies; kitchenware and sanitary ware.

Wholesale of daily necessities; retail of kitchenware, sanitary ware and daily necessities; sales of sanitary ware; wholesale and retail of shoes and hats; sales of bags and luggage;

Sales of household goods; sales of arts and crafts and ceremonial items (excluding ivory and its products); sales of daily necessities; online sales.

(Except for goods requiring a license for sale); domestic trade agency; import and export of goods; import and export of technology. (Except for items requiring approval by law)

In addition, businesses can independently conduct business activities in accordance with the law based on their business licenses.

**Shareholder and investment information**

| sequence Number | Shareholder Name | Certificate/Document Type | Certificate/ID Number | Shareholder type |
|---|---|---|---|---|
| 1 | Qingdenghao | Non-public items | Non-public items | Natural person shareholders |

**Key personnel information**

| sequence Number | Name | Position | sequence Number | Name | Position |
|---|---|---|---|---|---|
| 1 | Qingdenghao | Financial Officer 2 | | Qingdenghao | manager |
| 3 | Qingdenghao | director | | | |

Machine Translated by Google

**Branch Information**

| No branch office information available. |
| --- |

**Change information**

| Serial Number | Changes | Previous content | Changes | Change date |
| --- | --- | --- | --- | --- |
| | 1. Articles of Association Filing | | Articles of Association | September 1, 2025 |
| 2 | Filing of senior management personnel (directors, supervisors, managers, etc.) | Qing Denghao (Chief Financial Officer, Executive Director, Manager); Zheng Jianping (Supervisor); | Qingdenghao (Manager, Director, Chief Financial Officer); | September 1, 2025 |

**liquidation information**

| No liquidation information available. |
| --- |

**Administrative licensing information**

| Serial Number | License document number | License file name | Valid from | Valid until | Licensing Authority | Licensed Contents |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | | Registration Approval Notice | September 21, 2022 | December 31, 2099 | Dongguan Municipal Market Supervision Administration | General business scope: Wholesale and retail of clothing and apparel; sales of electronic products; wholesale and retail of electronic components; wholesale and retail of hardware products; sales of furniture; furniture manufacturing; wholesale and retail of sporting goods and equipment; sales of daily-use wood products; sales of mechanical parts and components; wholesale and retail of auto parts; sales of auto decoration products; wholesale and retail of cosmetics; sales of hygiene products and disposable medical supplies; wholesale and retail of kitchenware, sanitary ware, and daily necessities; sales of sanitary ware; wholesale and retail of shoes and hats; sales of bags and luggage; sales of household goods; sales of arts and crafts and etiquette items (excluding ivory and its products); sales of daily necessities; internet sales (excluding goods requiring a license); domestic trade agency; import and export of goods; import and export of technology. (Except for projects that require approval by law, business activities may be carried out independently in accordance with the law based on the business license) |
| | | | | | | General items: Wholesale and retail of clothing and apparel; sales of electronic products; wholesale and retail of electronic components; wholesale of hardware products; hardware. |

| 2 | | Registration Approval Notice | September 21, 2022 | December 31, 2099 | Dongguan Municipal Market Supervision Administration | Retail of products; furniture sales; furniture manufacturing; wholesale of sporting goods and equipment; retail of sporting goods and equipment; sales of daily-use wood products; sales of machine parts and components; wholesale of auto parts; retail of auto parts; sales of auto decoration products; wholesale of cosmetics; retail of cosmetics; sales of hygiene products and disposable medical supplies; wholesale of kitchenware, sanitary ware and daily necessities; retail of kitchenware, sanitary ware and daily necessities; sales of sanitary ware; wholesale of shoes and hats; retail of shoes and hats; sales of bags and luggage; sales of household goods; sales of arts and crafts and etiquette items (excluding ivory and its products); sales of daily necessities; internet sales (excluding goods requiring a license); domestic trade agency; import and export of goods; import and export of technology. (Except for projects that require approval according to law, business activities may be carried out independently in accordance with the law based on the business license) |

**Administrative penalty information**

No administrative penalty information is available.

**abnormal business information**

No abnormal business operations information at present

**Seriously illegal information**

No serious violations reported.

**Random inspection information**

No information on random inspections is available.

**Judicial Assistance Information**

No information on judicial assistance is available.

**Movable property mortgage registration information**

No movable property mortgage registration information available.

**Equity pledge registration information**

No equity pledge registration information available yet.

Information disclosed by the enterprise itself (the enterprise is responsible for the authenticity and legality of the information disclosed by itself).

**Shareholder and investment information**

No shareholder or investment information available.

**Equity change information**

No equity change information available.

**Administrative licensing information**

No administrative licensing information available.

**Intellectual Property Pledge Registration Information**

There is currently no information on intellectual property pledge registration.

**Administrative penalty information**

No administrative penalty information is available.

**2024 Annual Report**

**Basic Information**

Unified Social Credit Code/Registration Number: 91441900MABXP82 91F

Company Name: Dongguan Xianghuo Trading Co., Ltd.

Company Mailing Address: Room 403, No. 22 Zhenhua Road, Humen Town, Dongguan City, Guangdong Province

Postal code: 523900

Company contact number: 18929491599

Company email address: 18929491599@QQ.COM

Number of employees: Companies choose not to disclose.

The number of female employees: (Companies choose not to disclose this information.)

Business Status: Open

Company shareholding information: The company has chosen not to disclose this information.

Has there been any investment activity or purchase of shares in other companies? No.

Do you have a website or online store? No

Are there any external guarantees? No.

Has there been any transfer of shareholder equity in the limited liability company this year? No.

Machine Translated by Google

Main business activities: Wholesale and retail of clothing and apparel; sales of electronic products; wholesale of electronic components; electronic parts.

Retail

**Website and online store information**

No website or online store information available.

**Shareholder and investment information**

| sequence Number | shareholder | Subscribed Capital Amount (ten thousand yuan) | Subscribed Capital time | Subscribed Capital Way | Paid-in capital Amount (ten thousand yuan) | Paid-in capital time | Paid-in capital Way |
|---|---|---|---|---|---|---|---|
| 1 Qingdenghao | | 50 | 2052 February 31 | currency | 0 | 2022 0 September 21 | currency |

**Information on outbound investment**

No information on outbound investment is available.

**Enterprise asset status information**

| Total assets | Companies choose not to disclose | The company chooses not to disclose the total equity. | |
|---|---|---|---|
| Total operating revenue | Companies choose not to disclose | Total profit | Companies choose not to disclose |
| Main business revenue in total operating revenue Service income | Companies choose not to disclose | Net profit | Companies choose not to disclose |
| Total tax amount | Companies choose not to disclose | Total liabilities | Companies choose not to disclose |

**Social Security Information**

| Urban Employees Basic Pension Insurance risk | 0 people | Unemployment insurance: 0 people |
|---|---|---|

Machine Translated by Google

| | | |
|---|---|---|
| 0 people are covered by basic medical insurance for employees . | | 0 people covered by work injury insurance |
| 0 people covered by maternity insurance | | |
| Employer contribution base: The employer's contribution base for urban employee basic pension insurance | | Companies choose not to disclose |
| | The employer chooses not to disclose the unemployment insurance contribution base. | |
| | The employer chooses not to disclose the contribution base for basic medical insurance for employees. | |
| | Companies choosing not to disclose their maternity insurance contribution base | |
| Actual payment amount for this period | Actual contribution base for urban employee basic pension insurance in this period | Companies choose not to disclose |
| | Enterprises participating in unemployment insurance choose not to disclose their actual contribution base for this period. | |
| | Actual contribution base for employees' basic medical insurance in this period | Companies choose not to disclose |
| | Enterprises participating in work injury insurance choose not to disclose the actual contribution base for this period . | |
| | Enterprises participating in maternity insurance choose not to disclose the actual contribution base for this period. | |
| Employer contribution base | Accumulated arrears in contributions to urban employee basic pension insurance by employers | Companies choose not to disclose |
| | The company chooses not to disclose the total amount of unpaid unemployment insurance premiums. | |
| | Total Amount of Unpaid Basic Medical Insurance Premiums by Employers | Companies choose not to disclose |
| | The company chooses not to disclose the total amount of unpaid work injury insurance premiums. | |
| | The company has chosen not to disclose the total amount of outstanding maternity insurance contributions . | |

**Providing guarantee information to external parties**

There is currently no information on providing guarantees to external parties.

Machine Translated by Google

**Equity change information**

No equity change information available.

---

**2023 Annual Report**

---

**Basic Information**

Unified Social Credit Code/Registration Number: 91441900MABXP82
91F

Company Name: Dongguan Xianghuo Trading Co., Ltd.

Company Mailing Address: Room 403, No. 22 Zhenhua Road, Humen Town, Dongguan City, Guangdong Province

Postal code: 523900

Company contact number: 18929491599

Company email address: 18929491599@QQ.COM

Number of employees: Companies choose not to disclose.

The number of female employees: (Companies choose not to disclose this information.)

Business Status: Open

Company shareholding information: The company has chosen not to disclose this information.

Has there been any investment activity or purchase of shares in other companies? No.

Do you have a website or online store? No

Are there any external guarantees? No.

Has there been any transfer of shareholder equity in the limited liability company this year? No.

Main business activities: Wholesale and retail of clothing and apparel; sales of electronic products; wholesale and retail of electronic components.

---

**Website and online store information**

No website or online store information available.

---

**Shareholder and investment information**

| Serial Number | shareholder | Subscribed capital contribution (ten thousand yuan) | Subscribed capital contribution time | Subscribed capital contribution method | Paid-in capital (ten thousand yuan) | Time of actual capital contribution | Paid-in capital method |
|---|---|---|---|---|---|---|---|
| 1 | Qingdenghao | 50 | December 31, 2052 | currency | 0 | September 21, 2022 | currency |

Machine Translated by Google

**▌ Information on outbound investment**

No information on outbound investment is available.

**▌ Enterprise asset status information**

| | | | |
|---|---|---|---|
| Total assets | Companies choose not to disclose | The company chooses not to disclose the total equity. | |
| Total operating revenue | Companies choose not to disclose | Total profit | Companies choose not to disclose |
| Main business revenue in total operating revenue Service income | Companies choose not to disclose | Net profit | Companies choose not to disclose |
| Total tax amount | Companies choose not to disclose | Total liabilities | Companies choose not to disclose |

**▌ Social Security Information**

| | | | |
|---|---|---|---|
| Urban Employees Basic Pension Insurance risk | 0 people | Unemployment insurance: 0 people | |
| 0 people are covered by basic medical insurance for employees . | | 0 people covered by work injury insurance | |
| 0 people covered by maternity insurance | | | |
| Employer contribution base: Employers participating in urban employee basic pension insurance contribute to... cardinality | | Companies choose not to disclose | |
| The employer chooses not to disclose the unemployment insurance contribution base. | | | |
| The employer chooses not to disclose the contribution base for basic medical insurance for employees. | | | |
| Companies choosing not to disclose their maternity insurance contribution base | | | |
| The actual number of participants in the urban employee basic pension insurance program this period Contribution base | | Companies choose not to disclose | |
| Enterprises participating in unemployment insurance choose not to disclose their actual contribution base for this period. | | | |
| Actual payment amount for this period Forehead | Actual premiums paid for participating in basic medical insurance for employees this period cardinality | Companies choose not to disclose | |

Machine Translated by Google

| | Enterprises participating in work injury insurance choose not to disclose the actual contribution base for this period . | |
|---|---|---|
| | Enterprises participating in maternity insurance choose not to disclose the actual contribution base for this period. | |
| Employer contribution base | Accumulated arrears in contributions to urban employee basic pension insurance by employers | Companies choose not to disclose |
| | The company chooses not to disclose the total amount of unpaid unemployment insurance premiums. | |
| | Total Amount of Unpaid Basic Medical Insurance Premiums by Employers | Companies choose not to disclose |
| | The company chooses not to disclose the total amount of unpaid work injury insurance premiums. | |
| | The company has chosen not to disclose the total amount of outstanding maternity insurance contributions . | |

**Providing guarantee information to external parties**

There is currently no information on providing guarantees to external parties.

**Equity change information**

No equity change information available.

**2022 Annual Report**

**Basic Information**

Unified Social Credit Code/Registration Number: 91441900MABXP82
91F

Company Name: Dongguan Xianghuo Trading Co., Ltd.

Company Mailing Address: Room 403, No. 22 Zhenhua Road, Humen Town, Dongguan City, Guangdong Province

Postal code: 523900

Company contact number: 13631791178

Company email address: 13631791178@qq.com

Number of employees: Companies choose not to disclose.

The number of female employees: (Companies choose not to disclose this information.)

Machine Translated by Google

Business Status: Open

Company shareholding information: The company has chosen not to disclose this information.

Has there been any investment activity or purchase of shares in other companies? No.

Do you have a website or online store? No

Are there any external guarantees? No.

Has there been any transfer of shareholder equity in the limited liability company this year? No.

Main business activities: General items: Wholesale of clothing and apparel; retail of clothing and apparel; sales of electronic products; wholesale of electronic components.

Retail of electronic components; wholesale of hardware products; furniture sales; furniture manufacturing; wholesale of sporting goods and equipment.

Retail of sporting goods and equipment; sales of daily-use wooden products; sales of mechanical parts and components; wholesale of auto parts; auto parts and components.

Retail of personal items; sales of car accessories; wholesale of cosmetics; retail of cosmetics; sales of hygiene products and disposable medical supplies;

Wholesale of kitchenware, sanitary ware and daily necessities; retail of kitchenware, sanitary ware and daily necessities; sales of sanitary ware; wholesale of shoes and hats; retail of shoes and hats; boxes

Sales of bags; sales of household goods; sales of arts and crafts and ceremonial items (excluding ivory and its products); sales of daily necessities; mutual sales.

Online sales (excluding the sale of goods requiring a license); domestic trade agency; import and export of goods; import and export of technology. (Except for those subject to legal approval)

Apart from approved projects, businesses may independently conduct business activities in accordance with the law based on their business licenses.

### Website and online store information

No website or online store information available.

### Shareholder and investment information

| sequence Number | shareholder | Subscribed Capital Amount (ten thousand yuan) | Subscribed Capital time | Subscribed Capital Way | Paid-in capital Amount (ten thousand yuan) | Paid-in capital time | Paid-in capital Way |
|---|---|---|---|---|---|---|---|
| 1 Qingdenghao | | 50 | 2052 February 31 | currency | 0 | 2022 0 September 21 | currency |

### Information on outbound investment

No information on outbound investment is available.

### Enterprise asset status information

| Total assets | Companies choose not to disclose | The company chooses not to disclose the total equity. | |
|---|---|---|---|
| Total operating revenue | Companies choose not to disclose | Total profit | Companies choose not to disclose |
| Main business revenue in total operating revenue | | | |

Machine Translated by Google

| Service income | Companies choose not to disclose | Net profit | Companies choose not to disclose |
|---|---|---|---|
| Total tax amount | Companies choose not to disclose | Total liabilities | Companies choose not to disclose |

### Social Security Information

| Urban Employees Basic Pension Insurance risk | 0 people | Unemployment insurance: 0 people | |
|---|---|---|---|
| 0 people are covered by basic medical insurance for employees . | | 0 people covered by work injury insurance | |
| 0 people covered by maternity insurance | | | |
| Employer contribution base: Employers participating in urban employee basic pension insurance contribute to... cardinality | Companies choose not to disclose | | |
| | The employer chooses not to disclose the unemployment insurance contribution base. | | |
| | The employer chooses not to disclose the contribution base for basic medical insurance for employees. | | |
| | Companies choosing not to disclose their maternity insurance contribution base | | |
| Actual payment amount for this period Forehead | The actual number of participants in the urban employee basic pension insurance program this period Contribution base | Companies choose not to disclose | |
| | Enterprises participating in unemployment insurance choose not to disclose their actual contribution base for this period. | | |
| | Actual premiums paid for participating in basic medical insurance for employees this period cardinality | Companies choose not to disclose | |
| | Enterprises participating in work injury insurance choose not to disclose the actual contribution base for this period . | | |
| | Enterprises participating in maternity insurance choose not to disclose the actual contribution base for this period. | | |
| Employer contribution base | The cumulative amount of funds invested by the employer in the urban employee basic pension insurance program Amount owed | Companies choose not to disclose | |
| | The company chooses not to disclose the total amount of unpaid unemployment insurance premiums. | | |
| | The employer's accumulated arrears in basic medical insurance for employees Amount | Companies choose not to disclose | |
| | The company chooses not to disclose the total amount of unpaid work injury insurance premiums. | | |

Machine Translated by Google

The company has chosen not to disclose the total amount of outstanding maternity insurance contributions .

Providing guarantee information to external parties

There is currently no information on providing guarantees to external parties.

Equity change information

No equity change information available.