# EXHIBIT D



# 国家企业信用信息公示系统
## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

**企业名称**　　　　　东莞市橡火贸易有限公司

**报告生成时间**　　　2026/01/18 13:43:08

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

## 政府部门公示信息

### 照面信息

**统一社会信用代码**：91441900MABXP8291F　　**企业名称**：东莞市橡火贸易有限公司

**类型**：有限责任公司(自然人独资)　　**法定代表人**：卿灯号

**注册资本**：50 万　　**成立日期**：2022年09月21日

**营业期限自**：2022年09月21日　　**营业期限至**：

**登记机关**：东莞市市场监督管理局　　**核准日期**：2022年09月21日

**登记状态**：存续（在营、开业、在册）

**住所**：广东省东莞市虎门镇虎门振华路22号403房

**经营范围**：一般项目：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售；五金产品批发；五金产品零售；家具销售；家具制造；体育用品及器材批发；体育用品及器材零售；日用木制品销售；机械零件、零部件销售；汽车零配件批发；汽车零配件零售；汽车装饰用品销售；化妆品批发；化妆品零售；卫生用品和一次性使用医疗用品销售；厨具卫具及日用杂品批发；厨具卫具及日用杂品零售；卫生洁具销售；鞋帽批发；鞋帽零售；箱包销售；家居用品销售；工艺美术品及礼仪用品销售（象牙及其制品除外）；日用百货销售；互联网销售（除销售需要许可的商品）；国内贸易代理；货物进出口；技术进出口。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

### 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 卿灯号 | 非公示项 | 非公示项 | 自然人股东 |

### 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 卿灯号 | 财务负责人 | 2 | 卿灯号 | 经理 |
| 3 | 卿灯号 | 董事 | | | |

## 分支机构信息

| 暂无分支机构信息 |
|---|

## 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 1 | 章程备案 | | 章程 | 2025年09月01日 |
| 2 | 高级管理人员备案（董事、监事、经理等） | 卿灯号(财务负责人，执行董事，经理)；郑建平(监事)； | 卿灯号(经理，董事，财务负责人)； | 2025年09月01日 |

## 清算信息

| 暂无清算信息 |
|---|

## 行政许可信息

| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 |
|---|---|---|---|---|---|---|
| 1 | | 核准登记通知书 | 2022年09月21日 | 2099年12月31日 | 东莞市市场监督管理局 | 一般项目：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售；五金产品批发；五金产品零售；家具销售；家具制造；体育用品及器材批发；体育用品及器材零售；日用木制品销售；机械零件、零部件销售；汽车零配件批发；汽车零配件零售；汽车装饰用品销售；化妆品批发；化妆品零售；卫生用品和一次性使用医疗用品销售；厨具卫具及日用杂品批发；厨具卫具及日用杂品零售；卫生洁具销售；鞋帽批发；鞋帽零售；箱包销售；家居用品销售；工艺美术品及礼仪用品销售（象牙及其制品除外）；日用百货销售；互联网销售（除销售需要许可的商品）；国内贸易代理；货物进出口；技术进出口。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） |
| | | | | | | 一般项目：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售；五金产品批发；五金 |

| 2 |  | 核准登记通知书 | 2022年09月21日 | 2099年12月31日 | 东莞市市场监督管理局 | 产品零售；家具销售；家具制造；体育用品及器材批发；体育用品及器材零售；日用木制品销售；机械零件、零部件销售；汽车零配件批发；汽车零配件零售；汽车装饰用品销售；化妆品批发；化妆品零售；卫生用品和一次性使用医疗用品销售；厨具卫具及日用杂品批发；厨具卫具及日用杂品零售；卫生洁具销售；鞋帽批发；鞋帽零售；箱包销售；家居用品销售；工艺美术品及礼仪用品销售（象牙及其制品除外）；日用百货销售；互联网销售（除销售需要许可的商品）；国内贸易代理；货物进出口；技术进出口。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） |

## 行政处罚信息

暂无行政处罚信息

## 经营异常信息

暂无经营异常信息

## 严重违法信息

暂无严重违法信息

## 抽查检查信息

暂无抽查检查信息

## 司法协助信息

暂无司法协助信息

## 动产抵押登记信息

暂无动产抵押登记信息

## 股权出质登记信息

暂无股权出质登记信息

## 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

### 股东及出资信息

| |
|---|
| 暂无股东及出资信息 |

### 股权变更信息

| |
|---|
| 暂无股权变更信息 |

### 行政许可信息

| |
|---|
| 暂无行政许可信息 |

### 知识产权出质登记信息

| |
|---|
| 暂无知识产权出质登记信息 |

### 行政处罚信息

| |
|---|
| 暂无行政处罚信息 |

### [2024年度报告](#)

### 基本信息

| | |
|---|---|
| **统一社会信用代码/注册号**：91441900MABXP8291F | **企业名称**：东莞市橡火贸易有限公司 |
| **企业通信地址**：广东省东莞市虎门镇虎门振华路22号403房 | **邮政编码**：523900 |
| **企业联系电话**：18929491599 | **企业电子邮箱**：18929491599@QQ.COM |
| **从业人数**：企业选择不公示 | **其中女性从业人数**：企业选择不公示 |
| **企业经营状态**：开业 | **企业控股情况**：企业选择不公示 |
| **是否有投资信息或购买其他公司股权**：否 | **是否有网站或网店**：否 |
| **是否有对外担保信息**：否 | **有限责任公司本年度是否发生股东股权转让**：否 |

**企业主营业务活动**：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售

## 网站网店信息

| 暂无网站网店信息 |
| --- |

## 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 卿灯号 | 50 | 2052年12月31日 | 货币 | 0 | 2022年09月21日 | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
| --- |

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| --- | --- | --- | --- |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| --- | --- | --- | --- |

| | | | | |
|---|---|---|---|---|
| 职工基本医疗保险 | 0 人 | | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

| |
|---|
| 暂无股权变更信息 |

## 2023年度报告

### 基本信息

| | |
|---|---|
| **统一社会信用代码/注册号**：91441900MABXP8291F | **企业名称**：东莞市橡火贸易有限公司 |
| **企业通信地址**：广东省东莞市虎门镇虎门振华路22号403房 | **邮政编码**：523900 |
| **企业联系电话**：18929491599 | **企业电子邮箱**：18929491599@QQ.COM |
| **从业人数**：企业选择不公示 | **其中女性从业人数**：企业选择不公示 |
| **企业经营状态**：开业 | **企业控股情况**：企业选择不公示 |
| **是否有投资信息或购买其他公司股权**：否 | **是否有网站或网店**：否 |
| **是否有对外担保信息**：否 | **有限责任公司本年度是否发生股东股权转让**：否 |
| **企业主营业务活动**：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售 | |

### 网站网店信息

| |
|---|
| 暂无网站网店信息 |

### 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 卿灯号 | 50 | 2052年12月31日 | 货币 | 0 | 2022年09月21日 | 货币 |

## 对外投资信息

| 暂无对外投资信息 |
|---|

## 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| 城镇职工基本养老保险 | 0人 | | 失业保险 | 0人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0人 | | 工伤保险 | 0人 |
| 生育保险 | 0人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | | 企业选择不公示 | |

| | | |
|---|---|---|
| 单位缴费基数 | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

| |
|---|
| 暂无对外提供担保信息 |

## 股权变更信息

| |
|---|
| 暂无股权变更信息 |

## 2022年度报告

### 基本信息

| | |
|---|---|
| 统一社会信用代码/注册号：91441900MABXP8291F | 企业名称：东莞市橡火贸易有限公司 |
| 企业通信地址：广东省东莞市虎门镇虎门振华路22号403房 | 邮政编码：523900 |
| 企业联系电话：13631791178 | 企业电子邮箱：13631791178@qq.com |
| 从业人数：企业选择不公示 | 其中女性从业人数：企业选择不公示 |

| | | | |
|---|---|---|---|
| **企业经营状态**：开业 | | **企业控股情况**：企业选择不公示 | |
| **是否有投资信息或购买其他公司股权**：否 | | **是否有网站或网店**：否 | |
| **是否有对外担保信息**：否 | | **有限责任公司本年度是否发生股东股权转让**：否 | |

**企业主营业务活动**：一般项目：服装服饰批发；服装服饰零售；电子产品销售；电子元器件批发；电子元器件零售；五金产品批发；五金产品零售；家具销售；家具制造；体育用品及器材批发；体育用品及器材零售；日用木制品销售；机械零件、零部件销售；汽车零配件批发；汽车零配件零售；汽车装饰用品销售；化妆品批发；化妆品零售；卫生用品和一次性使用医疗用品销售；厨具卫具及日用杂品批发；厨具卫具及日用杂品零售；卫生洁具销售；鞋帽批发；鞋帽零售；箱包销售；家居用品销售；工艺美术品及礼仪用品销售（象牙及其制品除外）；日用百货销售；互联网销售（除销售需要许可的商品）；国内贸易代理；货物进出口；技术进出口。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

## ▌ 网站网店信息

| |
|---|
| 暂无网站网店信息 |

## ▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 卿灯号 | 50 | 2052年12月31日 | 货币 | 0 | 2022年09月21日 | 货币 |

## ▌ 对外投资信息

| |
|---|
| 暂无对外投资信息 |

## ▌ 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业 | | | |

| | | | |
|---|---|---|---|
| 务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0 人 | 失业保险 | 0 人 |
| 职工基本医疗保险 | 0 人 | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |

| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |
|---|---|---|

### 对外提供担保信息

| 暂无对外提供担保信息 |
|---|

### 股权变更信息

| 暂无股权变更信息 |
|---|

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289
