# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CONG TAN, <br><br> Plaintiff, <br><br> v. <br><br> XIANGHUO, <br><br> Defendant. | Case No.: 1:25-cv-05003 <br><br> Judge: Hon. John J. Tharp Jr. <br><br> Magistrate Judge David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Monday, January 26, 2026, at 9:15 a.m., Plaintiff, by its undersigned counsel, shall appear by telephone before the Honorable David Weisman in Courtroom 1300 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois and present Plaintiff's Motion for to Compel (1) Production of documents; (2) Responses to interrogatories; and (3) Rule 30(B)(6) deposition.

///

///

///

Date: January 20, 2026  Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CBN 279327)
*Aptum Law*
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*
