UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>   Plaintiff,<br><br>   v.<br><br>XIANGHUO<br><br>   Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>   Counterclaimant,<br><br>   v.<br><br>CONG TAN<br><br>   Counterdefendant. | |

**DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

In light of the Court's Order (Dkt. 70) on Plaintiff's motion to withdraw admissions, Defendant Xianghuo ("Defendant" or "Xianghuo") withdraws its previous Motion for Summary Judgment (Dkt. 51) without prejudice and hereby files a Renewed Motion for Summary Judgment. Defendant, through its undersigned counsel, hereby respectfully moves the Court for summary judgment of (1) non-infringement of Defendant's Accused Products (on Count I of Plaintiff's Complaint and Count I of Defendant's Counterclaims); and (2) invalidity of the Patent-in-Suit (on Count II of Defendant's Counterclaims).

A Memorandum of Law, Defendant's L.R. 56.1(a)(2) Statement of Material Facts, declaration and exhibits are filed concurrently with, and in support of, this Motion.

Respectfully submitted,

DATED: January 20, 2026    **SHM LAW FIRM**

By: */s/Qianwu Yang*
QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

*Attorney for Defendant and Counterclaimant*
XIANGHUO

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: January 20, 2026

*/s/Qianwu Yang*

Qianwu Yang
