UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>      Plaintiff,<br><br>      v.<br><br>XIANGHUO<br><br>      Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>      Counterclaimant,<br><br>      v.<br><br>CONG TAN<br><br>      Counterdefendant. | |

**DEFENDANT'S LOCAL RULE 56.1(a)(2) STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**

### I. The Parties

1. Plaintiff Cong Tan, is an individual resident of Zhuzhou, China. See ECF No. 1 Complaint ¶ 4.

2. Defendant Xianghuo is a Chinese company with its principal place of business at Rm 403, No. 22 Zhenhua Rd, Humen District, Humen Town, Dongguan, Guangdong Province, China. See ECF No. 23 Counterclaims ¶ 3.

### II. The Patent-in-Suit - U.S. Patent No. D1,054,752 S

3. U.S. Patent No. D1,054,752 S, (the "D'752 Patent" or "Patent-in-Suit"), entitled "STORAGE BOX," was filed with the USPTO on March 12, 2024, and claims priority to the same date. The D'752 Patent was issued on December 24, 2024. See ECF No. 1-1, at 1. The D'752 Patent lists Cong Tan as the Applicant and Inventor. See ECF No. 1-1, at 1.

4. The USPTO has granted an ex parte reexamination of the Patent-in-Suit on November 17, 2025 (Application No. 90/015,535) because the requester has raised a substantial new question of patentability. See Exhibit 8.

### III. The Accused Products

5. The Accused Products alleged by Plaintiff are identified by Amazon Standard Identification Numbers (ASINs) B0CHRP96MS, B0CC5YKT2T, B0CFQG78HJ, B0DK91X37C, B0D6QRMDQ6, B0DRVVDW4V, B0DJTDGDHG, B0DLNSMWHX, B0DGXMZGKK, B0DK926KVX. See ECF No. 1-2.

6. On or about July 26, 2025, Defendant received a removal notice from Amazon. The product at issue was identified by ASIN B0CHRP96MS. See ECF No. 23-1, Declaration of Lijun Zheng ¶ 6.

7. The side view of Accused Products B0DK91X37C, B0D6QRMDQ6, B0DRVVDW4V, B0DJTDGDHG, B0DGXMZGKK, and B0DK926KVX do not have an aesthetic design element of concentric rectangles. See Exhibits 5 and 6.

1

8. Accused Product B0DGXMZGKK has two doors. See Exhibits 5 and 6.

**IV. Prior Art**

9. Amazon listing, the "3 Tier Stackable Storage Bins with Lids" (ASIN B0B67PCFLQ), was publicly available on sale on Amazon no later than August 26, 2022. See Exhibits 1 and 2.

10. Amazon listing with ASIN B0B67PCFLQ was neither considered nor addressed during patent prosecution. See ECF No. 1-1, at 1.

11. Accused Products with ASINs B0CHRP96MS, B0CC5YKT2T, B0CFQG78HJ and B0DLNSMWHX have the same design as Amazon listing with ASIN B0B67PCFLQ, with size and number of tiers being the only difference. See Exhibits 3, 5, and 6.

12. The Patent-in-Suit is substantially the same as Amazon listing with ASIN B0B67PCFLQ. See Exhibit 3.

13. Chinese design patent CN307420904S was issued and published on June 28, 2022. See Exhibit 4.

14. Chinese design patent CN307420904S was neither considered nor addressed during patent prosecution. See ECF No. 1-1, at 1.

15. The Patent-in-Suit is substantially the same as Chinese design patent CN307420904S. See Exhibit 7.

Respectfully submitted,

DATED: January 20, 2026      **SHM LAW FIRM**

By:    */s/Qianwu Yang*
QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737

Telephone: +86 13925212009

*Attorney for Defendant and Counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

    I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: January 20, 2026

                                            */s/Qianwu Yang*

                                             Qianwu Yang