UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>    Plaintiff,<br><br>    v.<br><br>XIANGHUO<br><br>    Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>    Counterclaimant,<br><br>    v.<br><br>CONG TAN<br><br>    Counterdefendant. | |

## DECLARATION OF QIANWU YANG IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
SECOND MOTION FOR SUMMARY
JUDGMENT

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Qianwu Yang, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am a member of SHM Law Firm. I am counsel for Defendant Xianghuo. I make this declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2. Exhibit 1 is a true and correct copy of the screenshot of the webpage of Amazon listing with ASIN B0B67PCFLQ, the "3 Tier Stackable Storage Bins with Lids" (URL: https://www.amazon.com.mx/dp/B0B67PCFLQ?th=1, last visited January 20, 2026).

3. Exhibit 2 is a true and correct copy of the screenshot of Wayback Machine webpage (URL: https://web.archive.org/web/20240303144308/https://www.amazon.com/dp/B0B67PCFLQ/, last visited January 20, 2026), showing the webpage of Amazon listing with ASIN B0B67PCFLQ, the "3 Tier Stackable Storage Bins with Lids" on March 3, 2024.

4. Exhibit 3 is a comparison chart of the Patent-in-Suit and the actual product for Amazon listing "3 Tier Stackable Storage Bins with Lids" (ASIN B0B67PCFLQ).

5. Exhibit 4 is a true and correct copy of Chinese design patent CN307420904S and its English translation.

DECLARATION OF QIANWU YANG
IN SUPPORT OF DEFENDANT'S
SECOND MOTION FOR SUMMARY
JUDGMENT

SHM LAW FIRM
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

6. Exhibit 5 is a true and correct copy of the screenshot of Amazon webpage of Defendant's Accused Products.

7. Exhibit 6 is a comparison chart of the Patent-in-Suit and the Accused Products.

8. Exhibit 7 is a comparison chart of the Patent-in-Suit and Chinese design patent CN307420904S.

9. Exhibit 8 is a true and correct copy of USPTO's decision to grant ex parte reexamination of the Patent-in-Suit (Application No. 90/015,535).

I hereby declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on January 20, 2026.

*/s/Qianwu Yang*

Qianwu Yang