# EXHIBIT 1



# 3-Tier Stackable Storage Bins with Lids, 23-Quart Plastic Storage Containers with Doors and Magnetic Wheels, Convenient Storage Bins

**Brand: CTSNSLH**

4.6 ★★★★☆ (2,404)

$ **2,099**39

$349.89 x 6 months interest-free

View plans

Import duties included

Payments and Security | 30-day free return policy

### Color: White

| | |
|---|---|
| **Brand** | CTSNSLH |
| **Color** | White |
| **Material** | Durable PP: once purchased, long-lasting use |
| **Special feature** | Buy all 4 levels for better value |
| **Style** | 23QT |

See more

## About this article

- Total capacity of 70 quarts: Each storage box measures 15.4 x 11 x 8.2 inches (L x W x H). These storage boxes can be used to store personal items such as clothing, office supplies, art supplies, toys, snacks, and much more. A great storage organizer for bedrooms, living rooms, kitchens, studies, offices, classrooms, etc.
- Stable and durable: Made of high-quality polypropylene instead of cheap, inferior materials, our storage containers feature better seals and sturdier panels. They are more durable and won't easily get damaged. Once purchased, they're built to last.

$ **2,099**39

**Import duties** included

FREE delivery on **Tuesday, February 10**. See details
OR faster delivery on **Monday, January 26**. Place your order in 10 hours 51 minutes. See details

It will be delivered to Mexico City, 11000: update location

**Only 7 left in stock.**

This product, sold by Amazon Europe, is imported and may differ from the version available in Mexico. Separate terms and conditions apply. More information

Quantity: 1

[Add to cart]

[Buy now]

| | |
|---|---|
| Sender / Seller | Amazon Europe |
| Returns | Returns accepted within 30 days of receiving the… |
| Pay | Secure transaction |

[Add to Wish List]

- Easy to install and stack: Our single storage bins for organizing can be quickly installed in minutes. You can stack the boxes and assemble them to create a clothes organizer, toy box organizer, shoe storage box organizer, and more.
- 【Conveniently Movable and Space-Saving】 Unlike traditional bulky storage boxes, our storage box organizer has 4 wheels on the bottom. You can move it wherever you want and keep it in place by locking the 2 wheels at the back. It's also easy to store in your closet or car trunk.
- Easily find what you need: RAKLAIMHLIONE's front lid is translucent, allowing you to see the items stored inside. You can easily identify the items stored within. No more worrying about finding missing tools, toys, or stationery.

Report a problem with this product



Muebles para el hogar
Encuéntralos aquí ▶

## Usually bought together

 +  + 

**This product:** 3-Tier Stackable Storage Bins with Lids, 23-Quart Plastic Storage…
$ 2,099³⁹

Vtopmart 25 PCS Plastic Drawer Organizer Boxes, Multifunctional Vanity and…
$ 399⁹⁹

4-Pack Acrylic Qtip Dispensers for Cotton Swabs, Balls, Ear Pads, Dental Floss Picks, Smal…
$ 257⁰⁰

Total price: $ 2,756.38

**Add all 3 to cart**

ⓘ Some of these products are shipped before others.
Show details

## Customers also viewed these products    Page 1 of 8

    

4pcs Storage Boxes, 160L Foldable Stackable Plastic Storage Box, Stackable Closet Organizers,…
★★★★☆ 134
**-10%** Promotion
$ 1,079.10
Previous: $1,199.00
Receive it on **Thursday, January 22**
FREE shipping from Amazon Mexico

4-Tier Storage Boxes, Foldable Plastic Organizer Containers with Lids and Wheels, Organizer Cart for Livin…
★★★★☆ 25
$ 999.00
Receive it on **Thursday, January 22**
FREE shipping from Amazon Mexico

Timotech Storage Boxes, 4-Tier Plastic Organizer Boxes with Lids, 23 Quart Capacity, Stackable Storage Containers wit…
★★★★★ 15
$ 899.99
Receive it on **Friday, January 23**
FREE shipping from Amazon Mexico

NUHEXRY 4-Layer Foldable Storage Boxes with 6 Storage Bags, Foldable Plastic with Silent Wheels and…
★★★★☆ 29
$ 899.00
Receive it on **Thursday, January 22**
FREE shipping from Amazon Mexico

NETEL Storage Boxes, 4 Tier Stackable Plastic Organizer Boxes, Storag Boxes with Lids and Doors, Stackable Closet
★★★★☆ 337
$ 1,099.00
Receive it on **Thursday, January 22**
FREE shipping from Amazor Mexico



## Customers who bought this product also bought



4-Tier Stackable Storage Bins with Lids, 23-Quart Plastic Storage Bins with Doors and Magnetic Wheels, Collapsible…

★★★★½ 2,218

$ 1,836.89

Receive it on **Feb 18-24**
FREE shipping on eligible orders
Shipping in 9 to 10 days



Wise Oannes - 4-Tier Storage Bins with Lids, Stackable 23-Quart Closet Organizers and Rolling Storage,…

★★★★☆ 5,065

$ 812.05

Receive it on **Jan 25-29**
FREE shipping on eligible orders

## Product description



# A Good Storage Partner Anywhere



Living Room | Bedroom | Balcony

## Installation Steps



Insert the pulley into the bottom shelf | Unfold the four side panels and fasten the four corners in turn | overlay second layer | Fasten the buckles on both sides | Free stacking layers in sequence



DIY Combination Folding Storage Box
Free stacking and large-capacity storage



# Say Goodbye to Messy
## Keep your place neat and comfortable

*3 packs*





## Why Choose CTSNSLH Storage Bins?



Compared with traditional storage boxes, our storage box can be stackable.



And it's more convenient to get items inside through the magnetic door.






**From the brand**



# Product information

## Technical specifications

| | |
|---|---|
| Manufacturer | CTSNSLH |
| Part number | 01 |
| Size | 23Qt 3-Tier |
| Color | White |
| Style | 23QT |
| Material | Durable PP: once purchased, long-lasting use |
| Pattern | Smooth |
| Shape | Rectangular |
| Number of item packages | 1 |
| Number of pieces | 3 |
| Special features | Buy all 4 levels for better value |
| Use | 3-Tier Storage Organizer with Wheels |
| Included components | 3T Storage Box |
| Batteries included | No |
| Are batteries required? | No |
| Weight | 1 Pound |
| Length | 14.6 inches |
| Broad | 10.6 inches |
| Height | 24.4 inches |

## Additional information

| | |
|---|---|
| Product dimensions | 37.08 x 26.92 x 61.98 cm; 453.59g |
| Product model number | 01 |
| ASIN | B0B67PCFLQ |
| Product available on Amazon.com.mx since | August 26, 2022 |
| Average customer review | 4.6 ★★★★☆ (2,404) 4.6 out of 5 stars |
| Amazon Best Seller Rank | #607,063 in Home & Kitchen ( See Top 100 in Home & Kitchen ) #2,169 in Storage Boxes |

# Customer reviews

★★★★☆ 4.6 out of 5

2,404 global ratings



| | |
|---|---|
| 5 stars | 75% |
| 4 stars | 14% |
| 3 stars | 6% |
| 2 stars | 2% |
| 1 star | 3% |

How customer reviews and ratings work ›

## The best reviews in Mexico



Alcue

★★★☆☆ Nice

Reviewed in Mexico on June 19, 2023

Color: White | Verified purchase

It's cute but not very durable

I like | Report

See more reviews ›

# Escribir reseña sobre este producto

## Top reviews from other countries

Comparte tu opinión con otros clientes

Escribir mi opinión

Translate all reviews into Spanish

Xellas

★★★★★ **Przyzwoita jakość za rozsądną cenę**

Reviewed in Poland on June 9, 2024

Color: White | Verified purchase



Jakość plastiku jak wspomniano w kilku innych recenzjach jest lepsza niż się spodziewałam. Nie jest to gruby plastik, jest nadal z tych cieńszych, ale dobrej przyzwoitej jakości, pokazuje to na filmiku ugina się tylko trochę - no wiadomo, ze nie jest to do dużych i ciężkich rzeczy, jeśli ktoś chce trzymać w tym kilkukilogramowe rzeczy to niech kupi szafkę z drewna, a nie plastiku.

Magnes w drzwiczkach jest dosyć mocny i dobrze trzyma, nic w środku nie odstaje, mamy

∨ Read more



Report

Translate opinion into Spanish

KeSc

★★★★★ **Praktische Aufbewahrungslösung mit viel Stauraum**

Reviewed in Germany on December 19, 2025

Color: White | Verified purchase

Ich hatte schon länger nach einer large Aufbewahrungsbox gesucht, um meinen Keller besser zu organisieren. This Box with 66 Liter Fassungsvermögen bietet wirklich viel Platz. Besonders praktisch finde ich die drei Ebenen, die eine übersichtliche Sortierung ermöglichen.

Der Aufbau war unkompliziert. Die Box lässt sich schnell zusammenfalten und wieder aufstellen, was beim Transport oder wenn man sie vorübergehend nicht braucht sehr praktisch ist. Das spart Platz im Vergleich zu starren Boxen, die man nicht zusammenklappen kann.

Das Material macht einen stabilen Eindruck. Die Box hält auch schwerere Gegenstände aus, ohne dass sie sich verformt. Der Deckel schließt gut ab und schützt den Inhalt vor Staub. Die stapelbare Konstruktion nutze ich bereits - drei Boxen übereinander sparen deutlich Platz.

∨ Read more

Report

Translate opinion into Spanish

Gabriella

★★★★★ **Very good** 

Commented on in Australia on August 14, 2025

Color: White | Verified purchase

Very good for camping happy with this product 🙂

Report

Translate opinion into Spanish

Sébastien Bernard TETU

★★★★★ **Practical, light, versatile.**

Reviewed in France on July 11, 2024

Color: White | Verified purchase

Extremely versatile, these modular boxes are easy to deploy and sufficiently solid, you facilitate the rangement.

Report

Translate opinion into Spanish

CARLOS MARTINEZ BRAVO

★★★★★ **I'm surprised!**

Reviewed in Spain on June 9, 2024

Color: White | Verified purchase

I really liked them; they seem sturdy.
They come with wheels, but I didn't use them this time.
They're adorable!



Report

See more reviews ›

---

**Los más vendidos en Almacenamiento y Organización**  Página 1 de 10



ESQUIMAL Bolsas de Almacenamiento de Compresión al Vacío (9...

★★★★☆ 2,203

600+ comprados el mes pasado

Más vendido #1

$399.00

Recíbelo el **sábado, 24 de enero**

Envío GRATIS por Amazon México

Sólo queda(n) 6 en stock.



12 Piezas Bolsas de Almacenamiento al Vacío con Bomba Eléctrica, Bolsas de Compresión...

★★★★☆ 515

1 k+ comprados el mes pasado

$429.00

Recíbelo el **mañana, 21 de enero**

Envío GRATIS por Amazon México



Bolsa de Almacenaje para árbol de Navidad Artificial, Bolsa para...

★★★★☆ 60

200+ comprados el mes pasado

Más vendido #1

$439.00

Recíbelo el **jueves, 22 de enero**

Envío GRATIS por Amazon México

SONGMICS Cajas de Zapatos Plástico, Juego de 18 Organizadores de...

★★★★☆ 7,441

1 k+ comprados el mes pasado

Más vendido #1

$999.79

Recíbelo el **mañana, 21 de enero**

Envío GRATIS por Amazon México

---

**Ver recomendaciones personalizadas**

Identificarse

¿Eres un cliente nuevo? Empieza aquí.

# Home page

## Get to know us
- Working at Amazon
- About Amazon
- Corporate Information
- Press Department
- Amazon Science

## Earn money with us
- Sell on Amazon
- Supply for Amazon
- Protect and develop your brand
- Sell on Amazon Handmade
- Publish your book on Kindle
- Affiliate program
- Advertise your products

## We can help you
- Return or replace products
- Manage content and devices
- Product safety and review alerts
- Gift Registry
- Aid

## Payment methods
- Credit and debit cards
- Gift cards
- Cash payment
- Payment in installments
- Payment in Bi-Weeks




Mexico

Terms of use | Privacy notice

© 1996-2025, Amazon.com, Inc. or its affiliates