# EXHIBIT 2

# Amazon

Delivering to Leesburg 20176 — Update location

Search in: Tools & Home Improvement

Hello, sign in — Account & Lists | Returns & Orders | 0

All | Medical Care | Groceries | Best Sellers | Amazon Basics | Prime | New Releases | Customer Service | Music | Today's Deals | Shop women-owned businesses

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad

Home & Kitchen › Storage & Organization



Roll over image to zoom in

     

9 VIDEOS

## 23Qt Plastic Storage Bins Organizer 3 Tier, Stackable Storage Boxes with Lids, Storage Containers for Bedroom Living Room Kitchen Study Office, Folding Storage Boxes

**Brand: CTSNSLH**

4.5 ★★★★½ | 2,176 ratings

**2K+ bought** in past month

-6% **$29⁹⁹** ($10.00 / Count)

Typical price: $31.99

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns

Get **$50 off instantly:** Pay **$0.00** $29.99 upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

**Color: White**

**Size: 23Qt & Wheels, 3-Tier**

| 23Qt & Wheels, … | 23Qt & Wheels, … | 33Qt & Wheels, … |

| 102Qt & Wheels, … |

| Brand | CTSNSLH |
|---|---|
| Color | White |
| Material | Durable PP - Once Purchase, Long Use~ |
| Special Feature | ① Dual Access Design: Top Lid & Magnetic Doors. ② Enhanced Mobility: 360° Rotatable & Lockable Wheels. ③ 24/7 After-Sales See more |
| Style | 23QT |

### About this item

- 💎【Total 70 Qt Capacity Multipurpose】Each storage box measures 15.35in*11in*8.27in (LxWxH). These storage boxes can be used to store personal items such as clothes, office supplies, art supplies, toys, snacks and more. A good storage organizer for bedroom, living room, kitchen, study or office, classroom, etc.
- 💎【Stable & Durable】Made of high-quality PP instead of cheap inferior materials, our storage containers come with better joints and tougher panels. More durable and not easy to damage. Once purchase for a long use.
- 💎【Easy to Install & Be Stackable】CTSNSLH storage containers for organizing can be quickly installed in minutes. You can stack boxes and assemble them to be a clothes organizer, toy boxes organizer or shoe storage boxes organizer etc.

---

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows with Prime

Try Prime and start saving today with **fast, free delivery**

○ Buy new:
**$29⁹⁹** ($10.00 / Count)

Get **Fast, Free Shipping** with Amazon Prime
FREE Returns

FREE delivery **Friday, March 8** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, March 5**. Order within **9 hrs 46 mins**

Delivering to Leesburg 20176 - Update location

**In Stock**

Quantity: 1 ▼

[ Add to Cart ]

[ Buy Now ]

Ships from: Amazon
Sold by: IBEAUTY LIMITED COMPANY
Returns: Eligible for Return, Refund or Replacement within 30 days of receipt
Payment: Secure transaction
▼ See more

☐ Add a gift receipt for easy returns

○ Save with Used - Like New
**$26⁹⁹** ($9.00 / Count)

FREE delivery: **Friday, March 8** on orders over $35.00 shipped by Amazon.
Ships from: Amazon
Sold by: Amazon Warehouse

[ Add to List ]

New & Used (8) from $26⁹⁹ FREE Shipping on orders over $35.00 shipped by Amazon. ›

[ Other Sellers on Amazon ]

- 💎 【Conveniently Movable & Space Saving】Unlike traditional bulky storage boxes, our storage box organizer has 4 wheels at the bottom. You can move it wherever you want and keep it in place by locking the 2 wheels on the rear. And the item is able to be foldable as well, you can store it in your wardrobe or car trunk.
- 💎 【Clearly Find What You Need】RAKLAIMHLIONE The front lid of each storage bin is translucent, you can see the items stored inside. You can easily identify the items stored inside. No more worry about finding missing tools, toys or stationeries.

› See more product details

### Additional Details

 **Small Business**
This product is from a small business brand. Support small. Learn more

### Customer ratings by feature

Easy to assemble ★★★★½ 4.8
For small spaces ★★★★½ 4.7
Value for money ★★★★½ 4.3
Sturdiness ★★★★½ 4.2

See all reviews

💬 Report an issue with this product or seller

### Similar item with fast delivery

**PRANDOM Stackable Clear Storage Bins with Lids,70 Qt Plastic Collapsible Organizer Containers Boxes with Doors for Closet Living Room Bedroom White 15x11.2x8.7 x 3-Pack**
★★★★½ (117)
$39.99 ($13.33/Count)

$35.99 ($12.00 / Count)
& FREE Shipping. Details
Sold by: IBEAUTY LIMITED COMPANY

[Add to Cart]

---

## Frequently bought together

 +  + 

Total price: $113.97
[Add all 3 to Cart]
ⓘ These items are shipped from and sold by different sellers. Show details

**This item:** 23Qt Plastic Storage Bins Organizer 3 Tier, Stackable Storage Boxes with Lids, Storag…
$29.99 ($10.00/Count)

AHEONLAR 4 Tier Plastic Storage Bins with Drawers - Foldable Stackable Storage Bins with Lid…
$33.99

4 Tier Collapsible Storage Bins with Wheels and Lid - 23QT Stackable Closet Organizers,…
$49.99

### 4 stars and above

Page 1 of 67

Sponsored ⓘ



**OlarHike 48QT Storage Bins with Lids - Folding Storage box with Doors and Wheels, C...**
★★★★☆ 194
$119.99 ($40.00/Count)
✓prime
Save $35.00 with coupon

**Storage Bins with Lids - Collapsible Storage Bins, Clear Black Wardrobe Closet Orga...**
★★★★☆ 3,624
$199.99 ($66.66/Count)
✓prime

**Spaclear Stackable Storage Bins with Lids, 3 Pack Plastic Drawer Storage Containers...**
★★★★☆ 158
$33.99 ($11.33/Count)
✓prime

**BROVIEW V6 Stackable Storage Bins with Lids, 19Gal Collapsible Plastic Storage Bins...**
★★★★☆ 92
$179.99 ($25.71/Count)
Save $10.00 with coupon

**HOMIDEC Closet Organizers and Storage 70Qt 3 Pack Stackable Storage Bins with 3 Lid...**
★★★★☆ 143
$32.99 ($11.00/Count)
✓prime

**HAIXIN Closet Organizers and Storage 47.5Qt Black Folding Stackable Storage Bins...**
★★★★☆ 202
$139.99 ($35.00/Count)
✓prime
Save 20% with coupon

## Vistos frecuentemente por los clientes

Página 1 de 16

Patrocinados  | Productos populares en los últimos 7 días

## Product Description



plastic storage bins





















**From the brand**






CTSNSLH's core value is to bring harmony, order, and joy to every home, one storage solution at a time. So they set out to design innovative, functional, and aesthetically pleasing storage

## Product guides and documents

User Guide (PDF)

## Videos

Page 1 of 2

### Videos for this product



5:30
Comparing 2 Different 23Qt Plastic Storage Bins #thisorthat
Crystal LoveBug



0:06
Customer Review: Cute
Valera



1:04
Stackable storage for bathrooms
Tammynize



MY THO
Organize
Home_Fi

Upload your video

## Product information

### Technical Details

| | |
|---|---|
| Brand | CTSNSLH |
| Color | White |
| Material | Durable PP - Once Purchase, Long Use~ |
| Special Feature | ① Dual Access Design: Top Lid & Magnetic Doors. ② Enhanced Mobility: 360° Rotatable & Lockable Wheels. ③ 24/7 After-Sales Guarantee. |
| Style | 23QT |
| Recommended Uses For Product | Toys,Clothing |
| Product Dimensions | 14.6"L x 10.6"W x 24.4"H |
| Capacity | 70 Quarts |
| Closure Type | Buckle |
| Water Resistance Level | Water Resistant |
| Item Weight | 1 Pounds |
| Shape | Rectangular |
| Pattern | Solid |
| Number of Items | 3 |
| Storage Volume | 21.77 Liters |
| Number of Compartments | 3 |
| Unit Count | 3.0 Count |

### Additional Information

| | |
|---|---|
| ASIN | B0B67PCFLQ |
| Customer Reviews | 4.5 ★★★★½  2,176 ratings<br>4.5 out of 5 stars |
| Best Sellers Rank | #769 in Home & Kitchen (See Top 100 in Home & Kitchen)<br>#125 in Home Storage & Organization (Home & Kitchen) |
| Date First Available | August 25, 2022 |

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

Case: 1:25-cv-05003 Document #: 80-3 Filed: 01/21/26 Page 8 of 13 PageID #:1093

| | |
|---|---|
| Item Package Quantity | 1 |
| Maximum Weight Recommendation | 10 Kilograms |
| Manufacturer | CTSNSLH |
| Part Number | 01 |
| Item Weight | 1 pounds |
| Item model number | 01 |
| Size | 23Qt & Wheels, 3-Tier |
| Number Of Pieces | 3 |
| Special Features | ① Dual Access Design: Top Lid & Magnetic Doors. ② Enhanced Mobility: 360° Rotatable & Lockable Wheels. ③ 24/7 After-Sales Guarantee. |
| Usage | 3-Tier Storage Organizer with Wheels |
| Batteries Included? | No |
| Batteries Required? | No |

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |  **CTSNSLH** 23Qt Plastic Storage Bins Organizer 3 Tier, Stackable Storage Boxes with Lids, Storage Container... Add to Cart | **OlarHike** 48QT Storage Bins with Lids - Folding Storage box with Doors and Wheels, Collapsible Plastic... Add to Cart |  **HAIXIN** Closet Organizers and Storage - Trunk Car Organizer with Lids and Doors, Dorm Room... Add to Cart |  **Kmiectse** Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】Plastic Bins for Storage, Multifunctional... Add to Cart |
| Price | -6% $29.99 Typical: $31.99 | $119.99 | $129.99 | -30% $41.99 List: $59.99 |
| Delivery | Get it as soon as **Friday, Mar 8** | Get it as soon as **Friday, Mar 8** | Get it as soon as **Friday, Mar 8** | Get it as soon as **Friday, Mar 8** |
| Customer Ratings | 4.5 ★ 2,176 | 4.3 ★ 194 | 4.5 ★ 3,626 | 4.7 ★ 943 |
| Easy To Assemble | 4.8 ★ | 4.5 ★ | 4.6 ★ | 4.7 ★ |
| Sturdiness | 4.2 ★ | 4.0 ★ | 4.1 ★ | 4.6 ★ |
| Sheerness | 4.0 ★ | 4.0 ★ | 4.3 ★ | 4.7 ★ |
| Durability | 3.5 ★ | — | 4.1 ★ | 4.7 ★ |
| Value For Money | 4.3 ★ | — | 3.8 ★ | — |
| Sold By | IBEAUTY LIMITED COMPANY | Aborder Products | Haixin Official Store | jolyhome |
| Material | Durable PP - Once Purchase, Long Use~ | Polypropylene | PP+HIPS+PS | 💖 Acrylic---Enhanced Transparency on All Sides for Enhanced Aesthetics |
| Number Of Pieces | 3 | 3 | 3 | 3 |
| Shape | Rectangular | Rectangular | Rectangular | Rectangular |
| Opening Mechanism | — | handle release, buckle | buckles,snap | Lift-Off Lid |
| Weight | 1 pounds | 6.71 kilograms | 10 pounds | 4.72 pounds |

## Important information

To report an issue with this product or seller, click here.

## Products related to this item

Sponsored

     

Storage Bins with Lids,78 Quart Plastic Bins with Lids,Large Closet Organizers, 3 P...
492
34% off Limited time deal
$86.18 prime
List: $129.99 (34% off)

4 Tier Collapsible Storage Bins with Wheels and Lid - 23QT Stackable Closet Organiz...
325
$49.99 prime

Plastic Shelves Organizer, Folding Storage Box, Collapsible Totes , 8.4 Gal Clear S...
3,624
$259.99 ($43.33/Count)
prime

SONGMICS Plastic Storage Bin with Lid, 11.6 Gal. (46.4 Qt.) Stackable Closet Organi...
66
$15.99 prime

Roweida Stackable Storage Bins with Lids 14 Gal Collapsible,4-Tier Plastic Foldable...
10
$169.99 ($42.50/Count)
prime
Save $30.00 with coupon

PRANDOM Stackable Storage Bins with Lids,276 Qt Closet Organizers and...
117
$129.99 ($43.33/Count)
prime
Save $10.00 with coupon

Sponsored

**CTSNSLH**
Shop the Store on Amazon ›

4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for...
2,176
$31.99 List: $64.99
51% off Limited time deal

**OlarHike**
Shop the Store on Amazon ›

OlarHike 48QT Storage Bins with Lids - Folding Storage box with Doors and...
194
$119.99

**HAIXIN**
Shop the Store on Amazon ›

HAIXIN Closet Organizers 47.5Qt Black Folding Sta...
202
$139.99 List: $169.99

## Customer reviews

★ 4.5 out of 5
2,176 global ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 14% |
| 3 star | | 6% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work ›

### Customers say

Customers like the value, quality, appearance, ease of opening and closing of the storage box. They mention that its worth the price, it truly builds itself and that it complements their space. They also appreciate the storage, saying that each drawer holds something different. They like that it's easy to use and that the doors open quickly. That said, opinions are mixed on the size.

AI-generated from the text of customer reviews

✓ Ease of assembly  ✓ Quality  ✓ Storage  ✓ Appearance  ✓ Value  ✓ Ease of use
✓ Ease of opening and closing   Size

### Reviews with images

See all photos ›





Top reviews

**Top reviews from the United States**

Linda Mcgrady

★★★★★ **Perfect! Perfect, Perfect!**
Reviewed in the United States on February 22, 2024
Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

These shelves are perfect! Easy to assemble and sturdy. They look great and holds A LOT of "stuff". Will definitely be buying more of them

Helpful | Report

Jovana

★★★★★ **Great Storage Solution**
Reviewed in the United States on February 18, 2024
Size: 23Qt & Wheels, 4-Tier | Color: White | **Verified Purchase**

I love this 3-pack storage bin with a lid. It was super easy to assemble. No tools are required. It is very sturdy. Plenty of space, pull-down doors on the front, a caster wheels to move around easily. Will purchase this item again ❤️

2 people found this helpful

Helpful | Report

sara mayes

★★★★★ **Great, easy organization for closet**
Reviewed in the United States on February 5, 2024
Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

You can use this eith or with out the wheels if you need it to be shorter for your space. Its a good size but not too big. The doors are magnetic so you dont need to click in place and its crazy easy to set up. I love the scallop plastic door look. I bought two of theese for me and two of theese for my grandma, we both love them.

6 people found this helpful

Helpful | Report

Sand

★★★★☆ **Super Easy Assembly & Looks Great**
Reviewed in the United States on July 11, 2023
**Verified Purchase**

This set comes in four separate shelves folded flat onto themselves. Very easy to unfold the front and back panels and snap them into the sides. They stack neatly on top of each other with side clamps to hold them together. The unit rests on the (optional) wheels; they are not screwed in place. You can use little feet instead of the wheels or ditch both feet and wheels to sit the unit flat on the floor with no space underneath.
One downside is that there is only one top panel, so if you decide to go less than four shelves high and split this into two or more shelving units, the additional unit/s will have no top.
The completed units are fairly sturdy and attractive although it's obvious that they are plastic and not wood. The little cabinet-type doors allow easy access from the front without having to pull out drawers. They are translucent enough to give you a peek at what's inside, but the vertical slat texture hides the view just enough so that any cluttered arrangement within is less obvious. Very pleasing aesthetic effect.
I got 2 units to replace my teenager's busted chest of drawers. I didn't want the hassle and labor of having to buy a new chest of drawers and have it delivered and assembled because the teen is going away to college anyway. I would actually recommend her getting one of these for her dorm room after move-in day.

11 people found this helpful

Helpful | Report

ShopRocker

★★★★★ Super cute, and easy!

Reviewed in the United States on February 5, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

I bought one to store my children's arts and crafts tools. It's super cute and easy to assemble. Sturdy enough for the purpose and easy to roll. I bought a second one. Well worth it.

Helpful   Report

ptdlugosz

★★★★★ A budget-friendly storage option!

Reviewed in the United States on January 23, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

Our kitchen is on the smaller side, so we've often had extra produce & goods just hanging out on the countertop. This was not sustainable in the long run, so we've started looking for storage options that wouldn't burn a hole in our wallet, look decent & do the job. These actually checked off all the boxes, so much so that we've bought four so far! They're so easy to put together and are fairly sturdy. However, I wouldn't put anything too heavy on top of them, as it will affect them (the doors will not close due to pressure). Great purchase!

4 people found this helpful

Helpful   Report

karlcalv

★★★★★ I'm buying more next pay day

Reviewed in the United States on January 22, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

These were so easy to assemble, and they look great. The product is sturdier than I thought it would be. I got 3 boxes to fit under my desk and they fit perfectly, even with the wheels on. I will most likely buy more to put in my closet.

5 people found this helpful

Helpful   Report

Aynna

★★★★☆ Not super sturdy but functional

Reviewed in the United States on December 24, 2023

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

I bought this to put in my laundry room to store my pets can foods. Needed on shelf for each of them. Super easy to put together. Love that they collapse for easy storage if needed. This actually worked perfect for what I needed. It's not super sturdy, but definitely functional.

6 people found this helpful

Helpful   Report

See more reviews ›

**Top reviews from other countries**

Translate all reviews to English

Sandra Depot

★★★☆☆ Not as well made as the bigger more sturdier ones

Reviewed in Canada on October 15, 2023

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

I bought this to go along with my other 8.4 gal. bins which I was very happy with and quite impressed. I knew it may not be as sturdy being a much smaller size, but this ones kept easily coming out of it's "hinges" (slots) as I was mounting different parts, which was annoying. The biggest disappointment is once I built the 2nd bin (it's a series of 3 stackable), I realized they absolutely had to be put together because only the top bin has a closed top. The other 2 have the bottom of the one above as a top. Not an issue if you are planning on using them together, but it wasn't my plan. The bigger ones are built as individual boxes so you can either stack them or keep them separate. I expected the same.
One more thing: the doors are also magnetic with the smallest of magnet, so you must make sure whatever you have inside will not push back (don't overfill) they will easily pop back open.
Still useful and neat product, looks nice for plastic. Used it for something else instead of what my initial purpose was.

Report

Alcue

★★★☆☆ **Lindo**

Reviewed in Mexico on June 19, 2023

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

Es lindo pero no es tan resistente

Report

Translate review to English

Lore Winking

★★★★★ **ales gut**

Reviewed in Germany on February 5, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

ales gut

One person found this helpful

Report

Translate review to English

jeannie

★★★★★ **Very neat**

Reviewed in the United Kingdom on January 16, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

Great little storage cupboard, easy to put together, and on castors. Best of all very reasonable price.

2 people found this helpful

Report

Roberto

★★★★★ **Consigliato**

Reviewed in Italy on January 3, 2024

Size: 23Qt & Wheels, 3-Tier | Color: White | **Verified Purchase**

Arrivato puntuale, ben imballato...facile da montate. Di solito le ruote sono il punto debole di questi oggetti, soddisfatti

Report

Translate review to English

See more reviews ›

**Get to Know Us**
Careers
Amazon Newsletter

**Make Money with Us**
Sell more with Amazon
Sell apps on Amazon
Supply to Amazon

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card

**Let Us Help You**
Your Account
Your Orders

| About Amazon | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| --- | --- | --- | --- |
| Accessibility | Become an Affiliate | Shop with Points | Amazon Prime |
| Sustainability | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Press Center | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Investor Relations | Advertise Your Products | Gift Cards | Recalls and Product Safety Alerts |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Help |
| Amazon Science | Host an Amazon Hub | | |
| | › See More Ways to Make Money | | |

English · United States

| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Amazon Business<br>Everything For Your Business |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data | Goodreads<br>Book reviews & recommendations |
| IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands | Amazon Warehouse<br>Great Deals on Quality Used Products |
| Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home | Neighbors App<br>Real-Time Crime & Safety Alerts |
| | | Amazon Subscription Boxes<br>Top subscription boxes – right to your door | PillPack<br>Pharmacy Simplified | Amazon Renewed<br>Like-new products you can trust | | |

Conditions of Use · Privacy Notice · Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates