# **EXHIBIT 3**

| No. | Comparison of the Patent-in-Suit (left) and Amazon Listing with ASIN B0B67PCFLQ (right) |
|---|---|
| 1 | <br>Figure 9 Perspective View |





| 3 | Figure 4 Rear View | |



| 4 | Figure 5 Left Side View | |

5



Figure 6 Right Side View

5

6



Figure 7 Top Plan View

6

7



Figure 8 Bottom Plan View

7