# EXHIBIT 4

(19)国家知识产权局



(12)外观设计专利



(10)授权公告号 CN 307420904 S
(45)授权公告日 2022.06.28

(21)申请号 202230159296.7

(22)申请日 2022.03.25

(73)专利权人 张友良
地址 318020 浙江省台州市黄岩区高桥街
道高桥头街13号

(72)设计人 张友良

(74)专利代理机构 浙江永鼎律师事务所 33233
专利代理师 陆永强

(51)LOC(13)Cl.
06-04

图片或照片 24 幅 简要说明 1 页

(54)使用外观设计的产品名称
折叠收纳箱



设计1立体图

CN 307420904 S

CN 307420904 S  外观设计图片或照片  1/3 页



设计1主视图



设计1俯视图



设计1后视图



设计1仰视图



设计1左视图



设计1立体图



设计1右视图



设计1折叠状态图

2

CN 307420904 S | 外观设计图片或照片 | 2/3 页



设计2主视图



设计2俯视图



设计2后视图



设计2仰视图



设计2左视图



设计2立体图



设计2右视图



设计2折叠状态图

3

| CN 307420904 S | 外观设计图片或照片 | 3/3 页 |



设计3主视图



设计3俯视图



设计3后视图



设计3仰视图



设计3左视图



设计3立体图



设计3右视图



设计3折叠状态图

4

1.本外观设计产品的名称:折叠收纳箱。

2.本外观设计产品的用途:用于收纳衣物、玩具等物品。

3.本外观设计产品的设计要点:在于形状。

4.最能表明设计要点的图片或照片:设计1立体图。

5.指定设计1为基本设计。

(19)China National Intellectual Property Administration

(12)Industrial Design

(10)Grant and Publication No. CN 307420904 S
(45)Grant and Publication Date 2022.06.28

(21)Application No. 202230159296.7
(22)Application Date: March 25th, 2022
(73)Patentee: Youliang Zhang (Zhang is the surname)
  Address: No. 13, Gaoqiaotou Street, Gaoqiao Street, Huangyan District, Taizhou City, Zhejiang Province 318020
(72)Inventor(s): Youliang Zhang (Zhang is the surname)

(74)Patent Agency: Zhejiang Yongding Law Firm  33233
  Agent: Yongqiang Lu (Lu is the surname)
(51)LOC(13)Cl.
06-04

Pictures or photos 24
brief descriptions 1 page

(54)Indication of product:
Foldable storage box



Design 1 Perspective View

CN 307420904 S

CN 307420904 S  Design pictures or photos



Design 1 Front View



Design 1 Top View



Design 1 Back View



Design 1 Bottom View



Design 1 Left View



Design 1 Perspective View

2

CN 307420904 S    **Design pictures or photos**



Design 1 Right View



Design 1 Foldable State



Design 2 Front View



Design 2 Top View



Design 2 Back View



Design 2 Bottom View

3



Design 2 Left View



Design 2 Perspective View



Design 2 Right View



Design 2 Foldable State



Design 3 Front View



Design 3 Top View

4



Design 3 Back View



Design 3 Bottom View



Design 3 Left View



Design 3 Perspective View



Design 3 Right View



Design 3 Foldable State

5

CN 307420904 S                    **Brief Description**

1. The name of this design product: Foldable Storage Box.
2. The purpose of this design product: It is used for storing clothes, toys and other items.
3. The key design points of this design product: The shape.
4. The picture or photo that best shows the key design points: Design 1 Perspective View.
5. Design 1 is designated as the basic design.