# EXHIBIT 5

ASIN B0CHRP96MS



# amazon
Deliver to Aoyu Miami 33133

Home & Kitchen ▾ | Search Amazon | 🔍

⬚ EN ▾ | Hello, Albert Account & Lists ▾ | Returns & Orders | 🛒 0

☰ All | 🔵 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again | Audible

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**Create timeless memories with the perfect camera** — Shop now

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full image

     2+ ▶

7 VIDEOS

🔅 Ask Rufus

What material is this made of? | Does it require any tools to assemble?

Can it be used outdoors? | Ask something else

## 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible Storage Bins, Closet Organizers and Storage for Living Room,Office,Dorm

Visit the YFXCVSL Store

4.4 ★★★★☆ (6,050) | Search this page

**7K+ bought** in past month

**-33%** **$26**⁹⁹ ($6.75 / count)
List Price: $39.99 ⓘ | Price history

**FREE Returns** ▾
Exclusive Prime price

**Get $60 off instantly:** Pay $0.00 $26.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: **4-Tier 23QT**

| 3-Tier 23QT | 3-Tier 36QT | **4-Tier 23QT** |
|---|---|---|
| $31.99 ($10.66 / count) $49.99 With Prime | $45.99 ($15.33 / count) $69.99 With Prime | $26.99 ($6.75 / count) $39.99 With Prime |

| 4-Tier 36QT | 4-Tier 103QT(4... | See 1 options with no featured offers |
|---|---|---|
| $49.99 ($12.50 / count) $59.99 With Prime | $111.14 ($27.79 / count) $116.99 With Prime | |

Color: **White**

## Product details

| | |
|---|---|
| **Brand** | YFXCVSL |
| **Color** | White |
| **Material** | Harder PP--360° Rotatable & Lockable Wheels, Magnetic Doors, Translucent Visible Doors |
| **Special Feature** | Stackable |
| **Style** | More Space More Happy Life |

See all product specifications

## About this item

- **【92Qt Storage Boxes】** With total volume of 92QT, the storage box measures 15.35in*11in*8.27in each tier.The Storage bins are good for sorting out toys, crafts, photos, medicine, snacks, makeup product etc. Also handy as extra storage in the garage, classroom, closet, bedroom, bathroom, office, or pantry. Combining good looks and practicality

- **【Collapsible & Install-Free】** Stackable bins for storage with lid is a collapsible and install-free



**Prime Member Price**
$26⁹⁹ ($6.75 / count)

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

Ships from **Amazon**
Sold by **XIANGHUO**
Returns **Returnable until Jan 31, 2026**
Payment **Secure transaction**
⌄ See more

**Regular Price**
$39⁹⁹ ($10.00 / count)

**FREE delivery Monday, December 15**

Ships from: Amazon
Sold by: XIANGHUO

Add to List

**Other sellers on Amazon**

New & Used (11) from $35¹¹ & ›
FREE Shipping.

you don't need to keep instructions to remember how to assemble and reassemble or use tools to operate it when you want to use it

⌄ Show more

## Warranty & Feedback ⌄

🔲 Report an issue with this product or seller

### There is a newer model of this item:



YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts, Cosmetics & Make-Up, Photos
$89.99 ($22.50 / count)
★★★★☆ (170)
Only 3 left in stock - order soon.

---

### Similar items in new arrivals for you
Page 1 of 5

     

| Ncescmal Folding Storage Bins with Lids 3Pack 10.23Gal Foldable Storage Boxes Set Stackable 3-Tier Plastic Storage Cart Organizers | Underbed Storage Bin, Closet Organizers and Storage Bins, 600D Oxford Cloth Foldable Organizer Container for Apartment Closet Hom… | JDCEREN Rolling Storage Cart, 2 Drawer Cart Storage Tower with 4 Pulleys, Craft Storage Containers Bins for Home, Craft Room,… | PaChyLuu Colorful Painting Foldable Felt Storage Basket, Storage Box, Collapsible Cube Shelf Closet Organizer Bin for Bedroom Office… | PaChyLuu Colorful Polka Dot Pattern Fabric Storage Bin with Lid, Storage Box with Handles, Foldable Organizer Containers… | KLUVIO Black Irregular Stripes Storage Bins With Lids and Carrying Handle Foldable Storage Cubes Closet Organizer Containers box with Fli… |
|---|---|---|---|---|---|
| $36⁹⁹ ($2.31/oz) | $30⁷⁹ | $26⁹⁹ ($5.83/pound(s)) | $13⁹⁹ ($7.00/count) | $18⁹⁹ | $24⁹⁹ |
| Get it Dec 17 - 19 | Get it Dec 17 - 22 | $10.00 shipping | Get it Dec 29 - Jan 8 | Get it Dec 29 - Jan 8 | Get it Dec 30 - Jan 7 |
| $20.00 shipping | $7.99 shipping | | $7.00 shipping | $7.00 shipping | $5.21 shipping |

---

### Based on your recent shopping trends
Page 1 of 4

   Storage Bins with Lids  

| 4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,… | CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers | OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,… | Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible Plastic Boxes with Wheel Foldable… | Clear Storage Bins with Lids 3 Packs - 24QT Stackable Storage Bins, Acrylic Organizers, Plas… | 4-Tier Foldable Plastic Drawer Storage with Wheels,Stackable Storage Bins with Lid,Organization and… |
|---|---|---|---|---|---|
| ★★★★☆ 5,496 | | Amazon's Choice | ★★★☆☆ 2 | ★★★★☆ 231 | ★★★★★ 3 |
| -21% $29⁹⁹ | ★★★★☆ 4,626 | ★★★★☆ 1,008 | $35⁹⁹ | -43% $25⁶⁴ ($8.55/count) | $39⁹⁹ ($10.00/Drawer) |
| ($7.50/count) | -40% $26⁹⁹ | -31% $89⁹⁹ | Get it Dec 15 - 16 | List: $44.99 | Get it as soon as Monday, Dec 15 |
| Limited time deal | ($6.75/count) | List Price: $129.99 | $20.00 shipping | Limited time deal | FREE Shipping by Amazon |
| Typical: $37.98 | List Price: $44.99 | Get it as soon as Monday, Dec 15 | | Get it as soon as Wednesday, Dec 17 | |
| Get it as soon as Monday, Dec 15 | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon | | FREE Shipping on orders over $35 shipped by Amazon | |
| FREE Shipping on orders over $35 shipped by Amazon | | 🌿 3 sustainability features ⌄ | | | |

---

## Product description



**YFXCVSL**
**Stackable Storage Bins**
Create storage Spaces that fit your home

# PLEASE MEASURE BEFORE ORDERING

Please confirm the product size: **15.35 x 11 x 32.68in** (height included wheels)



Pantry Organizers



**A4 Paper size:**
**8.5×11 in**

23QT Capacity

## STACK AND STORE



Magnetic Doors



Lockable Buckle



Rotatable & Lockable Wheels



Leather Handle



# Toy Storage

Our storage boxes can be used for toy storage, to improve children's ability to organize themselves and have a tidy space



## luck

★★★★★

### Superior storage, full space utilization!

This four-layer organizer is really too practical, layered design allows items to be categorized at a glance, stacked to save space, but also can be individually split for use. The lid is dustproof and moisture-proof, and the wheels are super easy to move, the house will never be messy again, highly recommended!



## Any Question Please Contact Us(Before/ After Order)



**Option 1**





**Option 2**





From the brand



**Drawer Organizer Set**

✦ **Looking for specific info?**



- What material is this made of?
- Does it require any tools to assemble?
- Can it be used outdoors?
- Is it easy to store?

**Product Videos**



**Similar brands on Amazon**

Page 1 of 3

Sponsored ⓘ







ClamRbo N4Q Lockable Storage Bins with Lids - Folding Storage box with…
4.6 ★★★★★ 1,008

Mistto Closet Organizers and Storage Stackable Closet Drawers, Fabric Stora…
4.4 ★★★★ 32

## Customer reviews

★★★★½ 4.4 out of 5

6,050 global ratings

| 5 star | 72% |
| 4 star | 14% |
| 3 star | 7% |
| 2 star | 3% |
| 1 star | 4% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the storage box easy to assemble with no tools required, and appreciate its functionality, particularly noting that the wheels work well. The product receives positive feedback for its storage capacity, being perfect for craft supplies, and its sturdiness, with one customer mentioning it stands up to toddlers. Customers describe it as looking expensive and well worth the price, though opinions about size are mixed, with some finding it great while others say it's much smaller than expected.

ai, Generated from the text of customer reviews

**Select to learn more**

✓ Ease of assembly   ✓ Storage quality   ✓ Storage capacity   ✓ Sturdiness   ✓ Looks
✓ Value for money   ✓ Functionality   — Size

### Reviews with images

See all photos ›

‹      ›

## Top reviews from the United States

👤 Justin Hamel

★★★★★ **Nice unit, excellent service!**

Reviewed in the United States on May 4, 2025
Color: White   Size: 4-Tier 23QT   Verified Purchase

This is on the smaller side for storage units, which is what I needed. My house is TINY, and I'm an artist who also does a lot of crafts; my 10yo daughter is also a crafter, to the point of feeling her day was wasted if she hasn't made a craft or piece of artwork. In a tiny home, this is kind of a problem!

We have ended up with piles and stacks of all sorts of crafts items all over our house. Our dining room table, and the benches that go with it, are covered in art stuff now. I couldn't take it anymore, so I came here looking for a solution.

In the past, I have purchased many different kinds of storage units, and bins. They are always too expensive, in my opinion, and often break due to the material. I try to go with plastic ones, just for cost and simplicity of cleaning, etc. The last ones I had claimed to be stackable (and were a well known brand), but they kept sliding off and the top ones would fall with all my stuff inside of the drawers! When I saw these, I liked that instead of having sliding drawers, they had shelves with doors. The 1 thing I would change about the doors on this is that they open downward. I won't have a problem with them, but i can anticipate that my daughter will at some point lean against one while it's open, or possibly place something on top of the open door, and it will break. But I much prefer the doors to having a heavy drawer of stuff to pull out each

⌄ Read more

      

67 people found this helpful

[ Helpful ]   |   Report

👤 AS

★★★★★ **Nice look, decent storage**

Reviewed in the United States on November 30, 2025
Color: White   Size: 4-Tier 23QT   Verified Purchase

Snaps together easily and takes up little space but holds more than you expect, also nice aesthetic compared to usual plastic drawers



[ Helpful ]   |   Report

👤 María Méndez

Reviewed in the United States on December 6, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Easy to put together. Rolls great. Fits many things inside. Looks nice. Materials could be better, but it worth the money.

Helpful | Report

T. Jones

★★★★☆ **Pro's are functionality, ease of assembly and price. Con Not precisely perfect closing of the doors.**
Reviewed in the United States on November 7, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

For the price, these are useful storage containers. The instructions to assemble are clear. Because it is made of plastic, the magnetic door doesn't always just click into place when closing. My bottom 2 doors need 2 hands of gentle
encouragement to close, and even then a corner sticks out about 3/4 of an inch. This doesn't hinder it's usefulness for me. The wheels roll it nicely into place. So it's not perfect, but it suits my purpose and my budget.

2 people found this helpful

Helpful | Report

S Balzer

★★★★★ **Perfect size for my space!**
Reviewed in the United States on December 5, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

I love it. Easy to put together .. did not need any tools. It looks nice. I live in my RV so space is kind of tight sometimes and always need more storage. These work perfectly so I ordered another set.

They're not huge , are great for small areas , but depending on what you want to store , pay attention to the size. In my place , I could stack twos sets of four shelves and I may do that with these. I did not put the wheels on so am not sure if they would be top-heavy if stacked.

I will probably buy one more set in the not so distant future. And yes I would recommend them ..

Helpful | Report

M. Thompson

★★★★★ **Easiest assembly ever.**
Reviewed in the United States on December 4, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Easiest item to put together!! I think it took me about 15 minutes which is a record for me. Rolls easily, seems sturdy but I don't intend to stuff it with heavy objects. A great product.

Helpful | Report

GINA A MCMANUS

★★★★★ **Sturdy and strong storag**
Reviewed in the United States on October 20, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

These have been great! So easy and quick to put together, sturdy, great for stacking multiple sets. I've been using these next to my vanity to hold my skin care items, perfumes, extra personal items to have on hand, and more makeup. They hold a lot. The doors are great at hiding what's inside and make it easy to access what I need inside. Such a great value for the price. I have 8 stacked high and it's not leaning or unsteady whatsoever. Plastic is thick and sturdy. Items don't all navigate towards the middle from dipping in the middle. No need to anchor even with them full of items.

7 people found this helpful

Helpful | Report

Momma

★★★★☆ **Good product for the $**
Reviewed in the United States on October 17, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Pretty good product for what they are. assembly was easy. Had them a few months & they've held up pretty well. One of the pulls for the door keeps falling off, but easily pops back in place. Using them for extra storage for my home bakery business (choc chips, nuts, brown sugar, etc) and it holds a good amount of stuff.

7 people found this helpful

Helpful | Report

**Top reviews from other countries**

Translate all reviews to English

 Lou

★★★★★ **Easy assembly**
Reviewed in Canada on November 3, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Cute cabinet. Easily assembled. Not suitable for heavy items but useful for lots of other things

Report

 Rei Ayanami

★★★☆☆ **Too small**
Reviewed in Australia on November 10, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

too small.. I can only fit several baby clothes. It's like storage for makeup and other mini accessories only.

Report

 Samantha

★★★★★ **Practico**
Reviewed in Mexico on August 6, 2025
Color: White | Size: 3-Tier 23QT | Verified Purchase

Fácil de armar, las ruedas ayudan a moverlo con facilidad, los imanes son buenos para abrir y cerrar las puertas, se puede almacenar muy bien ropa, libros o zapatos

Report

Translate review to English

 ayman elreidy

★☆☆☆☆ منتج مختلف عن الصورة
Reviewed in Egypt on July 29, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

تم ارسال منتج مختلف تماما

Report

Translate review to English

Iktuki

★★★★★ **Pratique**
Reviewed in Canada on November 12, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

pratique

Report

Translate review to English

See more reviews ›

**Customers who bought this item also bought**

Page 1 of 5











4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...
★★★★☆ 5,496
-21% $29⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers
★★★★☆ 4,626
-40% $26⁹⁹
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon

Under Bed Storage Containers With Wheels 54L Large Underbed Shoes Blankets Clothes Toy Storage Drawers Fo...
★★★★☆ 896
-25% $36⁹⁹
List Price: $49.00
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

Amazon Basics Cloth Drawer Storage Organizer Boxes for Socks, Underwear and Baby Items, Set of 6, Gray
★★★★☆ 26,377
$15²² ($2.54/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

Durmmur 2 Pack Hat Racks for Baseball Caps, Stainless Steel Hat Organizer for Baseball...
★★★★☆ 9,495
-25% $8⁹⁷ ($4.49/count)
List: $11.89
**Limited time deal**
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

Homsorout Storage Bins with Lids - Fabric Storage Boxes with Lids, Collapsible Storage Bin...
★★★★☆ 1,747
$19⁹⁹ ($6.66/count)
Amazon's Choice
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

## Customers who viewed items in your browsing history also viewed

Page 1 of 10









QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 230
$14³⁹ - $24⁹⁹

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★☆ 1,287
$25⁹⁹ - $29⁹⁹

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
★★★★☆ 825
Amazon's Choice
$17⁹⁸ - $29⁹⁹

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★☆ 76
$15⁹⁷ - $23⁹⁷

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★☆ 1,401
$23⁸⁹

## Best Sellers in Home & Kitchen

Page 1 of 10











STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...
★★★★☆ 88,403
**#1 Best Seller**
$44³³
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...
★★★★☆ 98,862
**#1 Best Seller**
$29⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...
★★★★☆ 414,428
**#1 Best Seller**
-30% $22⁴⁹
List: $31.99
**Limited time deal**
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...
★★★★☆ 7,489
$24⁹⁹
Get it as soon as **Tuesday, Dec 16**
FREE Shipping on orders over $35 shipped by Amazon

upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...
★★★★☆ 33,099
**#1 Best Seller**
$5⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

## Your Browsing History  View or edit your browsing history

Page 1 of 5





Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |
| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |
| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0CC5YKT2T



amazon
Deliver to Aoyu
Miami 33133

Home & Kitchen

Search Amazon

EN

Hello, Albert
Account & Lists

Returns
& Orders

0

☰ All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care | Amazon Basics | Customer Service | Buy Again | Audible

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**Create timeless memories with the perfect camera**  Shop now

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Lidded Storage Bins



**Click to see full view**

      

3+ · 5 VIDEOS

🎇 **Ask Rufus**

- Can it hold heavy items?
- Does it come with a handle?
- Is it easy to move around?
- Ask something else

## 23Qt Plastic Storage Bins with Lids 3 Tier, Stackable for Storage, Boxes Lids, Containers, Multifunctional Folding Bedroom, Living Room, Study, Toy White

Visit the YFXCVSL Store

4.4 ★★★★½ (6,050) | Search this page

**Amazon's Choice**

**300+ bought in past month**

-36% **$31.99** ($10.66 / count)

List Price: ~~$49.99~~ ⓘ | Price history

**FREE Returns** ▾

Exclusive Prime price

Get $60 off instantly: Pay **$0.00** ~~$31.99~~ upon approval for the Amazon Store Card. No annual fee.

Size: **3-Tier 23QT**

| 3-Tier 23QT | 3-Tier 36QT | 4-Tier 23QT |
|---|---|---|
| $31.99 ($10.66 / count) ~~$49.99~~ With Prime | $45.99 ($15.33 / count) ~~$69.99~~ With Prime | $26.99 ($6.75 / count) ~~$39.99~~ With Prime |

| 4-Tier 36QT | 4-Tier 103QT(4... | See 1 options with no featured offers |
|---|---|---|
| $49.99 ($12.50 / count) ~~$59.99~~ With Prime | $111.14 ($27.79 / count) ~~$116.99~~ With Prime | |

Color: **White**

## Product details

| | |
|---|---|
| **Brand** | YFXCVSL |
| **Color** | White |
| **Material** | Harder PP--360° Rotatable & Lockable Wheels, Magnetic Doors, Translucent Visible Doors |
| **Special Feature** | Stackable, Transparent |
| **Style** | More Space Happier Life |

See all product specifications

## About this item

- 【69Qt Storage Boxes】With total volume of 92QT, the storage box measures 15.35in*11in*8.27in each tier.The Storage bins are good for sorting out crafts, photos, medicine, snacks, makeup product etc. Also handy as extra storage in the garage, classroom, closet, bedroom, bathroom, office, or pantry. Combining good looks and practicality
- 【Collapsible & Install-Free】Stackable bins for storage with lids is a collapsible and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to

### Prime Member Price

**$31.99** ($10.66 / count)

Join Prime to get FREE delivery **Friday, December 12**

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

| | |
|---|---|
| Ships from | Amazon |
| Sold by | XIANGHUO |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

### Regular Price

**$49.99** ($16.66 / count)

FREE delivery **Monday, December 15** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: XIANGHUO

Add to List

Show more

**Warranty & Feedback**

💬 Report an issue with this product or seller

---

## Similar items that may deliver to you quickly

Page 1 of 2

     

CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers
★★★★☆ 4,626
-40% **$26**⁹⁹
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon

OlarHike 23QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels, Collapsible Plastic…
★★★★☆ 1,008
-12% **$52**⁹⁹
List: $59.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 3 sustainability features ⌄

OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,…
Amazon's Choice
★★★★☆ 1,008
-31% **$89**⁹⁹
List Price: $129.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 3 sustainability features ⌄

4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…
★★★★☆ 5,496
-21% **$29**⁹⁹
($7.50/count)
Limited time deal
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

OlarHike 48QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels,…
★★★★☆ 139
-22% **$69**⁹⁹
List: $89.99
Limited time deal
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 3 sustainability features ⌄

Rimulux 45GAL/180QT 3 tier large stackable storage bins with lid and wheels, collapsible storage bins plastic wit…
★★★★☆ 22
-16% **$74**⁹⁹
($25.00/count)
List Price: $88.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

---

## Similar items in new arrivals for you

Page 1 of 5

     

Ncescmal Folding Storage Bins with Lids 3Pack 10.23Gal Foldable Storage Boxes Set Stackable 3-Tier Plastic Storage Cart Organizers
**$36**⁹⁹ ($2.31/oz)
Get it Dec 17 - 19
$20.00 shipping

Underbed Storage Bin, Closet Organizers and Storage Bins, 600D Oxford Cloth Foldable Organizer Container for Apartment Closet Hom…
**$30**⁷⁹
Get it Dec 17 - 22
$7.99 shipping

JDCEREN Rolling Storage Cart, 2 Drawer Cart Storage Tower with 4 Pulleys, Craft Storage Containers Bins for Home, Craft Room,…
**$26**⁹⁹ ($5.83/pound(s))
$10.00 shipping

PaChyLuu Colorful Painting Foldable Felt Storage Basket, Storage Box, Collapsible Cube Shelf Closet Organizer Bin for Bedroom Office…
**$13**⁹⁹ ($7.00/count)
Get it Dec 29 - Jan 8
$7.00 shipping

PaChyLuu Colorful Polka Dot Pattern Fabric Storage Bin with Lid, Storage Box with Handles, Foldable Organizer Containers…
**$18**⁹⁹
Get it Dec 29 - Jan 8
$7.00 shipping

KLUVIO Black Irregular Stripes Storage Bins With Lids and Carrying Handle Foldable Storage Cubes Closet Organizer Containers box with Fli…
**$24**⁹⁹
Get it Dec 30 - Jan 7
$5.21 shipping

---

## Product description



# Lidded Storage Bins

Safe& Ideal for kids 's room
Paint-free,Odourless,Formaldehyde-free

## TIDY HOME STARTS HERE
Large capacity / Visualization



Bedroom

Living room

Baby's room

Laundry



# *Installation Steps*



**Insert the wheels**



**Unfold the sides**



**Stackate the 2nd &3rd box**



**Complete**







**From the brand**



**YFXCVSL** is committed to the research and development of comfortable products suitable for European and American countries, and home furnishing is our first choice.

◉ **Looking for specific info?**



| Ask Rufus or search reviews and Q&A | ➤ |

- Can it hold heavy items?
- Does it come with a handle?
- Is it easy to move around?
- Can the bins be locked?
- Is it waterproof?

## Product Videos



**Xy**
Customer Review: Percent storage!    See Full Review

YFXCVSL 23Qt Plastic Storage Bins with Lids 3 Tier, Stackable for Storag...
★★★★½ 6050
$31.99

**Videos for this product**



Now playing ▶ 0:08 — Customer Review: Percent storage! — Xy

▶ 0:37 — Customer Review: Great storage — Amy Parker

▶ 3:34 — Customer Review: NICELY ADDED — TBWELLSS

▶ 0:15 — Customer Review: Great Storage Bins! — Amazon Customer

▶ 0:51 — Customer Review: Lightweight storage solution — Pamela

Customer Review: Works well for misc toy storage

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



ClearSpace Oversized Moving Bags or Storage Bag – Large Moving Boxes wit... ★★★★½ 4,034
**26% off** Limited time deal
$29.73 List: $39.99



Amllas Closet Organizers and Storage, Stackable Closet Drawers, Fabric Stora... ★★★★½ 32
$25.64 Typical price: $26.99

# Customer reviews



★★★★½ 4.4 out of 5

6,050 global ratings

| | | |
|---|---|---|
| 5 star | ████████ | 72% |
| 4 star | ██ | 14% |
| 3 star | █ | 7% |
| 2 star | | 3% |
| 1 star | █ | 4% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the storage box easy to assemble with no tools required, and appreciate its functionality, particularly noting that the wheels work well. The product receives positive feedback for its storage capacity, being perfect for craft supplies, and its sturdiness, with one customer mentioning it stands up to toddlers. Customers describe it as looking expensive and well worth the price, though opinions about size are mixed, with some finding it great while others say it's much smaller than expected.

 Generated from the text of customer reviews

**Select to learn more**

✓ Ease of assembly   ✓ Storage quality   ✓ Storage capacity   ✓ Sturdiness   ✓ Looks

✓ Value for money   ✓ Functionality   — Size

## Reviews with images

See all photos ›

‹      ›

## Top reviews from the United States

Justin Hamel

★★★★★ **Nice unit, excellent service!**

Reviewed in the United States on May 4, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

This is on the smaller side for storage units, which is what I needed. My house is TINY, and I'm an artist who also does a lot of crafts; my 10yo daughter is also a crafter, to the point of feeling her day was wasted if she hasn't made a craft or piece of artwork. In a tiny home, this is kind of a problem!

We have ended up with piles and stacks of all sorts of craft items all over our house. Our dining room table, and the benches that go with it, are covered in art stuff now. I couldn't take it anymore, so I came here looking for a solution.

In the past, I have purchased many different kinds of storage units, and bins. They are always too expensive, in my opinion, and often break due to the material. I try to go with plastic ones, just for cost and simplicity of cleaning, etc. The last ones I had claimed to be stackable (and were a well known brand), but they kept sliding off and the top ones would fall with all my stuff inside the drawers! When I saw these, I liked that instead of having sliding drawers, they had shelves with doors. The 1 thing I would change about the doors on this is that they open downward. I won't have a problem with them, but i can anticipate that my daughter will at some point lean against one while it's open, or possibly place something on top of the open door and it will break. But I much prefer the doors to having a heavy drawer of stuff to pull out each

⌄ Read more

     

67 people found this helpful

[ Helpful ]   |   Report

AS

★★★★★ **Nice look, decent storage**

Reviewed in the United States on November 30, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

Snaps together easily and takes up little space but holds more than you expect, also nice aesthetic compared to usual plastic drawers



[ Helpful ]   |   Report

María Méndez

★★★★★ **Nice looking**

Reviewed in the United States on December 6, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

the money.

Helpful | Report

T. Jones

⭐⭐⭐⭐☆ **Pro's are functionality, ease of assembly and price. Con Not precisely perfect closing of the doors.**

Reviewed in the United States on November 7, 2025

Color: White | Size: 4-Tier 23QT | ✓ Verified Purchase

For the price, these are useful storage containers. The instructions to assemble are clear. Because it is made of plastic, the magnetic door doesn't always just click into place when closing. My bottom 2 doors need 2 hands of gentle
encouragement to close, and even then a corner sticks out about 3/4 of an inch. This doesn't hinder it's usefulness for me. The wheels roll it nicely into place. So it's not perfect, but it suits my purpose and my budget.

2 people found this helpful

Helpful | Report

S Balzer

⭐⭐⭐⭐⭐ **Perfect size for my space!**

Reviewed in the United States on December 5, 2025

Color: White | Size: 4-Tier 23QT | ✓ Verified Purchase

I love it. Easy to put together .. did not need any tools. It looks nice. I live in my RV so space is kind of tight sometimes and always need more storage. These work perfectly so I ordered another set.

They're not huge , are great for small areas , but depending on what you want to store , pay attention to the size. In my place , I could stack two sets of four shelves and I may do that with these. I did not put the wheels on so am not sure if they would be top-heavy if stacked.

I will probably buy one more set in the not so distant future. And yes I would recommend them ..

Helpful | Report

M. Thompson

⭐⭐⭐⭐⭐ **Easiest assembly ever.**

Reviewed in the United States on December 4, 2025

Color: White | Size: 4-Tier 23QT | ✓ Verified Purchase

Easiest item to put together!! I think it took me about 15 minutes which is a record for me. Rolls easily, seems sturdy but I don't intend to stuff it with heavy objects. A great product.

Helpful | Report

GINA A MCMANUS

⭐⭐⭐⭐⭐ **Sturdy and strong storag**

Reviewed in the United States on October 20, 2025

Color: White | Size: 4-Tier 23QT | ✓ Verified Purchase

These have been great! So easy and quick to put together, sturdy, great for stacking multiple sets. I've been using these next to my vanity to hold my skin care items, perfumes, extra personal items to have on hand, and more makeup. They hold a lot. The doors are great at hiding what's inside and make it easy to access what I need inside. Such a great value for the price. I have 8 stacked high and it's not leaning or unsteady whatsoever. Plastic is thick and sturdy. Items don't all navigate towards the middle from dipping in the middle. No need to anchor even with them full of items.

7 people found this helpful

Helpful | Report

Momma

⭐⭐⭐⭐☆ **Good product for the $**

Reviewed in the United States on October 17, 2025

Color: White | Size: 4-Tier 23QT | ✓ Verified Purchase

Pretty good product for what they are. assembly was easy. Had them a few months & they've held up pretty well. One of the pulls for the door keeps falling off, but easily pops back in place. Using them for extra storage for my home bakery business (choc chips, nuts, brown sugar, etc) and it holds a good amount of stuff.

7 people found this helpful

Helpful | Report

**See more reviews ›**

Top reviews from other countries

Translate all reviews to English

 Lou

★★★★★ **Easy assembly**

Reviewed in Canada on November 3, 2025

Color: White  |  Size: 4-Tier 23QT  |  **Verified Purchase**

Cute cabinet. Easily assembled. Not suitable for heavy items but useful for lots of other things

Report

 Rei Ayanami

★★★☆☆ **Too small**

Reviewed in Australia on November 10, 2025

Color: White  |  Size: 4-Tier 23QT  |  **Verified Purchase**

too small.. I can only fit several baby clothes. It's like storage for makeup and other mini accessories only.

Report

 Samantha

★★★★★ **Practico**

Reviewed in Mexico on August 6, 2025

Color: White  |  Size: 3-Tier 23QT  |  **Verified Purchase**

Fácil de armar, las ruedas ayudan a moverlo con facilidad, los imanes son buenos para abrir y cerrar las puertas, se puede almacenar muy bien ropa, libros o zapatos

Report

Translate review to English

 ayman elreidy

★☆☆☆☆ منتج مختلف عن الصورة

Reviewed in Egypt on July 29, 2025

Color: White  |  Size: 4-Tier 23QT  |  **Verified Purchase**

تم ارسال منتج مختلف تماما

Report

Translate review to English

 Iktuki

★★★★★ **Pratique**

Reviewed in Canada on November 12, 2025

Color: White  |  Size: 4-Tier 23QT  |  **Verified Purchase**

pratique

Report

Translate review to English

**See more reviews ›**

## Customers who bought this item also bought

Page 1 of 2  ⋮






CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers
★★★★★ 4,626
-40% $26.99
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon

YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts,...
★★★★☆ 170
$89.99 ($22.50/count)
Get it as soon as Monday, Dec 29
FREE Shipping by Amazon
Only 2 left in stock - order...

Kmiectse Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】Plastic Multifunctional...
★★★★★ 1,704
-39% $30.39
($10.13/count)
Limited time deal
List: $49.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

OlarHike 23QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels,...
★★★★☆ 1,008
Amazon's Choice
-12% $52.99
List: $59.99
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon
⊘ 3 sustainability features ⌄

4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...
★★★★☆ 5,496
-21% $29.99
($7.50/count)
Limited time deal
Typical: $37.98
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

Lifelongpal 2-Tier Tall Narrow Storage Cabinet, Slim Bathroom Storage Cabinet with Adjustable Shelves and Wheels,...
★★★★★ 131
-40% $35.99
List Price: $59.99
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon

## Customers who viewed items in your browsing history also viewed







QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★★ 230
$14.39 - $24.99

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★★ 1,287
$25.99 - $29.99

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
★★★★★ 825
Amazon's Choice
$17.98 - $29.99

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★★ 76
$15.97 - $23.97

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Sunglasses UV400 Cycling Eyewear
★★★★★ 1,401
$23.89

APEXUP Sports Pol... Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycli... Fishing
★★★★★ 143
$12.99 - $14.99

## Best Sellers in Home & Kitchen







STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...
★★★★★ 88,403
#1 Best Seller
$44.33
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon
⊘ 1 sustainability feature ⌄

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...
★★★★★ 98,862
#1 Best Seller
$29.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...
★★★★★ 414,428
#1 Best Seller
-30% $22.49
Limited time deal
List: $31.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon
⊘ 3 sustainability features ⌄

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...
★★★★★ 7,489
$24.99
Get it as soon as Tuesday, Dec 16
FREE Shipping on orders over $35 shipped by Amazon

upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...
★★★★★ 33,099
#1 Best Seller
$5.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon
⊘ 1 sustainability feature ⌄

LEVOIT Top Fill Humidifiers for Bed 2.5L Tank for Large
★★★★★ 28,621
#1 Best Seller
-30% $27.97
Limited time deal
List: $39.99
Get it as soon as Mond 15
FREE Shipping on orde $35 shipped by Amazo

## Your Browsing History  View or edit your browsing history





Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna | | |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0CFQG78HJ

amazon | Deliver to Aoyu Miami 33133 | Home & Kitchen ⌄ | Search Amazon 🔍 | EN ⌄ | Hello, Albert Account & Lists ⌄ | Returns & Orders | 0

☰ All | Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care ⌄ | Amazon Basics | Customer Service | Buy Again | Audible

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

Create timeless memories with the perfect camera  <u>Shop now</u>

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view

      

4 VIDEOS

⚡ Ask Rufus

What material is it made of? | Is it easy to carry around?

Can it be used outdoors? | Ask something else

### 3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible Storage Bins, Closet Organizers and Storage for Living Room,Office,Dorm

Visit the YFXCVSL Store

4.4 ★★★★☆ (6,050) | Search this page

**100+ bought** in past month

**-34%** **$45**⁹⁹ ($15.33 / count)

List Price: $69.99 ⓘ | Price history

**FREE Returns** ⌄

Exclusive Prime price

**Get $60 off instantly:** Pay **$0.00** $45.99 upon approval for the Amazon Store Card. No annual fee.

Size: **3-Tier 36QT**

| 3-Tier 23QT | 3-Tier 36QT | 4-Tier 23QT |
|---|---|---|
| $31.99 ($10.66 / count) $49.99 With Prime | $45.99 ($15.33 / count) $69.99 With Prime | $26.99 ($6.75 / count) $39.99 With Prime |

| 4-Tier 36QT | 4-Tier 103QT(4... | See 1 options with no featured offers |
|---|---|---|
| $49.99 ($12.50 / count) $59.99 With Prime | $111.14 ($27.79 / count) $116.99 With Prime | |

Color: **White**

## Product details

| | |
|---|---|
| **Brand** | YFXCVSL |
| **Color** | White |
| **Material** | Polypropylene |
| **Special Feature** | Collapsible, Install-Free, Movable |
| **Style** | More Space More Happy Life |

See all product specifications

## About this item

- 【105Qt Storage Boxes】With total volume of 105QT, the storage box measures 16.9in*12.6in*9.5in each tier.The Storage bins are good for sorting out crafts, photos, medicine, snacks, makeup product etc. Also handy as extra storage in the garage, classroom, closet, bedroom, bathroom, office, or pantry. Combining good looks and practicality

- 【Collapsible & Install-Free】 Stackable bins for storage with lids is a collapsible and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to

⌄ Show more

---

**Prime Member Price** ⊖

$45⁹⁹ ($15.33 / count)

Join Prime to get FREE delivery
**Overnight 7 AM - 11 AM**

This price is exclusively for Amazon Prime members.

**Join Prime**

Cancel anytime

Ships from | Amazon
Sold by | XIANGHUO
Returns | Returnable until Jan 31, 2026
Payment | Secure transaction

⌄ See more

**Regular Price**

$69⁹⁹ ($23.33 / count)

FREE delivery Monday, December 15

Ships from: Amazon
Sold by: XIANGHUO

Add to List

**Warranty & Feedback** ⌄

📝 Report an issue with this product or seller

**Consider a similar item**

Amazon's Choice



OlarHike 23QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels, Collapsible Plastic Storage Bins for Closets and Organization, Christmas Gifts, 3 Pack Cubes

★★★★½ (1008)

$52.99 ✓prime

♻ 3 sustainability features

---

## Similar items that may deliver to you quickly

Page 1 of 2 ⋮

     

‹ ›

**CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers**
★★★★½ 4,626
-40% $26.99
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon

**OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,...**
Amazon's Choice
★★★★½ 1,008
-31% $89.99
List Price: $129.99
FREE Shipping by Amazon
♻ 3 sustainability features ⌄

**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...**
★★★★ 5,496
-21% $29.99
($7.50/count)
Typical: $37.98
Limited time deal
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**COLLEFUN Storage Bins with Lid,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible Plastic...**
★★★★ 132
-22% $27.99
($7.00/count)
Typical: $35.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**Kmiectse Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】Plastic Multifunctional...**
★★★★½ 1,704
-39% $30.59
($10.13/count)
List: $49.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**Rimulux 45GAL/180QT 3 tier large stackable storage bins with lid and wheels, collapsible storage bins plastic wit...**
★★★★½ 22
-16% $74.99
($25.00/count)
List Price: $88.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

---

## Similar items in new arrivals for you

Page 1 of 5 ⋮

     

‹ ›

**Ncescmal Folding Storage Bins with Lids 3Pack 10.23Gal Foldable Storage Boxes Set Stackable 3-Tier Plastic Storage Cart Organizers**
$36.99 ($2.31/oz)
Get it Dec 17 - 19
$20.00 shipping

**Underbed Storage Bin, Closet Organizers and Storage Bins, 600D Oxford Cloth Foldable Organizer Container for Apartment Closet Hom...**
$30.79
Get it Dec 17 - 22
$7.99 shipping

**JDCEREN Rolling Storage Cart, 2 Drawer Cart Storage Tower with 4 Pulleys, Craft Storage Containers Bins for Home, Craft Room,...**
$26.99 ($5.83/pound(s))
Get it Dec 17 - 19
$10.00 shipping

**PaChyLuu Colorful Painting Foldable Felt Storage Basket, Storage Box, Collapsible Cube Shelf Closet Organizer Bin for Bedroom Office...**
$13.99 ($7.00/count)
Get it Dec 29 - Jan 8
$7.00 shipping

**PaChyLuu Colorful Polka Dot Pattern Fabric Storage Bin with Lid, Storage Box with Handles, Foldable Organizer Containers...**
$18.99
Get it Dec 29 - Jan 8
$7.00 shipping

**KLUVIO Black Irregular Stripes Storage Bins With Lids and Carrying Handle Foldable Storage Cubes Closet Organizer Containers box with Fli...**
$24.99
Get it Dec 30 - Jan 7
$5.21 shipping

---

## From the brand



**YFXCVSL** is committed to the research and development of comfortable products suitable for European and American countries, and home furnishing is our first choice.

- The comfort of the family depends on the items in the room, such as storage boxes, trolleys, storage boxes, etc., organize your family and create a warm environment.
- In addition, we also have a strong service team, one-to-one service, to give you a

### 🔶 Looking for specific info?



Ask Rufus or search reviews and Q&A ➔

| What material is it made of? | Is it easy to carry around? | Can it be used outdoors? | Is assembly required? |

## Product Videos



**Everything Amazon!** Earns commissions
Foldable Storage Bins

**Videos for this product**

Foldable Storage Bins
Everything Amazon!
Now playing ▶ 0:23

great compact and movable storage!
Abby Heyd
▶ 0:53

Do size and durability hit the mark? Watch to find out
Off Grid Mommy
▶ 0:47

storage bins with lid
XIANGHUO
▶ 3:03

3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers...
⭐⭐⭐⭐½ 6050
$45.99

YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage...

## Product Description

【105Qt Storage Boxes】 With total volume of 105QT, the storage box measures 16.9in*12.6in*9.5in each tier.The Storage bins are good for sorting out crafts, photos, medicine, snacks, makeup product etc. Also handy as extra storage in the garage, classroom, closet, bedroom, bathroom, office, or pantry. Combining good looks and practicality

## Similar brands on Amazon

Page 1 of 3

Sponsored ⓘ







## Customer reviews

★★★★½ 4.4 out of 5

6,050 global ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 14% |
| 3 star | | 7% |
| 2 star | | 3% |
| 1 star | | 4% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the storage box easy to assemble with no tools required, and appreciate its functionality, particularly noting that the wheels work well. The product receives positive feedback for its storage capacity, being perfect for craft supplies, and its sturdiness, with one customer mentioning it stands up to toddlers. Customers describe it as looking expensive and well worth the price, though opinions about size are mixed, with some finding it great while others say it's much smaller than expected.

✨ Generated from the text of customer reviews

Select to learn more

✓ Ease of assembly    ✓ Storage quality    ✓ Storage capacity    ✓ Sturdiness    ✓ Looks

✓ Value for money    ✓ Functionality    — Size

### Reviews with images

See all photos ›

‹     ›

## Top reviews from the United States

👤 Justin Hamel

★★★★★ **Nice unit, excellent service!**

Reviewed in the United States on May 4, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

This is on the smaller side for storage units, which is what I needed. My house is TINY, and I'm an artist who also does a lot of crafts; my 10yo daughter is also a crafter, to the point of feeling her day was wasted if she hasn't made a craft or piece of artwork. In a tiny home, this is kind of a problem!

We have ended up with piles and stacks of all sorts of craft items all over our house. Our dining room table, and the benches that go with it, are covered in art stuff now. I couldn't take it anymore, so I came here looking for a solution.

In the past, I have purchased many different kinds of storage units, and bins. They are always too expensive, in my opinion, and often break due to the material. I try to go with plastic ones, just for cost and simplicity of cleaning, etc. The last ones I had claimed to be stackable (and were a well known brand), but they kept sliding off and the top ones would fall with all my stuff inside the drawers! When I saw these, I liked that instead of having sliding drawers, they had shelves with doors. The 1 thing I would change about the doors on this is that they open downward. I won't have a problem with them, but i can anticipate that my daughter will at some point lean against one while it's open, or possibly place something on top of the open door, and it will break. But I much prefer the doors to having a heavy drawer of stuff to pull out each

⌄ Read more

     

67 people found this helpful

[ Helpful ]    | Report

🐵 AS

★★★★★ **Nice look, decent storage**

Reviewed in the United States on November 30, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

Snaps together easily and takes up little space but holds more than you expect, also nice aesthetic compared to usual plastic drawers



| Report

Helpful

 María Méndez

★★★★★ **Nice looking**

Reviewed in the United States on December 6, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

Easy to put together. Rolls great. Fits many things inside. Looks nice. Materials could be better, but it worth the money.

Helpful | Report

 T. Jones

★★★★☆ **Pro's are functionality, ease of assembly and price. Con Not precisely perfect closing of the doors.**

Reviewed in the United States on November 7, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

For the price, these are useful storage containers. The instructions to assemble are clear. Because it is made of plastic, the magnetic door doesn't always just click into place when closing. My bottom 2 doors need 2 hands of gentle

encouragement to close, and even then a corner sticks out about 3/4 of an inch. This doesn't hinder it's usefulness for me. The wheels roll it nicely into place. So it's not perfect, but it suits my purpose and my budget.

2 people found this helpful

Helpful | Report

 S Balzer

★★★★★ **Perfect size for my space!**

Reviewed in the United States on December 5, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

I love it. Easy to put together .. did not need any tools. It looks nice. I live in my RV so space is kind of tight sometimes and always need more storage. These work perfectly so I ordered another set.

They're not huge , are great for small areas , but depending on what you want to store , pay attention to the size. In my place , I could stack two sets of four shelves and I may do that with these. I did not put the wheels on so am not sure if they would be top-heavy if stacked.

I will probably buy one more set in the not so distant future. And yes I would recommend them ..

Helpful | Report

 M. Thompson

★★★★★ **Easiest assembly ever.**

Reviewed in the United States on December 4, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

Easiest item to put together!! I think it took me about 15 minutes which is a record for me. Rolls easily, seems sturdy but I don't intend to stuff it with heavy objects. A great product.

Helpful | Report

 GINA A MCMANUS

★★★★★ **Sturdy and strong storag**

Reviewed in the United States on October 20, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

These have been great! So easy and quick to put together, sturdy, great for stacking multiple sets. I've been using these next to my vanity to hold my skin care items, perfumes, extra personal items to have on hand, and more makeup. They hold a lot. The doors are great at hiding what's inside and make it easy to access what I need inside. Such a great value for the price. I have 8 stacked high and it's not leaning or unsteady whatsoever. Plastic is thick and sturdy. Items don't all navigate towards the middle from dipping in the middle. No need to anchor even with them full of items.

7 people found this helpful

Helpful | Report

Momma

★★★★☆ **Good product for the $**

Reviewed in the United States on October 17, 2025

Color: White | Size: 4-Tier 23QT | Verified Purchase

Pretty good product for what they are. assembly was easy. Had them a few months & they've held up pretty well. One of the pulls for the door keeps falling off, but easily pops back in place. Using them for extra storage for my home bakery business (choc chips, nuts, brown sugar, etc) and it holds a good amount of stuff.

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Lou**

★★★★★ **Easy assembly**
Reviewed in Canada on November 3, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Cute cabinet. Easily assembled. Not suitable for heavy items but useful for lots of other things

Report

**Rei Ayanami**

★★★☆☆ **Too small**
Reviewed in Australia on November 10, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

too small.. I can only fit several baby clothes. It's like storage for makeup and other mini accessories only.

Report

**Samantha**

★★★★★ **Practico**
Reviewed in Mexico on August 6, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

Fácil de armar, las ruedas ayudan a moverlo con facilidad, los imanes son buenos para abrir y cerrar las puertas, se puede almacenar muy bien ropa, libros o zapatos

Report

Translate review to English

**ayman elreidy**

★☆☆☆☆ منتج مختلف عن الصورة
Reviewed in Egypt on July 29, 2025
Color: White | Size: 3-Tier 23QT | Verified Purchase

تم ارسال منتج مختلف تماما

Report

Translate review to English

**Iktuki**

★★★★★ **Pratique**
Reviewed in Canada on November 12, 2025
Color: White | Size: 4-Tier 23QT | Verified Purchase

pratique

Report

Translate review to English

See more reviews ›

## Customers who bought this item also bought






YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts,...

★★★★☆ 170

$89.99 ($22.50/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping by Amazon

Only 2 left in stock - order...

---

4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...

★★★★☆ 5,496

-21% $29.99 ($7.50/count)

**Limited time deal**

Typical: $37.98

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

---

OlarHike 23QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels, Collapsible Plastic...

★★★★☆ 1,008

-12% $52.99

List: $59.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 3 sustainability features ⌄

---

Kmiectse Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】 Plastic Multifunctional...

★★★★☆ 1,704

-39% $30.39 ($10.13/count)

**Limited time deal**

List: $49.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

---

OlarHike 76QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels,...

★★★★☆ 139

-17% $99.99

List: $119.99

**Limited time deal**

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 3 sustainability features ⌄

---

Adodeen 32oz Vintage Glass Jars With Lids, Airtight Food Storage Containers, Kitchen...

★★★★★ 1,028

**Amazon's Choice**

-17% $9.99

List: $11.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

---

## Customers who viewed items in your browsing history also viewed








QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running

★★★★☆ 230

$14.39 - $24.99

---

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses

★★★★☆ 1,287

$25.99 - $29.99

---

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...

★★★★☆ 825

**Amazon's Choice**

$17.98 - $29.99

---

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles

★★★★☆ 76

$15.97 - $23.97

---

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear

★★★★☆ 1,401

$23.89

---

APEXUP Sports Pola... Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycli... Fishing

★★★★☆ 143

$12.99 - $14.99

---

## Best Sellers in Home & Kitchen







STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...

★★★★☆ 88,403

**#1 Best Seller**

$44.33

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 1 sustainability feature ⌄

---

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...

★★★★☆ 98,862

**#1 Best Seller**

$29.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

---

Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...

★★★★☆ 414,428

**#1 Best Seller**

-30% $22.49

**Limited time deal**

List: $31.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

🌿 3 sustainability features ⌄

---

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...

★★★★☆ 7,489

$24.99

Get it as soon as **Tuesday, Dec 16**

FREE Shipping on orders over $35 shipped by Amazon

---

upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...

★★★★☆ 33,099

**#1 Best Seller**

$5.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

🌿 1 sustainability feature ⌄

---

LEVOIT Top Fill Humidifiers for Bed 2.5L Tank for Large

★★★★☆ 28,621

**#1 Best Seller**

-30% $27.97

**Limited time deal**

List: $39.99

Get it as soon as **Mond...**

FREE Shipping on orde... $35 shipped by Amazo...

---

## Your Browsing History   View or edit your browsing history

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

 English     United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |

| Amazon Business | Amazon Fresh | AmazonGlobal | Home Services | Amazon Web Services | Audible | Box Office Mojo |
| Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Experienced Pros Happiness Guarantee | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Find Movie Box Office Data |

| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |
| Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital & Print Publishing Made Easy | Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands |

| Amazon Resale | Whole Foods Market | Woot! | Zappos | Ring | eero WiFi | Blink |
| Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing | Smart Home Security Systems | Stream 4K Video in Every Room | Smart Security for Every Home |

| Neighbors App | Amazon Subscription Boxes | PillPack | Amazon Renewed | Amazon Luna |
| Real-Time Crime & Safety Alerts | Top subscription boxes – right to your door | Pharmacy Simplified | Like-new products you can trust | Video games from the cloud, no console required |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0DK91X37C



amazon

Deliver to Aoyu
Miami 33133

Home & Kitchen ▾

Search Amazon

🔍

EN ▾

Hello, Albert
Account & Lists ▾

Returns
& Orders

🛒 0

☰ All   🔶 Rufus   Join Prime    Holiday Gifts   Same-Day Delivery   Amazon Haul   Medical Care ▾   Amazon Basics   Customer Service   Buy Again   Audible

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

**Create timeless memories**
**with the perfect camera**    Shop now

## Consider these available items


COLLEFUN Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible
4.2 ★★★★☆ 132
$29⁹⁹ ($7.50/count)


YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys,
4.1 ★★★★☆ 170
$89⁹⁹ ($22.50/count)


3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding…
4.4 ★★★★☆ 6,050
$45⁹⁹ ($15.33/count)

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view

        

🔗

# 3 Tier Storage Bins with Lids 103QT - Stackable Storage Containers with Wheels, Folding Storage Boxes, Stackable Storage Bins, Closet Organizers and Storage for Living Room,Office

Brand: YFXCVSL

3.9 ★★★★☆ (8)  |  Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

## Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | White |
| Material | Harder PP--360° Rotatable & Lockable Wheels, Magnetic Doors, Translucent Visible Doors |
| Special Feature | Simple and Luxurious Design--More Space More Happy Life |
| Style | Modern |

See all product specifications

## About this item

- 【Stylish & Versatile】The Storage bins are ideal for sorting out clothes, crafts, photos, medicine, snacks, etc. Also handy as extra storage in the garage, classroom, closet, kitchen, bedroom, bathroom, office, or pantry. Combining good looks and practicality.

- 【Stackable & Install-Free】Stackable bins for storage with lids is a stackable and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to operate it when you want to use it. It only takes about 10 seconds to snap pieces together, assemble it with a very simple way.

- 【Durable High Quality Material】Made of high-quality PP,the product can be firmly used after assembly, and also can be detached for use alone. High-quality materials make the product have a longer life, which is undoubtedly the first choice for the same price

- 【Two Opening Ways】Storage bins with lids can be opened in two ways. You can open the top lid or


**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Aoyu - Miami 33133

Add to List

**Currently unavailable.**
We don't know when or if this item will be back in stock.

★ Ask Rufus

Can it hold large blankets?   Does it have wheels?
Is it easy to move around?   Ask something else

comes with a magnet to ensure that the door does not open automatically. The front door makes it easy to access everything inside without having to pull everything down or remove things from the top cover. Prevent objects from being exposed to dust.

- 【Large Storage Capacity】103 Qt large 3 pack storage bin with lid dimensions 25*15.7*41.93 in,this is a space-saving storage bin, a household must-have, an ideal storage bin to keep your home tidy.

∧ Show less

💬 Report an issue with this product or seller

## Similar item to consider

Amazon's Choice



Amazon Basics Plastic Storage Containers with Secure Latching Lids, Stackable Organization Bins, Clear/Grey, 5 Quart, Set of 10

★★★★☆ (1732)

$32.99 ($3.30/count) ✓prime

---

## Similar items that may deliver to you quickly

Page 1 of 2



YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...

★★★★☆ 6,050

-33% $26.99

($6.75/count)

List Price: $39.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible...

★★★★☆ 6,050

-34% $45.99

($15.33/count)

List Price: $69.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon



YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi...

★★★★☆ 6,050

-17% $49.99

($12.50/count)

Typical price: $59.99

Get it as soon as **Tuesday, Dec 16**

FREE Shipping by Amazon



YFXCVSL 23QT Plastic Storage Bins with Lids 3 Tier, Stackable for Storage, Boxes Lids,...

★★★★☆ 6,050

Amazon's Choice

-36% $31.99

($10.66/count)

List Price: $49.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...

★★★★☆ 5,496

-21% $29.99

($7.50/count)

Limited time deal

Typical: $37.98

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers

★★★★☆ 4,626

-40% $26.99

($6.75/count)

FREE Shipping on orders over $35 shipped by Amazon

---

## Based on your recent shopping trends

Page 1 of 4



CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers

★★★★☆ 4,626

-40% $26.99

($6.75/count)

List Price: $44.99

FREE Shipping on orders over $35 shipped by Amazon



OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,...

★★★★☆ 1,008

Amazon's Choice

-31% $89.99

List Price: $129.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 3 sustainability features ∨



4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...

★★★★☆ 5,496

-21% $29.99

($7.50/count)

Limited time deal

Typical: $37.98

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



4-Tier Foldable Plastic Drawer Storage with Wheels,Stackable Storage Bins with Lid,Organization and...

★★★★★ 3

$39.99 ($10.00/Drawer)

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon



VNVTO Stackable Storage Bins with Lids, Large Collapsible Storage Bins with Wheels, Plastic Cabinet with Doors,...

★★★★☆ 95

$69.99 ($8.75/count)

Get it Dec 16 - 17

FREE Shipping



Clear Storage Bins with Lids 3 Packs - 24Qt Stackable Storage Bins, Acrylic Organizers, Plas...

★★★★☆ 231

-43% $25.64

($8.55/count)

List: $44.99

Limited time deal

Get it as soon as **Wednesday, Dec 17**

FREE Shipping on orders over $35 shipped by Amazon

---

## Product description







## 🔴✴ Looking for specific info?

Ask Rufus or search reviews and Q&A ➔

Can it hold large blankets?  Does it have wheels?  Is it easy to move around?  Can the bins be separated?

Is this waterproof?

## Product Videos



**Lindsay G** Earns commissions
Easy to stack and holds so much! A storage essential!

## Similar brands on Amazon

Sponsored ⓘ



Patinao Shoe Storage Box Organizer for Closet - Space Saver Shoes Containers...
4.5 ★★★★½ 1,529
$15.99 Typical: $17.99



OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with...
4.6 ★★★★½ 1,008
$89.99 List Price: $129.99



Univivi Heavy Duty Fabr with Lid, Large 17" 10 G
4.6 ★★★★½ 51
$39.99 List: $45.00

## Customer reviews

★★★★☆ 3.9 out of 5

8 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 16% |
| 1 star | | 15% |

How customer reviews and ratings work ⌄

## Reviews with images



See all photos ›

## Top reviews from the United States

 Kimber L. Hughes

★★★★★ **Easy to assemble. Lightweight storage.**
Reviewed in the United States on November 5, 2025
**Verified Purchase**
Storage capacity is great. Excellent Customer Service!

Helpful | Report

Kp mom

Reviewed in the United States on April 25, 2025

**Verified Purchase**

Good when stacked. But not able to separate due to only one lid

One person found this helpful

Helpful | Report

G

★★☆☆☆ **Meh. Worth $60 at best. Not $140**

Reviewed in the United States on May 27, 2025

**Verified Purchase**

One of the drawers arrived cracked. One of the clear openings falls open bc the magnets are either weak or don't line up well. One clear opening doesn't seat l the way into its frame.

I didn't expect this to hold heavy items. You definitely wouldn't want it to be 100% full of even just folded clothing or linens.

2 people found this helpful

Helpful | Report

Satisfied

★☆☆☆☆ **Loved the look**

Reviewed in the United States on April 22, 2025

**Verified Purchase**

These look spiffy. They looked well constructed. Heavy duty construction. Unfortunately there were broken components so I had to return it.

Helpful | Report

See more reviews ›

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Become an Amazon Hub
Partner

› See More Ways to Make
Money

Help



English

United States

| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0D6QRMDQ6



☰ All    Rufus    Join Prime    Holiday Gifts    Same-Day Delivery    Amazon Haul    Medical Care ▾    Amazon Basics    Customer Service    Buy Again    Audible

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement



**Create timeless memories**
**with the perfect camera**    Shop now

## Consider these available items



CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for
4.5 ★★★★½ 4,626
$26⁹⁹ ($6.75/count)



Kmiectse Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】 Plastic Multifunctional Folding
4.5 ★★★★½ 1,704
$30³⁹ ($10.13/count)



Kmiectse Clear Storage Bins with Lids,4 Tier Plastic Bins with Wheels,Stackable Storage
4.5 ★★★★½ 1,704
$35.⁹⁸

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Lidded Storage Bins



🔗 Click to see full view

     



**✦ Ask Rufus**

( Can it hold books? )   ( Is the lid removable? )   ( Are they stackable? )

( Ask something else )

# Clear Storage Bins with Lid 24Qt, 4 Pack Stackable Storage Bins, Acrylic Organizers, Plastic Multifunctional Folding Storage Bins, Plastic Stackable Storage Box for Bedroom, Living Room, Office

Brand: YFXCVSL

4.2 ★★★★☆ (62) | Search this page

**Currently unavailable.**

We don't know when or if this item will be back in stock.

**Color: Clear**

**Size: 4-Tier 24QT Clear**

## Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | Clear |
| Material | Transparent and Sturdy PP Design- Easy to Assemble and Beautiful |
| Special Feature | Foldable, Stackable |
| Recommended Uses For Product | For storage |

See all product specifications

## About this item

- 【Multi-Functional】 Folding storage boxes are convenient for storing your lightweight items such as shoes, clothes, snacks, documents, etc. Suitable for bathroom, kitchen, living room, office.
- 【No need to install, use directly】 The storage box with the lid can be folded and folded, and it is flat-mounted. Just lift and tighten the 4 side panels and close the lid.
- 【Durable & Sturdy】 The plastic box with cover is made of high-quality and durable PP material, which is strong and durable. Strong enough to hold up to 100 pounds (45 kg). The grooves on the folding storage boxes allow them to be stacked

⌄ Show more

⚏ Report an issue with this product or seller

## Similar item with fast delivery

**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Aoyu - Miami 33133

[ Add to List ]

 

QT Folding Box with Magnetic Door
★★★★☆ (1704)
$30.39 ($10.13/count)
✓prime

## Similar items that may deliver to you quickly

Page 1 of 3 ⋮

     

**CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers**
★★★★☆ 4,626
-40% **$26**⁹⁹
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon

**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…**
★★★★☆ 5,496
-21% **$29**⁹⁹
($7.50/count)
🔴 Limited time deal
Typical: $37.98
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

**OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,…**
★★★★☆ 1,008
Amazon's Choice
-31% **$89**⁹⁹
List Price: $129.99
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon
🌱 3 sustainability features ⌄

**COLLEFUN Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible Plastic…**
★★★★☆ 132
-22% **$27**⁹⁹
($7.00/count)
Typical: $35.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

**OlarHike 48QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels, Collapsible Plastic…**
★★★★☆ 1,008
-29% **$119**⁹⁹
List Price: $169.99
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon
🌱 3 sustainability features ⌄

**4 Pack Large Collapsible Storage Bins With Lids & Wheels, 11.5 Gal Plastic Folding Storage Box, Stackable Storage Bins…**
★★★★☆ 74
**$129**⁹⁹ ($32.50/count)
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon

## Similar items in new arrivals for you

Page 1 of 5 ⋮

     

**Ncescml Folding Storage Bins with Lids 3Pack 10.23Gal Foldable Storage Boxes Set Stackable 3-Tier Plastic Storage Cart Organizers**
**$36**⁹⁹ ($2.31/oz)
Get it Dec 17 - 19
$20.00 shipping

**Underbed Storage Bin, Closet Organizers and Storage Bins, 600D Oxford Cloth Foldable Organizer Container for Apartment Closet Hom…**
**$30**⁷⁹
Get it Dec 17 - 22
$7.99 shipping

**JDCEREN Rolling Storage Cart, 2 Drawer Cart Storage Tower with 4 Pulleys, Craft Storage Containers Bins for Home, Craft Room,…**
**$26**⁹⁹ ($5.83/pound(s))
$10.00 shipping

**PaChyLuu Colorful Painting Foldable Felt Storage Basket, Storage Box, Collapsible Cube Shelf Closet Organizer Bin for Bedroom Office…**
**$13**⁹⁹ ($7.00/count)
Get it Dec 29 - Jan 8
$7.00 shipping

**PaChyLuu Colorful Polka Dot Pattern Fabric Storage Bin with Lid, Storage Box with Handles, Foldable Organizer Containers…**
**$18**⁹⁹
Get it Dec 29 - Jan 8
$7.00 shipping

**KLUVIO Black Irregular Stripes Storage Bins With Lids and Carrying Handle Foldable Storage Cubes Closet Organizer Containers box with Fli…**
**$24**⁹⁹
Get it Dec 30 - Jan 7
$5.21 shipping

## Product description









## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can it hold books?　Is the lid removable?　Are they stackable?　Is this bin easy to clean?

Can it be used in a garage?

## Videos

Help others learn more about this product by uploading a video.

Upload your video

⚠️ **WARNING:**

CHOKING HAZARD -- Small parts. Not for children under 3 yrs.

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3





OlarHike 144QT Lockable Storage Bins
with Lids - Folding Storage box with…
4.6 ★★★★½ 1,008
$89.99　List Price: $129.99



ClearSpace Plastic Storage Bins With
lids, 4 Pack – Perfect Pantry…
4.6 ★★★★½ 2,167
$39.99

## Customer reviews

★★★★☆ 4.2 out of 5

62 global ratings

### Customers say

Customers find the storage bins easy to assemble and appreciate their quality, with one mentioning they work well for tissue culture plants. The size receives mixed feedback, with several wishing they were bigger, and durability is a concern as customers describe them as fragile. Customers disagree on the value for






Deliver to Aoyu
Miami 33133

Home & Kitchen


 EN
Hello, Albert
Account & Lists

Returns
& Orders


 0

| | |
|---|---|
| 3 star | |
| 2 star | 2% |
| 1 star | 9% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

**Write a customer review**

✓ Ease of assembly   ✓ Quality   — Value for money   ⊖ Size   ⊖ Durability

## Reviews with images

See all photos ›



## Top reviews from the United States

**Melissa R**

★★★★★ **Get it, you won't be disappointed . I bought it for my plants**

Reviewed in the United States on June 1, 2025

Color: Clear   Size: 4-Tier 24QT Clear   Verified Purchase

Love love love this for my tissue culture plants, corms, propagated cuttings etc . Just perfect. So easy to put together which was a plus



11 people found this helpful

**Helpful**  |  Report

**Kindle Customer**

★★★★★ **Excellent customer service**

Reviewed in the United States on May 26, 2025

Color: Clear   Size: 4-Tier 24QT Clear   Verified Purchase

Easy to assemble and customer service is excellent! Fixed my issue quickly and very easy, just one small piece missing, but still sent me a new one! I would highly recommend this seller and storage bins

**Helpful**  |  Report

**Amanda DN**

★★★★☆ **Quick and easy setup**

Reviewed in the United States on April 7, 2025

Color: Clear   Size: 4-Tier 24QT Clear   Verified Purchase

Super quick and easy setup. Quality seems greats so far and the wheels make it easy to move around. Using to organize my kiddos art supplies, and the clear front allows them

To easily access what they need without picking g through a bucket. The height is perfect for a 3 and 5 year old— no more standing on stools

Or chairs to grab what they want. I do wish they were a little bigger, but there is an option to purchase up. I do feel they're expensive for the product but was able to get them on sale.



10 people found this helpful

**Helpful**  |  Report

**Nilster**

★★★★★ **Works great for new puppy!!!**

Reviewed in the United States on December 4, 2024

Color: Clear   Size: 4-Tier 24QT Clear   Verified Purchase

We were looking for something that was easy to assemble, good quality, had adequate storage space, and was easy to organize new puppy items. This set checks all of the boxes. The front doors are really convenient so you do t have to open the entire drawer. Has worked out well for us thus far.

**Helpful**  |  Report

   Deliver to Aoyu   Miami 33133   Home & Kitchen ⌄      EN   Hello, Albert   Account & Lists    Returns & Orders    0

Reviewed in the United States on April 6, 2025
Color: Clear | Size: 4-Tier 24QT Clear | Verified Purchase

It's great, gave it a three stars because the picture is deceiving, looks much wider. Blame myself for not realizing how small 24QT really is. Took a picture with a candle so you can see. Otherwise it does the job!



2 people found this helpful

Helpful | Report

 Karly

★☆☆☆☆ **Don't waste your money!**

Reviewed in the United States on May 10, 2025
Color: Clear | Size: 4-Tier 24QT Clear | Verified Purchase

Pre-assembled parts are not the right size. The whole thing is super flimsy and not at all worth the price. Only one lid for the top one. Could easily break at any moment. There's way better and more inexpensive options out there.

 

2 people found this helpful

Helpful | Report

 HappyinBuckeye

★★★★★ **AWESOME!!!**

Reviewed in the United States on September 15, 2024
Color: Clear | Size: 4-Tier 24QT Clear | Verified Purchase

I have a very packed sewing room. This cart can be rolled around when I need to reposition it. The clear acrylic containers allow me a 360 degree view of what each has in it, removing guess work. I am very, very pleased with this purchase. It was a very fair price and is exactly what I was looking for. I am getting ready to buy another one.

One person found this helpful

Helpful | Report

 Sonija WY

★★★★★ **Good deal**

Reviewed in the United States on June 17, 2025
Color: Clear | Size: 4-Tier 24QT Clear | Verified Purchase

Fast delivery
Exact same as shown online
Easy assemble w/perfect clear instructions

Helpful | Report

See more reviews ›

## Customers who bought this item also bought

Page 1 of 2

 

     


Clear Storage Bins with Lids 3 Packs - 24Qt Stackable Storage Bins, Acrylic Organizers, Plas...
★★★★☆ 231
-43% $25⁵⁴
($8.55/count)
**Limited time deal**
List: $44.99
Get it as soon as **Wednesday, Dec 17**
FREE Shipping on orders over $35 shipped by Amazon


YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi...
★★★★☆ 6,050
-17% $49⁹⁹
($12.50/count)
Typical price: $59.99
Get it as soon as **Tuesday, Dec 16**
FREE Shipping by Amazon


SNSLXH Clear Storage Bins with Lids & Wheels, Stackable Plastic Craft Containers, Large Closet Organizers Box for...
★★★★☆ 175
$69⁹⁹
Get it as soon as **Wednesday, Dec 17**


4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...
★★★★☆ 5,496
-21% $29⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon


YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts,...
★★★★☆ 170
$89⁹⁹ ($22.50/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon
Only 2 left in stock - order...


UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 640QT-...
★★★★☆ 219
**Amazon's Choice**
-22% $139⁹⁹
($35.00/count)
List: $179.99
Get it as **Dec 12 - 16**
FREE Shipping

## Customers who viewed items in your browsing history also viewed


QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 230
$14³⁹ - $24⁹⁹


HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★☆ 1,287
$25⁹⁹ - $29⁹⁹


gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
★★★★☆ 825
**Amazon's Choice**
$17⁹⁸ - $29⁹⁹


Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★☆ 76
$15⁹⁷ - $23⁹⁷


OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★☆ 1,401
$23⁸⁹


APEXUP Sports Polarized Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycling Fishing
★★★★☆ 143
$12⁹⁹ - $14⁹⁹

## Best Sellers in Home & Kitchen


STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...
★★★★☆ 88,403
**#1 Best Seller**
$44³³
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
♻ 1 sustainability feature ⌄


Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...
★★★★☆ 98,862
**#1 Best Seller**
$29⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon


Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...
★★★★☆ 414,428
**#1 Best Seller**
-30% $22⁴⁹
List: $31.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
♻ 3 sustainability features ⌄


Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...
★★★★☆ 7,489
$24⁹⁹
Get it as soon as **Tuesday, Dec 16**
FREE Shipping on orders over $35 shipped by Amazon


upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...
★★★★☆ 33,099
**#1 Best Seller**
$5⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
♻ 1 sustainability feature ⌄


LEVOIT Top Fill Humidifiers for Bed 2.5L Tank for Large
★★★★☆ 28,621
**#1 Best Seller**
-30% $27⁹⁷
List: $39.99
Get it as soon as **Mond 15**
FREE Shipping on orde $35 shipped by Amazon

## Your Browsing History  View or edit your browsing history


Deliver to Aoyu ⦿ Miami 33133 | Home & Kitchen ⌄ | 🔍 | 🇺🇸 EN | Hello, Albert Account & Lists | Returns & Orders | 🛒 0





Back to top

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | | |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0DRVVDW4V





Create timeless memories with the perfect camera — Shop now

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes

## 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts, Cosmetics & Make-Up, Photos

Brand: YFXCVSL

4.1 ★★★★☆ (170)  |  Search this page

$89.99 ($22.50 / count)

Price history

Or $16.62 /mo (6 mo). Select from 3 plans

Get $60 off instantly: Pay $29.99 $89.99 upon approval for the Amazon Store Card. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Size: 4-Tier 28QT

### Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | White |
| Material | 4-Tier 27QT |
| Special Feature | 1 |
| Style | Modern |

See all product specifications

### About this item
- 1

### Warranty & Feedback

Report an issue with this product or seller

### Competitively priced item

Amazon's Choice

Amazon Basics Plastic Storage Containers with Secure Latching Lids, Stackable Organization Bins, Clear/Grey, 5 Quart, Set of 10

★★★★☆ (1732)

$32.99 ($3.30 / count)  ✓prime

**Buy new:**
$89.99 ($22.50 / count)

FREE delivery December 18 - 22. Details

Arrives before Christmas

Deliver to Aoyu - Miami 33133

Only 3 left in stock - order soon.

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Shipper / Seller | BE_MY_GUEST |
| Returns | Returnable until Jan 31, 2026 |
| Payment | Secure transaction |

See more

**Save with Used - Very Good**
$81.23 ($20.31 / count)

FREE delivery Monday, December 15

Ships from: Amazon
Sold by: Amazon Resale

Add to List

**Other sellers on Amazon**

New & Used (3) from $81.23 & FREE Shipping.

## Similar items that may deliver to you quickly

Page 1 of 2



 

YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...
★★★★½ 6,050
-33% **$26**⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office -...
★★★★½ 4,626
-40% **$26**⁹⁹
($6.75/count)
List Price: $44.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi...
★★★★½ 6,050
-17% **$49**⁹⁹
($12.50/count)
Typical price: $59.99
Get it as soon as **Tuesday, Dec 16**
FREE Shipping by Amazon

3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible...
★★★★½ 6,050
-34% **$45**⁹⁹
($15.33/count)
List Price: $69.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

4 Pack Large Collapsible Storage Bins With Lids & Wheels, 11.5 Gal Plastic Folding Storage Box,...
★★★★½ 74
Amazon's Choice
**$129**⁹⁹ ($32.50/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet Organization Suitable f...
★★★★½ 189
**$73**⁵⁴
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

## Based on your recent shopping trends

Page 1 of 5

     

QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet Organization Suitable f...
★★★★½ 189
**$73**⁵⁴
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

SAILUN 145Gal/580Qt Stackable Storage Bins Folding Collapsible Storage Bins with Lid, Closet Organizers and...
★★★★½ 719
**$129**⁹⁹
Get it as soon as **Wednesday, Dec 17**
FREE Shipping by Amazon

UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 480QT-...
★★★★½ 219
Amazon's Choice
-25% **$119**⁹⁹
($40.00/count)
Get it **Dec 12 - 16**
FREE Shipping

3Tier Plastic Storage Bins with Lids 33 Qt, Stackable Storage Containers with wheels,Folding Storage...
★★★★½ 16
**$21**⁹⁹
Get it **Dec 12 - 16**
$18.00 shipping

FLEXIMOUNTS 228 QT Stackable Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe...
★★★★½ 878
-31% **$89**⁹⁹
($30.00/count)
List: $129.99
Get it **Dec 16 - 18**
FREE Shipping

JH Spracely Stackable Storage Bins with Lid 55Gal/220QT Plastic Collapsible Storage Cabinet 5 Tiers Foldabl...
★★★★☆ 61
**$119**⁹⁹ ($24.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

## ✨ Looking for specific info?

Ask Rufus or search reviews and Q&A

Can the bins be locked?   Are the wheels removable?   Is it easy to clean?   Can it hold heavy items?

Does it come with a handle?

## Product Videos



**Altovise Unmuted** Earns commissions
Using this 4 tier storage with wheels in the kitchen

**Videos for this product**



**Using this 4 tier storage with wheels in the kitchen**
Altovise Unmuted ▶ 1:36
Now playing

**Customer Review: Good**
Sabrina Rodrigues ▶ 0:20

YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern...
★★★★☆ 170
$89.99

Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with...

## Product Description

1

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3





VEVOR Plastic Stackable Storage Bins, 14.8 x 8.5 x 7.1 inch (12 Pack), Plastic...
★★★★★ 5.0  2
$63.99 List: $74.99

6 Pack Clear Storage Bins with Lids, Small Acrylic Arts and Craft Storage...
★★★★★ 4.8  19
$23.99



## Customer reviews

★★★★☆ 4.1 out of 5

170 global ratings

| | | |
|---|---|---|
| 5 star | ▬▬▬▬▬▬ | 61% |
| 4 star | ▬ | 14% |
| 3 star | ▬ | 11% |
| 2 star | ▬ | 6% |
| 1 star | ▬ | 8% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the storage bins perfect for small spaces and appreciate their pretty appearance. They are easy to assemble and function well, with one customer noting they help their daughter clean up toys. The sturdiness and quality receive mixed feedback - while some find them sturdier than anticipated, others report broken hinges and cheap construction. The door functionality is problematic, with customers reporting that handles pop off and latches break. Value for money opinions are divided, with some saying it's a nice item for the price while others feel it's not worth $60.

ai  Generated from the text of customer reviews

**Select to learn more**

✓ Storage capacity  ✓ Ease of assembly  ✓ Appearance  ✓ Functionality  — Sturdiness
— Quality  ∨ Value for money  ⊖ Door functionality

## Reviews with images

See all photos ›

 ‹



## Top reviews from the United States

 Beverly Foster

★★★★★ **Good value/ Great Customer service**
Reviewed in the United States on October 31, 2025
Size: 4-Tier 28QT | Verified Purchase

Good value for price. Was exactly what I needed. Customer service response was amazing. One of the door hinges was broken. I contacted them and it was replaced immediately!

Helpful | Report

marie

★★★★★ **Great product**
Reviewed in the United States on June 20, 2025
Size: 4-Tier 28QT | Verified Purchase

It is sturdy, easy to assemble doesn't take up a lot of space and spacious inside, was able to fit several pairs of shoes inside, looks very nice, I definitely plan on getting a couple more of them.



One person found this helpful

Helpful | Report

maria k piper

★★★★☆ **Orders a couple of these for clothes storage ! Works great!**
Reviewed in the United States on August 8, 2025
Size: 4-Tier 28QT | Verified Purchase

Lots of space and it wasn't difficult to put together. Love that it's on wheels to be able to move around the room .

Helpful | Report

AB

★★★★★ **Not bad.**
Reviewed in the United States on June 30, 2025
Size: 4-Tier 28QT | Verified Purchase

Super easy to put together and not as flimsy as I thought it would be. Quite handy in small spaces and is not a total eyesore.

Helpful | Report

LH

★★★☆☆ **Will need to replace handles to open compartments drawers**
Reviewed in the United States on November 12, 2025
Size: 4-Tier 28QT | Verified Purchase

Cute , sturdy but the handles to open drawer falls off constantly



Helpful | Report

Heather G

★★★★★ **Easy to put together**
Reviewed in the United States on November 30, 2025
Size: 4-Tier 28QT | Verified Purchase

Helpful    Report

**Lola**

★☆☆☆☆ **Do not waste your money nor time**

Reviewed in the United States on October 22, 2025

Size: 4-Tier 28QT    Verified Purchase

Cheap cheap cheap. The handles are flimsy and constantly fall off

Helpful    Report

**oliveforhealth**

★★★★★ **super cute and holds a lot. Just put your heavier items in the bottom drawer**

Reviewed in the United States on July 2, 2025

Size: 4-Tier 28QT    Verified Purchase

Oh my gosh,,,I love these bins. I needed a little extra storage place for odds & ends and these work great. In one of the drawers I have all my portable solar batteries and cordless car jumpers,,,etc and it holds them and everything else just great. They are sturdier than I anticipated and I've ordered 4, in total. They are cute enough to go in a bedroom and great for a craft area. The handles are just magnets, so make sure the stuff you put in the drawers doesn't move all over, or it could cause the magnetic latch to pop open

2 people found this helpful

Helpful    Report

See more reviews ›

## Customers who bought this item also bought

Page 1 of 2

      

**YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...**

★★★★☆ 6,050

-33% $26⁹⁹

($6.75/count)

List Price: $39.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...**

★★★★☆ 5,496

-21% $29⁹⁹

($7.50/count)

**Limited time deal**

Typical: $37.98

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

**HOMIDEC Shoe Storage, 10-Tier Shoe Rack Organizer for Closet 20 Pair Narrow Shoes Shelf Cabinet for Entryway,...**

★★★★☆ 929

-15% $38⁹⁹

List: $45.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

**AMKUFO 6 Pack-Closet-Organizers-and-Storage, Magic-Hangers-Space-Saving-for-Clothes, Closer-Organizer-for-...**

★★★★☆ 4,742

-20% $7⁹⁹ ($1.33/count)

List: $9.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

**90 L Large Storage Bags, 6 Pack Clothes Storage Bins Foldable Closet Organizers Storage...**

★★★★☆ 62,917

Amazon's Choice

-39% $19⁹⁹

($3.33/count)

List: $32.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

**Vtopmart 2 Pack Large Stackable Storage Drawers,Easily Assemble Clear Acrylic Bathroom Closet Undersink...**

★★★★☆ 602

-18% $35¹⁴

($17.57/count)

List: $42.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

♻ 1 sustainability feature ⌄

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

      

**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**

★★★★☆ 230

$14³⁹-$24⁹⁹

**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**

★★★★☆ 1,287

$25⁹⁹-$29⁹⁹

**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**

★★★★☆ 825

Amazon's Choice

$17⁹⁸-$29⁹⁹

**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**

★★★★☆ 76

$15⁹⁷-$23⁹⁷

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear**

★★★★☆ 1,401

$23⁸⁹

# Best Sellers in Home & Kitchen



**STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...**
⭐⭐⭐⭐½ 88,403
**#1 Best Seller**
$44.33
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄



**Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...**
⭐⭐⭐⭐½ 98,862
**#1 Best Seller**
$29.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



**Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...**
⭐⭐⭐⭐½ 414,428
**#1 Best Seller**
-30% $22.49
List: $31.99
**Limited time deal**
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

**Owala SmoothSip Slider Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...**
⭐⭐⭐⭐½ 7,489
$24.99
Get it as soon as **Tuesday, Dec 16**
FREE Shipping on orders over $35 shipped by Amazon



**upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...**
⭐⭐⭐⭐½ 33,099
**#1 Best Seller**
$5.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

## Your Browsing History   View or edit your browsing history

     

---

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |



English | United States

| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Amazon Photos | Prime Video Direct | Shopbop |

Book reviews
& recommendations

Amazon Resale
Great Deals on
Quality Used
Products

Movies, TV
& Celebrities

Whole Foods
Market
America's
Healthiest
Grocery Store

Neighbors App
Real-Time Crime
& Safety Alerts

Get Info
Entertainment
Professionals Need

Woot!
Deals and
Shenanigans

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

Indie Digital &
Print Publishing
Made Easy

Zappos
Shoes &
Clothing

PillPack
Pharmacy
Simplified

Unlimited Photo
Storage
Free With Prime

Ring
Smart Home
Security Systems

Amazon Renewed
Like-new products
you can trust

Video Distribution
Made Easy

eero WiFi
Stream 4K Video
in Every Room

Amazon Luna
Video games from
the cloud,
no console
required

Designer
Fashion Brands

Blink
Smart Security
for Every Home

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0DJTDGDHG



# amazon

Deliver to Aoyu
Miami 33133

Home & Kitchen ▾

Search Amazon 🔍

⬛ EN ▾ | Hello, Albert
Account & Lists ▾ | Returns
& Orders | 🛒 0

☰ All | 🔆 Rufus | Join Prime | Holiday Gifts | Same-Day Delivery | Amazon Haul | Medical Care ▾ | Amazon Basics | Customer Service | Buy Again | Audible

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

**Create timeless memories
with the perfect camera** 📷 <u>Shop now</u>

## Consider these available items


CTSNSLH 4 Tier Plastic Storage
Bins and Boxes Organizer -
Stackable with Lids for
4.5 ★★★★½ 4,626
$26⁹⁹ ($6.75/count)


4 Tier Plastic Storage Bins with
Lids 28QT, Stackable, Wheeled,
Collapsible, Closet Organizers
4.1 ★★★★☆ 98
$105⁹⁸ ($26.50/count)


YFXCVSL 4 Tier Plastic Storage
Bins with Lid 23QT, Stackable
Storage Containers with Wheels,
4.4 ★★★★½ 6,050
$26⁹⁹ ($6.75/count)

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Lidded Storage Bins



Click to see full view

        

### Ask Rufus

Can it hold heavy items?    Does it come with a handle?

Is it easy to move around?    Ask something else

🔗

# 3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Set of 25

Brand: YFXCVSL

3.9 ★★★★☆ (149)    |    Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

Size: **4-Tier 28QT**

## Product details

| | |
|---|---|
| **Brand** | YFXCVSL |
| **Color** | White |
| **Material** | Polypropylene |
| **Special Feature** | Simple and Luxurious Design--More Space More Happy Life |
| **Style** | More Space More Happy Life |

See all product specifications

## About this item

- 【112Qt Storage Boxes】 With total volume of 112QT, the storage box measures 16.2in*12.6in*9.15in each tier.The Storage bins are good for sorting out toys, crafts, photos, medicine, snacks, makeup product etc. Also handy as extra storage in the garage, classroom, closet, bedroom, bathroom, office, or pantry. Combining good looks and practicality

- 【Collapsible & Install-Free】 Stackable bins for storage with lid is a collapsible and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to operate it when you want to use it

⌄ Show more

▤ Report an issue with this product or seller

---

**Currently unavailable.**
We don't know when or if this item will be back in stock.

📍 Deliver to Aoyu - Miami 33133

Add to List

## Similar item to consider



▪ Amazon's Choice

Amazon Basics Plastic Storage
Containers with Secure Latching Lids,
Stackable Organization Bins, Clear/Grey,
5 Quart, Set of 10
★★★★☆ (1732)
$32.99 ($3.30/count) ✓prime

 

## Similar items that may deliver to you quickly

Page 1 of 2

     

**CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office -...**
★★★★☆ 4,626
-40% **$26**⁹⁹
($6.75/count)
List Price: $44.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...**
★★★★☆ 5,496
-21% **$29**⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...**
★★★★☆ 6,050
-33% **$26**⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**COLLEFUN Storage Bins with Drawers,4 Pack Collapsible Plastic...**
★★★★☆ 132
-22% **$27**⁹⁹
($7.00/count)
Typical: $35.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**OlarHike 97QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and Wheels, Collapsible Plastic...**
★★★★☆ 1,008
-24% **$159**⁹⁹
List Price: $209.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌱 3 sustainability features ⌄

**3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible...**
★★★★☆ 6,050
-34% **$45**⁹⁹
($15.33/count)
List Price: $69.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

## Based on your recent shopping trends

Page 1 of 7

     

**QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet Organization Suitable f...**
★★★★☆ 189
**$73**⁵⁴
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

**SAILUN 145Gal/580Qt Stackable Storage Bins Folding Collapsible Storage Bins with Lid, Closet Organizers and...**
★★★★☆ 719
**$129**⁹⁹
Get it as soon as **Wednesday, Dec 17**
FREE Shipping by Amazon

**UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 480QT-...**
★★★★☆ 219
**Amazon's Choice**
-25% **$119**⁹⁹
($40.00/count)
List: $159.99
Get it Dec 12 - 16
FREE Shipping

**3Tier Plastic Storage Bins with Lids 33 Qt, Stackable Storage Containers with wheels,Folding Storage...**
★★★★☆ 16
**$21**⁹⁹
Get it Dec 12 - 16
$18.00 shipping

**FLEXIMOUNTS 228 QT Stackable Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe...**
★★★★☆ 878
-31% **$89**⁹⁹
($30.00/count)
List: $129.99
Get it Dec 16 - 18
FREE Shipping

**JH Spracely Stackable Storage Bins with Lid 55Gal/220QT Plastic Collapsible Storage Cabinet 5 Tiers Foldabl...**
★★★★☆ 61
**$119**⁹⁹ ($24.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

## Product description





**Detachable Lid**



**Magnetic Door**



**With smooth handles**









🔴✦ **Looking for specific info?**

Ask Rufus or search reviews and Q&A                                    ➔

Can it hold heavy items?    Does it come with a handle?    Is it easy to move around?    Can the bins be separated?

Is it waterproof?

**Product Videos**



Videos for this product

**Collapsible Storage Bins A Great Organizing Solution**
⭐⭐⭐ Melissa ✅

**A simple yet elegant solution for more storage space!**
Dani - just for fun

YFXCVSL 3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage…
⭐⭐⭐⭐ 149

Sponsored ⓘ
HOMEDANT 5 Tier Storage Shelves Adjustable Laminated Boltless Garag…
⭐⭐⭐⭐ 3940
$123.99

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



IRIS USA Small Stackable Storage Bins, 8-Pack, 7.5 x 4.5 x 3 inch, |Made in US…
4.2 ⭐⭐⭐⭐ 771
$23.99



OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with…
4.6 ⭐⭐⭐⭐ 1,008
$89.99 List Price: $129.99

## Customer reviews

⭐⭐⭐⭐ 3.9 out of 5

149 global ratings

| | |
|---|---|
| 5 star | 56% |
| 4 star | 16% |
| 3 star | 8% |
| 2 star | 5% |
| 1 star | 15% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

[ Write a customer review ]

## Customers say

Customers find the storage bins easy to assemble and appreciate their cute appearance. The build quality receives mixed feedback, with some finding them good while others describe them as cheaply made. Durability is also mixed, with some finding them sturdy while others report handles breaking. Customers disagree on the value for money and size, with some noting they're very small. The door closure mechanism is problematic, with customers reporting that the front doors on each level don't always stay closed.

✦ Generated from the text of customer reviews

**Select to learn more**

✓ Ease of assembly   ✓ Aesthetic   — Build quality   — Durability   — Value for money

— Size   — Magnet strength   ⊖ Door closure

### Reviews with images

See all photos ›



    

 Amazon Customer

★★★★★ **Great Plastic Cabinet**
Reviewed in the United States on May 6, 2025
Size: 4-Tier 28QT | Verified Purchase

This plastic drawers/cabinet is easy to assemble, it's functional as you can put light small stuffs there, it's reasonably sized , it is stackable and stable when stacked together, it's great for your moneys value. You can use it like pantry extension or it can hold your bath supplies. Great for organization and it is sturdy.

Helpful | Report

 Michelle Vercellone

★★★★★ **Great for organizing**
Reviewed in the United States on July 4, 2025
Size: 4-Tier 28QT | Verified Purchase

Great for storage. Easy to put together and easily mobile if needed. Stacks great as well

Helpful | Report

 Charlotte Godfrey

★★★★☆ **Attractive storage at a great price!**
Reviewed in the United States on April 5, 2025
Size: 4-Tier 28QT | Verified Purchase

I love this storage container, even though one of the drawers's hinges was broken when it arrived. I patched it up and made that drawer storage for seldom used objects.
The price was right and I am very happy with this purchase.

Helpful | Report

 ELO

★☆☆☆☆ **Impossible to assemble!**
Reviewed in the United States on October 31, 2024
Size: 4-Tier 28QT | Verified Purchase

I bought this item because it states NO ASSEMBLY REQUIRED! Bull! Although no tools are required it does need to be snapped together! I'm recovering from surgery and simply can't get it done! I have to have a neighbor come over to see if they can put it together! If they can't then it's being RETURNED!
I'm hoping it will hold any amount of weight!
Edit - it took about 1/2 hour for a very handy friend to put this together!

5 people found this helpful

Helpful | Report

 Amazon Customer

★★★★★ **Perfect addition to our nursery**
Reviewed in the United States on March 1, 2025
Size: 4-Tier 28QT | Verified Purchase

This storage bin set has been a great addition to our nursery. It was easy to setup and works perfectly fine for our needs. The magnetic drawer doors work very well. We did have a minor issue with one of the drawers but the seller was very easy to work in helping is resolve the issue.



2 people found this helpful

Helpful | Report

 Tracy

★★★☆☆ **It's Okay; Not Bad; Not Great**
Reviewed in the United States on February 3, 2025
Size: 4-Tier 28QT | Verified Purchase

It's not bad, and it's not great. It's okay. The doors aren't my favorite because they fold down. That is a personal preference rather than a design flaw. It went together easily, and it's fine for what it is. The material could a little heavier. I have another stackable unit that is a much better quality, and that quality comes with a higher price tag. I'm on the fence about sending it back and paying a little more for better quality and doors that open right/left vs folding down. I gave it 3 stars instead of 4 due to the combination of less dense material and the fold down doors. No, I would not buy it again. I'm pretty picky about what I use. It might be great for someone who isn't as picky as I am.

2 people found this helpful

Helpful | Report

 BGood

★★★★★ **I'm glad I brought this!!**
Reviewed in the United States on March 27, 2025
Size: 4-Tier 28QT | Verified Purchase

I just purchased this item yesterday and I'm so glad I did. It was easy to assemble once I got them all snapped in.

I will get more once I clear out some space. I enjoy that it's helping me to get rid of clutter in my small space.

It really helps make the space look neater as well.

Helpful | Report

Cas McKenzie

★★★★★ **Perfect toy storage**
Reviewed in the United States on February 24, 2025
Size: 4-Tier 28QT | Verified Purchase

I use this in my son's room to organize some of his toys. It's great because he can see through the doors to know what's in each tier. Also easy to assemble. No tools, it just snaps together.

Helpful | Report

See more reviews ›

## Customers who bought this item also bought



YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,…
★★★★☆ 6,050
-33% $26⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…
★★★☆☆ 5,496
-21% $29⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts,…
★★★★☆ 170
$89⁹⁹ ($22.50/count)
Get it as soon as **Monday, Dec 29**
FREE Shipping by Amazon
Only 2 left in stock - order…



OlarHike 76QT Stackable Storage Bins with Lids - Folding Storage Box wi…
★★★★☆ 139
**Amazon's Choice**
-17% $99⁹⁹
List Price: $119.99
**Limited time deal**
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 3 sustainability features ⌄



CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office -…
★★★★☆ 4,626
-40% $26⁹⁹
($6.75/count)
List Price: $44.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon



Yecaye Under Bed Storage with Wheels, 2Pack Under Bed Storage Containers, Underbed…
★★★★☆ 2,266
-29% $28²²
($14.11/count)
**Limited time deal**
List: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed



QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★☆ 230
$14³⁹-$24⁹⁹



HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★★ 1,287
$25⁹⁹-$29⁹⁹



gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli…
★★★★☆ 825
**Amazon's Choice**
$17⁹⁸-$29⁹⁹



Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★☆ 76
$15⁹⁷-$23⁹⁷



OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★☆ 1,401
$23⁸⁹



APEXUP Sports Pol… Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycli Fishing
★★★★☆ 143
$12⁹⁹-$14⁹⁹

**Best Sellers** in Home & Kitchen



STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...

⭐⭐⭐⭐½ 88,403

#1 Best Seller

$44.33

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 1 sustainability feature ⌄



Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...

⭐⭐⭐⭐½ 98,862

#1 Best Seller

$29.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...

⭐⭐⭐⭐½ 414,428

#1 Best Seller

-30% $22.49

List: $31.99

Limited time deal

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

🌿 3 sustainability features ⌄



Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...

⭐⭐⭐⭐½ 7,489

$24.99

Get it as soon as **Tuesday, Dec 16**

FREE Shipping on orders over $35 shipped by Amazon



upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...

⭐⭐⭐⭐½ 33,099

#1 Best Seller

$5.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

🌿 1 sustainability feature ⌄



LEVOIT Top Fill Humidifiers for Bed 2.5L Tank for Large

⭐⭐⭐⭐½ 28,621

-30% $27.97

List: $39.99

Limited time deal

Get it as soon as **Mond 15**

FREE Shipping on orde $35 shipped by Amazo

---

## Your Browsing History · View or edit your browsing history

     

---

**Back to top**

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

amazon

 English  United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads

IMDb

IMDbPro

Kindle Direct
Publishing

Amazon Photos

Prime Video Direct

Shopbop

Book reviews & recommendations

Movies, TV & Celebrities

Get Info Entertainment Professionals Need

Indie Digital & Print Publishing Made Easy

Unlimited Photo Storage Free With Prime

Video Distribution Made Easy

Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Like-new products you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0DLNSMWHX

Case 1:25-cv-06983 Document 1-6 Filed 01/31/26 Page 71 of 92 PageID #:1139


Amazon Home   Shop by Room   Shop by Style   Home Décor   Furniture   Kitchen & Dining   Bed & Bath   Garden & Outdoor   Home Improvement

**Create timeless memories with the perfect camera**   Shop now

## Consider these alternative items


YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels,
4.4 ★★★★☆ 6,050
$49.99 ($12.50/count)


3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding…
4.4 ★★★★☆ 6,050
$45.99 ($15.33/count)


CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for
4.5 ★★★★☆ 4,626
$26.99 ($6.75/count)

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view

     

🔴 Ask Rufus

Can the bins be locked?   Are the wheels removable?   Is it easy to clean?

Ask something else

# 4 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible Storage Bins

Brand: YFXCVSL

4.3 ★★★★☆ (36)   |   Search this page

## Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | White |
| Material | 1 |
| Special Feature | 1 |
| Style | Modern |

See all product specifications

## About this item

• 1

🗨 Report an issue with this product or seller

## Competitively priced item

**Amazon's Choice**


Amazon Basics Plastic Storage Containers with Secure Latching Lids, Stackable Organization Bins, Clear/Grey, 5 Quart, Set of 10
★★★★☆ (1732)
$32.99 ($3.30/count) ✓prime

Price higher than typical
Learn more ⌄

📍 Deliver to Aoyu - Miami 33133

See All Buying Options

Add to List

## Similar items that may deliver to you quickly

Page 1 of 3

<

>

  





YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,…
★★★★☆ 6,050
-33% $26⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi…
★★★★☆ 6,050
-17% $49⁹⁹
($12.50/count)
Typical price: $59.99
Get it as soon as **Tuesday, Dec 16**
FREE Shipping by Amazon

3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible…
★★★★☆ 6,050
-34% $45⁹⁹
($15.33/count)
List Price: $69.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…
★★★★☆ 5,496
-21% $29⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office -…
★★★★☆ 4,626
-40% $26⁹⁹
($6.75/count)
List Price: $44.99
Get it as soon as **Thursday, Dec 18**
FREE Shipping on orders over $35 shipped by Amazon

Rimulux 60GAL/240QT 4 tier large stackable storage bins with lid and wheels, collapsible storage bins plastic wit…
★★★★☆ 22
-15% $84⁹⁹
($21.25/count)
List Price: $99.99
Get it as soon as **Monday, Dec**
FREE Shipping by Amazon

## Based on your recent shopping trends

Page 1 of 8







QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Organization Suitable f…
★★★★☆ 189
$73⁵⁴
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

SAILUN 145Gal/580QT Stackable Storage Bins Folding Collapsible Storage Bins with Lid, Closet Organizers and…
★★★★☆ 719
$129⁹⁹
Get it as soon as **Wednesday, Dec 17**
FREE Shipping by Amazon

UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 480QT-…
**Amazon's Choice**
★★★★☆ 219
-25% $119⁹⁹
($40.00/count)
List: $159.99
Get it **Dec 12 - 16**
FREE Shipping

3Tier Plastic Storage Bins with Lids 33 Qt, Stackable Storage Containers with wheels,Folding Storage…
★★★★☆ 16
$21⁹⁹
Get it **Dec 12 - 16**
$18.00 shipping

FLEXIMOUNTS 228 QT Stackable Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe…
★★★★☆ 878
-31% $89⁹⁹
($30.00/count)
List: $129.99
Get it **Dec 16 - 18**
FREE Shipping

JH Spracely Stackable Storage Bins with Lid 55Gal/220QT Plastic Collapsible Storage Cabinet 5 Tiers Foldabl…
★★★★☆ 61
$119⁹⁹ ($24.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Product Description

1

## Looking for specific info?

Ask Rufus or search reviews and Q&A

Can the bins be locked?  Are the wheels removable?  Is it easy to clean?  Can it be used for outdoor storage?

Does it come with a lid?

## Similar brands on Amazon

Page 1 of 3

Sponsored


amazon    Deliver to Aoyu  Miami 33133    Home & Kitchen ▾    🔍    EN    Hello, Albert  Account & Lists    Returns & Orders    🛒 0

 

## Customer reviews


4.3 out of 5

36 global ratings

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 11% |
| 3 star | | 11% |
| 2 star | | 0% |
| 1 star | | 9% |

How customer reviews and ratings work ⌄

### Review this product

Share your thoughts with other customers

**Write a customer review**

### Customers say

Customers find the storage bins easy to assemble and appreciate their sturdy construction. They like the hold capacity, with one customer mentioning they can store cleaning products.

 Generated from the text of customer reviews

Select to learn more

✓ Ease of assembly   ✓ Hold capacity   ✓ Quality   ✓ Sturdiness

### Top reviews from the United States

 Britt

⭐⭐⭐⭐⭐ **Easy to put together and looks great**

Reviewed in the United States on May 30, 2025

Verified Purchase

Easy to assemble and very sturdy. I used it to hold my extra cleaning products.

Helpful | Report

 Anders

⭐⭐⭐⭐⭐ **Well built organizer**

Reviewed in the United States on June 3, 2025

Verified Purchase

This has been an organizing game changer! Easy to set up and is much sturdier than I thought. Good value for $$ spent. Am buying the next size up for another room.

Helpful | Report

 Cindy

⭐⭐⭐⭐⭐ **Excellent in every way.**

Reviewed in the United States on February 24, 2025

Verified Purchase

Every piece was well wrapped and flawless after opened. I bought two 4 tier plastic storage bins. The instructions (with drawings) were easy to understand and follow. All pieces fit together easily and storage bins are incredible sturdy. (I have a 24 inch tv on top of one of the bins and nothing has sagged even slightly.) The first bin I put together took me about 20 minutes. I was really careful. The second bin took me about 10 minutes to put together.

Helpful | Report

 Ruth p

⭐⭐⭐⭐⭐ **Storage containers**

Reviewed in the United States on May 11, 2025

Verified Purchase

This was easy to put together, less then 10 minutes. The height of each container was not as tall as I wanted . Can not hold tall items like cat up, salad dressing ect…. It hold like to 16 oz cans on top of each other. The material is good plastic that snaps together, most is assembled already just click into place and stack. Comes with lockable wheels . The 4 count is as high as counter top put together. Work for my needs I would recommend.

One person found this helpful

Helpful | Report

 Ulu

⭐⭐⭐⭐☆ **Great!**

Reviewed in the United States on December 6, 2025

Verified Purchase

I should have read the dimensions. A little smaller then I wanted but overall good product!

  Deliver to Aoyu Miami 33133   Home & Kitchen ⌄  🔍   EN  Hello, Albert Account & Lists  Returns & Orders  🛒 0

 Frances

⭐⭐⭐⭐⭐ **great!**

Reviewed in the United States on May 11, 2025

**Verified Purchase**

We needed to store items while we underwent a remodel. We bought both sizes. They hold a lot and the wheels were helpful

Helpful | Report

---

Janette Vera

⭐⭐☆☆☆ **Slightly disappointed**

Reviewed in the United States on May 3, 2025

**Verified Purchase**

I was excited to get these drawers because I thought it would help with organizing however my drawers came with no lid and with a small crack on the front of one of the drawers which leads to me to believe this might be a previous return or simply a factory defect. I really want to keep the drawers and just have the missing piece sent to me however I only have the option for a refund after return. I wish I was able to get in contact with customer support to explain everything instead of having to go through the hassle of a return considering I really need the drawers :/ this is disappointing cause overall the drawers seemed really nice.

Helpful | Report

---

Njoylife

⭐⭐⭐⭐⭐ **Convenient**

Reviewed in the United States on June 21, 2025

**Verified Purchase**

Convenient. It serves the purpose well

Helpful | Report

---

See more reviews ›

## Customers who bought this item also bought



[YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,…](#)

⭐⭐⭐⭐½ 6,050

-33% **$26**⁹⁹

($6.75/count)

List Price: $39.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



[YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys, Arts & Crafts,…](#)

⭐⭐⭐⭐☆ 170

**$89**⁹⁹ ($22.50/count)

Get it as soon as **Monday, Dec 29**

FREE Shipping by Amazon

Only 2 left in stock - order…



[4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…](#)

⭐⭐⭐⭐☆ 5,496

-21% **$29**⁹⁹

($7.50/count)

**Limited time deal**

Typical: $37.98

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



[OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels,…](#)

⭐⭐⭐⭐½ 1,008

**Amazon's Choice**

-31% **$89**⁹⁹

List Price: $129.99

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

🌿 3 sustainability features ⌄

---

## Customers who viewed items in your browsing history also viewed

 amazon | Deliver to Aoyu 📍 Miami 33133 | Home & Kitchen ⌄ | 🔍 |  EN | Hello, Albert **Account & Lists** | Returns **& Orders** | 🛒 0







QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
★★★★½ 230
$14.39 - $24.99

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
★★★★½ 1,287
$25.99 - $29.99

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
★★★★½ 825
**Amazon's Choice**
$17.98 - $29.99

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
★★★★½ 76
$15.97 - $23.97

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
★★★★½ 1,401
$23.89

APEXUP Sports Pola Sunglasses for Men Women, UV400 Protection Men's Sunglasses for Cycli Fishing
★★★★½ 143
$12.99 - $14.99

## Best Sellers in Home & Kitchen













STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...
★★★★½ 88,403
**#1 Best Seller**
$44.33
Get it as soon as Monday, Dec 15
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...
★★★★½ 98,862
**#1 Best Seller**
$29.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon

Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...
★★★★½ 414,428
**#1 Best Seller**
-30% $22.49
**Limited time deal**
List: $31.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...
★★★★½ 7,489
$24.99
Get it as soon as Tuesday, Dec 16
FREE Shipping on orders over $35 shipped by Amazon

upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...
★★★★½ 33,099
**#1 Best Seller**
$5.99
Get it as soon as Monday, Dec 15
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

LEVOIT Top Fill Humidifiers for Bed 2.5L Tank for Large
★★★★½ 28,621
**#1 Best Seller**
-30% $27.97
**Limited time deal**
List: $39.99
Get it as soon as Mond 15
FREE Shipping on orde $35 shipped by Amazo

---

## Your Browsing History  View or edit your browsing history

     

---

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

 amazon

Deliver to Aoyu — Miami 33133

Home & Kitchen

🇺🇸 EN

Hello, Albert Account & Lists

Returns & Orders

 0



🌐 English ⇅    ▤ United States

Amazon Music
Stream millions
of songs

Amazon Ads
Reach customers
wherever they
spend their time

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Sell on Amazon
Start a Selling
Account

Veeqo
Shipping Software
Inventory
Management

Amazon Business
Everything For
Your Business

Amazon Fresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Experienced Pros
Happiness
Guarantee

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio
Performances

Box Office Mojo
Find Movie
Box Office Data

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital &
Print Publishing
Made Easy

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑️✕

© 1996-2025, Amazon.com, Inc. or its affiliates

# ASIN B0DGXMZGKK



amazon
Deliver to Aoyu
Miami 33133

Home & Kitchen ▾    Search Amazon    🔍    EN ▾    Hello, Albert
Account & Lists ▾    Returns & Orders    🛒 0

☰ All    🔴 Rufus    Join Prime    Holiday Gifts    Same-Day Delivery    Amazon Haul    Medical Care ▾    Amazon Basics    Customer Service    Buy Again    Audible

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement


**Create timeless memories
with the perfect camera**    <u>Shop now</u>

## Consider these available items

   YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels,
4.4 ⭐ 6,050
$49⁹⁹ ($12.50/count)

   YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels,
4.4 ⭐ 6,050
$26⁹⁹ ($6.75/count)

   3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding...
4.4 ⭐ 6,050
$45⁹⁹ ($15.33/count)

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



↗ Click to see full view

     

🔴 Ask Rufus

( Can the bins be locked? )   ( Are the wheels removable? )

( Is it easy to move around? )   ( **Ask something else** )

### 4 Tier Plastic Storage Bins with Lid 102QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible Storage Bins, Closet Organizers and Storage for Living Room,Office

Brand: YFXCVSL

3.8 ⭐ (11)  |  Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

### Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | Beige |
| Material | 1 |
| Special Feature | 1 |
| Style | More Space More Happy Life |

See all product specifications

### About this item

- 【Stylish & Versatile】 The Storage bins are ideal for sorting out clothes, crafts, photos, medicine, snacks, etc. Also handy as extra storage in the garage, classroom, closet, kitchen, bedroom, bathroom, office, or pantry. Combining good looks and practicality.
- 【Collapsible & Install-Free】 Stackable bins for storage with lids is a collapsible and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to operate it when you want to use it. It only takes about 10 seconds to snap pieces together, assemble

∨ Show more

▭ Report an issue with this product or seller

### Similar item to consider


**Currently unavailable.**
We don't know when or if this item will be back in stock.
📍 Deliver to Aoyu - Miami 33133

[ Add to List ]

**Amazon's Choice**

   Amazon Basics Plastic Storage Containers with Secure Latching Lids, Stackable Organization Bins, Clear/Grey, 5 Quart, Set of 10

$32.99 ($3.30/count) ✓prime

## Similar items that may deliver to you quickly

     

**YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...**
★★★★½ 6,050
-33% $26⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels, Collapsible Plastic Bins...**
★★★★½ 1,008
-31% $89⁹⁹
List Price: $129.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
♻ 3 sustainability features ⌄

**YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi...**
★★★★½ 6,050
-17% $49⁹⁹
($12.50/count)
Typical price: $59.99
Get it as soon as **Tuesday, Dec 16**
FREE Shipping by Amazon

**COLLEFUN Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible Plastic...**
★★★★ 132
-22% $27⁹⁹
($7.00/count)
Typical: $35.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

**3 Tier Plastic Storage Bins with Lids 35QT, Stackable Storage Containers with Wheels, Folding Storage Boxes, Collapsible...**
★★★★½ 6,050
-34% $45⁹⁹
($15.33/count)
List Price: $69.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

**YFXCVSL 23Qt Plastic Storage Bins with Lids 3 Tier, Stackable for Storage, Boxes Lids,...**
★★★★½ 6,050
Amazon's Choice
-36% $31⁹⁹
($10.66/count)
List Price: $49.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

## Based on your recent shopping trends

     

**QudraKast 4-Tier Stackable Plastic Storage Bins - Closet Storage Bins - Closet Organization Suitable f...**
★★★★½ 189
$73⁵⁴
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

**SAILUN 145Gal/580Qt Stackable Storage Bins Folding Collapsible Storage Bins with Lid, Closet Organizers and...**
★★★★½ 719
$129⁹⁹
Get it as soon as **Wednesday, Dec 17**
FREE Shipping by Amazon

**UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 480QT-...**
★★★★½ 219
Amazon's Choice
-25% $119⁹⁹
($40.00/count)
List: $159.99
Get it as soon as **Dec 12 - 16**
FREE Shipping

**3Tier Plastic Storage Bins with Lids 33 Qt, Stackable Storage Containers with wheels,Folding Storage...**
★★★★½ 16
$21⁹⁹
Get it **Dec 12 - 16**
$18.00 shipping

**FLEXIMOUNTS 228 QT Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe...**
★★★★½ 878
-31% $89⁹⁹
($30.00/count)
List: $129.99
Get it as soon as **Dec 16 - 18**
FREE Shipping

**JH Spracely Stackable Storage Bins with Lid 55Gal/220QT Plastic Collapsible Storage Cabinet 5 Tiers Foldabl...**
★★★★☆ 61
$119⁹⁹ ($24.00/count)
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon

✦ **Looking for specific info?**

[ Ask Rufus or search reviews and Q&A                    ➔ ]

[ Can the bins be locked? ]  [ Are the wheels removable? ]  [ Is it easy to move around? ]  [ What is the weight capacity? ]

[ Can it be used outdoors? ]

## Product Description

1

## Product Videos



**Joannfavefinds** Earns commissions
These storage containers are a must have.

I've been eyeing up a storage container that's big enough

-0:53

4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers...

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3





Amllas Closet Organizers and Storage, Stackable Closet Drawers, Fabric Stora...
4.4 ★★★★½ 32
$25.64  Typical price: $26.99





OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with...
4.6 ★★★★½ 1,008
$89.99  List Price: $129.99

## Customer reviews

★★★★☆ 3.8 out of 5

11 global ratings

| | | |
|---|---|---|
| 5 star | | 44% |
| 4 star | | 28% |
| 3 star | | 0% |
| 2 star | | 17% |
| 1 star | | 11% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

## Reviews with images

See all photos ›



## Top reviews from the United States

👤 Amazon Customer
★★★★★ **Storage cabinets**
Reviewed in the United States on October 20, 2025
Verified Purchase
Look very nice, not for very heavy objects

Helpful  |  Report

👤 Felicia Kilduff
★★★★☆ **The doors are delicate.j**
Reviewed in the United States on February 19, 2025

Nice design. Holds a lot. Easy to assemble. However, be gentle with them. The doors don't line up right sometimes and have to be gently pushed back in place. Attached is a picture. (Ignore the mess. Just moved to a new home...lol 😊 )



4 people found this helpful

Helpful    Report

 Auntie M

★★☆☆☆ **Color me not impressed**
Reviewed in the United States on February 5, 2025
**Verified Purchase**

I am completely disappointed. This is the cheapest version of these I've had the displeasure of buying. The sides have cheap clips that don't stay engaged unless the top collar is on. They also only come with ONE lid so you can't separate them. I won't trust them with office supplies or books. I'm relatively sure they would fall right over or through the bottoms.

Helpful    Report

See more reviews ›

## Related to items you've viewed    See more

Page 1 of 3


**YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...**
★★★★☆ 6,050
-33% **$26**⁹⁹
($6.75/count)
List Price: $39.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon


**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...**
★★★★☆ 5,496
-21% **$29**⁹⁹
($7.50/count)
**Limited time deal**
Typical: $37.98
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon


**CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lids for Bedroom, Living Room, Office - Foldable Containers**
★★★★☆ 4,626
-40% **$26**⁹⁹
($6.75/count)
List Price: $44.99
FREE Shipping on orders over $35 shipped by Amazon


**FLEXIMOUNTS 228 QT Stackable Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe...**
★★★★☆ 878
-31% **$89**⁹⁹
($30.00/count)
List: $129.99
Get it Dec 16 - 18
FREE Shipping


**Quik Box Sport 4-Tier Stackable Storage Organizer - 24 Gallon Capacity Collapsible Bins with Magnetic Doors,...**
★★★★☆ 215
-6% **$46**⁸⁴
List: $49.99
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon


**COLLEFUN Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible Plastic...**
★★★★☆ 132
-22% **$27**⁹⁹
($7.00/count)
Typical: $35.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

## Customers who viewed items in your browsing history also viewed

Page 1 of 10


**QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running**
★★★★☆ 230
$14³⁹-$24⁹⁹


**HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses**
★★★★☆ 1,287
$25⁹⁹-$29⁹⁹


**gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...**
★★★★☆ 825
**Amazon's Choice**
$17⁹⁸-$29⁹⁹


**Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles**
★★★★☆ 76
$15⁹⁷-$23⁹⁷

**OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Cycling Eyewear**
★★★★☆ 1,401
$23⁸⁹

## Best Sellers in Home & Kitchen

Page 1 of 10











‹

**STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...**

⭐ 88,403

#1 Best Seller

$44.28

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

♻ 1 sustainability feature ⌄

**Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...**

⭐ 98,862

#1 Best Seller

$29.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

**Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...**

⭐ 414,428

-30% $22.49

List: $31.99

Limited time deal

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

♻ 3 sustainability features ⌄

**upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...**

⭐ 33,099

#1 Best Seller

$5.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon

♻ 1 sustainability feature ⌄

**Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...**

⭐ 7,489

$24.99

Get it as soon as **Tuesday, Dec 16**

FREE Shipping on orders over $35 shipped by Amazon

›

---

**Your Browsing History** View or edit your browsing history

     

---

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

amazon

English | United States

---

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Blink
Smart Security
for Every Home

Neighbors App
Real-Time Crime
& Safety Alerts

Amazon
Subscription Boxes
Top subscription
boxes – right to
your door

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Luna
Video games from
the cloud,
no console
required

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

ASIN B0DK926KVX


amazon

Deliver to Aoyu
Miami 33133

Home & Kitchen ▾    Search Amazon    🔍    EN ▾    Hello, Albert
Account & Lists ▾    Returns
& Orders    🛒 0

☰ All    ● Rufus    Join Prime    Holiday Gifts    Same-Day Delivery    Amazon Haul    Medical Care ▾    Amazon Basics    Customer Service    Buy Again    Audible

Amazon Home    Shop by Room    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Create timeless memories
with the perfect camera    Shop now

## Consider these alternative items

    QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet
⭐ 4.4 ★★★★☆ 189
$73⁵⁴

    YFXCVSL 4-Tier 28QT Stackable Storage Bins with Wheels, Modern Home Storage Boxes for Toys,
⭐ 4.1 ★★★★☆ 170
$89⁹⁹ ($22.50/count)

    COLLEFUN Storage Bins with Lids,4 Tier Stackable Storage Bins with Drawers,4 Pack Collapsible
⭐ 4.2 ★★★★☆ 132
$29⁹⁹ ($7.50/count)

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view

       

### 4 Tier Storage Bins with Lids 103QT - Stackable Storage Containers with Wheels, Folding Storage Boxes, Stackable Storage Bins, Closet Organizers and Storage for Living Room,Office

Brand: YFXCVSL

3.8 ★★★★☆ (16) | Search this page

$134²⁷ ($33.57 / count)

Or $13⁴⁹ /mo (12 mo). Select from 3 plans

FREE Returns ▾

Get $60 off instantly: Pay $74.27 $134.27 upon approval for the Amazon Store Card. No annual fee.

**Only 1 left in stock - order soon.**

## Product details

| | |
|---|---|
| Brand | YFXCVSL |
| Color | White |
| Material | Harder PP--360° Rotatable & Lockable Wheels, Magnetic Doors, Translucent Visible Doors |
| Special Feature | Simple and Luxurious Design--More Space More Happy Life |
| Style | Modern |

See all product specifications

## About this item

- 【Stylish & Versatile】The Storage bins are ideal for sorting out clothes, crafts, photos, medicine, snacks, etc. Also handy as extra storage in the garage, classroom, closet, kitchen, bedroom, bathroom, office, or pantry. Combining good looks and practicality.
- 【Stackable & Install-Free】Stackable bins for storage with lids is a stackable and install-free storage bin. It allows to fold flat when not use and you don't need to keep instructions to remember how to assemble and reassemble or use tools to operate it when you want to use it. It only takes about 10 seconds to snap pieces together, assemble

˅ Show more

**Warranty & Feedback** ˅

---

Buy used: $134.27

FREE delivery **Monday, December 15**

Arrives 10 days before Christmas

📍 Deliver to Aoyu - Miami 33133

Used: **Very Good** | Details
Sold by Amazon Resale
Fulfilled by Amazon

**Only 1 left in stock - order soon.**

Add to Cart

Add to List

---

⭐ Ask Rufus

Can the bins be locked?    Are the wheels removable?

Is it easy to move around?    Ask something else

## Similar item to consider



**Amazon's Choice**

Amazon Basics Plastic Storage Containers with Secure Latching Lids, Stackable Organization Bins, Clear/Grey, 5 Quart, Set of 10

★★★★☆ (1732)

$32.99 ($3.30/count) ✓prime

---

## Similar items that may deliver to you quickly

Page 1 of 2



YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...

★★★★☆ 6,050

-33% **$26**⁹⁹

($6.75/count)
List Price: $39.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,...

★★★★☆ 5,496

-21% **$29**⁹⁹

($7.50/count)

**Limited time deal**

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



YFXCVSL 23Qt Plastic Storage Bins with Lids 3 Tier, Stackable for Storage, Boxes Lids,...

★★★★☆ 6,050

**Amazon's Choice**

-36% **$31**⁹⁹

($10.66/count)
List Price: $49.99

Get it as soon as **Monday, Dec 15**

FREE Shipping on orders over $35 shipped by Amazon



CTSNSLH 4 Tier Plastic Storage Bins and Boxes Organizer - Stackable with Lid for Storage, Living Room, Office - Foldable Containers

★★★★☆ 4,626

-40% **$26**⁹⁹

($6.75/count)
List Price: $44.99

FREE Shipping on orders over $35 shipped by Amazon



YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels, Folding Boxes, Collapsi...

★★★★☆ 6,050

-17% **$49**⁹⁹

($12.50/count)
Typical price: $59.99

Get it as soon as **Tuesday, Dec 16**

FREE Shipping by Amazon

QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet Organization Suitable f...

★★★★☆ 189

**$73**⁵⁴

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

---

## Based on your recent shopping trends

Page 1 of 6



QudraKast 4-Tier Stackable Plastic Storage Bins - 67QT Stackable Storage Bins - Closet Organization Suitable f...

★★★★☆ 189

**$73**⁵⁴

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon



SAILUN 145Gal/580Qt Stackable Storage Bins Folding Collapsible Storage Bins with Lid, Closet Organizers and...

★★★★☆ 719

**$129**⁹⁹

Get it as soon as **Wednesday, Dec 17**

FREE Shipping by Amazon



UAMFURI Extra Large Stackable Storage Bins with Lids & Wheels & Door, 480QT-...

★★★★☆ 219

**Amazon's Choice**

-25% **$119**⁹⁹

($40.00/count)
List: $159.99

Get it **Dec 12 - 16**

FREE Shipping

3Tier Plastic Storage Bins with Lids 33 Qt, Stackable Storage Containers with wheels,Folding Storage...

★★★★☆ 16

**$21**⁹⁹

Get it **Dec 12 - 16**

$18.00 shipping



FLEXIMOUNTS 228 QT Stackable Storage Bins With Lids, Collapsible Plastic Storage Bins With Doors and Built-in Whe...

★★★★☆ 878

-31% **$89**⁹⁹

($30.00/count)
List: $129.99

Get it **Dec 16 - 18**

FREE Shipping



JH Spracely Stackable Storage Bins with Lid 55Gal/220QT Plastic Collapsible Storage Cabinet 5 Tiers Foldabl...

★★★★☆ 61

**$119**⁹⁹ ($24.00/count)

Get it as soon as **Monday, Dec 15**

FREE Shipping by Amazon

---

## Product description





## Videos

Help others learn more about this product by uploading a video!

Upload your video

## Similar brands on Amazon

Sponsored ⓘ

Page 1 of 3



‹

OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with...
4.6 ★★★★☆ 1,008
$89.99 List Price: $129.99



›

Patinao Shoe Storage Box Organizer for Closet - Space Saver Shoes Containers...
4.5 ★★★★☆ 1,529
$15.99 Typical: $17.99

## Customer reviews

★★★★☆ 3.8 out of 5

16 global ratings

| | | |
|---|---|---|
| 5 star | | 49% |
| 4 star | | 15% |
| 3 star | | 14% |
| 2 star | | 14% |
| 1 star | | 8% |

How customer reviews and ratings work ⌄

## Review this product

Share your thoughts with other customers

Write a customer review

### Reviews with images



See all photos ›

### Top reviews from the United States

 Angela Bulla

★★★★★ **Great size, Easy Assembly, Great Customer Service**

Reviewed in the United States on May 6, 2025

**Verified Purchase**

These are a great size and were very easy to assemble. They look nice in the space and are a better look than plain plastic bins. I also love the fact that there is an additional access point on the front, so I don't have to unstack bins to gain access to items. The customer service is also great. Two of the bins I received were damaged, so I reached out with pictures to the customer service team (via email) who had no issues replacing the damaged bins. They were very professional and polite, and I received the replacement bins as promised. I plan on ordering more of these bins.

4 people found this helpful

Helpful | Report

smblack

★★★☆☆ **Largest is not as great as smaller versions.**

Reviewed in the United States on June 5, 2025

**Verified Purchase**

I would only give the large size a one or two star. The smaller ones deserve 5 stars but Amazon won't let me review variations separately. I bought three of the smaller sizes and was absolutely delighted so I splurged and bought the largest to take the place of larger mismatched bins. It will work for me but the quality is so much worse than the three smaller sizes. (The 4 tier 48 oz looked like a different style altogether so I didn't buy that one.)

The other three have real wheels but the big one only has rollers. The "frame" is wedged into the lid and very tricky to remove. After getting everything together I noticed one of the front panels wasn't locked in all the way and had to take it apart again to fix it. (Check every seam BEFORE putting the lid and frame on!)

I'm glad I got it on sale and hadn't purchased this one first. I love the smaller ones but this one is only functional for my needs. It will help me get rid of the mismatched bins and be more aesthetically pleasing but I don't love these like the others.

Helpful | Report

 Cloud

★★☆☆☆ **Flimsy**

Reviewed in the United States on July 17, 2025

Verified Purchase

One of the door pulls broke within a couple weeks. The containers are pretty easy to put together, but be warned that they're cheap material. One of our containers is slightly lopsided, despite following the assembly instructions exactly. Overall this has a lot of potential, but is manufactured way too cheaply to recommend.

Helpful | Report

 Tasha McB/Dun

★★★★★ **Pricy but good storage**

Reviewed in the United States on April 17, 2025

Verified Purchase

I have these for my clothes and it holds just about all my shirts, shorts, some pants, and light dresses. Strong, no caves in the frames, might get some more for the toys and books too.

One person found this helpful

Helpful | Report

 Amazon customer

★☆☆☆☆ **Worse quality, MADE IN CHINA**

Reviewed in the United States on June 19, 2025

Verified Purchase

One of the storage bin is missing magnets. Worse quality. Made in China, it is not worth to pay over $100 for 4 packs storage bin.

One person found this helpful

Helpful | Report

 Tom Rainey

★★★☆☆ **Almost not worth it because of the wheels**

Reviewed in the United States on June 17, 2025

Verified Purchase

The amount of space in these containers is great but as heavy as they can get with stuff put in them they don't roll very good. The wheels actually suck. The pop in wheels (casters) on the smaller storage boxes are awesome. These need to be changed to have same caster wheels. That's why I can only give 3 stars

Helpful | Report

 Gill

★★☆☆☆ **Very disappointed**

Reviewed in the United States on May 6, 2025

Verified Purchase

The lid don't snap properly

Helpful | Report

 Gagandeep Singh

★★★★★ **Clean and neat.**

Reviewed in the United States on July 9, 2025

Verified Purchase

Love these for the size and makes organizing easier. Also came missing with one piece so they sent me another box

Helpful | Report

**See more reviews ›**

**Deals on related products** Sponsored ⓘ

Page 1 of 3





JEKO&JEKO 189Qt Stackable Storage Bins with Lids and Wheels, Foldable Collapsible P...
⭐⭐⭐⭐⭐ 3
**Limited time deal**
-15% $59⁴⁹
Typical: $69.99

OlarHike 48QT Stackable Storage Bins with Lids - Folding Storage Box with Doors and...
⭐⭐⭐⭐½ 139
**Limited time deal**
-22% $69⁹⁹
List: $89.99
✓prime
🌿 Climate Pledge Friendly

JOYWAVE 3 Tier Storage Bins with Lids,155QT Stackable Closet Organizers,Collapsible...
⭐⭐⭐⭐½ 10
**Limited time deal**
-20% $95⁹⁹
($32.00 / count)
Typical: $119.99
✓prime

Kmiectse Clear Storage Bin with Lid 3 Pack 【Stackable & Sturdy】 Plastic Multifuncti...
⭐⭐⭐⭐½ 1,704
**Limited time deal**
-39% $30³⁹
($10.13 / count)
List: $49.99
✓prime

IRIS USA WeatherPro 31 Qt Storage Bins with Lids, 6 Pack, BPA-Free Plastic Gasket B...
⭐⭐⭐⭐ 2,723
**Limited time deal**
-23% $99⁹⁹
($16.67 / count)
List: $129.99
✓prime

CYhom 3Pack Foldable Storage Bins - Frame Storage Box Linen Fabric Stackable Clothe...
⭐⭐⭐⭐½ 1,202
**Limited time deal**
-20% $51⁹⁹
($17.33 / count)
Typical: $64.99
✓prime

## Customers who viewed items in your browsing history also viewed

Page 1 of 10

    

QALLY Polarized Sports Sunglasses for Men, UV400 Protection Mens Sunglasses Wrap Around Sun Glasses for Cycling Running
⭐⭐⭐⭐½ 230
$14³⁹-$24⁹⁹

HAAYOT Polarized Sports Sunglasses for Men Women Youth Baseball Cycling Running Softball Biking Glasses 5 Lenses
⭐⭐⭐⭐½ 1,287
$25⁹⁹-$29⁹⁹

gesruny Polarized Sport Sunglasses for Men and Women, Lightweight TR90 Sun Glasses with UV Protection for Cycli...
⭐⭐⭐⭐½ 825
Amazon's Choice
$17⁹⁸-$29⁹⁹

Polarized Sport Sunglasses Men Cycling Driving Fishing UV Protection Sun Glasses Lightweight Big Frame Mountain Bike Goggles
⭐⭐⭐⭐½ 76
$15⁹⁷-$23⁹⁷

OMEKOL Two Sizes For Adults and Youth Polarized Sunglasses Men Women Outdoor Sport Baseball Glasses UV400 Cycling Eyewear
⭐⭐⭐⭐½ 1,401
$23⁸⁹

## Best Sellers in Home & Kitchen

Page 1 of 10

    

STANLEY Quencher H2.0 Tumbler with Handle and Straw 40 oz Flowstate 3-Position Lid Cup Holder...
⭐⭐⭐⭐½ 88,403
#1 Best Seller
$44²⁸
Get it as soon as **Monday, Dec 15**
FREE Shipping by Amazon
🌿 1 sustainability feature ⌄

Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl...
⭐⭐⭐⭐½ 98,862
#1 Best Seller
$29⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon

Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set ...
⭐⭐⭐⭐½ 414,428
#1 Best Seller
-30% $22⁴⁹
**Limited time deal**
List: $31.99
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 3 sustainability features ⌄

upsimples 8x10 Picture Frame, Display Pictures 5x7 with Mat or 8x10 Without Mat, Wall...
⭐⭐⭐⭐½ 33,099
#1 Best Seller
$5⁹⁹
Get it as soon as **Monday, Dec 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 1 sustainability feature ⌄

Owala SmoothSip Slider Insulated Stainless Steel Coffee Tumbler, Reusable Iced Coffee Cup, Hot Coffee Travel Mug, BPA...
⭐⭐⭐⭐½ 7,489
$24⁹⁹
Get it as soon as **Tuesday, Dec 16**
FREE Shipping on orders over $35 shipped by Amazon

## Your Browsing History   View or edit your browsing history

     

## Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

## Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

## Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

---

 Amazon

English

United States

---

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | **Amazon Luna** Video games from the cloud, no console required | | |

---

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices 

© 1996-2025, Amazon.com, Inc. or its affiliates