# EXHIBIT 6

| No. | Accused Product ASIN | Comparison of the Patent-in-Suit and the Accused Products | |
|---|---|---|---|
| 1 | B0CHRP96MS | | |

| 2 | B0CC5YKT2T |  |

| 3 | B0CFQG78HJ |  |

| 4 | B0DK91X37C |  |

| 5 | B0D6QRMDQ6 |  | |

| 6 | B0DRVVDW4V |  |

| 7 | B0DJTDGDHG |  |
|---|---|---|

| 8 | B0DLNSMWHX |  |

| 9 | B0DGXMZGKK |  |

| 10 | B0DK926KVX |  |