# **EXHIBIT 7**





| Figure 3 Front View | Design 1 Front View |

3



Figure 4 Rear View

Design 1 Rear View

4



Figure 5 Left Side View

Design 1 Left Side View

5



Figure 6 Right Side View

Design 1 Right Side View

5



Figure 7 Top Plan View

Design 1 Top Plan View

6

7



Figure 8 Bottom Plan View

Design 1 Bottom Plan View