Gmail                                                                                     Andy Liu <bjliuzheng@gmail.com>

## Meet and confer re Depositions - Tan v. Xianghuo - Case No. 1:25-cv-05003

**Liu, Zheng** <bjliuzheng@gmail.com>                                                                     Sat, Jan 10, 2026 at 5:49 AM
To: YANG Qianwu <yang@shm.law>
Cc: 杨傲宇 <yang.aoyu@shm.law>, hkoscarlam <hkoscarlam@gmail.com>, "Andy.Liu" <Andy.Liu@aptumlaw.us>, tinajin666 <tinajin666@gmail.com>, "Tina.Jin" <tina.jin@aptumlaw.us>, ibeauty <ibeauty@shm.law>

Respectfully, you don't know what you are talking about.

Your rhetoric is unhelpful and needs to stop.

Sent from Gmail Mobile


On Sat, Jan 10, 2026 at 01:15 YANG Qianwu <yang@shm.law> wrote:
> Dear Counsel,
>
> As an officer of the court, you should be mindful of your professional obligations. The inappropriate and unprofessional comments you have made are unacceptable and fall well below the standards expected of counsel.
>
> We demand that you conduct yourself accordingly and refrain from further improper communications.
>
> Sincerely,
> Qianwu Yang (杨乾武 律师)
> He/Him/His
> Admitted in California & China Founding Managing Partner
>
> SHM LAW FIRM | Shenzhen & Silicon Valley
>
> China: +86 139 2521 2009 (WeChat / WhatsApp)
> U.S.: +1 650 613 9737
>
>
>> On Jan 10, 2026, at 13:46, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>
>>
>> The answer is easy.
>>
>> Your client is not entitled to sue in a US court, assert counterclaims in a US court, make motions before a US court, ask us for discovery during US holidays, but then claim unavailability under non-US recognized holidays.
>>
>> In the same vein, your firm is not entitled to claims to be a US law firm operating in a Palo Alto, California address but then refuses to operate on non-US recognized holidays. Are you a US law firm or not?
>>
>> Further, discovery closes in June, 2026. Your client's 30 b 6 representative claims to be pregnant and due in March, and will be probably claiming some lengthy maternity leave in April and May 2026.
>>
>> Your client and your law firm's refusal to cooperate leaves us no choice. .
>>
>> Macaus is a recognized deposition locaiton in NDIL. We may be able to accommodate your client for Hong Kong locations, if your client works with us on the dates. but If your client refused to work with us on the date, we are not included to move to Hong Kong.
>>
>> Last, you are entitled to believe your SMJ will be granted (as you did in your other denied reliefs). But so far, it has not. Discovery remains open.
>>
>> Absent some firm commitment in February 2023 from your client, we will move to compel next week or so.
>>
>> Please advise.
>>
>>
>> On Fri, Jan 9, 2026 at 9:13 PM YANG Qianwu <yang@shm.law> wrote:

The question should be why you insist on deposing the witness around the Chinese New Year period while she is in the late stages of pregnancy.

Moreover, we believe our motion for summary judgment will be granted. That likelihood further underscores that your insistence on deposing the witness around the Chinese New Year, while she is in the late stages of pregnancy, reflects bad faith.

Separately, the deposition should take place in Hong Kong. This is a well-established practice and is non-negotiable.

Best regards,
Qianwu Yang (杨乾武 律师)
He/Him/His
Admitted in California & China
Founding Managing Partner
SHM Law Firm | Silicon Valley & Shenzhen Offices

NOTICE: This communication may contain privileged or confidential information. If you have received it in error, please immediately notify the sender by return email and then destroy all copies of the transmission. Thank you.

> On Jan 10, 2026, at 12:25, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> To save the Court's time, please confirm that the Defendant refuses to any deposition earlier than April 20, 2026. There is no possibility for any earlier dates, correct?
>
>> On Fri, Jan 9, 2026 at 8:21 PM YANG Qianwu <yang@shm.law> wrote:
>> Dear Counsel,
>>
>> We have already proposed the available dates, to which you appear to object. From our perspective, however, those dates or any days thereafter are reasonable and non-negotiable.
>>
>> If you intend to maintain your position, please seek any appropriate remedy from the Court.
>>
>> We wish you a pleasant weekend.
>>
>> Best regards,
>>
>> Qianwu Yang (杨乾武 律师)
>> He/Him/His

Admitted in California & China Founding Managing Partner

SHM LAW FIRM | Shenzhen & Silicon Valley

China: +86 139 2521 2009 (WeChat / WhatsApp)
U.S.: +1 650 613 9737

> On Jan 10, 2026, at 12:13, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> Counsel,
>
> Please provide a firm date on which Defendant will be available for the notice depositions.
>
> We asked it be in early or mid February.
>
> Thank you.
>
> Andy Liu
> *Attorney*
> *Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*
>
> On Fri, Dec 26, 2025 at 4:24 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> Counsel,
>>
>> Thanks for confirming that the witness Ms. Zheng is to be Defendant's 30b6 and that the parties are combining the two already-noticed depositions into a single full day one.
>>
>> I understand that the witness is claiming that she's pregnant and will be due in middle March, 2026. Please send some informal paperwork to show the witness' alleged pregnancy; her recent abrupt claim of pregnancy is suspicious.
>>
>> Next, please confirm that your witness would not be available any time before April 20, 2026. We will review within and see if we will move to compel an earlier date or not. Because your proposed dates are cutting too close to the discovery deadline.
>>
>> Thanks for your time.



Zheng "Andy" Liu
Attorney / **Aptum Law**
**A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
**P:**   (650) 475-6289
**E:** Andy.Liu@aptumlaw.us   **W:** www.aptumlaw.us

On Fri, Dec 26, 2025 at 3:41 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
> Counsel,
>
> Please use this Zoom link for our 4pm meet and confer today.
>
> https://us06web.zoom.us/j/4088655859?pwd=eWJzT3IZZ2MzNVIyczk3bytmaytLdz09
>
>
> On Fri, Dec 12, 2025 at 10:34 AM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> Let's do December 18 after at p.m. PST.
>>
>> On Fri, Dec 12, 2025 at 10:27 AM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>> We disagree with your points.
>>>
>>> Let's meet and confer next Thursday.
>>>
>>> What time work for you .
>>>
>>>
>>> Sent from Gmail Mobile
>>>
>>>
>>> On Fri, Dec 12, 2025 at 09:40 杨傲宇 <yang.aoyu@shm.law> wrote:
>>>> Counsel,
>>>>
>>>> We write to preliminarily object to your Notice of Deposition. We would like to reiterate that the Patent-in-Suit is invalid in light of Plaintiff's deemed admissions to Defendant's First Set of Requests for Admission, as well as in view of the prior art asserted by Defendant. Continuing your litigation is frivolous.

With respect to the location, it is well-established practice that depositions of witnesses located in mainland China should be conducted in Hong Kong and during Hong Kong business hours. This arrangement is not negotiable.

Regarding the timing, you, as a Chinese, should know that February 17, 2026 is Chinese New Year, the single most important holiday in China. The scheduling is clearly made in bad faith. We propose rescheduling to a date on or after March 16, 2026, subject to the availability of the witness(es).

Please revise the Notice of Deposition accordingly. If you decline to revise, please let us know your availability to meet and confer before we seek appropriate relief from the Court. We are available on December 16, 17, and 18 after 4 p.m. PST.

Best regards,


Aoyu Yang
He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

hkoscarlam<hkoscarlam@gmail.com> 在 2025年12月10日 周三 15:33 写道：

Dear Counsel,

Please see the attached notice of Rule 30(b)(6) Deposition of Defendant Xianghuo.

> DATE OF DEPOSITION: February 17, 2026
> TIME OF DEPOSITION: 9 a.m. Central Time Zone
> PLACE OF DEPOSITION: by Video Conference using the following link
> https://us06web.zoom.us/j/4088655859?pwd=eWJzT3lZZ2MzNVlyczk3bytmaytLdz09

Thank you,

Oscar Lam
Clerk for Attorney Zheng "Andy" Liu | CA Process Server | *Aptum* Law
626.550.7922 | 1660 S. Amphlett Blvd. Ste. 315, San Mateo, California