

Andy Liu <bjliuzheng@gmail.com>

## Re: Defendant's Objections and Responses to Plaintiff's First Set of Discovery Requests - Tan v. Xianghuo - Case No. 1:25-cv-05003

杨傲宇 <yang.aoyu@shm.law>　　　　　　　　　　　　　　　　　　　　Wed, Jan 14, 2026 at 5:46 AM
To: Zheng Liu <bjliuzheng@gmail.com>
Cc: "Andy.Liu" <andy.liu@aptumlaw.us>, tinajin666 <tinajin666@gmail.com>, "Tina.Jin" <tina.jin@aptumlaw.us>, 杨乾武律师 <yang@shm.law>, ibeauty <ibeauty@shm.law>

Counsel,

As stated in our General Objections, we maintain that Defendant is not required to respond to Plaintiff's untimely served written discovery requests without leave of court. *See*, e.g., *Aharon v. Babu*, No. 22 CV 4502, 2023 WL 12037915, at *2 n.1 (N.D. Ill. Oct. 27, 2023); *see also Solesby-Funmaker v. Hautamaki*, No. 18-CV-1205-JPS, 2019 WL 3306116, at *1 n.1 (E.D. Wis. July 23, 2019) ("In light of Plaintiff's failure to follow the terms of the scheduling order, Defendants' failure to reply to the requests does not warrant sanctions or an order to compel.")

Regarding the time for meet and confer, please let us know whether you are agreeable to 5 p.m. PST on January 22 or 23, after the court's ruling date on the motion to withdraw admissions.

Best regards,


Aoyu Yang
He/Him/His
Admitted in California & China
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.


Zheng Liu<bjliuzheng@gmail.com> 在 2026年1月13日 周二 1:28 写道：

> Please advise when the requested documents will be produced.

If no document is produced, we will have to move to compel.

On Fri, Jan 9, 2026 at 9:57 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
> Please advise when the requested documents will be produced.
>
> On Fri, Jan 9, 2026 at 8:11 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>> Counsel,
>>
>> When can you meet and confer about Defendant's deficient discovery responses,
>>
>>
>> Thank you.
>>
>> Andy Liu
>> **Attorney**
>> *Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*
>>
>> On Fri, Jan 9, 2026 at 7:59 PM 杨傲宇 <yang.aoyu@shm.law> wrote:
>>> Counsel,
>>>
>>> Please find attached Defendant's Objections and Responses to Plaintiff's First Set of Discovery Requests (RFPs, ROGs, and RFAs).
>>>
>>> Best regards,
>>>
>>>
>>> Aoyu Yang
>>> He/Him/His
>>> Admitted in California & China
>>> Associate
>>> SHM Law Firm
>>> M: +86 13652448337 | T: +86 755 8326 6693
>>> 25F, China Resources Tower
>>> 2666 Keyuan South Road, Nanshan District
>>> Shenzhen, China, 518052
>>>
>>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.