UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Cong Tan
                    Plaintiff,

v.                                    Case No.: 1:25−cv−05003
                                      Honorable John J. Tharp Jr.

Xianghuo
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, January 22, 2026:


MINUTE entry before the Honorable M. David Weisman: Magistrate motion hearing held. Discussion held on Defendant's second summary judgment motion [79] while discovery is still pending. Defendant's assertion that the motion is purely legal in nature (i.e. not factually based) seems inconsistent based on a brief review of the motion. Discussion held on Plaintiff's late discovery requests. Plaintiff is directed to amend his discovery requests. In light of the lateness of Plaintiff's original discovery requests, Plaintiff is limited to 10 interrogatories and 15 requests for production, which must be issued by 1/23/26. If Plaintiff does not issue discovery by 1/23/26, Plaintiff will forfeit his right to issue written discovery. Plaintiff shall respond in 30 days. Plaintiff's motion to compel [72] is denied as moot considering today's rulings. Parties are directed to meet and confer regarding a date and location for the Rule 30(b)(6) deposition of Defendant. Status hearing set for 2/4/26 at 9:15 a.m. Joint status report due by noon on 2/2/26 setting forth the agreed date and location of the Rule 30(b)(6) deposition, and whether Defendant will be pursuing its second motion for summary judgment [79]. Discussion held as to Plaintiff's motion to amend the complaint [75] pending before the district court and its effect on discovery. Status hearing set for 3/9/26 at 9:15 a.m. Joint status report due by noon on 3/5/26 setting forth any issues with written discovery; the status of motion to amend complaint and whether any additional discovery is required; and any other issues the parties wish to raise. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (kp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.