IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>XIANGHUO,<br><br>　　　　　　Defendants. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br><br>Magistrate Judge David Weisman |

**NOTICE OF PROPOUNDING DISCOVEY REQUESTS PER DKT. 81**

PLEASE TAKE NOTICE THAT Plaintiff has propounded discovery per Dkt. 81 on Defendant Xinghua on January 22, 2026.

Date: January 22, 2026　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Zheng "Andy" Liu (CA # 279327)
　　　　　　　　　　　　　　　　　　　　　1660 South Amphlett Blvd. Suite 315
　　　　　　　　　　　　　　　　　　　　　San Mateo, CA 94402
　　　　　　　　　　　　　　　　　　　　　Tel.: (650) 475-6289
　　　　　　　　　　　　　　　　　　　　　Email: Andy.Liu@AptumLaw.us
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, the foregoing

## PLAINTIFF'S FIRST AMENDED SET OF REQUESTS FOR PRODUCTION PER DKT. 85

to be served on the following named person(s) via email.

QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan, Shenzhen,
China 518052
Telephone: +86 135 2872 3799

**Attorneys for Defendant and counterclaimant
XIANGHUO**

Dated: January 22, 2026　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ Oscar Lam
　　　　　　　　　　　　　　　　　　　　　Oscar Lam

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 24, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289
