# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

| | |
|---|---|
| Cong Tan | |
| Plaintiff, | |
| v. | Case No.: 1:25−cv−05003 |
| | Honorable John J. Tharp Jr. |
| Xianghuo | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion for summary judgment [79] is taken under advisement. The plaintiff's motion to defer briefing on the summary judgment motion [83] is also taken under advisement. Briefing on both motions is held in abeyance until this Court rules on the plaintiff's motion to amend [75]. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.