UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN, <br><br> Plaintiff, <br><br> v. <br><br> XIANGHUO <br><br> Defendant. <br><br> XIANGHUO, <br><br> Counterclaimant, <br><br> v. <br><br> CONG TAN <br><br> Counterdefendant. | Case No. 1:25-cv-05003 <br><br> Judge: Hon. John J. Tharp Jr. <br> Magistrate Judge: David Weisman |

### DEFENDANT'S STATUS REPORT

Pursuant to Dkt. 91, the parties shall submit a joint status report by noon on March 3, 2026. On March 2, 2026, Defendant provided Plaintiff with a proposed status report and requested Plaintiff's input. As of the time of filing, Defendant has not received Plaintiff's feedback. Accordingly, Defendant submits the following status report.

**I. Status of the Case**

**A. Pending Motions**

<u>Defendant's Statement</u>

1

Pursuant to Minute Entry in Dkt. 89, Defendant's motion for summary judgment (Dkt. 79) is taken under advisement. Plaintiff's motion to defer briefing on the summary judgment motion (Dkt. 83) is also taken under advisement. Briefing on both motions is held in abeyance until this Court rules on Plaintiff's motion to amend (Dkt. 75).

**B. Progress of Discovery**

Defendant's Statement

1. Written Discovery

On January 22, 2026, Plaintiff served Defendant with Plaintiff's Amended Set of Requests for Production and Interrogatories.

On February 23, 2026, Defendant served Plaintiff with Defendant's Objections and Responses to Plaintiff's Amended Set of Requests for Production and Interrogatories, together with Defendant's Document Production 001 and 002.

On February 23, 2026, Plaintiff disputes Defendant's "Attorneys' Eyes Only" designation of Defendant's Document Production 002, which includes Defendant's sales data. The parties will meet and confer on this issue this week. If the parties cannot resolve the dispute, Defendant will bring a motion for protective order.

2. Depositions

On February 10, 2026, Plaintiff informed Defendant that the deposition of Defendant's witness would take place on May 7, 2026. On March 2, 2026, Defendant advised Plaintiff that Defendant's counsel of record, Mr. Qianwu Yang and Ms. Jing Chen, will need to attend a hearing in Washington, D.C. from May 4, 2026 through May 8, 2026. Defendant is requesting that the deposition be rescheduled. The parties will confer on this matter.

On February 27, 2026, Defendant served a notice of deposition on Plaintiff regarding the deposition of Plaintiff Mr. Cong Tan. The parties will confer regarding the deposition date and location.

                    Respectfully submitted,

DATED: March 3, 2026         **SHM LAW FIRM**

                    By:   <u>*/s/Qianwu Yang*</u>
                           QIANWU YANG
                           yang@shm.law
                           3000 El Camino Real
                           Building 4, Suite 200
                           Palo Alto, CA 94306
                           Telephone: (650) 613-9737
                           Telephone: +8613925212009

                           Jing Chen
                           chenjingitc@lantai.cn
                           LANTAI PARTNERS (QIANHAI) LAW FIRM
                           T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
                           Qianhai Shenzhen-Hong Kong Modern Service Industry Cooperation Zone, Nanshan, Shenzhen, China 518052
                           Telephone: +86 135 2872 3799

                           *Attorneys for Defendant and counterclaimant*
                           XIANGHUO

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: March 3, 2026

                                                       */s/Qianwu Yang*

                                                         Qianwu Yang