UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN, <br><br> Plaintiff, <br><br> v. <br><br> Dongguan Xianghuo Trading Co., Ltd. <br> d.b.a. XIANGHUO, <br><br> Defendant. | Case No. 1:25-cv-05003 <br><br> Judge: Hon. John J. Tharp Jr. <br><br> Magistrate Judge: David Weisman |

**JOINT STATUS REPORT**

Pursuant to Dkt. 91, the parties submit the following status report. Preliminarily, yesterday, Defendant asked Plaintiff to file a joint status report before the deadline, Plaintiff agreed. Thus, it is perplexing why Defendant filed a unilateral report without Plaintiff's portions.

**I. Status Of The Case**

**A. Pending Motions**

**Joint Statement**

Pursuant to Minute Entry in Dkt. 89, Defendant's motion for summary judgment (Dkt. 79) is taken under advisement. Plaintiff's motion to defer briefing on the summary judgment motion (Dkt. 83) is also taken under advisement. Briefing on

1

both motions is held in abeyance until this Court rules on Plaintiff's motion to amend (Dkt. 75).

### B. Progress of Discovery

**Plaintiff's Statement**

<u>Written Discovery</u>

Defendant's February 23, 2026, document products are completely unreasonable, designing almost everything as "attorney's eyes only." This will prevent Plaintiff's damage expert to assess the damages in this case. The parties will meet and confer.

<u>Depositions</u>

After repeatedly affirming its availability, Defendant now requests to reschedule the May 6, 2026 deposition. Plaintiff has spent significant financial resources on third party deposition technology company, and rescheduling may not be possible. The parties will meet and confer.

Defendant's February 27, 2026 deposition notice is deficient because it does not specify any deposition topic at all. The parties will meet and confer.

**Defendant's Statement**

<u>Written Discovery</u>

On January 22, 2026, Plaintiff served Defendant with Plaintiff's Amended Set of Requests for Production and Interrogatories.

On February 23, 2026, Defendant served Plaintiff with Defendant's Objections and Responses to Plaintiff's Amended Set of Requests for Production and Interrogatories, together with Defendant's Document Production 001 and 002.

On February 23, 2026, Plaintiff disputes Defendant's "Attorneys' Eyes Only" designation of Defendant's Document Production 002, which includes Defendant's sales data. The parties will meet and confer on this issue this week. If the parties cannot resolve the dispute, Defendant will bring a motion for protective order.

Depositions

On February 10, 2026, Plaintiff informed Defendant that the deposition of Defendant's witness would take place on May 7, 2026. On March 2, 2026, Defendant advised Plaintiff that Defendant's counsel of record, Mr. Qianwu Yang and Ms. Jing Chen, will need to attend a hearing in Washington, D.C. from May 4, 2026 through May 8, 2026. Defendant is requesting that the deposition be rescheduled. The parties will confer on this matter.

On February 27, 2026, Defendant served a notice of deposition on Plaintiff regarding the deposition of Plaintiff Mr. Cong Tan. The parties will confer regarding the deposition date and location.

Respectfully submitted,

DATED: March 3, 2026

By:     /s/

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and counter defendant*

CONG TAN

DATED: March 2, 2026

**SHM LAW FIRM**

By:   /s/ *Qianwu Yang*

QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd, Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan,

4

Shenzhen, China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and counterclaimant*

XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: March 3, 2026                                                 /s/

                                                                                         Oscar Lam