UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Cong Tan
                    Plaintiff,
v.                                         Case No.: 1:25−cv−05003
                                           Honorable John J. Tharp Jr.
Xianghuo
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status reports [[92], [93]]. Status hearing set for 3/4/26 and 3/9/26 are stricken and reset to 4/1/26 at 9:45 a.m. Parties shall exhaust the meet and confer process on all outstanding document− designation and deposition−scheduling issues no later than 3/18/26. Any motion for protective order due 3/23/26; response due by noon on 3/25/26; no reply. Joint (not separate) status report due by noon on 3/30/26 setting forth the status of all outstanding issues. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.