**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

CONG TAN,

               Plaintiff,

           v.

XIANGHUO

               Defendant.

**DECLARATION OF LIJUN ZHENG IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Lijun Zheng, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am familiar with and have personal knowledge of the facts set forth in this declaration.

2. I am the manager for Defendant Xianghuo. I have approximately 8 years of experience in operating Amazon storefronts.

3. In the course of my role, I am familiar with Xianghuo's internal business operations, including sales data, pricing strategies, product performance metrics, and inventory management practices.

4. Xianghuo's product-level sales data—including units sold, revenue, pricing, timing of sales, and performance by ASIN or SKU—is maintained as strictly confidential commercial information.

5. This information is not publicly disclosed and is only accessible internally to a limited number of personnel with a defined business need to know. Xianghuo implements internal controls to restrict access to such data, including limiting access permissions.

6. Xianghuo does not share its product-level sales data with competitors, distributors, or other third parties in the ordinary course of business.

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

7. Disclosure of this information would reveal highly sensitive commercial insights, including which products perform best, how pricing impacts demand, how promotions are timed, and how sales fluctuate in response to marketplace conditions.

8. Based on my experience in the marketplace, competitors with access to such information could use it to replicate or undercut Xianghuo's pricing strategies, target its most successful products, and adjust their own sales and marketing strategies to compete more effectively.

9. Xianghuo operates in a highly competitive marketplace, including on platforms such as Amazon, where pricing, timing, and product performance data are critical to maintaining a competitive position.

10. Disclosure of Xianghuo's product-level sales data to Plaintiff, Plaintiff's employer, or Plaintiff's licensees would create a substantial risk of competitive harm, including loss of market share, erosion of pricing advantage, and impairment of Xianghuo's business strategy.

11. In my experience, even limited disclosure of such data can materially impact a company's competitive standing, particularly where the information relates directly to the products at issue in litigation.

12. Allowing access to this information by business personnel affiliated with Plaintiff, Plaintiff's employer, or its licensees would significantly increase the risk that the information could be used for competitive purposes.

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION TO DISSOLVE TRO

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

13. It is not unusual in the Amazon seller industry for a party to copy an existing design, obtain a patent on that design, and then use the patent to target and exclude competitors. It is likely that Plaintiff's conduct in this litigation is consistent with that practice.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2026 in Guangzhou, China.

*Lijun Zheng*

_____

Lijun Zheng

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION TO DISSOLVE TRO