# EXHIBIT 1





| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Country | Amazon Order ID | Seller Order ID | Order Date | Tracking Number | Product Title | ASIN | SKU | Product Price | |
| 2 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 3 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 4 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 5 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 6 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 7 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 8 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 9 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 10 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 11 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 12 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 13 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 14 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 15 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 16 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 17 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 18 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 19 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 20 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 21 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 22 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 23 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 24 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 25 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 26 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 27 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 28 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 29 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |
| 30 | US | | | | | YFXCVSL 4 Tier F | B0CHRP96MS | | | |