# EXHIBIT 4

Amazon.com - 4 Tier Storage Bins with Lids, 23QT Stackable Close...able Plastic Storage Containers for Home,Office, Dorm Room-White          2026/3/23 17:40

Deliver to
**Palo Alto 94306**

| Tools & Home Improvement ▾ |

Search Am

EN ▾

Hello, sign in
**Account & Lists** ▾

Returns
& Orders

**0**
Cart

All | Early Spring Deals | Amazon Haul | Medical Care ▾ | Amazon Basics | Best Sellers | Books | Gift Cards ▾ | Prime ▾ | Groceries | Sell

**Tools & Home Improvement** | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home


**gente** New on Amazon! **Lymphatic Drainage Effect** sculpting lotion          Shop Gente

Home & Kitchen › Storage & Organization › Baskets, Bins & Containers › Storage Boxes



Click to see full view

3+

**7 VIDEOS**

# 4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels, Collapsible Storage Boxes, Foldable Plastic Storage Containers for Home,Office, Dorm Room-White

Visit the Wise Oannes Store

4.2                (6,236)

Amazon's Choice

**2K+ bought** in past month

$**39**$^{99}$ ($10.00 / count)

FREE Returns

Get a $50 Amazon Gift Card instantly upon approval for Amazon Visa. No annual fee.

Available at a lower price from other sellers that may not offer free Prime shipping.

Color: **White**

 

| $47.99 ($12.00 / count) | $45.99 ($11.50 / count) | $46.99 ($11.75 / count) $52.99 | $39.99 ($10.00 / count) |

Size: **Tier 4**

### Bundles with this item

| Color | White |
|---|---|
| Material | Polyethylene |
| Frame Material | Plastic |
| Brand | Wise Oannes |
| Product Dimensions | 11"D x 15.35"W x 32.68"H |

**prime**

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

$**39**$^{99}$ ($10.00 / count)

FREE delivery **Saturday, March 28**

Or Prime members get FREE delivery **Today 2 PM - 6 PM**. Order within 10 hrs 21 mins.

Join Prime

Deliver to Palo Alto 94306

**In Stock**

Quantity: 1

Add to cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | Whdruan-US |
| Returns | FREE 30-day refund/replacement |
| Payment | Secure transaction |

See more

d a gift receipt for easy turns

Add to List

### Other sellers on Amazon

New & Used (4) from $**37**$^{99}$ & **FREE Shipping**.

Amazon.com - 4-Tier Storage Bins with Lids, 23QT Stackable Close...able Plastic Storage Containers for Home,Office, Dorm Room- White 2026/3/23 17:40

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 3 of 15 PageID #:1427

## About this item

- Large Capacity & Upgraded Material - The storage bins measure 14.76 x 11 x 8.27 inches（23 QT capacity) on each floor, and the 4-layer stacked as a whole measures 15.35 x 11 x 32.68 in (height included wheels), with a total capacity of 92 QT. Our storage containers with lids are made of high-quality PP materials for long service life

- Easy to Use and Foldable - The plastic storage bins are easy to assemble without tools, you can stack storage boxes and assemble them into a bedding organization, clothes organizer or shoe storage cabinet etc. When not in use, the storage boxes can be folded to take up little space in your home or cars

- Stackable & Removable - The storage organizer bins are stackable and mobility. Each layer has matching grooves and clasps on both sides of the top to securely lock the clear storage bins. There are four rotating wheels at the bottom, which makes it easy for you to move. In addition, 2 wheels of the storage shelves have clasps that hold the locker in place to prevent it from moving

- Multifunctional Storage Bins - These drawer organizer can be used for both indoor and outdoor storage. Such as closet organizers and storage, laundry room organization, bathroom organizers and storage, kitchen organizers and storage, dog food storage container, dresser for bedroom, book shelf, car organizer, etc

- Clearly Doors with Magnetic - The front door of the storage drawers has a built-in magnetic buckle to ensure that the door does not open on its own. The front cover of each plastic drawer storage is translucent, you can clearly see the items stored inside, and it is easy to identify the items stored inside, which is a good assistant to our family

- Product licensed under U.S. Patent Nos. 12,103,576, 12,275,446 and 12,304,546

› See more product details

   Report an issue with this product or seller

## Similar item to consider

Amazon's Choice



Amazon Basics 4-Tier Storage Bins with Lids, Stackable and Collapsible, 23QT per Tier, 92QT Total Capacity
(175)
$33.59 ($0.30/ounce)

## Frequently bought together

 +

Total price: $74.14

**Add both to Cart**

These items are shipped from and sold by different sellers.
Show details

**This item:** 4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with

$39<sup>99</sup> ($10.00/count)

5 Pack Stackable Closet Storage Basket - Stackable Storage Bins, Multifunctional & Foldable Clos...

$34<sup>15</sup> ($6.83/count)

## Customers who viewed this item also viewed

Page 1 of 5









YFXCVSL 4 Tier Plastic Storage Bins with Lid 23QT, Stackable Storage Containers with Wheels...
6,645
#1 Best Seller
$31.97 ($7.99/count)
Get it as soon as **Saturday, Mar 28**
FREE Shipping on orders over $35 shipped by Amazon

CTSNSLH 4 Tier Plastic Storage Bins with Lid - 27.5Qt Stackable with Lids for Bedroom, Livin...
5,227
38% off **Limited time deal**
$44.98 ($11.25/count)
List: $71.99
Get it as soon as **Sunday, Mar 29**
FREE Shipping by Amazon

OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels, Collapsible Plastic Bins...
1,391
$89.99
Get it as soon as **Saturday, Mar 28**
FREE Shipping by Amazon
⊘ 3 sustainability features

YFXCVSL 4 Tier Plastic Storage Bins with Lid 24QT, Stackable Storage Containers with Wheels, Folding Storage Boxes,...
68
$31.99 ($8.00/count)
Get it as soon as **Wednesday, Jun 24**

## Frequently purchased items with fast delivery

Page 1 of 3

Amazon.com - 4 Tier Storage Bins with Lids, 23QT Stackable Close...able Plastic Storage Containers for Home,Office, Dorm Room White          2026/3/23 17:40

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 5 of 15 PageID #:1429









**Durvex 4 Tier Stackable Storage Bins with Lids, Total 106QT (4×26.5QT) Foldable Closet Organizer with Wheels, Collapsibl...**
12

$49.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

**5 Tier - 48QT Storage Bins with Lids, Collapsible Storage Bins with Doors and Wheels, Plastic Storage Cabinet for Eas...**
137

$85.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

**OlarHike 48QT Stackable Storage Bins with Lids - Folding Storage Boxes with Doors and Wheels,...**
1,391

Amazon's Choice

$169.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

⌀ 3 sustainability features

**Kmiectse Clear Storage Bins with Lids - 4 Tier Plastic Bins with Wheels, Stackable Storage Bin, Closet Organizers Box f...**
1,872

$31.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

## Product description

![Wise Oannes Stackable Storage Bins - Create storage Spaces that fit your home](image)

Amazon.com - 4 Tier Storage Bins with Lids, 23QT Stackable Close...able Plastic Storage Containers for Home,Office, Dorm Room White    2026/3/23 17:40

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 6 of 15 PageID #:1430



# Precision Size Details

To ensure a proper fit, please check the dimensions,
we recommend verifying the dimensions: **15.35 × 11 × 32.68** inches (includes wheels height



# No-sweat setup in minutes



Step 1    Step 2    Step 3    Step 4    Step 5



# 4 Tier Stackable Plastic Storage Bins

Note: 4 Tier Stackable Plastic Storage Bins There is only one top cover, If you need to add an additional storage cover, you can purchase the accessories separately in this store



---

**From the brand**

Amazon.com - 4 Tier Storage Bins with Lids, 23QT Stackable Close:...able Plastic Storage Containers for Home,Office, Dorm Room-White

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 8 of 15 PageID #:1432

2026/3/23 17:40





# Wise Oannes

We are committed to developing a variety of storage products that can be used in multiple scenarios. Effectively increase the storage space and reduce the accumulation of sundries.

Finally say goodbye to clutter and live a cozy life with our featured 4 Tier Stackable Plastic Storage Bins.

**Wise Oannes**
Wise Oannes focuses on offering household storage products to help you create a clean and tidy home, enjoy a comfortable life.

**Storag**

## Product Videos



## Product information

Amazon.com - 4-Tier Storage Bins with Lids, 23QT Stackable Close...able Plastic Storage Containers for Home,Office, Dorm Room-White    2026/3/23 17:40

## Item details

### Warranty & Support

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Measurements

| | |
|---|---|
| **Item Dimensions D x W x H** | 11"D x 15.35"W x 32.68"H |
| **Item Weight** | 7.8 Pounds |

## Materials & Care

| | |
|---|---|
| **Material Type** | Polyethylene |
| **Frame Material** | Plastic |

## Additional details

## User guide

| | |
|---|---|
| **Required Assembly** | Yes |

## Similar brands on Amazon

Page 1 of 3

Sponsored



Citylife 17 QT Plastic Storage Box with Removable Tray Craft Organizers and

4.7         1,762

$29.99  List: $34.99



UAMFURI Extra Large Stack Bins with Lids & Wheels & I

4.6         424

$149.99

## Customer reviews

4.2 out of 5

6,236 global ratings

| | | |
|---|---|---|
| 5 star | | 65% |
| 4 star | | 12% |
| 3 star | | 8% |
| 2 star | | 5% |
| 1 star | | 10% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

## Customers say

Customers find the storage bins easy to assemble and appreciate their well-made construction, spacious drawers, and nice appearance. The size receives mixed feedback - while some find them perfect for small bathrooms, others say they're much smaller than expected. Similarly, sturdiness and value for money are mixed aspects, with some finding them very sturdy and worth the price, while others report they're flimsy and not worth the cost.

ai Generated from the text of customer reviews

**Select to learn more**

✓ Ease of assembly (797)  |  ✓ Quality (562)  |  ✓ Storage capacity (525)

✓ Looks (363)  |  ✓ Functionality (180)  |  — Size (515)  |  — Sturdiness (482)

— Value for money (285)

## Reviews with images

See all photos ›





Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 10 of 15 PageID #:1434

## Top reviews from the United States

 Dawnmarie Souza

**Great storage!**

Reviewed in the United States on March 14, 2026

Color: White    Size: Tier 4    **Verified Purchase**

So easy to put together! Took less than 5 minutes. Sturdy and looks so nice! Very happy with this purchase! I may order more as I continue to organize my kitchen. This would be perfect in a bathroom too!

Helpful        Report

 Kindle Customer

**Adorable and it's keeping my yarn clean!**

Reviewed in the United States on January 22, 2026

**Verified Purchase**

Cute and works well for storing all my yarn. Easily stackable and easy to put together as well. I was using a 4 drawer rolling cart that had pull out drawers, with no lids, but my yarn was constantly accumulating pet hair and dirt from the seasonally opened windows and this is keeping any sort of debris away from my yarn! I was a little disappointed when there weren't 4 lids, there was only 1 and it was for the top container but that could very easily be a 'me problem' for not reading enough. I was hoping to use 1 container to transport projects with me, cause I work on things everywhere. But adorable and fits nicely where I want it. Wheels are smaller than I expected but I don't mind one bit. Love the easy to open front doors and none of my pets have knocked it over or opened one of the front doors on their own

2 people found this helpful

Helpful        Report

 Amber

**Perfect Craft Cart**

Reviewed in the United States on February 18, 2026

Color: White    Size: Tier 4    **Verified Purchase**

Perfect size for a kid's craft cart. I was able to get several play dough sets to fit inside. Glides smoothly and has a very nice look to it. It feels sturdy, and the magnetic door holds well. It's on the small side, but again, it ended up being perfect for what I needed it for. I love that the sections assemble in seconds. Great buy. Already buying another one.

2 people found this helpful

Helpful        Report

 bailarina94

**Versatile and easy to assemble**

Reviewed in the United States on May 4, 2025

Color: White    Size: Tier 4    **Verified Purchase**

I bought these to organize my collection of small bags and clutches, including my Lululemon and off-brand belt bags which are shown in the second picture. I bought some clear dividers to go inside and keep everything upright, shown in the first image; those are called the "2 Pcs Acrylic Clear Purse Storage Organizers, 4 Sections Dividers in Bedroom Office (bright)." I ended up coming back for a second set of the dividers and the boxes once I realized the size was perfect for my needs, and I was lucky that the front panels of both sets matched, as I hear that's a problem for other reviewers.

Positives:
- They are easy to assemble. I didn't even need to look at the instructions because it was so

Amazon.com - 4 Tier Storage Bins With Lids, 23QT Stackable Closable Plastic Storage Containers for Home,Office, Dorm Room White 2026/3/23 17:40

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 11 of 15 PageID #:1435

intuitive to snap them together.
- They are lightweight and collapsible to about a quarter of their size. The box each set of 4

⌄ Read more



65 people found this helpful

( Helpful )     Report

---

  RosieWylde

### Sturdy way to keep your pantry items close

Reviewed in the United States on March 7, 2026

Color: White     Size: Tier 4     **Verified Purchase**

Nice enough way to hold cans and other pantry items. Attractive, sturdy, easy to assemble, not really big enough for number 10 cans, unless you want to keep talking it apart all the time, for all of the preppers out there.

One person found this helpful

( Helpful )     Report

---

  fiberarts fan

### The best inexpensive storage drawers for craft materials that I've ever bought

Reviewed in the United States on January 17, 2026

Color: White     Size: Tier 4     **Verified Purchase**

A new year and trying to dig out from under sewing, knitting and weaving materials = lot of tools and materials. This drawer set is FABULOUS - very study plastic, super fast and easy to put together, and compact. I've bought two sets and highly recommend this over what you get in your local chain craft store. The storage area is deep enough to store a lot - I was plesantly surprised. And ... it is very nice looking to boot!

7 people found this helpful

( Helpful )     Report

---

**See more reviews ›**

---

## Top reviews from other countries

( Translate all reviews to English )

  Tomoya

### 4 Tier Stackable Plastic Storage Bins

Reviewed in Canada on February 24, 2025

Color: Grey     Size: Tier 4     **Amazon Vine Customer Review of Free Product** ( What's this? )

I recently purchased the 4 Tier Stackable Plastic Storage Bins and they've been a total game changer for organizing my space! Each bin is 23 QT in size, offering plenty of room to store a variety of items. I especially love that these bins come with lids, which keeps everything inside dust-free and secure. The wheels make them so easy to move around, and the stackable design allows me to maximize vertical space without worrying about them toppling over. I've been using them in my closet and pantry, and they've really helped cut down on clutter.

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 12 of 15 PageID #:1436

What stands out to me is how durable and versatile these bins are. I was able to fold them up when I wasn't using them, which made storage easy during off-seasons. The grey color is neutral and blends well with any room, so I don't have to worry about them clashing with the décor. I store everything from craft supplies to snacks, and the clear sides make it easy

⌄ Read more

Report

 Michael Fowler

**Unexpectedly good**

Reviewed in Canada on January 19, 2025

Color: Blue    Size: Tier 4    **Amazon Vine Customer Review of Free Product** ( What's this? )

My expectations for this item were very low. I was expecting cheap, nasty, plastic garbage. Well, it is cheap, it is also plastic, but it is neither nasty or garbage. I think that it is a really good, well executed, storage solution, for a very reasonable price.

The units come flat packed. Assembling them is easy and intuitive (I didn't find the well written detailed instructions until after I had assembled it). They are also very easy to break down again if you want to store them.

The are plastic and wouldn't hold a lot of weight, but they do seem very stable and sturdy once assembled.

There are four small plastic wheels which are adequate if you don't overload them with weight. I like that they have cute little plastic locks to stop them from rolling if required. The installation of the wheels is optional and they don't need to be installed if you are not going to move the unit around.

Each box slots easily onto each other. There are tabs on the side that hold them in place.

⌄ Read more



Report

 Barney33

**JUST ENOUGH FOR WHAT I NEED**

Reviewed in Australia on February 3, 2026

Color: White    Size: Tier 4    **Verified Purchase**

I bought this 4 tier stackable plastic storage bin with lid for all my ribbons, gift packing paper and all my nitty bitty things etc. Love these storage bins, but I think it's a bit small. I do have another one from another buyer and it's bigger. Anyway it suits the purpose for what I need.

Report

 Pilar Fernández

**Buen producto**

Reviewed in Mexico on January 1, 2025

Color: White    Size: Tier 4    **Verified Purchase**

Esta muy bien diseñada y se ajusta a lo que se necesita

Report

Translate review to English

Hossam Eldin

**Too small & too expensive**

Reviewed in Saudi Arabia on February 18, 2026

Color: White Size: Tier 4 **Verified Purchase**

Too small & too expensive for what it actually is

Report

**See more reviews ›**

## Related Climate Pledge Friendly items

Page 1 of 5

OlarHike 144QT Lockable Storage Bins with Lids - Folding Storage box with Doors and Wheels, Collapsible Plastic Bins…

1,391

$89.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

3 sustainability features

Vtopmart 4 Pack Large Stackable Storage Drawers,Easily Assemble Acrylic Bathroom Close…

5,115

#1 Best Seller

$34.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

1 sustainability feature

Homsorout Closet Organizers Bins 6 Packs - Large Closet Shelf Organizer with Handles, Fabric Trapezoid Storag…

1,431

$29.99

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

3 sustainability features

Sevenblue 3 Pack Under Sink Organizers,2-Tier Multi-Use Kitchen and Bathroom Organizers and Storage with Sliding…

3,792

$21.99 ($7.33/count)

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

1 sustainability feature

## Pick up where you left off See more

Page 1 of 4

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 14 of 15 PageID #:1438









**4 Tier Storage Bins with Lids, 23QT Stackable Closet Organizers and Storage with Wheels,…**

6,236

Amazon's Choice

**$39.99** ($10.00/count)

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

**Kmiectse Clear Storage Bins with Lids - 4 Tier Plastic Bins with Wheels, Stackable Storage Bin, Closet Organizers Box f…**

1,872

**$31.99**

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

**SNSLXH Portable Clear Storage Bins with Lid & Wheels, 24QT Clear Storage Bins with Lid, 4-Tier Plastic Bins with…**

310

**$39.99**

Get it as soon as **Saturday, Mar 28**

FREE Shipping by Amazon

**CTSNSLH 4 Tier Plastic Storage Bins with Lid - 27.5Qt Stackable with Lids for Bedroom, Livin…**

5,227

38% off   **Limited time deal**

**$44.98** ($11.25/count)

List: ~~$71.99~~

Get it as soon as **Sunday, Mar 29**

FREE Shipping by Amazon

## Best Sellers in Home & Kitchen

Page 1 of 10







**Owala FreeSip Insulated Stainless Steel Water Bottle with Straw, BPA-Free Sports Water Bottl…**

114,000

#1 Best Seller

**$29.99**

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

**Queen Size 4 Piece Sheet Set - Comfy Breathable & Cooling Bed Sheets Set - Hotel Luxury Bedding f…**

431,341

#1 Best Seller

**$24.99**

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

🌿 3 sustainability features

**TERRO Ant Killer Bait Stations T300B - Liquid Bait to Eliminate Ants - Bait System - 12 Count…**

150,021

#1 Best Seller

**$11.97**

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

**BEDLORE Waterproof Mattress Protector, Queen Size Mattress Pad Noiseless with Deep…**

16,499

#1 Best Seller

**$29.99**

Get it as soon as **Saturday, Mar 28**

FREE Shipping on orders over $35 shipped by Amazon

🌿 1 sustainability feature

## See personalized recommendations

Sign in

New customer? Start here.

Back to top

**Get to Know Us**

Careers

Amazon Newsletter

**Make Money with Us**

Sell on Amazon

Sell apps on Amazon

**Amazon Payment Products**

Amazon Visa

Amazon Store Card

**Let Us Help You**

Your Account

Your Orders

Case: 1:25-cv-05003 Document #: 95-5 Filed: 03/23/26 Page 15 of 15 PageID #:1439

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English

United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

Amazon Subscription Boxes
Top subscription boxes – right to your door

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates