# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>      Plaintiff,<br><br>      v.<br><br>XIANGHUO<br><br>      Defendant.<br><br>XIANGHUO,<br><br>      Counterclaimant,<br><br>      v.<br><br>CONG TAN<br><br>      Counterdefendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Wednesday, April 1, 2026, at 9:45 a.m., Defendant, through its undersigned counsel, will appear by telephone before the Honorable David Weisman and present Defendant's Motion for Protective Order (ECF No. 95).

Respectfully submitted,

DATED: March 23, 2026      **SHM LAW FIRM**

By:   */s/Qianwu Yang*
        QIANWU YANG
        yang@shm.law
        3000 El Camino Real

1

Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +8613925212009

*Attorney for Defendant and Counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: March 23, 2026

*/s/Qianwu Yang*

Qianwu Yang