# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>Plaintiff,<br><br>v.<br><br>Dongguan Xianghuo Trading Co., Ltd.<br><br>d.b.a. XIANGHUO,<br><br>Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br><br>Magistrate Judge: David Weisman |

## STATUS REPORT

Pursuant to Dkt. 94, the parties submit the following status report.

### I. Status Of The Case

#### A. Pending Motions

**Plaintiff's Statement**

Defendant has filed a second motion for summary judgment (Dkt. 79), and Plaintiff has a pending motion to defer briefing on the second summary judgment motion.

Plaintiff also has a pending motion to amend complaint.

**Defendant's Statement**

Pursuant to Minute Entry in Dkt. 89, Defendant's motion for summary judgment (Dkt. 79) is taken under advisement. Plaintiff's motion to defer briefing on the summary judgment

motion (Dkt. 83) is also taken under advisement. Briefing on both motions is held in abeyance until this Court rules on Plaintiff's motion to amend (Dkt. 75).

Regarding Defendant's "Attorneys' Eyes Only" designation of Defendant's Document Production 002, which includes a single document containing Defendant's sales data, counsel for the parties conferred via Zoom on March 12, 2026 in a good-faith effort to resolve this dispute, but were unable to reach an accord. Defendant filed a Motion for Protective Order on March 23, 2026.

## B. Progress of Discovery

### Plaintiff's Statement

Plaintiff has asked Defendant to meet and confer about their deficient responses to requests for document production, requests for admissions, and special interrogatories.

If the parties are unable to resolve the dispute amicably, a motion to compel may be filed.

### Defendant's Statement

#### Written Discovery

On March 27, 2026, Defendant served Plaintiff with a deficiency letter, regarding Plaintiff's deficient responses to Defendant's First Set of Interrogatories and Requests for Production, including incomplete responses concerning conception and design, licensing, prosecution materials, third-party contributors, design files and metadata, third-party communications, prior-art or validity analyses, and the absence of a privilege log. If the parties are unable to resolve the dispute amicably, Defendant will be forced to file a motion to compel.

**Joint Statement**

Depositions

At the March 12, 2026 meet-and-confer, the parties agreed that the deposition of Plaintiff Mr. Cong Tan would be scheduled for **June 10, 2026**, and the deposition of Defendant's witness, Ms. Lijun Zheng, would be scheduled for **June 12, 2026**. The depositions will take place in Hong Kong.

Respectfully submitted,

DATED: December 12, 2025

By: _____/s/_____

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and counter defendant*

CONG TAN

DATED: March 30, 2026        **SHM LAW FIRM**

By: _/s/ Qianwu Yang_____

QIANWU YANG
yang@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737

Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW
FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern
Service
Industry Cooperation Zone, Nanshan,
Shenzhen, China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and counterclaimant*

XIANGHUO