UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Cong Tan,
        Plaintiff,
v. Case No. 1:25-cv-05003

Xianghuo,
        Defendant.

_____/

MOTION FOR REFUND OF DUPLICATE PRO HAC VICE FILING FEE

Attorney Yi Fang, through undersigned counsel, respectfully requests
that the Clerk of Court refund a duplicate pro hac vice filing fee
that was charged in error. In support of this request, the following
is stated:

1. On 3/31/2026, counsel began the electronic filing process for a
   motion for leave to appear pro hac vice in the above-captioned
   matter.
2. During that initial filing attempt, counsel mistakenly attached
   an incorrect motion for leave to appear pro hac vice.
3. Upon discovering the error, counsel discontinued that filing
   process and did not successfully submit the incorrect document
   to the Court.
4. Counsel thereafter initiated a new pro hac vice filing using
   the correct motion and completed that filing separately.
5. Although the initial filing attempt was not successfully
   submitted, the filing fee associated with that attempt was
   nevertheless charged.
6. As a result, counsel was charged twice in connection with a
   single intended pro hac vice application, resulting in a
   duplicate payment.
7. The duplicate payment for which a refund is requested is as
   follows:

   Date of charge: 3/31/2026
   Amount: $150
   Receipt number: AILNDC-24916079

8. The correctly submitted payment is as follows:

Date of charge: 3/31/2026
Amount: $150
Receipt number: AILNDC-24916106

WHEREFORE, Attorney Yi Fang respectfully requests that the Clerk of Court refund the duplicate pro hac vice filing fee charged in connection with the unsuccessful initial filing attempt, and grant such other and further relief as the Court or Clerk deems appropriate.

Dated: 3/31/2026

Respectfully submitted,

/s/ Yi Fang
Yi Fang
SHM Law Firm
3000 El Camino Real, Building 4, Suite 200
Palo Alto,
650 613 9737
fang.yi@shm.law

Attorney for Xianghuo