**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Cong Tan v. Xianghuo          Case Number: 1:25-cv-05003

An appearance is hereby filed by the undersigned as attorney for:

Xianghuo

Attorney name (type or print): Yi Fang

Firm: SHM Law Firm

Street address: 3000 El Camino Real, Building 4, Suite 200

City/State/Zip: Palo Alto, CA 94306

Bar ID Number: 367246          Telephone Number: (650) 613-9737
(See item 3 in instructions)

Email Address: fang.yi@shm.law

Are you acting as lead counsel in this case?          ☐ Yes  ☑ No

Are you a member of the court's general bar?          ☐ Yes  ☑ No

Are you a member of the court's trial bar?          ☐ Yes  ☑ No

Are you appearing *pro hac vice*?          ☑ Yes  ☐ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes  ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  04/02/2026

Attorney signature:     S/Yi Fang
(Use electronic signature if the appearance form is filed electronically.)

Revised  07/19/2023