**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Cong Tan

          Plaintiff,

v.

                                    Case No.: 1:25−cv−05003
                                    Honorable John J. Tharp Jr.

Xianghuo

          Defendant.


**NOTIFICATION OF DOCKET ENTRY**



This docket entry was made by the Clerk on Wednesday, April 8, 2026:


     MINUTE entry before the Honorable John J. Tharp, Jr: No response was filed to the plaintiff's motion to amend [75]. In light of Rule 15's "liberal amendment policy," *Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. & Nw. Ind.,* 786 F.3d 510, 521 (7th Cir. 2015), the motion is granted. Plaintiff is directed to file its amended complaint on the docket. Briefing on the plaintiff's motion to defer briefing on the defendant's summary judgment motion [83] will proceed as follows: response due 4/22/26; reply due 4/29/26. Mailed notice(ber, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.