**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

CONG TAN,

               Plaintiff,

        v.

XIANGHUO

               Defendant.

**DECLARATION OF LIJUN ZHENG IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

I, Lijun Zheng, declare as follows:

1. I am over the age of 18 and am fully competent to make this Declaration. I am familiar with and have personal knowledge of the facts set forth in this declaration.

2. I have approximately eight years of experience operating Amazon storefronts.

3. In the course of my role, I am familiar with Xianghuo's internal business operations, including sales data, pricing strategies, product performance metrics, and inventory management practices.

4. The Materials at issue in Defendant's Motion for Protective Order (the "Disputed Materials") consist of internal business records and datasets generated through Xianghuo's day-to-day operations on Amazon. These materials are not publicly available in the form maintained by Xianghuo.

5. While certain individual pieces of information reflected in the Disputed Materials—such as current pricing or product listings—may appear in some form on public platforms, the Disputed Materials aggregate, organize, and correlate this information in a manner that reflects Xianghuo's proprietary operational know-how and internal strategy.

6. Specifically, the Disputed Materials reveal how Xianghuo adjusts pricing over time to influence conversion rates, how conversion rates affect keyword

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

rankings on Amazon, and how those rankings are subsequently leveraged to optimize profitability. This integrated operational strategy is not publicly disclosed and cannot be fully reconstructed from publicly available information alone.

7.     The Disputed Materials further reflect detailed relationships between pricing decisions and actual sales performance, including sales volume, sales velocity, and temporal trends. This type of granular, longitudinal data is internal to Xianghuo and is not available through public or third-party sources.

8.     In my experience, competitors in the Amazon marketplace may attempt to infer limited information through public-facing data or third-party analytics tools. However, such tools do not provide access to the precise, continuous, and internally validated datasets reflected in Xianghuo's records, nor do they reveal the causal relationships underlying Xianghuo's pricing and operational decisions.

9.     The Disputed Materials also contain sensitive operational information, including Amazon Order ID, Seller Order ID, and related transaction-specific data that can reveal non-public details regarding order processing, fulfillment activity, internal tracking practices, and the seller's underlying business operations. This information is strictly confidential and is not disclosed to the public in the ordinary course of business.

10.     Disclosure of such information would create significant risk of misuse. In my experience, competitors or third parties may use this information to interfere

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

with Xianghuo's operations, including by exploiting Amazon platform mechanisms, initiating complaints, or otherwise disrupting order fulfillment and customer relationships.

11.    In the Amazon marketplace, misuse of sensitive seller or order-level information can lead to serious consequences, including customer confusion, negative feedback, account warnings, listing suppression, or even account suspension. Such harm can occur rapidly and may be difficult or impossible to fully remediate after disclosure.

12.    Access to the Disputed Materials would also allow a competitor to significantly reduce the trial-and-error normally required to develop a competitive strategy. A competitor may analyze Xianghuo's internal data to replicate successful pricing models, identify optimal promotion timing, avoid unsuccessful strategies, and directly target Xianghuo's market position.

13.    In addition, a competitor may use the Disputed Materials to design differentiated competitive strategies, including timing promotions to coincide with or avoid Xianghuo's campaigns, adjusting pricing to undercut Xianghuo's key products, or reallocating resources to exploit perceived weaknesses in Xianghuo's operations.

14.    The competitive harm resulting from such use would be substantial. It would erode Xianghuo's competitive advantage, diminish the value of its internally developed strategies, and impair its ability to compete effectively in the marketplace.

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737

15. Importantly, once disclosed, the information contained in the Disputed Materials cannot be "unseen" or effectively clawed back. Any competitive harm resulting from disclosure would therefore be immediate and irreversible in practical terms.

16. For these reasons, although certain isolated elements of the Disputed Materials may resemble information that exists in the public domain, the Disputed Materials as a whole constitute confidential, commercially sensitive information that derives independent value from not being generally known or readily ascertainable.

17. Accordingly, I respectfully submit that the Disputed Materials should be protected from disclosure beyond appropriate safeguards, and that Defendant's Motion for Protective Order should be granted.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2026 in Guangzhou, China.

*Lijun Zheng*

_____

Lijun Zheng

DECLARATION OF LIJUN ZHENG IN SUPPORT
OF MOTION FOR PROTECTIVE ORDER

**SHM LAW FIRM**
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
(650) 613-9737