# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CONG TAN,

        Plaintiff,

    v.

Dongguan Xianghuo Trading Co., Ltd.

d.b.a. XIANGHUO,

        Defendant.

Case No. 1:25-cv-05003

Judge: Hon. John J. Tharp Jr.

Magistrate Judge: David Weisman

## STATUS REPORT

Pursuant to Dkt. 114, the parties submit the following status report.

### I. Status of the Case

#### A. Pending Motions

#### Plaintiff's Statement

Defendant's motion for summary judgment (Dkt. 79) remains pending. The Court granted Defendant's Motion for Protective Order (Dkt. 95) in Dkt. 114 and converted the previously scheduled hearing into a status hearing.

#### Defendant's Statement

Defendant's motion for summary judgment (Dkt. 79) remains pending. In addition, the Court granted Defendant's Motion for Protective Order (Dkt. 95) in Dkt. 114.

### B. Progress of Discovery

**<u>Plaintiff's Statement</u>**

On April 14, 2026, Plaintiff served a deficiency letter on Defendant regarding Defendant's responses to Plaintiff's First Amended Set of Interrogatories and Requests for Production. The parties discussed both sides' deficiency letters during a meet-and-confer conference on April 20, 2026. Plaintiff looks forward to receiving Defendant's formal written response and any supplemental production.

On April 20, 2026, Plaintiff served a written response to Defendant's March 27, 2026 deficiency letter, together with supplemental document production (Bates Nos. Tan_1594 through Tan_1668). Plaintiff may further supplement his responses and production as additional materials are gathered.

The parties continue to work in good faith to resolve outstanding discovery issues. The parties resolved part of the disputes regarding certain aspects of Defendant's production and are working on the remaining issues. To the extent any disputes remain unresolved, the parties will meet and confer further before seeking Court intervention.

The parties have agreed that the deposition of Plaintiff, Mr. Cong Tan, will take place on June 10, 2026, and the deposition of Defendant's witness, Ms. Lijun Zheng, will take place on June 12, 2026, both in Hong Kong. With respect to the individuals identified in Plaintiff's supplemental interrogatory responses, Plaintiff has advised Defendant that Mr. Deng Haichao and "Lian" are no longer reachable

despite Plaintiff's reasonable efforts, and Plaintiff does not have the ability to produce them for deposition.

### **Defendant's Statement**

#### Written Discovery

On March 27, 2026, Defendant served Plaintiff with a deficiency letter regarding Plaintiff's responses to Defendant's discovery requests, and on April 15, 2026, Plaintiff served a deficiency letter on Defendant. The parties have since met and conferred regarding both letters, including during a conference on April 20, 2026. Following that conference, Plaintiff served a response to Defendant's deficiency letter together with supplemental production, which Defendant is currently reviewing. The parties resolved disputes regarding certain aspects of Defendant's production and responses to Plaintiff's requests for admission, including issues as to materials Plaintiff contended were missing, which Defendant clarified had already been produced in prior filings, including in connection with Defendant's Motion to Dissolve the TRO and Motion for Summary Judgment.

#### Depositions

At the March 12, 2026 meet-and-confer, the parties agreed that the deposition of Plaintiff, Mr. Cong Tan, would be scheduled for June 10, 2026, and the deposition of Defendant's witness, Ms. Lijun Zheng, would be scheduled for June 12, 2026. The depositions will take place in Hong Kong. In addition, based on Plaintiff's response to Defendant's deficiency letter, Defendant anticipates to seek depositions of three newly identified individuals whom Plaintiff identified as having knowledge of or involvement in the design and development process: Deng Haichao, Zhou Jianhai, and "Lian," whose full name Plaintiff has not provided.

Respectfully submitted,

DATED: April 21, 2026

By: _____

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*

CONG TAN

DATED: April 21, 2026

**SHM LAW FIRM**

By:   _/s/ Qianwu Yang_____

QIANWU YANG
yang@shm.law
YI FANG
Fang.yi@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW
FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern
Service

Industry Cooperation Zone, Nanshan,
Shenzhen, China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and Counterclaimant*

XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: April 21, 2026

_____

Oscar Lam

## ATTESTATION OF SIGNATURE

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 21, 2026

_____

Oscar Lam