**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Cong Tan

              Plaintiff,

v.

Xianghuo, et al.

              Defendant.

Case No.: 1:25–cv–05003
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' joint status report [115] indicating that they have met and conferred regarding deficiency letters each party sent and appear to have resolved their issues, and the party depositions will occur on 6/10/26 and 6/12/26, both in Hong Kong. Defendant further states that it intends to seek depositions of three newly identified individuals whom Plaintiff identified as having knowledge of or involvement in the design and development process: Deng Haichao, Zhou Jianhai, and "Lian" LNU. Plaintiff states that he advised Defendant that Mr. Deng Haichao and "Lian" are no longer reachable despite Plaintiff's reasonable efforts, and Plaintiff does not have the ability to produce them for deposition. Status hearing set for 4/22/26 is stricken and reset to 5/20/26 at 9:15 a.m. Joint status report due by noon on 5/19/26. The parties shall promptly meet and confer regarding the remaining depositions; any motions regarding depositions must be filed by 5/8/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.