## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division


Cong Tan

        Plaintiff,

v.

        Case No.: 1:25–cv–05003
        Honorable John J. Tharp Jr.

Xianghuo, et al.

        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, May 15, 2026:


      MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion to defer briefing on the defendant's motion for summary judgment [83] is granted. The Seventh Circuit has held that Rule 56(d) motions should be granted where, as here, "[t]he summary judgment motion was filed long before discovery was to close; plaintiff was pursuing discovery in a diligent, sensible, and sequenced manner; and the pending discovery was material to the summary judgment issues." *Smith v. OSF HealthCare Sys.,* 933 F.3d 859, 861 (7th Cir. 2019). A briefing schedule for the motion for summary judgment will be set after the close of discovery. Mailed notice(ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.