# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Dongguan Xianghuo Trading Co., Ltd.<br><br>d.b.a. XIANGHUO,<br><br>　　　　　Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br><br>Magistrate Judge: David Weisman |

## JOINT STATUS REPORT

Pursuant to Dkt. 114, the parties submit the following status report.

### I. Status of the Case

#### A. Pending Motions

**Joint Statement**

Defendant's motion for summary judgment (Dkt. 79) remains pending. The Court granted Plaintiff's motion to defer briefing on Defendant's motion for summary judgment (Dkt. 83) at Dkt. 119, and stated that a briefing schedule for the motion for summary judgment will be set after the close of discovery. In addition, the Court granted Defendant's Motion for Protective Order (Dkt. 95) at Dkt. 114.

### B. Progress of Discovery

**<u>Plaintiff's Statement</u>**

The parties have met and confer about Defendant's deficient discovery responses. Plaintiff is considering a motion to compel unless the party can resolve the disagreement in the next 1-3 weeks.

**<u>Defendant's Statement</u>**

<u>Written Discovery</u>

With respect to written discovery, Defendant served a deficiency letter regarding Plaintiff's production on April 15, 2026. Plaintiff served a response and supplemental production on April 20, 2026. After reviewing that production, Defendant maintains that Plaintiff's responses remain deficient. Although Plaintiff produced certain additional documents, much of the production appears to consist of previously produced materials that were merely reorganized or re-designated. For example, Plaintiff's production remains deficient as to the materials Defendant requested regarding the conception, creation, source materials, samples, and design-file history of the asserted design requested. Accordingly, Defendant maintains that Plaintiff has not fully cured the deficiencies identified in Defendant's April 15, 2026 letter, and Defendant is considering serving a further deficiency letter and/or seeking leave for targeted additional discovery.

As to Plaintiff's alleged deficiencies regarding Defendant's production, Plaintiff contacted Defendant on May 8, 2026. Defendant responded on May 9, 2026, and reiterated the position previously explained during the meet-and-confer process: the case-relevant documents responsive to Plaintiff's legitimate requests have either already been served in discovery or filed in this action, and Plaintiff's remaining demands are extremely burdensome, disproportionate, and not relevant to the claims or defenses. Defendant further stated that, if Plaintiff did not respond, Defendant would consider Plaintiff no longer pursuing those alleged

deficiencies. Since Plaintiff did not respond, Defendant maintains that its production is not deficient.

Depositions

At the March 12, 2026 meet-and-confer, the parties agreed that the deposition of Plaintiff, Mr. Cong Tan, would be scheduled for June 10, 2026, and the deposition of Defendant's witness, Ms. Lijun Zheng, would be scheduled for June 12, 2026. The depositions will take place in Hong Kong. In addition, based on Plaintiff's response to Defendant's deficiency letter, Defendant anticipates seeking depositions of three newly identified individuals whom Plaintiff identified as having knowledge of or involvement in the design and development process: Deng Haichao, Zhou Jianhai, and "Lian," whose full name Plaintiff has not provided.

Respectfully submitted,

DATED: May 8, 2026

By: _____ */s/* _____

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*
CONG TAN

DATED: May 8, 2026

**SHM LAW FIRM**

By: _*/s/ Qianwu Yang*_____

QIANWU YANG
yang@shm.law
YI FANG
Fang.yi@shm.law
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737

Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan, Shenzhen,
China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and Counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's

electronic filing system, which will serve all counsel of record.

Dated: May 19, 2026

_____

Oscar Lam

**ATTESTATION OF SIGNATURE**

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 19, 2026

_____

Oscar Lam