**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Cong Tan

                Plaintiff,

v.
                                   Case No.: 1:25–cv–05003
                                   Honorable John J. Tharp Jr.

Xianghuo, et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Plaintiff's counsel did not appear when case was called at 9:48 a.m. Court inquired about any responsive pleading to amended complaint. Defendant had no information on the nature of any responsive pleading. The Court inquired about personal jurisdiction. See Liu v. Monthly, 170 F.4th 1090 (7th Cir. 2026). Discussion held on status of discovery. Close of fact discovery is set for 6/26/26. Two of the three witnesses Defendants have identified for deposition are no longer able to be contacted by Plaintiff. Court is not inclined to extend fact discovery for any reason barring extraordinary circumstances given the fact that the discovery issues presented have been lingering without any path towards resolution. Defense counsel states that the depositions scheduled for June in Hong Kong will go forward. Status hearing set for 5/28/26 at 9:15 a.m. for docket management. Joint status report due by noon on 5/27/26 setting forth the status of the three remaining depositions sought by Defendants; a detailed status on written discovery and whether any motion is anticipated, though the Court is unlikely to allow one to be filed at this late date; and when a responsive pleading will be filed. The Court notes that to the extent Defendants need leave to file a responsive pleading, a motion must be filed before the district court. See generally Fed. R. Civ. P. 15(a)(3). Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.