UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN, | Case No. 1:25-cv-05003 |
| Plaintiff, | |
| v. | Judge: Hon. John J. Tharp Jr. |
| Dongguan Xianghuo Trading Co., Ltd. | Magistrate Judge: David Weisman |
| d.b.a. XIANGHUO; and | |
| Denghao Qing, | |
| Defendants. | |

**STATUS REPORT**

Pursuant to Dkt. 121, the parties, Plaintiff Cong Tan and Defendant Xianghuo, submit the following status report.

**I. Status of the Case**

**A. Pending Motions**

**Plaintiff's Statement**

Defendant's motion for summary judgment and motion for leave to file answer to Plaintiff's Amended Complaint remains pending. The Court granted Defendant's Motion for Protective Order (Dkt. 95) at Dkt. 114, and Plaintiff's Motion to defer briefing on Defendant's motion for summary judgment (Dkt. 83) at Dkt. 119.

1

**Defendant's Statement**

Defendant's motion for summary judgment (Dkt. 79) remains pending. The Court granted Plaintiff's motion to defer briefing on Defendant's motion for summary judgment (Dkt. 83), and stated that a briefing schedule for the motion for summary judgment will be set after the close of discovery (Dkt. 119). The Court granted Defendant's Motion for Protective Order (Dkt. 95) at Dkt. 114. Defendant filed an unopposed motion for leave (Dkt. 122) to file its Answer to Plaintiff's First Amended Complaint (Dkt. 106).

### B. Progress of Discovery

**Plaintiff's Statement**

Plaintiff anticipates a motion to compel further discovery within the next approximately 2 weeks unless the parties resolve the disagreement regarding Defendant's deficient discovery responses.

The deposition of Plaintiff, Mr. Cong Tan, remains scheduled on June 10, 2026, and the deposition of Defendant's witness, Ms. Lijun Zheng, remains scheduled on June 12, 2026, both in Hong Kong. With respect to the individuals identified in Plaintiff's supplemental interrogatory responses, Plaintiff continues to maintain the position that both Mr. Deng Haichao and "Lian" are no longer reachable despite Plaintiff's reasonable efforts, and Plaintiff does not have the ability to produce them for deposition.

**Defendant's Statement**

Written Discovery

With respect to written discovery, Defendant served a deficiency letter regarding Plaintiff's production on April 15, 2026. Plaintiff served a response and supplemental

production on April 20, 2026. After reviewing that production, Defendant maintains that Plaintiff's responses remain deficient, including as to the materials Defendant requested regarding the conception, creation, ownership, validity-related issues, and design-file history of the asserted design patent. Defendant recently obtained new evidence demonstrating that Plaintiff Cong Tan only holds the asserted patent on behalf of the true beneficial owner. Accordingly, in light of this extraordinary circumstance, Defendant is promptly preparing further deficiency correspondence and may seek targeted relief, including narrowly tailored additional written discovery.

Defendant maintains that its own production is not deficient, and does not presently anticipate filing any motion regarding Plaintiff's alleged deficiencies concerning Defendant's production.

<u>Depositions</u>

The depositions of Plaintiff Cong Tan and Defendant's witness Lijun Zheng remain scheduled for June 10 and June 12, 2026, respectively, in Hong Kong. Defendant no longer seeks the depositions of the three newly identified individuals whom Plaintiff identified as having knowledge of or involvement in the design and development process: Deng Haichao, Zhou Jianhai, and "Lian," whose full name Plaintiff has not provided. Because these individuals cannot presently be located or contacted, Defendant does not presently intend to proceed with those three additional depositions.

### C. Responsive Pleading to the First Amended Complaint

<u>Plaintiff's Statement</u>

Plaintiff does not oppose Defendant's motion for leave to file an Answer to Plaintiff's First Amended Complaint.

Plaintiff reserves all rights to respond to and challenge the Counterclaims on any available grounds, including without limitation by motion to dismiss, motion to strike, answer, or other appropriate response, in accordance with the Federal Rules of Civil Procedure and this Court's orders.

Defendant's Statement

Defendant filed an unopposed motion for leave to file its Answer to Plaintiff's First Amended Complaint instanter on May 27, 2026, and attached its proposed answer to that motion. Accordingly, Defendant's position is that the responsive pleading issue has been presented to the District Court for resolution. Defendant will proceed in accordance with the District Court's ruling on that motion.

Respectfully submitted,

DATED: May 27, 2026

By: __/s/Zheng Liu___ _____
Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*
CONG TAN

DATED: May 27, 2026

**SHM LAW FIRM**

By: __/s/ Qianwu Yang_____
QIANWU YANG
yang@shm.law
YI FANG
Fang.yi@shm.law
3000 El Camino Real
Building 4, Suite 200

Palo Alto, CA 94306
Telephone: (650) 613-9737
Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan, Shenzhen,
China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and Counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: May 27, 2026

_____
Oscar Lam

## ATTESTATION OF SIGNATURE

The other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 27, 2026

_____
Oscar Lam

5