**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

                    Plaintiff,

v.                                                      Case No.: 1:25–cv–05003
                                                       Honorable John J. Tharp Jr.

Xianghuo, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 28, 2026:

        MINUTE entry before the Honorable M. David Weisman: Magistrate Status hearing held. Discussion held on issues raised in the joint status report, including next steps after two depositions in Hong Kong are completed. Defendant has information that Cong Tan may not be the real party in interest and motion practice may follow as a result; Defendant will seek more information on this issue at the June 10, 2026 deposition of Mr. Tan. Defendant's unopposed motion to answer the amended complaint is pending before the district court. If Cong Tan is not the proper party in interest, Plaintiff agrees it may be an issue, but Plaintiff's counsel disagrees with the factual premise. Page 2 of the JSR, Plaintiff anticipates a motion to compel regarding Defendant's purportedly deficient discovery responses. Meet and confers on all written discovery issues to be completed by 6/5/26. Status hearing set for 6/17/26 at 9:15 a.m. Joint status report due by noon on 6/15/26 setting forth status of real–party–in–interest issue and any lingering issues on written discovery. Any issues regarding written discovery that are not raised will be considered fully resolved. Expert discovery dates will be set after written discovery issues are resolved. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.