# EXHIBIT 1

（19）**国家知识产权局**





（12）**外观设计专利**

（10）授权公告号 CN 307420904 S

（45）授权公告日 2022.06.28

（21）申请号 202230159296.7

（22）申请日 2022.03.25

（73）专利权人 张友良
　　地址 318020 浙江省台州市黄岩区高桥街
　　　　　道高桥头街13号

（72）设计人 张友良

（74）专利代理机构 浙江永鼎律师事务所 33233
　　专利代理师 陆永强

（51）LOC(13)CI.
　　06-04

图片或照片 24 幅 简要说明 1 页

（54）使用外观设计的产品名称
　　折叠收纳箱



设计1立体图

CN 307420904 S



设计1主视图



设计1俯视图



设计1后视图



设计1仰视图



设计1左视图



设计1立体图



设计1右视图



设计1折叠状态图

# 外观设计图片或照片



设计2主视图



设计2俯视图



设计2后视图



设计2仰视图



设计2左视图



设计2立体图



设计2右视图

设计2折叠状态图

CN 307420904 S                    外观设计图片或照片                    3/3 页



设计3主视图



设计3俯视图



设计3后视图



设计3仰视图



设计3左视图



设计3立体图



设计3右视图



设计3折叠状态图

4

CN 307420904 S　　　　　　　　　　　简　要　说　明　　　　　　　　　　1/1 页

1.本外观设计产品的名称:折叠收纳箱。

2.本外观设计产品的用途:用于收纳衣物、玩具等物品。

3.本外观设计产品的设计要点:在于形状。

4.最能表明设计要点的图片或照片:设计1立体图。

5.指定设计1为基本设计。