# EXHIBIT 1-1

Machine Translated by Google

(19) State Intellectual Property Office



# (12) Design patent



(10) Authorization Announcement No. CN 307420904 S

(45) Authorization Announcement Date 2022.06.28

(21) Application No. 202230159296.7

(22) Application date: March 25, 2022

(73) Patentee Zhang Youliang's

address is No. 13 Gaoqiaotou Street, Gaoqiao Street, Huangyan District,

Taizhou City, Zhejiang Province, 318020

(72)Designed by Zhang Youliang

(74) Patent Agency Zhejiang Yongding Law Firm 33233 Patent Agent Lu Yongqiang

(51)LOC(13)Cl.

06-04

24 pictures or photos 1 page of brief description

(54) Folding Storage Box using the product name

of the design



Design 1 Stereograph

Machine Translated by Google

# Design images or photos

CN 307420904 S

1/3 page



Design 1 Main View



Design 1 top view



Design 1 rear view



Design 1 bottom view



Design 1 Left View



Design 1 Stereograph



Design 1 right view



Design 1 Folding State Diagram

2

Machine Translated by Google

Design images or photos

CN 307420904 S



Design 2 Main View



Design 2 top view



Design 2 rear view



Design 2 bottom view



Design 2 Left View



Design 2 Stereograph



Design 2 right view



Design 2 Folding State Diagram

3

Machine Translated by Google

# Design images or photos

CN 307420904 S



Design 3 Main View



Design 3 top view



Design 3 rear view



Design 3 bottom view



Design 3 Left View



Design 3 Stereograph



Design 3 right view



Design 3 Folding State Diagram

4

Machine Translated by Google

## Brief Description

CN 307420904 S

1. Name of this design product: Folding Storage Box. 2.

Purpose of this design product: For storing clothing, toys, and other items. 3. Key

design element of this design product: Shape. 4. Image or

photograph that best illustrates the key design element: 3D image of Design

1. 5. Design 1 is designated as the base design.