# EXHIBIT 3-1

9:38   ..Il 5G 4



# Ricardo.M.Tan 👤

Nickname: Ricardo.M.Tan

WeChat ID: a958709379

Region: Changsha, Hunan

friend information ›

Telephone  17716799539

Moments ›

 send message

 Voice/video call

9:40



# Ricardo.M.Tan

I'm Jam

The above is a greeting message.

 I've accepted your friend request. We can start chatting now.

 Hello, you are

May 11, 4:41 PM

Hello Mr. Tan, this is A-Zhen from the Zhonggang side. I tried to contact you through WeChat Work but found out you've resigned. You used to order goods from us.

 oh hello

We'd like to discuss purchasing this US patent with you. Are you interested in making an offer? Shall we discuss it?



9:40 ☾ ‖‖ 5G 2

< **Ricardo.M.Tan** ⋯



FIG. 1

U.S. Patent

My customers are buying goods from me, and you're in litigation. I think it's pointless. Could you give me a chance to purchase the patent from you?



May 12, 3:00 PM

Mr. Tan, since you personally hold the patent, if you lose, you'll bear all the legal responsibility. And since you've already left the company, there's no need for you to waste your energy on this. It's indeed meaningful for me to hold this patent; why don't you talk to me about it?





I'm holding the patent on behalf of someone else; there's an agreement, so it's not up to me to decide. Contacting me won't help.

May 12, 3:06 PM

Could you please pass on this message for me? You must reply to the invalid one before June 10th. If you forward it to me, I can still try to reach a settlement with the invalid party.



