# EXHIBIT 4

薪酬体系保密协议

甲方(用人单位)　　　　　　　　　　　乙方(员工)

名称 深圳市泰韦斯科技有限公司

住所 深圳市宝安区航城街道

联诚发声光电智慧产业园A栋3楼

法定代表人　　　张奇峰

主要负责人　　　张奇峰

联系电话　　18618166228

姓名　　　谭聪

性别　　　男

身份证　　430224199802223613

户籍地址 湖南省株洲市攸县花甲村打铁门楼

现住地址 广东省深圳市宝安区新桥街道屋莹华庭

联系电话　17716799539

　　根据《中华人民共和国劳动法》(以下简称《劳动法》)、《中华人民共和国劳动合同法》(以下简称《劳动合同法》)、《深圳市员工工资支付条例》(以下简称《工资支付条例》)等有关法律法规的规定,甲乙双方遵循合法、公平、平等自愿、协商一致、诚实信用的原则,签订本劳动合同,共同遵守本劳动合同所列条款。

## 一、劳动合同期限

(一)甲乙双方同意按以下第 1 种方式确定本劳动合同期限。

1、有固定期限:从 2022 年 5 月 25 日起至 2025 年 5 月 24 日止。

2、无固定期限:从 ／ 年 ／ 月 ／ 日起。

3、以完成一定工作任务为期限:从 ／ 年 ／ 月 ／ 日起至 ／ 工作任务完成时止。完成工作任务的标是 ／ 。

(二)试用期为 3个月 ,从 2022 年 5 月 25 日起至 2022 年 8 月 24 日止。(试用期包括在劳动合同期限内,如无试用期,则填写"无")。

## 二、工作内容和工作地点

乙方的工作内容(岗位或工种) 运营助理 。

乙方的工作地点 公司所在地及出差地、委派地 。

乙方必须按照甲方确定的岗位责任,按时、按质、按量完成工作任务。在合同有效期内,乙方同意甲方根据公司业务需要以及乙方技能、工作业绩等,可以调整乙方的工作岗位、工作内容和工作地点。

## 三、工作时间和休息休假

(一)甲乙双方同意按以下第 1 种方式确定乙方的工作时间。

1、标准工时制,即每天工作 8 小时(不超过48小时),每周至少休息一日。

2、不定时工作制,即经人力资源保障(劳动)部门批准,乙方所在岗位实行不定时工作制。

3、综合计算工时工作制,即经人力资源保障(劳动)部门批准,乙方所在

Tan 20

附件4：保密协议；

注：包含以上附件，但不限于以上附件。



甲方：（盖章）

乙方签名：（按手印）

法定代表人：张奇峰

（主要负责人）

2022 年 5 月 25 日

2022 年 5 月 25 日

本人签收人：谭聪

签收日期：2022.5.25

Tan 21

# 劳 动 合 同

**甲方（用人单位）**

名称：____深圳恒创家居有限公司____

地址：____深圳市宝安区航诚街道联诚发产业园金星楼4楼401____

法定代表人（或主要负责人）：____张奇峰____

**乙方（劳动者）**

姓名：__谭聪__ 性别：____男____ 联系电话____17716799539____

居民身份证号码：____430224199802223613____

户籍所在地住址：____湖南省株洲市茶陵县枣市镇花甲村花门楼____

甲乙双方根据《中华人民共和国劳动法》、《中华人民共和国劳动合同法》以及有关法律法规和规章的规定，在平等自愿、协商一致的基础上，订立本劳动合同，共同遵守本合同所列条款。

## 一、劳动合同类型和期限

第一条　甲、乙双方选择以下第____（一）____种形式确定本合同期限：

（一）固定期限：自_2023_年_7_月_1_日起至_2026_年_6_月_30_日止，其中试用期自____/____年____月_/_日至__/__年_/_月___日。

（二）无固定期限：自__/__年_/_月_/_日起至法定的终止条件出现时止，其中试用期自__/__年_/_月_/_日至__/__年_/_月_/_日。

（三）以完成一定工作任务为期限。自__/__年_/_月__/_日起至工作任务完成时止，工作任务约定为____/____；

## 二、工作内容和工作地点

第二条　根据甲方工作需要，乙方同意从事_____岗位（工种）工作，工作地点为____深圳____。甲方可以根据工作的需要及乙方的身体情况、工作能力、工作表现，调整乙方的职务、工作岗位，并根据甲方的效益情况、乙方的工作贡献等调整乙方的工资。

第三条　乙方应按照甲方的要求，按时完成规定的工作数量，达到规定的工作要求。

## 三、工作时间和休息休假

第四条　乙方实行以下第____（一）____种工作制。

（一）实行标准工时工作制的。甲方安排乙方每日工作时间不超过八小时，每周不超过四十四小时。甲方由于工作需要，经与工会和乙方协商后可以延长工作时间，一般每日不得超过一小时，因特殊原因需要延长工作时间的，在保障乙

Tan 22

争议发生之日起一年内向深圳市　　　劳动争议仲裁委员会申请仲裁。对仲裁裁决不服的，可以向人民法院提起诉讼。

第四十条　本合同一式二份，甲乙双方各执一份。

双方在签订本合同前，应认真阅读本合同。甲乙双方的情况应如实填写，本合同一经签订，即具有法律效力，双方必须严格履行！



甲方（盖章）：

法定代表人或委托代理人（签字）：

2023 年 7 月 1 日

乙方（签名并捺印）：潭聪

2023 年 7 月 1 日

Tan 23