# EXHIBIT 4-1

Salary system for protecting oil extraction

## Party A (Employer)

Name: Shenzhen Taiweis Technology Co., Ltd.

Address: Hangcheng Street, Bao'an District, Shenzhen

3rd Floor, Building A, Liancheng Optoelectronic Smart Industrial Park

legal representative     Zhang Qifeng

Main person in charge     Zhang Qifeng

## Contact     number: 18618166228

Party B (employee)

Name: Cong Tan

gender     male

ID card     number 430224199802223613

Registered address: Huajia Village, Chaling County, Zhuzhou City, Hunan Province

Current address: Shenghua Garden, Bao'an District, Shenzhen, Guangdong Province

Contact number: 17716799539

In accordance with the provisions of the Labor Law of the People's Republic of China (hereinafter referred to as the "Labor Law"), the Labor Contract Law of the People's Republic of China (hereinafter referred to as the "Labor Contract Law"), the Shenzhen Municipal Employee Wage Payment Regulations (hereinafter referred to as the "Wage Payment Regulations"), and other relevant laws and regulations, Party A and Party B, adhering to the principles of legality, fairness, equality, voluntariness, mutual agreement, and good faith, hereby enter into this labor contract and agree to abide by the terms and conditions listed herein.

### 1. Labor contract term

(a) Both parties agree to determine the term of this labor contract in the following manner (a) 1.

1. Fixed term: from May 25, 2022 to May 24, 2025.

2. No fixed term: From / /.

3. A deadline is set for completing a specific from / / until the task / is completed. The objective of completing the work task is...     /     。

(ii) The probationary period is 3 months, from May 25, 2022 to August 24, 2022. (The probationary period is included in the term of the employment contract. If there is no probationary period, please fill in "None").

### II. Job Content and Work Location

Job duties (position or job type) of Party B:     Operations Assistant.

The second party's work location is the     company's location, business trip location, and place of assignment.     。

Party B must complete work tasks on time, with quality, and in quantity, in accordance with the job responsibilities determined by Party A. During the term of this contract, Party B agrees that Party A may adjust Party B's job position, job content, and work location based on the company's business needs and Party B's skills and work performance.

### 3. Working hours, rest and vacations

(a) Both parties agree to determine the working hours of Party B in the following first method.

1. Standard working hours system, that is, 8 hours of work per day (not exceeding 48 hours), and at least one day off per week.

2. Flexible working hours system, that is, with the approval of the human resources and social security (labor) department, the employee's position is subject to a flexible working hours system.

3. Comprehensive working hour system, that is, with the approval of the human resources and social security (labor) department, the working hour system of Party B's workplace...

Tan 20

Appendix 4: Confidentiality Agreement;

Note: Includes, but is not limited to, the above attachments.



甲方：（盖章）

法定代表人：张奇峰

（主要负责人）

2022 年 5 月 25 日

乙方签名：（按手印）

2022年5月25日

本人签收人：　　　　　　　　签收日期：2022.5.25

Tan 21

# labor contract

## Party A (Employer)

Name: Shenzhen Hengchuang Home Furnishings Co., Ltd.

Address: Room 401, 4th Floor, Jinxing Building, Lianchengfa Industrial Park, Hangcheng Street, Bao'an District, Shenzhen

Legal representative (or principal): Zhang    Qifeng

## Party B (the employee)

Name: Cong Tan    Gender:    male    Contact number: 17716799539

Resident ID card number:    430224199802223613

Registered residence address: Huajia Caicai, Jieshang Town, Chaling County, Zhuzhou City, Hunan Province; gatehouse

Based on the provisions of the "Labor Law of the People's Republic of China", the "Labor Contract Law of the People's Republic of China" and other relevant laws, regulations and rules, Party A and Party B, on the basis of equality, voluntariness and mutual agreement, hereby enter into this labor contract and agree to abide by the terms listed herein.

## I. Types and Term of Employment Contracts

Article 1. Both Party A and Party B choose the following method (a) to determine the term of this contract;

(I) Fixed term: from July 1, 2023 to June 30, 2026, of which the probationary period is from / / to / /.

(ii) No fixed term: from / / until the statutory termination conditions occur, of which the probationary period is from / / to / /.

(iii) The time limit is based on the completion of a specific work task. The period is from / / until the completion of the work

The deadline for completion is /

## II. Job Content and Work Location

Article 2. Based on the work needs of Party A, Party B agrees to perform _____ the work of __ position (job type), with the work location being Shenzhen. Party A may adjust Party B's position and job posting according to work needs, Party B's physical condition, work ability, and work performance, and adjust Party B's salary based on Party A's performance and Party B's work contributions.

Article 3 Party B shall complete the prescribed work quantity and meet the prescribed work requirements in accordance with Party A's requirements on time.

## 3. Working hours, rest and vacations

Article 4 The second party shall implement the following work system (i).

( — ) The standard working hours system applies. Party A shall arrange for Party B to work no more than eight hours per day and no more than forty-four hours per week. Party A may extend working hours due to work needs, after consultation with the labor union and Party B, generally not exceeding one hour per day. In the event of special circumstances requiring an extension of working hours, Party B's working hours shall be guaranteed.

Tan 22

If I am dissatisfied with the decision, I may file a

Shenzhen Labor Dispute Arbitration Committee within one year from the date the dispute arose.

lawsuit in the People's Court or apply for arbitration with the

Article 40 This contract is made in duplicate, with each party holding one copy.

Both parties should carefully read this contract before signing. The information provided by both parties should be filled in truthfully. Once signed, this contract has legal effect, and both parties must strictly abide by it!



甲方（盖章）：

法定代表人或委托代理人（签字）：

2023 年 7 月 1 日

乙方（签名并捺印）：

2023 年 7 月 1 日

Tan 23