## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Cong Tan

        Plaintiff,

v.

        Case No.: 1:25−cv−05003
        Honorable John J. Tharp Jr.

Xianghuo, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 17, 2026:

     MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held on issues in joint status report. Regarding discovery on Defendant's request for discovery as to whether Plaintiff is the actual owner of the patent, Plaintiff does not believe additional discovery is necessary. Defendant seeks another deposition of Mr. Tan and intends to file a motion to compel seeking another deposition of Mr. Tan and documents discussed at Mr. Tan's deposition. Defendant states he will send a request for production regarding the documents mentioned at Mr. Tan's first deposition. Defendant states these documents were not requested earlier while Plaintiff states they were. Defendant to serve any additional requests for production by 6/23/26. Parties to meet and confer on questions asked at the deposition regarding payment of attorney's fees, which must be completed by 7/12/26. Status hearing set for hearing set for 7/16/26 at 9:15 a.m. Joint status report due 7/14/26 setting forth whether finalized transcript on Mr. Tan's deposition; whether parties will proceed with motion(s) to compel and a proposed briefing schedule; whether Plaintiff has responded to Defendant#039;s additional request for production and date of response or anticipated date of response; and any other issues the parties wish to raise. Parties may appear in person or dial in using the Court's conference call−in number. The conference call−in number is 1−855−244−8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.