**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

        Plaintiff,

v.

Xianghuo, et al.

        Defendant.

Case No.: 1:25–cv–05003
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 16, 2026:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion on joint status report. Regarding individual named "Jay" hired by defense counsel whose information Plaintiff seeks, Defendant asserts there is no relationship. Plaintiff may file a motion of no more than 7 pages by 7/24/26 regarding any necessary relevant discovery to address Defendant's claim that Plaintiff is not the true owner, attach the deposition transcript as necessary, and identify additional discovery Plaintiff seeks; Plaintiff shall also address why Plaintiff needs discovery on Defendant's theory that Plaintiff is not the true patent owner. Counsel attempted to have a meet and confer but there was a lack of mutual understanding as to the time zone. Parties to meet and confer on 7/24/26 at 7 a.m. Central Daylight Savings time; any and all outstanding discovery issues shall be discussed at that time, including questions on how the deposition was conducted and whether a follow–up deposition needs to be taken, additional written discovery served by Defendants and Plaintiff must serve responses by the due date. Any motions to compel on outstanding discovery issues due 7/31/26, response due 8/14/26, no reply. Motions are limited to 10 pages. Ruling set for 9/1/26 at 9:30 a.m. Parties may appear in person or dial in using the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.