IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONG TAN,<br><br>               Plaintiff,<br><br>v.<br><br>XIANGHUO,<br><br>               Defendants. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br><br>Magistrate Judge David Weisman |

**DECLARATION OF ZHENG LIU IN SUPPORT OF
PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY RESPONSIVE TO
DEFENDANT'S BELATED LACK OF PATENT OWNERSHIP ARGUMENT**

Pursuant to 28 U.S.C. § 1746, I, Zheng Liu, submit this Declaration in Support of Plaintiff's Motion for Additional Discovery Responsive to Defendant's belated lack of patent ownership argument.

1. I am the counsel of record for Plaintiff Cong Tan in the matter captioned *Tan v. Xianghuo*, No. 25-cv-05003 (N.D. Ill. filed May 6, 2025). The following statements are based on my personal knowledge, and I am competent to testify to the matters stated herein.

2. On July 7, 2025, Defendant appeared in this case.

1

3. On September 26, 2025, at the 26(f) conference, Defendant insisted on a June 26, 2026 deadline for close of fact discovery.

4. On October 16, 2025, the Court adopted Defendant request and fixed the close of discovery at June 26, 2026. Dkt. 50.

5. In February, 2026, the parties fixed the depositions of their witnesses on June 9 and 11, 2026.

6. On June 1, 2026, Defendant filed a first amended answer—for the first time— asserting the affirmative defense that Plaintiff is not an owner of the Patent-in-suit. Defendant asserts that several screenshots between an animus person and Plaintiff Patent Owner proved that Plaintiff is not an owner of the Patent-in-suit. During a meet and confer call, Defendant informed Plaintiff that this alleged witness is called "Weizhen Zhang" but refused to provide any other information (e.g. the contact information) of this alleged witness.

7. During the June 11, 2026 deposition of Defendant's 30(b)(6) representative, Defendant admitted it obtained the screenshots from a third party. But when asked about how it obtained the screenshots from this third party, Defendant first answered that this alleged witness is in fact not "Weizhen Zhang" (as its counsel had previously claimed) but rather is called "J." Defendant then abruptly asserted attorney-client privilege: its lead counsel Mr. Qianwu Yang asserted the person "J" was directed by his law firm to forward the

screenshots to Defendant. *See* Exhibit A (excerpt of Defendant's deposition transcript).

8. Following Mr. Yang's assertion of attorney-client privilege, Defendant refused to answer any questions about the foundation of the screenshots at issue.

9. Thus far, Plaintiff is unable to located this allege witness first called "Weizhen Zhang" and then "J." Plaintiff is also unable to test the foundation of the screenshots at issue through any other means, because Defendant has refused to release any other information about this "Weizhen Zhang" or "J" witness..

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 24, 2026.                                    Respectfully submitted,


                                                  ____/s/ Zheng "Andy" Liu_
                                                     Zheng "Andy" Liu

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which in turn sent notice to all

counsel of record.

/s/ *Zheng "Andy" Liu*
Zheng "Andy" Liu
Tel.: (650) 475-6289