# EXHIBIT A

MR. YANG: Objection. Vague.

THE INTERPRETER (FOR THE WITNESS): All my previous answers were based on one condition, which was the document was provided by my company without any editing. And how am I able to tell this WeChat ID belongs to Mr. Tan, I'm relying upon the image, and that is the main characteristics.

BY MR. LIU:

Q   Okay.  Have you talked to Mr. Tan on WeChat yourself?

A   No.

Q   Then how do you know that's Mr. Tan's WeChat ID?

A   Like I just said, if this document before my eyes was provided by my company, pretty sure I have previously seen this.

Q   Okay.  Who told you that was Mr. Tan's WeChat ID?

A   That is a friend of mine.

Q   What's a friend of mine's name?

A   My friend's name -- we all call him or her J.

Q   How do you spell that?

A   J as in Jack.  J as in Jack.

Q   So his name is just letter J; right?

A   That's how we refer him, how we call him.

Page 28

Q    Okay.  Do you know his legal name?

MR. YANG:  Objection.  Beyond the scope of the -- beyond the scope.

BY MR. LIU:

Q    Answer the question.

A    I don't remember right this moment.

Q    So did you ever know J's legal name at all?

MR. YANG:  Objection.  Beyond the scope.

BY MR. LIU:

Q    Answer.

A    Well, because usually whenever we communicate with him, we always call him J.  And that has been going on always.  So I have trouble remembering his full legal name.

Q    So how long do you know J?  How many --

THE OFFICER:  What came after "How do you know J?  How long did you know J?"

MR. LIU:  How many years?

THE OFFICER:  Thank you.

MR. YANG:  Objection.  Beyond the scope.  Irrelevant.

BY MR. LIU:

Q    Answer.

A    I don't quite remember the time, how long I have known J.

Page 29

Q    Is J a employee of your company?

A    No.

Q    Which company does J work for?

MR. YANG:  Objection.  Beyond the scope.

Irrelevant.

BY MR. LIU:

Q    Answer.

A    I'm not sure.  I'm not clear.  I think we have not mentioned the company that J worked for.

Q    Okay.  What's J's home address?

MR. YANG:  Objection.  Beyond the scope.

Irrelevant.

BY MR. LIU:

Q    Answer.

A    I don't know about that.

Q    What's J's work address?

MR. YANG:  Objection.  Beyond the scope.

Irrelevant.

BY MR. LIU:

Q    Answer.

A    I think it's either in Shenzhen or in Guang Zhou.  Not too sure where exactly he is because he comes -- he goes back and forth between the two locations.

Q    J goes back and forth between the two

Page 30

locations for what purpose?

THE INTERPRETER:  For -- I'm sorry. What's the last word?

MR. LIU:  For what purpose?

MR. YANG:  Objection.  Beyond the scope. Calls for speculation.

BY MR. LIU:

Q    Answer.

A    I have never asked him that question.

Q    So J provided this document to your company; correct?

A    Correct.

Q    When did J provide this document to company, which month and date?

MR. YANG:  Objection.  Beyond the scope. Calls for speculation.

BY MR. LIU:

Q    Answer.

A    I'm sorry.  I don't quite remember the exact date.

Q    Okay.  Which month?

A    It's pretty close months.  I just don't remember which month exactly that is.

Q    Did J just give this file directly to you or somebody else at your company?

Page 31

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer.

A I -- I think he handed this -- turned this to the company, our company.

Q Which person he turned the file to?

A If I didn't remember this incorrectly, J forwarded it to me. And I in turn forward it to the attorney.

Q How did J forward this file to you; by email, by fax, by message? How did he do that?

MR. YANG: Objection.

THE OFFICER: I didn't hear the objection.

MR. YANG: Objection. Objection. This answer will be privileged. So I'll instruct the witness not answer.

MR. LIU: How is that privileged --

THE OFFICER: Hang on, counsels, please. One at a time. I didn't hear -- I think I heard "How is that privileged?" I didn't hear anything after that.

MR. LIU: The witness testified the file was sent to her by J. Then the witness forwarded the file to your team. I'm asking how J forwarded the file to the witness. How is that privileged?

Page 32

MR. YANG: Because all the actions you just described were under the counsel's direction.

MR. LIU: So -- okay. So you're saying on record your company hired J to get the image; correct? That's what you said?

MR. YANG: You are making a false statement, Mr. Liu.

MR. LIU: So what -- I said are you making? You're saying it's under your direction. So which part was done under your direction?

MR. YANG: After --

MR. LIU: -- between?

MR. YANG: After we learned about such a shocking communication, we asked the client.

THE OFFICER: We asked who? Oh, the client. Sorry.

MR. YANG: Yeah. We asked client to provide that relevant documents.

MR. LIU: Okay. The document was sent to Ms. Zheng first. Then you learned about it; correct? Go ahead.

THE OFFICER: I didn't -- I'm sorry. Sorry. They what; correct?

MR. YANG: One moment. So --

MR. LIU: The file was sent to Ms.

Page 33

Witness by J. And then counsel supposedly learned about this file afterwards. That's what counsel said; right?

MR. YANG: I think, Mr. Liu, my objection is well preserved, and your objection is preserved as well. And now I think this end of this discussion. And the witness is instructed not to answer this question because it is privileged.

MR. LIU: I don't think so because you said that is first --

MR. YANG: That is your position. You can --

MR. LIU: Let me state this on record. Okay?

Counsel Yang stated his company learned about the communication after J told the communication -- told to Ms. Witness. And then Counsel Yang asked Mr. J to send the file to Ms. Zheng. That's what counsel is saying. But then the document itself was forwarded by J to Ms. Witness before the counsel learned that. Therefore, it's not privileged.

Your turn.

MR. YANG: For the record, Counsel, you are misstating my position. So my position is the question you just asked is about privileged information because the relevant thought -- the relevant

Page 34

communication was under the direction of counsel.

MR. LIU: You need to explain. What do you mean by under direction of counsel? What do you mean by relevant?

MR. YANG: You have no right to examine opposing counsel. And I think you are wasting time.

MR. LIU: That's -- I don't understand --

THE OFFICER: I think you were missing what?

MR. YANG: Pardon?

THE OFFICER: I didn't hear what you said. "I think you are" --

MR. YANG: Sorry. Sorry. I said you are wasting your time.

THE OFFICER: Thank you.

MR. LIU: Is that all? That's all?

MR. YANG: It's on the record.

BY MR. LIU:

Q Ms. Witness, do you recognize this phone number?

THE INTERPRETER: Do you recognize --

BY MR. LIU:

Q 1 (771) 679-9539.

MR. YANG: Objection. Calls for speculation.

Page 35