# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CONG TAN,

        Plaintiff,

    v.

Dongguan Xianghuo Trading Co., Ltd.

d.b.a. XIANGHUO; and

Denghao Qing,

        Defendants.

Case No. 1:25-cv-05003

Judge: Hon. John J. Tharp, Jr.

Magistrate Judge: M. David Weisman

## DEFENDANT'S STATUS REPORT

Defendant and Counterclaimant Xianghuo ("Xianghuo") submits this status report pursuant to the Court's July 16, 2026 Order. Dkt. 131 (ordering the parties to participate in a video conference meet and confer on July 24, 2026, at 7:00 a.m. Central Time, coordinated by local counsel, and directing that any unresolved issues be addressed in motions filed by July 31, 2026.)

On July 21, 2026, Xianghuo's local counsel, Mr. James Judge, circulated a Microsoft Teams invitation to Plaintiff's counsel, Mr. Zheng Liu. On July 24, Xianghuo's counsel, Mr. James Judge, Mr. Qianwu Yang, and Mr. Yi Fang, joined the Microsoft Teams conference at 7:00 a.m. as scheduled and remained in the conference for approximately twenty-five minutes awaiting for

1

Mr. Zheng Liu. Mr. Zheng Liu did not join during that period. Mr. Zheng Liu later emailed local counsel: "My bad. I over-slept a little. DO you have time to talk right now?" See Exhibit A.

Plaintiff served responses to Xianghuo's additional written discovery on July 23, 2026. Plaintiff's responses to Xianghuo's Interrogatories and Requests for Production contain only boilerplate statements that the responding party "will produce the requested documents on a rolling basis" or directing Xianghuo to "[p]lease see the documents produced or to be produced". Plaintiff failed to answer any of Xianghuo's second-round Interrogatories or produce any documents responsive to Xianghuo's second-round Requests for Production. These discovery failures violate at least Rules 33 and 34 of the Federal Rules of Civil Procedure. Xianghuo intended to address these discovery violations during the Court-ordered meet and confer, but the parties could not discuss them because Plaintiff's counsel did not join the conference.

DATED: July 29, 2026

**SHM LAW FIRM**

By:   _/s/ Qianwu Yang_  
    QIANWU YANG  
    yang@shm.law  
    YI FANG  
    Fang.yi@shm.law  
    1220 W. Barkley Ave.  
    Orange, CA 92868  
    Telephone: (650) 613-9737  
    Telephone: +86 139 2521 2009  

    Jing Chen  
    chenjingitc@lantai.cn  
    LANTAI PARTNERS (QIANHAI) LAW FIRM  
    T1-702A, Qianhai Kerry Centre, Qianhai Blvd,  
    Qianhai Shenzhen-Hong Kong Modern Service  
    Industry Cooperation Zone, Nanshan, Shenzhen,  
    China 518052  
    Telephone: +86 135 2872 3799

*Attorneys for Defendant and Counterclaimant*
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: July 29, 2026

*/s/ Yi Fang*
Yi Fang