# EXHIBIT A

Yi Fang                                                                  2026/07/27 Mon 17:24

**Re: Court-Ordered Meet and Confer regarding outstanding discovery issues**

发件人    Liu, Zheng<bjliuzheng@gmail.com>

收件人    James Judge<jjudge@fleneriplaw.com>

抄送人    方易<fang.yi@shm.law>,杨乾武律师<yang@shm.law>,Andy.Liu<andy.liu@aptumlaw.us>,
         Zareefa Flener<zflener@fleneriplaw.com>,Ying Chen<ying@fleneriplaw.com>,Mikhail Bina<mbina@fleneriplaw.com>

时间      2026年07月24日 周五 20:47

Hello James,

My bad. I over-slept a little. DO you have time to talk right now?

On Tue, Jul 21, 2026 at 11:42 AM James Judge <jjudge@fleneriplaw.com> wrote:

---

### Microsoft Teams meeting

**Join:** https://teams.microsoft.com/meet/237892792696587?p=2ohk7pqXNuVk3SZhBQ

Meeting ID: 237 892 792 696 587

Passcode: zN95nA3k

---

Need help? | System reference

### Dial in by phone

+1 929-777-2492,,173574097#   United States, New York City

Find a local number

Phone conference ID: 173 574 097#

For organizers: Meeting options | Reset dial-in PIN

---