**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CONG TAN,<br><br>        Plaintiff,<br><br>   v.<br><br>XIANGHUO,<br><br>        Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |

**PLAINTIFFS' STATUS REPORT RE DISCOVERY**

Defendant status report (dkt. 133) violates Rule 11, because it is factually false.

First, Plaintiff has reached out to Defendant's various counsels over 20 times regarding the court-ordered meet and confer, but none of Defendant's five attorney's on this case responded once. Below is what happened:

1. Defendant's appearance counsel, Mr. James Judge never responded to Plaintiff's four meet and confer emails (Exhibit A.), the five calls to his office at (312) 724-8874, and voice mails left at this office number. Mr. Judge does not have any other phone number listed on his firm's website or Illinois State Bar.

2. Defendant's "real" counsel of record, Mr. Qianwu Yang has also never responded to Plaintiff's four meet and confer emails (Exhibit A.), the *twenty some calls* to his office at (650) 613-9737. Mr. Yang does not have any other U.S. phone number listed on his firm's website or California State Bar. Plaintiff has also stopped by once at Mr.

1

Qianwu Yang's registered office address wit the California State Bar, trying to meet Mr., Yang in person. but it was a WeWork address; the undersigned was told Mr. Yang is never there. Plaintiff has further tried to meet Qianwu Yang at an office address registedd in his email signature (1220 W. Barkley Ave., Orange, CA 92868) but was told that it was a warehouse and no one knows who Mr. Qianwu Yang is.



The State Bar of California

Public ˅    Legal Professionals ˅    Admissions ˅    Access to Justice ˅    About Us ˅

## Attorney Profile

## Qianwu Yang #336610

**License Status: Active**

Address: SHM Law Firm, 3000 El Camino Real, Building 4, Suite 200, Palo Alto, CA 94306
Phone: Not Available | Fax: Not Available
Email: yang@shm.law | Website: www.shm.law
More about This Attorney ▾

3.  Defendant's drafting counsel, Mr. Yi Fang has also never responded to Plaintiff's four meet and confer emails (Exhibit A.). Mr. Yang does not have any other U.S. phone number listed on his firm's website or California State Bar. Plaintiff has also stopped by once at Mr. Fang's registered office address with the California State Bar, trying to meet Mr., Fang in person. but it was a Shanghai, China address.

2

Second, even though the undersigned miss the meet and confer conference by a few minutes, Defendant's intentional refusal to cooperate and factually-false status report (dkt 133) is pure bad faith.

Date: July 24, 2026.        Respectfully submitted,

                                      /s/ Zheng "Andy" Liu

                                      Zheng "Andy" Liu

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

/s/ *Zheng "Andy" Liu*

Zheng "Andy" Liu

Tel.: (650) 475-6289