# EXHIBIT A

Case: 1:25-cv-05003 Document #: 134-1 Filed: 07/29/26 Page 2 of 3 PageID #:1781

 Gmail

Andy Liu <bjliuzheng@gmail.com>

## Court-Ordered Meet and Confer regarding outstanding discovery issues

**Liu, Zheng** <bjliuzheng@gmail.com>
Tue, Jul 28, 2026 at 11:35 AM
To: James Judge <jjudge@fleneriplaw.com>
Cc: 方易 <fang.yi@shm.law>, 杨乾武律师 <yang@shm.law>, "andy.liu@aptumlaw.us" <andy.liu@aptumlaw.us>, Zareefa Flener <zflener@fleneriplaw.com>, Ying Chen <ying@fleneriplaw.com>, Mikhail Bina <mbina@fleneriplaw.com>

Good morning James,

Please let me know which days this week work for you and your team, I will make myself available.

> On Fri, Jul 24, 2026 at 5:25 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> Good evening James,
>
> Please let me know which upcoming weekdays next week work for you and your team, I will make myself available.

> On Fri, Jul 24, 2026 at 5:54 AM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> Good morning James,



> I am in the Microsoft Teams meeting now, and I have also called your firm's phone number and left a message.
>
> When you get a chance please get back to me at 650-475-6289 or Andy.Liu@aptumlaw.us.
>
> Thanks a lot.

> Thank you.
>
> Andy Liu
> *Attorney*
> *Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*

On Tue, Jul 21, 2026 at 11:42 AM James Judge <jjudge@fleneriplaw.com> wrote:

_____

## Microsoft Teams meeting

## Join: https://teams.microsoft.com/meet/237892792696587?p=2ohk7pqXNuVk3SZhBQ

Meeting ID: 237 892 792 696 587

Passcode: zN95nA3k

Need help? | System reference

## Dial in by phone

+1 929-777-2492,,173574097#   United States, New York City

Find a local number

Phone conference ID: 173 574 097#

For organizers: Meeting options | Reset dial-in PIN

_____