**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

          Plaintiff,

v.

Xianghuo, et al.

          Defendant.

Case No.: 1:25–cv–05003
Honorable John J. Tharp Jr.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

      MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the parties' separately filed status reports. Defendant's status report [133] indicates that the Court–ordered telephone conference that was to occur between counsel on July 24, 2026 at 7:00 a.m. Central Daylight Savings Time did not occur because Plaintiff's counsel overslept, and despite Defendant's counsel waiting 25 minutes, Plaintiff's counsel did not appear. Plaintiff's status report [134] states that Plaintiff's counsel was a "few minutes" late and that Defendant's status report was filed in bad faith. The Court was required to set up the time and date for the July 24, 2026 conference because the parties previously were bickering about the time and date for calls between them. The Court is not a babysitter. Counsel who appear before this Court are required, at a bare minimum, to have the capacity and professional courtesy to responsibly and reliably schedule and participate in calls with opposing counsel. While counsel must appear for meetings, phone calls, and other necessary exchanges to move the case forward, the Court is not interested in further filings that dissect opposing counsel's failures to appear for a scheduled call or similar miscues. Any filings that belabor the other party's lack of or late appearance for a scheduled call will be stricken without consideration. A simple statement of facts is all that is necessary. No later than 7/31/26, the parties shall communicate and set up a call to discuss the issues that were to be addressed on the 7/24/26 call [131]; the call shall occur no later than 8/5/26. Parties to file a brief joint status report by COB on 7/31/26 setting forth the agreed time and date for the scheduled call. If either party fails to show up for any scheduled call, counsel will face the likely prospect of being sanctioned for the time consumed by opposing counsel in arranging the call and being prepared to engage in the scheduled exchange. Any motions to compel on outstanding discovery issues due 8/12/26, response(s) due 8/19/26, no reply. Briefs are now limited to 8 pages [NOTE NEW PAGE LENGTH]. Briefs beyond 8 pages (including signature block) will be summarily stricken. Any party that fails to show up for the call to be scheduled by the parties will forfeit their right to file any brief with respect to any motion to compel. Ruling set for 9/1/26 is stricken and reset to 9/22/26at 9:15 a.m. No later than 8/7/26, Defendant shall file a response of no more than 5 pages to Plaintiff's motion [132] for additional discovery regarding Defendant's defense that Plaintiff is not the true owner of the patent. Defendant's response shall include a statement as to whether it has supplemented its Rule 26(a)(1) disclosures with "J"'s information. Parties may appear in person or dial in using

the Court's conference call–in number. The conference call–in number is 1–855–244–8681 and the access code is 2316 422 1828##. Members of the public and media who wish to listen to this hearing may call in. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.