# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

CONG TAN,

        Plaintiff,

    v.

Dongguan Xianghuo Trading Co., Ltd.

d.b.a. XIANGHUO; and

Denghao Qing,

        Defendants.

Case No. 1:25-cv-05003

Judge: Hon. John J. Tharp Jr.

Magistrate Judge: David Weisman

## JOINT STATUS REPORT

Pursuant to the Court's July 29, 2026 Minute Entry (Dkt. No. 135), the parties have agreed to conduct the Court-ordered conference on August 4, 2026, at 6:00 p.m. Central Time.

Respectfully submitted,

DATED: August 2, 2026

By: _____

Zheng Liu
andy.liu@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*
CONG TAN

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: August 2, 2026

_____

Oscar Lam