# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

CONG TAN,

       Plaintiff,

   v.

Dongguan Xianghuo Trading Co., Ltd.
d.b.a. XIANGHUO; and
Denghao Qing,

       Defendants.

Case No. 1:25-cv-05003

Judge: Hon. John J. Tharp Jr.
Magistrate Judge: David Weisman

## STATUS REPORT

Pursuant to the Court's July 29, 2026 Minute Entry (Dkt. No. 135), Xianghuo's counsel proposed several dates and times for the Court-ordered conference on July 30, 2026. Plaintiff's counsel confirmed the conference date and agreed to join in the filing on August 1, 2026. Later that day, Xianghuo's counsel provided Plaintiff's counsel with a draft Joint Status Report for signature and requested that Plaintiff's counsel file the Joint Status Report within 24 hours. However, Plaintiff's counsel did not execute or file the Joint Status Report within that timeframe. Xianghuo therefore files this Status Report unilaterally.

The Court-ordered conference is scheduled for August 4, 2026, at 6:00 p.m. Central Time.

1

DATED: August 3, 2026          **SHM LAW FIRM**

By:    _/s/ Qianwu Yang_ _____

QIANWU YANG
yang@shm.law
YI FANG
Fang.yi@shm.law
1220 W Barkley Ave,
Orange, CA 92868
Telephone: (650) 613-9737
Telephone: +86 13925212009

Jing Chen
chenjingitc@lantai.cn
LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
Qianhai Shenzhen-Hong Kong Modern Service
Industry Cooperation Zone, Nanshan, Shenzhen,
China 518052
Telephone: +86 135 2872 3799

_Attorneys for Defendant and Counterclaimant_
XIANGHUO

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I caused the foregoing to be filed using the Court's electronic filing system, which will serve all counsel of record.

Dated: August 3, 2026

*/s/ Yi Fang.*

Yi Fang