EXHIBIT A

"I am a mere nominal holder of the patent. There is agreement. My word doesn't count. It's useless to reach out to me."

Is that something you once -- you once stated to anyone, including this A-Zhen?

MR. LIU: Objection. Counsel is reading a text message in Chinese. Counsel's English translation is simply inaccurate and counsel's translation is not a certified translation. Therefore, the question is a bad question. The witness cannot possibly answer it.

MR. YANG: Mr. Liu --

MR. LIU: What? You need to provide a certified translation.

MR. YANG: Please be professional.

MR. LIU: Professionalism involves providing proper translation of Chinese documents. That's the bottom line.

BY MR. YANG:

Q. Now, Mr. Tan, let's -- in front of you, there is a Chinese message from your WeChat handle. Can you read that message?

A. I need to read it out?

Q. Yes.

MR. LIU: Objection. Assumes facts not in

evidence.  There's no foundation or authentication saying that message was sent by Mr. Tan.

BY MR. YANG:

Q.  Please answer, please answer.  It's on the record, Mr. Tan.  Please read it.

A.  I first want to state clearly, I am just reading out the content in this paragraph, but when it comes to the wordings, I do not agree with such wording.  I am just saying this to people harassing me, to get them to leave me alone.  So I do not admit that the wording is correct.

Q.  Mr. Tan, your lawyer will argue for you, when the time comes.  So --

MR. LIU:  No.  You asked the question.

BY MR. YANG:

Q.  -- my answer [sic] is quite simple. Please read this message.

MR. LIU:  No, that's not a question.

BY MR. YANG:

Q.  My question is, please read this message regarding the mere -- the mere name holder of the asserted patent.

MR. LIU:  That's not a question.

MR. YANG:  Mr. Liu --

MR. LIU:  That's not a question.  You need to

ask a question.

BY MR. YANG:

Q. Please read this message, for the record.

A. Well, I would like to first state clearly, I can read out the content in this paragraph, but that does not mean I agree to the content. I actually do not agree with it.

I only say these things in a perfunctory manner to handle strangers or people harassing me. Because when a stranger approaches you out of the blue, you would not tell them the truth right away. And there are too many such people, such harassers. So I was just saying this in a perfunctory way to get them to leave me alone.

So I want to state one more time, I just -- I would say such things to such people to get them off my back. So I will not be held liable for it, and it would be of no use for you to come after me.

Q. Mr. Tan, did you state the similar view that you are a mere name holder of the asserted patent to anyone else?

A. According to my recollection, I have only such -- I have only said such things to people harassing me. But I do not recall how many such

Page 188

harassers there have been exactly.

Q.   Mr. Tan, is it accurate to say that you -- you once stated the similar view that you are a mere nominal holder of the asserted patent for more than once, in addition to this message?

MR. LIU:  Objection.  The question is ambiguous.

THE WITNESS:  So you mean the content of this sentence?

BY MR. YANG:

Q.   You are a mere nominal holder of the asserted patent.

A.   I do not have clear recollection.

Q.   So Mr. Tan, you -- are you testifying under oath that you are the real owner, the true owner and the only true owner of the asserted patents in this case?

A.   I am the holder of this patent.

Q.   Are you a nominal holder of the patent?

A.   In fact, this is my patent.

Q.   And you are the only owner of this patent; is that correct?

MR. LIU:  Objection.  Asked and answered.

BY MR. YANG:

Q.   Mr. Tan --

A.    I am the only de facto owner.

Q.    Okay.  I'd like to take five minutes' break to make sure that we have covered everything.

MR. LIU:  Okay.  So how much time do we have left?

THE VIDEOGRAPHER:  Let's go off the record first.

And we're going off the record.  This marks the end of the file No. 7.  The time is 5:30 p.m.

(There was a recess in the proceedings.)

THE VIDEOGRAPHER:  And we are back on the record.  This marks the beginning of the file No. 8, and the time is 5:36 p.m.

BY MR. YANG:

Q.    Mr. Tan, now, let's go back to the exhibit about the asserted design patent.  Is that exhibit in front of you?

MR. LIU:  And which number is that, please?

COURT REPORTER:  It's 12, originally marked.

MR. LIU:  Okay.  Thank you.

THE WITNESS:  So it's Exhibit 12, yes?  The one marked 12, yes?

BY MR. YANG:

Q.    Mr. Tan, could you -- could you please