# EXHIBIT B

**REQUEST NO. 36:**

Admit that, in the WeChat Communication, You state that You were holding the patent on behalf of someone else.

**RESPONSE TO REQUEST NO. 36:**

Responding Party incorporates herein its Preliminary Statement and General Objections as though expressly set forth herein. Responding Party specifically objects to the request on the following grounds: (1) it is unclear which Exhibit or document Propounded Party refers to, (2) it is unclear which translation Propounded Party relies on, and (3) to the extend Propounded Party relies on an uncertified translation, Propounded Party disagrees with the translation provided in the Request, (4) Propounded Party has asked and Responding Party has answer this request during his video deposition .

Without waiving the above objections, Responding Party responds as follows:

Denied.

**REQUEST NO. 37:**

Admit that, in the WeChat Communication, You state that there is an agreement concerning Your holding of the patent.

**RESPONSE TO REQUEST NO. 37:**

Responding Party incorporates herein its Preliminary Statement and General Objections as though expressly set forth herein. Responding Party specifically objects to the request on the following grounds: (1) it is unclear which Exhibit or document Propounded Party refers to, (2) it is unclear which translation Propounded Party relies on, and (3) to the extend Propounded Party relies on an uncertified translation, Propounded Party disagrees with the translation provided in the Request, (4) Propounded Party has asked and Responding Party has answer this request during his video deposition .

Without waiving the above objections, Responding Party responds as follows:

Denied.

**REQUEST NO. 38:**

Admit that, in the WeChat Communication, You state that it is not up to You to decide whether to sell the patent.

**RESPONSE TO REQUEST NO. 38:**

Responding Party incorporates herein its Preliminary Statement and General Objections as though expressly set forth herein. Responding Party specifically objects to the request on the following grounds: (1) it is unclear which Exhibit or document Propounded Party refers to, (2) it is unclear which translation

Propounded Party relies on, and (3) to the extend Propounded Party relies on an uncertified translation, Propounded Party disagrees with the translation provided in the Request, (4) Propounded Party has asked and Responding Party has answer this request during his video deposition .

Without waiving the above objections, Responding Party responds as follows:

Denied.

**REQUEST NO. 39:**

Admit that, in the WeChat Communication, You state that contacting You will not help with respect to purchasing the patent.

**RESPONSE TO REQUEST NO. 39:**

Responding Party incorporates herein its Preliminary Statement and General Objections as though expressly set forth herein. Responding Party specifically objects to the request on the following grounds: (1) it is unclear which Exhibit or document Propounded Party refers to, (2) it is unclear which translation Propounded Party relies on, and (3) to the extend Propounded Party relies on an uncertified translation, Propounded Party disagrees with the translation provided in the Request, (4) Propounded Party has asked and Responding Party has answer this request during his video deposition .

Without waiving the above objections, Responding Party responds as follows:

Denied.

**REQUEST NO. 40:**

Admit that there is a written agreement concerning Your holding of the Patent-in-Suit on behalf of another Person or Entity.

**RESPONSE TO REQUEST NO. 40:**

Responding Party incorporates herein its Preliminary Statement and General Objections as though expressly set forth herein. Responding Party specifically objects to the request on the following grounds: (1) it is unclear which Exhibit or document Propounded Party refers to, (2) it is unclear which translation Propounded Party relies on, and (3) to the extend Propounded Party relies on an uncertified translation, Propounded Party disagrees with the translation provided in the Request, (4) Propounded Party has asked and Responding Party has answered this request during his video deposition, (5) the Request is ambiguous, for example the term "holding" is ambiguous.

Without waiving the above objections, Responding Party responds as follows:

Denied.

26