EXHIBIT C

locations for what purpose?

THE INTERPRETER: For -- I'm sorry. What's the last word?

MR. LIU: For what purpose?

MR. YANG: Objection. Beyond the scope. Calls for speculation.

BY MR. LIU:

Q Answer.

A I have never asked him that question.

Q So J provided this document to your company; correct?

A Correct.

Q When did J provide this document to company, which month and date?

MR. YANG: Objection. Beyond the scope. Calls for speculation.

BY MR. LIU:

Q Answer.

A I'm sorry. I don't quite remember the exact date.

Q Okay. Which month?

A It's pretty close months. I just don't remember which month exactly that is.

Q Did J just give this file directly to you or somebody else at your company?

Page 31

MR. YANG: Objection. Form.

BY MR. LIU:

Q    Answer.

A    I -- I think he handed this -- turned this to the company, our company.

Q    Which person he turned the file to?

A    If I didn't remember this incorrectly, J forwarded it to me.  And I in turn forward it to the attorney.

Q    How did J forward this file to you;  by email, by fax, by message?  How did he do that?

MR. YANG:  Objection.

THE OFFICER:  I didn't hear the objection.

MR. YANG: Objection. Objection. This answer will be privileged.  So I'll instruct the witness not answer.

MR. LIU:  How is that privileged --

THE OFFICER:  Hang on, counsels, please. One at a time.  I didn't hear -- I think I heard "How is that privileged?"  I didn't hear anything after that.

MR. LIU:  The witness testified the file was sent to her by J.  Then the witness forwarded the file to your team.  I'm asking how J forwarded the file to the witness.  How is that privileged?

Page 32

MR. YANG: Because all the actions you just described were under the counsel's direction.

MR. LIU: So -- okay. So you're saying on record your company hired J to get the image; correct? That's what you said?

MR. YANG: You are making a false statement, Mr. Liu.

MR. LIU: So what -- I said are you making? You're saying it's under your direction. So which part was done under your direction?

MR. YANG: After --

MR. LIU: -- between?

MR. YANG: After we learned about such a shocking communication, we asked the client.

THE OFFICER: We asked who? Oh, the client. Sorry.

MR. YANG: Yeah. We asked client to provide that relevant documents.

MR. LIU: Okay. The document was sent to Ms. Zheng first. Then you learned about it; correct? Go ahead.

THE OFFICER: I didn't -- I'm sorry. Sorry. They what; correct?

MR. YANG: One moment. So --

MR. LIU: The file was sent to Ms.

Page 33

Witness by J.  And then counsel supposedly learned about this file afterwards.  That's what counsel said; right?

MR. YANG:  I think, Mr. Liu, my objection is well preserved, and your objection is preserved as well.  And now I think this end of this discussion.  And the witness is instructed not to answer this question because it is privileged.

MR. LIU:  I don't think so because you said that is first --

MR. YANG:  That is your position.  You can --

MR. LIU:  Let me state this on record.  Okay?

Counsel Yang stated his company learned about the communication after J told the communication -- told to Ms. Witness.  And then Counsel Yang asked Mr. J to send the file to Ms. Zheng.  That's what counsel is saying.  But then the document itself was forwarded by J to Ms. Witness before the counsel learned that.  Therefore, it's not privileged.

Your turn.

MR. YANG:  For the record, Counsel, you are misstating my position.  So my position is the question you just asked is about privileged information because the relevant thought -- the relevant

Page 34