# EXHIBIT D

Yi Fang                                                                                                2026/08/07 Fri 17:16

**Re: 回复：回复：回复：回复：Re: 回复：Re: 回复：Re: 回复：Re: 回复：Re: Deficiencies in Plaintiff's Responses to Defendant's Interrogatories and Requests for Production - Tan v. Xianghuo - 1:25-cv-05003**

发件人　Liu, Zheng<bjliuzheng@gmail.com>

收件人　Tina.Jin<tina.jin@aptumlaw.us>

抄送人　方易<fang.yi@shm.law>,Andy.Liu<andy.liu@aptumlaw.us>,ibeauty<ibeauty@shm.law>,杨乾武律师<yang@shm.law>

时间　2026年05月29日 周五 01:46

---

Dear Attorney Fang,

You didn't attend today's status hearing. We brought up this issue before the Judge.

The Judge wants the parties to go through the depositions first. I therefore suggest we delay your proposed meet and confer after the deposition.

Also, it is not how federal court litigation works - you send us a two-pager unverified document, and we somehow immediately owe you an "explanation," as you believed. There is no deposition by email.



**Zheng "Andy" Liu**
Attorney / **Aptum Law**

**A:** 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
**P:** (650) 475-6289
**E:** Andy.Liu@aptumlaw.us　**W:** www.aptumlaw.us

On Thu, May 28, 2026 at 9:05 AM Tina Jin <tina.jin@aptumlaw.us> wrote:
> Counsel,
>
> We prefer Pacific Time: Friday, May 29, 2026, 8:00 p.m. Thank you!
>
> Best,
> Tina
>
> Get Outlook for iOS<https://aka.ms/o0ukef>
> _____
> From: 方易 <fang.yi@shm.law>
> Sent: Thursday, May 28, 2026 3:24:18 AM
> To: Tina Jin <tina.jin@aptumlaw.us>; bjliuzheng@gmail.com <bjliuzheng@gmail.com>
> Cc: Andy Liu <andy.liu@aptumlaw.us>; ibeauty <ibeauty@shm.law>; bjliuzheng@gmail.com <bjliuzheng@gmail.com>; 杨乾武律师 <yang@shm.law>
> Subject: 回复：回复：回复：回复：Re: 回复：Re: 回复：Re: 回复：Re: 回复：Re: Deficiencies in Plaintiff's Responses to Defendant's Interrogatories and Requests for Production - Tan v. Xianghuo - 1:25-cv-05003

Dear Counsel,

Pursuant to Local Rule 37.2, we write to request an online meet-and-confer with Plaintiff regarding newly obtained evidence showing that Plaintiff Cong Tan is not the true beneficial owner of the asserted patent. Please see the attached Exhibit A.

This evidence relates directly to Plaintiff's outstanding deficiencies in responding to Defendant's prior discovery requests and deficiency correspondence, including Interrogatory Nos. 3 and 5 and RFP No. 18, which seeks information and documents concerning third-party involvement, Plaintiff's claimed ownership and inventorship of the asserted patent, and any person or entity that may be the true beneficial owner of the patent. We would also like to hear explanations from your side on why this piece of material evidence is concealed from us.

If these issues cannot be resolved through the meet-and-confer process, Defendant intends to move for leave to extend the discovery deadline and serve limited additional written discovery, including requests for admission that Plaintiff is not the true beneficial owner of the D'752 Patent and that Plaintiff holds or has held title to the D'752 Patent, in whole or in part, for the benefit of another person or entity.

Please let us know whether Plaintiff is available for an online meet-and-confer during either of the following windows:

Pacific Time: Thursday, May 28, 2026, between 5:00 p.m. and 8:00 p.m.; or

Pacific Time: Friday, May 29, 2026, between 5:00 p.m. and 8:00 p.m.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.


方易<fang.yi@shm.law> 在 2026年5月27日 周三 21:16 写道：
Counsel,