# EXHIBIT E

Yi Fang

**Re: Deficiencies in Plaintiff's Responses to Defendant's Interrogatories and Requests for Production - Tan v. Xianghuo - 1:25-cv-05003**

| | |
|---|---|
| 发件人 | Liu, Zheng<bjliuzheng@gmail.com> |
| 收件人 | YANG Qianwu<yang@shm.law> |
| 抄送人 | 方易<fang.yi@shm.law>,Tina.Jin<tina.jin@aptumlaw.us>,Andy.Liu<Andy.Liu@aptumlaw.us>,ibeauty<ibeauty@shm.law> |
| 时间 | 2026年06月04日 周四 11:24 |

Mr. Yang,

I have already told you that your team's proposal summary is inaccurate. I explained my reasoning in my previous email, so please check that message.

Sent from Gmail Mobile

On Wed, Jun 3, 2026 at 19:57 YANG Qianwu <yang@shm.law> wrote:

> Dear Mr. Liu,
>
> Do you agree that the summary accurately reflects the comments you made and the positions you took? If not, please identify with specificity each portion that you contend is inaccurate and explain the basis for each such contention.
>
> With respect to the developments and positions following our provision of Mr. Zhang's WeChat ID, those events and positions obviously occurred after we provided Mr. Zhang's WeChat contact information to you shortly following the meet and confer. Accordingly, there is nothing to correct with respect to the position we repeatedly communicated in our emails shortly after the meet and confer.
>
> Unless we receive your specific comments or objections within the deadline previously proposed, we will deem that you have no objection to the accuracy of the summary and will proceed to pursue all appropriate legal remedies available to us.
>
> We look forward to receiving your specific comments.
>
> Sincerely,
> Qianwu Yang (杨乾武 律师)
> He/Him/His
> Admitted in California & China
> Founding Managing Partner
> SHM Law Firm | Silicon Valley & Shenzhen Offices
>
> NOTICE: This communication may contain privileged or confidential information. If you have received it in error, please immediately notify the sender by return email and then destroy all copies of the transmission. Thank you.
>
> On Jun 4, 2026, at 10:19, Liu, Zheng <bjliuzheng@gmail.com> wrote:
>
> Because all you did is put in one-sided arguments instead of narratives tracking what was

Dear Mr. Liu,

We write to memorialize and confirm the key points discussed during the parties' meet-and-confer on June 2, 2026, which began at approximately 5:00 p.m. PT and lasted approximately 100 minutes.

Participants included counsel for Defendant Xianghuo, including Mr. Qianwu Yang and Mr. Yi Fang, and counsel for Plaintiff Cong Tan, Mr. Zheng Liu.

1. Plaintiff's WeChat Account and Handle

You confirmed that the WeChat ID shown in the attached Exhibit 3, a958709379, belongs to Plaintiff Cong Tan.

You also confirmed that "Ricardo.M.Tan" is Plaintiff Cong Tan's WeChat handle.

2. Authenticity of the WeChat Correspondence

During the meet-and-confer, you represented that Plaintiff could not confirm whether the WeChat correspondence reflected in Exhibit 3 is authentic.

You further represented that Plaintiff does not currently recall the specific WeChat conversation reflected in Exhibit 3 and, after searching, has not been able to locate the correspondence.

3. Plaintiff's Search for the WeChat Correspondence

You represented that Plaintiff searched for the WeChat correspondence but could not locate it.

You also stated that Plaintiff has received WeChat messages from strangers in the past and may have deleted certain chats, although you did not confirm that Plaintiff deleted this specific WeChat correspondence.

Because nearly one week has already passed since we first requested confirmation regarding the authenticity of the WeChat correspondence, Defendant maintains that Plaintiff should promptly complete a good-faith search and confirm whether the correspondence exists in Plaintiff's possession, custody, or control.

Promptly following the meet and confer, Defendant confirmed that the individual identified in the WeChat correspondence is Mr. Weizhen Zhang and that the associated WeChat account bears the ID wxid_0mrsalnutozg12.

Given the identifying information now provided, Defendant believes that Plaintiff should be able to promptly verify whether the WeChat correspondence exists in his WeChat account or on his related devices.

Zheng<bjliuzheng@gmail.com> 在 2026年6月3日 周三 14:44 写道：

Dear Mr. Fang,

We both agreed to 1-week, and we will stick to that.

I have already told you that Mr. Tan did not seem to have the wechat message you vaguely reference. You then asked Mr. Tan to search further by providing the purported wechat id of this anonymous person. That's why it is taking time

On your unauthorized second amended answer and counterclaims, if your office does not offer a proper resolution, we will move to strike by this Friday in view of the upcoming depositions.

Thank you.

Andy Liu
*Attorney*
*Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*

On Tue, Jun 2, 2026 at 10:27 PM 方易 <fang.yi@shm.law> wrote:

Dear Mr. Liu,

This is the WeChat ID of Weizhen Zhan ("Jam") who communicate through WeChat with Cong Tan: *wxid_0mrsalnutozg12*

With respect to your client's confirmation of the authenticity of the attached WeChat correspondence, we believe two additional business days are more than sufficient, particularly given that nearly one week has already passed since we first asked your client to confirm authenticity on May 28.

Your prior proposal of seven days would make the deadline June 9, with Mr. Tan's deposition scheduled for the following day. That timing would seriously prejudice our preparation for the deposition.

Accordingly, please provide your client's confirmation by close of business this Friday, June 5. Given that nearly one week has already passed, this deadline is reasonable and necessary to avoid prejudice to our deposition preparation.

Sincerely,