**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

    Plaintiff,

v.                                                                    Case No.: 1:25–cv–05003
                                                                      Honorable John J. Tharp Jr.

Xianghuo, et al.

    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 10, 2026:

    MINUTE entry before the Honorable M. David Weisman: The Court has reviewed the briefing on Plaintiff's motion for additional discovery [132] and requires clarification. In its response brief, Defendant states that "'J' is the individual who transmitted the WeChat screenshot at issue to Defendant Xianghuo, whereas 'Jam' refers to Mr. Weizhen Zhang, who participated in the WeChat communication." Plaintiff's motion appears refer to both "J&qu;ot; and Mr. Zhang as the same person. No later than 8/12/26, Plaintiff shall file a statement of no more than two pages clarifying whether he seeks additional discovery about "J" or about Mr. Weizhen Zhang, whom Defendant asserts are two different people. Plaintiff shall also expressly set forth the docket entry where the relevant screenshot is located on the electronic docket. If the screenshot has not been filed, Plaintiff shall attach it as an exhibit to his two–page statement. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.