EXHIBIT 3

9:38

# Ricardo.M.Tan



暱稱：Ricardo.M.Tan
微信 ID：a958709379
地區：長沙, 湖南

## 朋友資料

電話      17716799539

## 朋友圈

傳訊息

語音 / 視訊通話

9:40 🌙

**Ricardo.M.Tan**

我是 Jam

以上是打招呼的訊息

 我通過了你的朋友驗證請求，現在我們可以開始聊天了

 你好，你是

5月11日 下午 4:41

谭总，你好，我是中港这边的阿圳，我通过企业微信联系你，发现离职了。以前你和我们拿过货的

 哦，你好

我们想和你谈购买这个美国专利，你有意向开价，我们谈一下吗？



9:40

Ricardo.M.Tan



FIG. 1

U.S. Patent

我的客户和我拿货，你们在诉讼，我想大家没必要的，能不能给个机会我和你购买专利？

5月12日 下午3:00

谭总，你个人持有专利，到时候输了，所有法律责任也是你个人承担的。而你离职了，没必要为这个耗费精力。我确实拿了这专利有意义，何不和我谈谈呢？

我是代持专利，有协议的，这个我说了不算的，你找我也没用

5月12日 下午3:06

那你看看帮我传达下信息可以吗？6.10前，你也必须要回复无效的，如果转给我了，我还可以去和无效方和解。