# EXHIBIT 5

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>XIANGHUO<br><br>　　　　　　Defendant. | Case No.  1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |
| XIANGHUO,<br><br>　　　　　　Counterclaimant,<br><br>　　　　　　v.<br><br>CONG TAN<br><br>　　　　　　Counterdefendant. | |

## DEFENDANT'S NOTICE OF DEPOSITION TO PLAINTIFF

1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b) and 28(b), as applicable, Defendant Xianghuo ("Defendant") by and through their counsel, will take the deposition of Plaintiff Cong Tan ("Plaintiff") on June 10, 2026, at the Epiq office located at Central Plaza, 18 Harbour Road, Wanchai, Hong Kong, beginning at 9:00 a.m. Hong Kong time. The deposition will be conducted before a person duly authorized by law to administer oaths, and will be recorded by stenographic and videographic means.

To avoid any misunderstanding, the parties agreed in or about February 2026 that Plaintiff's deposition would proceed on May 22, 2026. The parties subsequently agreed to continue the deposition to June 10, 2026, at 9:00 a.m. Hong Kong time. Accordingly, Plaintiff has long been on notice of the deposition, and this Notice is being served to memorialize the parties' agreed rescheduled deposition date.

Testimony taken pursuant to this Notice shall be used for the purpose of discovery, at hearings in this case, and for any other appropriate purpose permitted by the Federal Rules of Civil Procedure, the Local Rules, and orders of the Court, or any stipulation or agreement between the parties.

DATED: June 5, 2026

**SHM LAW FIRM**

By:     */s/ Qianwu Yang*
        QIANWU YANG
        yang@shm.law
        Yi Fang
        fang.yi@shm.law
        3000 El Camino Real
        Building 4, Suite 200
        Palo Alto, CA 94306
        Telephone: (650) 613-9737
        Telephone: +8613925212009

        Jing Chen
        chenjingitc@lantai.cn
        LANTAI PARTNERS (QIANHAI) LAW FIRM
        T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
        Qianhai Shenzhen-Hong Kong Modern Service
        Industry Cooperation Zone, Nanshan, Shenzhen,

2

China 518052
Telephone: +86 135 2872 3799

*Attorneys for Defendant and Counterclaimant*
XIANGHUO

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on the following named person(s) on the

date indicated below via email.

Zheng Liu
andy.liu@aptumlaw.us; bjliuzheng@gmail.com
Zhan Jin
tinajin666@gmail.com; tina.jin@aptumlaw.us
Aptum Law
1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402
650-475-6289

*Attorneys for Plaintiff and Counterdefendant*
CONG TAN

Dated: June 5, 2026

/s/Yi Fang

Yi Fang