EXHIBIT 3

Yi Fang                                                                    2026/08/12 Wed 13:49

## Re: Re: Re:Re: Tan v. Xianghuo - Meet and Confer Scheduling Pursuant to Dkt. No. 135

发件人   Liu, Zheng<bjliuzheng@gmail.com>

收件人   方易<fang.yi@shm.law>

抄送人   Tina.Jin<tina.jin@aptumlaw.us>,杨乾武律师<yang@shm.law>,ibeauty<ibeauty@shm.law>,
        James Judge<jjudge@fleneriplaw.com>

时间     2026年08月12日 周三 12:38

Attorney Fang,

Please talk to your supervisor before sending duplicative emails. We have already agreed to serve amended responses by today, PT.

You have no authority to change any agreement between us and your supervising counsel; thus, you do not appear to know what has happened over there.

On a related note, be sure to fix your Interenet connection so that you can at least attend court hearings. Otherwise, try not to claim knowing what happened at court hearings that you were uanble to attend.


Thank you.

Andy Liu
*Attorney*
*Aptum Law | 650-475-6289 | Andy.Liu@AptumLaw.us*

On Tue, Aug 11, 2026 at 9:27 PM 方易 <fang.yi@shm.law> wrote:
> Counsel,
>
> Please honor the commitment made during our August 4 meet-and-confer to provide the amended discovery responses within one week.
>
> The Court-ordered deadline for filing motions to compel concerning the outstanding discovery disputes is August 12, 2026, pursuant to Dkt. 135. Providing the amended responses on August 12 would leave us no meaningful opportunity to review the responses and production, determine whether the identified deficiencies have been cured, and address any remaining issues before the Court's deadline.
>
> Accordingly, we will proceed with filing our motion to compel today to preserve Xianghuo's rights and bring the outstanding deficiencies to the Court's attention.
>
> Please provide the complete amended responses and corresponding document production without further delay.
>
> Best,
>
> Yi Fang

He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Liu, Zheng<bjliuzheng@gmail.com> On Tuesday, Aug 11, 2026, 14:40 wrote:

> Counsel,
>
> Our law clerk working on this discovery has just become unavailable today, unexpectedly.
>
> We will serve amended responses tomorrow.
>
> Thank you.
>
> Andy Liu
>
> On Tue, Aug 4, 2026 at 4:39 PM 方易 <fang.yi@shm.law> wrote:
>> Counsel,
>>
>> Please rejoin the meeting, we are waiting for you.
>>
>> Best,
>>
>> Yi Fang
>> He/Him/His
>> Admitted in California
>> Associate
>> SHM Law Firm
>> M: +86 13652448337 | T: +86 755 8326 6693
>> 25F, China Resources Tower
>> 2666 Keyuan South Road, Nanshan District
>> Shenzhen, China, 518052
>>
>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We

appreciate your cooperation.

方易<fang.yi@shm.law> On Sunday, Aug 2, 2026, 16:54 wrote:

Counsel,
Attached is a draft Joint Status Report reflecting the parties' agreement to conduct the Court-ordered conference on August 4, 2026, at 6:00 p.m. **Central Time**.
Please add your signature and promptly file the Status Report.
If the Status Report is not filed within 24 hours of this email, we will file the attached Status Report unilaterally.
Best,
Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng<bjliuzheng@gmail.com> On Sunday, Aug 2, 2026, 0:15 wrote:

August 4; will join.

Sent from Gmail Mobile

On Sat, Aug 1, 2026 at 03:59 方易 <fang.yi@shm.law> wrote:
Counsel,

Pursuant to the Court's Minute Entry (Dkt. No. 135), I want to follow up on this matter.

Please let us know your availability so that the parties may schedule the Court-ordered conference.

In addition, please let us know whether you will join us in filing the brief joint status report setting forth the agreed date and time for the scheduled call.

Best,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

方易<fang.yi@shm.law> On Friday, Jul 31, 2026, 10:00 wrote:

Counsel,

Pursuant to the Court's Minute Entry, the parties must communicate and schedule the conference addressing the issues identified in Dkt. No. 131.

Defendant's counsel is available to conduct the conference at 6:00 p.m. **Central Time** on any of the following dates:

July 31, 2026;
August 1, 2026;
August 2, 2026;
August 3, 2026; or
August 4, 2026.

Please confirm which of these dates works for you as soon as possible so that the parties may timely file the required joint status report setting forth the agreed date and time.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693

25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.