# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONG TAN,<br><br>      Plaintiff,<br><br>  v.<br><br>XIANGHUO,<br><br>      Defendant. | Case No. 1:25-cv-05003<br><br>Judge: Hon. John J. Tharp Jr.<br>Magistrate Judge: David Weisman |

## PLAINTIFFS' CLARIFICAITON RESPONSIVE TO DKT. 139

Plaintiff appreciates the Court's request for clarification regarding which one or more surprise witnesses additional discovery should be allowed. The answer is both Mr. Weizhen Zhang and the witness "J."

It is unusual that a counsel of record would hire a third party to communicate with a represented party to manufcacture evidence in a litigation. But this is exactly what happened here.

Defendant's lead counsel Qianwu Yang conceded that his law firm "directed" Mr. Weizhen Zhang, who's nickname was Jam or J to communicate with Plaintiff. As a result of Mr. Yang's improper solicitation, he now claims that his client found new evidence about patent ownership.

To cover up their tracks, Defendant's various attorneys have been extremely vague about the identity of the surprise witness. During a prior meet and confer call, Mr.

1

Yang and his associate attorney Yi Fang both told the undersigned the witness whop produced the Wechat screenshot at issue[1] was J or Jam.

During the Hongkong Deposition, Defendant's 30(b)(6) witness stated that the person "J," acting under the direction of Defendant's lead counsel Qianwu Yang, forwarded the screenshots to Defendant's 30(b)(6) witness. Defendant's lead counsel Qianwu Yang then immediately—and improperly—asserted attorney-client privilege how Mr. Weizhen Zhang, or Jam, or "J" produced and forwarded the screenshots to Defendant.

Further, it is no coincident that Defendant referred to two different witnesses using such similar nicknames as J and Jam. It is to improperly conceal the identity of their witnesses. Mr. Weizhen Zhang's name bears no plausible relationship to the letter "J." Thus, Plaintiff was legitimately confused as to whether "J," "Jam," and Mr. Weizhen Zhang are the same person.

Because only Mr. Weizhen Zhang and the witness "J" can authenticate the screenshots at issue. Plaintiff should be allowed to conduct discovery on both of these Defendant's surprise witnesses.

August 12, 2026                                    Respectfully submitted,
                                                   ____/s/ Zheng "Andy" Liu_
                                                   Zheng "Andy" Liu

---

[1] (Dkt 126-5 and 6; also attached to this response as Exhibit A. Defendant has never provided a certified translation of 126-5, and 126-6 is merely Defendant's proposed translation of 126-5 and is grossly inaccurate)

2

## **EXHIBIT A**

# EXHIBIT 3

9:38 ☾



# Ricardo.M.Tan 👤

暱稱：Ricardo.M.Tan
微信 ID：a958709379
地區：長沙, 湖南

朋友資料     ›

電話     17716799539

朋友圈     ›

💬 傳訊息

📞 語音/視訊通話

9:40 🌙

**Ricardo.M.Tan**

我是 Jam

以上是打招呼的訊息

 我通過了你的朋友驗證請求，現在我們可以開始聊天了

 你好，你是

5月11日 下午 4:41

谭总，你好，我是中港这边的阿圳，我通过企业微信联系你，发现离职了。以前你和我们拿过货的

 哦，你好

我们想和你谈购买这个美国专利，你有意向开价，我们谈一下吗？



9:40

Ricardo.M.Tan



> 我的客户和我拿货，你们在诉讼，我想大家没必要的，能不能给个机会我和你购买专利？

5月12日 下午3:00

> 谭总，你个人持有专利，到时候输了，所有法律责任也是你个人承担的。而你离职了，没必要为这个耗费精力。我确实拿了这专利有意义，何不和我谈谈呢？

 我是代持专利，有协议的，这个我说了不算的，你找我也没用

5月12日 下午3:06

> 那你看看帮我传达下信息可以吗？6.10前，你也必须要回复无效的，如果转给我了，我还可以去和无效方和解。

# EXHIBIT 3-1

9:38 ☾

.ıll 5G ▮4▮

<

···



# Ricardo.M.Tan 👤

Nickname: Ricardo.M.Tan

WeChat ID: a958709379

Region: Changsha, Hunan

friend information  〉

Telephone  **17716799539**

Moments  〉

💬 send message

📞 **Voice/video call**

9:40 ☾

5G 2

< **Ricardo.M.Tan** ⋯

I'm Jam

The above is a greeting message.

I've accepted your friend request. We can start chatting now.

Hello, you are

May 11, 4:41 PM

Hello Mr. Tan, this is A-Zhen from the Zhonggang side. I tried to contact you through WeChat Work but found out you've resigned. You used to order goods from us.

oh hello

We'd like to discuss purchasing this US patent with you. Are you interested in making an offer? Shall we discuss it?



# Ricardo.M.Tan ···



FIG. 1

U.S. Patent

My customers are buying goods from me, and you're in litigation. I think it's pointless. Could you give me a chance to purchase the patent from you?



May 12, 3:00 PM

Mr. Tan, since you personally hold the patent, if you lose, you'll bear all the legal responsibility. And since you've already left the company, there's no need for you to waste your energy on this. It's indeed meaningful for me to hold this patent; why don't you talk to me about it?



 I'm holding the patent on behalf of someone else; there's an agreement, so it's not up to me to decide. Contacting me won't help.

May 12, 3:06 PM

Could you please pass on this message for me? You must reply to the invalid one before June 10th. If you forward it to me, I can still try to reach a settlement with the invalid party.



   

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all

counsel of record.


/s/ *Zheng "Andy" Liu*

Zheng "Andy" Liu

Tel.: (650) 475-6289

4