**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

                    Plaintiff,

v.                                                          Case No.: 1:25–cv–05003
                                                            Honorable John J. Tharp Jr.

Xianghuo, et al.

                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 13, 2026:

        MINUTE entry before the Honorable M. David Weisman: Plaintiff's response to Defendant's motion to compel and for sanctions [140] is due by 8/28/26 and is limited to 10 pages. No reply unless directed by the Court. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.