**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

CONG TAN,

Plaintiff,

v.

XIANGHUO,

Defendant.

Case No. 1:25-cv-05003

Judge: Hon. John J. Tharp Jr.

Magistrate Judge: David Weisman

**PLAINTIFFS' EX PARTE APPLICATION TO BRIEFLY EXTEND THE DEADLINE TO FILE OPPOSITION PAPER PER DKT. 143**

The current deadline for Plaintiff to file a response to Defendant's motion to compel and for sanctions [140] is August 28, 2026. Dkt. 143.

The undersigned counsel, however, was recently infected with Covid-19 virus and still suffers from such significant symptoms as headache, muscle aches, and coughing. A photo of his test result obtained this afternoon is produced below.



The undersigned respectfully requests an extension under next Wednesday, September 2, 2026 to file a response to Defendant's motion to compel. The undersigned will do his best to file the required response by Monday August 31, 2026, if possible.

Dated: August 28, 2026

Respectfully submitted,

/s/ Zheng “Andy” Liu
Zheng “Andy” Liu

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Zheng "Andy" Liu*

Zheng "Andy" Liu