# EXHIBIT A

Cong Tan

v.

Dongguan Xianghuo Trading Co., Ltd. d/b/a Xianghuo, et al.,

Case No. 1:25-cv-05003

---

Cong Tan

10 June 2026

---

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

```
-----------------------------------x
CONG TAN,                          :
                  Plaintiff,       : Case No.:
   v.                              : 1:25-cv-05003
XIANGHUO,                          :
                  Defendant.       :
-----------------------------------x
XIANGHUO,                          :
                  Counterclaimant, :
   v.                              :
CONG TANG,                         :
                  Counterdefendant.:
-----------------------------------X
```

Videotaped deposition of CONG TAN

VOLUME 1

Wednesday, June 10, 2026

AT:

9:00 a.m.

Taken at:

Epiq HK
Room 1102-04
11/F Central Plaza
18 Harbour Road
Wan Chai, Hong Kong

Court Reporter:
KATHERINE SCHILLING, RPR
CA CSR No. 14163

A P P E A R A N C E S

Appearing for the Plaintiff and Counterdefendant, Cong Tan:

ZHENG "ANDY" LIU, ATTORNEY AT LAW
APTUM LAW
1660 S Amphlett Blvd.
Suite 315
San Mateo, California 94402
(650) 475-6289
Andy.Liu@aptumlaw.us

Appearing for the Defendant and Counterclaimant, Xianghuo:

QIANWU YANG, PARTNER
- and -
YI FANG, ASSOCIATE
SHM LAW FIRM
3000 El Camino Real
Building 4
Suite 200
Palo Alto, California 94306
yang@shm.law
fang.yi@shm.law

ALSO PRESENT:

Matthieu Leulier, videographer

Helena Chung, interpreter

Liyou Kang, legal assistant

I N D E X


| EXAMINATION OF CONG TAN | PAGE |
|---|---|
| By Mr. Yang | 5 |


E X H I B I T S

(Attached to the transcript)


| C. TAN DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Defendant's Notice of Deposition to Plaintiff | 10 |
| Exhibit 2 | Cong Tan's Labor Contract | 36 |
| Exhibit 3 | Cong Tan's Labor Contract (English) | 36 |
| Exhibit 4 | Email to Robert DeWitty | 60 |
| Exhibit 5 | Email to Zheng Liu | 97 |
| Exhibit 6 | Complaint | 103 |
| Exhibit 7 | First Amended Complaint | 119 |
| Exhibit 8 | Redlined Version FAC | 120 |
| Exhibit 9 | Patent D1,054,752 | 131 |
| Exhibit 10 | Authorization Letter | 138 |
| Exhibit 11 | Response to Defendant Deficiency Letter | 143 |
| Exhibit 12 | Tan_1375-1550_NoCN_90019807 (EPR 1) | 165 |
| Exhibit 13 | WeChat Screenshot No. 1 | 174 |
| Exhibit 14 | WeChat Screenshot No. 1 (English) | 174 |

P R O C E E D I N G S

(9:09 a.m.)

THE VIDEOGRAPHER: Good morning. Here begins volume 1, disc number 1, in the deposition of Cong Tan in the matter of Cong Tan versus Dongguan Xianghuo Trading Co., Ltd. d/b/a Xianghuo, et al., in the United States District Court for the Northern District of Illinois. The case number is 1:25-cv-05003.

Today's date is June 10th, 2026. The time on the video monitor is 9:10 a.m. The certified video operator today is Matthieu Leulier, contracted by Epiq. This video deposition is taking place at Epiq, Room 1102 - 1103, 11 Floor, Central Plaza, 18 Harbour Road, Wanchai, Hong Kong, and was noticed by defendant and counterclaimant.

Counsel, please voice identify yourselves and state whom you represent.

MR. LIU: Andy Liu for plaintiff/cross-defendant, Mr. Cong Tan.

MR. YANG: Qianwu Yang from SHM Law Firm for defendant, Dongguan Xianghuo Trading Co., Ltd. And today together with me is Mr. Yi Fang also for defendant, also from SHM Law Firm.

THE VIDEOGRAPHER: Thank you. The court

reporter is Katherine Schilling, CSR #14163, of Epiq.

Would the reporter please swear in the interpreters and the witness.

(Testimony taken through a Mandarin interpreter.)

(Helena Chung, interpreter, after having been duly sworn or affirmed to interpret the Mandarin language into the English language and the English language into the Mandarin language to the best of their ability, interpreted the following:)

CONG TAN,

after having been duly sworn or affirmed, through the interpreter, testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT/COUNTERCLAIMANT

BY MR. YANG:

Q. Good morning, Mr. Tan. My name is Qianwu Yang from SHM Law Firm, and I represent defendant, Dongguan Xianghuo Trading Co., Ltd., in this case. My colleague, Mr. Yi Fang is also attending today's deposition on behalf of Xianghuo.

MR. YANG: So before we begin the deposition, I would like to confirm one point with Mr. Liu. So for the sake of clear record, could we agree that only one counsel from each side will handle the

instructions.

MR. LIU: Yeah.

MR. YANG: Okay. Good.

BY MR. YANG:

Q. Mr. Tan, before we get into the substance, I would like to go over a few ground rules.

You have been sworn in by the court reporter just now. Your testimony today is under oath just as if you were testifying in court. You are required to answer each question truthfully, completely, and accurately to the best of your knowledge and recollection.

Any false statement concerning material information or intentionally misleading testimony may result in court-imposed sanction and may subject you to criminal penalties for perjury.

Because the court reporter is taking down everything we say, please give verbal answers rather than nodding, shaking your head, or pointing. We are working through an interpreter, so please wait until I finish my question and the interpreter finishes translation before you answer.

If you do not understand a question, please tell me, and I will rephrase it. If you

answer, I will assume you understood that question.

Your lawyer may object from time to time. Unless your lawyer specifically instructs you not to answer, you still need to answer the question.

As a general rule, we will take a five-minute break approximately every hour. If, however, you need a break at any time, please let us know. However, if there is a pending question, I would ask that you answer that question before we go off the record for the break.

Mr. Tan, for the record, please state your full name.

A. Tan Cong.

Q. In what city do you currently reside?

A. Shenzhen, Guangdong.

Q. Are you currently employed?

A. Yes.

Q. Who is your current -- current employer?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Mr. Tan, you need to answer the question.

A. Shenzhen Tianherong Technology Co., Ltd.

Q. What's your current position and the responsibility?

A. I do operations development.

Q. Could you please describe what you do for operation development.

MR. LIU: Objection. Irrelevant.

THE WITNESS: I mainly do something in relation to product development and cross-border operations.

BY MR. YANG:

Q. What do you mean for product development?

A. Based on the existing product line, or lines, together with the current company situation, I would develop new models for products.

Q. What specific products development do you work with your current employer?

MR. LIU: Objection. Irrelevant.

THE WITNESS: I am not in a convenient position to disclose such information.

MR. YANG: Let the record reflects the witness refuses to answer a relevant question which will prove or disprove defendant's defenses or counterclaims.

MR. LIU: For the record, which defense or counterclaim is this relevant to? Where Mr. Tan works right now has nothing to do with anything.

Where he used to work might be relevant, I understand that. But where he's working now has

nothing to do with this case.

MR. YANG: Let the record reflect plaintiff's counsel is making speaking objections.

MR. LIU: I'm making a record --

MR. YANG: The speaking objections may coach the witness how to answer and how not to answer.

MR. LIU: You made a record. I'm making my response of a record to you. So I'm not making a speaking objection. Where did I object? I did not object.

BY MR. YANG:

Q. Mr. Tan, any -- I need you to disclose any -- sorry, strike that.

You need to understand, for confidential information, the U.S. court system and the legal system has proper method to protect such confidential information. And you are required to answer any questions, unless your counsel specifically instructs you not to answer.

MR. LIU: Okay. For the record, if Mr. Yang can identify to which defense or counterclaim this question is relevant, then Mr. Tan should answer. But other than that, I will instruct Mr. Tan not to answer because it has nothing to do with any defense or counterclaim in this case.

MR. YANG: Mr. Liu, I think you are aware the only legal basis you can instruct the witness not to answer under FRCP is about privilege. So on what grounds you are instructing the witness not to answer now?

MR. LIU: That's not true. Attorney/client privilege is nothing in the ground. There are normal grounds for instructing the witness not to answer.

MR. YANG: So what ground are you --

MR. LIU: Those questions is harassing the witness. It's badgering the witness. What product the witness is developing has nothing to do with this case. That's the key here.

Right? What he was developing in terms of product in this case is relevant. But what technology --

MR. YANG: Counsel, your objection is preserved. Let's move on.

MR. LIU: Okay. Thank you.

BY MR. YANG:

Q. Mr. Tan, I'm now showing you Exhibit 1.

(Exhibit 1 was marked for identification.)

THE INTERPRETER: Can I also have a screen for the exhibits.

MR. YANG: The exhibit?
Yeah. I think you can.
THE VIDEOGRAPHER: Let's go off the record to ...
MR. LIU: Okay.
THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 1. The time is 9:27 a.m.
(There was a recess in the proceedings.)
THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 2, and the time is 9:32 a.m.
MR. YANG: We are now reviewing Exhibit 1, right?
THE VIDEOGRAPHER: Yeah.
MR. YANG: Okay.
BY MR. YANG:
Q. Okay. Mr. Tan, did you receive this Exhibit 1 before today's deposition?
A. (In English) Yes.
Q. Thank you.
Have you ever been deposed before, Mr. Tan?
A. No.
Q. How much time did you spend preparing for

today's deposition?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Mr. Tan, you need to answer the question.

A. Two to three days.

Q. Did you meet with your counsel to prepare for today's deposition?

A. No.

Q. Then how did you prepare for today's deposition?

MR. LIU: I mean, objection. Irrelevant. Attorney/client privilege.

MR. YANG: Counsel, for the record, this question doesn't concern the substance. It's only about the factual background, how did the witness prepare for today's deposition.

MR. LIU: Okay. My response is the witness has not been shown to be deficient in terms of answering any questions. So whether he's prepared or not is not an issue right now. It might become an issue later, I guess. But it's not an issue right now. And it does implicate how he communicated with counsel, which is privileged information.

MR. YANG: For the record, opposing counsel is

instructing the witness not to answer a relevant question without any legal basis.

MR. LIU: Okay. For the record, how is this relevant? To which defense or counterclaim this question is relevant?

MR. YANG: Counsel, you know, this is not for to -- to debate, right?

MR. LIU: Exactly.

MR. YANG: Your responsibility today is to make concise objections.

MR. LIU: Okay.

MR. YANG: This is not a courtroom, all right.

MR. LIU: No. You put your statement on the record. I put my statement on the record.

MR. YANG: Okay. Keep it simple.

BY MR. YANG:

Q. Mr. Tan, were those preparation sessions, were those preparation sessions conducted by telephone or videoconference?

MR. LIU: Objection. Irrelevant. Attorney/client privilege. How he discuss --

MR. YANG: Stop. Please stop. You cannot make speaking objections. You're very clear about that, right?

MR. LIU: Okay. I'm trying to explaining the

basis of my question.
MR. YANG: You are not allowed to make speaking objections.
MR. LIU: Which speaking objection did I make? I'm trying to put on the record the basis --
MR. YANG: You are coaching the witness.
MR. LIU: Not at all.
MR. YANG: You are violating your ethical obligations.
MR. LIU: I don't think so. I respectfully disagree. Go ahead.
MR. YANG: The reason why we ask this question is it's relevant for our preparing -- for the motion for rule 11 section of FRCP.
MR. LIU: Okay. Is there a pending --
MR. YANG: We need to finish --
MR. LIU: Is there a pending --
MR. YANG: Let me finish, Mr. Liu.
We need to discover whether you are coaching your client to perjure himself.
MR. LIU: That's completely baseless, and it's simply attorney/client privilege. You haven't instructed --
MR. YANG: What if -- what if the other person -- the other persons were also present in

the -- in the preparation sessions? Then you have no --

MR. LIU: That's not your business.

MR. YANG: Then you have no privilege.

MR. LIU: Then as far as you know, is there a third person at all? Do you know that?

MR. YANG: Are you the witness, Mr. Liu?

MR. LIU: Exactly. You are assuming things. The questions are improper. I instruct the witness not to answer.

MR. YANG: Mr. Liu, let me warn you again.

MR. LIU: You don't need to warn me, okay?

MR. YANG: You are obstructing this deposition process.

MR. LIU: Because your question is improper.

MR. YANG: Why is it improper?

MR. LIU: Ask a proper question, please.

MR. YANG: Why is it improper?

MR. LIU: Because you getting into how counsel communicate with plaintiff, has nothing to do with today's deposition. The witness has not been shown as deficient in terms of answering any questions. So how did he communicate with me about this case has nothing to do with this case, and it is privileged. I talk to him in night, I talk to him

in the morning had nothing to do with this case. That's why.

BY MR. YANG:

Q. Mr. Tan --

MR. LIU: Ask relevant question.

BY MR. YANG:

Q. Mr. Tan, were any other persons other than your U.S. counsel, namely Mr. Liu, present at your deposition preparation sessions?

MR. LIU: Objection. Attorney/client privilege. There could be associate attorney. So what? Doesn't destroy the privilege.

MR. YANG: Mr. Liu, you are violating the most basic and fundamental ethical obligations of a court officer.

MR. LIU: I respectfully disagree.

MR. YANG: You are coaching your witness.

MR. LIU: Not at all. Your questions are improper, have been improper since the beginning. It's a patent infringement case. We are 40 minutes into the deposition, you never ask any patent questions.

MR. YANG: Please stop.

MR. LIU: No. I'm making a record. None of the questions so far is proper.

MR. YANG: Mr. Liu, are you aware that your obstructive behaviors will expose your witnesses for second deposition? Are you aware of that?

MR. LIU: Objection. That's badgering the witnesses, okay. Making baseless threats. Ask a proper question. It's a patent infringement case. Ask any patent infringement question on the record, please.

MR. YANG: Are you the witness, Mr. Liu?

MR. LIU: What's that?

MR. YANG: Are you the witness today?

MR. LIU: Not today.

MR. YANG: Okay. How many patent cases have you handled before?

MR. LIU: Objection. Irrelevant. Ask the witness a proper question, please. I am not being deposed today. How many have you handled?

MR. YANG: Because you have zero experience.

MR. LIU: Oh, yeah? How many do you have, respectfully? If you want to go that route. Unnecessary.

MR. YANG: Please behave yourself, Counsel.

MR. LIU: I don't appreciate your tone. I've been behaving. Have you been behaving? I don't know about that, okay. Ask a proper questions.

MR. YANG: For the record, Mr. Liu, why do you think my question just now involves attorney/client privilege?

MR. LIU: Because you're asking how the witness communicate with his attorney. Who else was present has nothing to do with this case.

MR. YANG: For the record --

MR. LIU: For the record, my answer is on the record. So what?

MR. YANG: Could you keep your answer simple and brief, concise? All right?

MR. LIU: I'm trying to. But you keep interrupting me.

MR. YANG: My question was not about the substance of the preparation. My question was: Were any other persons present at the preparation?

MR. LIU: Again, same objection. Attorney/client privilege. Whether we use a translator to work with Mr. Tan has nothing to do with anything. So ...

MR. YANG: For the record, defendant reserves our right to motion for compel the witness to answer these questions. Therefore, additional depositions.

BY MR. YANG:

Q. Mr. Tan, did you review any documents to

prepare for today's deposition?
A. What do you mean by "documents"?
Q. Including PDF documents, Word format documents, any electronic documents or paper documents. This is commonsense question, Mr. Tan.
MR. LIU: Let me objection. Irrelevant. Whether it's a commonsense question or not, that's argumentative.
BY MR. YANG:
Q. You need to answer the question, Mr. Tan.
A. Yes, I have.
Q. What documents or categories of documents did you review?
A. I didn't quite catch that. Can I have the question one more time?
THE INTERPRETER: Okay.
(Reinterprets.)
THE WITNESS: Documents submitted in relation to this case.
BY MR. YANG:
Q. Could you please be more specific?
A. For example, some PDF documents. For instance, based on my recollection, some quality inspection report or reports.
Q. Mr. Tan, I need a complete list of the

documents you reviewed, so could you please tell me.

A. I need to provide that now?

Q. Yes.

A. It goes against common sense for me to suddenly have to provide a complete list of documents I have reviewed.

MR. LIU: Yes. So objection. There's no request for document production accompanying this notice of deposition.

MR. YANG: Mr. Liu, you are forbidden from making speaking objections.

MR. LIU: It's not a speaking objection. I'm just laying out my basis for the objection.

MR. YANG: You're coaching your witness.

MR. LIU: In fact, the witness answered first before I did. How am I coaching him?

MR. YANG: So the objection should be stricken.

MR. LIU: Why?

MR. YANG: Because you objected after the witness testimony.

MR. LIU: No. You cannot strike. A judge may -- may not strike. You cannot strike anything from the record. The judge --

MR. YANG: So Mr. Liu, if you keep making

speaking objections, which is strictly forbidden under FRCP and also this court's rules, so we will report that to the court.

MR. LIU: Is that a threat?

MR. YANG: That's a meet-and-confer reminder and that --

MR. LIU: Could not meet and confer during the middle of a deposition, okay?

MR. YANG: So --

MR. LIU: So do you want to take the day's off so we can meet and confer.

MR. YANG: Counsel, could we agree that you will no longer make speaking objections. Rather, you will only make objections in a concise manner like "form."

MR. LIU: So let me see.

MR. YANG: Do you agree?

MR. LIU: I will not make improper objections. I agree to that much. I raise any implication, otherwise.

MR. YANG: But do you understand you are only allowed to make concise, non-argumentative, non-suggestive objections?

MR. LIU: That's not necessarily true. I can make a motion to strike too. So what you said is

not entirely accurate.

MR. YANG: But do you agree with this basic FRCP rule?

MR. LIU: First of all, it's not FRCP rule. It might be a federal rule of evidence, FRE, but it's not FRCP, for the record.

MR. YANG: Do you want us to show you the rule now?

MR. LIU: Yeah, please. I do want to -- I do want to see that.

MR. YANG: We will find the rule, and we will read that for you when we find it.

MR. LIU: Okay. Which number is that?

MR. YANG: Mr. Liu, frankly I'm shocked you don't know the rule.

MR. LIU: Which rule is that? You're going to have to tell me the rule first. I'm shocked you say FRCP. It's FRE. So I'm shocked more than you are, in fact. Show me the FRCP, please.

MR. YANG: This is -- okay. For the record, defendant counsel, upon plaintiff's counsel, Mr. Zheng Liu's request, is showing him and his clients, the witness, a basic FRCP rule.

MR. LIU: So where are you showing?

MR. YANG: It's rule 30.

MR. LIU: You said "showing," so where are you showing? You're talking, I get it. But where's showing? You said -- it's different. Showing and talking is different.

MR. YANG: I will show you after we make this --

MR. LIU: You said you're showing.

MR. YANG: Yes.

MR. LIU: As in you're doing it right now. So I'm not seeing it. That's the problem. If you said you are going to show, I get it. When you say you're showing, I'm not seeing it.

MR. YANG: Let me finish, Mr. Liu.

MR. LIU: Thank you.

MR. YANG: It's rule 30 -- FRCP rule 30(c)(2), "Objections."

MR. LIU: Yeah. So?

MR. YANG: Katherine? Okay.

Now, I'm showing the FRCP rule. I'm showing it to -- showing this very basic and fundamental rule to --

MR. LIU: Okay.

MR. YANG: -- opposing counsel, Mr. Zheng Liu.

MR. LIU: Okay. I appreciate you showing me, but how is that relevant to today's deposition?

MR. YANG: Can you read it?

MR. LIU: I can't. Too far away. I can't. Too far away, I'm telling you.

MR. YANG: Show him.

Let the record reflect, upon Mr. Zheng Liu's request, defendant's counsel Yi Fang is showing him this basic and fundamental deposition rule.

MR. LIU: Okay. So I see it's a rule. I appreciate it.

MR. YANG: And Mr. Liu has just finished reading it.

So Mr. Liu, now can we agree that going forward you will not make speaking objections?

MR. LIU: I will not make improper objections.

MR. YANG: No. Speaking objections.

MR. LIU: Improper objections.

MR. YANG: No. And could we agree you will make objections according to this basic deposition rule?

MR. LIU: That's what I've been doing.

MR. YANG: Okay. And -- okay. Now, let's go on.

MR. LIU: Thank you.

BY MR. YANG:
Q. Mr. Tan, did any document refresh your recollection for purpose of your testimony today?
MR. LIU: And objection. Lack of foundation. The witness has not stated he cannot answer any questions, so he does not need to refresh --
MR. YANG: Mr. Liu, you are making speaking objections again.
MR. LIU: Again, your question is improper.
MR. YANG: You -- Mr. Liu, you are only allowed to make objections, such as "form." Do you understand that?
MR. LIU: No. Because then you will say -- you might object to them as generic. I need to state the ground too. Which rule says I cannot state my ground? It says "concise." I am trying to make it concise. I'm not speaking for 10 minutes. I speaking 10 seconds.
MR. YANG: Mr. Liu, are you aware that you are only to make objections such as "form" for objections like what you just stated? Do you understand that?
MR. LIU: No, I don't. That's simply not the rule. I agree with you, I don't make argumentative --

MR. YANG: So you are not aware of such rule?
MR. LIU: I'm not being deposed today.
MR. YANG: But if you are aware of such rule, you should not violate it, right?
MR. LIU: I don't think I'm violating the rule.
MR. YANG: You are not allowed to make speaking objections. Do you understand that?
MR. LIU: It's not a speaking objection. It says you're supposed to make concise, not argumentative objection, which is what I'm doing.
MR. YANG: For Northern Illinois court rules, there are specific rules to forbid the opposing counsel's speaking objections.
So Mr. Liu, my colleague is now trying to find that rule for you, for your education.
MR. LIU: Again, I don't need any education from your team. Why don't we just focus on today's deposition instead?
MR. YANG: Okay.
MR. LIU: I'm not paying a tuition for this education.
BY MR. YANG:
Q. Now, Mr. Tan, you still need to answer the question.

A. Can you repeat the question?
Q. Let me just repeat my question.
Did any document you just mentioned refresh your recollection for purposes of your testimony today?
MR. LIU: Let me objection. Irrelevant.
BY MR. YANG:
Q. You still need to answer the question.
A. No.
Q. Mr. Liu -- sorry.
Mr. Tan, are you representing that all those documents you just mentioned didn't refresh your recollection for purposes of your testimony today?
MR. LIU: Objection. Leading. Argumentative. Irrelevant.
BY MR. YANG:
Q. You still need to answer.
A. Can you repeat it?
Q. You mean the --
MR. YANG: I believe he means ...
THE INTERPRETER: (Reinterprets.)
THE WITNESS: That's right.
MR. YANG: Let the record reflect defendant counsel respectfully reminds opposing counsel,

Mr. Liu, again that he is not allowed to make speaking objections --

MR. LIU: Objection. I'm going to strike.

MR. YANG: -- such as "argumentative" or "irrelevant." Instead, he's only allowed to make objections such as "form," which will include everything he just -- he may just said.

Additionally, as opposing counsel -- defendant counsel is allowed to ask leading questions.

MR. LIU: Well, objection. Move to strike. It has nothing to do with anything.

BY MR. YANG:

Q. Now, let's move on, Mr. Tan. I would like to remind you are still under oath.

Mr. Liu -- sorry. Mr. Tan, what colleges or universities did you attend?

A. (Chinese spoken).

MR. LIU: Institute of Technology.

THE WITNESS: Changsha University of Science and Technology.

MR. LIU: Okay.

BY MR. YANG:

Q. What was your major?

A. Geotechnical engineering.

MR. LIU: Objection. I don't think that's accurate. I think it's civil engineering.

BY MR. YANG:

Q. When did you --

THE INTERPRETER: Correction: "Civil engineering."

BY MR. YANG:

Q. When did you graduate?

A. 2020.

Q. Mr. Tan, did you study product design, industrial design, engineering -- oh, strike that. Just let me repeat my question.

Did you study product design or industrial design in school?

A. It involved some architectural design.

Q. So Mr. Tan, is it fair to say other than architectural design, you didn't study any other design, like product design or industrial design?

MR. LIU: Objection. Misstatement.

BY MR. YANG:

Q. You still need to answer, Mr. Tan.

A. I'd like to hear the translation one more time.

THE INTERPRETER: (Reinterprets.)

THE WITNESS: It also involved some bridge

design.

BY MR. YANG:

Q. Mr. Tan, after your graduation, could you please describe your employment history, from your graduation through the present -- through the present?

A. I graduated in 2020. Afterwards, I joined a state-owned enterprise. I was there for a while, doing work in relation to fixing bridges or tunnels. Then in 2021, due to personal reasons, I left that enterprise and I went to another place which focuses on calculation of prices or valuation work. And I would do calculations in relation to architectural expenses or fees and model building.

Then in 2022, I decided to join cross-border e-commerce work until today.

Q. Mr. Tan, for each job, could you please tell me the employer's name, your job title, and your specific job responsibilities?

MR. LIU: Okay. Objection. Irrelevant.

BY MR. YANG:

Q. You still need to answer the question.

A. In 2020, I worked in Company No. 1 under China Railway 4th Engineering Group.

Should I continue?

Q. Sure, sure.
A. And there I was a technician. I would carry out design-related verification for those preliminary drawings. For example, certain support structures for bridges. The second entity I worked for is Green Orange Technology Co., Ltd. And at this enterprise, I did valuation work. In other words, I would review the fees or expenses for high-rise structures and model building.
(Chinese spoken).
MR. YANG: (Chinese spoken).
THE INTERPRETER: (Chinese spoken).
THE WITNESS: And then I worked at Shenzhen Taiweis Innovation Technology Co., Ltd.
I'd also like to add, because of certain internal adjustments inside the company, while my ultimate working entity was Taiweis, my contract was signed with a different entity. So during this time period, between 2022 and 2025, I did operations and product development work.
And in June 2025, I went to work for Shenzhen Daipusen New Energy Technology Co., Ltd.
There, I was mainly doing something in relation to cross-border operations, and then this year I went to work for Tianhe to do

operations-related work and assisted in product development.

BY MR. YANG:

Q. Thank you, Mr. Tan. So have we now covered all your jobs, including your part-time jobs since your graduation?

A. Yes.

Q. Mr. Tan, in any of your jobs, was creating product designs one of your job responsibilities?

A. Yes.

Q. What's that?

A. Inside Shenzhen Taiweis.

Q. So is that the only job that concerning product designs?

A. Yes.

Q. Before you claim to have created the design involved in this lawsuit, had you ever personally designed any product?

A. No.

Q. Other than what we have discussed just now, do you have any other education, training, or work experience in product design or any design relating to the design patent involved in this lawsuit?

MR. LIU: Objection. Ambiguous, vague, compound.

BY MR. YANG:

Q. Mr. Tan, you still need to answer the question.

A. Can I have the translation one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: In 2020, on Bilibili, I have reviewed some videos.

BY MR. YANG:

Q. Mr. Tan, what are those videos about?

A. They involved matters about editing or model building.

Q. How many hours did you spend in reviewing these videos you just mentioned?

A. It's been too long. But according to my recollection, around 30 to 40 hours.

Q. Do you still remember the titles of -- titles or general contents of these videos so that you can produce to defendant after this deposition?

MR. LIU: Objection. Irrelevant. Lack of foundation.

BY MR. YANG:

Q. Mr. Tan, you still need to answer the question.

A. It's been too long. Basically I no longer recall the titles.

Q. Do you still remember the contents of these videos?

MR. LIU: Objection. Asked and answered.

BY MR. YANG:

Q. You still need to answer?

A. I have already forgotten.

Q. Are these videos relevant to the asserted design patent in this lawsuit?

MR. LIU: Objection. Vague.

BY MR. YANG:

Q. You still need to answer the question.

A. Yes.

Q. Mr. Tan, you just answered my question that you have forgotten the contents of these videos, but now your answer is these videos are relevant to the asserted design patent.

Why is that?

MR. LIU: Objection. Argumentative.

THE WITNESS: I have forgotten the specific content of such videos. But the videos have taught me something about model building for products, and that has been helpful.

BY MR. YANG:
Q. So Mr. Tan, do you mean that those videos are about storage -- storage box model building?
MR. LIU: Objection. Vague.
THE WITNESS: Irrelevant.
BY MR. YANG:
Q. Thank you, Mr. Tan.
A. (Chinese spoken).
THE INTERPRETER: The witness is asking to adjust the temperature upward by 1 degree.
MR. LIU: Okay. Motion granted.
THE VIDEOGRAPHER: I think we need to call the building management, and they have to come here and change it directly in the room. We don't have the control.
THE WITNESS: Can we take a break, then?
MR. YANG: Sure, sure.
MR. LIU: Okay.
THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 2. The time is 10:28 a.m.
(There was a recess in the proceedings.)
THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 3, and the time is 10:38 a.m.

MR. YANG: Okay. Katherine, let's -- let's look at, I believe, Exhibit 2 and 3.

THE INTERPRETER: So is that Exhibit 1 on the list, or something else?

MR. YANG: Yeah. But now we are Exhibit 2 and 3.

MR. LIU: So which one --

THE WITNESS: (In English) Exhibit 1 and 2?

BY MR. YANG:

Q. Okay. Mr. Tan, are the two exhibit in front of you?

(Exhibits 2 and 3 were marked for identification.)

THE WITNESS: Yes.

BY MR. YANG:

Q. Do you recognize these two exhibits?

A. Yes.

Q. Mr. Tan, on the first page of, I believe, each contract -- each labor contract, for the -- yeah.

MR. LIU: So are we talking about Exhibit 4 right now?

MR. YANG: 2 and 3.

MR. LIU: Okay. But the first page of Exhibit 2 is --

MR. YANG: Oh, I forgot that. I think we have four exhibits in total, right? Because we have bilingual contracts.

MR. FANG: Yeah.

MR. YANG: We have four exhibits, right?

MR. FANG: So we have --

MR. LIU: No. What's the first page -- so what's the first page of Exhibit 2?

THE VIDEOGRAPHER: You need to open Exhibit 1.

MR. LIU: But that's the 4.

THE VIDEOGRAPHER: Oh, yes.

MR. LIU: So that's 4 or ...

THE VIDEOGRAPHER: And you have Exhibit 2.

MR. LIU: So we're talking about 4 and 4-1?

MR. YANG: Yeah. So this -- okay. So now we are talking about -- there is an Exhibit 4 on the first page, right, but that is actually Exhibit 2 for our purposes. So Exhibit 2.

BY MR. YANG:

Q. On the first page, Mr. Tan, actually, the second page, the second page showing your mobile number. The Bates number I believe is Tan 20.

So there is -- yeah, there is a mobile number on this labor contract. Yeah. So -- yeah, so first, Mr. Tan, you just answered you

recognize -- yeah, you recognize this labor contract; right?

A. Yes.

Q. Okay. So is this your labor contract with Shenzhen (Chinese spoken)?

A. Yes.

Q. In the -- on the right corner of the second page under "party B employee," there are -- you can see your name -- the handwritten name and your sex and other information.

Are these information written by you?

A. Yes.

Q. And there is a mobile number 17716799539 shown in the labor contract.

Is this your mobile number?

A. Yes.

Q. Do you still use this number?

A. Yes.

Q. Is this phone number associated to your WeChat account?

A. Yes.

Q. So have you used that mobile number continuously from -- from May 2022, as shown in this labor contract, until now?

A. Can I have that one more time?

THE INTERPRETER: (Reinterprets.)
THE WITNESS: Yes.
BY MR. YANG:
Q. Mr. Tan, what were your monthly salary when you were employed by Shenzhen (Chinese spoken) -- sorry. Shenzhen Taiweis Technology Co., Ltd.?
MR. LIU: Objection. Irrelevant.
BY MR. YANG:
Q. You need to answer, Mr. Tan.
A. At the beginning, 5,500.
Q. And the -- could you please tell me your salary changes during your employment with this company?
A. Salary changes?
Q. Meaning when you -- you just -- you just answered your beginning salary is RMB5,500 per month, right? I believe your salary might be -- might be increased later on.
So could you please describe your salary during the employment with this company?
MR. LIU: Let me objection. Irrelevant. Lacks foundation. Assume facts not in evidence too.
MR. YANG: Mr. Liu, again with all due respect, you are not allowed to make speaking

objections.

MR. LIU: That's not speaking objection.

MR. YANG: You are only to make objections like "form" because "form" will include the objection you just use, like "assumes facts not in the evidence."

MR. LIU: I disagree with your characterization. Then otherwise I'll just say "objection." But no, it's not that. I can offer the basis for my objection.

MR. YANG: Mr. Liu, we will show you the legal -- we will show you the legal ground -- the ground basis.

MR. LIU: Yeah.

MR. YANG: Okay. We will show you later.

MR. LIU: I thought you're going to show me now.

MR. YANG: Yes, but what we need to agree here is you are forbidden from making suggestive or argumentative objections so that you can coach the witness.

MR. LIU: First of all, there's no coaching to begin with. I resent the implication.

BY MR. YANG:

Q. So Mr. Tan, you still need to answer the

question.
A. In 2023, it was around 9,000. I don't remember the exact figure. In 2024, it was around 11,000. And then in 2025, around 13,000 to 14,000.
Q. Other than the salary you received from your employment with the company, do you have any other sources of income?
A. No -- yes.
Q. So you have other income other than the salary you received from this company during your employment with the company; is that correct?
A. It is not salary, but it's a kind of personal patent fee.
Q. Do you mean -- strike that.
MR. LIU: Objection. I think it's --
BY MR. YANG:
Q. By "patent fee," do you mean the royalty fees you receive from licensing patents?
A. Yes, licensing fee. Royalty.
Q. Are the fees for the asserted design patent in this lawsuit?
A. Yes.
Q. When did you -- when did you start receiving the patent royalty fees?
A. Concerning the royalty payment, they

started in 2024. But the first batch of money actually got transferred to me in 2025. At the beginning of each year, we would collect the royalty for the previous year.

Q. How much are those fees, Mr. Tan?

A. Each license per year is RMB1 million.

Q. Who are your licensees?

A. Shenzhen Weiteli Technology Co., Ltd., and Ruan Network Technology Co., Ltd.

Q. So which month in 2025 did you start receiving royalty fees from these companies?

A. January.

Q. How do you calculate these royalty fees?

A. It's one-off.

Q. So do you mean you receive one -- 100 -- sorry. 1 million -- RMB1 million per year from two companies respectively since January 2025?

A. Concerning Shenzhen Weiteli Technology Co., Ltd., I received 1 million starting from 2025. But for Wuhan entity, the first batch of royalty came in in 2026. Nothing was collected for the year 2024.

Q. So you have received RMB1 million royalty fee from Shenzhen Weiteli in January 2025, and then you received another RMB1 million in January 2026,

and then you receive another RMB1 million from the Wuhan -- the Wuhan company in January 2026. And in total, you have received RMB3 million from these two companies; is that accurate?

A. Yes.

Q. Do you have any bank record to support your answer just now?

A. Yes.

Q. Could you please produce those bank records to defendant after this deposition?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. You need to answer this question, Mr. Tan.

A. Yes.

Q. Mr. Tan, could you please produce these bank records within five workdays after this deposition?

MR. LIU: Objection. No. Irrelevant. Counsel is propounding discovery in the middle of a deposition.

MR. YANG: Mr. Liu, you are forbidden to make such objections. Do you understand that?

MR. LIU: No, I don't. You are propounding a discovery document question in a middle of

deposition. That's improper. I'm entitled to object.

MR. YANG: Mr. Liu --

MR. LIU: I'm here --

MR. YANG: -- you know this is --

MR. LIU: The witness is here to answer factual questions, not to produce documents. That's what -- document production is not what deposition is for.

MR. YANG: Mr. Liu, I think you should be aware you have withheld these documents --

MR. LIU: Which --

MR. YANG: -- from us.

MR. LIU: Which discovery request this is relevant?

MR. YANG: Let's reconfer after --

MR. LIU: Exactly. So then don't say I withheld anything, without proper basis. Okay? Don't say that.

BY MR. YANG:

Q. So Mr. Tan, you still need to answer the question.

MR. LIU: Objection. No. Again, the proper channel for getting documents is a document request. Not ask --

MR. YANG: Mr. Liu, you are coaching your witness.

MR. LIU: No. You are asking --

MR. YANG: It is very unethical.

MR. LIU: No. You're unethical because you are talking to a represented party directly in the middle of deposition. All the requests must come through counsel. You cannot ask a represented party to produce documents directly to you. That's a discovery request between the counsel. Can I go to your client today and ask him to give me documents? No. It's the same thing.

MR. YANG: You don't need to translate this argument.

BY MR. YANG:

Q. Mr. Tan, you still need to answer the question.

MR. LIU: But that's not a question, no. The witness does not have to answer.

MR. YANG: On what basis?

MR. LIU: You're propounding a discovery request out to Mr. Tan directly, when he's represented. That's improper. He's here for factual questions, not to produce documents.

MR. YANG: Mr. Liu, that is the question.

It's a yes-or-no question.

MR. LIU: That's not a question. That's a request. Also, he is not capable of answering that question. Because there's discovery deadlines set by the judge.

MR. YANG: You're being very obstructive.

MR. LIU: No. Again, you cannot ask the witness to produce documents in the middle of deposition. He's a represented party.

MR. YANG: Let the record reflect the witness has confirmed that there are such bank records, and the witness is also willing to produce these bank records to plaintiff.

MR. LIU: That's false. The witness --

MR. YANG: However -- let me finish. You'll have your turn, okay?

However, the opposing counsel coached the witness not to do so.

MR. LIU: That's improper. Okay?

MR. YANG: Not -- more accurately, the opposing counsel instructed the witness not to answer deposing counsel's question whether the witness is able to provide those bank records within five business days after the deposition.

MR. LIU: Are you finished, Mr. Yang?

MR. YANG: Yeah.

MR. LIU: Okay. So my response is the request itself is improper. Because counsel is asking the witness directly, when the witness is represented by counsel, to produce documents in the middle of deposition. And also counsel's question was not whether the witness was able or not able to produce documents. Instead, counsel asked directly the witness to produce those documents in five business days. They ask, is like a request, itself is improper. Because there are discovery deadlines in this case. The counsel's request -- discovery deadlines set by the judge. All discovery requests propound of Mr. Tan must go through counsel.

Also --

MR. YANG: Mr. --

MR. LIU: Also, I know that the deposition notice itself has no accompanying document request. You could have a document request in conjunction with the deposition notice, but you did not.

BY MR. YANG:

Q. Mr. Tan, are you the real party in interest in this litigation? More specifically, are you the party who will receive -- who will receive the settlement payment or damages from this

litigation?

MR. LIU: Objection. Calls for a legal conclusion. Irrelevant.

BY MR. YANG:

Q. You still need to answer the question, Mr. Tan.

A. I did not understand.

Q. Mr. Tan, are you the only party who funds this litigation? Namely, bears the litigation cost, including the attorney fees?

MR. LIU: Objection. Irrelevant. Plus attorney/client privilege. How the attorney fee is paid between the client and attorney is attorney/client privilege.

MR. YANG: Mr. Liu -- wait, wait, wait.

Mr. Liu, are you clear about my question?

MR. LIU: Are you? I think I am.

MR. YANG: You're coaching the witness, right?

MR. LIU: No. I'm stating my objection. It's attorney -- how Mr. Tan pays me is attorney/client privilege.

MR. YANG: Have I asked that question?

MR. LIU: You just did.

BY MR. YANG:

Q. The question is: Are you the only party

who funds this litigation?
MR. LIU: Exactly. How Mr. Tan pays for attorney fees is privileged.
MR. YANG: You're not the only attorneys, all right? I'm not -- okay.
BY MR. YANG:
Q. First. Mr. Tan, are you the only person who funds this litigation?
MR. LIU: Objection. Irrelevant. Vague. Attorney/client privilege.
MR. YANG: Mr. Liu, are you instructing the witness not to answer my question based on --
MR. LIU: Yes, I am.
MR. YANG: Based on privilege?
MR. LIU: Yeah. How Mr. Tan pays for attorney fees is privileged. Why that has anything to do with this case?
MR. YANG: Because we have sufficient evidence --
MR. LIU: Okay.
MR. YANG: -- to show your client is a mere holder of the patent.
MR. LIU: Okay. Then talk about that question.
MR. YANG: And the -- so, therefore, we also

believe he is not the real party in interest in this litigation.

MR. LIU: Then --

MR. YANG: There are real parties, or a real party, behind him. That's the reason why we need to do discovery regarding this issue.

MR. LIU: No.

MR. YANG: And you are well aware litigation funding is subject to discovery. For example, you know the very high-profile case recently. The famous writer E. Jean Carroll is now being prosecuted by the DOJ --

MR. LIU: Okay, okay.

MR. YANG: -- for lying about litigation funding.

MR. LIU: Is that a second circuit case or not. It's a second circuit case. It's not even relevant.

MR. YANG: We're talking about the general rule. Litigation funding is subject to --

MR. LIU: Yes, it's circuit specific. Also when you talk about Illinois --

MR. YANG: Let me finish.

MR. LIU: Okay.

MR. YANG: So are you representing litigation

funding is not subject to discovery?

MR. LIU: No, it's not. Not at this point, at least. Because your claim is --

MR. YANG: What's your legal basis?

MR. LIU: Your claim is Mr. Tan is somehow a nominal holder of the patent. So the issue goes to the ownership of the patent. If you ask a question about that, I think it's fair game. But you're asking about who is paying for the litigation. It has nothing to do with anything.

Who's paying for litigation has nothing to do with whether Mr. Tan is a nominal holder of the patent or not. Those are two separate things. You're talking about ownership versus funding. These are different things. If you have questions about he's not in ownership, ask a question about that. It's fair game. But how do you make the leap from non-ownership to who funds the litigation?

For example, an insurance company could fund litigation too. There litigation-funding companies. So what?

BY MR. YANG:

Q. Mr. Tan, are you aware the real party issue is one of our affirmative defenses or counterclaims?

MR. LIU: Again --

MR. YANG: Let me finish. Are you aware that is our defense?

MR. LIU: Your affirmative defense is about the patent ownership. If you ask questions about that, it's fair game. Which one of your affirmative defenses says the funding is at issue. Show me that, and then I'll let you ask the question.

MR. YANG: So are you clear, real party in interest is one of our defenses?

MR. LIU: No. Which of your defense is that?

MR. YANG: Let the record shows -- let the record show -- strike that.

Let the record reflect opposing counsel disputes -- is not aware -- opposing counsel, Mr. Zheng Liu, is not aware real party in interest is an issue of -- is an issue in this case -- disputed in this case. More specifically, he is not aware that real party in interest is not one of defenses of defendant. And now, upon his request, deposing counsel is about to show him the real party issue that is -- that is disputed in defendant's answer, affirmative defenses, and counterclaims.

MR. LIU: You haven't shown me anything. Let the record reflect that.

MR. YANG: Show him.

Let the record also reflect --

MR. LIU: This one?

MR. FANG: Here.

MR. YANG: -- defendant's counsel, Mr. Yi Fang, has shown --

MR. LIU: That's not affirmative defense. I never saw that too.

MR. YANG: The recently filed answer to --

MR. LIU: Okay. So what?

MR. YANG: -- Mr. Zheng Liu.

MR. FANG: You did that for the litigation fees.

MR. LIU: So that is relevant to which of your claim? It's an allegation, I get it. Also, the entire answer is subject to motion to strike. So that's the first thing. Second of all, the allegation has not been administered by anybody.

You're putting a bunch of words. So what? This allegation goes to which claim of yours? For example, some other party pays the attorney fees, so that invalidates the patent? That means that's non-infringement? So it goes to which claim?

MR. YANG: Court Reporter, I would like the record to reflect what I have just stated.

MR. LIU: My response is that, there's simply -- the allegation itself is subject to motion to strike.

MR. YANG: Mr. Liu, please, please, cool down.

MR. LIU: What's that?

MR. YANG: And please cool down.

MR. LIU: Please what?

MR. YANG: Please cool down.

MR. LIU: I'm calm. Let the record reflect that basically this entire second amended answer itself is improper and is subject to forthcoming motion to strike. Because the second amended answer was filed without leave of court. So that's one thing.

The second thing is the allegation has nothing to do with any of the counterclaims or affirmative defenses, because allegation simply is that the attorney fee was paid by somebody else. So that does not, for example, invalidate a patent. That does not make somehow Mr. Tan ineligible. That does not somehow help prove non-infringement.

So I don't understand how that allegation is relevant to any of the affirmative defenses or to any of your counterclaim.

MR. YANG: Let the record also reflect -- also

reflect in defendant's proposed -- sorry, in plaintiff's -- in defendant's original answer, namely docket 23, standing -- lack of standing is defendant's ace defense. And the real party in interest is obviously an issue for this defense.

MR. LIU: First of all, that answer has been superseded, so that's not the operative answer at this point. It's an answer that was filed but it has become irrelevant in this case.

So are you going back to your first answer? Or are you sticking with the answer you just filed? Which way is it?

MR. YANG: Mr. Liu, are you aware that that same defense is still with the operative answer now?

MR. LIU: No.

MR. YANG: You're not aware?

MR. LIU: Because your second amended answer --

MR. YANG: Are you aware on that?

MR. LIU: -- is subject to a motion to strike. That's one thing.

MR. YANG: Mr. Liu, the motion you just mentioned, or you just contemplating to strike is the additional contents compared to the proposed answer, right?

MR. LIU: Exactly.

MR. YANG: Okay. And that answer -- that defense has been in our answer since the original one to the proposed answer and then to the currently filed one.

MR. LIU: See, that's your problem with this case. The first one has been superseded. It's not in effect. Forget about it. The second one, your 4OE (phonetic), you never filed it. So I don't know what you're doing with it.

MR. YANG: It's --

MR. LIU: So current -- the answer you have right now on the docket is improper.

MR. YANG: Okay. Mr. Liu, we have very limited time. But for the record, given opposing counsel's obstructive behavior, defendant reserves -- defendant reserves our right to motion to compel the witness to answer this question, and also for sanctions against opposing counsel for the obstructive behavior.

MR. LIU: My response is the objection was proper because the current affirmative defense on the docket right now speaks about ownership. Speaks about whether plaintiff is a true owner, the beneficial owner, the real party interest with

holding all substantial rights in the patent. And it has nothing to do with who pays for this litigation.

So that affirmative defense itself has nothing to do with the question that was just posed to the witness. And also who funds litigation has nothing to do with anything. It does not invalidate a patent, it does not prove non-infringement. It does not prove ineligible conduct. It simply does not prove anything.

BY MR. YANG:

Q. Mr. Tan, how many lawyers, including Chinese lawyers, that are not licensed in the U.S., have you retained so far for this case?

MR. LIU: Objection. Invalid. Attorney/client privilege too.

MR. YANG: Are you instructing the witness not to answer?

MR. LIU: Yeah. Because how many Chinese litigation experts I hired for this case is privileged.

MR. YANG: For the record, Mr. Liu, you were hired by the real party in interest on this case only after the first counsel of record, Mr. Robert DeWitty, withdrew from this case, after

we warn him that this case is suspected of a crime in China.

Court Reporter, we need to reflect those discussions.

MR. LIU: So are you threatening anybody in this deposition or no?

MR. YANG: No, that is in exhibit.

MR. LIU: Which exhibit are you talking about? Are you testifying as a witness?

MR. YANG: Show him.

MR. LIU: And don't point a finger at me. I can promise you that. Don't point fingers.

MR. YANG: Let the record reflect --

MR. LIU: Let the record reflect I'm not seeing anything right now. So let the record reflect that too.

MR. YANG: -- defendant's counsel, Mr Yi Fang, is showing opposing counsel -- opposing counsel, Mr. Zheng Liu, regarding the warning email to Mr. DeWitty, with respect to that this case might be suspected of committing a fraud crime.

MR. LIU: First of all, I resent the statement, okay, because --

MR. YANG: Let me finish.

MR. LIU: -- counsel is testifying.

MR. YANG: I'm explaining to you about the exhibit. That exhibit -- the two emails, one of the emails was also sent to you, right?

MR. LIU: Which exhibit is this for today's deposition? Or you're doing a separate deposition right now of me? Which is it? I'm not being deposed today.

MR. YANG: Are you asking the email we sent to you?

MR. LIU: I'm not asking about anything. I'm asking you to ask Mr. Tan proper questions, so we can get on with the deposition.

MR. YANG: Yeah.

MR. LIU: Why do you keep threatening me?

MR. YANG: I'm not threatening you, Mr. Liu.

MR. LIU: You just said you threaten -- deposing counsel, I think you --

MR. YANG: We know who you are.

MR. LIU: Today's deposition has nothing to do with me. I think we need to get on with asking Mr. Tan factual questions.

MR. YANG: Professionally speaking, yes, it is not about you.

MR. LIU: Because it's not. Is it about you too? Is it about you making criminal threats

against opposing counsel?

MR. YANG: But the evidence -- the evidence concerns you.

MR. LIU: Which evidence? You just sent an email, so that's some sort of evidence now?

MR. YANG: Okay. So let's go with Mr. Tan. And where were we?

BY MR. YANG:

Q. Mr. Tan, was Mr. Robert DeWitty your first -- your first counsel for this case? Mr. DeWitty. D-E-W-I-T-T-Y. Full name is Robert DeWitty. R-O-B-E-R-T, D-E-W-I-T-T-Y.

A. Robert DeWitty? Are you asking me to refer to a certain document now?

Q. Okay. To refresh the witness's memory, let's look at the exhibit originally marked as Exhibit 5. "Email to Robert DeWitty."

(Exhibit 4 was marked for identification.)

MR. LIU: First of all, I object to this exhibit because it is a translated version, but there's no accompanying certified translation. It's not a true and correct copy of the email sent supposedly to Robert DeWitty. So the exhibit itself is invalid.

Did you send Robert DeWitty this Chinese

email? Did he read that? I doubt it.

MR. YANG: That, for the record, the English -- the Chinese version of the exhibit is for -- is for the convenience of the witness and the interpreter only. The --

MR. LIU: Then don't make it as exhibit.

MR. YANG: The exhibit we are referring to is the original English version.

MR. LIU: Which is exhibit number what?

MR. YANG: Exhibit -- I believe it's currently marked as Exhibit 5, now Exhibit 4, "Email to Robert DeWitty."

MR. LIU: Okay.

BY MR. YANG:

Q. Now, is this exhibit in front of you, Mr. Tan?

THE INTERPRETER: The Chinese one or the English one?

MR. YANG: The English one.

THE WITNESS: Yes.

BY MR. YANG:

Q. Okay. And ask the -- for your convenience, we have a Chinese version for -- just for your reference.

MR. LIU: And I object to the Chinese version,

because this is not --

BY MR. YANG:

Q. Okay. Considering that your attorney objects to this Chinese version, so we will use the English version. Okay.

Okay. The English version.

MR. LIU: Also I object to that version too. Because this version has Chinese words inside of it. So whose certified translation is that?

MR. YANG: We are using -- we are referring Exhibit 4.

BY MR. YANG:

Q. So is that -- is this email in front of you, Mr. Tan?

MR. LIU: Objection. And object to this exhibit because it has foreign language, that has no accompanying certified translation. Look at the first page, it's a bunch of Chinese words. There's no certified translation to it.

MR. YANG: For the record, opposing counsel's objection is unfounded. However, to improve the efficiency of the deposition, we strike both the Chinese translations of the exhibits. Okay?

MR. LIU: So what's been stricken now?

MR. YANG: So we are now -- we are now

referring to the Exhibit 4, right?

MR. LIU: That's what I'm saying. Exhibit 4 has Chinese language in it which has no certified translation.

MR. YANG: Are you aware you are reading the wrong exhibit, Mr. Zheng Liu?

MR. LIU: No. I'm reading Exhibit 5, which you call Exhibit 4. Please look at the first page. It has a bunch of Chinese words on the first page.

MR. YANG: Can we show him.

You are obstructing this deposition.

MR. LIU: I don't make claims, okay? I'm looking at the same exhibits.

Exactly. Is that Chinese, or is that not Chinese? Is that Arabic? Or is that French?

MR. FANG: Mr. Liu, I think that's --

MR. LIU: That's Chinese or not?

MR. FANG: Yes, that's Chinese.

MR. LIU: Okay. Case closed. Looks like you're not understanding the exhibits. Because your assistant attorney to consider, has Chinese language in it.

Okay. Counsel is considering that laughing. Is that what it is?

MR. YANG: On what basis, Mr. Liu, do you

think that is translated? That is system language.
MR. LIU: Well, are you from Google? Do you work for Google? How are you making a foundation, it's system language? How do you do that?
MR. YANG: This is -- this is. Okay, let the record reflect opposing counsel opposes -- objects to this exhibit simply because there are a few Chinese characters generated by the system.
MR. LIU: First of all, you don't know who generate those. Why are you claiming it was generated by system? Also, which system are you talking about? Are you a Google employee? Somehow you know it's generated by Google? How are you -- why are you making the claim?
MR. YANG: Stop. Shut up.
MR. LIU: You need to stop. You need to shut up. I don't appreciate your language. Okay? You need to be careful.
MR. YANG: Okay. Mr. Liu, are you instructing your witness not to read this exhibit simply because there are a few Chinese characters on it?
MR. LIU: No. It has a bunch of Chinese characters on it. On the first page, on the second page.
MR. YANG: Mr. Liu, please answer my question.

Are you instructing your witness not to answer this question?

MR. LIU: Yes. Because your exhibit seems to be invalid. It's supposed to be an email, but where is the email header? It's not even there. It's just some blank page, copy and pasted into some other page. And also the witness itself is not CC'ed on any of these emails, so you're asking about what?

MR. YANG: Because, Mr. Liu, first of all, there is a subject on the email:

"Re: Invalidity of Asserted Patent and Request for Withdrawal ..."

With the case number of this case.

MR. LIU: Okay.

MR. YANG: Do you agree?

MR. LIU: Okay. So what's your proper relevance to any question that can be posed to this witness? You emailed his previous attorney, I get it, potentially. But what's the relevance to him.

MR. YANG: The relevance is we are trying to discover whether Mr. Tan is the real party in interest in this case so that he has the standing to file this litigation.

MR. LIU: Okay. That's what you want to know,

I get it. But you talked to his attorney then asked him to answer what question about your conversation with his attorney?

MR. YANG: Court Reporter --

MR. LIU: How is this conversation relevant --

MR. YANG: -- I would like the record to reflect the counsels' discussions.

MR. LIU: See, without admitting to this, the admissibility, whatever, of this exhibit, I think you ask him questions about this. If the question is proper, he can answer. If not, I object. I think that's fair.

MR. YANG: Okay. Mr. Liu --

MR. LIU: Your --

MR. YANG: -- are you instructing your witness not to even read this exhibit?

MR. LIU: I mean, I don't think it's relevant.

MR. YANG: No. Please answer my question. Are you -- are you instructing the witness not to read this exhibit?

MR. LIU: He can read it. But I object to this exhibit, because --

MR. YANG: Okay.

MR. LIU: -- it has Chinese language to it.

MR. YANG: Okay, then. So the language

improper you refer here is the Chinese characters, right?

MR. LIU: Yeah. That's one of the things I object to.

MR. YANG: Okay.

BY MR. YANG:

Q. Okay, now, Mr. Tan, is this Exhibit 4 in front of you?

A. Yes.

Q. Okay. Do you know Mr. Robert DeWitty?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. You need to answer the question.

A. I do not know him.

Q. Are you aware Mr. Robot is the first counsel of record for this case?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. You still need to answer.

A. (Chinese spoken).

Q. No. This case.

A. When you talk about this case, are you talking about the invalidity?

Q. Against Xianghuo and Qing -- Denghao Qing. The party's name is Denghao Qing.

THE INTERPRETER: Deng is the family name?

MR. YANG: The Chinese name is Qing Denghao. Yeah, very special name.

MR. LIU: Objection. That was added later on. So it's simply incorrect to say that Robert DeWitty filed the complaint, yes, of Mr. Deng.

MR. YANG: Mr. Liu --

BY MR. YANG:

Q. Okay. So do you know -- Mr. Tan, are you aware Mr. Robert DeWitty is your attorney -- is the attorney -- is the counsel for plaintiff, namely you, on the record?

MR. LIU: Objection. He was. Okay. You just stated it yourself.

BY MR. YANG:

Q. Was on the record, okay?

A. I have engaged the law firm. I do not know exactly who this person is.

Q. Mr. Tan, to clarify, did you just say you engaged the law firm of Mr. DeWitty?

Mr. Tan, this is a very straightforward question.

MR. LIU: Objection. Argumentative.

THE WITNESS: Can you repeat the question?

BY MR. YANG:
Q. Mr. Tan, to clarify, did you just say you engaged the law firm of Mr. DeWitty directly?
MR. LIU: Objection. Misstatement.
BY MR. YANG:
Q. You need to answer my question. Yes or no?
A. The one I engaged is in mainland China, Fang Xin.
Q. Is Fang Xin a law firm's name?
A. Fang Xin is a service provider in relation to patents. Who they engaged, I have fully given them the authorization.
Q. So Mr. Tan, what's the full name of this agency called Fang Xin?
A. I have forgotten the full name. I only know it by "Fang Xin." I have added a personnel from Fang Xin who did the interfacing with me on to my WeChat.
Q. Do you know how to -- how to write Fang Xin in Chinese characters?
A. The character Fang is in the word for "square," and the character Xin as the character for "letter."
Q. Did you go to the office of this Fang Xin

firm?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. You need to answer my question, Mr. Tan.

A. I did not go there.

Q. Whom -- who was your contact for -- from Fang Xin firm?

A. A business personnel.

Q. Could you please tell us the name of this personnel and the sex of this personnel and the age of this personnel?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Mr. Tan, you need to answer my question.

A. According to the remarks given, this person bears the name of Li Shuyao. It is a woman. I'm not aware of her age.

Q. Mr. Tan, is this case that you are testifying for an important case for you?

MR. LIU: Objection. Vague. What's "important"?

BY MR. YANG:

Q. You still need to answer the question, Mr. Tan.

A. Can you rephrase your question from

a different angle?

Q. Mr. Tan, how much have you spent for this case, including -- including attorney fees and litigation cost?

MR. LIU: Objection. Irrelevant. Attorney/client privilege.

THE WITNESS: I'm not in a convenient position to disclose that.

MR. YANG: Mr. Liu, what's your legal basis to --

MR. LIU: Attorney/client privilege, to say the least, how much Mr. Tan has spent on this case.

MR. YANG: Do you have -- Mr. Liu, as you have been aware, real party in interest is an issue for this case.

MR. LIU: Okay.

MR. YANG: Okay.

MR. LIU: Assuming that's the issue, how much does Mr. Tan spend --

MR. YANG: Because --

MR. LIU: How is that relevant to anything?

MR. YANG: Because we suspect Mr. Liu [sic] has spent almost zero in this case, which can prove that --

MR. LIU: Again --

MR. YANG: -- he is not the real party in interest.

MR. LIU: Again, who pays attorney fees does not make a person not a real party in interest. If you talk about patent ownership, I understand. Who pays attorney fees has nothing to do with anything. Your firm is paying for this reporter, so your firm is the real party in interest, true or false? Can I depose your firm, then?

MR. YANG: Mr. Liu, I think you should be aware all the professionals here today, except you and your client and team, will be eventually paid by the client. You should be aware of that, right?

MR. LIU: So what's that do with anything? I don't get it.

MR. YANG: Counsel, that's the question.

MR. LIU: What are you asking?

BY MR. YANG:

Q. Okay. Anyway, so what's --

MR. LIU: Simply put, how much Mr. Tan has spent so far in this case has nothing to do with any counterclaim or affirmative defenses. If you want to ask him about patent ownership, go ahead. How much money he has spent is attorney/client privilege and has nothing to do with this case.

MR. YANG: Mr. Liu, once again, we believe Mr. Tan is even not your client.

MR. LIU: You're entitled to believe a lot of things. I believe your firm is a real party in interest. So tomorrow can I depose your firm?

MR. YANG: Mr. Liu, so that's the reason why we are entitled to depose him with respect to the facts --

MR. LIU: Exactly.

MR. YANG: -- relating to whether he's the real party in interest.

MR. LIU: The allegation you had in your un-authored second amended answer is Mr. Tan is the nominal patent owner. So if you go after ownership, I 100 percent get it. But who pays for his attorney fees today has nothing to do with ownership. Go after him for ownership. Try again. Who pays for the attorney fees today, not a fair game.

MR. YANG: So once again, Mr. Liu, are you instructing your client not to answer my question?

MR. LIU: Yes, I am. Because how much Mr. Tan spends in this case is privileged.

MR. YANG: Mr. Liu --

MR. LIU: How much your client spend on this case?

MR. YANG: Mr. Liu --

MR. LIU: How much your firm has advanced attorney fees? Is your firm a real party in interest or not?

MR. YANG: As always, we expect professionalism and civility from you.

MR. LIU: Totally. The feeling is mutual.

MR. YANG: Okay. So I think the record is clear. Opposing counsel, Mr. Zheng Liu, has instructed his client -- I'm sorry, strike that. The witness not to answer deposing counsel's question --

MR. LIU: Because the question was --

MR. YANG: -- relating to --

MR. LIU: -- about how much Mr. Tan has spent in terms of attorney fees in this case.

MR. YANG: Could you -- relating to --

MR. LIU: So attorney's fees has nothing to do so with the case.

MR. YANG: Relating to one important disputed issue in this case: standing and the real party in interest.

MR. LIU: Who pays for attorney fees has nothing to do with standing. Ownership does. Who pays for attorney fees has nothing to do with

anything in this case. So somebody else pays for attorneys, for example, does that invalidate the patent? Answer the question, yes or no? No, it doesn't.

MR. YANG: Mr. Liu, this is not for attorneys debate.

BY MR. YANG:

Q. Okay. Let's move on.

Mr. Tan, have you -- have you paid -- not the amount. I'm simply asking a yes-or-no question.

Have you paid any attorney fees for this case?

MR. LIU: Objection. Irrelevant. Attorney/client privilege. Whether I have a contingency agreement with Mr. Tan or not has nothing to do with this case, period. The fee engagement are between me and Mr. Tan, is not discoverable. That's irrelevant.

MR. YANG: I'm asking the fee payment issue --

MR. LIU: Yeah.

MR. YANG: -- relating to every attorney involved in this case.

MR. LIU: To what?

MR. YANG: So you are not the only attorney being retained by Mr. Tan -- by the real party in

interest. Right?

MR. LIU: But your question is asking him to answer you about he -- how much fee he pay me. So ...

MR. YANG: I'm asking whether -- whether he has paid any attorney fees to the attorneys on the record of this case.

MR. LIU: Same thing.

MR. YANG: For the --

MR. LIU: What fee structure he had with Mr. Robert DeWitty has nothing to do with this case.

MR. YANG: Okay.

MR. LIU: Maybe he was --

MR. YANG: I think the record is clear, Mr. Liu. Let's move on.

MR. LIU: Okay.

BY MR. YANG:

Q. Mr. Tan, you just represent -- you just -- you just answered that you didn't retain Mr. DeWitty. Instead, you retained Fang Xin and then Fang Xin retained Mr. DeWitty; is that correct?

MR. LIU: Objection. Misstatement.

THE WITNESS: I only know that I have engaged Fang Xin.

BY MR. YANG:
Q. Okay. Did you -- did you retain directly any other professional firms, other than Fang Xin?
MR. LIU: Objection. Vague. It's also vague as to what's professional, and also as to the time period.
MR. YANG: Mr. Liu, you are wasting your client's money. Do you know that?
MR. LIU: I think you are.
BY MR. YANG:
Q. Okay. Please answer my question, Mr. Tan.
A. Can I have that one more time.
MR. YANG: The translation?
THE INTERPRETER: (Reinterprets.)
BY MR. YANG:
Q. For this case.
A. Yes, I did.
Q. What are those professional firms?
A. I have engaged lawyer Mr. Liu.
Q. So do you mean you personally directly engage Mr. Liu and Mr. Liu's firm for this case?
MR. LIU: Objection. Irrelevant. Attorney/client privilege.
MR. YANG: Mr. Liu, are you instructing the

witness not to answer the question?

MR. LIU: Yeah. How Mr. Tan came to my firm, how he was introduced --

MR. YANG: Okay. It's preserved there, it's preserved. Okay, don't waste available time.

MR. LIU: No, you asked me a question. I need to answer it.

MR. YANG: For the -- let the record reflect opposing counsel, Mr. Zheng Liu, instructed -- just instructed his client not to answer another question relevant to the standing and the real party in interest issues. And the question is a straightforward question, can be answered "yes" or "no."

MR. LIU: My response is the question is simply irrelevant, and it goes to attorney/client privilege information. How Mr. Tan became -- sorry. How Mr. Tan engaged my firm is attorney/client privilege and has no bearing on any issues in this case. He could have been introduced to me through a friend or --

MR. YANG: Mr. Liu, I think it's more than enough.

MR. LIU: It's has nothing to do with this case.

MR. YANG: Mr. Liu, it's more than enough. You're wasting everybody's time.

MR. LIU: No. Because you put it on the record. I need to put it on the record too. You can't just cut me off. I'm entitled to --

BY MR. YANG:

Q. Okay. Mr. Tan, other than Mr. Zheng Liu, have you retained any other lawyers, including Chinese lawyers that are not licensed in the U.S., for this case?

MR. LIU: Objection. Irrelevant. Attorney/client privilege.

MR. YANG: Mr. Liu, if Mr. Tan retains a Chinese lawyer who is not licensed to practice law in the U.S., why is that information privileged?

MR. LIU: Because, for example, Mr. Tan engaged me. I engaged a Chinese patent expert to analyse your prior art, which is a Chinese patent. So it is attorney/client privilege information. Which expert I engage to analyze your --

MR. YANG: Okay, keep it short.

MR. LIU: -- prior art is relevant.

MR. YANG: Keep it concise, Mr. Liu. You are professional enough.

MR. LIU: No, you asked me a question. I'm

entitled to answer. Or, otherwise, don't ask me the question. You can't just ask me a question and say don't answer it. Then why you did ask the question in the first place?

MR. YANG: Mr. Liu, are you representing that if there is a Chinese lawyer involved in this case, he or she is or was retained by you rather than Mr. Tan?

MR. LIU: Most of the question itself is false. I retained by Mr. Tan. Who else I retain basically was indirectly retained by Mr. Tan about this case. So you are splitting hairs.

MR. YANG: Mr. Liu, in addition to my expectation of your professionalism, I also expect you to tell the truth.

BY MR. YANG:

Q. Now, Mr. Tan, do you know a Chinese attorney whose name is Han Zhi. Or Zhi Han? "Han" is the family name.

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. You still need to answer the question.

A. Yes, I do know.

Q. Did you retain Attorney Tan, I'm sorry, Attorney Han for this case?

MR. LIU: Objection. Irrelevant. Attorney/client privilege. The offer of proof is I had talked to Mr. Han about certain issue in this case. But he may --

MR. YANG: Mr. Liu --

MR. LIU: He may or may not be an expert witness, you're right, in this case.

MR. YANG: Mr. Liu, are you representing that Mr. Han was retained by you for Mr. Tan?

MR. LIU: Yeah. He helped me with certain issues in this case.

MR. YANG: And do you represent all communications between Mr. Tan or any other real party in interest of this case are subject to attorney/client privilege?

MR. LIU: What are you talking about? I'm confused.

MR. YANG: I mean --

MR. LIU: I hired Mr. Han to help with certain issues in this case. Period.

MR. YANG: So let me repeat.

Are you representing that all communications between Mr. Tan and Mr. Han are subject to protection of attorney/client privilege?

MR. LIU: Yeah. Mr. Tan [sic] helped me with

the issues in this case.

MR. YANG: Okay. For the record, Mr. Liu, we will -- we will request a privilege log for -- regarding those communications.

MR. LIU: What privilege log? You haven't done document request. What privilege log are you talking about?

MR. YANG: Okay. Let's move on.

MR. LIU: For the record, your request for privilege log is denied. Let's move on.

MR. YANG: Let's see.

I think we can have a lunch break.

MR. LIU: Thank you.

MR. YANG: Okay. So half an hour.

THE VIDEOGRAPHER: And we are going off the record. This marks the end of the file No. 2. The time is 12:02 p.m.

(There was a lunch recess in the proceedings.)

THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 4, and the time is 12:46 p.m.

MR. YANG: Okay. We -- we are still on Exhibit 4 now, right?

COURT REPORTER: Yes.

MR. YANG: Okay.

BY MR. YANG:

Q. Mr. Tan, good afternoon. You're reminded that you remain under oath.

Mr. Tan, we are now on Exhibit 4. And did Mr. DeWitty forward or discuss with you the concerns and the legal issues raised in the email regarding a potential fraud prior art and the inventorship?

MR. LIU: Objection. Attorney/client privilege. What Mr. DeWitty discussed with Mr. Tan is simply privileged information.

MR. YANG: For the record, Mr. Liu, I'm not asking about the substance of discussion. I'm simply asking whether Mr. DeWitty discussed the -- this email with Mr. Tan.

MR. LIU: So that --

MR. YANG: It's a yes-or-no question.

MR. LIU: So attorney/client privilege, objection. You're asking the same thing, just in different ways.

MR. YANG: Okay.

MR. LIU: What legal issues were discussed between counsel and client, that's --

MR. YANG: Respectfully, Mr. Liu, we have very limited time. Sorry.

BY MR. YANG:

Q. Mr. Tan, when did -- when did you first become aware of the matters relating to fraud invalid patent discussed in that email?

MR. LIU: Objection. Same thing. Attorney/client privilege.

MR. YANG: Mr. Liu, for the record, I'm asking the witness when -- when he first became aware of the matters discussed in the email. So it has nothing to do with substance of attorney/client communications.

MR. LIU: My response is, of course it does because you're simply asking Mr. Tan what he has discussed with Mr. Robert DeWitty, because you're talking this email. If you --

MR. YANG: I'm asking about his awareness, the witness's awareness of the matters, all right? His awareness.

MR. LIU: Then don't refer to the email, then. Right?

MR. YANG: All right. I disagree. But for the sake of saving time.

BY MR. YANG:

Q. Mr. Tan, when did you first become aware of the issues relating to potential criminal fraud

and patent -- and the alleged invalidity of the asserted patent, and also the alleged copy of prior art of the asserted design patent?

MR. LIU: Objection. Irrelevant. Compound. And assumes facts not in evidence. There's no foundation. No foundation too.

BY MR. YANG:

Q. You need to answer the question, Mr. Tan.

A. It's too long.

Q. Okay. Let's rephrase it.

THE VIDEOGRAPHER: Microphone, please.

MR. YANG: Sorry.

BY MR. YANG:

Q. Mr. Tan, when did you first become aware of the alleged issue regarding criminal fraud with respect to this case?

MR. LIU: Objection. Irrelevant. Criminal fraud is not related to any counterclaim or defense in this case.

MR. YANG: Mr. Liu, before the witness answers the question, I need to remind you, you are forbidden from making speaking objections, which is very clear under the FRCP rule we showed you this morning and it's also very clear in the -- in the standing order of the presiding judge of this case.

MR. LIU: Yeah.

MR. YANG: Okay? So you keep making speaking objections, which will unnecessarily prolong this deposition, and this is a waste of time of all of us.

MR. LIU: Because all your questions are improper.

MR. YANG: You can make --

MR. LIU: There's no allegation of criminal fraud in this case. You should be asking proper questions.

MR. YANG: We are asking a fact --

MR. LIU: What fact?

MR. YANG: -- reflected in the email.

MR. LIU: Assuming the email is true.

MR. YANG: Are you representing you haven't received this email?

MR. LIU: Yeah. He emailed to Mr. Robert DeWitty, how do I review this email?

MR. YANG: Okay.

MR. LIU: I am representing that.

MR. YANG: We will -- Mr. Liu --

MR. LIU: First, stop pointing a finger at me, okay? I don't appreciate that.

MR. YANG: Okay. I think the record is clear,

Mr. Liu. I think you should be aware that is cause for us to have -- to depose the witness again, if you keep --

MR. LIU: Stop asking improper questions. That's the thing.

MR. YANG: If you keep making speaking objections in violation of the FRCP rule.

MR. LIU: No. I simply stated grounds for my objection.

BY MR. YANG:

Q. So Mr. Tan, you still need to answer my question; namely, when did you first become aware of the issues relating to criminal fraud because the asserted design patent is a direct copy of prior art in this case?

MR. LIU: Objection. Argumentative. Assumes facts not in evidence. Lack of foundation.

BY MR. YANG:

Q. Please answer the question.

A. Can I have the translation one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: When you say "asserted," what do you mean?

BY MR. YANG:

Q. The -- our allegation in our email to

Mr. DeWitty, and also to Mr. Liu, that this case -- litigating this case is suspect -- is suspect of committing a criminal fraud in China.

MR. LIU: Objection. Counsel is testifying. And then the matter is irrelevant. Move to strike.

BY MR. YANG:

Q. Please answer the question.

A. When it comes to specific details or content of the case, I have passed them on to my lawyers.

Q. Mr. Tan, in the exhibit in front of you, Mr. DeWitty, your lawyer, your first lawyer on the record, told us he would explain the relevant issue to the client. So are you the client he referred to?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Please answer the question.

MR. LIU: Attorney/client privilege.

BY MR. YANG:

Q. Please answer the question, Mr. Tan.

MR. YANG: Are you instructing the witness not to answer my question?

MR. LIU: Yeah. First of all, it's a misstatement. The email says your questions and

issues have been forwarded to our clients. It does not say -- discussed. It says discussed, it's got discussed.

Second of all, what Mr. DeWitty discussed with Mr. Tan is simply privileged.

MR. YANG: Okay. We disagree with your position, Mr. Liu. But for the sake of saving everybody's time, let's move on.

BY MR. YANG:

Q. Mr. Tan, are you the client referred in this exhibit?

MR. LIU: Objection. Speculation. Lack of personal knowledge.

BY MR. YANG:

Q. Please answer the question.

A. This client should refer to Fang Xin. But Fang Xin did not take this matter up with me.

Q. Mr. Tan, please just to be advised that if your testimony is improperly prolonged or impeded or this deposition is not completed today, we -- we, the defendant, may seek another deposition of you and other appropriate relief from the court, including asking you to bear our attorney fees.

MR. LIU: Objection. Move to strike. You're badgering the witness.

MR. YANG: Well --

MR. LIU: Whether the deposition can be extended or not --

MR. YANG: You are heard, Mr. Liu. You are heard.

Okay. Please translate.

MR. LIU: Then don't make request in the future. Whether the deposition can be open or not is a matter for discussion with counsel.

MR. YANG: The matter is preserved.

Okay. Please go ahead, Ms. Interpreter.

MR. LIU: Objection. Irrelevant. And then improper question. Counsel is making a statement instead of asking questions.

BY MR. YANG:

Q. Mr. Tan, is that clear to you?

MR. LIU: Objection. Irrelevant. Badgering the witness.

BY MR. YANG:

Q. You need to answer the question.

A. It's clear.

Q. Mr. Tan, did you personally conduct any investigation into the defendant's allegation or defense that the asserted patent is a direct copy of a prior art, so the litigation may constitute

a criminal fraud in China and in the U.S.?

MR. LIU: Objection. Irrelevant. Assumes facts not in evidence. And then just simply misstatement of the law.

BY MR. YANG:

Q. You need to answer the question, Mr. Tan.

A. It's too long. Can I have the question one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: I have passed everything for the lawyers to operate.

BY MR. YANG:

Q. So Mr. Tan, are you representing that you haven't personally conducted any investigation into the issues we just -- I just asked you?

MR. LIU: Objection. Vague. What issues?

BY MR. YANG:

Q. Including --

A. Concerning those issues, can you repeat them?

Q. First, this litigation itself could constitute a criminal fraud or a crime of fraud in both China and in the U.S.

MR. LIU: Objection. Irrelevant. It's just simply a misstatement of the law.

BY MR. YANG:

Q. Please answer the question.

A. I don't really understand. Can you rephrase your question.

Q. To simply put, Mr. Tan, we are alleging that you are using an invalid patent, which is a direct copy of prior art, including defendant's product which is also a prior art product.

That is a crime of fraud not only in the U.S. but also in China. That is my question.

MR. LIU: Objection. Badgering the witness. Irrelevant. And misstatement of law. And also, there's not relevant to any of the allegations stated in the most recent pleading, and so the wording --

MR. YANG: You are --

MR. LIU: The word "criminal" does not even appear in your affirmative defense or counterclaim.

MR. YANG: Mr. Liu, you are not allowed to make speaking objections.

MR. LIU: Because you keep asking improper questions.

MR. YANG: Is that the issue in the email?

MR. LIU: What email? You got to be --

MR. YANG: This email.

MR. LIU: -- asking the witness about allegations sitting in the email.

MR. YANG: You are heard.

BY MR. YANG:

Q. Okay. Mr. Tan, please answer the question.

A. When I submitted the patent, I have done communication and searches, together with the service provider. I have already submitted all the information that I am aware of or was aware of to the U.S. patent office.

Q. Mr. Tan, did you personally do the prior art search?

A. When you say "prior art," what art are you talking about?

MR. YANG: For the record, Ms. Interpreter, I believe the translation in -- in Cantonese -- I mean, in Hong Kong Chinese might be different than the term in China. So the Chinese should be "(Chinese spoken)."

THE INTERPRETER: (Chinese spoken).

MR. YANG: (Chinese spoken).

THE INTERPRETER: (Chinese spoken).

MR. YANG: The prior art.

THE INTERPRETER: The (Chinese spoken).

MR. YANG: (Chinese spoken). Either is fine.
THE WITNESS: When I do the design myself, I have made reference of relevant storage-related technologies that existed before.
BY MR. YANG:
Q. Mr. Tan, my question actually was: Did you personally did the -- did you personally do the prior art search for -- for the asserted design patent?
A. Yes.
Q. Could you please describe how you did the prior art search, including the database you searched and -- and any other tools you used?
A. In relation to what data I have looked into, it's been too long. I can no longer recall. I have simply gone to the U.S. patent office and did a search using certain keywords.
Q. Anyone else did the prior art -- did the prior art search for you?
A. Service provider.
Q. In the documents you have produced to us, a Chinese patent database named Zhihuiya is mentioned. Did you -- did you make any prior search with Zhihuiya?
A. I don't know what Zhihuiya is.

Q. Mr. Tan, you just mentioned about you referred to some storage boxes when you design the asserted patent.

What storage boxes did you refer to?

A. What storage boxes? Storage boxes as an item for household's use.

Q. Mr. Tan, you just mentioned about (Chinese spoken), right? In English, that would be "storage box." So what kind of storage boxes, or (Chinese spoken), did you refer to when you -- when you design the asserted patent?

A. Some traditional storage boxes made in plastic.

Q. Mr. Tan, were you aware of the accused products before the application of the asserted design patent?

THE INTERPRETER: I'm sorry, before what?

MR. YANG: Before the application of the asserted design patent.

THE WITNESS: No, I did not.

BY MR. YANG:

Q. To your knowledge, or anybody involved in this case, were aware of the accused products before the application of the patent?

MR. LIU: Objection. Vague. And calls for

speculation.

BY MR. YANG:

Q. Please answer.

A. Can I have the translation one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: When you say "accused," you mean accused in this case?

BY MR. YANG:

Q. Yes.

A. The companies that I licensed to were aware.

Q. Which company?

A. Weiteli in Shenzhen.

Q. So this licensee, Weiteli, was aware of the accused products before the application of the patent; correct?

MR. LIU: Objection. Misstatement. Calls for speculation.

BY MR. YANG:

Q. Please answer.

A. I issued the license to Weiteli to sell these products, and at the same time submit application.

Q. Okay. Now, let's -- let's look at the next exhibit.

MR. LIU: Okay. Let me make a brief statement for the record. So we have 31 exhibits and then we're basically 1:20 right now, and we only got to five or six. So you may be running out of time.

MR. YANG: Yeah. That's the reason we may motion for deposing the witness again.

MR. LIU: Well, I oppose, because we spent too much time on irrelevant issues.

BY MR. YANG:

Q. Next exhibit.

COURT REPORTER: Which is originally labeled Exhibit 7.

MR. LIU: We're wasting time, because you mislabeled everything, that's why we're wasting all the time.

MR. YANG: It's --

MR. LIU: All the exhibits are misnumbered, to begin with.

MR. YANG: The exhibit -- no, the exhibit is the email Mr. Zheng Liu.

MR. FANG: So the original exhibit number is Exhibit 7.

(Exhibit 5 was marked for identification.)

BY MR. YANG:

Q. Mr. Tan, is the email to Mr. Zheng Liu,

your counsel today, in front of you now?

A. Yes.

Q. Do you recognize this email?

MR. LIU: Objection. Calls for speculation. The witness is not even CC'ed on this email.

BY MR. YANG:

Q. Please answer the question.

A. So the content was not really explained to me in specific terms. I have fully authorized lawyer Mr. Liu to take care of this matter.

Q. Mr. Tan, can you read English? More specifically, do you understand the content of this exhibit?

A. I do not read English.

MR. YANG: Then Ms. Interpreter, could you please interpret the email to the witness?

THE INTERPRETER: The entire email chain?

MR. LIU: Exactly. Objection. It's just a waste of time.

MR. YANG: No. Just the email to -- yes, just this part.

THE INTERPRETER: Just this part?

MR. YANG: Yes. Just this part. Let me see. Yes, just this part.

THE INTERPRETER: (Translates).

MR. LIU: Objection. First of all, do we have a question? We're not here to make statements. Do you have a question? We're not reading any emails. We need a question.

MR. YANG: First, Mr. Liu --

MR. LIU: Right, this deposition is the questions, we're not making a speech.

MR. YANG: Let the interpreter explain the exhibit to the witness.

MR. LIU: No. It's not --

MR. YANG: Then we can ask --

MR. LIU: It's not a teaching session. We're here to -- for the deposition.

MR. YANG: My question --

MR. LIU: So ask the question.

MR. YANG: -- relating to this --

MR. LIU: Ask the question simply.

MR. YANG: The question will be --

MR. LIU: Go there. Appreciate it.

MR. YANG: The question will be --

MR. LIU: Thank you.

MR. YANG: -- do you understand -- or, were you aware of the contents of the email. But first --

MR. LIU: Attorney/client privilege.

MR. YANG: Let me -- Mr. Liu, we are talking about this email, the email itself.

MR. LIU: Yeah.

MR. YANG: Nothing to do with your communication with your client. We are talking about this email.

MR. LIU: You asked Mr. Tan whether he knows something from me.

MR. YANG: No, no, no. I'm talking about whether he -- whether he was aware of the contents of this email.

MR. LIU: Which implies whether I told him or not. That's attorney/client privilege. Also, what's the relevance to this case?

MR. YANG: Because we are -- we are contending the witness is not the real party of this case.

MR. LIU: So?

MR. YANG: So he has no standing to litigate this case.

MR. LIU: Again, your client doesn't know everything about this case either, so he's not the real defendant? That doesn't make any sense. If you go after ownership, I get it. I told you, that's a legitimate question.

MR. YANG: You're heard.

MR. LIU: No.
MR. YANG: The record is well preserved.
Let's move on. Please go ahead, proceed.
MR. LIU: No. I object to this statement. We're not making any statements. It's not a teaching session. Ask him a question. It's a deposition, ask him a question.
BY MR. YANG:
Q. Mr. Tan, do you understand the contents of this email?
A. I cannot read English.
MR. YANG: Now, please translate for him.
MR. LIU: No. Which portion are we translating?
MR. YANG: Translate from "Dear counsel" to "best regards."
MR. LIU: Objection. It's irrelevant.
THE INTERPRETER: (Translates.)
MR. LIU: Objection. Move to strike. Irrelevant. Also, counsel's statements is simply incorrect.
BY MR. YANG:
Q. Mr. Tan, do you understand the contents of this email now?
MR. LIU: Objection. Irrelevant.

BY MR. YANG:
Q. Please answer.
A. Now I do.
MR. LIU: Move to strike.
BY MR. YANG:
Q. Were you -- Mr. Tan, were you aware of the contents before today's deposition?
MR. LIU: Objection. Attorney/client privilege.
MR. YANG: For the record, Mr. Liu, you are obstructing this deposition.
MR. LIU: No. Because --
MR. YANG: -- which --
MR. LIU: -- you keep asking improper questions.
MR. YANG: Which will warrant us to motion to compel the witness to answer the question, and for another round of deposition of the witness.
MR. LIU: That's what you want to do, I get it. But, you know, your questions are improper.
MR. YANG: Now, let's -- so let me confirm. So you are instructing the witness not to answer the question?
MR. LIU: Yeah. Because implicates attorney/client privilege, what I told Mr. Tan --

MR. YANG: You are heard --

MR. LIU: No. I need to make the record, okay?

It implicates is attorney/client privilege.

MR. YANG: Now --

MR. LIU: He cannot just answer, just say --

MR. YANG: -- Court Reporter, now, let's go to the next exhibit.

(Exhibit 6 was marked for identification.)

MR. YANG: The title would be "complaint."

BY MR. YANG:

Q. Okay. And this is -- Mr. Tan, is this -- is the exhibit in front of you now?

A. Yes.

Q. Do you understand the contents of this complaint?

A. Concerning this current complaint, I do not understand any of the content.

Q. So Mr. Tan, you are the plaintiff of this case, and this is the foundation for you, the plaintiff, to bring this lawsuit against defendant.

So are you representing that you do not understand the content of the complaint you filed against the defendant?

MR. LIU: Objection. Irrelevant. Argumentative. Assumes facts not in evidence.

THE WITNESS: What I mean is I do not understand the English content, but I have communicated with my lawyers and I have fully authorized my lawyers to take on this matter.

BY MR. YANG:

Q. Mr. Tan, before this complaint was filed, were you asked to confirm the contents of this complaint?

MR. LIU: Objection. Vague. Confirm what?

BY MR. YANG:

Q. Please answer.

A. You mean, can you repeat the question?

MR. YANG: The translation?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: I have simply told my lawyer, just submit it based on the information I have provided.

BY MR. YANG:

Q. So Mr. Tan, are you representing that the contents of this complaint was provided by you?

MR. LIU: Objection. Vague. It's simply a misstatement of what the witness testified.

BY MR. YANG:

Q. Please answer.

A. I have just said, according to the content I have provided, I have commissioned my lawyer to submit this complaint.

Q. Mr. Tan, in this complaint, specifically paragraph 5, it alleges:

"Plaintiff is the owner and the control person of a highly professional factory and the company that is locally well-known for manufacturing various daily-use products. Plaintiff's factory is recognized for its expertise and commitment to quality production, further enhancing the reputation of the patented product at issue in this case."

Could you please specify the factory and the company's names for us?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Please answer.

A. Because the paragraph is so long, I can't remember. Can I have the translation of the paragraph one more time?

THE INTERPRETER: (Translates.)

THE WITNESS: And the question was?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: The name of the company is Shenzhen Weiteli.
BY MR. YANG:
Q. So Mr. Tan, the plaintiff, namely you, are the owner and the control person of Weiteli; is that correct?
A. I'm a partner.
Q. Mr. Tan, per the complaint, you are the owner. The owner. So do you mean that there are multiple owners of this Weiteli company?
A. Two partners.
Q. So Mr. Tan, you are one of the two partners of this Weiteli company; is that correct?
A. Yes.
Q. What's the name of the other partner?
MR. LIU: Objection. Irrelevant.
BY MR. YANG:
Q. Please answer.
A. Deng Haichao.
THE INTERPRETER: D-E-N-G, H-A-I-C-H-A-O.
BY MR. YANG:
Q. Deng Hai --
A. (Chinese spoken).
Q. (Chinese spoken).
A. (Chinese spoken).

Q. Okay. Let's have a five-minute break.

MR. LIU: Okay.

MR. YANG: One moment. Sorry, Matt. Let's finish this question, okay? This question is still pending.

THE WITNESS: (In English) Oh, okay.

BY MR. YANG:

Q. So just finish the question and then we'll go off for five minutes.

So Mr. Tan, what's the -- so you are one of the partner of -- or, I should say, you are the co-owner of this company. And what's the ownership percentage for you?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Please answer.

A. 51 percent.

Q. In paragraph 5 --

MR. LIU: Hey, I thought we had a break after this question.

MR. YANG: The question is also about paragraph 5.

MR. LIU: That's another question. It's about an entire case. Let's get off the record.

MR. YANG: No, no, no.

MR. LIU: No, you have to have a break after one question if you have one question.

MR. YANG: No. After we finish the question regarding paragraph 5.

MR. LIU: No, that's not what you said. Read the transcript. You said, "after this question." You did not say after questions about paragraph 5.

Let's go off.

MR. YANG: No, no, no. You are not allowed to leave.

MR. LIU: You said there would be a break after this question.

BY MR. YANG:

Q. Witness, you're not allowed to leave after we finish the question.

MR. LIU: No, he can leave.

BY MR. YANG:

Q. Otherwise, otherwise, you come back. We'll file a motion for additional --

MR. LIU: You said if you finish one question. That's your question. Okay?

MR. YANG: Now, for the sake of saving --

MR. LIU: Now you're saying there's two questions, and then you asked two questions.

MR. YANG: You are heard. One moment. So --

MR. LIU: You said it yourself.

MR. YANG: So let the record reflect the opposing counsel wants to -- wants a break before deposing counsel's question regarding paragraph 5 of the complaint is completed.

MR. LIU: My response is, Mr. Tan was asked a question, he answered, he asked for a break. You agreed to ask another question so that he can have a break. And you asked another question, and then he should be given a break.

Now you're saying you need to finish all the questions about paragraph 5 before he can break, but we wouldn't even know how many other questions there are about paragraph 5.

MR. YANG: You are heard.

BY MR. YANG:

Q. Mr. Tan, let me remind you, you remain under oath and you are not allowed to discuss any questions relating to paragraph 5, namely about the ownership, the factory, the company, and everything relating to paragraph 5 --

MR. LIU: Objection. That's simply not the case.

BY MR. YANG:

Q. -- with counsel. You are reminded you

are not allowed to discuss any issues relating to paragraph 5 with your counsel.

MR. LIU: Objection. That's simply a misstatement of the rule.

MR. YANG: And are you representing you are going to discuss with the witness about the answer of this --

MR. LIU: I'm representing you simply misstate the rule multiple times intentionally to intimidate the witness. That's what I'm representing. You get it?

MR. YANG: Okay. For the record, opposing counsel objects to this break before question -- questions regarding paragraph 5 is completed.

MR. LIU: Okay. Your objection is meritless and is noted, but it's not -- without merit.

MR. YANG: Okay. So five minutes.

THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 4 and the time is 1:44 p.m.

(There was a recess in the proceedings.)

THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 5, and the time is 1:53 p.m.

BY MR. YANG:

Q. Mr. Tan, during the break just now, did you or anyone else discuss any of the issues alleged in paragraph 5, including, for example, ownership, partnership, or control of the company or the factory?

A. No.

Q. Mr. Tan, are you still the partner of this Weiteli company now?

A. No, not anymore.

Q. So could you please specify the time period during which you were the 51 percent of partner for this Weiteli company?

MR. YANG: Let the record reflect, Mr. Liu just gave the witness a thumb-up.

MR. LIU: I did not do that.

COURT REPORTER: He gave him a what?

MR. YANG: Mr. Liu gave a thumb-up to the witness after the witness answered "no" to my question.

MR. LIU: That's simply false, okay? The reporter helped me with the transcript, and I said thank you. What are you talking about?

BY MR. YANG:

Q. So please answer the question.

A. While I have already forgotten the specific duration, it was around 2023 to the first half of '25.

Q. Could you please specify the month of the years? Like, which -- which month of 2023 to which month of 2025?

A. I have already forgotten the specific months. I only recall it was mid 2023 to the first half of 2025.

Q. Mr. Tan, what are the key terms of the partnership agreement for this Weiteli company?

MR. LIU: Objection. Irrelevant.

THE WITNESS: The terms? It's been too long, I cannot remember.

BY MR. YANG:

Q. Mr. Tan, you just represented the partnership agreement ended in 2025; namely, last year; is that correct?

A. Yes.

Q. Whom did you transfer the partner share of you -- of this company?

A. The cooperation was terminated and the company was canceled or revoked.

Q. Mr. Tan, in the -- in paragraph 5 of the complaint, you allege -- you allege -- you allege

you're also the owner and the control person of a "highly professional factory."

Could you please specify the factory's name to us?

A. I believe this is a mistake made by the lawyer who was putting together the complaint based on my descriptions. Here, the "highly professional factory" actually refers to the factories that we sought after for cooperation.

Q. Mr. Tan, what kind of materials did you provide to your counsel with respect to this factory?

MR. LIU: Let me objection. Irrelevant. Attorney/client privilege. I'm instructing the witness does not have to answer. What material the witness provided to counsel is privileged.

BY MR. YANG:

Q. Mr. Tan, are you representing --

MR. YANG: Oh, for the record, we disagree with opposing counsel's privilege allegation.

BY MR. YANG:

Q. Mr. Tan, are you representing that the statement in -- the allegation in paragraph 5 is untrue, at least with respect to the factory ownership?

A. (Chinese spoken).
Q. Still --
A. What I mean is at the time my lawyer was mistaken. His understanding was wrong. I told him I'm a partner of the company, but I'm not a partner or owner of the factory.
Q. Mr. Tan, still regarding paragraph 5, you allege there is patented product at issue.
Can you specify what the patent product at issue is?
A. Can I have the question one more time.
THE INTERPRETER: (Reinterprets.)
THE WITNESS: I wonder if you are referring to the final sentence in this paragraph:
"... further enhancing the reputation of the patented product at issue in this case."
BY MR. YANG:
Q. Yes.
A. I'm referring to my patent, the patent that I personally hold.
Q. No. Mr. Tan, my question was: What the patent product is?
A. That is the patented product to which I own the patent.
Q. So that will make the patent product

storage box; correct?
A. Correct.
Q. Whom does this -- who owns the patented product at issue?
MR. LIU: Objection. Vague. Who owns the product?
THE WITNESS: I myself.
BY MR. YANG:
Q. So the patented product is manufactured by the factory for you; right?
A. It is manufactured by a company that I offered the license to.
Q. But you just -- you just represented that the patent -- the patent product is yours; correct?
A. The patented product?
Q. In Chinese, I believe it is "(Chinese spoken)." So the patented product is yours?
A. So my understanding was not correct. I thought you were asking me whether it is my patent.
Q. So I'm talking -- no, I'm asking you whose patented product is this at issue in this case?
MR. LIU: Objection. Vague.
THE WITNESS: You are asking who owns the

manufactured product, yes?
BY MR. YANG:
Q. Yes.
A. It belongs to Shenzhen Weiteli.
Q. So you licensed -- you license your -- so you license -- you licensed and you are still licensing the asserted design patent to Shenzhen Weiteli; is that correct?
A. I did license to Weiteli, but it was terminated in 2025. We have stopped cooperating in 2026.
Q. When did you license the asserted design patent to Shenzhen Weiteli?
MR. LIU: Objection. Asked and answered.
BY MR. YANG:
Q. Please answer.
A. In the middle of 2023.
Q. What are -- what were the key terms of the license agreement? For example, the royalty fees and the licensing time period, and et cetera, you think are material to the -- to yourself?
MR. LIU: Objection. Asked and answered.
THE WITNESS: It was an oral agreement, and the relevant content would include after the license was given they would pay 1 million per year in 2024,

and we got the money in January 2025. I have already told you that.

BY MR. YANG:

Q. So just to clarify. How much royalties have -- did you receive from Shenzhen Weiteli in total?

MR. LIU: Objection. Asked and answered.

THE WITNESS: 1 million per year. So 1 million for the year 2024, which was received in 2025. Another million for the year 2025 and received in 2026. And there was no collection of royalty for the year 2026. So 2 million in total.

BY MR. YANG:

Q. How much funds did you invest in Shenzhen Weiteli company for the 51 percent ownership?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:

Q. Please answer.

A. The specific sum, I do not recall.

Q. Have you -- sorry.

Did you invest any fund in this Shenzhen Weiteli company?

A. I would like to hear the translation one more time.

THE INTERPRETER: (Reinterprets.)

THE WITNESS: Yes.

BY MR. YANG:

Q. So is it fair to say you invested more than RMB500,000 into this company?

MR. LIU: Yeah. Objection. Assumes facts not in evidence. Lack of foundation.

BY MR. YANG:

Q. Please answer.

A. I'm not in a convenient position to tell you how much.

Q. Mr. Tan, you are required under law to answer my question even though it is inconvenient, unless your attorney asks you not to answer the question. So please answer the question.

A. So you are asking whether I have invested more than 500,000 into the company?

Q. Yes.

A. Yes.

Q. Mr. Tan, we just discussed about your income this morning. Let's clarify.

Do you have any other income other than the salary and patent license fees we -- you have answered?

MR. LIU: Objection. Irrelevant.

BY MR. YANG:
Q. Please answer.
A. No.
Q. Now, let's -- let's introduce the next exhibit. The first amended complaint.
(Exhibit 7 was marked for identification.)
BY MR. YANG:
Q. Okay. So Mr. Tan, is this exhibit in front of you?
A. Yes.
Q. Okay. Now, please look at -- please turn to page 3 of the exhibit and then read paragraph 5.
A. You want me to read it?
MR. FANG: Yes.
MR. LIU: Objection. What's the point of the witness reading anything?
MR. YANG: Okay. So witness --
MR. LIU: Is there a question?
BY MR. YANG:
Q. Mr. Tan, do you understand the allegation here?
A. Let me have a look.
Can I have the translation?
THE INTERPRETER: (Translates.)
THE WITNESS: Now I understand.

BY MR. YANG:

Q. Okay.

Mr. Tan, you allege you are associated with this highly professional factory and the company. So could you please specify the company's name and address for us? The factory's name.

A. The company mentioned here refers to Weiteli, the one that I have already mentioned earlier. And for the factory, it is actually a mistake. My association is with the company. It was the company that approached or got the factory. So between us, it's a kind of cooperation.

Q. Mr. Tan, could you please specify the name of this factory for us?

A. It is called Shenzhen Haizhenxin. And what follows that, I can no longer recall.

MR. YANG: Court Reporter, let's introduce the next exhibit, the red line FAC.

(Exhibit 8 was marked for identification.)

BY MR. YANG:

Q. So Mr. Tan, is this exhibit now in front of you?

A. Yes.

Q. Okay. Please turn to page -- sorry.

Please turn to paragraph 5, still

paragraph 5. Mr. Tan, do you understand the red-lined content of this paragraph?

A. I don't understand.

MR. YANG: Please interpret for the witness.

THE INTERPRETER: Just the first sentence or the whole --

MR. YANG: Yes, just the red-line version.

THE INTERPRETER: (Translates).

BY MR. YANG:

Q. Mr. Tan, the allegation in this paragraph has been changed. Is this change authorized by you?

A. Concerning the authorization about this litigation, I have given authorization to my lawyers to handle the matter. Perhaps at that time there was some misunderstanding on his part.

When it comes to changes made to the content of document, there was no authority given but me. There was no such need to seek my authorization. The lawyer could have done it on his own based on the information that I have provided to him.

Q. Mr. Tan, are you representing that you didn't authorize the allegation in this paragraph? Instead, you only provided the relevant information; is that correct?

MR. LIU: Objection. That's simply a misstatement of what the witness just testified.

BY MR. YANG:

Q. Please answer.

A. I gave authorization to him to this litigation.

Q. Mr. Tan, let's put it another way. You didn't verify the contents in paragraph 5; is that correct?

MR. LIU: Objection. Irrelevant. It's not verified complaint to begin with.

BY MR. YANG:

Q. Please answer.

A. I authorized the lawyers.

Q. But Mr. Tan, you didn't -- you didn't verify the allegation in this paragraph; is that correct?

MR. LIU: Objection. Assumes facts not in evidence. Lack of foundation. The complaint is not a verified complaint.

MR. YANG: Mr. Liu, you are --

MR. LIU: Addition, asked and answered.

MR. YANG: You are still making speaking objections that unnecessarily prolong this deposition.

MR. LIU: Because your question's improper. You ask the same thing different ways to try and trap the witness. The witness has already answered.

BY MR. YANG:

Q. Please answer, Mr. Tan.

A. I gave authorization to him to operate this matter based on the content that I provided. I believe at the time he has mistakenly confused the two.

Q. Mr. Tan, now for this -- with respect to the first amended complaint, do you understand the contents of this complaint?

A. Can I have that one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: Now I do.

BY MR. YANG:

Q. Mr. Tan, I'm now asking the entire complaint, not specifically with respect to paragraph 5.

So do you understand the entire contents of this complaint?

MR. LIU: Well, objection. What's "entire"?

BY MR. YANG:

Q. Please answer. From page 1 -- yes.

A. So "entire" means all of --

Q. Yeah.
A. This entire document?
Q. Yes. The entire document.
A. I can't read English.
Q. But are you aware of the allegations in this document?
A. I have passed on my aspirations and demands to the lawyer who then put together this pleading material. It was put together according to my requirements. But when it comes to the specific details, it is the lawyer's own operation.
Q. Mr. Tan, then what you -- what's your requirements and demands are, with respect to the complaint?
A. My requirement or demand is to stop infringement on my part by Xianghuo, the defendant.
Q. Is that all?
A. That is -- that is the core demand, and I do not have clear recollection concerning the others. It's been a long time.
Q. Mr. Tan, are you aware when this first amended complaint was filed?
A. I do not know.
Q. So are you representing that the -- this first amended complaint was filed without your

knowledge?

MR. LIU: Objection. Argumentative.

THE WITNESS: I did know about it. I gave authorization to my lawyer who then did the actual operations. I'm just saying I do not know when.

BY MR. YANG:

Q. Mr. Tan, how many complaints have been filed under this case?

A. I have engaged my lawyer to take care of this. It is up to the lawyer to decide how many complaints to be filed.

Q. So you have no knowledge with respect to how many complaints have been filed under this case; is that correct?

A. I have passed this to my lawyer.

Q. Mr. Tan, that was not my question. My question is: Are you representing that you have no knowledge or information about how many complaints have been filed under your name in this case?

A. I am aware that there have been complaints. But the number of complaints filed, that is up to the lawyer to operate.

Q. Mr. Tan, how many defendants are there in this case?

A. Defendant? Xianghuo.

Q. Is that the only defendant you are suing?
MR. LIU: Objection. Irrelevant.
BY MR. YANG:
Q. Please answer.
A. Let me think. It is Xianghuo and Denghao Qing.
Q. Mr. Tan, it appears that you just use the document in front of you to refresh your recollection regarding how many defendants you are suing; is that correct?
MR. LIU: Objection. Move to strike. Argumentative. Assumes facts not in evidence.
BY MR. YANG:
Q. Please answer.
A. No.
Q. Mr. Tan, are you representing that you didn't use the exhibit in front of you to refresh your memory regarding how many defendants you are suing; is that correct?
MR. LIU: Objection. Asked and answered.
BY MR. YANG:
Q. Please answer.
A. No, I didn't.
Q. Mr. Tan, you are reminded that you remain under oath.

MR. LIU: Objection. Counsel is making a statement again. It's not necessary. Counsel is badgering the witness.

BY MR. YANG:

Q. Mr. Tan, how many products are you suing our client? How many products are you accusing of infringing the asserted design patent?

MR. LIU: Objection. Vague. How many? How many? In terms of what?

BY MR. YANG:

Q. Please answer.

A. What do you mean? Can you repeat the question?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: How many products? Are you talking about the quantity or type?

BY MR. YANG:

Q. The quantity.

A. Quantity? Are you asking how many patents have been infringed upon? Or are you asking the actual number of products being infringed upon?

Q. Mr. Tan, I'm asking you as the plaintiff of this case are accusing of -- accusing defendant Xianghuo of infringing the asserted design patent?

MR. LIU: Objection. It's not a question.

It's a statement.

THE WITNESS: Yes.

BY MR. YANG:

Q. Yeah. So please answer my question with respect to the quantity of the accused products.

MR. LIU: I mean, objection. Vague. Quantity as to what?

THE WITNESS: So are you asking me how many companies have infringed upon my rights or my patent? Or are you asking me the number of such products sold?

BY MR. YANG:

Q. Mr. Tan, to save everybody's time, I would ask you again in both English and Chinese again --

MR. LIU: Objection. I would object to any question in Chinese.

BY MR. YANG:

Q. This is a very straightforward question. So do you need me to ask you the question simultaneously in Chinese?

MR. LIU: Objection. Ms. Translator, everything needs to be translate.

MR. YANG: I'm asking the question. I -- once again, you are expected to behave professionally and

only make concise objections.

MR. LIU: I just did. Which I just did.

MR. YANG: You cannot coach the witness.

MR. LIU: You didn't ask a proper question to begin with.

BY MR. YANG:

Q. Mr. Tan --

MR. LIU: Ask the question in English.

BY MR. YANG:

Q. Mr. Tan, it seems that you are quite confused about the quantity of the accused products; is that correct?

MR. LIU: Objection. Argumentative.

THE WITNESS: What I mean is I'm not confused. But I'm still unsure about what you are referring to when you ask about the quantity.

BY MR. YANG:

Q. Mr. Tan, I'm simply asking you how many accused products you are suing in this case.

A. What I'm suing is in relation to the entire link and its variants on Amazon. Afterwards, my lawyer would collect all the relevant information.

Q. Mr. Tan, then how many links you are accusing of infringing the asserted patent?

A. I am suing the shop or shops. When it comes to how many links are involved, it is for my lawyer to collect such information.

Q. So Mr. Tan, are you representing that you are not aware of how many links you are suing in this case?

MR. LIU: Objection. Misstatement. Argumentative.

THE WITNESS: What I'm suing would include all the links in the shop or shops that are infringing. When it comes to how many links exactly, it is for my lawyer to operate.

MR. YANG: Court Reporter, let's introduce our next exhibit. I believe it is the design patent.

MR. LIU: Excuse me. One question. I mean, when are we going to have a quick break? It's been about one hour. How many questions do you have for the design patent? Do you want to break now or later. It's up to you.

MR. YANG: Okay, so let's have a five minutes' break.

THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 5, and the time is 2:45 p.m.

(There was a recess in the proceedings.)

THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 6, and the time is 2:53 p.m.

(Exhibit 9 was marked for identification.)

MR. YANG: Ms. Court Reporter, let's introduce the next exhibit. I believe it is the asserted U.S. design patent.

BY MR. YANG:

Q. Mr. Tan, let's look at the exhibit in front of you.

A. Which one is it?

Q. The U.S. design patent in front of you.

A. (In English) Oh, okay.

Q. Do you recognize this patent?

A. Yes.

Q. Are you the sole owner of this design patent?

A. Yes.

Q. Mr. Tan, in your complaint, you allege that this patent is developed by you and your team; is that correct?

A. It was developed by me.

Q. Do you also allege your design team collectively -- collaboratively created the design together with you?

A. Can I get the translation one more time?
THE INTERPRETER: (Reinterprets.)
THE WITNESS: It was my own design.
BY MR. YANG:
Q. Mr. Tan, are you representing that the allegation in your complaint which states your design team also collaboratively created the design is untrue?
MR. LIU: Objection. Argumentative. Misstatement.
BY MR. YANG:
Q. Please answer.
A. As -- as I have mentioned in my previous answers, it is possible that at the time the lawyer misunderstood my meaning. Actually, this is my own design.
Q. So Mr. Tan, is it fair to say you haven't been explained to with respect to the allegations and the claims in the complaint under your name in this case?
MR. LIU: Objection. Argumentative. Misstatement.
THE WITNESS: I am sticking to the same answer. Based on the information I provided, I have authorized my lawyer to handle the pleading

materials. It is possible that when the messages were conveyed, there was some misunderstanding leading to such mistakes. It is my own design.

BY MR. YANG:

Q. Mr. Tan, we have only discussed two paragraphs of the complaint of this case, but you are contending both paragraphs are untrue, or at least inaccurate.

So is it fair to say that if you are -- if you're -- let's say this, if you are explained regarding the contents of this complaint, we would find more untrue statements in this complaint?

MR. LIU: Objection. Argumentative. Misstatement. And calls for speculation.

BY MR. YANG:

Q. Please answer.

A. That is too long. Can you break it down?

Q. Mr. Tan, we have only discussed two paragraphs of the complaint in this case so far; is that correct?

A. Two paragraphs in relation to the litigation?

Q. Two paragraphs of the complaint of this -- of this case.

A. Yes.

Q. And for both paragraphs, you have just answered that there are material mistakes in these two paragraphs; is that correct?

MR. LIU: Objection. Misstatement.

THE WITNESS: It was the lawyer who misunderstood some information I provided.

BY MR. YANG:

Q. So are you representing that your lawyer didn't verify the relevant allegations in the paragraph with you; is that correct?

MR. LIU: Objection. Lack of foundation. There's no verification requirement. It's not a verified complaint. Asked and answered.

THE WITNESS: According to the information I provided or the content I provided, my lawyer put together the pleading materials. He does not need to seek verification from me.

BY MR. YANG:

Q. Mr. Tan, that was not my question. My question is: After the completion of this complaint, have your lawyers or lawyer -- I think I should say "lawyers" because two lawyers are responsible for this complaint.

After the completion of the original complaint and the first amended complaint, after the

completion, nobody explained the contents to you; is that correct?

MR. LIU: Objection. Attorney/client privilege. Instructing the witness not to answer.

MR. YANG: For the record, deposing counsel's question is a yes-or-no question without -- without asking the substance of the communication.

MR. LIU: My response is the question necessarily implicates what lawyer and client discussed. Therefore, it implicates attorney/client privilege.

MR. YANG: We will seek any appropriate remedy, including motion to compel the witness to answer for the next step.

MR. LIU: Move to strike. The counsel is making another speech, which is improper.

BY MR. YANG:

Q. Mr. Tan, are you aware that we are entitled to file a motion to compel you to answer the questions that should be answered?

MR. LIU: Objection. Irrelevant. Instructing the witness not to answer. You are entitled to do whatever you want to do, but you're asking the witness --

MR. YANG: Let the record reflect opposing

counsel is instructing the witness not to answer the deposing counsel's question based on -- based on what?

MR. LIU: Based on -- it's harassment. You are entitled to move for any relief you are entitled to. And that's fine. But you are trying to intimidate the witness by asking whether the witness knows or not. The witness does not have to know anything about what legal remedies you have.

MR. YANG: For the record, Mr. Liu, we have sufficient reason to believe that this witness is not properly counseled for his right or his obligation, because he is not the real party in interest. So --

MR. LIU: Again, you have no basis about your real party interest argument. You repeat it 2,000 times today, I understand. What's your basis? Who pays for attorney fees? That's the only thing you have mentioned so far.

MR. YANG: For the sake of efficiency, let's move on.

MR. LIU: I thank you.

BY MR. YANG:

Q. Mr. Tan, as the named inventor of the patent, is it fair to say that you are familiar with

the relevant storage box industry and the design at issue?

A. Can you explain what you mean by whether I'm familiar with a design at issue?

Q. I believe there is a discrepancy between the term of art in mainland China and Hong Kong.

So my question is about: As the named inventor of the patent, is it fair to say that you are familiar with the relevant industry and the design asserted in this -- in this case? Namely, the design, (Chinese spoken) --

MR. LIU: Objection. Object to that question in Chinese again.

THE WITNESS: The relevant content of this accused patent, for most of such content I am familiar.

MR. LIU: By the way, I object to defense counsel speaking Chinese when asking questions, because that way the reporter cannot take it down, then we will not have a proper record.

MR. YANG: For the record, the reason why deposing counsel is using Chinese after the English question was asked, is because the translation of certain terms of art in China, mainland China and Hong Kong seems to be different which cause

confusion of the witness.

MR. LIU: Yet you hired the translator in Hong Kong. We did not hire a translator in Hong Kong. Again, whatever the reason is, if you speak Chinese, the reporter cannot take it down. Therefore, we don't have a proper record.

MR. YANG: Court Reporter, let's introduce the next exhibit. I believe the next exhibit is authorization letter.

(Exhibit 10 was marked for identification.)

BY MR. YANG:

Q. Mr. Tan, is this authorization letter in front of you?

A. Yes.

Q. Let's turn to page Tan 11. Please look at the lower right corner of that page.

A. (In English) Okay.

Q. Mr. Tan, can you see a signature on this page?

A. Yes.

Q. Is that signature yours?

A. Yes, it is.

Q. Mr. Tan, let's go to page 10.

MR. LIU: There's no page 10.

BY MR. YANG:
Q. The Tan 10.
A. (In English) Tan 10, okay.
Q. Now, can you see a name -- can you see the signature of applicant or patent practitioner, namely Bentley Olive?
A. Yes.
Q. Do you know this patent attorney?
MR. LIU: Objection. Irrelevant.
THE WITNESS: I do not know.
BY MR. YANG:
Q. Mr. Tan, this patent attorney is supposed to be your patent attorney for your design patent; is that correct?
MR. LIU: Objection. This is simply a misstatement of the law. There's a customer number on page 2.
THE WITNESS: (Chinese spoken).
BY MR. YANG:
Q. So are you --
A. I gave authorization to Fang Xin, the service provider, to make application in relation to the patent. As for the patent attorney, it was Fang Xin who found such attorney.
Q. So Mr. Tan, are you representing that you

retained Fang Xin firm for the application and the prosecution of this patent. And then Fang Xin firm retained this U.S. patent attorney to file the application and conduct the prosecution of the asserted patent?

A. Yes.

Q. Did you enter any agreement with Fang Xin?

A. Yes.

Q. To clarify, I'm referring by "any agreements," I mean agreement -- agreement for this patent application and the prosecution, also the agreement for -- for the litigation of this case.

MR. LIU: Objection. Compound. Vague. Ambiguous.

BY MR. YANG:

Q. Please answer.

A. In relation to patent application I authorized Fang Xin and we also signed an agreement. In relation to this case, I authorized lawyer Mr. Liu to take care of all the matters.

Q. Mr. Tan, we just discussed Fang Xin also retained Mr. Robert DeWitty to represent you in this case.

So are you aware of the retainment of

Mr. DeWitty by Fang Xin firm?
A. At the beginning, who they engaged or retained, I have no knowledge. Subsequently, I switched to Mr. Liu to represent me.
Q. Mr. Tan, with respect to the application of the asserted patent, how much service fees did you pay Fang Xin firm?
MR. LIU: Objection. Irrelevant.
THE WITNESS: I do not recall clearly the exact amount. It would be between 10,000 and 30,000.
BY MR. YANG:
Q. Who paid the service fee for this application?
A. By me.
Q. Is there any bank record to support your answer?
A. There are payment records, but I'm not certain if such has been saved in mobile phone.
Q. Mr. Tan, did you pay the service fee with bank wire transfer or a WeChat Pay?
A. If I remember correctly, I should have used WeChat Pay.
Q. Who -- who was the contact from Fang Xin firm?

A. According to the remark, it says Li Shuyao.

Q. Was the payment made to Fang Xin firm or this person named Li Shuyao?

MR. LIU: Objection. Simply irrelevant.

BY MR. YANG:

Q. Please answer.

A. While I have forgotten about the specific details in relation to payments for the firm Fang Xin, there are various methods for making such payments. You can pay to the firm, but I do not. If it is also okay to pay to a personal account.

Q. But is it fair to say that the payment was made by you and from your bank account or your WeChat Pay account?

A. Yes.

Q. Okay. Now, let's look at the next exhibit, about design region factory drawings and the contributions by Deng, Zhou, and Lian?

MR. LIU: Which one are we talking about? Which number?

MR. FANG: Exhibit 14.

MR. LIU: 14?

MR. FANG: Its original number should be Exhibit 14.

MR. YANG: It's the response to defendant deficiency letter.
MR. FANG: Yes.
(Exhibit 11 was marked for identification.)
THE WITNESS: (In English) Okay.
MR. LIU: Okay. What's that have to do with anything?
COURT REPORTER: And this was marked as Exhibit 11, for the record.
MR. LIU: Yes. For the record, we're, like, 3:24 right now in the p.m.
BY MR. YANG:
Q. Mr. Tan, is this exhibit in front of you now?
A. Yes.
Q. Okay. Can you recognize the subject line of this response is:
"Re: Tan v Xianghuo, Case No. ... Plaintiff's Response to Defendant's March 27, 2026 Request for Supplemental Responses to Defendant's First Set of Interrogatories and Requests for Production."
A. So in relation to this document, what is your question? Are you asking whether I remember this?

Q. Do you recognize this document?
A. I do not understand this document.
Q. Has this document ever been shown to you?
MR. LIU: Objection. I mean, attorney/client privilege.
MR. YANG: Mr. Liu, I'm asking whether the witness has ever seen this document. So --
MR. LIU: So?
MR. YANG: -- you are arguing that that fact is protected by attorney/client privilege?
MR. LIU: Yeah. What have I discussed with the witness, yes.
MR. YANG: I'm not asking about the substance of the discussion. I'm simply asking whether this document, this document has ever been shown to the plaintiff.
MR. LIU: Objection. Attorney/client privilege. Attorney work product privilege. How the attorney came up with this work product is privileged.
MR. YANG: Mr. Liu --
MR. LIU: If you have a specific factual question, go ahead and ask the witness. But how an attorney draft a response is privileged.
MR. YANG: Mr. Liu, I'm not asking about that

question. I'm asking -- the question is quite simple: Has the witness seen this document before, before this deposition?

MR. LIU: Again, attorney/client privilege. How I work with the party is privileged. If you have a factual question, go ahead and ask. How I work with my client is privileged.

MR. YANG: For the record, opposing counsel is asking the witness not to answer this question with respect to simply whether the witness has been shown this document, based on attorney/client privilege.

MR. LIU: Yeah. The response is how the attorney works with the client in this case implicates attorney/client privilege.

BY MR. YANG:

Q. Mr. Tan, when did you first encounter foldable storage box design?

A. My first encounter?

MR. LIU: Just to clarify, you asked him to read the letter or ask him the question?

MR. YANG: I'm asking him the question.

BY MR. YANG:

Q. Mr. Tan, when did you first -- when did you first learn of the foldable storage box design -- foldable storage box design?

MR. LIU: Objection. Vague. So which? Which one is the foldable storage box design you're referring to?
BY MR. YANG:
Q. Please --
MR. YANG: For the record, the witness -- the opposing counsel made another speaking objection and then attempted to coach the witness.
MR. LIU: Not at all. Your question is vague.
BY MR. YANG:
Q. So Mr. Tan, please answer the question: When did you first learn of any design of foldable storage box?
A. I have forgotten the exact timing, but it was just before mid 2023.
Q. In what occasion?
A. It's been three years or so. I have already forgotten the situation at the time.
Q. Mr. Tan, do you need the interpreter to translate section I, A "Interrogatory No. 3", this paragraph on the same page?
MR. LIU: Objection. Is there a question?
BY MR. YANG:
Q. Do you need this translation, Mr. Tan?
A. Yes.

Q. Okay.

THE INTERPRETER: So just the first part or the entire?

MR. YANG: The section I, A. And --

MR. LIU: That's like three pages.

MR. YANG: Yes.

MR. LIU: So when are we going to get it done?

MR. YANG: So the first page and the first paragraph.

THE INTERPRETER: You mean up to the (1)?

MR. YANG: Yes. From "Plaintiff supplements his response as follows" to "based on the modified design."

THE INTERPRETER: Oh, okay.

(Translates.)

BY MR. YANG:

Q. Now, Mr. Tan, do you understand? Do you understand?

A. (In English) Yes.

Yes.

Q. Mr. Tan, do you agree with the contents stated here?

A. I agree.

Q. Do you agree the -- do you agree that this paragraph accurately reflects the fact to the

best of your knowledge?
MR. LIU: Objection. Asked and answered.
BY MR. YANG:
Q. Please answer.
A. I -- yes.
Q. In this paragraph, it states at that time Shenzhen Haizhenxin already had existing design drawings for the product; correct?
MR. LIU: Objection. There's a misstatement of what the letter says. Best evidence, the letter says what it says.
BY MR. YANG:
Q. Please answer.
A. (Chinese spoken).
Q. To save time, Mr. Tan, let me ask you the specific question under this paragraph.
Mr. Tan, in this paragraph, it states that Shenzhen -- Shenzhen Haizhenxin Technology Co., Ltd., had existing design drawings for the product. Is that correct?
A. Not in relation to this patent.
Q. Mr. Tan, then what do you mean with respect to Shenzhen Haizhenxin Company had existing design drawings for the product?
MR. LIU: Objection. Calls for speculation.

Mr. Tan did not write this letter.

BY MR. YANG:

Q. Please answer.

A. (Chinese spoken).

Q. Mr. Tan --

A. I do not remember what kind of drawings they had. I only know that I had the drawings for this patent.

Q. Mr. Tan, who provided the information relating to this paragraph to your -- to your counsel?

MR. LIU: I mean, objection. That's attorney/client privilege. Instructing the witness not to answer.

BY MR. YANG:

Q. Mr. Tan, was it you who provided the relevant information under this paragraph to your counsel?

A. I do not recall whether I provided the specific content.

Q. Whom else is possible to provide such information?

MR. LIU: Objection. Calls for speculation.

BY MR. YANG:

Q. Please answer.

A. Are you asking other than me who would provide such information?
Q. Yes.
A. I don't know.
Q. So Mr. Tan, you are uncertain whether you provided information relating to this paragraph to your counsel; is that correct?
MR. LIU: Objection. Misstatement. The witness specifically said "I don't recall." That's what the transcript says.
BY MR. YANG:
Q. Please answer.
A. I don't really recall. I don't have clear memory. A lot is going on.
Q. Mr. Tan, this interrogatory is directed to you as the plaintiff. Are you clear about that?
MR. LIU: Objection. Which interrogatory are you talking about? There's so many of them.
MR. YANG: Mr. Liu, it's very unethical for you to keep making speaking objections. Are you clear?
MR. LIU: It's very unethical for you to keep making accusations. Are you clear? Because your question is simply improper and unclear. There's no need to --

BY MR. YANG:

Q. Let me ask the question again.

Mr. Tan, I'm asking about this interrogatory No. 3. And all the interrogatories in this case are directed to you. Are you aware of that?

A. I don't really remember. What are you referring to when you say "this interrogatory"?

Q. Have you received any interrogatories from defendant?

A. What I know is, according to the service provider, someone was asking me questions. But who that someone was exactly, I do not know.

Q. Did you participate in the preparation of these responses to the interrogatories?

A. Yes, I did.

Q. Then did you participate in the preparation of this interrogatory No. 3 in front of you?

MR. LIU: Objection. The interrogatory No. 3 is not in front of the witness. Where is the interrogatory No. 3?

MR. YANG: For the record, opposing counsel, Mr. Zheng Liu, is making speaking objection again.

MR. LIU: For the record, your question is

ambiguous. You are saying the interrogatory No. 3 is in front of the witness. There's no interrogatory No. 3 in front of the witness. So what are you talking about? You're confusing the witness.

If you show him interrogatory No. 3. I think that's fair game. You're not showing him interrogatory No. 3. You are showing him something else and then you ask him "What's interrogatory No. 3?" And then he's confused. Where is interrogatory No. 3?

BY MR. YANG:

Q. Mr. Tan, to avoid your counsel wasting everybody's time, let's --

MR. LIU: The best way to not waste time is ask better questions, clear questions.

BY MR. YANG:

Q. Let me ask you. Did you participate in the preparation of this response with respect to interrogatory No. 3 "Conception and Development of the Claimed Design"?

MR. LIU: Objection. Asked and answered.

BY MR. YANG:

Q. Please answer.

A. Yes, I did.

Q. So Mr. Tan, let me ask you again --
MR. LIU: Objection. Asked and answered.
BY MR. YANG:
Q. What -- what --
MR. LIU: Objection. What's the question? What?
BY MR. YANG:
Q. What do you mean by existing design drawings for the product? What existing drawings are you referring to?
MR. LIU: Objection. It's -- the letter is written by counsel. You can ask -- it calls for speculation.
BY MR. YANG:
Q. Please answer.
A. This design drawing is not the same thing as in my patented design drawing.
Q. Mr. Tan, did you review the factory's design? And did you review -- yes, that's the question.
Did you review the factory's design?
A. When you say "factory," are you referring to Haizhenxin factory?
Q. Yes.
A. Yes, I did.

Q. Do you still have these designs?
A. Which designs?
Q. The factory's design you reviewed.
A. I saw them, but they would not be sent to me.
Q. And so do you mean you have never possessed or received these designs?
A. By these designs, do you mean factory's designs --
Q. Yes, yes.
A. -- or my own designs?
No.
Q. So where and on what device did you review the factory's design we are discussing?
A. On a computer.
Q. Where and whose computer is that?
A. It's been too long. I do not have clear recollection.
Q. How many times did you review these design?
A. I do not recall clearly.
Q. Is it fair to say only once?
MR. LIU: Objection. Calls for speculation.
THE WITNESS: I do not recall clearly how many times I have seen them.

BY MR. YANG:

Q. Did you spend substantial time to review these -- the factory's design?

MR. LIU: Objection. Vague. What's substantial?

THE WITNESS: In fact, I do not have clear recollection. It's been too long.

BY MR. YANG:

Q. Is it fair to say it was less than one hour?

MR. LIU: Objection. Calls for speculation.

THE WITNESS: I do not recall clearly how much time I spent.

BY MR. YANG:

Q. Do you still remember the specifics of the design? The factory's design?

A. When you say "the design," you refer to ...? It's been too long. I don't have clear memory.

Q. Then, still, in this paragraph, it states Mr. Tan, namely you, changed the grouping from three units per set to four units per set. Is that accurate?

MR. LIU: Objection. Best evidence rule. The letter says what it says.

BY MR. YANG:
Q. Please answer.
A. Can I hear the translation one more time?
THE INTERPRETER: (Reinterprets.)
MR. LIU: Objection. Misstatement. That's not what the letter says.
BY MR. YANG:
Q. Please answer.
A. I do not remember clearly.
Q. In this letter, it indicates that you changed grouping from three units per set to four units per set. So are you representing that you don't recall this fact?
MR. LIU: Objection. Misstatement. Best evidence rule. That's not what the letter says.
BY MR. YANG:
Q. Please answer.
A. One moment. Let me have a look.
This belongs to a part of the design.
Q. You mean from three units per set to four units per set, that is part of your design patent in this case; correct?
MR. LIU: Objection. Calls for legal conclusion.
THE WITNESS: What I'm trying to say is that

this belongs to one part of my design patent.

BY MR. YANG:

Q. What do you mean by "this"?

A. The change in product configuration. This part belongs to part of my design patent.

Q. Other than this change, are there any other changes did you make for the design of your asserted patent?

A. It's been too long. I cannot recall other changes.

Q. Mr. Tan, are you representing the only change you made with respect to the factory design for your design patent, you can recall, is from three units per set to four units per set; is that correct?

MR. LIU: Objection. That's simply a misstatement.

THE WITNESS: Incorrect.

BY MR. YANG:

Q. Then what is --

A. The factory design is not the same as my design. I was talking about the change concerning this part of my design. As for other changes, it's been too long, I can no longer recall.

Q. Mr. Tan, that was actually exactly my

question. My question is: Other than this change, you cannot recall other changes you made for your asserted design patent?

MR. LIU: Objection. That's simply a misstatement.

THE WITNESS: Can I have the translation one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: There were other changes. But I do not recall exactly what they were.

BY MR. YANG:

Q. Mr. Tan, let's move on. Still in this paragraph, it states:

"Mr. Tan then obtained authorization from the manufacturing facility to file for U.S. design patent protection based on the modified design."

My question is: What kind of authorization did you obtain from the manufacturing facility?

A. What kind of authorization?

Q. Yes. For example, the contents.

A. I do not recall.

Q. Who is this manufacturing facility?

A. In relation to this paragraph, the factory was Shenzhen Haizhenxin.

Q. So Mr. Tan, are you representing that you remember that you obtained authorization from Haizhenxin, but you don't remember the specific contents of this authorization; is that correct?

MR. LIU: Objection. That's simply a misstatement. The witness testified earlier he did not recall. Look at the transcript.

BY MR. YANG:

Q. Please answer.

A. I do not -- I do not recall what kind of authorization. I do not recall whether there was such authorization.

Q. Mr. Tan, are you representing that the authorization part from Haizhenxin stated in this paragraph by your counsel is false?

MR. LIU: Objection. That's a misstatement. And argumentative.

BY MR. YANG:

Q. Please answer.

A. I do not recall whether there was authorization.

Q. But Mr. Tan, you just answered my question under oath that you confirm the accuracy of this paragraph; is that correct?

A. Where does it say I have done such

confirmation?

Q. Mr. Tan, do you need me to point to the confirmation you just made under oath now?

MR. LIU: Yeah. I think it will be helpful if you can point to it.

BY MR. YANG:

Q. Mr. Tan, the sentence number is 144:12.

MR. LIU: How do we get there.

MR. YANG: The time is 15:35:05. The question was:

"Mr. Tan, do you agree with the contents stated here?"

And the answer is:

"I agree."

MR. LIU: Yeah, he said he agreed. Didn't confirm. The word "confirm" doesn't even appear here.

MR. YANG: Mr. Liu, you are forbidden from coaching the witness.

MR. LIU: It's not coaching the witness. It says --

MR. YANG: I'm asking -- if you want to be deposed, please let me know. Otherwise, please refrain.

MR. LIU: But the question is simply

inaccurate.

BY MR. YANG:

Q. Okay. So now, then next I asked you again:

"Do you agree ... that this paragraph accurately reflects the fact to the best of your knowledge?"

And your answer is:

"... yes."

So now, Mr. Tan, are you saying that your testimony under oath is false?

MR. LIU: Objection. You're simply badgering the witness. I mean, he's seen the question itself. You're badgering the witness --

BY MR. YANG:

Q. Please answer.

A. I simply said I agreed with the content as such, but I did not confirm whether the content is the same as the facts. A lot has been going on between you two. I do not remember clearly the relevant paragraphs or sections.

Q. Mr. Tan, are you saying that the testimony you just made under oath is false?

MR. LIU: Objection. Asked and answered. That's badgering the witness. That's not what he

said.

BY MR. YANG:

Q. Please answer.

A. What I mean to say is that I agree with the content so listed. But in relation to the terms or the phrases, they are too long. I have not done any confirmation in relation to the entire content.

What I said was I do not remember clearly whether there was authorization or not. But that does not equate no authorization was given. I'm just saying I seem to have forgotten.

Q. Mr. Tan, are you representing that the statement in this paragraph with respect to authorization is false?

MR. LIU: Objection. Asked and answered.

THE WITNESS: I'm just saying I do not remember clearly whether there was authorization or not. It is possible that there was.

BY MR. YANG:

Q. Mr. Tan, is there any document may refresh your recollection with respect to this authorization?

A. I do not remember clearly. So I also do not know whether there is such document or how I can find such document.

Q. Mr. Tan, let's move on to read the following paragraphs.
MR. LIU: 14?
MR. YANG: From:
"In addition to Mr. Tan, the following individuals had knowledge of or were involved in the design and development process ..."
THE INTERPRETER: Just this line?
MR. YANG: Yeah.
BY MR. YANG:
Q. So Mr. Tan, let's further confirm that the manufacturer, namely Haizhenxin's design was not -- was not your design, and you were not involved in any -- in any work in that factory's design --
MR. LIU: Objection --
BY MR. YANG:
Q. -- is that right?
MR. LIU: Objection. Move to strike. That's not a question. Or, that's argument.
BY MR. YANG:
Q. Please answer.
A. (Chinese spoken).
Q. Okay. Thank you for your confirmation.
A. The factory's design originally was not

my design. My design is my design. The factory's design is its design.

Q. In the next paragraph starting with:

"Deng Haichao -- Mr. Deng served as a product selection and development manager and assisted Mr. Tan in identifying and evaluating the product concept."

What product concept it is?

A. Mr. Deng Haichao provided assistance to me in relation to my patented design. But his involvement was rather limited. All design assertions or concepts actually came from me. So here when it talks about the product, it is referring to my product.

MR. LIU: The objection -- sorry. How long are we going to go on?

MR. YANG: Pardon?

MR. LIU: How long are we -- how much longer do we need?

MR. YANG: Do you want a break?

MR. LIU: Yeah. I want a break from today. I mean, it's already 4:20.

MR. YANG: We have seven hours, right?

MR. LIU: Okay. So how many minutes to --

MR. YANG: Seven hours.

MR. LIU: What?

MR. YANG: We need seven hours in total.

MR. LIU: Okay. Fair enough. So when is seven hours?

MR. YANG: You do your math.

MR. LIU: Well, okay. Then I need a break now, then. Because I need a break to do the math.

MR. YANG: Okay. Let the record reflect Mr. Liu, the opposing counsel wants a five minutes' break to do the math.

MR. LIU: That's one of the things I need to do. I need to go to the bathroom too.

THE VIDEOGRAPHER: And we're going off the record. This marks the end of the file No. 6. The time is 4:18 p.m.

(There was a recess in the proceedings.)

THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 7 and the time is 4:27 p.m.

BY MR. YANG:

Q. Mr. Tan, now, let's introduce the next exhibit. The original exhibit number, I believe, is 15. The title is "EPR Non-Final Office Action."

(Exhibit 12 was marked for identification.)

THE WITNESS: (In English) Okay.

BY MR. YANG:
Q. Mr. Tan, do you recognize this exhibit?
A. One moment. Let me have a look.
MR. LIU: That's Exhibit 15?
COURT REPORTER: Yes, originally Exhibit 15, now marked as Exhibit 12.
MR. LIU: I mean, this has 176 pages. So which page do you want him to look at?
MR. FANG: Page 62. So the --
MR. LIU: I thought we have one attorney taking deposition. Okay?
BY MR. YANG:
Q. Okay. Please refer to page 1436, according to the lower right corner of the document.
MR. LIU: Oh, okay.
BY MR. YANG:
Q. 1436.
A. 1436, okay.
Q. Mr. Tan, can you see your name on the -- on this page?
A. Yes.
Q. Were you aware of this response to office action before today's deposition?
A. So are you asking me whether I am aware of this entire document, which is Exhibit 15 [sic]?

Or specifically 1436?

Q. The seven pages of this document, specifically the response to office action, the entire document.

THE INTERPRETER: "Seven pages," right?

MR. YANG: Yes.

THE WITNESS: I am aware of this document, but when it comes to the specific content -- well, I am aware of this document.

BY MR. YANG:

Q. Who was the counsel for you in this action?

MR. LIU: Objection. That's irrelevant.

BY MR. YANG:

Q. Please answer.

A. The lawyer representing me?

Q. Yes.

A. The specific lawyer, I do not know who that was.

Q. So --

A. I also gave authorization to Fang Xin.

Q. Is there any document to reflect such an -- such an authorization?

A. No.

Q. Did you pay the fees for this action?

A. In relation to this action?
Q. Yes.
A. This is part of their after-sales service. I do not need to pay any fee.
Q. What after-sales service are you referring to?
A. In relation to the series of questions pertaining to this patent, as long as they may involve additional charges, they all belong to after-sales services.
Q. So Mr. Tan, you are representing that nobody paid for this specific ex parte re-examination proceeding before the USPTO, to your knowledge?
MR. LIU: And objection. Objection. That's a misstatement. The witness said he didn't pay.
BY MR. YANG:
Q. Please answer.
A. Concerning this, I did not pay.
Q. Now, let's turn to page -- turn to page 1437.
A. (In English) 1437.
Q. 1-4-3-7?
A. (In English) Okay.
Q. Do you agree with the last paragraph of

this -- of this page?

A. I can't read it. How can I agree with it?

Q. Mr. Tan, are you representing that you cannot read in English; correct?

A. (In English) Yes.

Yes.

Q. Any English? Any English? You cannot read any English; is that correct?

MR. LIU: I mean, objection. That's irrelevant. That's also -- that's a misstatement.

THE WITNESS: Well, if it's long, I can't read it. But if it's something very simple, like the word "English," yes, I understand.

BY MR. YANG:

Q. Okay. Now, for interpreter -- so my understanding is, Mr. Tan, you need translation for content under this paragraph; is that correct?

MR. LIU: And objection. What's your question?

BY MR. YANG:

Q. Okay. So in this paragraph, it states:

"As shown in Figure 1, the '752 patent differs from the Wise CTSNSLH in four different detailed portions that are marked in the below

drawings."

Do you agree that the '752 patent, namely the asserted design patent in this case, differs from the Wise CTSNSLH in four different detailed portions that are marked in the below drawings?

A. May I suggest that you simplify your questions. When there's so much English and so many details, I don't follow.

Q. Mr. Tan --

A. So when you touch upon so much content and all of a sudden, you are turning English into Chinese, I can't remember everything.

Q. Mr. Tan, did you personally review and approve the contents in -- in this response?

A. I authorized my lawyer -- or, I should say, I authorized the service provider and the lawyers they engaged to provide such response. When it comes to the specific content, well, I do not remember the specific content.

Q. Mr. Tan, let's read the images on page 1438.

A. (In English) Okay.

Q. According to the remarks under these images, first on page 1438, it states:

"A comparison of the '752 patent (top

left) and the prior art Wise CTSNSLH (top right and bottom)."

Do you agree with the statement and the conclusion regarding this comparison, namely the prior art -- the prior art product, Wise CTSNSLH, looks different than the design patent, which is the design patent in this case?

MR. LIU: Let me objection. Vague because figure 1438 does not say any conclusion. So I don't know where counsel is coming from. And also calls for speculation.

BY MR. YANG:

Q. Okay. Now --

MR. YANG: Mr. Liu, for the record, once again please stop making speaking objections.

MR. LIU: Because the question is not clear. There's no conclusion here.

BY MR. YANG:

Q. Now, Mr. Tan, you can see the images on page 1438 and 1439; correct?

A. Yes.

Q. As a matter of fact, do you think the prior art product on 1438 is materially different than the design patent?

MR. LIU: Objection. Calls for a legal

conclusion. It's not a matter of fact. It's a legal conclusion.

THE WITNESS: Do you mean existing or prior?

BY MR. YANG:

Q. Mr. Tan, prior art translated in Chinese term is "(Chinese spoken)."

MR. LIU: Objection. Counsel cannot speak Chinese.

BY MR. YANG:

Q. Or "(Chinese spoken)"?

MR. LIU: Objection. Counsel cannot speak Chinese.

BY MR. YANG:

Q. So, now, please answer the question: Do you think -- do you think the prior art product on the right is materially different than the design patent, namely the asserted design patent in this case?

MR. LIU: Objection. Calls for legal conclusion.

BY MR. YANG:

Q. Please answer the question.

A. In -- in relation to what specific differences they are, I have commissioned my lawyer to conduct such investigation. And any conclusions

would come from the lawyer.

Q. So Mr. Tan, is it fair to say that you agree with the accuracy of your lawyer's statement in this document?

MR. LIU: Objection. Vague. Which document? Can we go back, please.

BY MR. YANG:

Q. Please answer.

A. So I agree with which document? Are you referring to the entire Exhibit 15 or just the seven pages from 1436?

MR. YANG: Let the record reflect the witness just repeated the speaking objection from his counsel.

MR. LIU: My response is your question is just entirely unclear. What is "this document"? Everybody is confused. You don't even know which document you're talking about because you can't explain.

MR. YANG: Please stop, Mr. Liu.

BY MR. YANG:

Q. Mr. Tan, I'm referring to the document in front of you. The entire document from page 1 to page 7.

MR. LIU: I mean, objection. This document

has 176 pages, so which one are you talking about?
THE WITNESS: May I confirm with you. Are you referring to this document containing seven pages from 1436 to 1442?
BY MR. YANG:
Q. Yes, yes.
A. In relation to the matter of whether there is infringement or not, I have fully authorized Mr. Liu, my lawyer, to carry out the investigation and litigation.
Q. Now, let's introduce Exhibit -- Exhibit -- let me see. The WeChat -- the exhibit originally marked as 30 to 31. The WeChat messages.
(Exhibits 13 and 14 were marked for identification.)
COURT REPORTER: So both of those exhibits will be marked Exhibit 13 and 14.
MR. LIU: First of all. I object to Exhibit 31 because it's not a certified translation.
BY MR. YANG:
Q. For your record, Mr. -- sorry. Mr. Liu [sic], are these exhibits in front of you now?
MR. LIU: Yes. It's in front of me.
THE WITNESS: Yes.

BY MR. YANG:
Q. Do you recognize these exhibits?
A. This is my WeChat, but I don't really recall clearly concerning the content underneath.
Q. So Mr. Tan, let's clarify. This -- the WeChat ID a958709379 is your WeChat ID; is that correct?
A. Yes.
Q. And the handle "Ricardo.M.Tan" is you; right?
A. Yes.
Q. And the mobile number shown in the exhibit, 17716799539 is your mobile; correct?
A. Yes.
Q. Did anyone other than you have the pass code or control over this WeChat account?
A. No.
Q. So Mr. Tan, the original screenshot is in Chinese.
Can you read those Chinese?
A. Yes, I can read.
Q. Now, Mr. Tan, please refer to the message from Jam at 4:41 p.m. on May 11th this year.
Could you read it for the record?
A. Jam? Who is Jam?

Q. The WeChat handle of the other person in this WeChat chat.

MR. LIU: Objection. There's no WeChat handle in here for the other person. It's confusing what you're talking about.

BY MR. YANG:

Q. Mr. Tan, could you please read the message from, yeah, from the other person in this WeChat? The first two paragraphs.

A. "Hello Mr. Tan, I am Zhen from China Hong Kong. I contacted you through corporate WeChat and found out that you have left your position. In the past, you have obtained our products from us. We would like to discuss with you concerning purchasing this U.S. patent. Do you have intention to set a price? Would you like us to discuss it?"

Q. Now, Mr. Tan, can you see there is an image relating to patent -- asserted patent, under the second paragraph? Can you see?

A. I cannot see clearly. I am not able to confirm.

Q. Can you see the -- can you see the two drawings in that -- in that picture?

A. Yes.

Q. Are you familiar with these two drawings?

A. They look familiar or similar, but I'm not able to confirm.
Q. Oh, Mr. Tan, my question was: Are you familiar with these two images, the two drawings?
A. I have already answered. They look similar or familiar, but I'm not able to confirm.
Q. So Mr. Tan, is that -- is that -- is that drawing -- no, no.
Is that drawing the asserted design patent of this case?
A. Now that I'm looking at it, I cannot see it clearly. I can only say they look similar. But I'm not able to confirm. I have already answered.
Q. Okay. Mr. Tan, did you use WeCom or (Chinese spoken) when you -- when you work? Namely, WeCom?
A. So it's the same as corporate WeChat, yes?
I have used it, and then I abandoned it.
Q. Which WeCom or corporate WeChat did you use before?
A. Which WeCom? Do you want me to tell you the name or something else?
Q. The -- how many enterprise WeChats or WeCom did you use before?

A. I have used one.
(In English) Sorry.
I think I have used one or two, because one of these two I have only used it for a few weeks, so I'm not very certain whether it was one or two.
Q. Which two companies did these WeCom belong to?
A. One was Shenzhen Hengchuang. The other one I only used it for a very short time. I'm not certain if that was Shenzhen Taiweis or not.
Q. Mr. Tan, were you instructed to use the WeChat ID of A-Zhen, namely Mr. -- namely, Mr. Weijin Zhen -- Zhen is the family name -- to search your WeChat records?
MR. LIU: I mean, objection. Ambiguous.
THE WITNESS: What? I did not understand.
BY MR. YANG:
Q. Were you instructed to search your WeChat records with the WeChat ID number of this A-Zhen, namely Mr. Zhen Weijin, Weijin Zhen. Zhen is the family name.
A. I do not know this person. Why would I do such a search?
Q. No. Mr. Tan, that was not my question.

My question is quite straightforward. It's a yes-or-no question. So have you ever searched your WeChat records with this person's WeChat ID number?

MR. LIU: Objection. Ambiguous. Lack of foundation. I mean, which WeChat ID number are we talking about?

BY MR. YANG:

Q. Please answer the question.

A. I do not know how to search for him. I don't know how to do such a search. I did not do it.

Q. Were you instructed to search your WeChat records by any WeChat ID recently?

A. Can I have that one more time?

THE INTERPRETER: (Reinterprets.)

MR. LIU: Objection. Vague.

BY MR. YANG:

Q. Regarding --

A. May I clarify with you. Search what?

Q. Regarding this WeChat message.

A. I did not do such search.

Q. Were you asked to search this message?

MR. LIU: Objection. Vague. Which message? "This message"? Which message?

BY MR. YANG:

Q. Please answer.

A. I -- I did not personally or receive any instructions to do such a search. I have no idea what kind of search for what information you are referring to.

Q. Mr. Tan, have you deleted any WeChat messages relating to the asserted patent since the filing of this case?

A. Information pertaining to my own patent, I have not deleted any.

Q. So Mr. Tan, if this message, the message in front of you as shown in the exhibit, was once indeed sent to you, the WeChat message should be still in your WeChat; is that correct?

A. If we are talking about information or messages in relation to this case, or in relation to the patent in this case, I did not delete any. But if it was someone who I did not know who approached me, then according to my usual practice, I would delete such messages.

Q. In your opinion, Mr. Tan, is this message a relevant message to this case?

MR. LIU: Objection. Calls for a legal conclusion. Calls for expert opinion.

BY MR. YANG:

Q. Please answer.

A. Judging from the time of this chat, this person who was a stranger to me was harassing me. If I did chat with him, I believe I have deleted such exchanges. But I do not have clear recollection.

Q. Mr. Tan, are you representing that you may have deleted this message, the message in front of you, because you didn't know this person; is that correct?

MR. LIU: Objection. Misstatement. The witness said "stranger" and "harasser."

BY MR. YANG:

Q. Please answer.

A. I would only delete the WeChats from people who harass me, and strangers.

Q. Even though that message is about the asserted patent; is that correct?

MR. LIU: Objection. Assumes facts not in evidence. Speculation.

BY MR. YANG:

Q. Please answer.

A. I want to hear the translation one more time.

THE INTERPRETER: (Reinterprets.)

THE WITNESS: I would only delete those concerning strangers or people I did not know. But if they have specified that they were relevant personnel, I would not delete those messages. Right now, I do not have clear memory. There are simply too many strangers approaching me, or harassing me.

BY MR. YANG:

Q. Mr. Tan, please do not evade my question and answer my question directly. I'm asking you: Even though a message from a stranger you just said or -- or harasser, whatever. Even though it is about the asserted patent, like this message, you may have deleted; is that correct?

A. I would delete messages from those harassing me. But if they make it clear and specific that they are communicating with me about the case, I would not delete such messages.

Q. Will you delete this message from your WeChat?

A. I do not remember when this chat took place, but if this person was harassing me, when I deleted him, I would at the same time delete the message. But there are so many people harassing me, so I don't recall clearly.

Q. Mr. Tan, do you believe, according to the text in this exhibit, it is harassment of you?

A. Yes.

Q. Okay. So Mr. Tan, have you received any document or oral instruction to instruct you to preserve all relevant information or documents in all your requests including on your WeChat?

A. It's too long. Can I have it one more time?

THE INTERPRETER: (Reinterprets.)

THE WITNESS: Relevant information? Are you talking about information relevant to this case?

BY MR. YANG:

Q. Yes.

A. Information relevant to this case, I have kept all that I could keep. But because it's been such a long time, I do not remember exactly if there's anything else.

Q. Mr. Tan, you are evading my question. That was not my question. I'm asking you: Have you received any instruction in any form to instruct you to preserve all relevant information and the documents of this case? This is a yes-or-no question.

A. I have kept everything.

Q. Mr. Tan, you are still evading my question. My question is: Have you received any instruction regarding the preservation of documents or information relevant to this case?

MR. LIU: Objection. The question is vague. I mean, instruction by whom?

MR. YANG: For the record, Mr. Liu, you are making speaking objections again.

BY MR. YANG:

Q. Mr. Tan, please answer my question.

MR. LIU: No. It wasn't -- your question is simply unclear.

BY MR. YANG:

Q. Please answer my question, Mr. Tan.

MR. LIU: The witness cannot answer it. The question is just a bad question.

THE WITNESS: I'm sorry. Let me think. Let me think about whether anyone has told me to do that.

I can't remember whether there was any such instructions.

BY MR. YANG:

Q. Mr. Tan, in this exhibit before you, under the WeChat handle, you have just confirmed that that is your WeChat handle. It stated:

"I am a mere nominal holder of the patent. There is agreement. My word doesn't count. It's useless to reach out to me."

Is that something you once -- you once stated to anyone, including this A-Zhen?

MR. LIU: Objection. Counsel is reading a text message in Chinese. Counsel's English translation is simply inaccurate and counsel's translation is not a certified translation. Therefore, the question is a bad question. The witness cannot possibly answer it.

MR. YANG: Mr. Liu --

MR. LIU: What? You need to provide a certified translation.

MR. YANG: Please be professional.

MR. LIU: Professionalism involves providing proper translation of Chinese documents. That's the bottom line.

BY MR. YANG:

Q. Now, Mr. Tan, let's -- in front of you, there is a Chinese message from your WeChat handle. Can you read that message?

A. I need to read it out?

Q. Yes.

MR. LIU: Objection. Assumes facts not in

evidence. There's no foundation or authentication saying that message was sent by Mr. Tan.

BY MR. YANG:

Q. Please answer, please answer. It's on the record, Mr. Tan. Please read it.

A. I first want to state clearly, I am just reading out the content in this paragraph, but when it comes to the wordings, I do not agree with such wording. I am just saying this to people harassing me, to get them to leave me alone. So I do not admit that the wording is correct.

Q. Mr. Tan, your lawyer will argue for you, when the time comes. So --

MR. LIU: No. You asked the question.

BY MR. YANG:

Q. -- my answer [sic] is quite simple. Please read this message.

MR. LIU: No, that's not a question.

BY MR. YANG:

Q. My question is, please read this message regarding the mere -- the mere name holder of the asserted patent.

MR. LIU: That's not a question.

MR. YANG: Mr. Liu --

MR. LIU: That's not a question. You need to

ask a question.

BY MR. YANG:

Q. Please read this message, for the record.

A. Well, I would like to first state clearly, I can read out the content in this paragraph, but that does not mean I agree to the content. I actually do not agree with it.

I only say these things in a perfunctory manner to handle strangers or people harassing me. Because when a stranger approaches you out of the blue, you would not tell them the truth right away. And there are too many such people, such harassers. So I was just saying this in a perfunctory way to get them to leave me alone.

So I want to state one more time, I just -- I would say such things to such people to get them off my back. So I will not be held liable for it, and it would be of no use for you to come after me.

Q. Mr. Tan, did you state the similar view that you are a mere name holder of the asserted patent to anyone else?

A. According to my recollection, I have only such -- I have only said such things to people harassing me. But I do not recall how many such

harassers there have been exactly.

Q. Mr. Tan, is it accurate to say that you -- you once stated the similar view that you are a mere nominal holder of the asserted patent for more than once, in addition to this message?

MR. LIU: Objection. The question is ambiguous.

THE WITNESS: So you mean the content of this sentence?

BY MR. YANG:

Q. You are a mere nominal holder of the asserted patent.

A. I do not have clear recollection.

Q. So Mr. Tan, you -- are you testifying under oath that you are the real owner, the true owner and the only true owner of the asserted patents in this case?

A. I am the holder of this patent.

Q. Are you a nominal holder of the patent?

A. In fact, this is my patent.

Q. And you are the only owner of this patent; is that correct?

MR. LIU: Objection. Asked and answered.

BY MR. YANG:

Q. Mr. Tan --

A. I am the only de facto owner.
Q. Okay. I'd like to take five minutes' break to make sure that we have covered everything.
MR. LIU: Okay. So how much time do we have left?
THE VIDEOGRAPHER: Let's go off the record first.
And we're going off the record. This marks the end of the file No. 7. The time is 5:30 p.m.
(There was a recess in the proceedings.)
THE VIDEOGRAPHER: And we are back on the record. This marks the beginning of the file No. 8, and the time is 5:36 p.m.
BY MR. YANG:
Q. Mr. Tan, now, let's go back to the exhibit about the asserted design patent. Is that exhibit in front of you?
MR. LIU: And which number is that, please?
COURT REPORTER: It's 12, originally marked.
MR. LIU: Okay. Thank you.
THE WITNESS: So it's Exhibit 12, yes? The one marked 12, yes?
BY MR. YANG:
Q. Mr. Tan, could you -- could you please

first explain why you designed this patent this way?

MR. LIU: I mean, objection. It's a vague question.

THE WITNESS: Why I designed it in such a way? What way are you talking about?

BY MR. YANG:

Q. Okay. Now, let me ask you this specific question. What aspect -- what aspects of the design are most important to you?

A. What aspects? Let me think.

I can take you through the aspects that I do remember now. As for all the design concepts, it's been more than three years, so I have already forgotten about them. First of all, it is about convenience, and I'm talking about convenience in terms of dismantling them or installing them or assembling them. And then it is convenience in terms of usage and convenience in relation to piling them up. As for other design concepts, I don't really recall.

Q. Mr. Tan, why did you choose the vertically ribbed appearance shown on the front panel in figure 1, rather than a horizontal ribbed appearance?

A. I no longer remember the exact design

concepts at that time. But now that I'm looking at this diagram, I think it is more esthetically appealing. It looks better.

Q. Mr. Tan, you just stated the reason why you choose the design this way is because it is functionally convenient; is that correct?

MR. LIU: Objection. That's simply a misstatement, a gross misstatement of the witness's testimony. The witness said it's esthetic design, the word --

MR. YANG: Mr. Liu, you are heard.

MR. LIU: You put new words in his mouth.

MR. YANG: You cannot make speaking objection.

MR. LIU: Your question is misleading, and you know it.

BY MR. YANG:

Q. So Mr. Tan, could you explain why you designed the four wheels of the patent this way?

A. Again at that time why I designed it in this way, the concept behind this design, I no longer have clear recollection. But now that I look at it, I believe it is to make moving the box around more convenient.

Q. Mr. Tan, compared with the prior art patents and the prior art products, what do you

think -- which aspect of your design do you think is the most important?

MR. LIU: I mean, objection. Which prior art patent and prior art product are we comparing to? You're not showing the witness anything. Do you have a patent number or something?

BY MR. YANG:

Q. Please answer the question.

A. What am I comparing it with?

MR. YANG: Mr. Liu, once again, I need to warn you that you cannot make any suggestive or argumentative objections.

MR. LIU: Once again, my response is your question is simply a bad question.

BY MR. YANG:

Q. Mr. Tan, how long did it take you to develop this design, the design claimed in this patent?

A. I no longer remember the exact duration.

Q. When was the design substantially completed?

A. When the design was substantially completed?

Q. Yes.

A. I no longer recall the specific timing

but it was around mid 2023.

Q. So do you mean December 2023?

MR. LIU: Objection. That's a misstatement. The witness said "mid 2023" and you said "December."

BY MR. YANG:

Q. So did you say "mid" or "end"?

MR. LIU: "Mid."

BY MR. YANG:

Q. Okay. So is it fair to say it was completed in or around June 2023?

MR. LIU: Last question, then we're done.

THE WITNESS: In the middle of the year. Around June. If I say "mid year," that would be around June.

BY MR. YANG:

Q. Mr. Tan --

MR. LIU: All right. Time is up.

BY MR. YANG:

Q. -- when did you first begin working on that --

MR. LIU: Counsel, okay. Time is up.

THE WITNESS: (Chinese spoken).

MR. LIU: Excuse me. For the record, are we done?

THE VIDEOGRAPHER: We've been on the record

for seven hours and five minutes.

MR. LIU: Okay. Then we're done.

BY MR. YANG:

Q. Okay, thank you. Mr. Tan, thank you for your testimony today. And please get ready for another deposition.

MR. LIU: Well, I object to that. Objection. I mean, there's no certainty second deposition, as far as I understand.

THE VIDEOGRAPHER: And we're off the record at 5:37 p.m., and this concludes today's testimony given by Cong Tan. The total number of media used was eight and will be retained by Epiq.

(Off the record at 5:47 p.m.)

CERTIFICATE OF DEPONENT

I, CONG TAN, hereby certify that I have read the foregoing pages, numbered 1 through 197, of my deposition of testimony taken in these proceedings on June 10, 2026, and, with the exception of the changes listed on the next page and/or corrections, if any, find them to be a true and accurate transcription thereof.

Signed: ....................

Name: CONG TAN

Date: ...................

CERTIFICATE OF COURT REPORTER

I, Katherine Schilling, hereby certify that the testimony of the witness CONG TAN in the foregoing transcript, numbered pages 1 through 197, taken on June 10, 2026, was recorded by me in machine shorthand and was thereafter transcribed by me; and that the foregoing transcript is a true and accurate verbatim record of the said testimony.

I further certify that I am not a relative, employee, counsel, or financially involved with any of the parties to the within cause, nor am I an employee or relative of any counsel for the parties, nor am I in any way interested in the outcome of the within cause.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [] was [X] was not requested.

Signed: ......................

Name: Katherine Schilling, RPR, CSR 14163

Date: JUNE 23, 2026

NAME OF CASE:
DATE OF DEPOSITION:
NAME OF WITNESS:
Reason Codes:
1. To clarify the record.
2. To conform to the facts.
3. To correct transcription errors.
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________
Page _____ Line _____ Reason ____
From ______________________ to ___________________________

## A

**abandoned** 177:19
**ability** 5:10
**able** 46:23 47:7,7 176:20 177:2,6,13
**accompanying** 20:8 47:18 60:21 62:17
**account** 38:20 142:12,14,15 175:16
**accuracy** 159:23 173:3
**accurate** 22:1 29:2 43:4 155:23 188:2 195:5 196:8
**accurately** 6:12 46:20 147:25 161:6
**accusations** 150:23
**accused** 95:14,23 96:6,7,15 128:5 129:11,19 137:15
**accusing** 127:6,23 127:23 129:25
**ace** 55:4
**action** 165:23 166:23 167:3,12 167:25 168:1
**actual** 125:4 127:21
**add** 31:15
**added** 68:4 69:17
**addition** 80:13 122:22 163:5 188:5
**additional** 18:23 55:24 108:19 168:9
**Additionally** 28:8
**address** 120:6
**adjust** 35:10
**adjustments** 31:16
**administered** 53:18
**admissibility** 66:9
**admit** 186:11
**admitting** 66:8
**advanced** 74:2
**advised** 89:18
**affirmative** 51:24 52:4,6,23 53:7 54:17,23 56:22 57:4 72:22 92:18
**affirmed** 5:7,13
**afternoon** 83:2
**after-sales** 168:3,5 168:10
**age** 70:10,17
**agency** 69:15
**agree** 5:24 21:12,17 21:19 22:2 24:13 24:18 25:24 40:18 65:16 147:21,23 147:24,24 160:11 160:14 161:5 162:4 168:25 169:2 170:2 171:3 173:3,9 186:8 187:6,7
**agreed** 109:8 160:15 161:17
**agreement** 75:15 112:11,17 116:19 116:23 140:7,11 140:11,13,20 185:2
**agreements** 140:11
**ahead** 14:11 72:23 90:11 101:3 144:23 145:6
**al** 4:6
**allegation** 53:15,18 53:20 54:2,15,17 54:22 73:12 86:9 87:25 90:23 113:20,23 119:20 121:10,23 122:16 132:6
**allegations** 92:13 93:2 124:5 132:18 134:9
**allege** 112:25,25,25 114:8 120:3 131:19,23
**alleged** 85:1,2,15 111:3
**alleges** 105:7
**alleging** 92:5
**allowed** 14:2 21:22 25:11 26:7 28:1,5 28:9 39:25 92:19 108:9,14 109:18 110:1
**Alto** 2:12
**Amazon** 129:21
**ambiguous** 33:1 140:15 152:1 178:16 179:5 188:7
**amended** 3:15 54:10,12 55:17 73:13 119:5 123:11 124:22,25 134:25
**amount** 75:10 141:10
**Amphlett** 2:4
**analyse** 79:18
**analyze** 79:20
**Andy** 2:3 4:19
**Andy.Liu@aptu...** 2:6
**and/or** 195:5
**angle** 71:1
**answer** 6:11,23 7:1 7:4,4,9,21 8:18 9:6,6,18,19,22,24 10:3,5,9 12:4 13:1 15:10 18:8,10,22 19:10 25:5 26:24 27:8,18 29:21 30:22 33:4,24 34:7,13,17 39:10 40:25 43:7,13 44:6,21 45:16,19 46:22 48:5 49:12 52:23 53:9,16 54:10,12 55:2,6,7 55:8,11,11,14,18 55:25 56:2,3,4,12 56:18 57:18 64:25 65:1 66:2,11,18 67:13,19 69:6 70:4,14,23 73:13 73:20 74:11 75:3 76:3 77:11 78:1,7 78:10 80:1,3,22 85:8 87:11,19 88:7,18,21,23 89:15 90:20 91:6 92:2 93:5 96:3,20 98:7 102:2,17,22 103:7 104:13 105:2,19 106:18 107:16 110:6 111:25 113:15 116:16 117:18 118:8,12,13,14 119:2 122:4,13 123:5,24 126:4,14 126:22 127:11 128:4 132:12,24 133:16 135:4,14 135:19,22 136:1 140:17 141:17 142:7 145:9 146:11 148:4,13 149:3,14,25 150:12 152:24 153:15 156:2,8,17 159:9,19 160:13 161:8,16 162:3 163:22 167:15 168:18 172:14,22 173:8 179:9 180:2 181:2,15,23 182:10 184:10,14 184:15 185:11 186:4,4,16 192:8
**answered** 20:15 34:5,15 37:25 39:17 76:19 78:13 109:7 111:19 116:14,22 117:7 118:23 122:22 123:3 126:20 134:2,13 135:20 148:2 152:22 153:2 159:22 161:24 162:15 177:5,13 188:23
**answering** 12:19 15:22 46:3
**answers** 6:19 85:20 132:14
**anybody** 53:18 58:5 95:22
**anymore** 111:10
**Anyway** 72:19
**appealing** 191:3
**appear** 92:18 160:16
**appearance** 190:22 190:24
**Appearing** 2:2,8
**appears** 126:7
**applicant** 139:5
**application** 95:15 95:18,24 96:15,23 139:22 140:1,4,12 140:18 141:5,14
**appreciate** 17:23 23:24 24:10 64:17 86:24 99:19
**approached** 120:11 180:19
**approaches** 187:10
**approaching** 182:7
**appropriate** 89:22 135:12
**approve** 170:14
**approximately** 7:6
**APTUM** 2:3
**Arabic** 63:15
**architectural** 29:15 29:17 30:14
**argue** 186:12
**arguing** 144:9
**argument** 45:14 136:16 163:20
**argumentative** 19:8 25:25 26:11 27:15 28:4 34:20 40:20 68:23 87:16 104:2 125:2 126:12 129:13 130:8 132:9,21 133:13 159:17 192:12
**art** 79:18,22 83:7 85:3 87:14 90:25 92:7,8 93:13,14 93:14,24 94:8,12 94:18,19 137:6,24 171:1,5,5,23 172:5,15 191:24

191:25 192:3,4
**asked** 34:5 47:8 48:22 66:1 78:6 79:25 91:15 100:7 104:9 108:24 109:6,7,9 116:14 116:22 117:7 122:22 126:20 134:13 137:23 145:19 148:2 152:22 153:2 161:3,24 162:15 179:23 186:14 188:23
**asking** 18:4 35:9 45:3 47:3 51:9 59:8,10,11,20 60:13 65:8 72:17 75:10,19 76:2,5 83:13,14,19 84:7 84:13,16 86:10,12 87:4 89:23 90:14 92:21 93:1 102:14 115:19,21,25 118:15 123:17 127:19,20,22 128:8,10,24 129:18 135:7,23 136:7 137:18 143:24 144:6,13 144:14,25 145:1,9 145:21 150:1 151:3,12 160:22 166:24 182:10 183:20
**asks** 118:13
**aspect** 190:8 192:1
**aspects** 190:8,10,11
**aspirations** 124:7
**assembling** 190:17
**asserted** 34:9,18 41:20 65:12 85:2 85:3 87:14,22 90:24 94:8 95:3 95:11,15,19 116:7 116:12 127:7,24 129:25 131:6 137:10 140:5 141:6 157:8 158:3 170:3 172:17 176:18 177:9 180:8 181:19 182:13 186:22 187:21 188:4,12 188:16 189:17
**assertions** 164:12
**assistance** 164:9
**assistant** 2:19 63:21
**assisted** 32:1 164:6
**associate** 2:10 16:11
**associated** 38:19 120:3
**association** 120:10
**assume** 7:1 39:23
**assumes** 40:5 85:5 87:16 91:2 104:2 118:5 122:18 126:12 181:20 185:25
**assuming** 15:8 71:18 86:15
**Attached** 3:6
**attempted** 146:8
**attend** 28:17
**attending** 5:21
**attorney** 2:3 16:11 18:5 48:10,12,13 48:20 49:3,15 53:21 54:18 62:3 63:21 65:19 66:1 66:3 68:10,11 71:3 72:3,6 73:15 73:18 74:3,16,23 74:25 75:11,21,24 76:6 80:18,24,25 89:23 118:13 136:18 139:8,12 139:13,23,24 140:3 144:18,19 144:24 145:13 166:10
**attorneys** 49:4 75:2 75:5 76:6
**attorney's** 74:18
**attorney/client** 10:6 12:12 13:21 14:22 16:10 18:2 18:18 48:12,14,20 49:10 57:16 71:6 71:11 72:24 75:14 77:24 78:16,18 79:12,19 81:2,15 81:24 83:9,18 84:6,10 88:19 99:25 100:13 102:8,25 103:4 113:14 135:3,10 144:4,10,17 145:4 145:11,14 149:13
**authentication** 186:1
**authority** 121:17
**authorization** 3:18 69:13 121:12,13 121:19 122:5 123:6 125:4 138:9 138:12 139:21 158:14,18,20 159:2,4,11,12,14 159:21 162:9,10 162:14,17,22 167:21,23
**authorize** 121:23
**authorized** 98:9 104:6 121:11 122:14 132:25 140:19,20 170:15 170:16 174:9
**available** 78:5
**avoid** 152:13
**aware** 10:1 17:1,3 25:19 26:1,3 44:11 50:8 51:23 52:2,15,16,19 55:13,16,19 63:5 67:15 68:10 70:17 71:14 72:11,13 84:3,8,24 85:14 87:1,12 93:10,10 95:14,23 96:11,14 99:23 100:10 102:6 124:5,21 125:20 130:5 135:18 140:25 151:5 166:22,24 167:7,9
**awareness** 84:16,17 84:18
**A-Zhen** 178:13,20 185:5
**a.m** 1:15 4:2,11 11:8,12 35:21,25
**a958709379** 175:6

**B**

**B** 3:5 38:8
**back** 11:10 35:23 55:10 82:19 108:18 110:22 131:1 165:17 173:6 187:17 189:12,16
**background** 12:15
**bad** 184:16 185:10 192:14
**badgering** 10:12 17:4 89:25 90:17 92:11 127:3 161:12,14,25
**bank** 43:6,9,17 46:11,12,23 141:16,21 142:14
**based** 8:9 19:23 49:12,14 104:18 113:6 121:20 123:7 132:24 136:2,2,4 145:11 147:12 158:16
**baseless** 14:21 17:5
**basic** 16:14 22:2,23 23:20 24:7,19
**basically** 34:1 54:10 80:11 97:3
**basis** 10:2 13:2 14:1,5 20:13 40:10,13 44:18 45:20 51:4 63:25 71:9 136:15,17
**batch** 42:1,20
**Bates** 37:22
**bathroom** 165:12
**bear** 89:23
**bearing** 78:19
**bears** 48:9 70:16
**beginning** 11:11 16:19 35:24 39:11 39:17 42:3 82:20 110:23 131:2 141:2 165:18 189:13
**begins** 4:3
**behalf** 5:21
**behave** 17:22 128:25
**behaving** 17:24,24
**behavior** 56:16,20
**behaviors** 17:2
**believe** 27:21 36:2 36:18 37:22 39:18 50:1 61:10 73:1,3 73:4 93:17 113:5 115:16 123:8 130:14 131:6 136:11 137:5 138:8 165:22 181:5 183:1 191:22
**belong** 168:9 178:8
**belongs** 116:4 156:19 157:1,5
**beneficial** 56:25
**Bentley** 139:6
**best** 5:9 6:12 101:16 148:1,10 152:15 155:24 156:14 161:6
**better** 152:16 191:3
**Bilibili** 33:8
**bilingual** 37:3
**blank** 65:6
**blue** 187:11
**Blvd** 2:4
**bottom** 171:2 185:18
**box** 35:3 95:9 115:1 137:1 145:17,24 145:25 146:2,13 191:22
**boxes** 95:2,4,5,5,9 95:12
**break** 7:6,7,10 35:16 82:12 107:1 107:19 108:1,11 109:3,7,9,10,12

110:13 111:2 130:16,18,21 133:17 164:20,21 165:6,7,10 189:3
**bridge** 29:25
**bridges** 30:9 31:5
**brief** 18:11 97:1
**bring** 103:22
**building** 2:11 30:14 31:9 33:13 34:23 35:3,13
**bunch** 53:19 62:18 63:9 64:22
**business** 15:3 46:24 47:9 70:8

**C**

**C** 2:1 3:7 4:1
**CA** 1:25
**calculate** 42:13
**calculation** 30:12
**calculations** 30:13
**California** 2:5,12
**call** 35:12 63:8
**called** 69:15 120:15
**calls** 48:2 95:25 96:17 98:4 133:14 148:25 149:23 153:12 154:23 155:11 156:23 171:10,25 172:19 180:24,25
**calm** 54:9
**Camino** 2:11
**canceled** 112:23
**Cantonese** 93:17
**capable** 46:3
**care** 98:10 125:9 140:21
**careful** 64:18
**Carroll** 50:11
**carry** 31:3 174:9
**case** 1:4 4:8 5:20 9:1,25 10:14,16 15:23,24 16:1,20 17:6 18:6 19:19 47:12 49:17 50:10 50:16,17 52:17,18 55:9 56:7 57:14 57:20,23,25 58:1 58:20 60:10 63:19 65:14,14,23 67:16 67:21,22 70:18,19 71:3,12,15,23 72:21,25 73:22,25 74:16,19,21 75:1 75:12,16,22 76:7 76:11 77:17,22 78:20,25 79:10 80:6,12,25 81:4,7 81:11,14,20 82:1 85:16,19,25 86:10 87:15 88:1,2,9 95:23 96:7 100:14 100:16,19,21 103:21 105:14 107:24 109:23 114:16 115:23 125:8,13,19,24 127:23 129:19 130:6 132:20 133:6,19,24 137:10 140:13,20 140:24 143:18 145:13 151:5 156:22 170:3 171:7 172:18 177:10 180:9,17 180:18,23 182:18 183:12,15,23 184:4 188:17 196:18 197:1
**cases** 17:13
**catch** 19:14
**categories** 19:12
**cause** 87:1 137:25 196:13,15
**CC'ed** 65:8 98:5
**Central** 1:19 4:14
**certain** 31:4,15 60:14 81:3,10,19 94:17 137:24 141:19 178:5,11
**certainty** 194:8
**CERTIFICATE** 195:1 196:1
**certified** 4:12 60:21 62:9,17,19 63:3 174:19 185:9,14
**certify** 195:3 196:3 196:11
**cetera** 116:20
**Chai** 1:20
**chain** 98:17
**change** 35:14 121:11 157:4,6,12 157:22 158:1
**changed** 121:11 155:21 156:11
**changes** 39:13,15 121:16 157:7,10 157:23 158:2,9 195:4
**Changsha** 28:20
**channel** 44:24
**character** 69:22,23 69:23
**characterization** 40:8
**characters** 64:8,21 64:23 67:1 69:21
**charges** 168:9
**chat** 176:2 181:3,5 182:21
**China** 30:24 58:2 69:8 88:3 91:1,23 92:10 93:19 137:6 137:24,24 176:10
**Chinese** 28:18 31:10,11,12 35:8 38:5 39:5 57:13 57:19 60:25 61:3 61:17,23,25 62:4 62:8,18,23 63:3,9 63:14,15,17,18,21 64:8,21,22 66:24 67:1,20 68:2 69:21 79:9,14,17 79:18 80:6,17 93:18,19,20,21,22 93:23,25 94:1,22 95:8,10 106:23,24 106:25 114:1 115:16,16 128:14 128:17,21 137:11 137:13,18,22 138:4 139:18 148:14 149:4 163:23 170:12 172:5,6,8,10,12 175:19,20 177:15 185:7,17,21 193:22
**choose** 190:21 191:5
**Chung** 2:18 5:6
**circuit** 50:16,17,21
**city** 7:14
**civil** 29:2,6
**civility** 74:6
**claim** 32:17 51:3,5 53:15,20,23 64:14
**claimed** 152:21 192:17
**claiming** 64:10
**claims** 63:12 132:19
**clarify** 68:19 69:2 117:4 118:20 140:10 145:19 175:5 179:20 197:5
**clear** 5:24 13:23 48:16 52:9 74:9 76:14 85:23,24 86:25 90:16,21 124:19 150:14,16 150:21,23 152:16 154:17 155:6,18 171:16 181:6 182:6,16 188:13 191:21
**clearly** 141:9 154:21,24 155:12 156:9 161:20 162:8,17,23 175:4 176:20 177:12 182:25 186:6 187:5
**client** 14:20 45:11 48:13 49:21 72:12 72:13 73:2,20,24 74:10 78:10 83:23 88:14,14 89:10,16 100:5,20 127:6 135:9 145:7,13
**clients** 22:23 89:1
**client's** 77:8
**closed** 63:19
**coach** 9:5 40:20 129:3 146:8
**coached** 46:17
**coaching** 14:6,20 16:17 20:14,16 40:22 45:1 48:18 160:19,20
**code** 175:16
**Codes** 197:4
**collaboratively** 131:24 132:7
**colleague** 5:20 26:15
**collect** 42:3 129:22 130:3
**collected** 42:21
**collection** 117:11
**collectively** 131:24
**colleges** 28:16
**come** 35:13 45:7 108:18 173:1 187:18
**comes** 88:8 121:16 124:10 130:2,11 167:8 170:18 186:8,13
**coming** 171:10
**commissioned** 105:4 172:24
**commitment** 105:12
**committing** 58:21 88:3
**common** 20:4
**commonsense** 19:5 19:7
**communicate** 15:20,23 18:5
**communicated** 12:23 104:5
**communicating** 182:17
**communication** 93:8 100:5 135:7
**communications** 81:13,23 82:4 84:11

**companies** 42:11 42:17 43:4 51:21 96:10 128:9 178:7
**company** 8:10 30:23 31:16 39:14 39:21 41:6,10,11 43:2 51:19 96:12 105:10 106:1,10 106:13 107:12 109:20 111:5,9,13 112:11,21,23 114:5 115:11 117:15,22 118:4 118:16 120:5,7,10 120:11 148:23
**company's** 105:16 120:5
**compared** 55:24 191:24
**comparing** 192:4,9
**comparison** 170:25 171:4
**compel** 18:22 56:18 102:17 135:13,19
**complaint** 3:14,15 68:6 103:11,17,18 103:24 104:8,10 104:22 105:5,6 106:8 109:5 112:25 113:6 119:5 122:11,19 122:20 123:11,12 123:18,21 124:14 124:22,25 131:19 132:6,19 133:6,11 133:12,19,23 134:13,21,23,25 134:25
**complaints** 125:7 125:11,13,18,21 125:21
**complete** 19:25 20:5
**completed** 89:20 109:5 110:14 192:21,23 193:10
**completely** 6:12 14:21
**completion** 134:20 134:24 135:1 196:19
**compound** 33:2 85:4 140:14
**computer** 154:15 154:16
**concept** 164:7,8 191:20
**Conception** 152:20
**concepts** 164:12 190:12,19 191:1
**concern** 12:14
**concerning** 6:14 32:14 41:25 42:18 91:19 103:18 121:12 124:19 157:22 168:19 175:4 176:14 182:3
**concerns** 60:3 83:6
**concise** 13:10 18:11 21:14,22 25:16,17 26:10 79:23 129:1
**concludes** 194:11
**conclusion** 48:3 156:24 171:4,9,17 172:1,2,20 180:25
**conclusions** 172:25
**conduct** 57:9 90:22 140:4 172:25
**conducted** 13:18 91:14
**confer** 21:7,11
**confidential** 9:14 9:17
**configuration** 157:4
**confirm** 5:23 102:21 104:9,11 159:23 160:16,16 161:18 163:11 174:2 176:21 177:2,6,13
**confirmation** 160:1 160:3 162:7 163:24
**confirmed** 46:11 184:24
**conform** 197:6
**confused** 81:17 123:8 129:11,14 152:10 173:17
**confusing** 152:4 176:4
**confusion** 138:1
**Cong** 1:3,8,11 2:2 3:2,10,11 4:4,5,20 5:12 7:13 194:12 195:3,10 196:4
**conjunction** 47:19
**consider** 63:21
**considering** 62:3 63:23
**constitute** 90:25 91:22
**contact** 70:6 141:24
**contacted** 176:11
**containing** 174:3
**contemplating** 55:23
**contending** 100:15 133:7
**content** 34:22 88:9 98:8,12 103:19,24 104:4 105:4 116:24 121:2,17 123:7 134:15 137:14,15 149:20 161:17,18 162:5,7 167:8 169:18 170:10,18,19 175:4 186:7 187:5 187:7 188:8
**contents** 33:19 34:3 34:16 55:24 99:23 100:10 101:9,23 102:7 103:16 104:9,22 122:8 123:12,20 133:11 135:1 147:21 158:21 159:4 160:11 170:14
**contingency** 75:15
**continue** 30:25
**continuously** 38:23
**contract** 3:10,11 31:17 36:19,19 37:24 38:2,4,14 38:24
**contracted** 4:13
**contracts** 37:3
**contributions** 142:19
**control** 35:15 105:8 106:5 111:5 113:1 175:16
**convenience** 61:4 61:23 190:15,15 190:17,18
**convenient** 8:15 71:7 118:9 191:6 191:23
**conversation** 66:2 66:5
**conveyed** 133:2
**cool** 54:4,6,8
**cooperating** 116:10
**cooperation** 112:22 113:9 120:12
**copy** 60:22 65:6 85:2 87:14 90:24 92:7
**core** 124:18
**corner** 38:7 138:16 166:14
**corporate** 176:11 177:17,20
**correct** 41:11 60:22 76:21 96:16 106:6 106:13 112:18 115:1,2,14,18 116:8 121:25 122:9,17 125:14 126:10,19 129:12 131:21 133:20 134:3,10 135:2 139:14 148:8,20 150:7 156:22 157:15 159:4,24 169:5,9,18 171:20 175:7,13 180:15 181:11,19 182:14 186:11 188:22 191:6 197:7
**Correction** 29:5
**corrections** 195:5
**correctly** 141:22
**cost** 48:9 71:4
**counsel** 4:17 5:15 5:25 9:3,18 10:18 12:6,13,23,25 13:6 15:19 16:8 17:22 21:12 22:21 22:21 23:23 24:6 27:25,25 28:8,9 43:20 45:8,10 46:17,21 47:3,5,8 47:14 52:14,15,21 53:5 56:19 57:24 58:17,18,18,25 59:17 60:1,10 63:23 64:6 67:16 68:11 72:16 74:9 78:9 83:23 88:4 90:9,13 98:1 101:15 109:3,25 110:2,13 113:11 113:16 127:1,2 135:15 136:1 137:18,22 145:8 146:7 149:11,18 150:7 151:23 152:13 153:12 159:15 165:9 167:11 171:10 172:7,11 173:14 185:6 193:21 196:12,14
**counseled** 136:12
**counsels** 66:7
**counsel's** 26:14 46:22 47:6,12 56:16 62:20 74:11 101:20 109:4 113:20 135:5 136:2 185:7,8
**count** 185:2
**counterclaim** 8:22 9:21,25 13:4 54:24 72:22 85:18 92:18
**counterclaimant** 1:7 2:8 4:16
**counterclaims** 8:20 51:25 52:23 54:16
**Counterdefendant**

1:8 2:2
**course** 84:12
**court** 1:1,24 4:7,25 6:8,10,18 9:15 16:14 21:3 26:12 53:24 54:13 58:3 66:4 82:24 89:22 97:11 103:8 111:17 120:17 130:13 131:5 138:7 143:8 166:5 174:16 189:20 196:1
**courtroom** 13:12
**court's** 21:2
**court-imposed** 6:16
**covered** 32:5 189:3
**co-owner** 107:12
**created** 32:17 131:24 132:7
**creating** 32:9
**crime** 58:1,21 91:22 92:9
**criminal** 6:17 59:25 84:25 85:15,17 86:9 87:13 88:3 91:1,22 92:17
**cross-border** 8:5 30:16 31:24
**CSR** 1:25 5:1 196:23
**CTSNSLH** 169:24 170:4 171:1,5
**current** 7:18,18,23 8:10,13 56:12,22 103:18
**currently** 7:14,16 56:4 61:10
**customer** 139:16
**cut** 79:5

**D**

**D** 3:1 4:1
**daily-use** 105:11
**Daipusen** 31:22
**damages** 47:25
**data** 94:14
**database** 94:12,22
**date** 4:10 195:11 196:24 197:2
**days** 12:5 46:24 47:10
**day's** 21:10
**de** 189:1
**deadlines** 46:4 47:11,13
**Dear** 101:15
**debate** 13:7 75:6
**December** 193:2,4
**decide** 125:10
**decided** 30:15
**defendant** 1:5 2:8 3:19 4:16,22,24 5:19 18:21 22:21 27:24 28:9 33:20 43:10 52:20 56:16 56:17 89:21 100:22 103:22,25 124:16 125:25 126:1 127:23 143:1 151:10
**defendants** 125:23 126:9,18
**defendant's** 3:8 8:19 24:6 52:22 53:5 55:1,2,4 58:17 90:23 92:7 143:19,20
**DEFENDANT/C...** 5:15
**defense** 8:21 9:21 9:24 13:4 52:3,4 52:11 53:7 55:4,5 55:14 56:3,22 57:4 85:18 90:24 92:18 137:17
**defenses** 8:19 51:24 52:7,10,20,23 54:17,23 72:22
**deficiency** 3:19 143:2
**deficient** 12:18 15:22
**degree** 35:10
**delete** 180:18,21 181:16 182:2,5,15 182:18,19,23
**deleted** 180:7,11 181:5,9 182:14,23
**demand** 124:15,18
**demands** 124:8,13
**Deng** 68:1,6 106:19 106:22 142:19 164:4,4,9
**Denghao** 67:24,25 68:2 126:6
**denied** 82:10
**DEPONENT** 195:1
**depose** 72:9 73:5,7 87:2
**deposed** 11:22 17:17 26:2 59:7 160:23
**deposing** 46:22 52:21 59:17 74:11 97:6 109:4 135:5 136:2 137:22
**deposition** 1:11 3:7 3:8 4:4,13 5:21,22 11:19 12:1,7,10 12:16 15:13,21 16:9,21 17:3 19:1 20:9 21:8 23:25 24:7,19 26:19 33:20 43:10,18,21 44:1,8 45:7 46:9 46:24 47:6,17,20 58:6 59:5,5,12,19 62:22 63:11 86:4 89:20,21 90:2,8 99:6,13 101:7 102:7,11,18 122:25 145:3 166:11,23 194:6,8 195:4 196:18 197:2
**depositions** 18:23
**describe** 8:1 30:4 39:20 94:11
**descriptions** 113:7
**design** 29:10,11,13 29:14,15,17,18,18 29:18 30:1 32:18 32:23,23,24 34:10 34:18 41:20 85:3 87:14 94:2,8 95:2 95:11,16,19 116:7 116:12 127:7,24 130:14,18 131:7 131:12,16,23,24 132:3,7,7,16 133:3 137:1,4,10 137:11 139:13 142:18 145:17,25 145:25 146:2,12 147:13 148:7,19 148:24 152:21 153:8,16,17,19,21 154:3,14,20 155:3 155:16,16,17 156:19,21 157:1,5 157:7,12,13,21,22 157:23 158:3,15 158:16 163:7,12 163:13,15,25 164:1,1,1,2,2,10 164:11 170:3 171:6,7,24 172:16 172:17 177:9 189:17 190:8,12 190:19,25 191:5 191:10,20 192:1 192:17,17,20,22
**designed** 32:19 190:1,4 191:18,19
**designs** 32:9,15 154:1,2,7,8,9,11
**design-related** 31:3
**destroy** 16:12
**detailed** 169:25 170:4
**details** 88:8 124:11 142:9 170:8
**develop** 8:11 192:17
**developed** 131:20 131:22
**developing** 10:13 10:15
**development** 7:25 8:2,5,8,12 31:20 32:2 152:20 163:7 164:5
**device** 154:13
**DeWitty** 3:12 57:25 58:20 60:9,11,12 60:13,17,23,25 61:12 67:10 68:5 68:10,20 69:3 76:11,20,21 83:5 83:10,14 84:14 86:19 88:1,12 89:4 140:23 141:1
**diagram** 191:2
**differences** 172:24
**different** 23:3,4 31:18 51:15 71:1 83:20 93:18 123:2 137:25 169:24 170:4 171:6,23 172:16
**differs** 169:24 170:3
**direct** 87:14 90:24 92:7
**directed** 150:15 151:5
**directly** 35:14 45:6 45:9,22 47:4,8 69:3 77:2,21 182:10
**disagree** 14:11 16:16 40:7 84:21 89:6 113:19
**disc** 4:4
**disclose** 8:16 9:12 71:8
**discover** 14:19 65:22
**discoverable** 75:18
**discovery** 43:20,25 44:14 45:10,21 46:4 47:11,12,13 50:6,9 51:1
**discrepancy** 137:5
**discuss** 13:21 83:5 109:18 110:1,6 111:3 176:14,16
**discussed** 32:21 83:10,14,22 84:4 84:9,14 89:2,2,3,4 118:19 133:5,18 135:10 140:22 144:11
**discussing** 154:14
**discussion** 83:13

90:9 144:14
**discussions** 58:4 66:7
**dismantling** 190:16
**disprove** 8:19
**disputed** 52:18,22 74:20
**disputes** 52:15
**District** 1:1,2 4:7,8
**docket** 55:3 56:13 56:23
**document** 20:8 25:2 27:3 43:25 44:8,24 47:18,19 60:14 82:6 121:17 124:2,3,6 126:8 143:23 144:1,2,3 144:7,15,15 145:2 145:11 162:20,24 162:25 166:14,25 167:2,4,7,9,22 173:4,5,9,16,18 173:22,23,25 174:3 183:5
**documents** 18:25 19:2,3,4,4,5,12,12 19:18,22 20:1,6 27:12 44:7,11,24 45:9,12,24 46:8 47:5,8,9 94:21 183:6,23 184:3 185:17
**doing** 23:9 24:21 26:11 30:9 31:23 56:10 59:5
**DOJ** 50:12
**Dongguan** 4:5,22 5:19
**doubt** 61:1
**draft** 144:24
**drawing** 153:16,17 177:8,9
**drawings** 31:4 142:18 148:8,19 148:24 149:6,7 153:9,9 170:1,5 176:23,25 177:4
**due** 30:10 39:24
**duly** 5:6,13
**duration** 112:2 192:19
**D-E-N-G** 106:20
**D-E-W-I-T-T-Y** 60:11,12
**d/b/a** 4:6
**D1,054,752** 3:17

**E**

**E** 2:1,1 3:1,5 4:1,1 50:11
**earlier** 120:9 159:6
**editing** 33:12
**education** 26:16,17 26:22 32:22
**effect** 56:8
**efficiency** 62:22 136:20
**eight** 194:13
**either** 94:1 100:21
**El** 2:11
**electronic** 19:4
**email** 3:12,13 58:19 59:8 60:5,17,22 61:1,11 62:13 65:4,5,11 83:6,15 84:4,9,15,19 86:14,15,17,19 87:25 88:25 92:23 92:24,25 93:2 97:20,25 98:3,5 98:16,17,20 99:23 100:2,2,6,11 101:10,24
**emailed** 65:19 86:18
**emails** 59:2,3 65:8 99:3
**employed** 7:16 39:5
**employee** 38:8 64:12 196:11,13
**employer** 7:18 8:13
**employer's** 30:18
**employment** 30:4 39:13,21 41:6,11
**encounter** 145:16 145:18
**ended** 112:17
**Energy** 31:22
**engage** 77:22 79:20
**engaged** 68:17,20 69:3,8,12 76:23 77:20 78:18 79:17 79:17 125:9 141:2 170:17
**engagement** 75:17
**engineering** 28:25 29:2,6,11 30:24
**English** 3:11,24 5:8 5:8 11:20 36:8 61:3,8,18,19 62:5 62:6 95:8 98:11 98:14 101:11 104:4 107:6 124:4 128:14 129:8 131:13 137:22 138:17 139:3 143:5 147:19 165:25 168:22,24 169:5,6,8,8,9,14 170:7,11,22 178:2 185:7
**enhancing** 105:13 114:15
**enter** 140:7
**enterprise** 30:8,11 31:7 177:24
**entire** 53:16 54:10 98:17 107:24 123:17,20,22,25 124:2,3 129:21 147:3 162:7 166:25 167:4 173:10,23
**entirely** 22:1 173:16
**entitled** 44:1 73:3,7 79:5 80:1 135:19 135:22 136:5,5
**entity** 31:5,17,18 42:20
**Epiq** 1:18 4:13,14 5:2 194:13
**EPR** 3:21 165:23
**equate** 162:10
**errors** 197:7
**esthetic** 191:9
**esthetically** 191:2
**et** 4:6 116:20
**ethical** 14:8 16:14
**evade** 182:9
**evading** 183:19 184:1
**evaluating** 164:6
**eventually** 72:12
**Everybody** 173:17
**everybody's** 79:2 89:8 128:13 152:14
**evidence** 22:5 39:23 40:6 49:19 60:2,2,4,5 85:5 87:17 91:3 104:2 118:6 122:19 126:12 148:10 155:24 156:15 181:21 186:1
**ex** 168:12
**exact** 41:3 141:10 146:14 190:25 192:19
**exactly** 13:8 15:8 44:17 49:2 56:1 63:14 68:18 73:9 98:18 130:11 151:13 157:25 158:10 183:17 188:1
**EXAMINATION** 3:2 5:15
**example** 19:22 31:4 50:9 51:19 53:21 54:19 75:2 79:16 111:4 116:19 158:21
**exception** 195:4
**exchanges** 181:6
**Excuse** 130:15 193:23
**exhibit** 3:7,8,10,11 3:12,13,14,15,16 3:17,18,19,21,22 3:23 10:22,23 11:1,13,19 36:2,3 36:5,8,10,21,25 37:8,9,13,16,17 37:18 58:7,8 59:2 59:2,4 60:16,17 60:18,20,23 61:3 61:6,7,9,10,11,11 61:15 62:11,16 63:1,2,6,7,8 64:7 64:20 65:3 66:9 66:16,20,22 67:7 82:23 83:4 88:11 89:11 96:25 97:10 97:12,19,19,21,22 97:23 98:13 99:9 103:9,10,14 119:5 119:6,8,12 120:18 120:19,21 126:17 130:14 131:4,6,9 138:8,8,10 142:18 142:22,25 143:4,9 143:13 165:22,22 165:24 166:2,4,5 166:6,25 173:10 174:11,12,12,17 174:19 175:13 180:13 183:2 184:23 189:17,18 189:22
**exhibits** 10:25 36:12,16 37:2,5 62:23 63:13,20 97:2,17 174:14,16 174:22 175:2
**existed** 94:4
**existing** 8:9 148:7 148:19,23 153:8,9 172:3
**expect** 74:5 80:14
**expectation** 80:14
**expected** 128:25
**expenses** 30:14 31:8
**experience** 17:18 32:23
**expert** 79:17,20 81:6 180:25
**expertise** 105:12
**experts** 57:20
**explain** 88:13 99:8 137:3 173:19 190:1 191:17
**explained** 98:8 132:18 133:10

135:1
**explaining** 13:25 59:1
**expose** 17:2
**extended** 90:3
**e-commerce** 30:16

**F**

**FAC** 3:16 120:18
**facility** 158:15,19 158:23
**fact** 20:15 22:19 86:12,13 144:9 147:25 155:6 156:13 161:6 171:22 172:1 188:20
**facto** 189:1
**factories** 113:8
**factory** 105:9,11,15 109:20 111:6 113:2,8,12,24 114:6 115:10 120:4,9,11,14 142:18 153:22,23 157:12,21 158:25
**factory's** 113:3 120:6 153:18,21 154:3,8,14 155:3 155:16 163:14,25 164:1
**facts** 39:23 40:5 73:8 85:5 87:17 91:3 104:2 118:5 122:18 126:12 161:19 181:20 185:25 197:6
**factual** 12:15 44:7 45:24 59:21 144:22 145:6
**fair** 29:16 51:8,17 52:6 66:12 73:18 118:3 132:17 133:9 136:25 137:8 142:13 152:7 154:22 155:9 165:3 173:2 193:9
**false** 6:14 46:14 72:8 80:10 111:21 159:15 161:11,23 162:14
**familiar** 136:25 137:4,9,16 176:25 177:1,4,6
**family** 68:1 80:19 178:14,22
**famous** 50:11
**Fang** 2:10 4:23 5:20 24:6 37:4,6 53:4,6,12 58:17 63:16,18 69:9,10 69:11,15,17,18,20 69:22,25 70:7 76:20,21,24 77:3 89:16,17 97:21 119:14 139:21,24 140:1,2,8,19,22 141:1,7,24 142:3 142:10,22,24 143:3 166:9 167:21
**fang.yi@shm.law** 2:13
**far** 15:5 16:25 24:2 24:3 57:14 72:21 133:19 136:19 194:9
**federal** 22:5 196:18
**fee** 41:13,17,19 42:24 48:12 54:18 75:16,19 76:3,10 141:13,20 168:4
**feeling** 74:7
**fees** 30:14 31:8 41:18,20,24 42:5 42:11,13 48:10 49:3,16 53:13,22 71:3 72:3,6 73:16 73:18 74:3,16,18 74:23,25 75:11 76:6 89:23 116:20 118:22 136:18 141:6 167:25
**figure** 41:3 169:23 171:9 190:23
**file** 11:7,11 35:20 35:24 65:24 82:16 82:20 108:19 110:19,23 130:23 131:2 135:19 140:3 158:15 165:14,18 189:9 189:13
**filed** 53:9 54:13 55:8,12 56:5,9 68:6 103:24 104:8 124:22,25 125:8 125:11,13,19,21
**filing** 180:9
**final** 114:14
**financially** 196:12
**find** 22:11,12 26:16 133:12 162:25 195:5
**fine** 94:1 136:6
**finger** 58:11 86:23
**fingers** 58:12
**finish** 6:22 14:16 14:18 23:13 46:15 50:23 52:2 58:24 107:4,8 108:3,15 108:20 109:11
**finished** 24:11 46:25
**finishes** 6:23
**firm** 2:10 4:21,24 5:18 68:17,20 69:3 70:1,7 72:7,7 72:9 73:4,5 74:2,3 77:22 78:2,18 140:1,2 141:1,7 141:25 142:3,9,11
**firms** 77:3,19
**firm's** 69:10
**first** 3:15 20:15 22:4,17 36:18,24 37:7,8,17,20,25 40:22 42:1,20 49:7 53:17 55:6 55:10 56:7 57:24 58:22 60:10,10,19 62:18 63:8,9 64:9 64:23 65:10 67:15 80:4 84:2,8,24 85:14 86:23 87:12 88:12,24 91:21 99:1,5,24 112:2,8 119:5 121:5 123:11 124:21,25 134:25 143:21 145:16,18,23,24 146:12 147:2,8,8 170:24 174:18 176:9 186:6 187:4 189:7 190:1,14 193:19
**five** 43:17 46:24 47:9 97:4 107:9 110:17 130:20 165:9 189:2 194:1
**five-minute** 7:6 107:1
**fixing** 30:9
**Floor** 4:14
**focus** 26:18
**focuses** 30:12
**foldable** 145:17,24 145:25 146:2,12
**follow** 170:8
**following** 5:10 163:2,5
**follows** 5:14 120:16 147:12
**forbid** 26:13
**forbidden** 20:10 21:1 40:19 43:22 85:22 160:18
**foregoing** 195:3 196:4,8,17
**foreign** 62:16
**Forget** 56:8
**forgot** 37:1
**forgotten** 34:8,16 34:21 69:16 112:1 112:7 142:8 146:14,18 162:11 190:14
**form** 21:15 25:11 25:20 28:6 40:4,4 183:21
**format** 19:3
**forthcoming** 54:11
**forward** 24:14 83:5
**forwarded** 89:1
**found** 139:24 176:12
**foundation** 25:4 33:22 39:23 64:3 85:6,6 87:17 103:21 118:6 122:19 134:11 179:6 186:1
**four** 37:2,5 155:22 156:11,20 157:14 169:24 170:4 191:18
**frankly** 22:14
**fraud** 58:21 83:7 84:3,25 85:15,18 86:10 87:13 88:3 91:1,22,22 92:9
**FRCP** 10:3 14:14 21:2 22:3,4,6,18 22:19,23 23:15,19 85:23 87:7
**FRE** 22:5,18
**French** 63:15
**friend** 78:21
**front** 36:11 61:15 62:13 67:8 88:11 98:1 103:14 119:9 120:21 126:8,17 131:10,12 138:13 143:13 151:18,21 152:2,3 173:23 174:22,23 180:13 181:9 185:20 189:18 190:22
**full** 7:12 60:11 69:14,16
**fully** 69:12 98:9 104:5 174:8
**functionally** 191:6
**fund** 51:20 117:21
**fundamental** 16:14 23:21 24:7
**funding** 50:9,15,20 51:1,14 52:7
**funds** 48:8 49:1,8 51:18 57:6 117:14
**further** 105:13 114:15 163:11 196:11,17
**future** 90:8

**G**

**G** 4:1
**game** 51:8,17 52:6 73:18 152:7
**general** 7:5 33:19 50:19
**generate** 64:10
**generated** 64:8,11 64:13
**generic** 25:14
**Geotechnical** 28:25
**getting** 15:19 44:24
**give** 6:19 45:11
**given** 56:15 69:13 70:15 109:10 116:25 121:13,17 162:10 194:12
**go** 6:6 7:10 11:3 14:11 17:20 24:22 45:10 47:14 60:6 69:25 70:5 72:23 73:14,16 90:11 99:19 100:23 101:3 103:8 107:9 108:8 138:23 144:23 145:6 164:16 165:12 173:6 189:6,16
**goes** 20:4 51:6 53:20,23 78:16
**going** 11:6 22:16 23:11 24:13 28:3 35:19 40:16 55:10 82:15 110:6,18 130:16,22 147:7 150:14 161:19 164:16 165:13 189:8
**good** 4:3 5:17 6:3 83:2
**Google** 64:2,3,12 64:13
**graduate** 29:8
**graduated** 30:7
**graduation** 30:3,5 32:6
**granted** 35:11
**Green** 31:6
**gross** 191:8
**ground** 6:6 10:7,10 25:15,16 40:12,13
**grounds** 10:4,8 87:8
**Group** 30:24
**grouping** 155:21 156:11
**Guangdong** 7:15
**guess** 12:21

**H**

**H** 3:5
**Hai** 106:22
**Haichao** 106:19 164:4,9
**hairs** 80:12
**Haizhenxin** 120:15 148:7,18,23 153:23 158:25 159:3,14
**Haizhenxin's** 163:12
**half** 82:14 112:3,9
**Han** 80:18,18,18,25 81:3,9,19,23
**handle** 5:25 121:14 132:25 175:9 176:1,3 184:24,25 185:21 187:9
**handled** 17:14,17
**handwritten** 38:9
**harass** 181:17
**harasser** 181:13 182:12
**harassers** 187:12 188:1
**harassing** 10:11 181:4 182:7,16,22 182:24 186:9 187:9,25
**harassment** 136:4 183:2
**Harbour** 1:19 4:15
**head** 6:20
**header** 65:5
**hear** 29:22 117:23 156:3 181:24
**heard** 90:4,5 93:3 100:25 103:1 108:25 109:15 191:11
**held** 187:17
**Helena** 2:18 5:6
**Hello** 176:10
**help** 54:21 81:19
**helped** 81:10,25 111:22
**helpful** 34:24 160:4
**Hengchuang** 178:9
**Hey** 107:19
**highly** 105:9 113:2 113:7 120:4
**high-profile** 50:10
**high-rise** 31:9
**hire** 138:3
**hired** 57:20,23 81:19 138:2
**history** 30:4
**HK** 1:18
**hold** 114:20
**holder** 49:22 51:6 51:12 185:1 186:21 187:21 188:4,11,18,19
**holding** 57:1
**Hong** 1:20 4:15 93:18 137:6,25 138:2,3 176:10
**horizontal** 190:23
**hour** 7:6 82:14 130:17 155:10
**hours** 33:14,17 164:23,25 165:2,4 194:1
**household's** 95:6
**H-A-I-C-H-A-O** 106:20

**I**

**ID** 175:6,6 178:13 178:20 179:3,6,14
**idea** 180:4
**identification** 10:23 36:13 60:18 97:23 103:10 119:6 120:19 131:4 138:10 143:4 165:24 174:15
**identify** 4:17 9:21
**identifying** 164:6
**Illinois** 1:2 4:8 26:12 50:22
**image** 176:18
**images** 170:20,24 171:19 177:4
**impeded** 89:19
**implicate** 12:22
**implicates** 102:24 103:4 135:9,10 145:14
**implication** 21:19 40:23
**implies** 100:12
**important** 70:19,21 74:20 190:9 192:2
**improper** 15:9,15 15:16,18 16:19,19 21:18 24:15,17 25:9 44:1 45:23 46:19 47:3,11 54:11 56:13 67:1 86:7 87:4 90:13 92:21 102:14,20 123:1 135:16 150:24
**improperly** 89:19
**improve** 62:21
**inaccurate** 133:8 161:1 185:8
**include** 28:6 40:4 116:24 130:9
**including** 19:3 32:5 48:10 57:12 71:3 71:3 79:8 89:23 91:18 92:7 94:12 111:4 135:13 183:7 185:5
**income** 41:7,9 118:20,21
**inconvenient** 118:12
**incorrect** 68:5 101:21 157:18
**increased** 39:19
**indicates** 156:10
**indirectly** 80:11
**individuals** 163:6
**industrial** 29:11,14 29:18
**industry** 137:1,9
**ineligible** 54:20 57:9
**information** 6:15 8:16 9:15,17 12:24 38:10,11 78:17 79:15,19 83:11 93:10 104:18 121:20,24 125:18 129:23 130:3 132:24 134:6,14 149:9,17 149:22 150:2,6 180:5,10,16 183:6 183:11,12,15,22 184:4
**infringed** 127:20 127:21 128:9
**infringement** 16:20 17:6,7 124:16 174:8
**infringing** 127:7,24 129:25 130:10
**Innovation** 31:14
**inside** 31:16 32:13 62:8
**inspection** 19:24
**installing** 190:16
**instance** 19:23
**Institute** 28:19
**instruct** 9:23 10:2 15:9 183:5,21
**instructed** 14:23 46:21 74:10 78:9 78:10 178:12,19 179:13
**instructing** 10:4,8 13:1 49:11 57:17 64:19 65:1 66:15 66:19 73:20 77:25 88:22 102:22 113:14 135:4,21 136:1 149:13
**instruction** 183:5 183:21 184:3,6
**instructions** 6:1 180:4 184:21
**instructs** 7:3 9:19
**insurance** 51:19

**intention** 176:15
**intentionally** 6:15 110:9
**interest** 47:23 50:1 52:10,16,19 55:5 56:25 57:23 65:23 71:14 72:2,4,8 73:5,11 74:4,22 76:1 78:12 81:14 136:14,16
**interested** 196:15
**interfacing** 69:18
**internal** 31:16
**interpret** 5:7 98:16 121:4
**interpreted** 5:10
**interpreter** 2:18 5:5,6,14 6:21,22 10:24 19:16 27:22 29:5,24 31:12 33:7 35:9 36:3 39:1 61:5,17 68:1 77:15 87:21 90:11 91:9 93:16,21,23 93:25 95:17 96:5 98:15,17,22,25 99:8 101:18 104:16 105:23,25 106:20 114:12 117:25 119:24 121:5,8 123:14 127:14 132:2 146:19 147:2,10 147:14 156:4 158:8 163:8 167:5 169:16 179:16 182:1 183:10
**interpreters** 5:4
**interrogatories** 143:21 151:4,9,15
**interrogatory** 146:20 150:15,17 151:4,8,18,20,22 152:1,3,6,8,9,11 152:20
**interrupting** 18:13
**intimidate** 110:9 136:7
**introduce** 119:4 120:17 130:13 131:5 138:7 165:21 174:11
**introduced** 78:3,20
**invalid** 57:15 60:24 65:4 84:4 92:6
**invalidate** 54:19 57:7 75:2
**invalidates** 53:22
**invalidity** 65:12 67:23 85:1
**inventor** 136:24 137:8
**inventorship** 83:8
**invest** 117:14,21
**invested** 118:3,15
**investigation** 90:23 91:14 172:25 174:10
**involve** 168:9
**involved** 29:15,25 32:18,24 33:12 75:22 80:6 95:22 130:2 163:6,14 196:12
**involvement** 164:11
**involves** 18:2 185:16
**irrelevant** 7:19 8:3 8:14 12:2,11 13:20 17:15 19:6 27:6,16 28:5 30:20 33:21 35:5 39:8,22 43:11,19 48:3,11 49:9 55:9 67:11,17 70:2,12 71:5 75:13,18 77:23 78:16 79:11 80:20 81:1 85:4 85:17 88:5,16 90:12,17 91:2,24 92:12 97:8 101:17 101:20,25 104:1 105:17 106:16 107:14 112:12 113:13 117:16 118:24 122:10 126:2 135:21 139:9 141:8 142:5 167:13 169:11
**issue** 12:20,21,21 50:6 51:6,24 52:7 52:17,17,22 55:5 71:14,18 74:21 75:19 81:3 85:15 88:13 92:23 105:14 114:8,10 114:16 115:4,22 137:2,4
**issued** 96:21
**issues** 78:12,19 81:11,20 82:1 83:6,22 84:25 87:13 89:1 91:15 91:16,19 97:8 110:1 111:3
**item** 95:6

**J**

**Jam** 175:23,25,25
**January** 42:12,17 42:24,25 43:2 117:1
**Jean** 50:11
**job** 30:17,18,19 32:9,14
**jobs** 32:5,5,8
**join** 30:15
**joined** 30:8
**judge** 20:22,24 46:5 47:13 85:25
**Judging** 181:3
**June** 1:13 4:10 31:21 193:10,13 193:14 195:4 196:6,24

**K**

**Kang** 2:19
**Katherine** 1:24 5:1 23:18 36:1 196:3 196:23
**keep** 13:15 18:10 18:12 20:25 59:14 79:21,23 86:2 87:3,6 92:21 102:14 150:20,22 183:16
**kept** 183:16,25
**key** 10:14 112:10 116:18
**keywords** 94:17
**kind** 41:12 95:9 113:10 120:12 149:6 158:17,20 159:10 180:5
**know** 7:8 13:6 15:5 15:6 17:25 22:15 44:5 47:17 50:10 56:9 59:18 64:9 64:13 65:25 67:10 67:14 68:9,18 69:17,20 76:23 77:8 80:17,23 94:25 100:20 102:20 109:13 124:23 125:3,5 136:8 139:8,10 149:7 150:4 151:11,13 160:23 162:24 167:18 171:10 173:17 178:23 179:10,11 180:19 181:10 182:3 191:15
**knowledge** 6:13 89:13 95:22 125:1 125:12,18 141:3 148:1 161:7 163:6 168:14
**knows** 100:7 136:8
**Kong** 1:20 4:15 93:18 137:6,25 138:3,3 176:11

**L**

**labeled** 97:11
**labor** 3:10,11 36:19 37:24 38:1,4,14 38:24
**lack** 25:4 33:21 55:3 87:17 89:12 118:6 122:19 134:11 179:5
**Lacks** 39:23
**language** 5:7,8,8,9 62:16 63:3,21 64:1,4,17 66:24 66:25
**laughing** 63:24
**law** 2:3,3,10 4:21 4:24 5:18 68:17 68:20 69:3,10 79:14 91:4,25 92:12 118:11 139:16
**lawsuit** 32:18,25 34:10 41:21 103:22
**lawyer** 7:2,3 77:20 79:14 80:6 88:12 88:12 98:10 104:17 105:5 113:6 114:3 121:19 124:8 125:4,9,10,15,22 129:22 130:3,12 132:14,25 134:5,8 134:15,21 135:9 140:21 167:16,18 170:15 172:24 173:1 174:9 186:12
**lawyers** 57:12,13 79:8,9 88:10 91:11 104:5,6 121:13 122:14 134:21,22,22 170:17
**lawyer's** 124:11 173:3
**laying** 20:13
**leading** 27:15 28:9 133:3
**leap** 51:17
**learn** 145:24 146:12
**leave** 54:13 108:10 108:14,16 186:10 187:14
**left** 30:11 171:1 176:12 189:5
**legal** 2:19 9:15 10:2 13:2 40:12,12 48:2 51:4 71:9 83:6,22 136:9 156:23 171:25

172:2,19 180:24
**legitimate** 100:24
**letter** 3:18,20 69:24 138:9,12 143:2 145:20 148:10,10 149:1 153:11 155:25 156:6,10 156:15
**let's** 10:19 11:3 24:22 28:14 36:1 36:1 44:16 60:6 60:16 75:8 76:15 82:8,10,11 85:10 89:8 96:24,24 101:3 102:21 103:8 107:1,3,24 108:8 118:20 119:4,4 120:17 122:7 130:13,20 131:5,9 133:10 136:20 138:7,15 138:23 142:17 152:14 158:12 163:1,11 165:21 168:20 170:20 174:11 175:5 185:20 189:6,16
**Leulier** 2:17 4:12
**Li** 70:16 142:1,4
**liable** 187:17
**Lian** 142:19
**license** 42:6 96:21 115:12 116:5,6,9 116:12,19,24 118:22
**licensed** 57:13 79:9 79:14 96:10 116:5 116:6
**licensee** 96:14
**licensees** 42:7
**licensing** 41:18,19 116:7,20
**limited** 56:15 83:25 164:11
**line** 8:9 120:18 143:16 163:8 185:18 197:8,10 197:12,14,16,18 197:20,22,24
**lines** 8:10
**link** 129:21
**links** 129:24 130:2 130:5,10,11
**list** 19:25 20:5 36:4
**listed** 162:5 195:5
**litigate** 100:18
**litigating** 88:2
**litigation** 47:23 48:1,9,9 49:1,8 50:2,8,14,20,25 51:10,11,18,20 53:12 57:3,6,20 65:24 71:4 90:25 91:21 121:13 122:6 133:22 140:13 174:10
**litigation-funding** 51:20
**Liu** 2:3 3:13 4:19 4:19 5:23 6:2 7:19 8:3,14,21 9:4 9:7,20 10:1,6,11 10:20 11:5 12:2 12:11,17 13:3,8 13:11,13,20,25 14:4,7,10,15,17 14:18,21 15:3,5,7 15:8,11,12,15,17 15:19 16:5,8,10 16:13,16,18,24 17:1,4,9,10,12,15 17:19,23 18:1,4,8 18:12,17 19:6 20:7,10,12,15,19 20:22,25 21:4,7 21:10,16,18,24 22:4,9,13,14,16 22:24 23:1,7,9,13 23:14,17,22,23,24 24:2,9,11,13,15 24:17,21,24 25:4 25:7,9,10,13,19 25:23 26:2,5,9,15 26:17,21 27:6,10 27:15 28:1,3,11 28:16,19,22 29:1 29:19 30:20 33:1 33:21 34:5,11,20 35:4,11,18 36:7 36:21,24 37:7,10 37:12,14 39:8,22 39:24 40:2,7,11 40:14,16,22 41:15 43:11,19,22,24 44:3,4,6,10,12,14 44:17,23 45:1,3,5 45:18,21,25 46:2 46:7,14,19,25 47:2,17 48:2,11 48:15,16,17,19,23 49:2,9,11,13,15 49:20,23 50:3,7 50:13,16,21,24 51:2,5 52:1,4,11 52:16,24 53:3,7 53:10,11,14 54:1 54:4,5,7,9 55:6,13 55:15,17,20,22 56:1,6,12,14,21 57:15,19,22 58:5 58:8,11,14,19,22 58:25 59:4,10,14 59:15,16,19,24 60:4,19 61:6,9,13 61:25 62:7,15,24 63:2,6,7,12,16,17 63:19,25 64:2,9 64:16,19,22,25 65:3,10,15,17,25 66:5,8,13,14,17 66:21,24 67:3,11 67:17 68:4,7,13 68:23 69:4 70:2 70:12,20 71:5,9 71:11,13,16,18,21 71:22,25 72:3,10 72:14,17,20 73:1 73:3,6,9,12,19,21 73:23,24 74:1,2,7 74:9,13,15,18,23 75:5,13,20,23 76:2,8,10,13,15 76:16,22 77:4,7,9 77:20,22,23,25 78:2,6,9,15,22,24 79:1,3,7,11,13,16 79:22,23,25 80:5 80:9,13,20 81:1,5 81:6,8,10,16,19 81:25 82:2,5,9,13 83:9,12,16,18,22 83:24 84:5,7,12 84:19 85:4,17,20 86:1,6,9,13,15,18 86:21,22,23 87:1 87:4,8,16 88:1,4 88:16,19,24 89:7 89:12,24 90:2,4,7 90:12,17 91:2,16 91:24 92:11,17,19 92:21,24 93:1 95:25 96:17 97:1 97:7,13,17,20,25 98:4,10,18 99:1,5 99:6,10,12,15,17 99:19,21,25 100:1 100:3,7,12,17,20 101:1,4,13,17,19 101:25 102:4,8,10 102:12,14,19,24 103:2,7 104:1,11 104:23 105:17 106:16 107:2,14 107:19,23 108:1,5 108:11,16,20,23 109:1,6,22 110:3 110:8,15 111:14 111:16,18,21 112:12 113:13 115:5,24 116:14 116:22 117:7,16 118:5,24 119:15 119:18 122:1,10 122:18,21,22 123:1,22 125:2 126:2,11,20 127:1 127:8,25 128:6,16 128:22 129:2,4,8 129:13 130:7,15 132:9,21 133:13 134:4,11 135:3,8 135:15,21 136:4 136:10,15,22 137:12,17 138:2 138:24 139:9,15 140:14,21 141:4,8 142:5,20,23 143:6 143:10 144:4,6,8 144:11,17,21,22 144:25 145:4,12 145:19 146:1,9,22 147:5,7 148:2,9 148:25 149:12,23 150:8,17,19,22 151:20,24,25 152:15,22 153:2,5 153:11 154:23 155:4,11,24 156:5 156:14,23 157:16 158:4 159:5,16 160:4,8,15,18,20 160:25 161:12,24 162:15 163:3,16 163:19 164:15,18 164:21,24 165:1,3 165:6,9,11 166:4 166:7,10,15 167:13 168:15 169:10,19 171:8 171:14,16,25 172:7,11,19 173:5 173:15,20,25 174:9,18,21,23 176:3 178:16 179:5,17,24 180:24 181:12,20 184:5,7,11,15 185:6,12,13,16,25 186:14,18,23,24 186:25 188:6,23 189:4,19,21 190:2 191:7,11,12,14 192:3,10,13 193:3 193:7,11,17,21,23 194:2,7
**Liu's** 22:22 24:6 77:22
**Liyou** 2:19
**locally** 105:10
**log** 82:3,5,6,10
**long** 33:16 34:1 85:9 91:7 94:15 105:20 112:13 124:20 133:17 154:17 155:7,18

157:9,24 162:6 164:15,18 168:8 169:12 183:8,17 192:16
**longer** 21:13 34:2 94:15 120:16 157:24 164:18 190:25 191:21 192:19,25
**look** 36:2 60:16 62:17 63:8 96:24 119:11,22 131:9 138:15 142:17 156:18 159:7 166:3,8 177:1,5 177:12 191:21
**looked** 94:14
**looking** 63:13 177:11 191:1
**looks** 63:19 171:6 191:3
**lot** 73:3 150:14 161:19
**lower** 138:16 166:14
**lunch** 82:12,18
**lying** 50:14

**M**

**machine** 196:6
**mainland** 69:8 137:6,24
**major** 28:24
**making** 9:3,4,7,8 16:24 17:5 20:11 20:25 25:7 40:19 59:25 64:3,14 85:22 86:2 87:6 90:13 99:7 101:5 122:23 127:1 135:16 142:10 150:20,23 151:24 171:15 184:8
**management** 35:13
**manager** 164:5
**Mandarin** 5:5,7,9
**manner** 21:14 187:9
**manufactured** 115:9,11 116:1
**manufacturer** 163:12
**manufacturing** 105:10 158:15,18 158:23
**March** 143:19
**marked** 10:23 36:12 60:16,18 61:11 97:23 103:10 119:6 120:19 131:4 138:10 143:4,8 165:24 166:6 169:25 170:5 174:13,14,17 189:20,23
**marks** 11:7,11 35:20,24 82:16,20 110:19,23 130:23 131:2 165:14,18 189:9,13
**Mateo** 2:5
**material** 6:14 113:15 116:21 124:9 134:2
**materially** 171:23 172:16
**materials** 113:10 133:1 134:16
**math** 165:5,7,10
**Matt** 107:3
**matter** 4:5 88:5 89:17 90:9,10 98:10 104:6 121:14 123:7 171:22 172:1 174:7
**matters** 33:12 84:3 84:9,17 140:21
**Matthieu** 2:17 4:12
**mean** 8:8 12:11 19:2 27:20 35:2 41:14,17 42:15 66:17 77:21 81:18 87:23 93:18 96:6 104:3,14 106:9 114:3 127:12 128:6 129:14 130:15 137:3
140:11 144:4 147:10 148:22 149:12 153:8 154:6,8 156:20 157:3 161:13 162:4 164:22 166:7 169:10 172:3 173:25 178:16 179:6 184:6 187:6 188:8 190:2 192:3 193:2 194:8
**meaning** 39:16 132:15
**means** 27:21 53:22 123:25
**media** 194:12
**meet** 12:6 21:7,11
**meet-and-confer** 21:5
**memory** 60:15 126:18 150:14 155:19 182:6
**mentioned** 27:3,12 33:15 55:23 94:23 95:1,7 120:7,8 132:13 136:19
**mere** 49:21 185:1 186:21,21 187:21 188:4,11
**merit** 110:16
**meritless** 110:15
**message** 175:22 176:8 179:21,23 179:24,25,25 180:12,12,14,22 180:23 181:9,9,18 182:11,13,19,24 185:7,21,22 186:2 186:17,20 187:3 188:5
**messages** 133:1 174:13 180:8,17 180:21 182:5,15 182:18
**method** 9:16
**methods** 142:10
**Microphone** 85:11
**mid** 112:8 146:15
193:1,4,6,7,13
**middle** 21:8 43:20 43:25 45:7 46:8 47:5 116:17 193:12
**million** 42:6,16,16 42:19,23,25 43:1 43:3 116:25 117:8 117:9,10,12
**minutes** 16:20 25:17 107:9 110:17 130:20 164:24 165:9 189:2 194:1
**mislabeled** 97:14
**misleading** 6:15 191:14
**misnumbered** 97:17
**misstate** 110:8
**misstatement** 29:19 69:4 76:22 88:25 91:4,25 92:12 96:17 104:24 110:4 122:2 130:7 132:10,22 133:14 134:4 139:16 148:9 150:8 156:5 156:14 157:17 158:5 159:6,16 168:16 169:11 181:12 191:8,8 193:3
**mistake** 113:5 120:10
**mistaken** 114:4
**mistakenly** 123:8
**mistakes** 133:3 134:2
**misunderstanding** 121:15 133:2
**misunderstood** 132:15 134:6
**mobile** 37:21,23 38:13,15,22 141:19 175:12,13
**model** 30:14 31:9 33:13 34:23 35:3
**models** 8:11
**modified** 147:12 158:16
**moment** 107:3 108:25 156:18 166:3
**money** 42:1 72:24 77:8 117:1
**monitor** 4:11
**month** 39:18 42:10 112:4,5,6
**monthly** 39:4
**months** 112:8
**morning** 4:3 5:17 16:1 85:24 118:20
**motion** 14:13 18:22 21:25 35:11 53:16 54:2,12 55:20,22 56:17 97:6 102:16 108:19 135:13,19
**mouth** 191:12
**move** 10:19 28:11 28:14 75:8 76:15 82:8,10 88:5 89:8 89:24 101:3,19 102:4 126:11 135:15 136:5,21 158:12 163:1,19
**moving** 191:22
**multiple** 106:10 110:9
**mutual** 74:7

**N**

**N** 2:1 3:1 4:1
**name** 5:17 7:12 30:18 38:9,9 60:11 67:25 68:1 68:2,3 69:10,14 69:16 70:9,16 80:18,19 106:1,15 113:4 120:6,6,14 125:19 132:19 139:4 166:19 177:23 178:14,22 186:21 187:21 195:10 196:23 197:1,3
**named** 94:22 136:24 137:7 142:4

**names** 105:16
**necessarily** 21:24 135:9
**necessary** 127:2
**need** 7:4,7,21 9:12 9:14 12:4 14:16 14:19 15:12 19:10 19:25 20:2 25:6 25:14 26:17,24 27:8,18 29:21 30:22 33:4,24 34:7,13 35:12 37:9 39:10 40:18 40:25 43:13 44:21 45:13,16 48:5 50:5 58:3 59:20 64:16,16,18 67:13 67:19 69:6 70:4 70:14,23 78:6 79:4 80:22 85:8 85:21 87:11 90:20 91:6 99:4 103:2 109:11 121:18 128:20 134:16 146:19,24 150:25 160:2 164:19 165:2,6,7,11,12 168:4 169:17 185:13,23 186:25 192:10
**needs** 128:23
**Network** 42:9
**never** 16:21 53:8 56:9 154:6
**new** 8:11 31:22 191:12
**night** 15:25
**nodding** 6:20
**nominal** 51:6,12 73:14 185:1 188:4 188:11,19
**non-argumentati...** 21:22
**Non-Final** 165:23
**non-infringement** 53:23 54:21 57:8
**non-ownership** 51:18
**non-suggestive** 21:23
**normal** 10:8
**Northern** 1:2 4:7 26:12
**noted** 110:16
**notice** 3:8 20:9 47:18,20
**noticed** 4:16
**number** 4:4,8 22:13 37:22,22,24 38:13,15,17,19,22 61:9 65:14 97:21 125:21 127:21 128:10 139:17 142:21,24 160:7 165:22 175:12 178:20 179:4,6 189:19 192:6 194:12
**numbered** 195:3 196:5

**O**

**O** 4:1
**oath** 6:10 28:15 83:3 109:18 126:25 159:23 160:3 161:11,23 188:15
**object** 7:2 9:9,10 25:14 44:2 60:19 61:25 62:7,15 66:11,21 67:4 101:4 128:16 137:12,17 174:18 194:7
**objected** 20:20
**objection** 7:19 8:3 8:14 9:9 10:18 12:2,11 13:20 14:4 16:10 17:4 17:15 18:17 19:6 20:7,12,13,17 25:4 26:9,11 27:6 27:15 28:3,11 29:1,19 30:20 33:1,21 34:5,11 34:20 35:4 39:8 39:22 40:2,5,9,10 41:15 43:11,19 44:23 48:2,11,19 49:9 56:21 57:15 62:15,21 67:11,17 68:4,13,23 69:4 70:2,12,20 71:5 75:13 76:22 77:4 77:23 79:11 80:20 81:1 83:9,19 84:5 85:4,17 87:9,16 88:4,16 89:12,24 90:12,17 91:2,16 91:24 92:11 95:25 96:17 98:4,18 99:1 101:17,19,25 102:8 104:1,11,23 105:17 106:16 107:14 109:22 110:3,15 112:12 113:13 115:5,24 116:14,22 117:7 117:16 118:5,24 119:15 122:1,10 122:18 123:22 125:2 126:2,11,20 127:1,8,25 128:6 128:16,22 129:13 130:7 132:9,21 133:13 134:4,11 135:3,21 137:12 139:9,15 140:14 141:8 142:5 144:4 144:17 146:1,7,22 148:2,9,25 149:12 149:23 150:8,17 151:20,24 152:22 153:2,5,11 154:23 155:4,11,24 156:5 156:14,23 157:16 158:4 159:5,16 161:12,24 162:15 163:16,19 164:15 167:13 168:15,15 169:10,19 171:8 171:25 172:7,11 172:19 173:5,13 173:25 176:3 178:16 179:5,17 179:24 180:24 181:12,20 184:5 185:6,25 188:6,23 190:2 191:7,13 192:3 193:3 194:7
**objections** 9:3,5 13:10,23 14:3 20:11 21:1,13,14 21:18,23 23:16 24:14,15,16,17,19 25:8,11,20,21 26:8,14 28:2,6 40:1,3,20 43:23 85:22 86:3 87:7 92:20 122:24 129:1 150:20 171:15 184:8 192:12
**objects** 62:4 64:6 110:13
**obligation** 136:13
**obligations** 14:9 16:14
**obstructing** 15:13 63:11 102:11
**obstructive** 17:2 46:6 56:16,20
**obtain** 158:18
**obtained** 158:14 159:2 176:13
**obviously** 55:5
**occasion** 146:16
**offer** 40:9 81:2
**offered** 115:12
**office** 69:25 93:11 94:16 165:23 166:22 167:3
**officer** 16:15
**oh** 17:19 29:11 37:1 37:11 107:6 113:19 131:13 147:14 166:15 177:3
**okay** 6:3 9:20 10:20 11:5,16,18 12:17 13:3,11,15,25 14:15 15:12 17:5 17:13,25 19:16 21:8 22:13,20 23:18,22,24 24:9 24:22,22 26:20 28:22 30:20 35:11 35:18 36:1,10,24 37:15 38:4 40:15 44:18 46:16,19 47:2 49:5,20,23 50:13,13,24 53:10 56:2,14 58:23 60:6,15 61:13,22 62:3,5,6,23 63:12 63:19,23 64:5,17 64:19 65:15,17,25 66:13,23,25 67:5 67:7,10 68:9,13 68:16 71:16,17 72:19 74:8 75:8 76:12,16 77:2,11 78:4,5 79:7,21 82:2,8,14,22,25 83:21 85:10 86:2 86:20,24,25 89:6 90:6,11 93:5 96:24 97:1 103:3 103:13 107:1,2,4 107:6 108:21 110:12,15,17 111:21 119:8,11 119:17 120:2,24 130:20 131:13 138:17 139:3 142:12,17 143:5,6 143:16 147:1,14 161:3 163:24 164:24 165:3,6,8 165:25 166:11,13 166:15,18 168:24 169:16,22 170:22 171:13 177:14 183:4 189:2,4,21 190:7 193:9,21 194:2,4
**Olive** 139:6
**once** 73:1,19 128:24 154:22 171:14 180:13 185:4,4 188:3,5 192:10,13
**one-off** 42:14
**open** 37:9 90:8
**operate** 91:11

123:6 125:22 130:12
**operation** 8:2 124:11
**operations** 7:25 8:6 31:19,24 125:5
**operations-related** 32:1
**operative** 55:7,14
**operator** 4:12
**opinion** 180:22,25
**oppose** 97:7
**opposes** 64:6
**opposing** 12:25 23:23 26:13 27:25 28:8 46:17,21 52:14,15 56:15,19 58:18,18 60:1 62:20 64:6 74:9 78:9 109:3 110:12 113:20 135:25 145:8 146:7 151:23 165:9
**oral** 116:23 183:5
**Orange** 31:6
**order** 85:25
**original** 55:2 56:3 61:8 97:21 134:24 142:24 165:22 175:18 196:18
**originally** 60:16 97:11 163:25 166:5 174:13 189:20
**outcome** 196:15
**owner** 56:24,25 73:14 105:8 106:5 106:9,9 113:1 114:6 131:16 188:15,16,16,21 189:1
**owners** 106:10
**ownership** 51:7,14 51:16 52:5 56:23 72:5,23 73:14,16 73:17 74:24 100:23 107:12 109:20 111:4 113:25 117:15
**owns** 115:3,5,25

**P**

**P** 2:1,1 4:1
**page** 3:2,7 36:18,24 37:7,8,17,20,21 37:21 38:8 62:18 63:8,9 64:23,24 65:6,7 119:12 120:24 123:24 138:15,16,19,23 138:24 139:17 146:21 147:8 166:8,9,13,20 168:20,21 169:1 170:21,24 171:20 173:23,24 195:5 197:8,10,12,14,16 197:18,20,22,24
**pages** 147:5 166:7 167:2,5 173:11 174:1,3 195:3 196:5
**paid** 48:13 54:18 72:12 75:9,11 76:6 141:13 168:12
**Palo** 2:12
**panel** 190:23
**paper** 19:4
**paragraph** 105:7 105:20,22 107:18 107:22 108:4,7 109:4,12,14,19,21 110:2,14 111:4 112:24 113:23 114:7,14 119:12 120:25 121:1,2,10 121:23 122:8,16 123:19 134:10 146:21 147:9,25 148:6,16,17 149:10,17 150:6 155:20 158:13,24 159:15,24 161:5 162:13 164:3 168:25 169:18,22 176:19 186:7 187:6
**paragraphs** 133:6 133:7,19,21,23 134:1,3 161:21 163:2 176:9
**Pardon** 164:17
**part** 98:21,22,23,24 121:15 124:16 147:2 156:19,21 157:1,5,5,23 159:14 168:3
**parte** 168:12
**participate** 151:14 151:17 152:18
**parties** 50:4 196:13 196:14
**partner** 2:9 106:7 106:15 107:11 111:8,13 112:20 114:5,5
**partners** 106:11,13
**partnership** 111:5 112:11,17
**party** 38:8 45:6,8 46:9 47:22,24 48:8,25 50:1,5 51:23 52:9,16,19 52:21 53:21 55:4 56:25 57:23 65:22 71:14 72:1,4,8 73:4,11 74:3,21 75:25 78:11 81:14 100:16 136:13,16 145:5
**party's** 67:25
**part-time** 32:5
**pass** 175:15
**passed** 88:9 91:10 124:7 125:15
**pasted** 65:6
**patent** 3:17 16:20 16:21 17:6,7,13 32:24 34:10,18 41:13,17,21,24 49:22 51:6,7,13 52:5 53:22 54:19 57:1,8 65:12 72:5 72:23 73:14 75:3 79:17,18 84:4 85:1,2,3 87:14 90:24 92:6 93:7 93:11 94:9,16,22 95:3,11,16,19,24 96:16 114:9,19,19 114:22,24,25 115:14,14,20 116:7,13 118:22 127:7,24 128:10 129:25 130:14,18 131:7,12,14,17,20 136:25 137:8,15 139:5,8,12,13,13 139:23,23 140:2,3 140:5,12,18 141:6 148:21 149:8 156:21 157:1,5,8 157:13 158:3,16 168:8 169:23 170:2,3,25 171:6 171:7,24 172:17 172:17 176:15,18 176:18 177:10 180:8,10,18 181:19 182:13 185:2 186:22 187:22 188:4,12 188:18,19,20,22 189:17 190:1 191:18 192:4,6,18
**patented** 105:14 114:8,16,23 115:3 115:9,15,17,22 153:17 164:10
**patents** 41:18 69:12 127:20 188:17 191:25
**pay** 76:3 116:25 141:7,20,21,23 142:11,12,15 167:25 168:4,16 168:19
**paying** 26:21 51:9 51:11 72:7
**payment** 41:25 47:25 75:19 141:18 142:3,13
**payments** 142:9,11
**pays** 48:20 49:2,15 53:21 57:2 72:3,6 73:15,17 74:23,25 75:1 136:18
**PDF** 19:3,22
**penalties** 6:17
**pending** 7:8 14:15 14:17 107:5
**people** 181:17 182:3,24 186:9 187:9,12,16,24
**percent** 73:15 107:17 111:12 117:15
**percentage** 107:13
**perfunctory** 187:8 187:13
**period** 31:19 75:16 77:6 81:20 111:12 116:20
**perjure** 14:20
**perjury** 6:17
**person** 14:25 15:6 49:7 68:18 70:16 72:4 105:9 106:5 113:1 142:4 176:1 176:4,8 178:23 181:4,10 182:22
**personal** 30:10 41:13 89:13 142:12
**personally** 32:19 77:21 90:22 91:14 93:12 94:7,7 114:20 170:13 180:3
**personnel** 69:17 70:8,10,10,11 182:5
**persons** 14:25 16:7 18:16
**person's** 179:3
**pertaining** 168:8 180:10
**pertains** 196:17
**phone** 38:19 141:19
**phonetic** 56:9
**phrases** 162:6
**picture** 176:23
**piling** 190:18
**place** 4:14 30:11 80:4 182:22

**plaintiff** 1:4 2:2 3:9 15:20 46:13 56:24 68:11 103:20,22 105:8 106:4 127:22 144:16 147:11 150:16
**plaintiff's** 9:2 22:21 55:2 105:11 143:19
**plaintiff/cross-de...** 4:20
**plastic** 95:13
**Plaza** 1:19 4:15
**pleading** 92:14 124:9 132:25 134:16
**please** 4:17 5:3 6:19,21,25 7:7,11 8:1 13:22 15:17 16:23 17:8,16,22 19:21 20:1 22:9 22:19 30:4,17 39:12,20 43:9,16 54:4,4,6,7,8 63:8 64:25 66:18 70:9 77:11 85:11 87:19 88:7,18,21 89:15 89:18 90:6,11 92:2 93:5 94:11 96:3,20 98:7,16 101:3,12 102:2 104:13 105:2,15 105:19 106:18 107:16 111:11,25 112:4 113:3 116:16 117:18 118:8,14 119:2,11 119:11 120:5,13 120:24,25 121:4 122:4,13 123:5,24 126:4,14,22 127:11 128:4 132:12 133:16 138:15 140:17 142:7 146:5,11 148:4,13 149:3,25 150:12 152:24 153:15 156:2,8,17 159:9,19 160:23 160:23 161:16 162:3 163:22 166:13 167:15 168:18 171:15 172:14,22 173:6,8 173:20 175:22 176:7 179:9 180:2 181:2,15,23 182:9 184:10,14 185:15 186:4,4,5,17,20 187:3 189:19,25 192:8 194:5
**Plus** 48:11
**point** 5:23 51:2 55:8 58:11,12 119:15 160:2,5
**pointing** 6:20 86:23
**portion** 101:13
**portions** 169:25 170:5
**posed** 57:5 65:18
**position** 7:23 8:16 71:7 89:7 118:9 176:12
**possessed** 154:7
**possible** 132:14 133:1 149:21 162:18
**possibly** 185:11
**potential** 83:7 84:25
**potentially** 65:20
**practice** 79:14 180:20
**practitioner** 139:5
**preliminary** 31:4
**preparation** 13:17 13:18 15:1 16:9 18:15,16 151:14 151:18 152:19
**prepare** 12:6,9,16 19:1
**prepared** 12:19
**preparing** 11:25 14:13
**present** 2:16 14:25 16:8 18:6,16 30:5 30:6
**preservation** 184:3
**preserve** 183:6,22
**preserved** 10:19 78:4,5 90:10 101:2
**presiding** 85:25
**previous** 42:4 65:19 132:13
**price** 176:16
**prices** 30:12
**prior** 79:18,22 83:7 85:2 87:14 90:25 92:7,8 93:12,14 93:24 94:8,12,18 94:19,23 171:1,5 171:5,23 172:3,5 172:15 191:24,25 192:3,4
**privilege** 10:3,7 12:12 13:21 14:22 15:4 16:11,12 18:3,18 48:12,14 48:21 49:10,14 57:16 71:6,11 72:24 75:14 77:24 78:17,19 79:12,19 81:2,15,24 82:3,5 82:6,10 83:10,18 84:6 88:19 99:25 100:13 102:9,25 103:5 113:14,20 135:4,11 144:5,10 144:18,18 145:4 145:11,14 149:13
**privileged** 12:23 15:25 49:3,16 57:21 73:22 79:15 83:11 89:5 113:16 144:20,24 145:5,7
**problem** 23:10 56:6
**proceed** 101:3
**proceeding** 168:13
**proceedings** 11:9 35:22 82:18 110:21 130:25 165:16 189:11 195:4 196:19
**process** 15:14 163:7
**produce** 33:20 43:9 43:16 44:7 45:9 45:24 46:8,12 47:5,7,9
**produced** 94:21
**product** 8:5,8,9 10:12,16 29:10,13 29:18 31:20 32:1 32:9,15,19,23 92:8,8 105:14 114:8,9,16,22,23 114:25 115:4,6,9 115:14,15,17,22 116:1 144:18,19 148:8,19,24 153:9 157:4 164:5,7,8 164:13,14 171:5 171:23 172:15 192:4
**production** 20:8 44:8 105:13 143:22
**products** 8:11,12 34:23 95:15,23 96:15,22 105:11 127:5,6,15,21 128:5,11 129:11 129:19 176:13 191:25
**professional** 77:3,5 77:19 79:24 105:9 113:2,7 120:4 185:15
**professionalism** 74:6 80:14 185:16
**professionally** 59:22 128:25
**professionals** 72:11
**prolong** 86:3 122:24
**prolonged** 89:19
**promise** 58:12
**proof** 81:2
**proper** 9:16 15:17 16:25 17:6,16,25 44:18,23 56:22 59:11 65:17 66:11 86:10 129:4 137:20 138:6 185:17
**properly** 136:12
**proposed** 55:1,24 56:4
**propound** 47:14
**propounding** 43:20 43:24 45:21
**prosecuted** 50:12
**prosecution** 140:2 140:4,12
**protect** 9:16
**protected** 144:10
**protection** 81:24 158:16
**prove** 8:19 54:21 57:8,9,10 71:23
**provide** 20:2,5 46:23 113:11 149:21 150:2 170:17 185:13
**provided** 104:19,22 105:4 113:16 121:20,24 123:7 132:24 134:6,15 134:15 149:9,16 149:19 150:6 164:9
**provider** 69:11 93:9 94:20 139:22 151:12 170:16
**providing** 185:16
**purchasing** 176:14
**purpose** 25:3
**purposes** 27:4,13 37:18
**put** 13:13,14 14:5 72:20 79:3,4 92:5 122:7 124:8,9 134:15 191:12
**putting** 53:19 113:6
**p.m** 82:17,21 110:20,24 130:24 131:3 143:11 165:15,19 175:23 189:10,14 194:11 194:14

**Q**

**Qianwu** 2:9 4:21 5:18
**Qing** 67:24,25,25

68:2 126:6
**quality** 19:23 105:13
**quantity** 127:16,18 127:19 128:5,6 129:11,16
**question** 6:11,22,24 7:1,4,8,9,21 8:18 9:22 12:4,14 13:2 13:5 14:1,12 15:15,17 16:5 17:6,7,16 18:2,14 18:15 19:5,7,10 19:15 25:9 26:25 27:1,2,8 29:12 30:22 33:5,25 34:13,15 41:1 43:13,25 44:22 45:17,18,25 46:1 46:2,4,22 47:6 48:5,16,22,25 49:12,24 51:8,16 52:8 56:18 57:5 64:25 65:2,18 66:2,10,18 67:13 68:22,24 69:6 70:4,14,23,25 72:16 73:20 74:12 74:13 75:3,10 76:2 77:11 78:1,6 78:10,12,13,15 79:25 80:2,2,3,9 80:22 83:17 85:8 85:21 87:12,19 88:7,18,21,23 89:15 90:13,20 91:6,7 92:2,4,10 93:6 94:6 98:7 99:2,3,4,14,15,17 99:18,20 100:24 101:6,7 102:17,23 104:14 105:24 107:4,4,8,20,21 107:23 108:2,2,3 108:6,12,15,20,21 109:4,7,8,9 110:13 111:20,25 114:11,21 118:12 118:14,14 119:18 125:16,17 127:13 127:25 128:4,17 128:19,20,24 129:4,8 130:15 134:19,20 135:6,6 135:8 136:2 137:7 137:12,23 143:24 144:23 145:1,1,6 145:9,20,21 146:9 146:11,22 148:16 150:24 151:2,25 153:5,20 158:1,1 158:17 159:23 160:9,25 161:13 163:20 169:20 171:16 172:14,22 173:15 177:3 178:25 179:1,2,9 182:9,10 183:19 183:20,24 184:2,2 184:5,10,11,14,16 184:16 185:10,10 186:14,18,20,23 186:25 187:1 188:6 190:3,8 191:14 192:8,14 192:14 193:11
**questions** 9:18 10:11 12:19 15:9 15:22 16:18,22,25 17:25 18:23 25:6 28:10 44:7 45:24 51:15 52:5 59:11 59:21 66:10 86:6 86:11 87:4 88:25 90:14 92:22 99:7 102:15,20 108:7 108:24,24 109:12 109:13,19 110:14 130:17 135:20 137:18 151:12 152:16,16 168:7 170:7
**question's** 123:1
**quick** 130:16
**quite** 19:14 129:10 145:1 179:1 186:16

**R**

**R** 2:1 4:1
**Railway** 30:24
**raise** 21:19
**raised** 83:6
**reach** 185:3
**read** 22:12 24:1 61:1 64:20 66:16 66:20,21 98:11,14 101:11 108:5 119:12,13 124:4 145:20 163:1 169:2,5,9,12 170:20 175:20,21 175:24 176:7 185:22,23 186:5 186:17,20 187:3,5 195:3
**reading** 24:12 63:5 63:7 99:3 119:16 185:6 186:7
**ready** 194:5
**real** 2:11 47:22 50:1,4,4 51:23 52:9,16,19,21 55:4 56:25 57:23 65:22 71:14 72:1 72:4,8 73:4,11 74:3,21 75:25 78:11 81:13 100:16,22 136:13 136:16 188:15
**really** 92:3 98:8 150:13 151:7 175:3 190:20
**reason** 14:12 50:5 73:6 97:5 136:11 137:21 138:4 191:4 197:4,8,10 197:12,14,16,18 197:20,22,24
**reasons** 30:10
**recall** 34:2 94:15 112:8 117:19 120:16 141:9 149:19 150:9,13 154:21,24 155:12 156:13 157:9,13 157:24 158:2,10 158:22 159:7,10 159:11,20 175:4 182:25 187:25 190:20 192:25
**receive** 11:18 41:18 42:15 43:1 47:24 47:24 117:5 180:3
**received** 41:5,10 42:19,23,25 43:3 86:17 117:9,11 151:9 154:7 183:4 183:21 184:2
**receiving** 41:24 42:11
**recess** 11:9 35:22 82:18 110:21 130:25 165:16 189:11
**recognize** 36:16 38:1,1 98:3 131:14 143:16 144:1 166:2 175:2
**recognized** 105:12
**recollection** 6:13 19:23 25:3 27:4 27:13 33:17 124:19 126:9 154:18 155:7 162:21 181:7 187:23 188:13 191:21
**reconfer** 44:16
**record** 5:24 7:10,11 8:17,21 9:2,4,7,8 9:20 11:3,7,11 12:13,25 13:3,14 13:14 14:5 16:24 17:7 18:1,7,8,9,21 20:24 22:6,20 24:5 27:24 35:20 35:24 43:6 46:10 52:12,13,14,25 53:2,25 54:9,25 56:15 57:22,24 58:13,14,15 61:2 62:20 64:6 66:6 67:16 68:12,16 74:8 76:7,14 78:8 79:4,4 82:2,9,16 82:20 83:12 84:7 86:25 88:13 93:16 97:2 101:2 102:10 103:2 107:24 109:2 110:12,19 110:23 111:14 113:19 130:23 131:2 135:5,25 136:10 137:20,21 138:6 141:16 143:9,10 145:8 146:6 151:23,25 165:8,14,18 171:14 173:12 174:21 175:24 184:7 186:5 187:3 189:6,8,13 193:23 193:25 194:10,14 196:9 197:5
**recorded** 196:6
**records** 43:10,17 46:11,13,23 141:18 178:15,20 179:3,14
**red** 120:18
**Redlined** 3:16
**red-line** 121:7
**red-lined** 121:2
**refer** 60:14 67:1 84:19 89:16 95:4 95:10 155:17 166:13 175:22
**reference** 61:24 94:3
**referred** 88:14 89:10 95:2
**referring** 61:7 62:10 63:1 114:13 114:19 129:15 140:10 146:3 151:8 153:10,22 164:14 168:6 173:10,22 174:3 180:6
**refers** 113:8 120:7
**reflect** 9:2 24:5 27:24 46:10 52:14 52:25 53:2,25 54:9,25 55:1 58:3 58:13,14,16 64:6

66:7 78:8 109:2 111:14 135:25 165:8 167:22 173:12
**reflected** 86:14
**reflects** 8:17 147:25 161:6
**refrain** 160:24
**refresh** 25:2,6 27:4 27:12 60:15 126:8 126:17 162:21
**refuses** 8:18
**regarding** 50:6 58:19 82:4 83:7 85:15 108:4 109:4 110:14 114:7 126:9,18 133:11 171:4 179:19,21 184:3 186:21
**regards** 101:16
**region** 142:18
**Reinterprets** 19:17 27:22 29:24 33:7 39:1 77:15 87:21 91:9 96:5 104:16 105:25 114:12 117:25 123:14 127:14 132:2 156:4 158:8 179:16 182:1 183:10
**related** 85:18
**relating** 32:24 73:10 74:14,17,20 75:21 84:3,25 87:13 99:16 109:19,21 110:1 149:10 150:6 176:18 180:8
**relation** 8:5 19:18 30:9,13 31:24 69:12 94:14 129:20 133:21 139:22 140:18,20 142:9 143:23 148:21 158:24 162:5,7 164:10 168:1,7 172:23 174:7 180:17,17
190:18
**relative** 196:11,14
**relevance** 65:18,20 65:21 100:14
**relevant** 8:18,22,24 9:22 10:16 13:1,4 13:5 14:13 16:5 23:25 34:9,18 44:15 50:18 53:14 54:23 66:5,17 71:21 78:11 79:22 88:13 92:13 94:3 116:24 121:24 129:22 134:9 137:1,9,14 149:17 161:21 180:23 182:4 183:6,11,12 183:15,22 184:4
**relief** 89:22 136:5
**remain** 83:3 109:17 126:24
**remark** 142:1
**remarks** 70:15 170:23
**remedies** 136:9
**remedy** 135:13
**remember** 33:18 34:3 41:3 105:21 112:14 141:22 143:24 149:6 151:7 155:15 156:9 159:2,3 161:20 162:8,17 162:23 170:12,19 182:21 183:17 184:20 190:12,25 192:19
**remind** 28:15 85:21 109:17
**reminded** 83:2 109:25 126:24
**reminder** 21:5
**reminds** 27:25
**repeat** 27:1,2,19 29:12 68:24 81:21 91:19 104:14 127:12 136:16
**repeated** 173:13
**rephrase** 6:25
70:25 85:10 92:4
**report** 19:24 21:3
**reporter** 1:24 5:1,3 6:9,18 53:24 58:3 66:4 72:7 82:24 97:11 103:8 111:17,22 120:17 130:13 131:5 137:19 138:5,7 143:8 166:5 174:16 189:20 196:1
**reports** 19:24
**represent** 4:18 5:18 76:18 81:12 140:23 141:4
**represented** 45:6,8 45:23 46:9 47:4 112:16 115:13
**representing** 27:11 50:25 80:5 81:8 81:22 86:16,21 91:13 103:23 104:21 110:5,8,10 113:18,22 121:22 124:24 125:17 126:16 130:4 132:5 134:8 139:25 156:12 157:11 159:1,13 162:12 167:16 168:11 169:4 181:8
**reputation** 105:13 114:15
**request** 20:8 22:22 24:6 44:14,24 45:10,22 46:3 47:2,10,12,18,19 52:20 65:13 82:3 82:6,9 90:7 143:20
**requested** 196:20
**requests** 45:7 47:13 143:21 183:7
**required** 6:11 9:17 118:11
**requirement** 124:15 134:12
**requirements** 124:10,13
**resent** 40:23 58:22
**reserves** 18:21 56:17,17
**reside** 7:14
**respect** 39:25 58:20 73:7 85:16 113:11 113:24 123:10,18 124:13 125:12 128:5 132:18 141:5 145:10 148:23 152:19 157:12 162:13,21
**respectfully** 14:10 16:16 17:20 27:25 83:24
**respectively** 42:17
**response** 3:19 9:8 12:17 47:2 54:1 56:21 78:15 84:12 109:6 135:8 143:1 143:17,19 144:24 145:12 147:12 152:19 166:22 167:3 170:14,17 173:15 192:13
**responses** 143:20 151:15
**responsibilities** 30:19 32:10
**responsibility** 7:24 13:9
**responsible** 134:23
**result** 6:16
**retain** 76:19 77:2 80:10,24
**retained** 57:14 75:25 76:20,21 79:8 80:7,10,11 81:9 140:1,3,23 141:3 194:13
**retainment** 140:25
**retains** 79:13
**review** 18:25 19:13 31:8 86:19 153:18 153:19,21 154:14 154:19 155:2 170:13 196:19
**reviewed** 20:1,6 33:9 154:3
**reviewing** 11:13 33:14
**revoked** 112:23
**re-examination** 168:13
**ribbed** 190:22,23
**Ricardo.M.Tan** 175:9
**right** 8:23 10:15 11:14 12:20,22 13:7,12,24 18:11 18:22 23:9 26:4 27:23 36:22 37:2 37:5,17 38:2,7 39:18 48:18 49:5 55:25 56:13,17,23 58:15 59:3,6 63:1 67:2 72:13 76:1 81:7 82:23 84:17 84:20,21 95:8 97:3 99:6 115:10 136:12 138:16 143:11 163:18 164:23 166:14 167:5 171:1 172:16 175:10 182:5 187:11 193:17
**rights** 57:1 128:9
**RMB1** 42:6,16,23 42:25 43:1
**RMB3** 43:3
**RMB5,500** 39:17
**RMB500,000** 118:4
**Road** 1:19 4:15
**Robert** 3:12 57:25 60:9,12,13,17,23 60:25 61:12 67:10 68:5,10 76:11 84:14 86:19 140:23
**Robot** 67:15
**room** 1:18 4:14 35:14
**round** 102:18
**route** 17:20
**royalties** 117:4

**royalty** 41:17,19,24 41:25 42:3,11,13 42:20,23 116:19 117:12
**RPR** 1:24 196:23
**Ruan** 42:9
**rule** 7:5 14:14 22:3 22:4,5,7,11,15,16 22:17,23,25 23:15 23:15,19,21 24:8 24:9,20 25:15,24 26:1,3,6,16 50:20 85:23 87:7 110:4 110:9 155:24 156:15
**rules** 6:7 21:2 26:12,13
**running** 97:4
**R-O-B-E-R-T** 60:12

## S

**S** 2:1,4 3:5 4:1
**sake** 5:24 84:22 89:7 108:22 136:20
**salary** 39:4,13,15 39:17,18,20 41:5 41:10,12 118:22
**San** 2:5
**sanction** 6:16
**sanctions** 56:19
**save** 128:13 148:15
**saved** 141:19
**saving** 84:22 89:7 108:22
**saw** 53:8 154:4
**saying** 63:2 108:23 109:11 125:5 152:1 161:10,22 162:11,16 186:2,9 187:13
**says** 25:15,16 26:10 52:7 88:25 89:2 142:1 148:10,11 148:11 150:10 155:25,25 156:6 156:15 160:21
**Schilling** 1:24 5:1 196:3,23
**school** 29:14
**Science** 28:20
**screen** 10:24
**screenshot** 3:22,23 175:18
**search** 93:13 94:8 94:12,17,19,23 178:15,19,24 179:10,11,13,20 179:22,23 180:4,5
**searched** 94:13 179:2
**searches** 93:8
**second** 17:3 31:5 37:21,21 38:8 50:16,17 53:17 54:10,12,15 55:17 56:8 64:23 73:13 89:4 176:19 194:8
**seconds** 25:18
**section** 14:14 146:20 147:4
**sections** 161:21
**see** 21:16 22:10 24:9 38:9 56:6 66:8 82:11 98:23 138:18 139:4,4 166:19 171:19 174:12 176:17,19 176:20,22,22 177:11
**seeing** 23:10,12 58:15
**seek** 89:21 121:18 134:17 135:12
**seen** 144:7 145:2 154:25 161:13
**selection** 164:5
**sell** 96:21
**send** 60:25
**sense** 20:4 100:22
**sent** 59:3,8 60:4,22 154:4 180:14 186:2
**sentence** 114:14 121:5 160:7 188:9
**separate** 51:13 59:5
**series** 168:7
**served** 164:4
**service** 69:11 93:9 94:20 139:22 141:6,13,20 151:11 168:4,5 170:16
**services** 168:10
**session** 99:12 101:6
**sessions** 13:17,18 15:1 16:9
**set** 46:5 47:13 143:21 155:22,22 156:11,12,20,21 157:14,14 176:15
**settlement** 47:25
**seven** 164:23,25 165:2,4 167:2,5 173:10 174:3 194:1
**sex** 38:10 70:10
**shaking** 6:20
**share** 112:20
**Shenzhen** 7:15,22 31:13,22 32:13 38:5 39:5,6 42:8 42:18,24 96:13 106:2 116:4,7,13 117:5,14,21 120:15 148:7,18 148:18,23 158:25 178:9,11
**SHM** 2:10 4:21,24 5:18
**shocked** 22:14,17 22:18
**shop** 130:1,10
**shops** 130:1,10
**short** 79:21 178:10
**shorthand** 196:6
**show** 22:7,19 23:5 23:11 24:4 40:11 40:12,15,16 49:21 52:7,13,21 53:1 58:10 63:10 152:6
**showed** 85:23
**showing** 10:22 22:22,24 23:1,2,3 23:3,7,12,19,20 23:20,24 24:7 37:21 58:18 152:7 152:8 192:5
**shown** 12:18 15:21 38:14,23 52:24 53:6 144:3,15 145:10 169:23 175:12 180:13 190:22
**shows** 52:12
**shut** 64:15,16
**Shuyao** 70:16 142:2,4
**sic** 71:22 81:25 166:25 174:22 186:16
**side** 5:25
**signature** 138:18 138:21 139:5
**signed** 31:18 140:19 195:9 196:22
**similar** 177:1,6,12 187:20 188:3
**simple** 13:15 18:10 145:2 169:13 186:16
**simplify** 170:6
**simply** 14:22 25:23 54:2,17 57:9 64:7 64:20 68:5 72:20 75:10 78:16 83:11 83:14 84:13 87:8 89:5 91:3,25 92:5 94:16 99:17 101:20 104:17,23 109:22 110:3,8 111:21 122:1 129:18 139:15 142:5 144:14 145:10 150:24 157:16 158:4 159:5 160:25 161:12,17 182:6 184:12 185:8 191:7 192:14
**simultaneously** 128:21
**sitting** 93:2
**situation** 8:10 146:18
**six** 97:4
**sold** 128:11
**sole** 131:16
**somebody** 54:18 75:1
**sorry** 9:13 27:10 28:16 39:6 42:16 55:1 74:10 78:17 80:24 83:25 85:12 95:17 107:3 117:20 120:24 164:15 174:21 178:2 184:17
**sort** 60:5
**sought** 113:9
**sources** 41:7
**speak** 138:4 172:7 172:11
**speaking** 9:3,5,9 13:23 14:3,4 20:11,12 21:1,13 24:14,16 25:7,17 25:18 26:8,9,14 28:2 39:25 40:2 59:22 85:22 86:2 87:6 92:20 122:23 137:18 146:7 150:20 151:24 171:15 173:13 184:8 191:13
**speaks** 56:23,23
**special** 68:3
**specific** 8:12 19:21 26:13 30:19 34:21 50:21 88:8 98:9 112:2,7 117:19 124:10 142:8 144:22 148:16 149:20 159:3 167:8,18 168:12 170:18,19 172:23 182:17 190:7 192:25
**specifically** 7:3 9:19 47:23 52:18 98:12 105:6 123:18 150:9 167:1,3
**specifics** 155:15

**specified** 182:4
**specify** 105:15 111:11 112:4 113:3 114:9 120:5 120:13
**speculation** 89:12 96:1,18 98:4 133:14 148:25 149:23 153:13 154:23 155:11 171:11 181:21
**speech** 99:7 135:16
**spend** 11:25 33:14 71:19 73:24 155:2
**spends** 73:22
**spent** 71:2,12,23 72:21,24 74:15 97:7 155:13
**splitting** 80:12
**spoken** 28:18 31:10 31:11,12 35:8 38:5 39:6 67:20 93:20,21,22,23,25 94:1 95:8,10 106:23,24,25 114:1 115:17 137:11 139:18 148:14 149:4 163:23 172:6,10 177:15 193:22
**square** 69:23
**standing** 55:3,3 65:23 74:21,24 78:11 85:25 100:18
**start** 41:23 42:10
**started** 42:1
**starting** 42:19 164:3
**state** 4:18 7:11 25:15,16 186:6 187:4,15,20
**stated** 25:5,21 53:25 68:14 87:8 92:14 147:22 159:14 160:12 184:25 185:5 188:3 191:4
**statement** 6:14 13:13,14 58:23 90:13 97:1 101:4 113:23 127:2 128:1 162:13 171:3 173:3
**statements** 99:2 101:5,20 133:12
**states** 1:1 4:7 132:6 148:6,17 155:20 158:13 169:22 170:24
**state-owned** 30:8
**stating** 48:19
**step** 135:14
**sticking** 55:11 132:23
**stop** 13:22,22 16:23 64:15,16 86:23 87:4 124:15 171:15 173:20
**stopped** 116:10
**storage** 35:3,3 95:2 95:4,5,5,9,9,12 115:1 137:1 145:17,24,25 146:2,13
**storage-related** 94:3
**straightforward** 68:21 78:13 128:19 179:1
**stranger** 181:4,13 182:11 187:10
**strangers** 181:17 182:3,7 187:9
**stricken** 20:18 62:24
**strictly** 21:1
**strike** 9:13 20:22 20:23,23 21:25 28:3,11 29:11 41:14 52:13 53:16 54:3,12 55:20,23 62:22 74:10 88:5 89:24 101:19 102:4 126:11 135:15 163:19
**structure** 76:10
**structures** 31:5,9
**study** 29:10,13,17
**subject** 6:16 50:9 50:20 51:1 53:16 54:2,11 55:20 65:11 81:14,24 143:16
**submit** 96:22 104:18 105:5
**submitted** 19:18 93:7,9
**Subsequently** 141:3
**substance** 6:6 12:14 18:15 83:13 84:10 135:7 144:13
**substantial** 57:1 155:2,5
**substantially** 192:20,22
**sudden** 170:11
**suddenly** 20:5
**sufficient** 49:18 136:11
**suggest** 170:6
**suggestive** 40:19 192:11
**suing** 126:1,10,19 127:5 129:19,20 130:1,5,9
**Suite** 2:4,12
**sum** 117:19
**superseded** 55:7 56:7
**Supplemental** 143:20
**supplements** 147:11
**support** 31:4 43:6 141:16
**supposed** 26:10 65:4 139:12
**supposedly** 60:23
**sure** 31:1,1 35:17 35:17 189:3
**suspect** 71:22 88:2 88:2
**suspected** 58:1,21
**swear** 5:3
**switched** 141:4
**sworn** 5:7,13 6:8
**system** 9:15,16 64:1 64:4,8,11,11

**T**

**T** 3:5
**Taiweis** 31:14,17 32:13 39:6 178:11
**take** 7:5 21:10 35:16 89:17 98:10 104:6 125:9 137:19 138:5 140:21 189:2 190:11 192:16
**taken** 1:17 5:5 195:4 196:5
**talk** 15:25,25 49:23 50:22 67:22 72:5
**talked** 66:1 81:3
**talking** 23:2,4 36:21 37:14,16 45:6 50:19 51:14 58:8 64:12 67:23 81:16 82:7 84:15 93:15 100:1,5,9 111:23 115:21 127:16 142:20 150:18 152:4 157:22 173:18 174:1 176:5 179:7 180:16 183:12 190:5,15
**talks** 164:13
**Tan** 1:3,11 2:2 3:2 3:7 4:5,5,20 5:12 5:17 6:5 7:11,13 7:21 8:22 9:12,22 9:23 10:22 11:18 11:23 12:4 13:17 16:4,7 18:19,25 19:5,10,25 25:2 26:24 27:11 28:14 28:16 29:10,16,21 30:3,17 32:4,8 33:4,11,24 34:15 35:2,7 36:10,18 37:20,22,25 39:4 39:10 40:25 42:5 43:14,16 44:21 45:16,22 47:14,22 48:6,8,20 49:2,7 49:15 51:5,12,23 54:20 57:12 59:11 59:21 60:6,9 61:16 62:14 65:22 67:7 68:9,19,21 69:2,14 70:4,14 70:18,24 71:2,12 71:19 72:20 73:2 73:13,21 74:15 75:9,15,17,25 76:18 77:12 78:2 78:17,18 79:7,13 79:16 80:8,10,11 80:17,24 81:9,13 81:23,25 83:2,4 83:10,15 84:2,13 84:24 85:8,14 87:11 88:11,21 89:5,10,18 90:16 90:22 91:6,13 92:5 93:5,12 94:6 95:1,7,14 97:25 98:11 100:7 101:9 101:23 102:6,25 103:13,20 104:8 104:21 105:6 106:4,8,12 107:10 109:6,17 111:2,8 112:10,16,24 113:10,18,22 114:7,21 118:11 118:19 119:8,20 120:3,13,21 121:1 121:10,22 122:7 122:15 123:5,10 123:17 124:12,21 125:7,16,23 126:7 126:16,24 127:5 127:22 128:13 129:7,10,18,24 130:4 131:9,19 132:5,17 133:5,18 134:19 135:18 136:24 138:12,15 138:18,23 139:2,3 139:12,25 140:22 141:5,20 143:13

143:18 145:16,23 146:11,19,24 147:17,21 148:15 148:17,22 149:1,5 149:9,16 150:5,15 151:3 152:13 153:1,18 155:21 157:11,25 158:12 158:14 159:1,13 159:22 160:2,7,11 161:10,22 162:12 162:20 163:1,5,11 164:6 165:21 166:2,19 168:11 169:4,17 170:9,13 170:20 171:19 172:5 173:2,22 175:5,18,22 176:7 176:10,17 177:3,7 177:14 178:12,25 180:7,12,22 181:8 182:9 183:1,4,19 184:1,10,14,23 185:20 186:2,5,12 187:20 188:2,14 188:25 189:16,25 190:21 191:4,17 191:24 192:16 193:16 194:4,12 195:3,10 196:4
**TANG** 1:8
**Tan's** 3:10,11
**Tan_1375-1550_...** 3:21
**taught** 34:22
**teaching** 99:12 101:6
**team** 26:18 72:12 131:20,23 132:7
**technician** 31:2
**technologies** 94:4
**technology** 7:22 10:17 28:19,21 31:6,14,22 39:6 42:8,9,18 148:18
**telephone** 13:19
**tell** 6:25 20:1 22:17 30:18 39:12 70:9 80:15 118:9 177:22 187:11
**telling** 24:3
**temperature** 35:10
**term** 93:19 137:6 172:6
**terminated** 112:22 116:10
**terms** 10:15 12:18 15:22 74:16 98:9 112:10,13 116:18 127:9 137:24 162:5 190:16,18
**testified** 5:14 104:24 122:2 159:6
**testifying** 6:10 58:9 58:25 70:19 88:4 188:14
**testimony** 5:5 6:9 6:15 20:21 25:3 27:5,13 89:19 161:11,23 191:9 194:5,11 195:4 196:4,9
**text** 183:2 185:7
**thank** 4:25 10:20 11:21 23:14 24:24 32:4 35:7 82:13 99:21 111:23 136:22 163:24 189:21 194:4,4
**thereof** 195:6
**thing** 45:12 53:17 54:14,15 55:21 76:8 83:19 84:5 87:5 123:2 136:18 153:16
**things** 15:8 51:13 51:15 67:3 73:4 165:11 187:8,16 187:24
**think** 10:1 11:2 14:10 18:2 26:5 29:1,2 35:12 37:1 41:15 44:10 48:17 51:8 59:17,20 63:16 64:1 66:9 66:12,17 72:10 74:8 76:14 77:9 78:22 82:12 86:25 87:1 116:21 126:5 134:21 152:7 160:4 171:22 172:15,15 178:3 184:17,18 190:10 191:2 192:1,1
**third** 15:6
**thought** 40:16 107:19 115:19 166:10
**threat** 21:4
**threaten** 59:16
**threatening** 58:5 59:14,15
**threats** 17:5 59:25
**three** 12:5 146:17 147:5 155:21 156:11,20 157:14 190:13
**thumb-up** 111:15 111:18
**Tianhe** 31:25
**Tianherong** 7:22
**time** 4:11 7:2,2,7 11:8,12,25 19:15 29:23 31:18 33:6 35:21,25 38:25 56:15 77:5,13 78:5 79:2 82:17 82:21 83:25 84:22 86:4 87:20 89:8 91:8 96:4,22 97:4 97:8,13,15 98:19 105:22 110:20,24 111:11 114:3,11 116:20 117:24 121:14 123:8,13 124:20 128:13 130:24 131:3 132:1,14 146:18 148:6,15 152:14 152:15 155:2,13 156:3 158:7 160:9 165:15,19 178:10 179:15 181:3,25 182:23 183:9,17 186:13 187:15 189:4,9,14 191:1 191:19 193:17,21
**times** 110:9 136:17 154:19,25
**timing** 146:14 192:25
**title** 30:18 103:11 165:23
**titles** 33:18,19 34:2
**today** 4:12,23 6:9 13:9 17:11,12,17 25:3 26:2 27:5,14 30:16 45:11 59:7 72:11 73:16,18 89:20 98:1 136:17 164:21 194:5
**today's** 4:10 5:21 11:19 12:1,7,9,16 15:21 19:1 23:25 26:18 59:4,19 102:7 166:23 194:11
**told** 88:13 100:12 100:23 102:25 104:17 114:4 117:2 184:18
**tomorrow** 73:5
**tone** 17:23
**tools** 94:13
**top** 170:25 171:1
**total** 37:2 43:3 117:6,12 165:2 194:12
**Totally** 74:7
**touch** 170:10
**Trading** 4:6,22 5:19
**traditional** 95:12
**training** 32:22
**transcribed** 196:7
**transcript** 3:6 108:6 111:22 150:10 159:7 196:5,8,18,20
**transcription** 195:5 197:7
**transfer** 112:20 141:21
**transferred** 42:2
**translate** 45:13 90:6 101:12,15 128:23 146:20
**translated** 60:20 64:1 172:5
**Translates** 98:25 101:18 105:23 119:24 121:8 147:15
**translating** 101:14
**translation** 6:23 29:22 33:6 60:21 62:9,17,19 63:4 77:14 87:20 93:17 96:4 104:15 105:21 117:23 119:23 132:1 137:23 146:24 156:3 158:6 169:17 174:19 181:24 185:8,9,9 185:14,17
**translations** 62:23
**translator** 18:19 128:22 138:2,3
**trap** 123:3
**true** 10:6 21:24 56:24 60:22 72:8 86:15 188:15,16 195:5 196:8
**truth** 80:15 187:11
**truthfully** 6:11
**try** 73:17 123:2
**trying** 13:25 14:5 18:12 25:16 26:15 65:21 136:6 156:25
**tuition** 26:21
**tunnels** 30:10
**turn** 46:16 119:11 120:24,25 138:15 168:20,20
**turning** 170:11
**two** 12:5 36:10,16 42:16 43:3 51:13 59:2 106:11,12 108:23,24 123:9 133:5,18,21,23 134:3,22 161:20 176:9,22,25 177:4

177:4 178:3,4,6,7
**type** 127:16

**U**

**ultimate** 31:17
**uncertain** 150:5
**unclear** 150:24 173:16 184:12
**underneath** 175:4
**understand** 6:24 8:25 9:14 21:21 25:12,22 26:8 43:23 48:7 54:22 72:5 92:3 98:12 99:22 101:9,23 103:16,19,24 104:4 119:20,25 121:1,3 123:11,20 136:17 144:2 147:17,18 169:14 178:17 194:9
**understanding** 63:20 114:4 115:18 169:17
**understood** 7:1
**unethical** 45:4,5 150:19,22
**unfounded** 62:21
**United** 1:1 4:7
**units** 155:22,22 156:11,12,20,21 157:14,14
**universities** 28:17
**University** 28:20
**unnecessarily** 86:3 122:24
**Unnecessary** 17:21
**unsure** 129:15
**untrue** 113:24 132:8 133:7,12
**un-authored** 73:13
**upward** 35:10
**usage** 190:18
**use** 18:18 38:17 40:5 62:4 95:6 126:7,17 177:14 177:21,25 178:12 187:18
**useless** 185:3
**USPTO** 168:13
**usual** 180:20
**U.S** 9:15 16:8 57:13 79:9,15 91:1,23 92:10 93:11 94:16 131:6,12 140:3 158:15 176:15

**V**

**v** 1:4,7 143:18
**vague** 33:1 34:11 35:4 49:9 70:20 77:4,4 91:16 95:25 104:11,23 115:5,24 127:8 128:6 140:14 146:1,9 155:4 171:8 173:5 179:17,24 184:5 190:2
**valuation** 30:12 31:7
**variants** 129:21
**various** 105:11 142:10
**verbal** 6:19
**verbatim** 196:8
**verification** 31:3 134:12,17
**verified** 122:11,20 134:13
**verify** 122:8,16 134:9
**version** 3:16 60:20 61:3,8,23,25 62:4 62:5,6,7,8 121:7
**versus** 4:5 51:14
**vertically** 190:22
**video** 4:11,12,13
**videoconference** 13:19
**videographer** 2:17 4:3,25 11:3,6,10 11:15 35:12,19,23 37:9,11,13 82:15 82:19 85:11 110:18,22 130:22 131:1 165:13,17 189:6,12 193:25 194:10
**videos** 33:9,11,15 33:19 34:4,9,17 34:17,22,22 35:2
**Videotaped** 1:11
**view** 187:20 188:3
**violate** 26:4
**violating** 14:8 16:13 26:5
**violation** 87:7
**voice** 4:17
**volume** 1:12 4:4

**W**

**wait** 6:21 48:15,15 48:15
**Wan** 1:20
**Wanchai** 4:15
**want** 17:20 21:10 22:7,9,10 65:25 72:22 102:19 119:13 130:18 135:23 160:22 164:20,21 166:8 177:22 181:24 186:6 187:15
**wants** 109:3,3 165:9
**warn** 15:11,12 58:1 192:10
**warning** 58:19
**warrant** 102:16
**wasn't** 184:11
**waste** 78:5 86:4 98:19 152:15
**wasting** 77:7 79:2 97:13,14 152:13
**way** 55:12 122:7 137:17,19 152:15 187:13 190:1,4,5 191:5,18,20 196:15
**ways** 83:20 123:2
**WeChat** 3:22,23 38:20 69:19 141:21,23 142:15 174:12,13 175:3,6 175:6,16 176:1,2 176:3,9,11 177:17 177:20 178:13,15 178:19,20 179:3,3 179:6,13,14,21 180:7,14,15 182:20 183:7 184:24,25 185:21
**WeChats** 177:24 181:16
**WeCom** 177:14,16 177:20,22,25 178:7
**Wednesday** 1:13
**weeks** 178:5
**Weijin** 178:14,21 178:21
**Weiteli** 42:8,18,24 96:13,14,21 106:2 106:5,10,13 111:9 111:13 112:11 116:4,8,9,13 117:5,15,22 120:8
**well-known** 105:10
**went** 30:11 31:21 31:25
**we'll** 107:9 108:19
**we're** 11:6 35:19 37:14 50:19 97:3 97:13,14 99:2,3,7 99:12 101:5 110:18 130:22 143:10 165:13 189:8 193:11 194:2,10
**We've** 193:25
**wheels** 191:18
**willing** 46:12
**wire** 141:21
**Wise** 169:24 170:4 171:1,5
**Withdrawal** 65:13
**withdrew** 57:25
**withheld** 44:11,18
**witness** 5:4 8:4,15 8:17 9:6 10:2,4,8 10:12,12,13 12:15 12:17 13:1 14:6 15:7,9,21 16:17 17:9,11,16 18:5 18:22 19:18 20:14 20:15,21 22:23 25:5 27:23 28:20 29:25 31:13 33:8 34:21 35:5,9,16 36:8,14 39:2 40:21 44:6 45:2 45:19 46:8,10,12 46:14,18,21,23 47:4,4,7,9 48:18 49:12 56:18 57:6 57:17 58:9 61:4 61:20 64:20 65:1 65:7,19 66:15,19 68:24 71:7 74:11 76:23 78:1 81:7 84:8 85:20 87:2 87:22 88:22 89:25 90:18 91:10 92:11 93:1 94:2 95:20 96:6 97:6 98:5,16 99:9 100:16 102:17,18,22 104:3,17,24 105:24 106:1 107:6 108:14 110:6,10 111:15 111:19,19 112:13 113:15,16 114:13 115:7,25 116:23 117:8 118:1 119:16,17,25 121:4 122:2 123:3 123:3,15 125:3 127:3,15 128:2,8 129:3,14 130:9 132:3,23 134:5,14 135:4,13,22,24 136:1,7,7,8,11 137:14 138:1 139:10,18 141:9 143:5 144:7,12,23 145:2,9,10 146:6 146:8 149:13 150:9 151:21 152:2,3,5 154:24 155:6,12 156:25 157:18 158:6,9 159:6 160:19,20 161:13,14,25 162:16 165:25 167:7 168:16 169:12 172:3

173:12 174:2,24 178:17 181:13 182:2 183:11 184:15,17 185:11 188:8 189:22 190:4 191:9 192:5 193:4,12,22 196:4 197:3
**witnesses** 17:2,5
**witness's** 60:15 84:17 191:9
**woman** 70:16
**wonder** 114:13
**word** 19:3 69:22 92:17 160:16 169:14 185:2 191:10
**wording** 92:15 186:9,11
**wordings** 186:8
**words** 31:8 53:19 62:8,18 63:9 191:12
**work** 8:13,24 18:19 30:9,13,16 31:7 31:20,21,25 32:1 32:23 64:3 144:18 144:19 145:5,7 163:14 177:15
**workdays** 43:17
**worked** 30:23 31:5 31:13
**working** 6:21 8:25 31:17 193:19
**works** 8:23 145:13
**wouldn't** 109:13
**write** 69:20 149:1
**writer** 50:11
**written** 38:11 153:12
**wrong** 63:6 114:4
**Wuhan** 42:20 43:2 43:2

**X**

**x** 1:3,6,9 3:1,5 196:20
**Xianghuo** 1:5,6 2:8 4:6,6,22 5:19,21 67:24 124:16 125:25 126:5 127:24 143:18
**Xin** 69:9,10,11,15 69:17,18,21,23,25 70:7 76:20,21,24 77:3 89:16,17 139:21,24 140:1,2 140:8,19,22 141:1 141:7,24 142:3,10 167:21

**Y**

**Yang** 2:9 3:3 4:21 4:21 5:16,18,22 6:3,4 7:20 8:7,17 9:2,5,11,20 10:1 10:10,18,21 11:1 11:13,16,17 12:3 12:13,25 13:6,9 13:12,15,16,22 14:2,6,8,12,16,18 14:24 15:4,7,11 15:13,16,18 16:3 16:6,13,17,23 17:1,9,11,13,18 17:22 18:1,7,10 18:14,21,24 19:9 19:20 20:10,14,17 20:20,25 21:5,9 21:12,17,21 22:2 22:7,11,14,20,25 23:5,8,13,15,18 23:23 24:1,4,11 24:16,18,22 25:1 25:7,10,19 26:1,3 26:7,12,20,23 27:7,17,21,24 28:4,13,23 29:3,7 29:20 30:2,21 31:11 32:3 33:3 33:10,23 34:6,12 35:1,6,17 36:1,5,9 36:15,23 37:1,5 37:15,19 39:3,9 39:24 40:3,11,15 40:18,24 41:16 43:12,22 44:3,5 44:10,13,16,20 45:1,4,13,15,20 45:25 46:6,10,15 46:20,25 47:1,16 47:21 48:4,15,18 48:22,24 49:4,6 49:11,14,18,21,25 50:4,8,14,19,23 50:25 51:4,22 52:2,9,12 53:1,5,9 53:11,24 54:4,6,8 54:25 55:13,16,19 55:22 56:2,11,14 57:11,17,22 58:7 58:10,13,17,24 59:1,8,13,15,18 59:22 60:2,6,8 61:2,7,10,14,19 61:21 62:2,10,12 62:20,25 63:5,10 63:25 64:5,15,19 64:25 65:10,16,21 66:4,6,13,15,18 66:23,25 67:5,6 67:12,18 68:2,7,8 68:15 69:1,5 70:3 70:13,22 71:9,13 71:17,20,22 72:1 72:10,16,18 73:1 73:6,10,19,23 74:1,5,8,14,17,20 75:5,7,19,21,24 76:5,9,12,14,17 77:1,7,10,14,16 77:25 78:4,8,22 79:1,6,13,21,23 80:5,13,16,21 81:5,8,12,18,21 82:2,8,11,14,22 82:25 83:1,12,17 83:21,24 84:1,7 84:16,21,23 85:7 85:12,13,20 86:2 86:8,12,14,16,20 86:22,25 87:6,10 87:18,24 88:6,17 88:20,22 89:6,9 89:14 90:1,4,10 90:15,19 91:5,12 91:17 92:1,16,19 92:23,25 93:3,4 93:16,22,24 94:1 94:5 95:18,21 96:2,8,19 97:5,9 97:16,19,24 98:6 98:15,20,23 99:5 99:8,11,14,16,18 99:20,22 100:1,4 100:9,15,18,25 101:2,8,12,15,22 102:1,5,10,13,16 102:21 103:1,6,8 103:11,12 104:7 104:12,15,20 105:1,18 106:3,17 106:21 107:3,7,15 107:21,25 108:3,9 108:13,17,22,25 109:2,15,16,24 110:5,12,17 111:1 111:14,18,24 112:15 113:17,19 113:21 114:17 115:8 116:2,15 117:3,13,17 118:2 118:7 119:1,7,17 119:19 120:1,17 120:20 121:4,7,9 122:3,12,21,23 123:4,16,23 125:6 126:3,13,21 127:4 127:10,17 128:3 128:12,18,24 129:3,6,9,17 130:13,20 131:5,8 132:4,11 133:4,15 134:7,18 135:5,12 135:17,25 136:10 136:20,23 137:21 138:7,11 139:1,11 139:19 140:16 141:12 142:6 143:1,12 144:6,9 144:13,21,25 145:8,15,21,22 146:4,6,10,23 147:4,6,8,11,16 148:3,12 149:2,15 149:24 150:11,19 151:1,23 152:12 152:17,23 153:3,7 153:14 155:1,8,14 156:1,7,16 157:2 157:19 158:11 159:8,18 160:6,9 160:18,22 161:2 161:15 162:2,19 163:4,9,10,17,21 164:17,20,23,25 165:2,5,8,20 166:1,12,16 167:6 167:10,14 168:17 169:15,21 171:12 171:14,18 172:4,9 172:13,21 173:7 173:12,20,21 174:5,20 175:1 176:6 178:18 179:8,18 180:1 181:1,14,22 182:8 183:13 184:7,9,13 184:22 185:12,15 185:19 186:3,15 186:19,24 187:2 188:10,24 189:15 189:24 190:6 191:11,13,16 192:7,10,15 193:5 193:8,15,18 194:3
**yang@shm.law** 2:13
**yeah** 6:2 11:2,15 17:19 22:9 23:17 36:5,20 37:4,15 37:23,24,24 38:1 40:14 47:1 49:15 57:19 59:13 67:3 68:3 75:20 78:2 81:10,25 86:1,18 88:24 97:5 100:3 102:24 118:5 124:1 128:4 144:11 145:12 160:4,15 163:9 164:21 176:8
**year** 31:25 42:3,4,6 42:16,21 112:18 116:25 117:8,9,10 117:12 175:23 193:12,13

**years** 112:5 146:17 190:13
**yes-or-no** 46:1 75:10 83:17 135:6 179:2 183:23
**Yi** 2:10 4:23 5:20 24:6 53:6 58:17

**Z**

**zero** 17:18 71:23
**Zhen** 176:10 178:14,14,21,21 178:21
**Zheng** 2:3 3:13 22:22 23:23 24:6 52:16 53:11 58:19 63:6 74:9 78:9 79:7 97:20,25 151:24
**Zhi** 80:18,18
**Zhihuiya** 94:22,24 94:25
**Zhou** 142:19

**#**

**#14163** 5:1

**1**

**1** 1:12 3:8,21,22,23 4:4,4 10:22,23 11:7,13,19 30:23 35:10 36:3,8 37:9 42:16,19 116:25 117:8,9 123:24 147:10 169:23 173:23 190:23 195:3 196:5 197:5
**1-4-3-7** 168:23
**1:20** 97:3
**1:25-cv-05003** 1:4 4:9
**1:44** 110:20
**1:53** 110:24
**10** 1:13 3:8,18 25:17,18 138:10 138:23,24 139:2,3 195:4 196:6
**10th** 4:10
**10,000** 141:10
**10:28** 35:21
**10:38** 35:25
**100** 42:15 73:15
**103** 3:14
**11** 3:19 4:14 14:14 138:15 143:4,9
**11th** 175:23
**11,000** 41:4
**11/F** 1:19
**1102** 4:14
**1102-04** 1:18
**1103** 4:14
**119** 3:15
**12** 3:21 165:24 166:6 189:20,22 189:23
**12:02** 82:17
**12:46** 82:21
**120** 3:16
**13** 3:22 174:14,17
**13,000** 41:4
**131** 3:17
**138** 3:18
**14** 3:23 142:22,23 142:25 163:3 174:14,17
**14,000** 41:4
**14163** 1:25 196:23
**143** 3:19
**1436** 166:13,17,18 167:1 173:11 174:4
**1437** 168:21,22
**1438** 170:21,24 171:9,20,23
**1439** 171:20
**144:12** 160:7
**1442** 174:4
**15** 165:23 166:4,5 166:25 173:10
**15:35:05** 160:9
**165** 3:21
**1660** 2:4
**174** 3:22,23
**176** 166:7 174:1
**17716799539** 38:13 175:13
**18** 1:19 4:15
**197** 195:3 196:5

**2**

**2** 3:10 11:11 35:20 36:2,5,8,12,23,25 37:8,13,17,18 82:16 117:12 139:17 197:6
**2,000** 136:16
**2:45** 130:24
**2:53** 131:3
**20** 37:22
**200** 2:12
**2020** 29:9 30:7,23 33:8
**2021** 30:10
**2022** 30:15 31:19 38:23
**2023** 41:2 112:2,5,8 116:17 146:15 193:1,2,4,10
**2024** 41:3 42:1,22 116:25 117:9
**2025** 31:19,21 41:4 42:2,10,17,19,24 112:6,9,17 116:10 117:1,10,10
**2026** 1:13 4:10 42:21,25 43:2 116:11 117:11,12 143:19 195:4 196:6,24
**23** 55:3 196:24
**25** 112:3
**27** 143:19

**3**

**3** 3:11 35:24 36:2,6 36:12,23 119:12 146:20 151:4,18 151:20,22 152:1,3 152:6,8,10,11,20 197:7
**3:24** 143:11
**30** 22:25 23:15 33:17 174:13
**30(c)(2)** 23:15
**30,000** 141:11
**3000** 2:11
**31** 97:2 174:13,19
**315** 2:4
**36** 3:10,11

**4**

**4** 2:11 3:12 36:21 37:10,12,14,16 60:18 61:11 62:11 63:1,2,8 67:7 82:20,23 83:4 110:19
**4OE** 56:9
**4th** 30:24
**4-1** 37:14
**4:18** 165:15
**4:20** 164:22
**4:27** 165:19
**4:41** 175:23
**40** 16:20 33:17
**475-6289** 2:5

**5**

**5** 3:3,13 60:17 61:11 63:7 97:23 105:7 107:18,22 108:4,7 109:4,12 109:14,19,21 110:2,14,23 111:4 112:24 113:23 114:7 119:12 120:25 121:1 122:8 123:19 130:23
**5,500** 39:11
**5:30** 189:10
**5:36** 189:14
**5:37** 194:11
**5:47** 194:14
**500,000** 118:16
**51** 107:17 111:12 117:15

**6**

**6** 3:14 103:10 131:2 165:14
**60** 3:12
**62** 166:9
**650** 2:5

**7**

**7** 3:15 97:12,22 119:6 165:18 173:24 189:9
**752** 169:23 170:2 170:25

**8**

**8** 3:16 120:19 189:13

**9**

**9** 3:17 131:4
**9,000** 41:2
**9:00** 1:15
**9:09** 4:2
**9:10** 4:11
**9:27** 11:8
**9:32** 11:12
**94306** 2:12
**94402** 2:5
**97** 3:13