# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-o0o-

CONG TAN, )
)
Plaintiff, )
) Case No. 1:25-CV-05003
v. ) Judge David Weisman
)
XIANGHUO, )
)
Defendant. )
______________________________)

** ATTORNEYS' EYES ONLY **
REMOTE DEPOSITION OF LIJUN ZHENG

Taken via Zoom
On Friday, June 12, 2025
At 9:28 a.m. in Hong Kong

Reported by: Emily A. Gibb, RPR, CSR, CCR
CA CSR #14551, NV CCR #709

A P P E A R A N C E S

For the Plaintiff:

Zheng "Andy" Liu, Esq.
APTUM LAW
1660 South Amphlett Boulevard
Suite 315
San Mateo, California 94402
(650)475-6289
Andy.Liu@AptumLaw.us

For the Defendant:

Qianwu Yang, Esq.
SHM LAW FIRM
3000 El Camino Real, Building 4
Suite 200
Palo Alto, California 94306
(650) 613-9737
yang@shm.law

Also Present:

Dorothy Li, Mandarin Interpreter

* * *

# I N D E X


| LIJUN ZHENG | PAGE |
|---|---|
| Examination By Mr. Liu | 5 |


* * *

# E X H I B I T S


| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit A - | Screenshots | 8 |
| Exhibit 2 - | Collection Box - Product for Sale | 19 |


** Exhibit A and Exhibit 2 were retained by Counsel.

P R O C E E D I N G S

-o0o-

THE INTERPRETER:  Pursuant to California Government Code Section 68561 I state for the record I'm a certified interpreter by the Judicial Council of California.  My oath is with Superior Court, Federal District Court of the United States.  I'm able to provide interpreter services in this matter from English to Mandarin and from Mandarin to English.  My certification number is 3011338.

I do solemnly swear that I will make a true interpretation to the witness in Mandarin, a language that the witness understands, and will make a true interpretation of the witness's answers to questions of counsel in the English language with my best skill and judgment.

COURT REPORTER GIBB:  Thank you.

If I could please ask the witness to raise her right hand.

///

///

///

///

Thereupon --

LIJUN ZHENG,

was called as a witness, and having been first duly sworn to tell the truth, the whole truth, and nothing but the truth, testified as follows:

THE WITNESS: Yes, I do.

COURT REPORTER GIBB: Counsel, you may proceed.

MR. LIU: Okay. Thank you.

EXAMINATION

BY MR. LIU:

Q. Mr. Zheng -- Mr. -- or Mrs. Zheng, before we start, I will talk about some ground rules for today's deposition. The first rule is all your testimony today will be recorded by the reporter.

COURT REPORTER GIBB: I'm so sorry. I'm not -- I'm sorry, Mr. Liu. I'm not able to hear what you said. Please speak into the microphone.

BY MR. LIU:

Q. I said if you speak -- talk about the same stuff differently later in this proceeding, we may be able to ask you to explain the difference.

We will have a break maybe every hour for

five minutes. But if I have asked a question, you need to answer that question before we can take a break.

Is that understood?

A. I understand.

MR. YANG: Counsel, before you begin your information, for the record, the witness --

COURT REPORTER GIBB: I'm sorry. I'm not able to hear you.

MR. YANG: How about now?

COURT REPORTER GIBB: Yes, that is better. Thank you.

MR. YANG: Just for the record, the witness talking today concerning the topics identified in the deposition notice may contain highly confidential information for defendant. Therefore, we designate this, this designee, including, but not limited to the transcript and this video recording, as highly confidential information for attorneys' eyes only under the protective order.

MR. LIU: We disagree with that -- that designation, for the record. But let's proceed.

BY MR. LIU:

Q. Ms. Zheng, what is your title at the defendant Xianghuo?

A. I am in charge of the operation -- operations.
Q. So what are some of your specific job duties?
A. I'm responsible for selling -- for selling the products. You can understand that as sales promote- -- promoting.
Q. Are you in charge of --
COURT REPORTER GIBB: I -- I really am sorry. I am having a very hard time understanding a lot of what is being said. I don't know if you want me to try to find a replacement reporter. I --
You said, Are you in charge of?
BY MR. LIU:
Q. -- defendant company's sales on Amazon.com?
MR. YANG: Objection. Vague.
BY MR. LIU:
Q. Go ahead.
A. I didn't quite understand the translation after objection and what did it mean.
Q. You don't need to understand the objection. It's made -- it's made only for the record. You need --
A. Sorry. Could you repeat the question?
Q. What are your job responsibilities for

Amazon.com?

MR. YANG: Same objection.

THE WITNESS: This is part of my job.

BY MR. LIU:

Q. Okay. But with this part of your job, what specifically do you do at Amazon.com?

MR. YANG: Objection. Vague.

THE INTERPRETER: Clarification.

THE WITNESS: I upload the products for sale and make arrangement for advertisement.

BY MR. LIU:

Q. For how long have you been doing that job?

A. For quite a long time.

Q. How many years?

A. I have been working in operations ever since I graduated. But prior to this one, this job, I was working for other brands.

Q. So how many years have you spent working at Amazon.com for the defendant company?

A. Two or three years.

Q. Okay. Let me show you Exhibit A. Let me share it on the screen.

(Exhibit A was marked for identification.)

///

BY MR. LIU:
Q. Ms. Zheng, are you familiar with these two screenshots?
THE INTERPRETER: Go ahead, Counsel.
Was there more?
MR. YANG: Objection. Lack of foundation. Vague.
Ms. Interpreter, please also translate my objection.
THE INTERPRETER: Yeah.
MR. YANG: And the lack of foundation.
BY MR. LIU:
Q. Go ahead. Answer.
A. I have forgot my -- the question already.
Can we not do this so long?
Q. The question is: Do you recognize these two screenshots? Yes or no?
MR. YANG: Same objection. Lack of foundation. Vague.
THE WITNESS: Yes. I --
BY MR. LIU:
Q. So what do these two screenshots show?
A. Are you only asking me about the screenshots, or are you asking me about the files?
Q. Both.

THE INTERPRETER: Clarification.

COURT REPORTER GIBB: And I'm sorry -- I'm sorry. I didn't hear what you said.

I'm sorry. Please repeat it again.

MR. LIU: ASIN, A-S-I-N, is short for Amazon product identification number.

THE INTERPRETER: I need the answer one more time, please, Ms. Zheng.

THE WITNESS: There is a lot -- there's a lot of ASINs here. I need to --

MR. LIU: Let the interpreter finish.

THE INTERPRETER: No, I need her to repeat her answer from the beginning. She didn't start from the beginning.

THE WITNESS: These are ASIN on -- on here.

BY MR. LIU:

Q. Okay. So what's showing in the first screenshot? What's the product?

A. It is the product indicated in the picture or on this --

Q. That was made for (audio glitch) defendant company.

COURT REPORTER GIBB: I'm sorry. There's background noise. I didn't hear what you said. Please say it again.

BY MR. LIU:
Q. Is it one of the products made for sale by the defendant company?
A. Okay. Only for sale. Not for production.
Q. The second -- the second screenshot shows another product the defendant has for sale on Amazon.com; correct?
A. In my understanding, this is the same kind of a product from Screenshot 1.
Q. Ms. Zheng, can you tell me why there are so many ASINs?
MR. YANG: Objection. Vague.
THE WITNESS: This is what you showed me. I don't -- I don't understand why I need to give the reasons or answer to the reasons why there were so many ASINs.
MR. LIU: First of all, this is a file provided by your company.
Are you familiar with this file? Yes or no?
COURT REPORTER GIBB: Sorry. Please repeat your question.
BY MR. LIU:
Q. First of all, this is a file provided by your company.
Are you familiar with this file? Yes or no?

MR. YANG: Objection. Form.

For the record, Ms. Interpreter, you need to translate my objection too.

THE INTERPRETER: Counsel, can we make an agreement on the order? Do you -- if you want -- if you want to object before my interpretation, I will not remember your objection but only the question.

So is it okay you object after my interpretation? That way, I can clearly interpret your objection.

MR. YANG: Okay.

THE INTERPRETER: Thank you, Counsel.

So what -- can you state your objection one more time? Sorry.

MR. YANG: My -- my objection was form.

THE INTERPRETER: Okay.

THE WITNESS: Can you repeat the question?

BY MR. LIU:

Q. The question is: This is a file provided by your company during this -- this litigation.

Are you familiar with this file? Yes or no?

MR. YANG: Objection. Compound question.

THE WITNESS: I think I have answered the question. The above two pictures are both the products for sale in the company.

BY MR. LIU:
Q. That's not my question, first of all.
My question was: Are these ASINs product for sale by your company? Yes or no?
A. Because there are too many ASINs here, I don't remember clearly, but I do recognize the -- the pictures here.
Q. Okay. Ms. Zheng, are you aware you represent the company in this deposition today?
MR. YANG: Objection.
Sorry. Go ahead.
Objection. Form.
THE WITNESS: Yes, I'm aware.
BY MR. LIU:
Q. Did you familiarize yourself with the company's information in this litigation? Yes or no?
THE INTERPRETER: I'm sorry. Did you ...
BY MR. LIU:
Q. Did you familiarize yourself with your company's information about this litigation before today's deposition? Yes or no?
A. I want you to retranslate the question.
THE INTERPRETER: Here we go again.
THE WITNESS: Yes.
///

BY MR. LIU:

Q. Okay. Then how many ASINs are being sued in this litigation as far as you remember?

THE INTERPRETER: How many ASINs are being sued --

MR. LIU: In this case.

THE INTERPRETER: -- Counsel?

MR. LIU: Yes. Are being sued in this case.

THE INTERPRETER: Clarification.

THE WITNESS: Okay. I do not remember all these letters of the sued -- sued ASINs. However, I do recognize the pictures.

BY MR. LIU:

Q. Okay. So how many products are being sued in this case as far as you remember?

MR. YANG: Objection. Calls for --

(Clarification by the court reporter.)

MR. YANG: Objection. Calls for speculation.

(Pause in the proceedings.)

MR. YANG: For the record, Mr. Liu, we think this is really your fault because we need a technician on site, as we did the day before yesterday; correct? So just for the record.

MR. LIU: Don't tell me how to do a

deposition. Okay? Let's get on. You run your deposition the way you want. Okay. Let's get it started.

BY MR. LIU:

Q. So, Ms. Zheng, how many different type of product do you remember are sued in this litigation?

MR. YANG: Objection. Calls for speculation.

THE WITNESS: In my understanding, there are three products.

BY MR. LIU:

Q. So what are the three products?

A. Okay. So the -- the graph that the -- in my hand that I was shown, this is one type of product. Another is -- the second product is the one with two doors. And the third products is the one with transparent size. All four size are transparent.

MR. YANG: Counsel, for the record, why don't you introduce the relevant --

(Clarification by the court reporter.)

MR. YANG: Counsel, for the record, why don't you introduce the relevant exhibits to -- that the witness recognize, because obviously you are calling for speculation. She cannot remember so many products; right?

So that is for the record.

MR. LIU: No. This is my deposition. I'll do it the way I want to. Okay?

MR. YANG: All right.

BY MR. LIU:

Q. So how many units of these three products has defendant company sold in the United States in the year of 2026?

MR. YANG: Objection. Calls for speculation. And calls for a legal conclusion.

THE WITNESS: I don't quite remember.

(Clarification by the court reporter.)

BY MR. LIU:

Q. Okay. So how many units of these three products, as you said, were sold into the United States in the year of 2025?

MR. YANG: Same objection.

THE WITNESS: Yeah, I don't quite remember that neither.

BY MR. LIU:

Q. So you don't remember anything at all about how many units were sold into the United States?

MR. YANG: Objection. Argumentative.

And for the record, these numbers have already provided to -- printed through our responses

to the -- to interrogatories.
Counsel, you are wasting your time and everybody's.
BY MR. LIU:
Q. Go ahead. Yes?
A. Okay. So the sued ASINs products are quite a few, but I summarized them into three products. And I do believe the sales data had been previously provided. That is why I didn't make a particular point to remember the -- the quantity of the sold units.
Q. Okay. But the two products shown on this exhibit are among those three different type products sold into the United States by your company; right?
THE INTERPRETER: I'm sorry. Mr. Liu, can you repeat that?
MR. LIU: Yes.
BY MR. LIU:
Q. Was the two products shown in this exhibit were the -- the products your company sold into the United States; correct?
A. I think it is. I think they are.
Q. Do you know or do you think it is? Or do you know it is?
MR. YANG: Objection. Form.

THE WITNESS: I don't quite understand the difference here.

BY MR. LIU:

Q. If you think it is, then, to me, it means you're not sure. If you know it is, then you know it is. That's the difference to me.

Is that how you look at it too?

MR. YANG: Objection. Vague and argumentative.

For the record, Ms. Interpreter, the counsel's question doesn't include, "You may answer." So that shouldn't be translated.

MR. LIU: It's -- I'll include.

BY MR. LIU:

Q. Go ahead.

A. The reason I said that I think they are is because I only have this piece of paper in my hand. I was given this. And I know that Mr. Liu had previously said it's been provided, and the files are quite a few. I -- but I have only seen the printed version. And so if looking at the screenshots here, if someone had made any changes, I wouldn't know. I wouldn't have -- know that.

So that's the reason why I said I think they are. And should any changes made to the small

graphs, it would be very hard for me to distinguish or tell -- tell it apart.

MR. LIU: Okay. Let me show you Exhibit No. 2.

(Exhibit 2 was marked for identification.)

MR. YANG: Emily, in the meantime, can you -- can you share your screen about the -- about the -- about the record so that we can -- we can track the accuracy of the record --

MR. LIU: No, that's not allowed.

MR. YANG: -- as you're writing it down.

Emily, can you hear me?

MR. LIU: No, there's no -- you can look at the transcript afterwards. You can check the accuracy. You can't --

MR. YANG: Mr. Liu, we -- we are entitled to have it written out.

MR. LIU: I told you, that's not allowed. What's -- what are you entitled to?

MR. YANG: Otherwise, we cannot check -- we can --

MR. LIU: That's why you review the transcript.

MR. YANG: That would be unreasonable --

MR. LIU: There's no requirement for any -- I understand that's your preference. There is no legal requirement.

MR. YANG: For the record, counsel for the witness requests for a realtime transcript of this deposition so that counsel for the witness can verify the record --

MR. LIU: We do it after the deposition. You are not --

(Overlapping speakers.)

MR. YANG: -- in -- in realtime.

MR. LIU: We do it after the deposition.

MR. YANG: Otherwise, it could be kind of --

MR. LIU: So -- let's get on with it.

BY MR. LIU:

Q. So this Exhibit No. 2, Ms. Zheng, do you recognize the product sold in Exhibit No. 2? Yes or no?

MR. YANG: Objection. Asked and answered.

BY MR. LIU:

Q. Answer.

A. Yes, I do.

Q. So what is this product as you recognize?

(Clarification by the court reporter.)

///

BY MR. LIU:
Q. What is the product as you recognize now?
(Clarification by the court reporter.)
BY MR. LIU:
Q. What is the product as you recognize it?
(Clarification by the court reporter.)
MR. LIU: Let me repeat. Let me repeat.
BY MR. LIU:
Q. What is this product?
A. A collection box.
Q. Sold by which entity?
THE INTERPRETER: I'm sorry. What -- what's that?
BY MR. LIU:
Q. Sold by which entity?
THE INTERPRETER: You said "Sold by which entity"; right?
MR. LIU: Yes.
MR. YANG: Objection. Vague.
THE WITNESS: It's sold by Amazon. It's stated on the graph.
BY MR. LIU:
Q. Okay. So who -- which company sold this product on Amazon?
I'm not asking you what's shown. I'm

asking: As far as you can remember, which seller sold this product on Amazon?

THE INTERPRETER: The interpreter will interpret the last answer first.

THE WITNESS: So if you can enlarge the graph, I think it states the seller after Amazon.

MR. YANG: Objection. Asked and answered.

And for the record, Ms. Interpreter, Mr. Liu's question doesn't include "Please answer" -- or "You may answer."

MR. LIU: It is.

THE INTERPRETER: Mr. Yang, I didn't hear that.

Can -- can you say again?

MR. YANG: So my -- my objection is asked and answered.

And for the record, I -- respectfully, I will remind you again that Mr. Liu's original question doesn't include, "Please answer," or "You may answer." So --

MR. LIU: I just did. I did.

MR. YANG: So please -- my -- our request is please translate faithfully. Thank you.

BY MR. LIU:

Q. Go ahead. Answer the question.

Which company sold this product on Amazon.com?

You can answer the question.

MR. YANG: Objection. Asked and answered.

THE WITNESS: As indicated in the graph, in this -- Amazon platform is the seller here that sold this product.

BY MR. LIU:

Q. Okay. So which seller was indicated in this file screenshot?

MR. YANG: Objection. Asked and answered.

THE WITNESS: Okay. As I indicated earlier, is the seller indicated after the Amazon seller. If I have to spell it out, A-m-a-z-o-n E-u-r-o-p-a.

BY MR. LIU:

Q. Okay. So has your company ever sold this product on Amazon.com? Yes or no?

MR. YANG: Objection. Form.

BY MR. LIU:

Q. The question is: Has your company ever sold this product shown in this file on Amazon.com? Yes or no?

A. In my understanding, this is a storage box. Our company has sold storage box, yes.

Q. Okay. Has the company sold this specific

storage box on Amazon.com? Yes or no?
A. The outside view, in my understanding, the storage box here being sold on the platform is the same from -- our product serious starts from YF from my company.
(Clarification by the court reporter.)
BY MR. LIU:
Q. Okay. You testified your company sold a similar-looking product on Amazon.com; correct?
A. Yes. Correct. And I was pointing to the graph and the outside view that's showing in this graph.
Q. Okay. So as far as you remember, has your company sold this specific product on Amazon.com? Yes or no?
MR. YANG: Objection. Asked and answered.
THE WITNESS: I think I have answered. I seem to have answered a few times in my understanding.
BY MR. LIU:
Q. That itself is not answering. You need to answer yes or no for the record.
MR. YANG: Same objection. Asked and answered.
///

BY MR. LIU:
Q. Yes or no?
A. Please base my answer on my previous answer.
Q. I need you to answer yes or no.
MR. YANG: Counsel -- Counsel, you are harassing the witness.
BY MR. LIU:
Q. Please answer yes or no.
MR. YANG: Counsel, for the record, you are harassing the witness because the witness has answered the question, repeated it for quite a few times.
You need --
BY MR. LIU:
Q. She has not answered. You can answer now.
Has her company sold this specific product on Amazon.com? Yes or no?
I don't want to hear anything else. Either yes or no, or maybe you don't remember. One of the three and nothing else.
Yes or no, you do not remember, which is it, please?
MR. YANG: Objection. The counsel is harassing the witness.
Objection. The -- Counsel, you are

harassing the witness.

BY MR. LIU:

Q. Go ahead and answer.

A. I think I have answered the question multiple times. Please base on my previous answer.

Q. Okay. So which previous answer are you referring to?

MR. YANG: Objection. Asked and answered.

Counsel, you are harassing the witness.

BY MR. LIU:

Q. Go ahead and answer.

A. I think I have answered this question from multiple aspects, and it has been recorded, and please rely on my previous answer.

Q. Okay. Without the transcript, you said your company sold a similar-looking product, but you're not sure if this is the product the company sold. This is what we're going to rely on. Okay?

MR. YANG: Objection.

MR. LIU: Let -- let the interpreter finish.

MR. YANG: Oh, sorry.

Dorothy, are you done?

THE INTERPRETER: Yeah, I'm done.

MR. YANG: Okay. Objection mischaracterization of the testimony.

BY MR. LIU:
Q. Ms. Zheng, let me show you the entirety of Exhibit No. 2.
Do you see it in front of you?
MR. LIU: Let the record reflect, I'm showing the witness the entirety of Exhibit 2.
MR. YANG: Mr. Liu, please let the interpreter finish my -- my objection.
MR. LIU: No, they're all --
BY MR. LIU:
Q. Okay. Go through the pages.
Where is your company's --
(Clarification by the court reporter.)
BY MR. LIU:
Q. Ms. Zheng, can you go through the pages in front of you and show me where your company is identified as the seller of this product.
THE INTERPRETER: Was that a question Mr. Liu, or are you asking her to look at it?
MR. LIU: I asked her where her company is identified as a seller of this product in Exhibit No. 2.
MR. YANG: Objection. Lack of foundation.
Mr. Liu, could you please properly introduce this exhibit into this deposition.

MR. LIU: It's properly introduced.

BY MR. LIU:

Q. Go on.

My question is: Can you show me where your company is listed in Exhibit 2 as indicated as a seller of this product?

MR. YANG: Are you -- this -- Exhibit 2 --

MR. LIU: Let her finish. Stop --

MR. YANG: For the record, Counsel, I need you to properly introduce this exhibit into this deposition.

MR. LIU: No. You need to --

MR. YANG: Let me finish. Let me finish.

MR. LIU: I don't need to do anything.

(Overlapping speakers.)

MR. LIU: -- objection, objected --

MR. YANG: Mr. Liu --

MR. LIU: You don't need to do --

MR. YANG: Mr. Liu, could you please let me finish my question?

MR. LIU: No. Make the objection. We need to move on --

MR. YANG: Mr. Liu --

MR. LIU: -- with -- without making a speech.

MR. YANG: You are wasting everybody's time.
MR. LIU: You are.
MR. YANG: I'm actually --
MR. LIU: Make the objection. Let's move on.
What's your objection?
MR. YANG: The reason why you make the answer of the witness so difficult is because you haven't introduced this exhibit properly into this deposition.
MR. LIU: That's -- objection. Objection. That's all.
MR. YANG: You need to -- you need to state what this exhibit is, what it is.
MR. LIU: That's -- that's your opinion. I'm not doing that. Okay?
MR. YANG: Okay.
MR. LIU: Make your objection. Leave it on the record, and let's move on.
What's your objection?
MR. YANG: My objection is lack of foundation.
MR. LIU: Okay. Move on.
MR. YANG: And the -- and that the exhibit hasn't been properly introduced into this deposition.

MR. LIU: Okay. Objection noted.

MR. YANG: Mr. Liu, let the interpreter finish her interpretation.

THE WITNESS: I think this conclusion -- oh, sorry. This is the conclusion Mr. Liu had made on my behalf, I think, by saying that it's consenting to the statement that our company sold this product. But as I previous- -- previously stated, the seller is Amazon Europa.

BY MR. LIU:

Q. So your company never sold this product; correct?

MR. YANG: Counsel, can we meet and confer for a couple seconds?

MR. LIU: What's your objection? State it.

MR. YANG: My objection is the witness is not sure whether this exhibit is part of the exhibit to the litigation document.

MR. LIU: It does not need to be --

(Overlapping speakers.)

MR. YANG: Whether it is part of the exhibit to defendant. So you need to make that clear. Otherwise, you are asking the witness to speculate. So that would be the reason why she's so nervous.

So, Ms. -- Ms. Court Reporter, I would like

the record show my statement just now. That's the entire reason why this deposition by -- by Mr. -- by Mr. Liu has gone this, you know, very awkward way.

MR. LIU: That's your opinion. Let's move on.

BY MR. LIU:

Q. So again, once again, my question is: Has your company ever sold this product shown in Exhibit 2? Yes or no?

MR. YANG: Objection. Lack of foundation. Calls for speculation. And asked and answered.

BY MR. LIU:

Q. Answer the question.

A. I think I had just answered this question multiple times. Please base on my previous question as final answer.

Q. Okay. The next question is: For the -- before your company's product was sued in this case, had you ever obtained a license --

(Clarification by the court reporter.)

THE INTERPRETER: Yeah. I didn't hear that, Mr. Liu. So sorry.

BY MR. LIU:

Q. My question is: For the products your company sold and were sued for in this case, has your

company ever obtained a license from the patent owner, Mr. Tan, T-a-n?

THE INTERPRETER: K-e-a-n?

MR. LIU: T-a-n. Tan, T-a-n.

THE INTERPRETER: T-a-n? Tan.

MR. LIU: Yeah.

THE INTERPRETER: Okay.

MR. YANG: Objection. Assumes -- assumes facts not in evidence. Compound. Argumentative.

BY MR. LIU:

Q. Answer the question.

A. Okay. Mr. Liu, are you talking about the storage box when you ask your previous question, or were you referring to the product on this paper, on this graph? Or are you saying this file is no longer relevant?

Q. That product sold by your company on Amazon.

THE INTERPRETER: I'm sorry. I didn't get it. Sorry.

BY MR. LIU:

Q. The -- the product sold by your company, the storage product sold by your company on Amazon.com, have you ever -- ever obtained a license from plaintiff, Mr. Tan?

MR. YANG: Same objection.

BY MR. LIU:

Q. Answer.

A. So our company product sold by Xianghuo, the brand name starts with FYF, the storage box has not applied for authorization from Mr. Tan.

Q. Okay.

THE WITNESS: I need to take a break, please. I need a glass of water.

MR. LIU: Okay. Go ahead.

COURT REPORTER GIBB: Okay. We are off the record.

(The Court Reporter was replaced.)

(This portion of the deposition was concluded at 10:39 a.m.)

* * * * *

REPORTER'S CERTIFICATE

I, EMILY A. GIBB, a Certified Shorthand Reporter and Registered Professional Reporter certified in Utah, Nevada, California, Washington, Idaho and Oregon hereby certify:

THAT I reported the taking of the deposition of LIJUN ZHENG, commencing on June 12, 2026, at 9:28 a.m. to the best of my ability to hear and understand.

THAT prior to being examined, the witness was placed under oath to tell the truth, the whole truth, and nothing but the truth; that the proceedings were taken down by me in shorthand and thereafter my notes were transcribed through computer-aided transcription; and the foregoing transcript constitutes a full, true, and accurate record of such testimony adduced and oral proceedings had, and of the whole thereof.

I further certify that I am in no way related to any of the parties, nor I am I financially interested in the outcome of the case.

(X) Review and signature was requested.
( ) Review and signature was waived.
( ) Review and signature was not requested.

IN WITNESS THEREOF, I have subscribed my name on this 9th day of July, 2026.



Emily A. Gibb, RPR, CSR, CCR

CERTIFICATE OF READER-INTERPRETER

I, ________________________________________________,
who address is __________________________________________
__________________________________________________________,
a person who speaks the language of the witness;
namely, _______________________, do hereby certify that
on the ________ day of ____________________, 20_________,
I did translate the foregoing deposition from the
_______________ language into the _______________________
language reading same to the witness in his/her
native tongue, to the best of my ability;

That all corrections and changes requested by the witness were made and initialed by the witness;

That upon completion of said reading, the witness did confirm to me that he/she had understood the reading.

____________________________

Interpreter-Reader

Qianwu Yang, Esq.
yang@shm.law

July 9, 2026

RE: Tan, Cong v. Xianghuo

6/11/2026, Lijun Zheng , AM Session (#7901514)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at (production-ca@veritext.com).

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Tan, Cong v. Xianghuo
Lijun Zheng , AM Session (#7901514)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________

________________________________ _______________
Lijun Zheng , AM Session Date

Tan, Cong v. Xianghuo

Lijun Zheng , AM Session (#7901514)

ACKNOWLEDGEMENT OF DEPONENT

I, Lijun Zheng , AM Session, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Lijun Zheng , AM Session Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

**[05003 - asins]**


**0**

**05003** 1:5

**1**

**1** 11:9
**10:39** 33:14
**12** 1:17 34:5
**14551** 1:25
**1660** 2:4
**19** 3:9
**1:25** 1:5

**2**

**2** 3:9,12 19:4,5 20:16,17 27:3 27:6,22 28:5,7 31:9
**20** 35:9 38:15
**200** 2:10
**2025** 1:17 16:16
**2026** 16:8 34:5 34:20 36:3
**28531** 34:23

**3**

**30** 36:16
**3000** 2:9
**3011338** 4:11
**315** 2:4

**4**

**4** 2:9
**475-6289** 2:5

**5**

**5** 3:3

**6**

**6/11/2026** 36:5
**613-9737** 2:11
**650** 2:5,11
**68561** 4:5

**7**

**709** 1:25
**7901514** 36:5 37:2 38:2

**8**

**8** 3:8

**9**

**9** 36:3
**94306** 2:10
**94402** 2:5
**9th** 34:20

**a**

**a.m.** 1:18 33:14 34:6
**ability** 34:6 35:13
**able** 4:9 5:19 5:24 6:9
**above** 12:24 36:6 38:7
**accuracy** 19:10 19:16 36:9
**accurate** 34:10
**acknowledge...** 38:3
**acknowledg...** 36:12
**actually** 29:3
**additions** 38:6
**address** 35:5
**adduced** 34:11
**advertisement** 8:10
**agreement** 12:5
**ahead** 7:18 9:4 9:13 13:11 17:5 18:15 22:25 26:3,11 33:9
**aided** 34:10
**allotted** 36:19
**allowed** 19:11 19:19
**alto** 2:10
**amazon** 10:5 21:20,24 22:2 22:6 23:6,13 30:9 32:17
**amazon.com** 7:15 8:1,6,19 11:7 23:2,17 23:21 24:1,9 24:14 25:17 32:22
**amphlett** 2:4
**andy** 2:3
**andy.liu** 2:6
**answer** 6:2 9:13 10:7,13 11:15 18:11 20:21 22:4,9 22:10,19,20,25 23:3 24:22 25:3,3,4,8,15 26:3,5,6,11,14 29:8 31:13,16 32:11 33:2
**answered** 12:23 20:19 22:7,16 23:4 23:11 24:16,17 24:18,24 25:11 25:15 26:4,8 26:12 31:11,14
**answering** 24:21
**answers** 4:15
**apart** 19:2
**appended** 38:7
**applicable** 36:8
**applied** 33:5
**aptum** 2:3
**aptumlaw.us** 2:6
**argumentative** 16:23 18:9 32:9
**arrangement** 8:10
**asin** 10:5,15
**asins** 10:10 11:11,16 13:3 13:5 14:2,4,11 17:6

**asked** 6:1 20:19 22:7,15 23:4 23:11 24:16,23 26:8 27:20 31:11
**asking** 9:23,24 21:25 22:1 27:19 30:23
**aspects** 26:13
**assumes** 32:8,8
**attached** 36:11
**attorney** 36:13
**attorneys** 1:13 6:19
**audio** 10:21
**authorization** 33:5
**available** 36:6
**aware** 13:8,13
**awkward** 31:3

**b**

**b** 3:6
**background** 10:24
**base** 25:3 26:5 31:15
**beginning** 10:13,14
**behalf** 30:6
**believe** 17:8
**best** 4:16 34:6 35:13
**better** 6:11
**boulevard** 2:4
**box** 3:9 21:10 23:23,24 24:1 24:3 32:13 33:4
**brand** 33:4
**brands** 8:17
**break** 5:25 6:3 33:7
**building** 2:9

**c**

**c** 2:1 4:1
**ca** 1:25 36:15
**california** 2:5 2:10 4:4,7 34:3
**called** 5:3
**calling** 15:24
**calls** 14:16,18 15:7 16:9,10 31:11
**camino** 2:9
**case** 1:5 14:6,8 14:15 31:18,25 34:13
**ccr** 1:25,25 34:24
**certificate** 34:1 35:1
**certification** 4:11
**certified** 4:6 34:2,3
**certify** 34:4,12 35:8
**change** 37:4,7 37:10,13,16,19
**changes** 18:22 18:25 35:14 36:10 38:6
**charge** 7:1,8,13
**check** 19:15,21
**clarification** 8:8 10:1 14:9 14:17 15:20 16:12 20:24 21:3,6 24:6 27:13 31:20
**clear** 30:22
**clearly** 12:9 13:6
**code** 4:5
**collection** 3:9 21:10
**commencing** 34:5
**company** 8:19 10:22 11:3,18 11:24 12:20,25 13:4,9 16:7 17:14,20 21:23 23:1,16,20,24 23:25 24:5,8 24:14 25:16 26:16,17 27:16 27:20 28:5 30:7,11 31:8 31:25 32:1,17 32:21,22 33:3
**company's** 7:15 13:16,20 27:12 31:18
**complete** 38:8
**completed** 36:16
**completion** 35:17
**compound** 12:22 32:9
**computer** 34:10
**concerning** 6:14
**concluded** 33:14
**conclusion** 16:10 30:4,5
**confer** 30:13
**confidential** 6:15,19
**confirm** 35:18
**cong** 1:4 36:4 37:1 38:1
**consenting** 30:6
**constitutes** 34:10
**contain** 6:15
**copies** 36:14
**correct** 11:7 14:24 17:21 24:9,10 30:12 38:8
**corrections** 35:14 38:6
**council** 4:6

[counsel - finish]

**counsel** 3:12 4:16 5:8 6:6 9:4 12:4,12 14:7 15:18,21 17:2 20:4,6 25:5,5,9,23,25 26:9 28:9 30:13 36:14
**counsel's** 18:11
**couple** 30:14
**court** 1:1 4:7,8 4:18 5:8,18 6:8 6:11 7:9 10:2 10:23 11:20 14:17 15:20 16:12 20:24 21:3,6 24:6 27:13 30:25 31:20 33:10,12
**csr** 1:25,25 34:24
**cv** 1:5

**d**

**d** 3:1 4:1
**data** 17:8
**date** 37:24 38:12
**david** 1:6
**day** 14:23 34:20 35:9 38:15
**days** 36:16
**declare** 38:4
**deemed** 38:6
**defendant** 1:8 2:7 6:16,25 7:15 8:19 10:21 11:3,6 16:7 30:22
**deponent** 36:13 38:3
**deposing** 36:13
**deposition** 1:14 5:16 6:15 13:9 13:21 15:1,2 16:2 20:6,8,12 27:25 28:11 29:10,25 31:2 33:13 34:5 35:10
**description** 3:7
**designate** 6:16
**designation** 6:22
**designee** 6:17
**difference** 5:24 18:2,6
**different** 15:5 17:13
**differently** 5:23
**difficult** 29:8
**disagree** 6:21
**distinguish** 19:1
**district** 1:1,2 4:8
**document** 30:18
**doing** 8:12 29:16
**doors** 15:16
**dorothy** 2:14 26:22
**duly** 5:3
**duties** 7:4

**e**

**e** 2:1,1 3:1,6 4:1 4:1 23:14 32:3 37:3,3,3
**earlier** 23:12
**either** 25:18
**el** 2:9
**emily** 1:25 19:7 19:13 34:2,24
**english** 4:10,11 4:16
**enlarge** 22:5
**entire** 31:2
**entirety** 27:2,6
**entitled** 19:17 19:20
**entity** 21:11,15 21:17
**errata** 36:11,13 36:16
**esq** 2:3,8 36:1
**europa** 30:9
**everybody's** 17:3 29:1
**evidence** 32:9
**examination** 3:3 5:12
**examined** 34:7
**exhibit** 3:7,8,9 3:12,12 8:21 8:23 17:13,19 19:3,5 20:16 20:17 27:3,6 27:21,25 28:5 28:7,10 29:9 29:14,24 30:17 30:17,21 31:9
**exhibits** 15:22
**explain** 5:24
**eyes** 1:13 6:19

**f**

**facts** 32:9
**fails** 36:18
**faithfully** 22:23
**familiar** 9:2 11:19,25 12:21
**familiarize** 13:15,19
**far** 14:3,15 22:1 24:13
**fault** 14:22
**federal** 4:8
**file** 11:17,19,23 11:25 12:19,21 23:10,21 32:15
**files** 9:24 18:19
**final** 31:16
**financially** 34:13
**find** 7:12
**finish** 10:11 26:20 27:8

28:8,13,13,20 30:3
**firm** 2:9
**first** 5:3,16 10:17 11:17,23 13:2 22:4
**five** 6:1
**follows** 5:5
**foregoing** 34:10 35:10 38:5
**forgot** 9:14
**form** 12:1,15 13:12 17:25 23:18
**foundation** 9:6 9:11,19 27:23 29:22 31:10
**four** 15:17
**friday** 1:17
**front** 27:4,16
**full** 34:10
**further** 34:12
**fyf** 33:4

**g**

**g** 4:1
**gibb** 1:25 4:18 5:8,18 6:8,11 7:9 10:2,23 11:20 33:10 34:2,24
**give** 11:14
**given** 18:18 38:9
**glass** 33:8
**glitch** 10:21
**go** 7:18 9:4,13 13:11,23 17:5 18:15 22:25 26:3,11 27:11 27:15 28:3 33:9
**going** 26:18
**government** 4:5
**graduated** 8:16
**graph** 15:13 21:21 22:6 23:5 24:11,12 32:15
**graphs** 19:1
**ground** 5:15

**h**

**h** 3:6 37:3
**hand** 4:20 15:14 18:17
**harassing** 25:6 25:10,24 26:1 26:9
**hard** 7:10 19:1
**hear** 5:19 6:9 10:3,24 19:13 22:12 25:18 31:21 34:6
**hereto** 38:7
**highly** 6:15,18
**hong** 1:18
**hour** 5:25

**i**

**idaho** 34:4
**identification** 8:24 10:6 19:6
**identified** 6:14 27:17,21
**illinois** 1:2
**include** 18:11 18:13 22:9,19
**including** 6:17
**indicated** 10:19 23:5,9,12,13 28:5
**information** 6:7,16,19 13:16,20
**initialed** 35:15
**interested** 34:13
**interpret** 12:9 22:4
**interpretation** 4:13,15 12:6,9 30:3
**interpreter** 2:14 4:4,6,9 8:8 9:4,8,10 10:1,7,11,12 12:2,4,12,16 13:17,23 14:4 14:7,9 17:15 18:10 21:12,16 22:3,3,8,12 26:20,23 27:8 27:18 30:2
31:21 32:3,5,7 32:18 35:1,23
**interrogatories** 17:1
**introduce** 15:19,22 27:24 28:10
**introduced** 28:1 29:9,25

**j**

**job** 7:3,25 8:3,5 8:12,16
**judge** 1:6
**judgment** 4:17
**judicial** 4:6
**july** 34:20 36:3
**june** 1:17 34:5

**k**

**k** 32:3
**kind** 11:8 20:13
**know** 7:11 17:23,24 18:5 18:5,18,22,23 31:3
**kong** 1:18

**l**

**lack** 9:6,11,18 27:23 29:21 31:10
**language** 4:13 4:16 35:7,11 35:12
**law** 2:3,9

**leave** 29:18
**legal** 16:10 20:3 36:23
**letters** 14:11
**li** 2:14
**license** 31:19 32:1,23
**lijun** 1:14 3:2 5:2 34:5 36:5 37:2,24 38:2,4 38:12
**limited** 6:17
**line** 37:4,7,10 37:13,16,19
**listed** 28:5
**litigation** 12:20 13:16,20 14:3 15:6 30:18
**liu** 2:3 3:3 5:10 5:13,19,21 6:21,23 7:14 7:17 8:4,11 9:1 9:12,21 10:5 10:11,16 11:1 11:17,22 12:18 13:1,14,18 14:1,6,8,13,21 14:25 15:4,11 16:2,5,13,20 17:4,15,17,18 18:3,13,14,18 19:3,11,14,17 19:19,23 20:1 20:8,12,14,15 20:20 21:1,4,7 21:8,14,18,22 22:11,21,24 23:8,15,19 24:7,20 25:1,7 25:14 26:2,10 26:20 27:1,5,7 27:9,10,14,19 27:20,24 28:1 28:2,8,12,14,16 28:17,18,19,21 28:23,24 29:2 29:4,11,15,18 29:23 30:1,2,5 30:10,15,19 31:3,4,6,12,22 31:23 32:4,6 32:10,12,20 33:1,9
**liu's** 22:9,18
**long** 8:12,13 9:15
**longer** 32:15
**look** 18:7 19:14 27:19
**looking** 18:21 24:9 26:16
**lot** 7:11 10:9,10

**m**

**m** 23:14
**made** 7:22,22 10:21 11:2 18:22,25 30:5 35:15 38:5
**make** 4:12,14 8:10 12:4 17:9 28:21 29:4,7 29:18 30:22
**making** 28:24
**mandarin** 2:14 4:10,10,13
**marked** 8:23 19:5
**mateo** 2:5
**matter** 4:9
**mean** 7:20
**means** 18:4
**meet** 30:13
**microphone** 5:20
**minutes** 6:1
**mischaracteri...** 26:25
**move** 28:22 29:4,19,23 31:4
**multiple** 26:5 26:13 31:15

**n**

**n** 2:1 3:1 4:1 10:5 23:14 32:2,3,4,4,5
**name** 33:4 34:20
**native** 35:13
**necessary** 38:6
**need** 6:2 7:21 7:23 10:7,10 10:12 11:14 12:2 14:22 24:21 25:4,13 28:9,12,14,18 28:21 29:13,13 30:19,22 33:7 33:8
**neither** 16:19
**nervous** 30:24
**nevada** 34:3
**never** 30:11
**noise** 10:24
**northern** 1:2
**notary** 38:13 38:19
**note** 36:10
**noted** 30:1 38:7
**notes** 34:9
**notice** 6:15
**number** 4:11 10:6
**numbers** 16:24
**nv** 1:25

**o**

**o** 4:1 23:14,14
**o0o** 1:3 4:2
**oath** 4:7 34:8
**object** 12:6,8
**objected** 28:16
**objection** 7:16 7:20,21 8:2,7 9:6,9,18 11:12 12:1,3,7,10,13 12:15,22 13:10 13:12 14:16,18 15:7 16:9,17 16:23 17:25 18:8 20:19

21:19 22:7,15 23:4,11,18 24:16,23 25:23 25:25 26:8,19 26:24 27:8,23 28:16,21 29:4 29:6,11,11,18 29:20,21 30:1 30:15,16 31:10 32:8,25
**obtained** 31:19 32:1,23
**obviously** 15:23
**oh** 26:21 30:4
**okay** 5:10 8:5 8:21 10:17 11:4 12:8,11 12:16 13:8 14:2,10,14 15:1,2,13 16:3 16:14 17:6,12 19:3 21:23 23:9,12,16,25 24:8,13 26:6 26:15,18,24 27:11 29:16,17 29:23 30:1 31:17 32:7,12 33:6,9,10
**once** 31:7
**operation** 7:1
**operations** 7:2 8:15
**opinion** 29:15 31:4
**oral** 34:11
**order** 6:20 12:5
**oregon** 34:4
**original** 22:18
**outcome** 34:13
**outside** 24:2,11
**overlapping** 20:10 28:15 30:20
**owner** 32:2

**p**

**p** 2:1,1 4:1 23:14
**page** 3:2,7 37:4 37:7,10,13,16 37:19
**pages** 27:11,15
**palo** 2:10
**paper** 18:17 32:14
**part** 8:3,5 30:17,21
**particular** 17:9
**parties** 34:13
**patent** 32:1
**pause** 14:20
**person** 35:7
**picture** 10:19
**pictures** 12:24 13:7 14:12
**piece** 18:17
**placed** 34:8
**plaintiff** 1:5 2:2 32:24
**platform** 23:6 24:3
**please** 4:19 5:20 9:8 10:4,8 10:25 11:20 22:9,19,22,23 25:3,8,22 26:5 26:14 27:7,24 28:19 31:15 33:8
**point** 17:10
**pointing** 24:10
**portion** 33:13
**preference** 20:2
**present** 2:13
**previous** 25:3 26:5,6,14 30:8 31:15 32:13
**previously** 17:8 18:19 30:8
**printed** 16:25 18:20
**prior** 8:16 34:7
**proceed** 5:9 6:22
**proceeding** 5:23
**proceedings** 14:20 34:9,11
**product** 3:9 10:6,18,19 11:6,9 13:3 15:6,14,15 20:17,23 21:2 21:5,9,24 22:2 23:1,7,17,21 24:4,9,14 25:16 26:16,17 27:17,21 28:6 30:7,11 31:8 31:18 32:14,17 32:21,22 33:3
**production** 11:4 36:15
**products** 7:6 8:9 11:2 12:25 14:14 15:10,12 15:16,25 16:6 16:15 17:6,7 17:12,13,19,20 31:24
**professional** 34:3
**promote** 7:7
**promoting** 7:7
**properly** 27:24 28:1,10 29:9 29:25
**protective** 6:20
**provide** 4:9
**provided** 11:18 11:23 12:19 16:25 17:9 18:19
**public** 38:19
**pursuant** 4:4

**q**

**qianwu** 2:8 36:1
**quantity** 17:10
**question** 6:1,2 7:24 9:14,16 11:21 12:7,17 12:19,22,24 13:2,3,22 18:11 22:9,19 22:25 23:3,20 25:11 26:4,12 27:18 28:4,20 31:7,13,14,15 31:17,24 32:11 32:13
**questions** 4:15
**quite** 7:19 8:13 16:11,18 17:6 18:1,20 25:11

**r**

**r** 2:1 4:1 23:14 37:3,3
**raise** 4:19
**read** 36:9 38:5
**reader** 35:1,23
**reading** 35:12 35:17,19
**real** 2:9
**really** 7:9 14:22
**realtime** 20:5 20:11
**reason** 18:16 18:24 29:7 30:24 31:2 36:11 37:6,9 37:12,15,18,21
**reasons** 11:15 11:15
**receipt** 36:17
**recognize** 9:16 13:6 14:12 15:23 20:17,23 21:2,5
**record** 4:5 6:7 6:13,22 7:22 12:2 14:21,24 15:18,21 16:1 16:24 18:10 19:9,10 20:4,7 22:8,17 24:22 25:9 27:5 28:9 29:19 31:1 33:11 34:11
**recorded** 5:17 26:13
**recording** 6:18
**referenced** 36:6
**referring** 26:7 32:14
**reflect** 27:5
**registered** 34:3
**related** 34:13
**relevant** 15:19 15:22 32:16
**rely** 26:14,18
**remember** 12:7 13:6 14:3,10 14:15 15:6,24 16:11,18,21 17:10 22:1 24:13 25:19,21
**remind** 22:18
**remote** 1:14
**repeat** 7:24 10:4,12 11:20 12:17 17:16 21:7,7
**repeated** 25:11
**replaced** 33:12
**replacement** 7:12
**reported** 1:25 34:5
**reporter** 4:18 5:8,17,18 6:8 6:11 7:9,12 10:2,23 11:20 14:17 15:20 16:12 20:24 21:3,6 24:6 27:13 30:25 31:20 33:10,12 34:3,3
**reporter's** 34:1
**represent** 13:9
**request** 22:22
**requested** 34:15,17 35:14
**requests** 20:5
**required** 38:13
**requirement** 20:1,3
**respectfully** 22:17
**responses** 16:25
**responsibilities** 7:25
**responsible** 7:5
**retained** 3:12
**retranslate** 13:22
**return** 36:13,16
**review** 19:23 34:15,16,17 36:7
**right** 4:20 15:25 16:4 17:14 21:17
**rpr** 1:25 34:24
**rule** 5:16
**rules** 5:15
**run** 15:1

**s**

**s** 2:1 3:6 4:1 10:5 37:3
**sale** 3:10 8:9 11:2,4,6 12:25 13:4
**sales** 7:6,15 17:8
**san** 2:5
**saying** 30:6 32:15
**screen** 8:22 19:8
**screenshot** 10:18 11:5,9 23:10

**screenshots** 3:8 9:3,17,22,24 18:21
**second** 11:5,5 15:15
**seconds** 30:14
**section** 4:5
**see** 27:4
**seem** 24:18
**seen** 18:20
**seller** 22:1,6 23:6,9,13,13 27:17,21 28:6 30:8
**selling** 7:5,5
**sent** 36:14
**serious** 24:4
**services** 4:9
**session** 36:5 37:2,24 38:2,4 38:12
**share** 8:22 19:8
**sheet** 36:11
**shm** 2:9
**shm.law** 2:11 36:2
**short** 10:5
**shorthand** 34:2 34:9
**show** 8:21 9:22 19:3 27:2,16 28:4 31:1
**showed** 11:13
**showing** 10:17 24:11 27:6
**shown** 15:14 17:12,19 21:25 23:21 31:8
**shows** 11:5
**sign** 36:12
**signature** 34:15 34:16,17,23
**signed** 36:19
**similar** 24:9 26:16
**site** 14:23
**size** 15:17,17
**skill** 4:16
**small** 18:25
**sold** 16:7,15,22 17:10,14,20 20:17 21:11,15 21:16,20,23 22:2 23:1,6,16 23:20,24,25 24:3,8,14 25:16 26:16,17 30:7,11 31:8 31:25 32:17,21 32:22 33:3
**solemnly** 4:12
**solutions** 36:23
**sorry** 5:18,19 6:8 7:10,24 10:2,3,4,23 11:20 12:14 13:11,17 17:15 21:12 26:21 30:5 31:22 32:18,19
**south** 2:4
**speak** 5:20,22
**speakers** 20:10 28:15 30:20
**speaks** 35:7
**specific** 7:3 23:25 24:14 25:16
**specifically** 8:6
**speculate** 30:23
**speculation** 14:19 15:8,24 16:10 31:11
**speech** 28:25
**spell** 23:14
**spent** 8:18
**start** 5:15 10:13
**started** 15:3
**starts** 24:4 33:4
**state** 4:5 12:13 29:13 30:15
**stated** 21:21 30:8
**statement** 30:7 31:1
**states** 1:1 4:8 16:7,16,22 17:14,21 22:6
**stop** 28:8
**storage** 23:23 23:24 24:1,3 32:13,22 33:4
**stuff** 5:23
**subscribed** 34:19 38:14
**sued** 14:2,5,8 14:11,11,14 15:6 17:6 31:18,25
**suite** 2:4,10
**summarized** 17:7
**superior** 4:7
**sure** 18:5 26:17 30:17
**swear** 4:12
**sworn** 5:4 38:14

**t**

**t** 3:6 32:2,4,4,5 37:3,3
**take** 6:2 33:7
**taken** 1:16 34:9
**talk** 5:15,22
**talking** 6:14 32:12
**tan** 1:4 32:2,4,5 32:24 33:5 36:4 37:1 38:1
**technician** 14:23
**tell** 5:4 11:10 14:25 19:2,2 34:8
**testified** 5:5 24:8
**testimony** 5:17 26:25 34:11

**[testimony - working]**

36:9,17 38:8
**thank** 4:18 5:10 6:12 12:12 22:23
**thereof** 34:11 34:19
**think** 12:23 14:21 17:22,22 17:23 18:4,16 18:24 22:6 24:17 26:4,12 30:4,6 31:14
**third** 15:16
**three** 8:20 15:10,12 16:6 16:14 17:7,13 25:20
**time** 7:10 8:13 10:8 12:14 17:2 29:1 36:18
**timeframe** 36:8
**times** 24:18 25:12 26:5 31:15
**title** 6:24
**today** 5:17 6:14 13:9
**today's** 5:16 13:21
**told** 19:19
**tongue** 35:13
**topics** 6:14
**track** 19:10
**transcribed** 34:9
**transcript** 6:18 19:15,24 20:5 26:15 34:10 36:6,19 38:5,8
**transcription** 34:10
**translate** 9:8 12:3 22:23 35:10
**translated** 18:12
**translation** 7:19
**transparent** 15:17,17
**true** 4:12,14 34:10 38:8
**truth** 5:4,4,5 34:8,8,8
**try** 7:12
**two** 8:20 9:2,16 9:22 12:24 15:15 17:12,19
**type** 15:5,14 17:13

**u**

**u** 23:14
**under** 6:20 34:8
**understand** 6:5 7:6,19,21 11:14 18:1 20:2 34:6
**understanding** 7:10 11:8 15:9 23:23 24:2,19
**understands** 4:14
**understood** 6:4 35:19
**united** 1:1 4:8 16:7,15,22 17:14,21
**units** 16:6,14 16:22 17:11
**unreasonable** 19:25
**upload** 8:9
**used** 36:19
**utah** 34:3

**v**

**v** 1:6 36:4 37:1 38:1
**vague** 7:16 8:7 9:7,19 11:12 18:8 21:19
**verify** 20:6 36:9
**veritext** 36:14 36:23
**veritext.com** 36:15
**version** 18:21
**video** 6:18
**view** 24:2,11

**w**

**waived** 34:16
**want** 7:11 12:5 12:6 13:22 15:2 16:3 25:18
**washington** 34:3
**wasting** 17:2 29:1
**water** 33:8
**way** 12:9 15:2 16:3 31:3 34:12
**weisman** 1:6
**witness** 4:13,14 4:19 5:3,7 6:7 6:13 8:3,9 9:20 10:9,15 11:13 12:17,23 13:13 13:24 14:10 15:9,23 16:11 16:18 18:1 20:5,6 21:20 22:5 23:5,12 24:17 25:6,10 25:10,24 26:1 26:9 27:6 29:8 30:4,16,23 33:7 34:7,19 35:7,12,15,16 35:18 36:8,10 36:12,18
**witness's** 4:15
**working** 8:15 8:17,18

**[writing - zoom]**


**writing** 19:12
**written** 19:18

**x**

**x** 3:1,6 34:15
**xianghuo** 1:7 6:25 33:3 36:4 37:1 38:1

**y**

**yang** 2:8,11 6:6 6:10,13 7:16 8:2,7 9:6,11,18 11:12 12:1,11 12:15,22 13:10 14:16,18,21 15:7,18,21 16:4,9,17,23 17:25 18:8 19:7,12,17,21 19:25 20:4,11 20:13,19 21:19 22:7,12,15,22 23:4,11,18 24:16,23 25:5 25:9,23 26:8 26:19,21,24 27:7,23 28:7,9 28:13,17,19,23 29:1,3,7,13,17 29:21,24 30:2 30:13,16,21 31:10 32:8,25 36:1,2
**yeah** 9:10 16:18 26:23 31:21 32:6
**year** 16:8,16
**years** 8:14,18 8:20
**yesterday** 14:24
**yf** 24:4

**z**

**z** 23:14
**zheng** 1:14 2:3 3:2 5:2,14,14 6:24 9:2 10:8 11:10 13:8 15:5 20:16 27:2,15 34:5 36:5 37:2,24 38:2,4,12
**zoom** 1:16

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.