# EXHIBIT C

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

________________________________

CONG TAN,

Plaintiff,

v. Case No.

XIANGHUO, 1:25-cv-05003

Defendant.

________________________________

CONTINUED DEPOSITION OF 30(b)(6) CORPORATE

REPRESENTATIVE OF XIANGHUO - LIJUN ZHENG

DATE: Friday, June 12, 2026 HKT

Thursday, June 11, 2026 PDT

TIME: 10:54 a.m. HKT

7:54 p.m. PDT

LOCATION: JEN Hong Kong by Shangri-La

508 Queen's Road West, 28th Floor

Business Conference Center

Sai Wan, Hong Kong, China

OFFICIATED BY: Damien Stoneberger

JOB NO.: 7901514

# A P P E A R A N C E S

ON BEHALF OF PLAINTIFF CONG TAN:

ZHENG LIU, ESQUIRE (by videoconference)
TINA JIN, ESQUIRE (by videoconference)
Aptum Law
1660 South Amphlett Boulevard, Suite 315
San Mateo, CA 94402
andy.liu@aptumlaw.us
tina.jin@aptumlaw.us
(650) 475-6289

ON BEHALF OF DEFENDANT XIANGHUO:

QIANWU YANG, ESQUIRE (by videoconference)
SHM Law Firm
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306
yang@shm.law
(650) 613-9737

ALSO PRESENT:

Dorothy Li, Mandarin Interpreter, Certification No. 3011338 (by videoconference)

# I N D E X


| EXAMINATION: | PAGE |
|---|---|
| By Mr. Liu | 4 |
| By Mr. Yang | 147 |


## E X H I B I T S


| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 3 | United States Design Patent Form 1054752 | 13 |
| Exhibit 4 | Ricardo.M.Tan WeChat Messages and Company Defenses | 22 |


## QUESTIONS INSTRUCTED NOT TO ANSWER


| PAGE | LINE |
|---|---|
| 32 | 16 |
| 63 | 15 |

P R O C E E D I N G S

THE OFFICER: We are back on the record. The time is -- one second. Sorry. So yeah, 7:54 p.m.

MR. LIU: Okay.

EXAMINATION

BY MR. LIU:

Q Ms. Zheng, your company sold [inaudible] product into the United States, and those product were sued in this case. Do you know that?

MR. YANG: Objection. Compound. Vague.

BY MR. LIU:

Q Answer.

THE OFFICER: Was it compound and vague?

MR. YANG: Yes, compound and vague.

THE OFFICER: Thank you.

THE INTERPRETER: Okay. No worries. Interpreter will repeat the question for Ms. Zheng.

THE INTERPRETER (FOR THE WITNESS): I'm aware of that.

BY MR. LIU:

Q Okay. For the products that were sued in this case, has the company ever obtained a license from Mr. Tan?

MR. YANG: Objection. Asked and answered.

THE OFFICER: Mr. Yang, can you mute your speakers? There's an echo.

MR. YANG: Yes. I will mute the computer audio.

Objection. Asked and answered.

THE INTERPRETER (FOR THE WITNESS): I seem to have answered the question before the break.

BY MR. LIU:

Q The company -- sorry. The product your company sold and it was in the United States, the company has never obtained any license from this Mr. Tan; correct?

THE INTERPRETER: From Mr. Tan, you said?

MR. LIU: Yeah, Mr. Tan.

THE INTERPRETER: Okay.

MR. YANG: Objection. Assumes facts not in evidence. Compound. Augmentative. And asked and answered.

BY MR. LIU:

Q Answer the question.

A I think I have answered the question.

Q For the products that were sued in this case, your company imported this product into the United States; correct?

THE INTERPRETER: Mr. Liu, I didn't get

it.

MR. LIU: For the product that was sued in this case, your company imported those product into the United States; correct?

THE INTERPRETER: Your company did import it?

MR. LIU: Imported those products into the United States; is that right?

MR. YANG: Objection. Beyond the scope.

THE INTERPRETER (FOR THE WITNESS): I'm not too sure.

BY MR. LIU:

Q Okay. Then who imported those product into the United States?

A -- on the Amazon platform.

Q Okay. So did your company manufacture those product in U.S. or in China?

THE INTERPRETER (FOR THE WITNESS): Pardon me, Mr. Liu. One more time, please.

MR. LIU: Does your company manufacture those products in China or in the United States?

MR. YANG: Objection. Assumes facts not in evidence. Compound. Asked and answered.

BY MR. LIU:

Q Answer the question.

THE INTERPRETER: Oh, she didn't hear the entire question. So the interpreter will repeat the question for Ms. Zheng.

THE INTERPRETER (FOR THE WITNESS): Okay. With regard to this question, I think I have sort of answered it in the beginning. My company only sell the products. We did not -- we don't -- we don't produce or manufacture the products.

BY MR. LIU:

Q Okay. How did those products arrive in the United States, as far as you --

THE OFFICER: I didn't hear the last part of the question after the U.S.

MR. LIU: Arrive into the United States.

THE OFFICER: Oh, thank you.

MR. YANG: Objection. Vague.

THE INTERPRETER: The interpreter will repeat the question.

THE INTERPRETER (FOR THE WITNESS): I believe it -- I think it's shipped to the U.S. by the shipping agent.

BY MR. LIU:

Q So did company ask the shipping agent to ship the product into the United States?

THE OFFICER: Sorry. Please restate

that. The first part was cut off.

MR. LIU: Did your company ask the shipping agent to ship those product into the United States, yes or no?

MR. YANG: Objection. Vague. Beyond the scope.

THE INTERPRETER (FOR THE WITNESS): I'm not too sure.

BY MR. LIU:

Q So you don't know how your company's own product got into the United States; is that right?

THE INTERPRETER: I'm so sorry, Mr. Liu. I didn't get that.

MR. LIU: So you do not know how your company's product arrived in the United States; is that right?

MR. YANG: Objection. Mischaracterization of the testimony. Asked and answered.

THE INTERPRETER (FOR THE WITNESS): So I don't believe I actually stated that. What I stated was my company had -- had a shipping agent to ship those products to the United States. I wasn't quite sure if the question was addressing whether my company hired a shipping agent to -- to ship those to the United States.

BY MR. LIU:
Q Okay. As far as you know, which company hired a shipping agent to ship those product into the United States?
THE OFFICER: What was that after our "as far as you know"?
MR. LIU: Which company hired the shipping agent to ship those products into the United States?
MR. YANG: Objection. Beyond the designated topics.
THE INTERPRETER (FOR THE WITNESS): I have answered this question just now.
BY MR. LIU:
Q So the question you have for the record is you do not know who asked the shipping agent to ship that to the United States; is that right?
MR. YANG: Objection. Mischaracterization of the testimony.
BY MR. LIU:
Q Answer the question.
THE OFFICER: I didn't hear what you said, Mr. Liu.
MR. LIU: Answer the question.
THE OFFICER: Got you.

BY MR. LIU:
Q You're not here to make objection. You're here to answer my question. Do you understand that?
MR. YANG: Mr. Liu, you are not supposed to instruct --
MR. LIU: You have an objection?
MR. YANG: Are we --
THE OFFICER: Please --
MR. YANG: Just objection. The objection was mischaracterization of the testimony.
BY MR. LIU:
Q Answer the question.
MR. YANG: And the --
THE OFFICER: Sorry. I didn't hear what you said, Mr. Yang.
Ms. Interpreter, sorry. I know there's a weird rhythm here, but try to bear with me here.
MR. YANG: Okay. The objection is mischaracterization of the testimony. And then I would like the interpreter to translate the objection.
THE INTERPRETER: Interpreter has been. And I'll do it again.
MR. YANG: Oh, sorry. Maybe because of the equipment doesn't work that well. Thank you.
THE INTERPRETER: I didn't hear you, Mr.

Yang.

THE INTERPRETER (FOR THE WITNESS): Okay. I think I've answered the question. I don't believe my answers should be summarized as I don't know.

BY MR. LIU:

Q Then how your answer should be summarized? How would you like the answer to be summarized?

THE INTERPRETER: I'm sorry. One more time, please, Mr. Liu.

MR. LIU: How would you like your answer to be summarized?

THE INTERPRETER: How would you like --

MR. LIU: Your answer to be summarized.

THE INTERPRETER: I didn't get that.

MR. LIU: How --

THE INTERPRETER: Okay.

MR. LIU: -- like for your answer to be summarized?

MR. YANG: Objection. Form. Vague.

THE INTERPRETER (FOR THE WITNESS): Based on my previous answer, I believe my previous answer has been recorded clearly.

BY MR. LIU:

Q Okay. So if you later answer something else, we'll use your earlier statement to impeach you in this

proceeding. Do you understand that?

THE INTERPRETER: Mr. Liu, could you please get closer to the microphone? I'm so sorry. I couldn't get it.

MR. LIU: Yes.

BY MR. LIU:

Q So, Ms. Witness, if you later say something different to my question in this proceeding, we'll use your earlier statement to impeach you. Do you understand that, yes or no?

THE INTERPRETER: I'm so sorry. Is there any way I can get real time from Damien?

THE OFFICER: I'm not a real time --

THE INTERPRETER: -- understanding the question.

THE OFFICER: I'm not a real time reporter. Sorry.

(The officer repeated the record as requested.)

MR. YANG: Objection. Calls for legal conclusion.

THE INTERPRETER: I didn't hear you, Ms. Zheng.

THE INTERPRETER (FOR THE WITNESS): Okay. I think I have answered the question in -- without

waiting in time.

BY MR. LIU:

Q I'll show you Exhibit Number 3. I'm sharing on the screen now.

(Exhibit 3 was marked for identification.)

MR. LIU: It says request -- hey, Damien, I request to share something.

THE OFFICER: It is allowed. Sorry about that. You can try again. You'll be able to do it.

BY MR. LIU:

Q So, Ms. Witness, do you recognize this document?

THE OFFICER: I'm sorry. You're not sharing the document. You're sharing your folder screen.

MR. LIU: How about now?

THE OFFICER: You'll have to undo the share and then reshare with the document. I'm sorry. It's not sharing the proper item.

MR. LIU: Okay. Here it is.

BY MR. LIU:

Q Ms. Witness, do you recognize this document?

A Can I ask Mr. Liu to introduce it?

Q No. My question is, do you recognize this

document?

MR. YANG: Objection. Vague.

THE INTERPRETER (FOR THE WITNESS): The reason I'm asking for the source of this document was because there are indeed a lot of characters written on this file, and I'm not sure anything has been changed or edited.

I can tell that the main characteristics of this product graphic is the graphic of the patent product. I'm just not sure whether any words has been edited.

BY MR. LIU:

Q So this is United States Design Patent 1054752. Do you see that?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): I see it.

BY MR. LIU:

Q Did your company know about this patent before this lawsuit?

A No, didn't know.

Q So does your company know this patent now?

THE INTERPRETER: I'm sorry. Does your company --

MR. LIU: Know about this patent now.

THE INTERPRETER (FOR THE WITNESS): Yes.

BY MR. LIU:

Q So what do you know about this patent?

MR. YANG: Objection. Vague.

BY MR. LIU:

Q Answer the question.

A I think if there hasn't been any editing on this file, I believe this is the patent certificate issued by the United States patent authority.

Q So when did your company first know about this patent?

A That's when Amazon notified us there had been a TRO.

Q Okay. So after you learned about this patent, you company continued selling the product sued in this case; correct?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer the question.

A I think that answer was definitely false because when a TRO is brought up, Amazon would definitely force you to stop selling.

Q Okay. So do you know that the TRO was dissolved later on?

THE OFFICER: Can I hear that question

again?

MR. LIU: Do you know that the TRO was dissolved later on?

MR. YANG: Objection. Beyond scope of the designated topics.

BY MR. LIU:

Q Answer the question.

A So as a layperson, my statements has been that the TRO was dissolved, but Amazon -- that -- that's why Amazon was able to allow us to take money out. As long as the TRO period was still ongoing, we will not be able to withdraw any money.

Q Okay. So after the TRO was dissolved, did your company resume selling the products sued in this case?

MR. YANG: Objection. Vague.

BY MR. LIU:

Q Answer.

A Correct. After the -- has been dissolved, continued to sell those products in the suit.

THE OFFICER: May I hear the answer again, Madam Interpreter?

THE INTERPRETER: Sure. Yeah. The answer was "Yes, after it's been dissolved, we continued to sell the products in the suit."

BY MR. LIU:

Q Your company continues to sell the products sued even today; correct?

MR. YANG: Objection. Vague.

THE INTERPRETER (FOR THE WITNESS): Because the sued [inaudible] products were quite a bit, some of these products have been stopped selling, but some of the products are still being sold.

BY MR. LIU:

Q Okay. So how many types of the products sued in this case the company is still selling?

THE OFFICER: Can I hear the question again, please?

MR. LIU: Yeah.

BY MR. LIU:

Q How many products -- how many types of the products sued in this case are your company still selling today?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): Currently our Xianghuo company has only a little bit of the products left that's still in the inventory of Amazon, and only the returned products from Amazon can be resold -- can be resold.

//

BY MR. LIU:

Q Okay. So do you understand that your company has been accused of patent infringement by Plaintiff Tan, T-A-N?

A I'm aware of that. This is the reason why we're doing this deposition here today.

Q So when did your company first learn that Mr. Tan accused the company of patent infringement?

A I have just answered this question.

Q So at the time the company received the TRO notice from Amazon; is that correct?

A Correct. And it was also notified from Amazon.

Q Okay. Your company was also sued by another company in the Central District of California, correct, for patent infringement; correct?

THE OFFICER: I missed a word.

MR. YANG: Objection.

THE OFFICER: Sorry. Go ahead with your objection.

MR. YANG: Objection. Irrelevant.

THE OFFICER: I missed the word after "central."

MR. LIU: Central District of California for patent infringement.

THE OFFICER: Thank you.
BY MR. LIU:
Q Answer the question.
A Yes. However, I do believe this has nothing to do with our suit here.
Q Has your company ever been sued by anybody else besides those two cases for patent infringement?
MR. YANG: Objection. Beyond the scope.
BY MR. LIU:
Q Answer.
A I don't believe we have been sued by other company. I don't believe my company was sued by two other companies. I think counsel's question seem to state two other companies, if I didn't hear it incorrectly.
Q I said other than these two companies, has your company been sued by somebody else for patent infringement?
MR. YANG: Objection. Form. Beyond the scope.
THE INTERPRETER (FOR THE WITNESS): I have just answered the question.
BY MR. LIU:
Q In the Central District of California case, your company was accused of willful patent infringement;

correct?

THE INTERPRETER: Your company was accused of --

MR. LIU: Willful patent infringement.

THE INTERPRETER: Willful patent infringement?

MR. LIU: Yes. Yes.

THE INTERPRETER: Okay.

MR. YANG: Objection. Beyond the scope and irrelevant.

BY MR. LIU:

Q Answer.

A This lawsuit has been ended for quite some time. I don't quite remember clearly.

Q So how much your company paid the plaintiff the Central District of California case to settle the patent infringement?

MR. YANG: Objection. Vague. Beyond the scope. And irrelevant.

BY MR. LIU:

Q Answer the question.

A First of all, I don't quite remember that. Secondly, I don't believe this has relevance to our case at hand.

Q So you don't remember how much your company

paid to settle that case? Is that your testimony today?

MR. YANG: Objection. Assumes facts not in the evidence. Beyond the scope of the designated topics. And irrelevant. And asked and answered.

BY MR. LIU:

Q Answer the question.

A I have answered this question just now. Please base it on my previous answer.

Q My next question is, your company's product was sued in that case are similar products that were sued in this case too; correct?

THE OFFICER: Did you say similar products or several products?

MR. LIU: Similar product.

THE OFFICER: I didn't hear that.

MR. LIU: Similar.

THE OFFICER: Thank you.

MR. YANG: Objection. Beyond the scope. And irrelevant.

THE INTERPRETER (FOR THE WITNESS): Okay. So the lawsuit brought up in Central District of California is about the innovation patent, and it has -- it's related to many different types of products. It's very hard to say which one it's similar to which product.

BY MR. LIU:

Q Okay. Let me share with you another file. One sec.

THE INTERPRETER: I'm sorry, Mr. Liu. I didn't get that.

MR. LIU: I said let me share another file. One sec.

THE INTERPRETER: Sorry. One more time.

THE OFFICER: Let me share another file. One sec.

MR. LIU: Let me share another file. One sec. Give me one second.

THE INTERPRETER: Thank you.

THE OFFICER: I did not hear that one, sir.

MR. LIU: I said my mouse is working a little funny. Give me one sec.

THE OFFICER: My mouse is working with the --

MR. LIU: A little funny. Give me one sec. Okay. This is Exhibit 4, I think. It has -- let me see -- one, two, three -- three pages, Exhibit 4.

(Exhibit 4 was marked for identification.)

//

BY MR. LIU:

Q Ms. Witness, do you recognize any of the three pages in Exhibit 4?

THE INTERPRETER: I'm so sorry. Can I get that one more time?

BY MR. LIU:

Q Ms. Witness, do you recognize any of the pages in Exhibit 4?

A So I would still like counsel to properly introduce this document source because only after that, you know, I can try to avoid maybe judging from so many characters. Or in this document, I don't know. I know some key information. I don't want, you know, the contents to be edited. Then I would have problem in my answer.

Q This is one of the documents your company filed into this litigation; is that right?

THE INTERPRETER: I'm sorry. This document was provided by your company --

MR. LIU: Was filed by your company into this case; correct?

THE INTERPRETER: This file was provided by your company?

MR. LIU: This document was filed by your company into this case; correct?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): Earlier I was just hoping Ms. Liu -- Mr. Liu could introduce the source of this document.

BY MR. LIU:

Q Which I just did. This is one of the files your company filed into this document to prove this case. Do you recognize that?

A The reason I wanted Mr. Liu to introduce this document source was, first of all, I do recognize the core information in this document is a image. But aside from that image, I understand there are many contents also are in this document.

And it has other characteristics. I would like to find out if this document has been changed in any way, and I wouldn't be able to remember any secondary information.

Q Okay. So where do you recognize this image?

THE INTERPRETER: Where do you recognize this --

MR. LIU: This image or logo.

THE INTERPRETER: Why or where?

MR. LIU: Where.

THE INTERPRETER: Where.

THE INTERPRETER (FOR THE WITNESS):

The -- the headshot.

BY MR. LIU:

Q How do you recognize the headshot?

A Okay. I recall this image. In my recollection, I think the image is the core characteristics of this page. Of course, aside from that, I can see there is the ID name, the person's ID. The WeChat ID is on the --

THE OFFICER: I missed a word there. Sorry. The person ID?

THE INTERPRETER: WeChat ID.

THE OFFICER: WeChat.

THE INTERPRETER (FOR THE WITNESS): And some numbers. Yeah, and some numbers as well.

BY MR. LIU:

Q Okay. So outside this document I'm showing you, where did you see this image?

A If this is indeed what we provided before without any editing, I must have seen this image before.

Q So as far as you can tell, has this document been edited by anybody?

THE INTERPRETER: This document what? I missed the rest.

MR. LIU: Has this document been edited by anybody, as far as you can tell?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer.

A I think I have answered this question a few times. And I want to say that it's very hard for me to remember any secondary characteristics from this file or page, let alone that I won't be able to tell if this has been changed or edited in any way.

That is exactly why I had hoped Mr. Liu to give me the source of these documents and so that maybe I could tell whether it has been changed or not because I can -- the only thing I can recognize clearly, identify clearly, is the image itself.

Q Do you recognize the phrase Ricardo.M.Tan?

A Yes, of course I'm able to see it.

Q Okay. I understand you can see it. Do you recognize this phrase from anywhere?

THE OFFICER: This phrase what? Sorry. This phrase what?

MR. LIU: Recognize this phrase from anywhere you can remember.

MR. YANG: Objection. Vague.

BY MR. LIU:

Q Answer.

A I had just answered. I said should the

documents be the exact same version of the original document we provided, then yes, of course I have seen this phrase before. But I just couldn't tell whether this document has been edited.

Q Do you recognize WeChat ID A958709379?

MR. YANG: Objection. Calls for speculation.

BY MR. LIU:

Q Answer.

A I'm able to see this WeChat ID here, but it would be very hard for me to remember this WeChat ID.

Q Do you know who owns this WeChat ID?

A Okay. If this image is exactly the original version provided by my company without editing, then I can tell that this WeChat ID belongs to Mr. Tan, the person who is in lawsuit with us with regard to the outside view patent in the --

Q How do you know that's Mr. Tan's WeChat ID?

THE OFFICER: Sorry. Sorry. I didn't hear the end of the answer there. I heard the outside view patent.

THE INTERPRETER: In this lawsuit.

THE OFFICER: Thank you.

BY MR. LIU:

Q How do you know that's Mr. Tan's WeChat ID?

MR. YANG: Objection. Vague.

THE INTERPRETER (FOR THE WITNESS): All my previous answers were based on one condition, which was the document was provided by my company without any editing. And how am I able to tell this WeChat ID belongs to Mr. Tan, I'm relying upon the image, and that is the main characteristics.

BY MR. LIU:

Q Okay. Have you talked to Mr. Tan on WeChat yourself?

A No.

Q Then how do you know that's Mr. Tan's WeChat ID?

A Like I just said, if this document before my eyes was provided by my company, pretty sure I have previously seen this.

Q Okay. Who told you that was Mr. Tan's WeChat ID?

A That is a friend of mine.

Q What's a friend of mine's name?

A My friend's name -- we all call him or her J.

Q How do you spell that?

A J as in Jack. J as in Jack.

Q So his name is just letter J; right?

A That's how we refer him, how we call him.

Q Okay. Do you know his legal name?

MR. YANG: Objection. Beyond the scope of the -- beyond the scope.

BY MR. LIU:

Q Answer the question.

A I don't remember right this moment.

Q So did you ever know J's legal name at all?

MR. YANG: Objection. Beyond the scope.

BY MR. LIU:

Q Answer.

A Well, because usually whenever we communicate with him, we always call him J. And that has been going on always. So I have trouble remembering his full legal name.

Q So how long do you know J? How many --

THE OFFICER: What came after "How do you know J? How long did you know J?"

MR. LIU: How many years?

THE OFFICER: Thank you.

MR. YANG: Objection. Beyond the scope. Irrelevant.

BY MR. LIU:

Q Answer.

A I don't quite remember the time, how long I have known J.

Q Is J a employee of your company?
A No.
Q Which company does J work for?
MR. YANG: Objection. Beyond the scope. Irrelevant.
BY MR. LIU:
Q Answer.
A I'm not sure. I'm not clear. I think we have not mentioned the company that J worked for.
Q Okay. What's J's home address?
MR. YANG: Objection. Beyond the scope. Irrelevant.
BY MR. LIU:
Q Answer.
A I don't know about that.
Q What's J's work address?
MR. YANG: Objection. Beyond the scope. Irrelevant.
BY MR. LIU:
Q Answer.
A I think it's either in Shenzhen or in Guang Zhou. Not too sure where exactly he is because he comes -- he goes back and forth between the two locations.
Q J goes back and forth between the two

locations for what purpose?

THE INTERPRETER: For -- I'm sorry. What's the last word?

MR. LIU: For what purpose?

MR. YANG: Objection. Beyond the scope. Calls for speculation.

BY MR. LIU:

Q Answer.

A I have never asked him that question.

Q So J provided this document to your company; correct?

A Correct.

Q When did J provide this document to company, which month and date?

MR. YANG: Objection. Beyond the scope. Calls for speculation.

BY MR. LIU:

Q Answer.

A I'm sorry. I don't quite remember the exact date.

Q Okay. Which month?

A It's pretty close months. I just don't remember which month exactly that is.

Q Did J just give this file directly to you or somebody else at your company?

MR. YANG: Objection. Form.
BY MR. LIU:
Q Answer.
A I -- I think he handed this -- turned this to the company, our company.
Q Which person he turned the file to?
A If I didn't remember this incorrectly, J forwarded it to me. And I in turn forward it to the attorney.
Q How did J forward this file to you; by email, by fax, by message? How did he do that?
MR. YANG: Objection.
THE OFFICER: I didn't hear the objection.
MR. YANG: Objection. Objection. This answer will be privileged. So I'll instruct the witness not answer.
MR. LIU: How is that privileged --
THE OFFICER: Hang on, counsels, please. One at a time. I didn't hear -- I think I heard "How is that privileged?" I didn't hear anything after that.
MR. LIU: The witness testified the file was sent to her by J. Then the witness forwarded the file to your team. I'm asking how J forwarded the file to the witness. How is that privileged?

MR. YANG: Because all the actions you just described were under the counsel's direction.

MR. LIU: So -- okay. So you're saying on record your company hired J to get the image; correct? That's what you said?

MR. YANG: You are making a false statement, Mr. Liu.

MR. LIU: So what -- I said are you making? You're saying it's under your direction. So which part was done under your direction?

MR. YANG: After --

MR. LIU: -- between?

MR. YANG: After we learned about such a shocking communication, we asked the client.

THE OFFICER: We asked who? Oh, the client. Sorry.

MR. YANG: Yeah. We asked client to provide that relevant documents.

MR. LIU: Okay. The document was sent to Ms. Zheng first. Then you learned about it; correct? Go ahead.

THE OFFICER: I didn't -- I'm sorry. Sorry. They what; correct?

MR. YANG: One moment. So --

MR. LIU: The file was sent to Ms.

Witness by J. And then counsel supposedly learned about this file afterwards. That's what counsel said; right?

MR. YANG: I think, Mr. Liu, my objection is well preserved, and your objection is preserved as well. And now I think this end of this discussion. And the witness is instructed not to answer this question because it is privileged.

MR. LIU: I don't think so because you said that is first --

MR. YANG: That is your position. You can --

MR. LIU: Let me state this on record. Okay?

Counsel Yang stated his company learned about the communication after J told the communication -- told to Ms. Witness. And then Counsel Yang asked Mr. J to send the file to Ms. Zheng. That's what counsel is saying. But then the document itself was forwarded by J to Ms. Witness before the counsel learned that. Therefore, it's not privileged.

Your turn.

MR. YANG: For the record, Counsel, you are misstating my position. So my position is the question you just asked is about privileged information because the relevant thought -- the relevant

communication was under the direction of counsel.
MR. LIU: You need to explain. What do you mean by under direction of counsel? What do you mean by relevant?
MR. YANG: You have no right to examine opposing counsel. And I think you are wasting time.
MR. LIU: That's -- I don't understand --
THE OFFICER: I think you were missing what?
MR. YANG: Pardon?
THE OFFICER: I didn't hear what you said. "I think you are" --
MR. YANG: Sorry. Sorry. I said you are wasting your time.
THE OFFICER: Thank you.
MR. LIU: Is that all? That's all?
MR. YANG: It's on the record.
BY MR. LIU:
Q Ms. Witness, do you recognize this phone number?
THE INTERPRETER: Do you recognize --
BY MR. LIU:
Q 1 (771) 679-9539.
MR. YANG: Objection. Calls for speculation.

BY MR. LIU:
Q Answer.
A (Speaking in Mandarin.)
Q So you don't know Mr. Tan's phone number; correct?
THE OFFICER: I haven't heard her translation. I haven't heard interpretation for the answer yet.
THE INTERPRETER (FOR THE WITNESS): I think I also answered this somewhat previously. The way that I remember this image or this document in particular, I used the image as the main memory point.
Should this document be the same version my company provided initially plus that there had been no editing whatsoever, then I would be able to know this is Cong Tan's cell phone number. However, if you ask me to recite the number, I wouldn't be able to do that.
MR. YANG: Counsel, may we have a lunch break?
MR. LIU: No, thanks, Counsel.
MR. YANG: We have already -- this deposition has already lasted for more than an hour. Right? So that's our -- we're entitled for break. You want a five-minute break or --
MR. LIU: 12:25? Yes. Let's come back

12:25, 12:30.

MR. YANG: That's not the ground rule. We have a break. The ground rule is one hour, then we have a five-minute break; right?

THE OFFICER: What kind of break, sir?

MR. LIU: I'm not --

THE OFFICER: Sorry. One second. One second. I'm not hearing you guys clearly.

MR. LIU: Are you going on lunch break? Yes or -- I'm confused.

MR. YANG: I would prefer either a five-minute break or lunch break.

MR. LIU: Yeah, I'm offering a lunch break. That's what I'm saying. So I don't know what you're arguing about.

MR. YANG: Okay.

MR. LIU: So 12:25 coming back.

MR. YANG: Okay. Half an hour. Good.

MR. LIU: See you then.

MR. YANG: Okay. Thank you.

MR. LIU: All right. Thank you very much.

THE OFFICER: Okay. We're now off the record. The time is 8:57 p.m.

(Off the record.)

THE OFFICER: We are back on the record. The time is 9:49 p.m.

BY MR. LIU:

Q All right. Ms. Witness, I was asking you about some WeChat messages before. Let me ask -- so let me go to -- sorry. This is my bad. Okay.

THE OFFICER: Sorry. Breaking up a little bit. After "sorry," I didn't hear you there.

MR. LIU: That's all right. I was looking at one exhibit. This is one I was looking at.

BY MR. LIU:

Q So, Ms. Witness, do you know who took a screenshot of this person's WeChat profile?

THE OFFICER: Sorry. Sorry. Mr. Yang, you'll need to mute your computer.

MR. YANG: Yes, I have left the computer.

MR. LIU: No, you're not on mute.

MR. YANG: Is it better right now, Mr. Court Reporter?

THE OFFICER: Yeah, you're good now. Thank you.

MR. YANG: Thank you.

BY MR. LIU:

Q Go ahead.

A I believe I have answered this question

earlier.

Q I don't think you did. So who took the screenshot of this person's WeChat profile?

MR. YANG: Objection. Asked and answered. You may refer to the earlier translation. You'll see the answer.

BY MR. LIU:

Q Answer.

A I have answered the question earlier. Please rely on my earlier answer.

Q Let me move on to the second page of this document. Do you know who took a screenshot of this message?

MR. YANG: Objection. Asked and answered.

BY MR. LIU:

Q Answer.

A I have already answered this a moment ago.

Q Where did you answer this question? I was asking about WeChat profile. I was not asking you about this page specific. This is first time we've been to this page.

A All the WeChat records or contents, if it was the original version, my company provided to the other side counsel without any editing. And it's putting in

front of my eyes as it is, I believe these were taken by J.

Q Okay. How about the third page? Was the third page screenshot taken by J too, as far as you know?

MR. YANG: Objection. Asked and answered.

BY MR. LIU:

Q Answer.

A Okay. I believe I have answered the question earlier. I just wanted to make it clear this was provided by J, not taken by J.

Q Okay. Then my question was, who took the screenshot of this page, as far as you know?

A I think as far as the screenshot, everyone who uses WeChat would be able to know it's the righthand person, the -- the right-side image person.

Q Okay. So who this right-side image person is? Do you know that?

A From the last screenshot, I think this person's name has showed up. He was introduced himself as Jam to Mr. Tan Cong. And he also stated that he is an employee from Zhonggang Company.

Q Okay. The person said he was Jam, but do you know he was in fact Jam or not? Do you know that?



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

MR. YANG: Objection. Form.
BY MR. LIU:
Q Answer.
THE OFFICER: Sorry. Can I -- sorry. Sorry. Can I hear the objection again?
MR. YANG: Form.
THE OFFICER: Thank you.
BY MR. LIU:
Q Answer.
A This person is J-A-M, not J.
Q So as far as you know, Jam is not the same person as J you referred to earlier; correct?
A That's correct.
Q Okay. So what's the name, legal name, of this person called Jam?
A Sorry. I think the later part of this person's name has Z-H-E-N in there. Let me think. J did mention that his name seems to be Wei Zhen Zhang, spelling W-E-I Z-H-E-N, last name Z-H-E -- Z-H-A-N-G.
Q So do you know this current person called Wei Zhen Zhang personally?
A I do not.
Q Do you know when Jam took the screenshot of this page?
MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer.

A I'm not exactly clear, but as it's showing on the screenshot, it's 9:40.

Q 9:40 a.m. or p.m.? Where --

A According to the WeChat page, it's showing evening.

Q Where does it say that?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): The upper left corner.

BY MR. LIU:

Q You mean this symbol?

A (Speaking in Mandarin.)

Q Do you know, or are you guessing?

A Sorry. I think --

THE OFFICER: I -- go ahead, Madam Interpreter.

THE INTERPRETER (FOR THE WITNESS): I think that -- isn't that the setting of the WeChat?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer the question.

A What's the question, please?

Q The question was, do you know it was taken at

9:40 p.m., or you're guessing?

MR. YANG: Objection. Form. Calls for speculation.

BY MR. LIU:

Q Answer.

A I saw it. I can see it on the image.

Q So based on image, you believe it was taken at 9:40 p.m.; correct?

MR. YANG: Same objection. Asked and answered.

BY MR. LIU:

Q Answer.

A I have to correct something. I disagree with the word "take a shot" because when you take a shot of something, it should be an object, but this is a screenshot. But aside from this, the rest of my answer is same as prior.

Q So when this screenshot was taken, were you present?

A No, I was not.

Q So was J present when the screenshot was taken?

MR. YANG: Objection. Form. Calls for speculation.

THE INTERPRETER (FOR THE WITNESS): Okay.

J didn't tell me about that.

BY MR. LIU:

Q Okay. So as far as you know, J was not present because he never told you he was; correct?

MR. YANG: Objection. Mischaracterization of the testimony.

BY MR. LIU:

Q Answer.

A I think that's a misunderstanding of my testimony. By saying J didn't tell me or didn't mention that doesn't mean necessarily it is or it isn't.

Q Okay. So your testimony today is J may or may not be present. You simply do not know; correct?

THE INTERPRETER: Sorry. One more time, please, Mr. Liu.

BY MR. LIU:

Q Your testimony today is J may or may not be present when this screenshot was taken. You simply do not know that; correct?

A Yes, I think so.

Q Okay. So where does this person called Jam work?

A I think he had introduced himself to Tan Cong during the WeChat.

Q So how do you this self-introduction is

correct?

THE OFFICER: Sorry. I didn't hear the rest of the answer. Can I please hear that?

THE INTERPRETER (FOR THE WITNESS): Yeah, I know he had introduced himself to Mr. Tan Cong in the WeChat history.

BY MR. LIU:

Q Okay. So how do you know his self-introduction is correct?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer.

THE INTERPRETER: Clarification -- okay.

THE INTERPRETER (FOR THE WITNESS): We had taken items or cargo from Zhonggang Company. Cong Tan also did.

BY MR. LIU:

Q So how does that help you determine Jam in fact works at this company?

MR. YANG: Objection. Form. Calls for speculation.

THE INTERPRETER: I didn't get the second part, Mr. Yang.

MR. YANG: Calls for speculation.

THE INTERPRETER (FOR THE WITNESS): I

think since he had said that himself, pretty sure he is someone from Zhonggang Company.

BY MR. LIU:

Q So whatever Jam said must be true. That's what you're saying; correct?

MR. YANG: Objection. Mischaracterizes witness testimony.

BY MR. LIU:

Q Answer.

THE OFFICER: What was the second part? Sorry. I thought I missed something. Oh, sorry. You said answer. Sorry. Okay. Go ahead.

THE INTERPRETER (FOR THE WITNESS): So Jam had said that he is in fact from Zhonggang, and I do believe that is the truth. And I think the fact that Xianghuo and Tan Cong had both taken items or taken products from Zhonggang --

THE INTERPRETER: Sorry. Strike the second sentence.

THE INTERPRETER (FOR THE WITNESS): Both Xianghuo and Tan Cong represented Zhonggang, taking products from Hengchuang. Okay. Xianghuo had ordered products -- okay. Xianghuo had purchased from Zhonggang Company before. And also, Tan Cong, on behalf of Hengchuang, had taken products from Zhonggang as well.

THE OFFICER: Who ordered? Sorry. Madam Interpreter, I was just looking for the word there. I didn't -- I wasn't looking for a clarification.

THE INTERPRETER: No, she was trying to explain to me what she means.

THE OFFICER: Oh, okay.

THE INTERPRETER: Nobody knows what's going on, but I was asking her to explain what she mean.

THE OFFICER: Okay. Thank you.

THE INTERPRETER: And she also said, "Zhonggang is a manufacturer, and Xianghuo had taken products from Zhonggang."

THE OFFICER: Okay. Thank you.

BY MR. LIU:

Q So what's Jam's phone number? Do you know that?

THE INTERPRETER: I'm sorry. What's Jam's what?

MR. LIU: Phone number. Do you know that?

MS. JIN: Phone number.

THE INTERPRETER: Phone record?

MR. LIU: Phone number.

THE INTERPRETER: Phone number. Okay.

THE INTERPRETER (FOR THE WITNESS): I'm

not sure.

BY MR. LIU:

Q What's Jam's email address? Do you know that?

A No. In China, it's rare for us to use email addresses.

Q Okay. Have you ever talked to Jam directly yourself?

A No.

Q Have you messaged Jam yourself directly?

A No.

Q Have you sent messages to Jam directly?

A No.

Q Have you received any message from Jam directly yourself?

A No.

Q Is Jam a male or female?

A Jam is a male's name.

Q Okay. So do you know he in fact is a male or female?

A This is only my guess because judging from the name, it's a man's name. I don't know for sure he's a guy or a woman.

Q Okay. What's Jam's age? Do you know that?

A Not sure.

Q As far as you know, does J know Jam's age?

MR. YANG: Objection. Calls for speculation.

BY MR. LIU:

Q Answer.

A I have not asked J this question.

Q As far as you know, has J ever talked to Jam directly?

MR. YANG: Objection. Calls for speculation.

BY MR. LIU:

Q Answer.

A I have not asked J this question either.

Q So how Jam sent this document to J? Do you know that?

A That I'm not sure.

Q Okay. Let me switch to a different exhibit. Let me go through your company's affirmative defenses with you now. Okay.

A Okay.

Q Are these --

THE OFFICER: Are we marking this document?

MR. LIU: This is still Exhibit Number -- okay. I'm going to say Exhibit Number 4.

THE OFFICER: Thank you.

MR. LIU: -- was answered, filed, on June 1, 2026.

THE INTERPRETER: I'm sorry. Was there a question? What's the question?

MR. LIU: No, I just identified the document for the reporter. The docket number for this document is docket number 126.

THE OFFICER: Thank you.

BY MR. LIU:

Q Ms. Witness, your company asserted that the accused product do not infringe Mr. Tan's patent in this case; correct?

THE INTERPRETER: I need that one more time, please.

MR. LIU: Yes.

BY MR. LIU:

Q Your company asserted that this product sued in this case do not infringe Mr. Tan's patent; correct?

THE INTERPRETER: Hold on.

THE INTERPRETER (FOR THE WITNESS): I think the sued products in this case, there are many essence products, but I would categorize them into two types of products, mainly.

And the first type is the two-door storage box, and the second type is the one -- the --

the boxes are transparent from all four sides with -- with no pattern. And I believe the product that's being sued is different.

BY MR. LIU:

Q Okay. Let's talk about the two-door product right now. So why do you believe the two-door storage box does not infringe this patent?

MR. YANG: Objection. Calls for legal conclusion.

BY MR. LIU:

Q Answer.

A Whether or not this is the infringement of Tan Cong's patent, that's the judgment from an expert. But me as the person in charge of operation, I know that our storage box has two doors, where Tan Cong's box has only one door.

And also Tan Cong's products has four -- has patterns on all four sides, and that is the main difference. That is actually pretty big difference. I did not bring our product category here today with me. That's why I could not display the photos.

Q So any other reason which you believe the two-door product does not infringe Tan's patent?

THE OFFICER: Can I hear that -- can I hear after "two-door"?

BY MR. LIU:
Q The two-door -- any other reason you believe the two-door storage box your company sells does not infringe Tan's patent?
MR. YANG: Objection. Calls for legal conclusion. And assumes facts not in evidence.
BY MR. LIU:
Q Answer.
A I had previously -- previously answered that I believe the products are different in the eyes of a layperson like me. What I can see in my eyes is that they do have major difference. Since I have not printed our two-door product category or the booklets or pamphlet, I am not able to show you the -- the graphic or the photo today.
But you can see there are obvious differences. In my opinion, the two-door products has a clear difference from Tan Cong's patent. And I'm only talking about the two-door or double-door product.
Q Okay. Any other difference between the double-door product and Tan's patent ,as far as you know today?
MR. YANG: Objection. Calls for legal conclusion.
//

BY MR. LIU:
Q Answer.
A I believe I had answered the question just now.
Q So no other difference that you can think of today; is that right?
MR. YANG: Objection. Mischaracterization of the witness testimony.
BY MR. LIU:
Q Answer.
A That's not what I meant, but please rely on my previous answer.
Q Okay. Besides what's your previous answer, do you or do you not have any other reason based on which you believe the two-door product does not influence the pattern, yes or no?
MR. YANG: Same objection. Asked and answered.
BY MR. LIU:
Q Answer.
A I had responded to this question earlier. Please rely on my previous answer.
Q Moving on to the next product, you mentioned there's a four levels product; is that right?
THE INTERPRETER: Sorry, Mr. Liu. I

didn't get that.

MR. LIU: Yes.

BY MR. LIU:

Q Mr. Witness, you mentioned there's a product that has four levels; is that right?

THE INTERPRETER: Four what?

MR. LIU: Four levels.

BY MR. LIU:

Q Is that the term you used?

THE INTERPRETER: Did you say four --

MR. LIU: Level, L-E-V-E-L.

BY MR. LIU:

Q Is that a term you use?

THE INTERPRETER: For less?

MR. LIU: Four levels. Levels.

THE OFFICER: Levels. He's saying levels, L-E-V-E-L-S.

THE INTERPRETER: Levels. Thank you. And the question was -- can you repeat the question?

MR. LIU: Yeah.

BY MR. LIU:

Q You mentioned another kind of product that's called four level product; is that right? Like, did I use the right phrase?

THE INTERPRETER: I didn't get the

beginning.

BY MR. LIU:

Q So what was the second product you mentioned that has four levels? What term did you use? Four levels or four stories?

THE OFFICER: Can I hear that question again? Sorry. There was some crosstalk.

THE INTERPRETER: Yeah, he didn't let me finish.

BY MR. LIU:

Q Did you use the term "four levels" or "four stories?

"MR. YANG: Objection. Mischaracterizes the witness testimony.

BY MR. LIU:

Q Answer.

A I did not mention the word "four levels."

Q Okay. So what's the second product you mentioned, then?

A What I said was all four sides was transparent.

Q Okay. For the product that has transparent four sides, what are the reasons for you to believe it does not infringe Tan's patent?

MR. YANG: Objection. Calls for a legal

conclusion.

BY MR. LIU:

Q Answer.

A So I had mentioned that earlier, but I will say this again. For the products that has all four sides all transparent without pattern, that's our product without decorative design pattern.

As a layperson and as well as the operation for Amazon platform, I can tell this is obvious difference since Tan Cong's product does have decorative designs on four sides. So that's -- that's obviously different.

Q Okay. Besides the differences you just mentioned, any other difference that will make you believe the four-side transparent product does not infringe Tan's patent?

MR. YANG: Objection. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): So since I have not printed out the products that are under this lawsuit, the three type of products, they -- they have their own patterns, especially the four-sides transparent products.

If I had shown you the graphic itself, it is very straightforward. You can tell the difference

from the graphics as a layperson. You know, I don't know how to describe it in much greater details.

BY MR. LIU:

Q Okay. As to a layperson, any other difference that you can think of today?

MR. YANG: Same objection.

BY MR. LIU:

Q Answer.

A I believe I had clearly answered that question.

Q Okay. Let's talk about next affirmative defense. Your company claims that any patent infringement was not willful; correct?

THE INTERPRETER: Sorry. What's the last word? Was not --

MR. LIU: Was not willful; correct?

THE INTERPRETER: Oh, okay. Thank you.

MR. YANG: Objection. Mischaracterizes the answer and the third defense of Plaintiff.

THE OFFICER: I didn't hear after "mischaracterized the answer."

MR. YANG: Do you want me to repeat that?

THE OFFICER: Yes, please.

MR. YANG: Okay. Objection. Mischaracterization for plaintiff's third defense.

MR. LIU: Sorry. Defendant's --

MR. YANG: Sorry. Defendant's third defense. Thank you, Mr. Liu.

BY MR. LIU:

Q Answer, please.

A It's been a while. Can we repeat the question?

Q Why do you believe your company's patent infringement, if any, is not willful?

MR. YANG: For the record, Ms. Madam Interpreter, I believe the translation might be a little bit different than the original question. And I believe you missed "if any."

THE INTERPRETER: I didn't get what you said.

MR. YANG: Yeah. Madam Interpreter, I believe you missed a phrase from the question, namely "if any."

THE INTERPRETER: I didn't get it.

THE OFFICER: He's saying that, Madam Interpreter, I believe you missed a phrase from the question. And I didn't get the rest of that, actually.

MR. YANG: Yeah. The -- okay. Let me -- let's make this simple. Objection. Mischaracterization of the third defense of Defendant Xianghuo.

BY MR. LIU:

Q Go ahead. Answer.

A Repeat the question, please. Here we go again.

Q The question, is your company's patent infringement, if any, willful or not?

MR. YANG: Madam Interpreter, I believe the deposing counsel also used the phrase "if any," and I believe -- that didn't translate that.

THE INTERPRETER: I didn't hear the word. And I also didn't hear it from your mouth. Sorry. Can you say what the word is?

MR. YANG: If any.

THE INTERPRETER: I'm sorry. What's that? Spell --

THE OFFICER: If any. If any. I-F and then space N-A-Y [sic].

THE INTERPRETER: Okay. And where is "if any"? Could you put it back in a sentence for me so I can re-translate?

MR. YANG: Counsel, do you --

BY MR. LIU:

Q The question was, on what basis you believe your company's patent infringement, if any, was not willful?

MR. YANG: Objection. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A So if I understand your question correctly, were you asking if the infringement was identified on the legal basis?

MR. YANG: Objection. Form.

BY MR. LIU:

Q No, that's not my question. My question was, on what basis do you believe your company's patent infringement, if any, was not willful? Go ahead.

MR. YANG: Objection. Calls for a legal conclusion.

BY MR. LIU:

Q Go ahead. Answer.

A Oh, my first answer is I don't believe it happened.

Q Okay. And then do you have a second answer?

A I don't agree with the statement "if any." I do not believe there was any.

Q Okay. So you believe there was no patent infringement at all to begin with; correct?

A So actually, there's -- there is the third product, actually, shown me earlier this morning. There

were two products, I think -- oh, sorry. It was shown to me this morning in two graphics or screenshots earlier this morning.

One is the four-level storage box. The other is the three-level storage box. I believe they are the -- they should be the same type of product. But based on Cong Tan's response to the USPTO documents or USPTD documents, I believe he believe that was not infringement to his patent.

And based on -- and based on his statement, I believe that we did not infringe his patent.

Q Okay. Which response to the USPTO are you talking about?

A Sorry. I didn't print it out. I didn't bring it with me. If it's necessary, after the end of this deposition, I could send it via email. And I also downloaded from USPTO file, and that is public access, I believe.

Q Okay. So you read the response to the USPTO by yourself?

THE OFFICER: I need to hear the question again.

MR. LIU: Yes.

BY MR. LIU:

Q You read the response to the USPTO by yourself

after you downloaded it?

THE INTERPRETER: I didn't get the verb. Sorry.

BY MR. LIU:

Q You read the response to the USPTO by yourself after you download it; is that correct?

MR. YANG: Objection. Mischaracterization of the witness testimony.

THE INTERPRETER (FOR THE WITNESS): Okay. I think there is misunderstanding. I did not actually got -- got onto the USPTO website myself. It was through the patent agent. That's how I was able to read it in my previous answer. I just want to simplify the source of the documents. So that's how I said it's public accessible.

BY MR. LIU:

Q Okay. Did you read the response yourself?

A So the version or the documents I mentioned earlier, I did read it; however, I translated to Chinese from English, and I read the Chinese version.

Q So when did you write that response: before the litigation or after litigation has begun?

A Sorry. That was a while ago. I don't quite remember.

Q Okay. So which translation tool you use when

reading the document?

A I had used multiple translation tools. For example, sometimes WeChat software can provide translation. And I sometimes will copy and paste into third-party translation tool or software. So it's really hard for me to remember which one I used back then.

Q Did you talk to any United States patent attorney after you read the document?

A By talking to, what do you mean?

Q Discuss the content of Mr. Tan's response to the USPTO. Have you done that with the United States patent attorney?

MR. YANG: Objection. Privileged.

I will instruct the witness not to answer the question.

BY MR. LIU:

Q After [inaudible] response, your company continued selling the accused product in this case; correct?

THE INTERPRETER: Sorry. Can I get that one more time?

BY MR. LIU:

Q Your company continued selling the accused products in this case; correct?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer.

A I had answered this question this morning. Please rely on my previous answer.

Can I take a break?

Q Okay. Two minutes -- five minutes. Thank you.

THE OFFICER: Five minutes. Okay. We are now off the record. Time is 10:44 p.m.

(Off the record.)

THE OFFICER: We are back on the record. The time is 10:52 p.m.

BY MR. LIU:

Q Ms. Witness, your company has asserted Mr. Tan's patent is invalid; correct?

THE INTERPRETER: Sorry. I didn't get that.

BY MR. LIU:

Q Ms. Witness, your company has asserted Mr. Tan's patent is invalid; correct?

THE INTERPRETER: I didn't get the last part. Can --

MR. LIU: It's invalid; correct?

MS. JIN: Invalid.

MR. LIU: Not valid; correct?

THE INTERPRETER: I need the whole sentence please. Sorry.

MR. LIU: Okay.

BY MR. LIU:

Q Ms. Witness --

THE OFFICER: I got it. I got it.

(The officer repeated the record as requested.)

THE INTERPRETER (FOR THE WITNESS): My company has provided relevant evidence like the previously mentioned Zhonggang Company in 2022 had already registered in China about the outside view patent. In addition to that, we have evidence to prove that around September 2022, on Amazon platform, there had been buyers' reviews appearing at that time.

THE INTERPRETER: And she had more, but I didn't remember.

THE INTERPRETER (FOR THE WITNESS): There were also sellers' review around September 2022 that also displayed the products' outside view. So either Zhonggang application time for the patent or the Amazon buyer review in 2022 both were earlier than Tan Cong's application for patent date. That is why we believe his patent is invalid.

BY MR. LIU:

Q Okay. Can you tell me the patent number of Zhonggang's patent you mentioned?

THE INTERPRETER: Can you tell me patent's what?

MR. LIU: Number.

THE INTERPRETER: Number?

MR. LIU: Yeah.

MR. YANG: Objection. Calls for speculation.

BY MR. LIU:

Q Answer.

A So the outside view patent has a long series of letters and numbers. It's very hard for me to remember that from top of my head. However, we had provided the plaintiff's attorney the Zhonggang patent number.

Q Okay. So besides the Zhonggang patent and the 2022 Amazon reviews, anything else that you can think of today that would invalidate Mr. Tan's patent?

A Yes, there is also from October 2022 and earlier than March 2023, there had been multiple buyer reviews in Amazon platform. But unfortunately, I did not print any of those and brought me with me today.

But if it's necessary, I could forward the

numbers to -- through email to counsel. And there -- there had been multiple numbers. And I have more to add.

Q Go ahead.

A Okay. In addition to that, Zhonggang had provided -- Zhonggang had told us that around end of year 2022, beginning of year 2023, Tan Cong, on behalf of Hengchuang, had taken orders or taken products from Zhonggang. And around March 2023, Tan Cong had applied to the U.S. Patent Office application of this patent. I believe Tan Cong's patent is a copycat from Zhonggang.

Q Did you see -- okay. Go ahead. Sorry. Go ahead.

A Based on the above two points I just added, I believe Tan Cong's patent is invalid.

Q Have you personally seen any goods Tan bought from Zhonggang in 2022?

THE OFFICER: Can you please restate the question?

BY MR. LIU:

Q Ms. Witness, have you personally seen any goods Mr. Tan bought from Zhonggang in 2022?

A Zhonggang had provided to us their chatting records, and there had been display of the goods and also display of the receipts or invoice of the order.

Q Has your company produced those photos Zhonggang provided to you as part of discovery?

THE OFFICER: Sorry. Produce those what?

BY MR. LIU:

Q The photo came to your company as part of the discovery process.

MR. YANG: Objection. Counsel, for the record, your side has produced this documents to us. Don't you remember?

MR. LIU: I'm not arguing. State your position. We're moving --

THE INTERPRETER: I didn't get the objection.

MR. YANG: Okay. So the statement for the record is, Counsel, don't you remember Plaintiff has produced these documents to Defendant in your response to Defendant's request for production of documents and things?

THE OFFICER: And the what? Production of documents and the what?

MR. YANG: Documents and the things, or simply RFP.

THE INTERPRETER: Do you want this to be interpreted?

MR. YANG: Okay.

BY MR. LIU:

Q So, Ms. Witness, the photo you're mentioning was provided to Mr. Tan by Zhonggang, and then Mr. Tan provided the photo to you as part of discovery process. That's what you're saying; right?

MR. YANG: Are you speaking to me?

MR. LIU: I'm asking a question.

MR. YANG: You are asking the witness or --

MR. LIU: I'm asking the witness. I'm not asking you a question. I don't need you to answer. Do you have an objection?

THE OFFICER: Sorry. Did you say, "I'm asking the witness? I don't need you to answer"?

MR. LIU: Yeah, I think so.

THE OFFICER: Okay. Thank you.

THE INTERPRETER: I'm sorry. What's the question for witness?

MR. LIU: The question was, the photo Ms. Witness mentioned was a photo Zhonggang provided to Mr. Tan; correct?

THE INTERPRETER (FOR THE WITNESS): At the time, okay, from their chatting history, Mr. Tan was representing Hengchuang, and there were multiple people in the chatting group.

BY MR. LIU:

Q Okay. So any other reason you can think of today that would invalidate Mr. Tan's patent?

THE INTERPRETER: "Any other reason you can think of" -- and then what?

MR. LIU: Today that would invalidate this Mr. Tan's patent.

THE INTERPRETER (FOR THE WITNESS): Yes, we do have online sales records from domestic China. But since we had already provided the graphics of pictures from Amazon sales, we did not provide any public sales record.

THE INTERPRETER: And she has more to add.

THE INTERPRETER (FOR THE WITNESS): Okay. And some of the Chinese e-commerce platforms such as Taobao, Alibaba, all have a function called deal fast shot. We do have some of these deal fast shots that is earlier than Tan Cong's application date.

BY MR. LIU:

Q Okay. Have you provided those deal screenshots as part of discovery process to Plaintiff?

MR. YANG: Objection. Beyond the scope. Calls for legal conclusion.

//

BY MR. LIU:

Q Answer.

A I'm not particularly clear about that.

Sorry. I might have misremembered a time when I made testimony earlier.

Q So what mistake did you make?

A So I had messed up two times points earlier. The first one was Tan Cong applied for the patent not in 2023 but in 2024. And it just came to my mind that another time was messed up, which was when Tan Cong was representing Hengchuang and make a order of the goods from Zhonggang. That was January 2024.

And I believe they had actually touched base with each other beginning from end of 2023. That is why they were able to immediately make the deal or send orders through right after New Year's two -- 2024. So those were the two time points I made a mistake earlier.

Q So any other mistake that you have made today?

A No more other than that. I just realized that the application time was misstated, which resulted in my previous time points being messed up.

Q So is your company going to provide the Taobao all sales records anytime soon in the discovery process, yes or no?

THE OFFICER: The what sales records?

MR. LIU: Taobao, T-A-O-B-A-O, sales records.

THE INTERPRETER: What's the second sentence, please?

BY MR. LIU:

Q Is your company going to provide the Taobao sales records anytime soon during the discovery process of this case, yes or no?

MR. YANG: Objection. Form. And for the record, Counsel, you are not allowed to make a RFP at deposition to the witness.

MR. LIU: I'm not --

THE OFFICER: Sorry. To the witness -- sorry. To the witness what? Can we move the mic a little bit closer to Mr. Yang?

MR. YANG: Oh, sorry. Yeah. Sorry. Let me repeat.

For the record, Counsel, you are not allowed to make a discovery request for documents directly to the witness, much less during this oral deposition.

MR. LIU: Where did I ask the witness to produce documents? I simply asked the witness, is she going to produce document in this case, yes or no?

//

BY MR. LIU:
Q Answer the question.
A I think Mr. Liu might have misunderstand my earlier statement. I was trying to say that in China, there is such public sales record. I -- I didn't mean to say that my company had opened up a Taobao account to sell the product.
Q Okay. So which company sales record are you talking about?
THE INTERPRETER: I'm sorry. What sort of --
BY MR. LIU:
Q Which company sales record are you talking about?
A Zhonggang.
Q Any other company's sales record?
A I think there is, but I hadn't made any effort to do the research.
Q So when are you going to make the effort to do the research?
THE OFFICER: Can I hear the question again?
BY MR. LIU:
Q When are you going to make the effort to do the research?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer the question.

A I believe the evidence to manifest the patent is invalid should be sufficient enough. I don't think it's necessary to dig more or research more of the Chinese sales record.

Q Okay. So is your company to produce this record before the close of discovery in this case, yes or no?

THE INTERPRETER: Can I get that one more time?

MR. LIU: Yes.

BY MR. LIU:

Q Is your company going to provide those sales record you mentioned before the close of fact discovery, yes or no?

THE INTERPRETER: I'm sorry. Damien, did you get it?

THE OFFICER: Yes.

(The officer repeated the record as requested.)

MR. YANG: Objection. Form. And mischaracterization of the witness testimony. And once again, Counsel, for the record, you are not allowed to

make a request for production of documents during this deposition directly to the witness.

BY MR. LIU:

Q Answer the question. Answer the --

THE OFFICER: Sorry. Sorry. What did you just say, Mr. Liu?

MR. LIU: Answer the question.

THE OFFICER: Got you. Thanks.

THE INTERPRETER (FOR THE WITNESS): Could you repeat the question? It's been a while.

BY MR. LIU:

Q Is your company going to provide the sales records you just mentioned before the close of fact discovery in this case, yes or no?

MR. YANG: Same objection.

BY MR. LIU:

Q Answer the question.

A I think I have responded earlier because we believe there had been sufficient evidence to prove the patent is invalid. That's why I believe providing more is not necessary.

Q Okay. So any other reason you can think of today that Tan's patent is invalid?

MR. YANG: Objection. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): I forgot to mention another evidence. When -- when is that USPTO has someone that raised a single party review or judgment?

BY MR. LIU:

Q Which --

THE OFFICER: I didn't hear what you said there, sir.

THE INTERPRETER: Okay.

THE OFFICER: Sorry.

THE INTERPRETER: I'm asking witness to repeat what she said. I don't quite understand.

THE INTERPRETER (FOR THE WITNESS): Okay. What I missed to mention just now was someone had talked to tell USPTO that they requested a single-party patent review. And another person had provided evidence to show that there had been other people's sales record in Amazon during the grace period, which was during Tan Cong's application for patent.

MR. YANG: Madam Interpreter, just for the record, I believe the term for (speaking in Mandarin) is actually (speaking in Mandarin). It should be ex parte reexamination.

THE INTERPRETER: I'm sorry. What party?

MR. YANG: Ex parte. That is the right

term.

THE INTERPRETER: Oh, ex parte. Okay.

MR. YANG: Ex parte reexamination.

THE INTERPRETER: That is a legal term.

MR. YANG: Exactly.

THE INTERPRETER: And I heard something else but, you know --

MR. YANG: Yeah, it's understandable. Totally understand. It's Latin.

THE INTERPRETER: Okay. What do you want me to do, re-translate or what?

MR. LIU: That's fine.

MR. YANG: Yeah, just correct the record. That would be helpful.

THE OFFICER: I didn't hear what Mr. Liu just said.

MR. LIU: I said that's fine. We heard it, ex parte re-exam.

MR. YANG: Yeah. So, Mr. Liu, do you agree we correct the record?

MR. LIU: Yeah, go ahead.

MR. YANG: Yeah.

MR. LIU: It's correct. It's correct. Okay.

//

BY MR. LIU:

Q So any other reason you believe that will invalidate Tan's patent in this case? Anything else you can think of today?

MR. YANG: Objection. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A I have just stated many evidence earlier. Currently I do not have anything to add.

THE INTERPRETER: I'm sorry. Who's talking when the interpreter is trying hard to interpret?

MR. YANG: I'm sorry. I'm sorry. I just had -- yes, I just --

THE INTERPRETER: Sorry. Who is that? Mr. Yang, is that you?

MR. YANG: Yes. Yes, to the witness. Sorry.

THE INTERPRETER: What's going on?

MR. YANG: Oh, nothing. Nothing.

MR. LIU: Mr. Yang, why did you provide witness a piece of paper?

MR. YANG: Oh, yes. For the record, the witness frequently forgot a question. Do you agree?

MR. LIU: No, I don't.

MR. YANG: You don't? Okay. So basically it's really to help speed up this deposition because, one, oftentimes the witness will forget your question; second, oftentimes the interpreter will ask the witness to stop.

So just in case she would forget about any important information for you for this deposition, so I think it would be helpful for her to have something to jot down.

MR. LIU: I don't think that's okay. Take the pen and paper away.

THE OFFICER: I don't -- I'm sorry. I'm not hearing you clearly. Mr. Liu, can you move the phone --

MR. LIU: I don't think it's helpful. It's improper for counsel to coach a witness in the middle of deposition. Can you move the pen and paper away? So I don't know what's written on the paper. Can you move it away from the witness, please? If you're not going to do it, I'm going to do it. I need a yes or no.

MR. YANG: Counsel, first of all, you don't have that right to ask me to remove --

MR. LIU: I'm just --

MR. YANG: Okay. And for the record, counsel for plaintiff just removed the notes, the notepad and the pen from the witness.

MR. LIU: Yeah, because you cannot interact with this witness in the middle of a question. It's not allowed.

MR. YANG: That --

MR. LIU: Next time, seek permission from me before you do that. Okay? No, you don't --

BY MR. LIU:

Q Go ahead.

A I have one point I need to add on to the evidence to prove invalid -- invalidation.

Q What is the additional point?

A As the operation person for Amazon platform, usually when we make orders in China from the Chinese manufacturer, we typically have a consent that this particular manufacturer holds certain patents in China because all the Chinese patent are registered.

THE INTERPRETER: She has more.

THE INTERPRETER (FOR THE WITNESS): So normally in a average situation, as a industry standard, typically the manufacturers would register the outside view patent in China. Okay.

So it's common -- it's common sense in

the industry before an order is extended, particularly if it's ordered in the container, we basically will take very minimum fundamental search about the out view patent in China through a platform of software such as Intelligence Roots.

And if we see the products on 1688 platform, we will contact the manufacturer and using 1688 photo or graphics, that would be very easy to locate it.

THE INTERPRETER: Okay. So strike last sentence.

THE INTERPRETER (FOR THE WITNESS): Using 1688 picture graphics would allow us to easily locate Zhonggang's patent, outside view patent. Based on the above, while Tan Cong was making order on behalf of Hengchuang from Zhonggang, he should be aware that the Zhonggang's patent was existing.

BY MR. LIU:

Q Well, did you search and find Zhonggang's patent in your database you mentioned?

THE INTERPRETER: Sorry. Did you search Zhonggang patent --

BY MR. LIU:

Q In the database you just mentioned. Did you find that?

A I believe I did, but it's been a long time. But typically we would either inquire the manufacturer or consent the manufacturer does hold the patent or using Intelligence Roots software to search.

Q So in which month and year did you do that search, as far as you can remember?

A Pretty sure I don't remember the month and year, but I do remember that before a sales decision was made, we would typically do the simple outside view patent elimination process or to search the first ever patent, whoever published that.

Q Do you have any documents today that shows you in fact searched the Zhonggang patent as you say you did?

MR. YANG: Objection. Form.

BY MR. LIU:

Q Answer the question.

A I did not bring with me any paper-based evidence today.

Q Okay. I understand that you do not have any documents today, but do you have any documents that you can potentially bring later on to show that you searched the Zhonggang patent as you say you did?

MR. YANG: Objection. Mischaracterization of the witness testimony.

BY MR. LIU:

Q Answer the question.

A I don't quite understand. What I said was I previously searched, but I don't understand what's the reason you want me to do a search right now.

Q Do you have any documents that you can show us that showed you previously searched the Zhonggang patent in the database you mentioned?

MR. YANG: Same objection.

THE OFFICER: Sorry. Was that same objection?

MR. YANG: Yes, same. Yes, same objection.

THE OFFICER: Thank you.

THE INTERPRETER (FOR THE WITNESS): I had answered that question earlier.

BY MR. LIU:

Q Today, you have no such documents; correct?

THE OFFICER: I didn't hear the question.

BY MR. LIU:

Q Today, you have no such documents; correct?

MR. YANG: Objection. Form. Asked and answered.

THE INTERPRETER (FOR THE WITNESS): I had already answered the question. Please rely on my

previous answer.

BY MR. LIU:

Q So any other reason you can think of today that would invalidate Tan's patent?

A I can repeat the examples I just gave earlier. First, the 2022 Chinese published product outside view patent. And secondly, in the U.S. Amazon platform there were two links. Out of the two, one link has contained many buyer reviews which clearly displayed the outside view of the product. And this purchase action was before Tan's application date.

THE INTERPRETER: And she has more to say.

THE INTERPRETER (FOR THE WITNESS): And in addition, I think Zhonggang has a sales record in China through Taobao, our 1688 platform, with the deal fast shot displaying clearly that they have sales record that was earlier than Tan Cong's application date for his patent.

And also Zhonggang had relayed to us that around the New Year 2024, Tan Cong, on behalf of Hengchuang, had made sales contract or purchase contract right away. And this is my estimate -- this is my speculation. I think they started to get -- got in touch in year end of 2023.

And -- and so that's why they were able to confirm the sales contract in beginning in the new years of 2024.

And lastly, as a operation person for Amazon platform, I understand in this industry, while large amount of products are being purchased, especially when purchasing a new product, we would typically search from a software about the current patent related to the products or confirm with certain manufacturer or consent certain manufacturers hold the patent -- consent the manufacturer does hold the patents.

And I think that in China, it's very cheap to apply for a certain patent. That is why a lot of manufacturer, after the design came out, they would apply to register for the patent in China just because it's very easy to do.

And I want to point out the China system is a registration-based system, which means pretty much after you apply for it, it's very easy to get approved, whereas in the U.S., it's very different. It's a review process which contains compliance or other process.

And also, it -- it could be costly in the end when you finally obtain the patent. And that is the gap between Chinese system and the U.S. system, whereas the Chinese system is based on registration.

BY MR. LIU:
Q Sorry. I just asked the question, any other reason you can think of that will invalidate Tan's patent in this case?
MR. YANG: Objection. Calls for a legal conclusion.
BY MR. LIU:
Q Answer the question.
A I can't think of it at the moment. If I -- if it come to me later, I can add it.
Q Okay. Thank you.
MR. LIU: Let's take a break. Five minutes. Five minutes.
THE OFFICER: Oh, did you say take a break? Okay. One moment. We are now off the record. The time is 11:48 p.m.
(Off the record.)
THE OFFICER: We are back on the record. The time is 11:59 p.m.
Go ahead, sir.
MR. YANG: Thank you.
So for the record, Mr. Liu, the witness is really entitled to take notes because that is very clear under FRCP and -- so --
THE OFFICER: I can't hear you after

"clear under" --

MR. YANG: Okay. It's clear under FRCP and the FRE. So and I believe that will speed up this deposition because you -- I believe you can --

MR. LIU: I disagree. There's no such entitlement. And you --

THE OFFICER: Sorry. Sorry. I can't -- there's no such what?

MR. LIU: There's no such entitlement, any rules that I know. And it will simply delay the process.

MR. YANG: But anyway, I would ask why the witness needs to take notes. And if she wants take notes, she is entitled to.

MR. LIU: I don't know entitlement. If she wants take notes, we can talk about it. But right now, we're not taking any notes.

MR. YANG: Okay. So (speaking in Mandarin).

THE OFFICER: Sorry. Whoa, whoa, whoa. Was that -- I didn't understand. Was that English? Sorry.

MR. LIU: -- asking in Chinese while we're on the record.

MR. YANG: Okay. So sorry. Sorry.

Yeah.

So, Ms. Zheng, do you need to take notes? It's entirely up to you. So if you want to take notes, you can take notes. Otherwise, it's fine.

MR. LIU: I think counsel is coaching the witness because with witness has never said she would like to take notes. I think counsel is just suggesting to the witness that, you know, waste our time. That's what counsel is doing.

MR. YANG: Yeah. So, Madam Interpreter, could you please translate the question to the witness?

THE INTERPRETER (FOR THE WITNESS): If I can be provided, yes.

MR. YANG: Okay. And, Madam Interpreter, I would also like you to translate the following record.

However, please be noted, anything you are going to jot down will be subject to discovery by the opposing counsel.

MR. LIU: Okay. Let's get going. If there's a --

THE OFFICER: Sorry. I was waiting for the interpretation of what Ms. Zheng said.

THE INTERPRETER: Ms. Zheng said "Yes, I'm aware of that."

THE OFFICER: Thank you.

BY MR. LIU:

Q So, Ms. Witness, your company asserted that the patent is unenforceable due to inequitable conduct during the prosecution before the USPTO. Can you tell us any specifics about this alleged inequitable conduct?

THE OFFICER: Specifics about what?

MR. LIU: Any specifics about the alleged misconduct.

THE INTERPRETER: I'm sorry. I didn't get that.

THE OFFICER: Can you -- sorry.

(The officer repeated the record as requested.)

THE OFFICER: Sorry. I need that again myself, actually.

MR. LIU: Inequitable conduct. Inequitable conduct.

THE OFFICER: Sorry. Can you please restate the entire question?

MR. LIU: Yes.

BY MR. LIU:

Q Ms. Witness, your company has stated Tan's patent is not enforceable because of inequitable conduct before the USPTO. Can you tell us any specifics about this inequitable conduct?

THE INTERPRETER: Sorry. I didn't get the second sentence.

BY MR. LIU:

Q Can you tell us any specifics about this inequitable conduct that you're talking about?

THE OFFICER: Are you saying --

THE INTERPRETER: What's that word?

THE OFFICER: I'm sorry. Are you seeing inactionable?

MR. LIU: Inequitable. Equitable. I-N-E-Q-U-I-T-A-B-L-E.

THE OFFICER: Inequitable. Thank you.

MR. LIU: That's also shared on the screen right now.

Go ahead.

THE INTERPRETER: So the question was your company is asserting that his patent is not -- is unenforceable, and can you identify any inequitable -- what's after that?

MR. LIU: Conduct.

THE INTERPRETER: I'm sorry. What?

MR. LIU: C-O-N-D-U-C-T.

THE INTERPRETER: Conduct?

MR. LIU: Yeah.

THE OFFICER: It's highlighted on the

screen right now.

THE INTERPRETER: I'm sorry. Where?

THE OFFICER: On the share screen.

THE INTERPRETER: Don't see it. Hold on. Give me a second. I have to play around my screen. I use my ears; now I'm using my eyes. Okay. Yeah, not working for me. Not --

THE OFFICER: Okay. The phrase is "inequitable conduct."

THE INTERPRETER: I need the whole sentence, please.

THE OFFICER: Sorry. Mr. Liu --

MR. LIU: Are you going to -- Damien, are you going to read it back?

THE OFFICER: Oh, no, I was asking you to restate. Sorry.

BY MR. LIU:

Q Okay. Well, Ms. Witness, your company states that the title is not enforceable because of inequitable conduct before the USPTO. Can you identify any such inequitable conduct for me?

MR. YANG: Objection. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A Okay. I believe this is a -- a legal term, and I think I had previously talked about this. But I don't mind repeat it.
Q Go ahead.
A That would be in year end of 2023, Tan Cong, on behalf of Hengchuang, had secured a contract --
THE INTERPRETER: Oh, strike that.
THE INTERPRETER (FOR THE WITNESS): Tan Cong, on behalf of Hengchuang, had got in with Zhonggang shortly after New Year's 2024. And Tang Cong had secured a contract with Zhonggang. At around March 2024, Tan Cong had submitted a outside view application. And I believe these conducts are a copycat behavior and this is -- this idea came from Zhonggang.
BY MR. LIU:
Q Okay. Your company's answer mentioned intentional omission of material prior art. Can you tell us anything about that?
THE INTERPRETER: I need you to repeat it, please.
BY MR. LIU:
Q Your company's answer talked about intentional omission of material prior art. Can you tell us anything about that today?
THE OFFICER: Material what, sir?

MR. LIU: Omission of material prior art.

THE INTERPRETER: Okay. What's the second word after "omission"?

MR. LIU: Of material prior art.

THE OFFICER: Material of prior what?

MR. LIU: Art.

THE OFFICER: Art.

MR. LIU: A-R-T.

THE OFFICER: Art. Thank you.

MR. LIU: It's a term of art in the patent.

THE INTERPRETER: What's the whole sentence, please?

BY MR. LIU:

Q Your company's answer mentioned intentional omission of material prior art. Can you tell us anything about that today?

THE INTERPRETER: Damien, can you help me out, please?

THE OFFICER: Yes, one moment. Okay. One second. I missed the first part now. Hang on. It seems -- have the first half of the question now.

BY MR. LIU:

Q Your company's answer talked about intentional omission of material prior art. Can you tell us

anything specific today?

THE OFFICER: Okay.

(The officer repeated the record as requested.)

MR. YANG: Objection. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A Even though I'm not quite sure about the legal terminology, but from standing point of the operation person, I think Tan Cong previously had publicly sell the products, which I had used as evidence against him in the previous statement.

Q You mean Tan Cong sold those products or somebody else sold those products?

THE INTERPRETER: Sorry. When Tan Cong sold those products and what?

BY MR. LIU:

Q Did Tan sell those products, or somebody else sold those products?

A I had reviewed the materials that provided by your side, and I seem to have impression that Hengchuang, through Tan Cong, made the purchase of the products and sell it using their own stores. Doesn't that mean that Tan Cong was the person who sold it?

Q Okay. Your answer also talked about submission of material misrepresentation to the USPTO. Can you tell us anything specific about that?

MR. YANG: Objection. Form. And that calls for legal conclusion.

And also, Counsel, for the record, I believe you need to define the legal term "inequitable conduct" and that part; otherwise, the witness seems to be quite confused.

MR. LIU: I understand your speaking objection.

BY MR. LIU:

Q Please answer the question.

MR. YANG: And also calls for legal conclusion.

BY MR. LIU:

Q Answer the question.

A Okay. I think I had repeatedly responded to that, but I would again state a few of the reasons of the invalidation. First of all, Tan Cong, on behalf of Hengchuang, had secured -- procured the order with -- from Zhonggang. And that was before he submitted his application.

And secondly, he knew that on Amazon platform, he had already sold publicly through the platform. And

this action was also before Tan submitted the application.

And I also just mentioned that before the important new item is promoted or purchased, for example, any purchase are shipping through multiple containers.

And typically, you have to use a certain software to search the outside view patent and to check who might be the first patent publisher, which is very easy to do. And that's why this type of search are conducted often.

And also, to -- the other way to do it is to have the manufacturer confirm who was the first designer. And the third point is because in China has a registration system and not the real review and in compliance investigation. It -- it is also very cheap to register in China.

So it's easy to make consent from the -- the manufacturer where you order the products from and to say that it has existing registration in -- under Chinese system.

Q Okay. Anything else?

MR. YANG: Same objection.

BY MR. LIU:

Q Go ahead. Answer the question.

A Let me think.
Q Well --
A We have been told by patent servicing agent that this is somewhat typical that's happening today and many -- for many cross-border e-commerce sellers.

And this happens very often, which was once they secure the purchase or order of products from the seller or manufacturer, they would immediately expedite their application with the U.S. authority through their access.

And when they quickly grab the registration or application here, they would immediately make complaint to Amazon platform. And they already knew beforehand that in China there had been such outside view patent existed.

Okay. I think I also heard from my collaborating service agent that is the reason why the U.S. government had canceled this expedited access from last year. I think after consideration of this factor, they did that. For example, previously, many parties have gotten the products from manufacturer together.

Right after that, they would apply for the U.S. patent all together. Some of them got rejected, but one person got really lucky and he was authorized. So which means that under the U.S. patent investigation

process, the real review or investigation sometimes has exceptions or they can avoid.

And so as a result, the U.S. Patent Bureau didn't issue the OA certificate for his patent.

Q Anything else you can think of at this time?

THE INTERPRETER: I'm sorry. What's that?

THE OFFICER: Anything else.

BY MR. LIU:

Q Anything else you can think of at this time?

MR. YANG: Same objection.

THE INTERPRETER (FOR THE WITNESS): Nothing at this moment, but if I thought of anything, I will let you know.

BY MR. LIU:

Q So do you have any evidence today that Tan did any of those things you just mentioned?

THE OFFICER: Sorry. Do you have evidence today that Tan what?

MR. LIU: Did any of the things you just mentioned.

THE INTERPRETER: Do you have any evidence?

MR. LIU: Yeah.

THE INTERPRETER: Okay.

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): We were actually told by Zhonggang that they had provided the chat history where Tan Cong had taken products from Zhonggang, which was confirmed, and that he indicate that -- which indicated the -- that product is exactly the patent that Tan Cong held right now.

BY MR. LIU:

Q Anything else you want to add today?

MR. YANG: Same objection.

BY MR. LIU:

Q Answer the question.

A Don't have any right now, but if --

Q Let's move on to the next --

THE OFFICER: Sorry. Sorry. We didn't get the full interpretation. Please wait.

THE INTERPRETER (FOR THE WITNESS): I don't have any right now, but if it came to me later, I will add it.

BY MR. LIU:

Q Let's go to your next defense. Your company asserts that Tan's claim for damage is limited. Can you tell us anything specific about that?

THE OFFICER: I got you.

(The officer repeated the record as requested.)

THE OFFICER: I'm sorry. Can you -- I'm sorry. Can you please restate it?

BY MR. LIU:

Q The company has asserted Tan's claim for damages is limited. Can you tell us anything about that today?

THE INTERPRETER: Tan's --

(The officer repeated the record as requested.)

MR. YANG: Objection. Form. And calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A Sorry. I don't quite understand the legal terminology's meaning.

Q So you cannot tell us anything about that; is that right?

THE INTERPRETER: Sorry. I didn't hear that.

(The officer repeated the record as requested.)

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): If you want me to tell you, is it possible to explain to me the legal terminology's meaning? I don't quite understand.

BY MR. LIU:

Q But that's your company's answer your company filed; correct?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): I don't quite understand the meaning of the legal terminology, but and so I can only speak less. But I'll speak the truth that I know. After receiving the notice TRO from Amazon, that's when we learned the existing of this patent.

With regard to the invalidation of infringement, I had explained in -- in depth earlier. I also made detailed explanation about the five points I believe with regard to the patent. And therefore, these are the facts and what I know as a matter of truth.

BY MR. LIU:

Q Anything else you want to add for this defense?

MR. YANG: Same objection.

BY MR. LIU:

Q Answer.

A I don't have it --

THE OFFICER: Please restate the answer, Madam Interpreter.

THE INTERPRETER: Sure.

THE INTERPRETER (FOR THE WITNESS): I don't have it right now.

BY MR. LIU:

Q Ms. Witness, your company's answer asserts that Tan failed to properly mark the patented article with the relevant patent number. What can you tell us about that today?

THE OFFICER: Failed to mark the patented article with what?

MR. LIU: With the relevant patent.

THE OFFICER: Oh, I see. I see. Yes.

THE INTERPRETER: Damien, could you help me out?

THE OFFICER: Absolutely.

(The officer repeated the record as requested.)

THE OFFICER: I didn't get the end of that, sir.

BY MR. LIU:

Q What can you tell us about that today?

THE INTERPRETER: With the appropriate

patent number?

BY MR. LIU:

Q What can you tell us about that today?

THE INTERPRETER: No, can you repeat --

THE OFFICER: Relevant patent number, Madam Interpreter.

THE INTERPRETER: Okay.

MR. YANG: Objection. Form. And calls for a legal conclusion. For the record, "mark" is a highly technical term of art for patent litigation.

THE OFFICER: Term of what, sir?

MR. YANG: A term of art for patent litigation.

THE OFFICER: Thank you.

MR. YANG: Oh, "mark" is a highly technical term of art for patent litigation.

THE INTERPRETER: Okay.

BY MR. LIU:

Q Answer the question.

A I don't quite know the legal meaning of this question, so I can only tell the truth that I know. So we only learned the fact that there had been a U.S.-based outside view patent existing after we received the TRO from Amazon.

And since I had previously stated multiple

times about the invalidation of infringement as well as, yeah, because of that, I -- I will not repeat myself anymore.

Q Okay. Your company stated Plaintiff failed to properly mark the article with the patent number. What do you mean by that?

MR. YANG: Same objection. And asked and answered.

THE INTERPRETER (FOR THE WITNESS): I had previously answered the question. Please rely on my previous answer.

BY MR. LIU:

Q Anything else you want to add about this marking requirement today?

THE OFFICER: About this what, sir?

MR. LIU: This marking requirement today.

MR. YANG: Same objection.

BY MR. LIU:

Q Answer.

A I can't say that I fully understand the legal term "mark," what it means, but I don't want to say anything that's inaccurate based on my lacking of full -- full understanding of the word. But I -- I believe I have told the facts that I know so far. I had already responded.

Q Any more facts you want to add today about this marking requirement?

MR. YANG: Same objection.

BY MR. LIU:

Q Answer.

A I don't currently have anything, but if it came to me, I will add on later.

Q If you add things after the close of discovery, we will not be able to process. Do you understand that?

MR. YANG: Objection. Form. And misstate the rule.

THE OFFICER: Misstate the what?

MR. YANG: Misstates the rule.

THE OFFICER: Thank you.

THE INTERPRETER: Misstates the role?

MR. YANG: The rule.

THE INTERPRETER: The rule?

MR. YANG: Yes.

THE INTERPRETER: Yes.

BY MR. LIU:

Q Answer the question.

A I think I understand what Mr. Liu was trying to say. But right at this moment, I don't have a -- any special way to respond to that legal term. I understand

the rule, but, you know, all I can say is that I hear what you -- you are saying.

Can I take a --

Q Not yet. We started at -- fifteen. About ten minutes, we'll take a break. Okay?

So next defense, your company's answer talks about prosecution history estoppel. What can you tell us about that today?

MR. YANG: Objection. Form. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A Okay. I think I don't really understand this legal terminology, so I'm limited to what I can say with regard to this rule. What I can say about this legal rule is limited.

Q Tell us all you can --

MR. YANG: Counsel, sorry. I think, you know, the witness just requested for the break. I think maybe we need to --

MR. LIU: -- talking about 50 minutes --

MR. YANG: Yeah, but the rule is she ask for a break, and we can so long there's not any question; right?

MR. LIU: No, it's every hour. That's

the rule. It's not --

MR. YANG: No, there's Rule 30. Would you like to go back to the record? I think that's the rule. And that is time --

MR. LIU: We agree --

THE OFFICER: Counsels, please, one at a time.

MR. LIU: That's not the rule. Okay? Let's go to --

MR. YANG: Counsel --

MR. LIU: -- then we all take a --

MR. YANG: Counsel, that is really improper.

MR. LIU: It's what proper?

MR. YANG: -- a pending question. The witness can request a short break at any time. That is the --

MR. LIU: How many times any time?

THE OFFICER: I'm sorry. I didn't -- what did you just say, Mr. Liu?

MR. YANG: So long as it is reasonable, Counsel.

MR. LIU: It's not reasonable because we just had a break.

MR. YANG: Almost 50 minutes have passed.

MR. LIU: Exactly. So we agree on --
MR. YANG: The witness --
MR. LIU: -- one break per hour, which is what we go by.
MR. YANG: No --
MR. LIU: We're not changing it every other time.
MR. YANG: No, Counsel, I would ask the witness not to answer any further questions if you do allow her for such a short break.
MR. LIU: Why would you instruct that?
MR. YANG: Because obviously the witness wants a break; right?
MR. LIU: She asked for one. I told her we'll take a break in ten minutes. She said fine. Why are you insisting on a break?
MR. YANG: It's really for the witness. It's for --
MR. LIU: So are you wanting a break, or is the witness wanting a break? We need to clarify.
MR. YANG: The witness just asked for a short break.
MR. LIU: Then I told her in ten minutes; she said fine. What are you talking about?
MR. YANG: Because the witness may --

because you misstated the rule. The rule is --

MR. LIU: I asked -- I told her in ten minutes; the witness said fine. But what are you talking about? I don't get it.

MR. YANG: The rule is a witness, so long as there is no pending question, is free to ask for a short break so long as if it's reasonable.

MR. LIU: Okay.

MR. YANG: Now, almost 50 minutes have passed. So obviously it'll be reasonable for the witness --

MR. LIU: So let's -- okay. How long -- how much later are you going to ask for a break? You need to tell me right now. Because you keep changing time. What's the next time break? What's the next break? Tell me -- a break. Otherwise, in the next ten minutes, going to have to break again. I'm not --

MR. YANG: Counsel, I'm not --

MR. LIU: What's -- okay. If we take a break right now, how much time you need to take another break? Tell right now.

MR. YANG: So long as it is reasonable.

MR. LIU: What's reasonable? You keep changing it. That's not reasonable.

MR. YANG: For example, 50 minutes have

passed.

MR. LIU: Okay. So next time, how much time you need to take next break? Tell me right now. You keep changing things. That's not reasonable.

MS. JIN: I think that may --

THE OFFICER: Who just spoke? I didn't hear. Was that Ms. Jin?

MS. JIN: Yeah, it's me.

THE OFFICER: Okay. Thank you.

MR. LIU: If we take a break right now, how next time do you need to take another break? Tell me.

MR. YANG: So long as it is reasonable.

MR. LIU: No, it's not reasonable if you can change it. That's important.

MR. YANG: Counsel, you are really wasting time.

MR. LIU: Okay. I'm asking you how much time do you need to take another break? Tell me right now.

MR. YANG: So long as it is reasonable, Counsel.

MR. LIU: I don't think it's reasonable. Okay?

MR. YANG: You mean like after 50

minutes --

MR. LIU: Yeah.

MR. YANG: -- it is not reasonable?

MR. LIU: No, it's not, because you keep changing. Next time you're going to ask for 20 minutes. Next time you going to ask for ten minutes. You keep changing it. What are you doing?

MR. YANG: Counsel, you are being unreasonable.

MR. LIU: You are being unreasonable. You keep changing it. We you agree on one break after each hour. You keep changing it. What are you talking about? What rules are you referring to?

MR. YANG: Counsel --

MR. LIU: What?

MR. YANG: It is --

MR. LIU: It is what?

MR. YANG: -- a well -- it's a well-established practice that --

MR. LIU: By who?

MR. YANG: If --

MR. LIU: -- the record --

THE OFFICER: Counsels, please -- whoa, whoa. One at a time, please.

MR. YANG: Okay. Your tone is very

amusing, but, Counsel --

MR. LIU: Nothing amusing about it. You keep changing things. That's what I'm talking about.

MR. YANG: Counsel, it's a well-established rule that the witness can ask --

MR. LIU: Okay. So it's well established by who?

MR. YANG: Can I --

MR. LIU: -- where the --

MR. YANG: Can I finish?

THE OFFICER: Sorry. I'm sorry. I'm having trouble -- one moment, please, please, please. One at a time. I'm having trouble tracking.

MR. LIU: Go ahead. Say it.

MR. YANG: It's a well-established rule so long as there is no pending question, the witness is free to call for a short break.

MR. LIU: That's not true.

MR. YANG: So long as it is reasonable.

MR. LIU: Okay. What's reasonable, then?

MR. YANG: Like 50 minutes. Fifty minutes period is obviously reasonable.

MR. LIU: Well, is 40 minutes reasonable, then?

MR. YANG: Mr. Court Reporter, maybe go

off record. Go off record to have a short meet-and-confer with opposing counsel.

MR. LIU: -- why would we go off -- I don't get it.

THE OFFICER: I'm sorry. I'm sorry. Did -- I'm sorry, Mr. Liu. I didn't hear you there. Did you agree or not?

MR. LIU: Not right now.

THE OFFICER: Not right now. Okay. I cannot go off record until both parties agree.

MR. YANG: All right.

Mr. Liu, are you aware 50 minutes passed?

MR. LIU: I don't -- I'm not. It's only 40 minutes.

MR. YANG: Mr. Court Reporter, could you please let the opposing counsel know how much time has already passed --

THE OFFICER: Since the --

MR. YANG: For this -- yeah, for this round.

THE OFFICER: For this round, roughly -- hang on -- roughly 40 minutes or 45.

MR. LIU: So it's not 50 minutes. So don't tell me it is.

MR. YANG: It's 45, Mr. Court Reporter.

THE OFFICER: I can't give you an exact record without going off the record right now, without stopping my software.

MR. YANG: Yeah. So I believe it is --

MR. LIU: Don't believe. Do you know or not? Don't tell me you believe. You believe obviously what? You believed it's 40 minutes, 50 minutes? The reporter just told you it was 40. So don't tell me what you believe. This was nothing. Okay? Let's talk about facts. Don't tell me what you believe. I don't care. I care less about what you believe.

MR. YANG: Like the --

MR. LIU: -- say 40, 50 minutes, yes or no?

MR. YANG: Let the record reflect the deposing counsel, Mr. Zheng Liu, is yelling.

MR. LIU: I'm not yelling. You can't hear me. That's what I'm getting. The reporter just told you it's only 40 minutes. You keep repeating 50 minutes. Obviously you cannot hear the reporter, so I'm trying to help you understand what's going on. Why would I be yelling?

MR. YANG: Let the record reflect Mr. Zheng Liu is being obstreperous.

MR. LIU: I don't understand what you're

talking about. I don't understand what -- O-B-E-S and then what? I don't understand any word we're talking about right now.

MR. YANG: You're --

MR. LIU: Can you spell it for me? What is it?

MR. YANG: At this --

THE OFFICER: Whoa, whoa. Please, please wait. Whoa, whoa. Please, one at a time. If this continues, I'll go off record myself. Okay?

MR. LIU: Well, let's take a break. Thank you very much.

THE OFFICER: Okay.

MR. LIU: Five minutes.

THE OFFICER: Okay. We are now off the record. The time is 12:51 a.m.

(Off the record.)

THE OFFICER: We are back on the record. The time is 1:02 a.m.

BY MR. LIU:

Q Ms. Witness, what facts can you tell us about prosecution history estoppel, your company's eighth defense?

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): So this is a legal terminology or professional phrase I think my service provider or service agent had explained to me somewhat, but I still have limited saying based on the -- the legal application or rules.

BY MR. LIU:

Q Tell us all you can about this defense today.

MR. YANG: Same objection.

BY MR. LIU:

Q Answer.

A I think I have answered the question. Please rely on my previous answer.

Q You said you have limited knowledge about this defense. You have nothing else to add to that; correct?

MR. YANG: Objection. Form. Mischaracterization of the testimony.

THE INTERPRETER (FOR THE WITNESS): I believe I had answered this question. Please rely on my previous answer.

BY MR. LIU:

Q In this defense, your company mentioned statements, amendments, and representations made by Mr. Tan during prosecution of the patent in this case. So what statements, amendments, and representations are you referring to?

MR. YANG: Objection. Form. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A I do apologize. Even though I had heard from my service provider about this estoppel meaning, I believe this is a legal terminology. I do have a limited understanding, so I wouldn't be able to give an accurate or a thorough explanation.

Q Anything else you want to add about this defense today?

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): I believe this question is -- has the same character with the prior question, so please rely on my previous response.

BY MR. LIU:

Q Okay. Let's go to your next defense, not an exceptional case. Can you tell us anything about why this case is not an exceptional case?

MR. YANG: Objection. Form. Calls for a legal conclusion.

BY MR. LIU:

Q Answer.

A I think about your question, this is a legal question. I have very limited understanding.

Q So tell us your limited understanding. What is -- about this difference?

MR. YANG: Same objection.

THE OFFICER: I think I might have missed a word in that question. Sorry. Can I please hear that again?

MR. LIU: I said tell us about your limited understanding about this defense.

THE INTERPRETER: And the witness answer was "Like I said, like I mentioned earlier, I have limited understanding about the legal terminology." And I forgot her last sentence. "And so what I can tell you is very limited. That is my answer."

BY MR. LIU:

Q So you have zero to talk about, or you have limited about estoppel. Which is it?

MR. YANG: Objection. Form.

THE OFFICER: What was the objection? Sorry.

MR. YANG: Form.

THE OFFICER: Thank you.

THE INTERPRETER (FOR THE WITNESS): Okay. I think this is similar to the previous affirmative

defense, the forbidden estoppel. I -- I can understand that's legal terminology. I have heard of it.

However, when it comes to the principles or doctrines of the law and the actual verbiage or the statutes and the real cases as far as along as the quotation of the law itself, I can only understand from the surface of the words but not to any extension of the meaning.

BY MR. LIU:

Q Okay. Let's talk about next defense, lack of standing. What facts can you tell us about your lack of standing defense?

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): First of all, I believe lack of standing is a legal terminology, and what I can state about that is very limited. I only can say the things that I know of.

I'd like to add more to this. What we believe is that Mr. Tan Cong is temporarily holding the patent on behalf of Hengchuang. And this is quite common in the business of cross-border e-commerce.

Okay. Like what we were talking about earlier this morning about the WeChat chat history, I was saying that should that document was the original

version that my company had provided without any editing or amendments, that would be unified.

And judging from that record, I'm able to -- to say that Tan Cong is -- was actually temporarily holding that patent on behalf of Hengchuang.

BY MR. LIU:

Q Go ahead.

A And secondly, I'd like to say that Tan Cong -- I'm just going to make the timeline in order. Around New Year 2024, Tan Cong, on behalf of Hengchuang, had secured the purchase agreement with Zhonggang about the -- the sued products in this case. Okay. So Hengchuang made a payment to Zhonggang --

THE OFFICER: Sorry. Sorry. Restart. There was a breakup there.

THE INTERPRETER: Someone coughed when I was delivering. Okay.

THE OFFICER: I understand.

THE INTERPRETER: I'll restate that.

THE INTERPRETER (FOR THE WITNESS): Hengchuang made a payment to Zhonggang. And around March 2024, Tan Cong applied on behalf of Zhonggang --

THE INTERPRETER: I'm sorry. Strike that.

THE INTERPRETER (FOR THE WITNESS): Tan

Cong applied the U.S. outside patent through the U.S. trademark office. Based on the above, I believe this patent was Hengchuang authorized Tan Cong to hold temporarily.

Okay. And so I think it's something that tends to happen in cross-border e-commerce business where a certain employees was authorized to temporarily hold the patent.

And the reason behind that was, first of all, it will be difficult to find out the actual person hold behind this patent. And so even though a lawsuit could be, you know, a win in the United States, but chance of actually coming to the claim or execute the final order is very hard, is very little.

MR. YANG: Micro entity. I believe the term is "micro entity."

THE OFFICER: Micro what? Sorry?

MR. YANG: Micro entity.

MR. LIU: Micro entity status.

THE OFFICER: Thank you.

THE INTERPRETER (FOR THE WITNESS): Okay. Secondly, I think there is certain benefits using your own employee to apply for patent because that would lower down your cost in the system of United States patent application using your own -- there is such term

called "micro entity." That's it.
BY MR. LIU:
Q So anything else you want to add about this defense today?
MR. YANG: Same objection.
THE INTERPRETER (FOR THE WITNESS): I don't have any right now. If I think of any, I will add it later.
BY MR. LIU:
Q So when is later?
THE INTERPRETER: I'm sorry. What is --
BY MR. LIU:
Q So my question is, when is later?
THE INTERPRETER: What is late?
MR. LIU: When is later? She's saying she may add something -- so asking, when is later?
MR. YANG: Objection.
THE INTERPRETER: Sorry. Objection what?
MR. YANG: Okay. Objection. Form. Mischaracterization of the testimony.
BY MR. LIU:
Q Answer.
A I think I'm just saying it. I do not have a -- a accurate time to give you.
Q Okay. Do you have any documents that proves

Tan is not the true owner of the patent in the suit?

MR. YANG: Objection. Calls for a legal conclusion.

MR. LIU: -- T-E-L-I.

THE OFFICER: Sorry. I did not hear that.

THE INTERPRETER (FOR THE WITNESS): I do have something to add. Company name Weiteli -- I'll spell that, W-E-I-T-E-L-I -- is an associate company of Hengchuang. And so around January 2024, they asked their employee, Tan Cong, to secure a purchase agreement with Zhonggang.

And so according to what Weiteli has that they made a payment to Tan for his application of the license. But that, it doesn't make any sense.

So this is not something that's common if a company asks its employee to first secure a -- a purchase order with a company and then pay for that and then an associated company also make payment for the licensing fee to the same employee. You know, the order of the timeline doesn't make any sense. That's it.

BY MR. LIU:

Q Why the timeline does not make any sense to you?

A Okay. I'll answer to that again. So after

New Year's 2024, Tan Cong, on behalf of Hengchuang, had secured the product order from Zhonggang, and these are the product in this lawsuit. And around March '24 -- March 2024, Tan Cong had applied for the patent.

And once the patent was granted in 2024, based on the other party provided documents and information, I saw that Weiteli had also made payment to Tan Cong with regard to the authorized license fee. So this order of time is -- it doesn't match the -- the usual logics.

Q Let me understand this. So in January 2024, Tan bought things from Zhonggang or bought product from Tan? I'm little confused. Can you help you with that?

THE OFFICER: Can you restate the question? Sorry. Who bought from who?

BY MR. LIU:

Q Exactly. That's our question. So January 2024, so who bought products from who?

A Tan Cong, on behalf of Hengchuang, had secured purchase of the products with related to this patent lawsuit from Zhonggang.

Q You mean in January 2024, Tan bought products that's protected by the patented design; is that correct?

MR. YANG: Objection. Mischaracterization of the testimony.

THE INTERPRETER (FOR THE WITNESS): That's not what I said.

BY MR. LIU:

Q So the product Tan bought in January 2024, did those products have the same design as the design showing in the patent, yes or no?

THE INTERPRETER: In what patent? As the design shown patent? What patent -- I'm not sure --

BY MR. LIU:

Q The design of the product Tan bought from Zhonggang in January 2024, do those product have the same design as the patent?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): So let me make this clear. Tan Cong first bought from Zhonggang and then applied for a patent after that. And so that was back in 2022 when Zhonggang had obtained the patent or approved -- applied for the patent. And so therefore, Tan Cong had copied Zhonggang.

BY MR. LIU:

Q So what you mean Tan Cong copied Zhonggang's patent, is Tan Cong's design the same as Zhonggang's design?

A Yes, as far as I can tell, they are the same.

Q Okay. So as far you can tell, these designs

are identical. That's what you're saying today; right?

THE OFFICER: Sorry. That came up pretty -- can you move the mic a little closer?

MR. LIU: Yes, sir.

BY MR. LIU:

Q As far as you can tell, Tan Cong's design is identical to Zhonggang's design. Is that what you're saying?

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): What I said was they are very similar, but I couldn't use a hundred percent on this type of adjectives.

BY MR. LIU:

Q Okay. So in what ways these two designs are different, according to you?

MR. YANG: Objection. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): I believe this question is the same thing from the previous question. I had already responded. Please rely on my previous answer.

BY MR. LIU:

Q Okay. My next question is, can you identify one difference between Tan's design and Zhonggang's design today?

THE INTERPRETER: Between Tan's design and Zhonggang's what?

MR. LIU: Design.

THE INTERPRETER: Okay.

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): Okay. I believe this question is materially similar to the prior question or the same, but I will repeat myself. I believe the two designs are very close and similar. I just can't use, you know, a hundred percent same or something in that fashion.

BY MR. LIU:

Q Okay. Highly similar is not the same; correct?

THE OFFICER: Please restate the question.

BY MR. LIU:

Q Highly similar is not the same; correct?

MR. YANG: Objection. Mischaracterization of the testimony.

THE INTERPRETER (FOR THE WITNESS): That's not what I had said. I had responded to the question earlier. Please rely on my previous answer.

BY MR. LIU:

Q You said the two designs are not 100 percent

the same. That's what you said; correct?

THE INTERPRETER: Sorry. Can I have that one more time?

BY MR. LIU:

Q You said the two designs are not 100 percent the same. That's what you said; right?

MR. YANG: Objection. Calls for a legal conclusion. Asked and answered.

THE INTERPRETER (FOR THE WITNESS): I had already answered the question. Please rely on my previous answer.

BY MR. LIU:

Q Okay. I asked you to identify at least one difference between these two designs. So far you have not done so; correct?

MR. YANG: Objection. Calls for a legal conclusion. Form.

THE INTERPRETER (FOR THE WITNESS): Whether they're same or different, my answer was they are very similar. I don't think there's anything in this world can be absolute or a hundred percent. You can't use that type of adjectives.

BY MR. LIU:

Q Then why say Tan copied Zhonggang's design?

THE OFFICER: Then why say what?

BY MR. LIU:

Q Tan copied Zhonggang's design. Why do you say that?

MR. YANG: Objection. Form. Calls for a legal conclusion.

THE INTERPRETER (FOR THE WITNESS): In my understanding, the -- the products or the design are very similar. Otherwise, how could a independently created concept be so similar or close to another?

The reason I refuse to say they are a hundred percent the same is based on common sense, which is that it is very rare in this world that any two things can be absolutely same or you can use a hundred percent same.

BY MR. LIU:

Q Okay. Can you tell me how Tan's design is similar to Zhonggang's design?

THE INTERPRETER: Sorry. You're asking what's the difference; right?

MR. LIU: How are they similar to each other?

THE INTERPRETER: Oh, how are they similar to each other?

MR. LIU: Yeah.

MR. YANG: Objection. Form. Calls for a

legal conclusion.

THE INTERPRETER (FOR THE WITNESS): I had repeatedly answered that question earlier. I -- I think you can rely on my previous answer for that.

BY MR. LIU:

Q Okay. Can you tell me what feature in which Tan's design is very close to Zhonggang's design? What is it?

THE OFFICER: Sorry. Close to whose design?

MR. LIU: Zhonggang's design.

THE OFFICER: Thank you.

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): Okay. I believe I had answered that already. But in terms of Zhonggang's patent, I think if you compare that with Tan Cong's patent and the graphics that he applied from the U.S. patent office, judging from any kind of angle, these two designs are very similar.

BY MR. LIU:

Q So give me one angle from where these two designs are very close to each other.

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): I believe I had repeatedly answered that question. Please

rely on my previous answer. They are very --

BY MR. LIU:

Q You simply said they look very close to each other. You never identify in any specific way they look close to each other. Is that fair to say?

MR. YANG: Objection. Form. For the record, the deposing counsel is not showing the image of the design -- Zhonggang's products for comparison before the witness. So it will be almost impossible for the witness to tell any the difference or similarities without the --

THE OFFICER: Sorry. It's almost impossible for witness to what?

MR. YANG: For the witness to tell any differences or similarities between the designed patent and the products of Zhonggang without the drawings and the images in front of the witness.

MR. LIU: Go ahead. Go ahead.

My response is, without looking at either Tan's design's or Zhonggang's design, the witness has repeatedly asserted these two designs are very close to each other. But somehow, the witness is unable to identify any specific way these two designs are very close to each other.

The witness kept saying she answered

question, but she has so far been unable to identify any specific way in which these two designs are very close to each other. That's my response.

MR. YANG: For the record, I believe if deposing counsel shows the drawing, the patent drawings, and the products, it will be much easier for the witness to answer the questions. So -- you haven't properly introduced the relevant exhibits, so your question also -- the questions also lack foundation.

MR. LIU: I don't understand what foundation you're talking. The witness brought assertions about how these designs are close to each other without looking at anything. Somehow you are saying the witness now needs to look at a bunch of things to tell me in which way they're very close to each other.

You cannot have it both ways. What are you talking? Does the witness need the two designs in front of her or no? You need to pick one side. You cannot be on both sides. Okay?

MR. YANG: Mr. Liu --

MR. LIU: Moving up -- last chance. Last question for today.

MR. YANG: This --

MR. LIU: This -- hold on. I'm finished.

I'm finished.

THE OFFICER: Please, please. Hey, counsels, one at a time, please.

MR. YANG: Yeah. I mean --

MR. LIU: We are moving on. One last question for today.

THE OFFICER: Hold on. Whoa, whoa, sorry. Sorry. Hang on. Hang on, please.

MR. YANG: Let me finish. Let me finish my statement for the record. All right?.

MR. LIU: Go ahead.

MR. YANG: Yeah. Why didn't you simply introduce those relevant drawing and the images of the products of Zhonggang for the witness to compare it?

MR. LIU: Because the witness doesn't need it. Without looking at anything, the witness says these two designs are very close to each other. If she can say that, why she needs to look at them?

MR. YANG: Without --

MR. LIU: Without what?

Go ahead.

THE INTERPRETER (FOR THE WITNESS): Okay. I have not emphasized that the reason I couldn't point out any specifics as to the differences or similarity is because once the court take a look at Zhonggang's

product design as well as Tan Cong's patent application drawing in the U.S., they could simply come to the same conclusion.

BY MR. LIU:

Q So, Ms. Witness, are you a judge?

A The reason I didn't point it out is because I think this is very similar to math. One plus one equals two. I think this is common sense. I have more to say.

Q Go ahead. For the record, Mr. Yang said you're not familiar. I say you're familiar. Don't misspeak. Go ahead.

MR. YANG: For the record, I didn't say that.

MR. LIU: For the record, you said witness need the drawing. I said the witness does not. Now the witness says she does not. So I'm right. You're wrong. Leave it like that. Moving on.

Go ahead.

MR. YANG: I mean --

MR. LIU: You mean what?

THE OFFICER: Counsels. Counsels, please, one at time -- hey, whoa, whoa, counsels -- okay. Okay. We're going off record. Time is 1:50.

(Off the record.)

THE OFFICER: We are back on the record.

Time is 1:50 a.m.

THE INTERPRETER: Do we want to know what witness just said before counsel started crossfire?

Damien?

MR. LIU: So --

THE OFFICER: Yes, I do need that. Yes. Thank you.

THE INTERPRETER: The witness had just said, "Mr. Liu believed that I couldn't point out the -- the specifics and that I am not familiar with two products. That is end choose conclusion.

"So I can tell you that the products, looking at from the front, it has vertical pattern and the doors can be open. And there is also a leather handle on the door, and there is a small round point to use to be -- to use as a stabilization point on the left side and right side. Well, since I don't have art fundamental skills in my eyes, there are certain --

MR. LIU: I think the witness is saying there's a radiating rectangular pattern. Is that what you want to say?

MR. YANG: I do not think so, Counsel. You are mischaracterizing the witness testimony.

THE INTERPRETER (FOR THE WITNESS): Radiating pattern --

BY MR. LIU:

Q So what saying --

THE OFFICER: Whoa, whoa, whoa, sorry, sorry, sorry, sorry. She was trying to interpret there at that moment. Please allow her to do so.

THE INTERPRETER: I think I heard something like "In my eyes, they look like a radiated -- radiated quadrilateral pattern."

MR. YANG: See, that is translation.

MR. LIU: You're not being deposed. No, thank you.

THE INTERPRETER (FOR THE WITNESS): Okay. And looking at the back of the product or the box, you can see some pillar-based patterns. And the reason why the design had contained that pillar design, I had asked certain people. I was told that given the material and its -- our processing, any flat surfacing will cause twisting of the shape.

And -- and so that is why the flower-based pattern is taken into the design. And one point is, you know, to beautify the design. Secondly, it is not so easy to change the form. Okay? And so give you an example. I'm holding a piece of paper in my hand.

So in terms of the production process,

you can see this -- when it's produced, it's much more steady, and it's not so easy -- the form is only -- is not easy to be twisted or smashed, which was welcomed by the customer or the end users. And so you can tell the design had contained a lot of functionality in it.

THE INTERPRETER: Give me a moment.

THE OFFICER: Ms. Li, was that you speaking or you interpreting?

THE INTERPRETER: Yes, that's me.

THE OFFICER: Got you. Thank you.

THE INTERPRETER: Give me a moment.

MR. YANG: Madam Interpreter, I believe the term of art the witness just used should be --

THE INTERPRETER: You're not --

MR. YANG: "Reinforcing ribs."

THE OFFICER: I didn't hear -- I -- I heard "You're not." And then I heard "reinforcing" something.

MR. YANG: Yeah, it should be reinforcing ribs.

THE INTERPRETER: Okay. I don't even know where should I start?

MR. YANG: Yeah, I just explained that term of art to you.

THE INTERPRETER (FOR THE WITNESS): Okay.

If you look at the back of the box, there's many horizontal and vertical lines. And if we look at the manufacture techniques and there's many reinforcing waves and you can see there's a lot of pointed out spots, which is trying to hold the left and right together so that it will not be deformed easily.

There is also certain technique used on the supporting bottom, which is also trying to hold together all the four sides. And it's the same purpose, try not to change the -- the final form easily.

THE INTERPRETER: That's what I got so far.

THE INTERPRETER (FOR THE WITNESS): Okay. And also, there is one more side I didn't mention earlier because there are five sides to the box. And so in terms of the cover, there is also many places that's coming out and digging in. And all of this design have same purpose, which is trying to maintain our original form.

The reason that I believe Tan Cong is only a temporary holder of the patent but not the owner of the patent is because that as a layperson, not a professional in design world, if there is any quality issue or concerns, I would firstly go to the manufacturer, try to understand the manufacturing

technique and process.

As well as the design of the tension waves that we earlier mentioned, and the purpose of those design is not just purely for the outside view, but also with consideration of the level of difficulty during manufacturing and processing and as well as how to deal with the deformation.

And so from a designer point of view, if I were Tan Cong, a designer should have, must have, and definitely will notice the following details.

THE INTERPRETER: She has more to add.

THE INTERPRETER (FOR THE WITNESS): So for example, looking at the front side of the box, there is a lot of detailed pattern. And especially there is a gap designed between the door and -- between the door and the -- the side, the gap for closing the door. For that design, you need to first guarantee and make sure the door can be easily closed.

However, the gap cannot be left too large or too small. If you left the gap too big, the customer will think the quality of the box is not good. If you left the gap too small, then it's easy the items will accumulate together and scratch on top of each other, which could cause deformation.

THE INTERPRETER: Okay. There is more to



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

add, I think.

THE INTERPRETER (FOR THE WITNESS): I also remembered that I seem to recall there's evidence that the other counsel had given to us. Okay. There has been something mentioned there. Tan Cong, after he designed it, he turned it to the -- the model of design factory or the model factory, and they made a sample of it. There's a detail in the chat history.

THE INTERPRETER: One moment. Counsel, do you know what is (speaking in Mandarin)?

MR. LIU: I think exit.

MR. YANG: The pivot?

THE INTERPRETER: -- translator. I'm an interpreter.

THE OFFICER: Sorry. One second. So one second. Madam Interpreter, what did you just say?

THE INTERPRETER: Oh, never mind.

MR. LIU: Yeah.

THE INTERPRETER: -- not sure what she needs to say.

MR. YANG: I believe it's pivot; right?

MS. JIN: Pivot.

MR. LIU: Pivot.

MS. JIN: Yes, P-I-V-O-T.

MR. LIU: Oh, okay. Is it pivot?

MR. YANG: Pivot to --

THE INTERPRETER: How do you spell that? How do you spell that?

MR. YANG: Here --

THE OFFICER: Sorry. Sorry. There's a lot of crosstalk going on right now. Please be mindful of that.

THE INTERPRETER: Just trying to figure out what she's saying.

THE INTERPRETER (FOR THE WITNESS): Let me show you how the axle works. So this paper, it is the board. The -- the two pens are connected to the board, but the two pens are plastic. And the pens are pointing out. And then you insert this into the door board where there's a hole.

And that way, it can be easily turned out. Based on the -- the model that the model factory gave back to him, there is something slightly different.

So they are sample that Tan Cong had received all of these points from here to here all the same size, whereas the samples that Tan Cong provided for the model factory is a different size. This part a bigger, this part smaller. So the upper is smaller, and lower is bigger.

That would secure when it's pulled down,

it's not easily broken because there is a handle there. Okay. I need to add more. The actual manufacturer technique is very simple. It has its own specific techniques.

And also for the product designer himself, when he creates the design, he needs to understand the thickness of each side. The reason behind is that you want the thickness to be up to certain quality so that can be acceptable for the customer. Also, the cost can be under control.

So I believe all of these details should be known and must be known by the designer or inventor of the product because this is common sense as a inventor or designer. He should know. And so in the end, I would say judging from all the details and the design common sense, I could distinguish and figure out that Tan Cong is not the designer of this product.

As a operating person, I would communicate with manufacturer when things go wrong or there's issue coming out. And so that I had learned some of the manufacturing techniques as well as how to control cost on that basis.

And I'll just add one more thing. Apple's OEM manufacturer in China used to be a female, very wealthy female. She had said something as the

manufacturer enterprises, it's not that they -- they're lacking of compatibility. Actually, they do have in their hand a lot of the models themselves.

MR. YANG: For the record, Mr. Court Reporter, how much time have we used for this deposition so far?

THE OFFICER: I can only tell you the portion that I have been here for, but it has been five hours and four minutes from what I have.

MR. LIU: So did the witness finish? Did she want to see something else or no?

MR. YANG: Mr. Court Reporter, can we -- you know, we only have seven hours for this deposition. Could you please have a look? How much time have been used for this deposition in total so far?

THE OFFICER: I can't tell you in total. I'm not sure how long you were on record before I replaced that CSR from prior. I cannot give you that. And she's definitely asleep. So like, it's 2:20 in the morning over here. So --

MR. LIU: Let's finish this question. Let's go home.

BY MR. LIU:

Q So, Ms. Witness, do you have anything else to add at this time?

THE INTERPRETER: I'm sorry. was that question for the witness?

MR. LIU: Yeah.

BY MR. LIU:

Q Ms. Witness, do you have anything else at this time?

A Okay. No. I did explain a lot after I had told you these two are very similar, very close. I didn't want to tell you too much details, but I told you a lot of details, just trying to show that I am very familiar with the product. It's not that I'm not.

Q Okay. Just one last question. The features you just talked about, are those features are Xianghuo's product or some other entity's product? I'm really confused about that.

THE OFFICER: Sorry. Some other what, sir?

MR. LIU: Other than that question, I'm fine. So that's my last question.

THE INTERPRETER: I think the reporter was trying to ask you what's after the features?

BY MR. LIU:

Q So the features, Ms. Witness, the features you just talked about, are those features of your company's product or some other company's product? That's my only

question.

MR. YANG: Objection. Form.

THE INTERPRETER (FOR THE WITNESS): Oh, okay. All the topics that we had discussed today is not related to the actual features of the product. I think we have some customer reviews, and those product with problems had been sent to the manufacturer for fixing or -- fixing work, for some more work.

And only the outside view cannot indicate how thick, you know, the -- the side is actually. You -- you cannot tell just simply from the looking at it.

MR. LIU: Are you finished? Okay.

Thank you, everybody. That's all I have.

THE OFFICER: Okay. Okay. Sorry. I have to ask, is there any cross?

MR. YANG: Yes. So before we conclude the session, I would like to ask the witness a few follow-up questions.

THE OFFICER: Okay.

MR. LIU: -- today's deposition?

THE INTERPRETER: I'm sorry. What's that?

MR. LIU: How much time do we have for today's deposition? Seven hours?

MR. YANG: Counsel, I think you are aware the count against seven hours only is for your deposition, for your questions, not for mine.

MR. LIU: I don't think so. How many questions do you have?

MR. YANG: A few follow-up questions.

MR. LIU: A few. How many? Because it is 5:30. We're going to keep going -- how many questions you have?

THE OFFICER: Sorry. Crosstalk, please.

MR. YANG: Sorry.

I mean, Counsel, you are --

MR. LIU: Go ahead. Ask your first question.

THE OFFICER: Sorry. Before we start cross, I do need a bathroom break.

MR. LIU: I do too. Thank you.

MR. YANG: Okay. Okay.

THE OFFICER: Okay. Okay. Bathroom break. Thank you. We are now off the record. Time is 2:25 a.m.

(Off the record.)

THE OFFICER: We are back on the record. The time is 2:36 a.m.

MR. YANG: Ms. Zheng --

THE OFFICER: Sorry. You'll have to mute whatever laptop is unmuted right now.

THE INTERPRETER: Yeah, we have echo.

MR. YANG: Do we --

THE OFFICER: Sorry. Let's go off record, please. We're now off the record. Time is 2:36 a.m.

(Off the record.)

THE OFFICER: We are back on the record. Time is 2:37 a.m.

EXAMINATION

BY MR. YANG:

Q Ms. Zheng, you mentioned for a couple times searching the (speaking in Mandarin) patent database during today's testimony.

THE OFFICER: Searching the what? Sorry.

MR. YANG: Searching the (speaking in Mandarin) patent database.

THE INTERPRETER: Intelligence Roots.

THE OFFICER: Thank you.

BY MR. YANG:

Q So how would you conduct a patent search with (speaking in Mandarin) to determine whether a product may infringe any patents in China or the U.S.?

THE OFFICER: Can you -- sorry. I missed

that, everything after Intelligence Roots.

THE INTERPRETER: I didn't get it either.

MR. YANG: Okay. Let me repeat.

BY MR. YANG:

Q Ms. Zheng, you mentioned searching the (speaking in Mandarin) database during the testimony today. How would you conduct such a patent search in (speaking in Mandarin)?

A Usually if I need to search outside view patent, I would use images.

Q You can search with images?

A Okay. There's a function in Intelligence Roots software as long as you upload the graphics or photos, they will search for you.

Q Ms. Zheng, do you have any patent search training?

THE INTERPRETER: Do you have any patent search what?

MR. YANG: Training before your job with Xianghuo.

THE INTERPRETER: Sorry. Didn't get it. One more time, please.

BY MR. YANG:

Q Okay. Did you have any type of search education or training before your job with Xianghuo?

THE INTERPRETER: Before what? Sorry.

THE OFFICER: Your job with your Xianghuo, the defendant.

MR. YANG: Patent search related training or education.

THE INTERPRETER: Before this job?

MR. YANG: Yes.

THE INTERPRETER: Okay.

THE INTERPRETER (FOR THE WITNESS): No.

BY MR. YANG:

Q For a design patent such as the one at issue in this case, how much time would you typically spend conducting a patent search?

A Okay. We spend not much time actually because it is very hard to search in the entirely thorough way because sometimes the results came out too much and just too many results coming out. And so we would only use images to conduct the search.

Q For a design patent such as the one at issue, and namely the asserted design patent, could you please specify a little bit for how short time you spend?

THE OFFICER: I'm sorry. Please restate that.

MR. YANG: I'll repeat.

//

BY MR. YANG:

Q For a design patent such as the one at issue, namely the asserted design patent in this case, how much time would you typically -- I mean, could you please clarify how short time it is?

A Using images usually are very fast.

Q Could you please be a little more specific?

A I believe within an hour the search can be completed and reviewed. And usually for the image searches results, the most relevant result will be put on the very top in the front. And so you would spend more time review the first result. And, you know, towards the later results, it would be more and more irrelevant, so you would spend less and less time.

Q What patents did you identify during your patent search for the accused products?

A So actually, we already knew that the Chinese outside view patent already existed even before we were authorized to sell the product.

Q Which Chinese patent specifically are you referring to now?

A So I had always been mentioning the Zhonggang outside view patent, and this patent holder is the minority holder, which is the fourth largest shareholder of Zhonggang.

Q When did you do that?

THE INTERPRETER: What year?

MR. YANG: No, when. When did you do that?

THE INTERPRETER: When did you do that?

THE INTERPRETER (FOR THE WITNESS): Okay. So we learned about this product back in 2022. And that was in 2022, we learned the patent was already there existing. And so the first sold product was in 2023.

Right after that, we were thinking about applying for the U.S. patent, but the service provider or service agent had told me this patent has been registered in China for a long, long time, so the possibility of you getting granted in the U.S. is very low.

BY MR. YANG:

Q Ms. Zheng, you have referred to Zhonggang for several times during your testimony today. Who is Zhonggang?

MR. LIU: Objection. Vague. Zhonggang is not a person --

THE OFFICER: Sorry. Sorry. One second. I didn't hear the full -- is Zhonggang not a person --

MR. LIU: Objection. Vague. Zhonggang is not a person. So the question "Who is Zhonggang?" is

invalid.

THE OFFICER: Thank you.

BY MR. YANG:

Q Please answer, Ms. Zheng.

A So the full name of Zhonggang -- Zhonggang is a company, by the way. The full name is Taizhou, spelling, T-A-I-Z-H-O-U, Plastic Shareholding -- maybe there is no shareholding -- Company Limited.

Q Ms. Zheng, what is the relationship between Zhonggang and Xianghuo?

THE OFFICER: What is the relationship -- sorry. Go ahead.

MR. YANG: Between Zhonggang and Xianghuo.

THE INTERPRETER: Between Zhonggang and what?

MR. YANG: Xianghuo.

THE INTERPRETER: Oh, and Xianghuo.

THE INTERPRETER (FOR THE WITNESS): Xianghuo used to take part -- to take out -- to send orders to Zhonggang and take products from Zhonggang.

THE OFFICER: Sorry. I need some kind of distinction. What -- there's Zhonggang and there's what?

THE INTERPRETER: Sorry.

THE INTERPRETER (FOR THE WITNESS): Xianghuo used to send orders to Zhonggang and take products from Zhonggang.

THE OFFICER: Got it.

THE INTERPRETER: Okay.

BY MR. YANG:

Q Ms. Zheng, you mentioned about some products in your testimony today. Do you remember when you found them?

THE INTERPRETER: Sorry. Can I get that one more time?

MR. YANG: I'll repeat myself.

BY MR. YANG:

Q Ms. Zheng, you mentioned about some prior art products in your testimony today. When did you find them?

THE INTERPRETER: You mentioned some products you tested?

MR. YANG: In your testimony today.

THE INTERPRETER: Oh, in your testimony. You mentioned some product you tested?

MR. YANG: In your testimony. In your testimony today. When did you find them?

THE INTERPRETER: Can you please say the whole thing?

MR. YANG: Okay.

BY MR. YANG:

Q Ms. Zheng, you mentioned about some prior art products in your testimony today. When did you find them for the first time?

THE INTERPRETER: Some printout products?

(The officer repeated the record as requested.)

THE OFFICER: Did I say that correctly, sir?

MR. YANG: Yes.

THE INTERPRETER: Okay.

THE INTERPRETER (FOR THE WITNESS): In 2022. Actually, I just mentioned it.

BY MR. YANG:

Q Ms. Zheng, how did you find them?

A I found them on 1688 platform.

Q Ms. Zheng, how much time did you spend for finding these prior art products?

THE OFFICER: These what, sir?

MR. YANG: I'll repeat myself.

BY MR. YANG:

Q Ms. Zheng, how much time did you spend for searching these prior art products?

A Are you talking about Zhonggang -- the outside

view patent that held by Zhonggang?

Q No, I mean the products, the prior art products.

THE INTERPRETER: The printout product; right?

MR. YANG: Yes. Prior art products. No. No, this is the patent term, "prior art."

THE INTERPRETER: Can you spell it, please?

MR. YANG: P-R-I-O-R art, prior art.

THE INTERPRETER: Prior art. Thank you.

MR. LIU: Objection. Vague. Which prior art product are we talking about? It's just -- without specifying which product we're talking about.

THE OFFICER: I didn't hear -- sorry. I didn't hear after "What product are we talking about?"

MR. LIU: Yeah, we're calling them prior art product without even identifying which product are we referring to, how things --

BY MR. YANG:

Q Ms. Zheng, the prior art products we are discussing now refer to the prior art products we have used to support our claim that the asserted design patent is invalid. Are you clear about that?

THE INTERPRETER: I'm sorry. Can I get

that one more time, please?

THE OFFICER: I think I have it. Hang on.

(The officer repeated the record as requested.)

MR. LIU: And objection. The question is circular. The prior art product refers to a prior art product? I mean, what question is that?

THE OFFICER: Sorry. I need to hear that one more time. Sorry.

MR. LIU: Objection. Vague because the question is circular. The question said the prior art product I'm talking about is a prior art product. So which prior art product are we talking about? The question is circular. It's a circular question.

THE INTERPRETER: Maybe I try to interpret it.

MR. LIU: Do we have a product number that we can refer to or like a picture or something? Because otherwise we're just saying we're looking for a prior art product that's a prior art product. So what product are we talking about? The whole thing is confusing.

MR. YANG: For the record, Counsel, the prior art product is in your deposition notice. And the

deponent only have very limited number of prior art products. So I believe both you and the witness and any reasonable person involved in case should be very clear about what prior art products we are --

MR. LIU: I'm not clear. So if you say it's limited number of prior art product, that's fine, but then just show me which what it is, right, without talking about hundreds of prior art products. You say limited; I'm saying it's fine. Which one? Because I don't understand what's going on, basically.

MR. YANG: Your objection is preserved, Mr. Liu.

BY MR. YANG:

Q Please answer the question.

THE OFFICER: Sorry. Your objection is preserved. Please what?

BY MR. YANG:

Q Please answer my question, Ms. Zheng.

MR. YANG: Sorry. Madam Interpreter, that was not my question.

THE INTERPRETER: Okay. So yeah, I didn't get your question.

MR. LIU: Nobody understands the question. That's what I'm talking about.

MR. YANG: I -- you know what? That is

really not the defense. For the Madam Interpreter, it is too late for, but not for you. So let me repeat my question.

MR. LIU: It is for me because your question is confusing.

MR. YANG: Because you are confused now.

MR. LIU: Everybody is confused. And everyone is --

THE OFFICER: Okay. Okay. Okay. Gentlemen, crosstalk. Thank you.

MR. YANG: Let me repeat my question.

BY MR. YANG:

Q Ms. Zheng, how much time did you spend for the search of the prior art products we are discussing?

MR. LIU: Same objection. Vague. Which prior art product are we talking about?

BY MR. YANG:

Q Please answer.

A So previously I had mentioned there are two links from Amazon platform, which is public published. Those were the buyer's review, and they were prior to Tan Cong's application grace period. And I think I was familiar about it, so I didn't really spend any time or much time.

Q Ms. Zheng, you mentioned that it is very cheap

to obtain a design patent in China. How much does it typically cost?

A Previously it was a few dozens of RMB. But since I have not personally applied for any patent myself or registered on behalf of my company, so I don't know if they have raised the cost or not.

MR. YANG: Thank you, Mr. Zheng. I have finish my redirect.

MR. LIU: Nothing further.

THE OFFICER: Okay. Nothing further. Okay. Regarding the read and sign, that's going to you, Mr. Yang?

MR. YANG: Oh, pardon?

THE OFFICER: The read and sign copy, will Ms. Zheng read or waive this transcript? You know, like the -- for the -- what do you call it? You know, with the errata sheet and all that? Sorry. It's late.

MR. YANG: It's -- sorry. Could you repeat that?

THE OFFICER: The read and sign copy, will that be presented to you to give to Ms. Zheng?

MR. YANG: To Ms. Zheng; right?

THE OFFICER: Ms. Zheng, yes, the read and sign copy for her to confirm it's an accurate transcript. You know what I'm referring to?

MR. YANG: Yes. You can just send it to me.

THE OFFICER: Okay. Great. And are you also ordering a final certified copy in addition to that read and sign copy?

MR. YANG: Yes. Yes. And we also need a rough.

THE OFFICER: A rough. You need a rough?

MR. YANG: Yes, a rough. A rough.

THE OFFICER: When do you need the rough by?

MR. YANG: Okay. The standard -- what's the term for us to use here, you know, the unverified transcript for --

THE OFFICER: The -- yeah, unverified would be the rough. If you give me a date you need that by, I -- it can't be -- I'll tell you right now it can't be tomorrow because they won't even --

MR. YANG: Yes.

THE OFFICER: They won't even see this until the morning.

MR. LIU: As soon as it's going to be today.

MR. YANG: Okay. No problem. So do you have my email address?

THE OFFICER: Yes. So are you going to reserve that until now and then just let me clarify in the morning or something? Or -- wait. Okay. So when do you want the rough by? Let's just do that right now. When do you want the rough?

MR. YANG: The rough? Pick your -- it's late for you.

THE OFFICER: No, you tell me the date you need it, and I will get it to you. That's what we're doing here. I can't tell you that otherwise.

MR. YANG: Okay. How about within the next, like, two days, two workdays?

THE OFFICER: Two workdays. So like next Wednesday or Tuesday?

MR. YANG: Within the next workdays.

THE OFFICER: What's that?

MR. YANG: Within the next workdays.

THE OFFICER: The next workday. So like, you know, for me it's Friday. So the next workday would be Monday?

MR. YANG: Yes, by Monday, the next Monday.

THE OFFICER: I will forward that to them. We'll try our best to make that. How about that? Okay.

MR. YANG: Okay.

THE OFFICER: Okay.

MR. YANG: Do you need my email address?

THE OFFICER: I have -- I will confirm that in just a moment.

We are now off the record. The time is 3:03 a.m.

(Signature reserved.)

(Whereupon, at 6:03 p.m. HKT/3:03 a.m. PDT, the proceeding was concluded.)

CERTIFICATE OF READER-INTERPRETER

I, ____________________________________________________,
who address is ______________________________________________
_______________________________________________________________,
a person who speaks the language of the witness;
namely, _________________________, do hereby certify that
on the ________ day of _____________________, 20_________,
I did translate the foregoing deposition from the
_______________ language into the ________________________
language reading same to the witness in his/her
native tongue, to the best of my ability;

That all corrections and changes requested by the witness were made and initialed by the witness;

That upon completion of said reading, the witness did confirm to me that he/she had understood the reading.

_____________________________

Interpreter-Reader

CERTIFICATE OF DEPOSITION OFFICER

I, DAMIEN STONEBERGER, the officer before whom the foregoing proceedings were taken, do hereby certify that any witness(es) in the foregoing proceedings, prior to testifying, were duly sworn; that the proceedings were recorded by me and thereafter reduced to typewriting by a qualified transcriptionist; that said digital audio recording of said proceedings are a true and accurate record to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Date: July 9, 2026

DAMIEN STONEBERGER
Notary Public in and for the
State of California

[X] Review of the transcript was requested.

CERTIFICATE OF TRANSCRIBER

I, DAVID SHAHVERDIAN, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

Date: July 9, 2026



DAVID SHAHVERDIAN

Qianwu Yang, Esq.
yang@shm.law

July 9, 2026

RE: Tan, Cong v. Xianghuo

6/11/2026, Lijun Zheng , PM Session (#7901514)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at (production-ca@veritext.com).

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions

Tan, Cong v. Xianghuo
Lijun Zheng , PM Session (#7901514)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________
PAGE_____ LINE_____ CHANGE________________________
__________________________________________________
REASON____________________________________________

________________________________ _______________
Lijun Zheng , PM Session Date

Tan, Cong v. Xianghuo

Lijun Zheng , PM Session (#7901514)

ACKNOWLEDGEMENT OF DEPONENT

I, Lijun Zheng , PM Session, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

______________________________ ________________

Lijun Zheng , PM Session Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS

______ DAY OF ________________, 20___.

__________________________

NOTARY PUBLIC

**0**

**05003** 1:7

**1**

**1** 35:23 50:2
**100** 127:25 128:5
**1054752** 3:9 14:14
**10:44** 64:10
**10:52** 64:13
**10:54** 1:14
**11** 1:13
**11:48** 86:16
**11:59** 86:19
**12** 1:12
**126** 50:7
**12:25** 36:25 37:1,17
**12:30** 37:1
**12:51** 115:16
**13** 3:9
**147** 3:4
**15** 3:16
**16** 3:15
**1660** 2:6
**1688** 81:6,8,13 84:16 154:17
**1:02** 115:19
**1:25** 1:7
**1:50** 134:23 135:1

**2**

**20** 111:5 163:9 168:15
**200** 2:15
**2022** 65:12,15 65:20,23 66:19 66:21 67:7,17 67:22 84:6 125:17 151:7,8 154:14
**2023** 66:22 67:7,9 71:9,14 84:25 92:5 151:9
**2024** 71:9,12,16 84:21 85:3 92:10,12 120:10,22 123:10 124:1,4 124:5,10,17,21 125:4,11
**2026** 1:12,13 50:2 164:16 165:13 166:3
**22** 3:11
**24** 124:3
**28553** 164:19
**28th** 1:17
**2:20** 143:19
**2:25** 146:21
**2:37** 147:10

**3**

**3** 3:8 13:3,5
**30** 1:10 107:2 166:16
**3000** 2:15
**3011338** 2:22
**315** 2:6
**32** 3:15
**32489** 165:16
**3:03** 162:7,9

**4**

**4** 2:15 3:3,10 22:21,22,23 23:3,8 49:24
**40** 112:23 113:14,22 114:7,8,13,19
**45** 113:22,25
**475-6289** 2:10

**5**

**50** 106:21 107:25 109:9 109:25 110:25 112:21 113:12 113:23 114:7 114:13,19
**508** 1:17
**5:30** 146:8

**6**

**6** 1:10
**6/11/2026** 166:5
**613-9737** 2:18
**63** 3:16
**650** 2:10,18
**679-9539** 35:23
**6:03** 162:9

**7**

**771** 35:23
**7901514** 1:21 166:5 167:2 168:2
**7:54** 1:15 4:3

**8**

**8:57** 37:24

**9**

**9** 164:16 165:13 166:3
**94306** 2:16
**94402** 2:7
**9:40** 42:4,5 43:1,8
**9:49** 38:2

**a**

**a.m.** 1:14 42:5 115:16,19 135:1 146:21 146:24 147:7 147:10 162:7,9
**a958709379** 27:5
**ability** 163:13 164:10 165:7
**able** 13:10 16:10,11 24:16 26:7,15 27:10 28:5 36:15,17 40:16 52:14 62:12 71:15 85:1 105:9 117:8 120:3

**above** 67:14 81:15 121:2 166:6 168:7
**absolute** 128:21
**absolutely** 102:18 129:13
**acceptable** 142:9
**access** 61:17 97:10,18
**accessible** 62:15
**account** 73:6
**accumulate** 139:23
**accuracy** 166:9
**accurate** 117:9 122:24 159:24 164:9 165:5
**accused** 18:3,8 19:25 20:3 50:11 63:19,24 150:16
**acknowledge...** 168:3
**acknowledg...** 166:12
**action** 84:10 96:1 164:11,15 165:8,12
**actions** 33:1
**actual** 119:4 121:10 142:2 145:5
**actually** 8:21 51:19 58:22 60:24,25 62:10 71:13 76:22 89:15 99:4 120:4 121:13 143:2 145:10 149:14 150:17 154:14
**add** 67:3 70:14 78:10 80:12 86:10 99:10,20 101:21 104:13 105:1,7,8 116:14 117:10 119:19 122:3,7 122:16 123:8 139:11 140:1 142:2,23 143:25
**added** 67:14
**addition** 65:14 67:5 84:15 160:4
**additional** 80:14
**additions** 168:6
**address** 30:10 30:16 48:3 160:25 162:3 163:5
**addresses** 48:5
**addressing** 8:24
**adjectives** 126:12 128:22
**affirmative** 49:17 57:11 118:25
**age** 48:23,25
**agent** 7:21,23 8:3,22,25 9:3,8 9:16 62:12 97:3,17 116:3 151:12
**ago** 39:18 62:23
**agree** 60:20 77:20 78:25 107:5 108:1 111:11 113:7 113:10
**agreement** 120:11 123:11
**ahead** 18:19 33:21 38:24 42:17 46:12 59:2 60:12,16 67:4,12,13 77:21 80:11 86:20 90:15 92:4 96:25 112:14 120:7 131:18,18 133:11,21 134:9,11,18 146:13 152:12
**alibaba** 70:17
**alleged** 89:5,7
**allotted** 166:19
**allow** 16:10 81:13 108:10 136:5
**allowed** 13:9 72:10,19 74:25 80:6
**alto** 2:16
**amazon** 6:15 15:12,21 16:9 16:10 17:23,23 18:11,13 56:9 65:15,22 66:19 66:23 70:11 76:18 80:15 84:7 85:5 95:24 97:13 101:13 103:24 158:20
**amendments** 116:22,24 120:2
**amount** 85:6
**amphlett** 2:6
**amusing** 112:1 112:2
**andy.liu** 2:8
**angle** 130:18 130:21
**answer** 3:13 4:12 5:20 6:25 9:21,24 10:3 10:12 11:6,7 11:10,13,17,21

11:21,24 15:6 15:19,20 16:7 16:18,21,24 19:3,10 20:12 20:21 21:6,8 23:15 26:3,24 27:9,20 29:5 29:10,23 30:7 30:14,20 31:8 31:18 32:3,16 32:17 34:6 36:2,8 39:6,8 39:10,17,19 40:9 41:3,9 42:2,23 43:5 43:12,16 44:8 45:3,12 46:9 46:12 49:4,11 51:11 52:8 53:2,10,12,13 53:20,22 55:16 56:3 57:8,19 57:21 58:5 59:2 60:4,16 60:17,19 62:13 63:15 64:3,5 66:12 69:11,14 71:2 73:2 74:3 75:4,4,7,17 78:8 82:17 83:2 84:1 86:8 91:25 92:16,22 93:15,24 94:8 95:1,13,17 96:25 99:13 100:15 101:6 101:25 102:2,8 103:19 104:11 104:19 105:5 105:22 106:6 106:12 108:9 116:10,12,19 117:4,25 118:11,15 122:22 123:25 126:21 127:23 128:11,19 130:4 131:1 132:7 152:4 157:14,18 158:18

**answered** 4:25 5:5,7,18,21 6:23 7:6 8:19 9:13 11:3 12:25 18:9 19:22 21:4,7 26:4,25 36:10 38:25 39:5,9 39:15,18 40:7 40:10 43:10 50:1 52:9 53:3 53:18 57:9 64:4 83:16,23 83:25 104:8,10 116:11,18 128:8,10 130:3 130:15,25 131:25

**answers** 11:4 28:3

**anybody** 19:6 25:21,25

**anymore** 104:3

**anytime** 71:23 72:7

**anyway** 87:12

**apologize** 117:5

**appearing** 65:16

**appended** 168:7

**apple's** 142:24

**applicable** 166:8

**application** 65:22,24 67:10 70:19 71:20 76:19 84:11,18 92:12 95:23 96:2 97:9,12 116:5 121:25 123:14 134:1 158:22

**applied** 67:9 71:8 120:22 121:1 124:4 125:16,18 130:17 159:4

**apply** 85:13,15 85:19 97:22 121:23

**applying** 151:11

**appropriate** 102:25

**approved** 85:19 125:18

**aptum** 2:5

**aptumlaw.us** 2:8,9

**arguing** 37:15 68:10

**arrive** 7:10,14

**arrived** 8:15

**art** 92:17,23 93:1,4,6,7,9,10 93:16,25 103:10,12,16 135:17 137:13 137:24 153:14 154:3,19,24 155:2,6,7,10,10 155:11,13,18 155:21,22 156:7,7,12,13 156:14,21,21 156:25 157:1,4 157:6,8 158:14 158:16

**article** 102:9,13 104:5

**aside** 24:11 25:6 43:16

**asked** 4:24 5:5 5:17 6:23 8:18 9:16 21:4 31:9 33:14,15,17 34:17,24 39:4

39:14 40:6 43:9 49:5,12 53:17 72:23 83:22 86:2 104:7 108:14 108:21 109:2 123:10 128:8 128:13 136:15
**asking** 14:4 32:24 38:4 39:20,20 47:8 60:6 69:7,8,10 69:11,14 76:11 87:23 91:15 110:18 122:16 129:18
**asks** 123:17
**asleep** 143:19
**asserted** 50:10 50:17 64:15,20 89:2 100:6 131:21 149:20 150:3 155:23
**asserting** 90:17
**assertions** 132:12
**asserts** 99:23 102:8
**associate** 123:9
**associated** 123:19
**assumes** 5:16 6:22 21:2 52:6
**attached** 166:11
**attorney** 32:9 63:9,13 66:16 164:13 165:10 166:13
**audio** 5:4 164:8 165:3
**augmentative** 5:17
**authority** 15:9 97:9
**authorized** 97:24 121:3,7 124:8 150:19
**available** 166:6
**average** 80:22
**avoid** 23:11 98:2
**aware** 4:19 18:5 81:16 88:24 113:12 146:1
**axle** 141:11

**b**

**b** 1:10 3:6 72:1 90:11 115:1
**back** 4:2 30:23 30:25 36:25 37:17 38:1 59:19 63:6 64:12 86:18 91:14 107:3 115:18 125:17 134:25 136:13 138:1 141:18 146:23 147:9
151:7
**bad** 38:6
**base** 21:8 71:13
**based** 11:20 28:3 43:7 53:14 61:7,10 61:10 67:14 81:14 82:18 85:18,25 103:23 104:22 116:4 121:2 124:5 129:11 136:14,20 141:17
**basically** 79:3 81:2 157:10
**basis** 59:23 60:7,11 142:22
**bathroom** 146:16,19
**bear** 10:17
**beautify** 136:21
**beginning** 7:6 55:1 67:7 71:14 85:2
**begun** 62:22
**behalf** 2:2,12 46:24 67:7 81:15 84:21 92:6,9 95:20 119:21 120:5 120:10,22 124:1,18 159:5
**behavior** 92:13
**believe** 7:20 8:21 11:3,21 15:8 19:4,11 19:12 20:23 38:25 40:1,10 43:7 46:15 51:2,6,22 52:2 52:10 53:3,15 55:23 56:15 57:9 58:8,11 58:12,17,21 59:7,9,23 60:11,17,21,22 61:5,8,8,11,18 65:24 67:11,15 71:13 74:4 75:19,20 76:21 78:2 82:1 87:3 87:4 92:1,13 95:7 101:18 104:24 114:4,5 114:6,6,9,10,11 116:18 117:7 117:15 119:16 119:20 121:2 121:15 126:19 127:7,9 130:15 130:25 132:4 137:12 138:20 140:21 142:11 150:8 157:2
**believed** 114:7 135:9
**belongs** 27:15 28:6

**benefits** 121:22
**best** 161:24 163:13 164:9 165:6
**better** 38:18
**beyond** 6:9 8:5 9:10 16:4 19:8 19:19 20:9,18 21:3,18 29:2,3 29:8,20 30:4 30:11,17 31:5 31:15 70:23
**big** 51:19 139:20
**bigger** 141:23 141:24
**bit** 17:6,21 38:8 58:12 72:15 149:21
**board** 141:12 141:13,15
**booklets** 52:13
**border** 97:5 119:22 121:6
**bottom** 138:8
**bought** 67:16 67:22 124:11 124:11,14,17 124:21 125:4 125:10,15
**boulevard** 2:6
**box** 50:25 51:7 51:15,15 52:3 61:4,5 136:13 138:1,15 139:13,21
**boxes** 51:1
**break** 5:7 36:19 36:23,24 37:3 37:4,5,9,12,12 37:14 64:6 86:12,15 106:5 106:19,23 107:16,24 108:3,10,13,15 108:16,19,20 108:22 109:7 109:13,15,16 109:16,17,20 109:21 110:3 110:10,11,19 111:11 112:17 115:11 146:16 146:20
**breaking** 38:7
**breakup** 120:15
**bring** 51:20 61:14 82:18,22
**broken** 142:1
**brought** 15:21 21:21 66:24 132:11
**building** 2:15
**bunch** 132:14
**bureau** 98:3
**business** 1:18 119:22 121:6
**buyer** 65:23 66:22 84:9
**buyer's** 158:21
**buyers** 65:16

**c**

**c** 2:1 4:1 90:22 90:22
**ca** 2:7,16 166:15
**california** 18:15,24 19:24 20:16 21:22 164:22
**call** 28:21,25 29:12 112:17 159:16
**called** 41:15,20 44:21 54:23 70:17 122:1
**calling** 155:17
**calls** 12:20 27:6 31:6,16 35:24 43:2,23 45:20 45:24 49:1,8 51:8 52:5,23 55:25 56:17 60:1,13 66:9 70:24 75:24 78:5 86:5 91:22 94:5 95:5,14 99:1 100:12,24 103:8 106:9 115:24 117:1 117:12,22 119:13 123:2 126:16 128:7 128:16 129:4 129:25
**camino** 2:15
**canceled** 97:18
**care** 114:10,11
**cargo** 45:15
**case** 1:6 4:9,22 5:22 6:3 15:16 16:15 17:11,17 19:24 20:16,23 21:1,10,11 23:21,25 24:8 50:12,18,21 63:19,25 72:8 72:24 74:9 75:14 78:3 79:7 86:4 116:23 117:20 117:21,21 120:12 149:12 150:3 157:3
**cases** 19:7 119:5
**categorize** 50:22
**category** 51:20 52:13
**cause** 136:17 139:24
**cell** 36:16
**center** 1:18
**central** 18:15 18:23,24 19:24 20:16 21:21

**certain** 80:18 85:9,10,13 96:7 121:7,22 135:18 136:16 138:7 142:9
**certificate** 15:8 98:4 163:1 164:1 165:1
**certification** 2:21
**certified** 160:4
**certify** 163:8 164:3 165:2
**chance** 121:13 132:22
**change** 110:15 136:22 138:10 167:4,7,10,13 167:16,19
**changed** 14:6 24:15 26:8,11
**changes** 163:14 166:10 168:6
**changing** 108:6 109:14,24 110:4 111:5,7 111:11,12 112:3
**character** 117:15
**characteristics** 14:8 24:14 25:6 26:6 28:7
**characters** 14:5 23:12
**charge** 51:14
**chat** 99:5 119:24 140:8
**chatting** 67:23 69:23,25
**cheap** 85:13 96:16 158:25
**check** 96:8
**china** 1:19 6:17 6:21 48:4 65:13 70:9 73:4 80:16,18 80:24 81:4 84:16 85:12,15 85:17 96:14,17 97:14 142:24 147:24 151:13 159:1
**chinese** 62:19 62:20 70:16 74:7 80:16,19 84:6 85:24,25 87:23 96:21 150:17,20
**choose** 135:11
**circular** 156:7 156:12,15,15
**claim** 99:23 100:6 121:13 155:23
**claims** 57:12
**clarification** 45:13 47:3
**clarify** 108:20 150:5 161:2
**clear** 30:8 40:11 42:3 52:17 71:3 86:24 87:1,2 125:15 155:24 157:3,5
**clearly** 11:22 20:14 26:12,13 37:8 57:9 79:14 84:9,17
**client** 33:14,16 33:17
**close** 31:22 74:9,16 75:13 105:8 127:9 129:9 130:7,9 130:22 131:3,5 131:21,24 132:2,12,15 133:17 144:8
**closed** 139:18
**closer** 12:3 72:15 126:3
**closing** 139:16
**coach** 79:17
**coaching** 88:5
**collaborating** 97:17
**come** 36:25 86:10 134:2
**comes** 30:23 119:3
**coming** 37:17 121:13 138:17 142:20 149:17
**commerce** 70:16 97:5 119:22 121:6
**common** 80:25 80:25 119:22 123:16 129:11 134:8 142:13 142:16
**communicate** 29:11 142:19
**communication** 33:14 34:15,16 35:1
**companies** 19:13,14,16
**company** 3:11 4:7,22 5:9,10 5:11,23 6:3,5 6:16,20 7:6,23 8:2,22,24 9:2,7 14:19,22,24 15:10,15 16:14 17:2,11,17,21 18:2,7,8,10,14 18:15 19:6,12 19:12,17,25 20:2,15,25 23:16,19,20,23 23:25 24:7 27:14 28:4,15 30:1,3,9 31:10 31:13,25 32:5 32:5 33:4 34:14 36:14 39:24 40:23

**[company - continued]**


45:15,19 46:2 46:24 50:10,17 52:3 57:12 63:18,24 64:15 64:20 65:11,12 68:1,5 71:22 72:6 73:6,8,13 74:8,15 75:12 89:2,22 90:17 91:18 99:22 100:6 101:6 104:4 116:21 120:1 123:8,9 123:17,18,19 152:6,8 159:5

**company's** 8:10,15 21:9 49:17 58:8 59:5,24 60:11 73:16 92:16,22 93:15,24 101:6 102:8 106:6 115:22 144:24 144:25

**compare** 130:16 133:14

**comparison** 131:8

**compatibility** 143:2

**complaint** 97:12

**complete** 168:8

**completed** 150:9 166:16

**completion** 163:17

**compliance** 85:21 96:16

**compound** 4:10 4:13,14 5:17 6:23

**computer** 5:3 38:15,16

**concept** 129:9

**concerns** 138:24

**conclude** 145:17

**concluded** 162:10

**conclusion** 12:21 51:9 52:6,24 56:1 56:18 60:2,14 70:24 75:25 78:6 86:6 91:23 94:6 95:5,15 99:2 100:13,25 103:9 106:10 115:25 117:2 117:13,23 119:14 123:3 126:17 128:8 128:17 129:5 130:1 134:3 135:11

**condition** 28:3

**conduct** 89:3,5 89:16,17,23,25 90:5,20,23 91:9,20,21 95:8 147:22 148:7 149:18

**conducted** 96:11

**conducting** 149:13

**conducts** 92:13

**confer** 113:2

**conference** 1:18

**confirm** 85:2,9 96:13 159:24 162:4 163:18

**confirmed** 99:6

**confused** 37:10 95:9 124:12 144:15 158:6,7

**confusing** 156:23 158:5

**cong** 1:4 2:2 36:16 40:22 44:23 45:5,15 46:16,21,24 61:7 67:7,9 71:8,10 81:15 84:21 92:5,9 92:10,12 94:11 94:14,16,23,25 95:20 99:5,8 119:20 120:4,8 120:10,22 121:1,3 123:11 124:1,4,7,18 125:15,19,21 138:20 139:9 140:5 141:19 141:21 142:17 166:4 167:1 168:1

**cong's** 51:13,15 51:17 52:18 56:10 65:23 67:11,15 70:19 76:19 84:18 125:22 126:6 130:17 134:1 158:22

**connected** 141:12

**consent** 80:17 82:3 85:9,10 96:18

**consideration** 97:19 139:5

**contact** 81:7

**contained** 84:8 136:15 137:5

**container** 81:2

**containers** 96:6

**contains** 85:21

**content** 63:11

**contents** 23:14 24:12 39:23

**continued** 1:10 15:15 16:20,24 63:19,24

**continues** 17:2 115:10
**contract** 84:22 84:22 85:2 92:6,11
**control** 142:10 142:22
**copied** 125:19 125:21 128:24 129:2
**copies** 166:14
**copy** 63:4 159:14,20,24 160:4,5
**copycat** 67:11 92:13
**core** 24:11 25:5
**corner** 42:11
**corporate** 1:10
**correct** 5:12,24 6:4 15:16 16:19 17:3 18:11,12,15,16 20:1 21:11 23:21,25 31:11 31:12 33:5,20 33:23 36:5 41:12,13 43:8 43:13 44:4,13 44:19 45:1,9 46:5 50:12,18 57:13,16 60:23 62:6 63:20,25 64:16,21,24 65:1 69:21 77:13,20,23,23 83:18,21 101:7 116:14 124:23 127:14,18 128:1,15 168:8
**corrections** 163:14 168:6
**correctly** 60:5 154:9
**cost** 121:24 142:10,22 159:2,6
**costly** 85:22
**coughed** 120:16
**counsel** 23:9 34:1,2,14,16,18 34:19,22 35:1 35:3,6 36:18 36:20 39:25 59:8,21 67:1 68:7,15 72:10 72:18 74:25 79:17,23 80:2 88:5,7,9,18 95:6 106:18 107:10,12,22 108:8 109:18 110:16,22 111:8,14 112:1 112:4 113:2,16 114:16 131:7 132:5 135:3,22 140:4,9 146:1 146:12 156:24 164:10,13 165:7,10 166:14
**counsel's** 19:13 33:2
**counsels** 32:19 107:6 111:23 133:3 134:21 134:21,22
**count** 146:2
**couple** 147:13
**course** 25:6 26:15 27:2
**court** 1:1 38:19 112:25 113:15 113:25 133:25 143:4,12
**cover** 138:16
**created** 129:9
**creates** 142:6
**cross** 97:5 119:22 121:6 145:16 146:16
**crossfire** 135:3
**crosstalk** 55:7 141:6 146:10 158:10
**csr** 143:18
**current** 41:20 85:8
**currently** 17:21 78:10 105:6
**customer** 137:4 139:20 142:10 145:6
**cut** 8:1
**cv** 1:7


**d**


**d** 3:1 4:1 90:22
**damage** 99:23
**damages** 100:7
**damien** 1:20 12:12 13:7 74:18 91:13 93:18 102:16 135:4 164:2,20
**database** 81:20 81:24 83:8 147:14,18 148:6
**date** 1:12 31:14 31:20 65:24 70:19 84:11,18 160:16 161:8 164:16 165:13 167:24 168:12
**david** 165:2,17
**day** 163:9 168:15
**days** 161:12 166:16
**deal** 70:17,18 70:21 71:15 84:16 139:7
**decision** 82:8
**declare** 168:4
**decorative** 56:7 56:10
**deemed** 168:6

**defendant** 1:8 2:12 58:25 68:16 149:3
**defendant's** 58:1,2 68:17
**defense** 57:12 57:19,25 58:3 58:25 99:22 101:22 106:6 115:23 116:7 116:14,21 117:11,19 118:10 119:1 119:10,12 122:4 158:1
**defenses** 3:11 49:17
**define** 95:7
**definitely** 15:20 15:22 139:10 143:19
**deformation** 139:7,24
**deformed** 138:6
**delay** 87:10
**delivering** 120:17
**deponent** 157:1 166:13 168:3
**deposed** 136:10
**deposing** 59:8 114:16 131:7 132:5 166:13
**deposition** 1:10 18:6 36:22 61:16 72:11,21 75:2 79:3,8,18 87:4 143:5,13 143:15 145:21 145:25 146:3 156:25 163:10 164:1
**depth** 101:16
**describe** 57:2
**described** 33:2
**description** 3:7
**design** 3:8 14:13 56:7 85:14 124:22 125:5,5,8,10,12 125:22,23 126:6,7,24,25 127:1,3 128:24 129:2,7,16,17 130:7,7,10,11 131:8,20 134:1 136:15,15,20 136:21 137:5 138:17,23 139:2,4,17 140:6 142:6,16 149:11,19,20 150:2,3 155:23 159:1
**design's** 131:20
**designated** 9:11 16:5 21:3 51:3 52:10 56:12 58:12 85:20 126:15 128:19 141:18 141:22
**designed** 131:15 139:15 140:6
**designer** 96:14 139:8,9 142:5 142:12,14,17
**designs** 56:11 125:25 126:14 127:9,25 128:5 128:14 130:19 130:22 131:21 131:23 132:2 132:12,18 133:17
**detail** 140:8
**detailed** 101:17 139:14
**details** 57:2 139:10 142:11 142:15 144:9 144:10
**determine** 45:18 147:23
**difference** 51:19,19 52:12 52:18,20 53:5 56:10,14,25 57:4 118:4 126:24 128:14 129:19 131:10
**differences** 52:16 56:13 131:15 133:24
**different** 12:8 21:23 49:16
**difficult** 121:10
**difficulty** 139:5
**dig** 74:6
**digging** 138:17
**digital** 164:8 165:3
**direction** 33:2 33:9,10 35:1,3
**directly** 31:24 48:6,9,11,14 49:7 72:20 75:2
**disagree** 43:13 87:5
**discovery** 68:2 68:6 69:4 70:22 71:23 72:7,19 74:9 74:16 75:14 88:17 105:9
**discuss** 63:11
**discussed** 145:4
**discussing** 155:22 158:14
**discussion** 34:5
**display** 51:21 67:24,25
**displayed** 65:21 84:9

**displaying** 84:17
**dissolved** 15:24 16:3,9,13,19,24
**distinction** 152:23
**distinguish** 142:16
**district** 1:1,2 18:15,24 19:24 20:16 21:21
**docket** 50:6,7
**doctrines** 119:4
**document** 13:13,15,19,23 14:1,4 23:10 23:12,19,24 24:4,7,10,11,13 24:15 25:16,20 25:22,24 27:2 27:4 28:4,14 31:10,13 33:19 34:18 36:11,13 39:12 49:13,22 50:6,7 63:1,9 72:24 119:25
**documents** 23:16 26:10 27:1 33:18 61:7,8 62:14 62:18 68:8,16 68:17,20,21 72:19,23 75:1 82:12,21,21 83:6,18,21 122:25 124:6
**doing** 18:6 88:9 111:7 161:10
**domestic** 70:9
**door** 50:24 51:5,6,16,23,25 52:2,3,13,17,19 52:19,21 53:15 135:15 139:15 139:15,16,18 141:14
**doors** 51:15 135:14
**dorothy** 2:21
**double** 52:19 52:21
**download** 62:6
**downloaded** 61:17 62:1
**dozens** 159:3
**drawing** 132:5 133:13 134:2 134:15
**drawings** 131:16 132:5
**due** 89:3
**duly** 164:5

**e**

**e** 2:1,1 3:1,6 4:1 4:1 41:17,19 41:19,19 54:11 54:11,17,17 70:16 90:11,11 97:5 115:1 119:22 121:6 123:4,9,9 167:3,3,3
**earlier** 11:25 12:9 24:3 39:1 39:5,9,10 40:11 41:12 53:21 56:4 60:25 61:3 62:19 65:23 66:22 70:19 71:5,7,17 73:4 75:18 78:9 83:16 84:5,18 101:16 118:12 119:24 127:23 130:3 138:15 139:3
**ears** 91:6
**easier** 132:6
**easily** 81:13 138:6,10 139:18 141:16 142:1
**easy** 81:8 85:16 85:19 96:10,18 136:22 137:2,3 139:22
**echo** 5:2 147:3
**edited** 14:7,11 23:14 25:21,24 26:8 27:4
**editing** 15:7 25:19 27:14 28:5 36:15 39:25 120:1
**education** 148:25 149:5
**effort** 73:17,19 73:24
**eighth** 115:22
**either** 30:21 37:11 49:12 65:21 82:2 131:19 148:2
**el** 2:15
**elimination** 82:10
**email** 32:10 48:3,4 61:16 67:1 160:25 162:3
**emphasized** 133:23
**employed** 164:11,13 165:8,10
**employee** 30:1 40:23 121:23 123:11,17,20 164:13 165:10
**employees** 121:7
**ended** 20:13
**enforceable** 89:23 91:19
**english** 62:20 87:21
**enterprises** 143:1

**entire** 7:2 89:19
**entirely** 88:3 149:15
**entitled** 36:23 86:23 87:14
**entitlement** 87:6,9,15
**entity** 121:15 121:16,18,19 122:1
**entity's** 144:14
**equals** 134:7
**equipment** 10:24
**equitable** 90:10
**errata** 159:17 166:11,13,16
**es** 164:4
**especially** 56:22 85:6 139:14
**esq** 166:1
**esquire** 2:3,4 2:13
**essence** 50:22
**established** 111:19 112:5,6 112:15
**estimate** 84:23
**estoppel** 106:7 115:22 117:6 118:18 119:1
**evening** 42:7
**everybody** 145:14 158:7
**evidence** 5:17 6:23 21:3 52:6 65:11,14 74:4 75:19 76:2,16 78:9 80:13 82:19 94:12 98:16,19,23 140:3
**ex** 76:23,25 77:2,3,18
**exact** 27:1 31:19 114:1
**exactly** 26:9 27:13 30:22 31:23 42:3 77:5 99:7 108:1 124:16
**exam** 77:18
**examination** 3:2 4:5 147:11
**examine** 35:5
**example** 63:3 96:5 97:20 109:25 136:23 139:13
**examples** 84:5
**exceptional** 117:20,21
**exceptions** 98:2
**execute** 121:13
**exhibit** 3:8,10 13:3,5 22:21 22:22,23 23:3 23:8 38:10 49:16,23,24
**exhibits** 132:8
**existed** 97:15 150:18
**existing** 81:17 96:20 101:13 103:23 151:9
**exit** 140:11
**expedite** 97:8
**expedited** 97:18
**expert** 51:13
**explain** 35:2 47:5,8 101:2 144:7
**explained** 101:16 116:3 137:23
**explanation** 101:17 117:9
**extended** 81:1
**extension** 119:7
**eyes** 28:15 40:1 52:10,11 91:6 135:18 136:7

**f**

**f** 59:16
**fact** 40:25 45:19 46:14,15 48:18 74:16 75:13 82:13 103:22
**factor** 97:19
**factory** 140:7,7 141:17,22
**facts** 5:16 6:22 21:2 52:6 101:19 104:24 105:1 114:10 115:21 119:11
**failed** 102:9,12 104:4
**fails** 166:18
**fair** 131:5
**false** 15:20 33:6
**familiar** 134:10 134:10 135:10 144:11 158:23
**far** 7:11 9:2,6 25:20,25 40:4 40:14,15 41:11 44:3 48:25 49:6 52:21 82:6 104:24 119:5 125:24 125:25 126:6 128:14 132:1 138:12 143:6 143:15
**fashion** 127:11
**fast** 70:17,18 84:17 150:6
**fax** 32:11
**feature** 130:6
**features** 144:12 144:13,21,23 144:23,24 145:5
**fee** 123:20 124:8

**female** 48:16 48:19 142:24 142:25
**fifteen** 106:4
**fifty** 112:21
**figure** 141:8 142:16
**file** 14:6 15:8 22:2,7,9,11 23:22 26:6 31:24 32:6,10 32:22,24,24 33:25 34:2,17 61:17
**filed** 23:17,20 23:24 24:7 50:1 101:7
**files** 24:6
**final** 121:14 138:10 160:4
**finally** 85:23
**financially** 164:14 165:11
**find** 24:15 81:19,25 121:10 153:15 153:23 154:4 154:16
**finding** 154:19
**fine** 77:12,17 88:4 108:15,24 109:3 144:19 157:6,9
**finish** 55:9 112:10 133:9,9 143:10,21 159:8
**finished** 132:25 133:1 145:13
**firm** 2:14
**first** 8:1 15:10 18:7 20:22 24:10 33:20 34:9 39:21 50:24 60:17 71:8 79:23 82:10 84:6 93:21,22 95:20 96:9,13 119:15 121:9 123:17 125:15 139:17 146:13 150:12 151:9 154:5
**firstly** 138:24
**five** 36:24 37:4 37:12 64:7,9 86:12,13 101:17 115:14 138:15 143:8
**fixing** 145:7,8
**flat** 136:17
**floor** 1:17
**flower** 136:20
**folder** 13:15
**follow** 145:19 146:6
**following** 88:15 139:10
**forbidden** 119:1
**force** 15:22
**foregoing** 163:10 164:3,4 165:4 168:5
**forget** 79:4,7
**forgot** 76:2 78:25 118:14
**form** 3:8 11:19 14:15 15:17 17:19 19:19 24:1 26:1 32:1 41:1,6,25 42:9 42:21 43:2,23 45:10,20 60:8 64:1 72:9 74:1 74:23 82:15 83:22 95:4 99:1 100:12,24 101:8 103:8 105:11 106:9 115:24 116:15 117:1,12,22 118:19,22 119:13 122:19 125:13 126:9 127:5 128:17 129:4,25 130:13,23 131:6 136:22 137:2 138:10 138:19 145:2
**forth** 30:23,25
**forward** 32:8 32:10 66:25 161:23
**forwarded** 32:8 32:23,24 34:19
**found** 153:8 154:17
**foundation** 132:9,11
**four** 51:1,17,18 53:24 54:5,6,7 54:10,15,23 55:4,4,5,11,11 55:17,20,23 56:5,11,15,22 61:4 138:9 143:9
**fourth** 150:24
**frcp** 86:24 87:2
**fre** 87:3
**free** 109:6 112:17
**frequently** 78:25
**friday** 1:12 161:19
**friend** 28:19,20
**friend's** 28:21
**front** 40:1 131:17 132:19 135:13 139:13 150:11
**full** 29:13 99:17 104:23,23 151:23 152:5,6
**fully** 104:20
**function** 70:17 148:12

**functionality** 137:5
**fundamental** 81:3 135:18
**funny** 22:17,20
**further** 108:9 159:9,10 164:12 165:9

**g**

**g** 4:1 41:19
**gap** 85:24 139:15,16,19 139:20,22
**gentlemen** 158:10
**getting** 114:18 151:14
**give** 22:12,17 22:20 26:10 31:24 91:5 114:1 117:8 122:24 130:21 136:23 137:6 137:11 143:18 159:21 160:16
**given** 136:16 140:4 168:9
**go** 18:19 33:21 38:6,24 42:17 46:12 49:17 59:2,3 60:12 60:16 67:4,12 67:12 77:21 80:11 86:20 90:15 92:4 96:25 99:22 107:3,9 108:4 112:14,25 113:1,3,10 115:10 117:19 120:7 131:18 131:18 133:11 133:21 134:9 134:11,18 138:24 142:19 143:22 146:13 147:5 152:12
**goes** 30:23,25
**going** 29:12 37:9 47:8 49:24 71:22 72:6,24 73:19 73:24 74:15 75:12 78:20 79:21,21 88:17 88:19 91:13,14 109:13,17 111:5,6 114:2 114:21 120:9 134:23 141:6 146:8,8 157:10 159:11 160:22 161:1
**good** 37:18 38:20 139:21
**goods** 67:16,22 67:24 71:11
**gotten** 97:21
**government** 97:18
**grab** 97:11
**grace** 76:18 158:22
**granted** 124:5 151:14
**graphic** 14:9,9 52:14 56:24
**graphics** 57:1 61:2 70:10 81:8,13 130:17 148:13
**great** 160:3
**greater** 57:2
**ground** 37:2,3
**group** 69:25
**guang** 30:21
**guarantee** 139:17
**guess** 48:20
**guessing** 42:15 43:1
**guy** 48:22
**guys** 37:8

**h**

**h** 3:6 41:17,19 41:19,19 152:7 167:3
**half** 37:18 93:22
**hand** 20:24 136:24 143:3
**handed** 32:4
**handle** 135:15 142:1
**hang** 32:19 93:21 113:22 133:8,8 156:2
**happen** 121:6
**happened** 60:18
**happening** 97:4
**happens** 97:6
**hard** 21:24 26:5 27:11 63:6 66:14 78:12 121:14 149:15
**head** 66:15
**headshot** 25:1 25:3
**hear** 7:1,12 9:22 10:14,25 12:22 15:25 16:21 17:12 19:14 21:15 22:14 27:20 32:13,20,21 35:11 38:8 41:5 45:2,3 51:24,25 55:6 57:20 59:10,11 61:21 73:21 76:7 77:15 83:19 86:25 100:20 106:1 110:7 113:6 114:18,20 118:7 123:5 137:16 151:23

155:15,16 156:9
**heard** 27:20 32:20 36:6,7 77:6,17 97:16 117:5 119:2 136:6 137:17 137:17
**hearing** 37:8 79:14
**held** 99:8 155:1
**help** 45:18 79:3 93:18 102:16 114:21 124:12
**helpful** 77:14 79:9,16
**hengchuang** 46:22,25 67:8 69:24 71:11 81:16 84:22 92:6,9 94:23 95:21 119:21 120:5,10,13,21 121:3 123:10 124:1,18
**hereto** 164:14 165:11 168:7
**hey** 13:7 133:2 134:22
**highlighted** 90:25
**highly** 103:10 103:15 127:13 127:18
**hired** 8:24 9:2 9:7 33:4
**history** 45:6 69:23 99:5 106:7 115:22 119:24 140:8
**hkt** 1:12,14 162:9
**hold** 50:19 82:3 85:10,11 91:4 121:3,8,11 132:25 133:7 138:5,8
**holder** 138:21 150:23,24
**holding** 119:20 120:5 136:23
**holds** 80:18
**hole** 141:15
**home** 30:10 143:22
**hong** 1:16,19
**hoped** 26:9
**hoping** 24:3
**horizontal** 138:2
**hour** 36:22 37:3,18 106:25 108:3 111:12 150:8
**hours** 143:9,13 145:25 146:2
**hundred** 126:12 127:10 128:21 129:11
129:13
**hundreds** 157:8

**i**

**idea** 92:14
**identical** 126:1 126:7
**identification** 13:6 22:24
**identified** 50:5 60:6
**identify** 26:13 90:18 91:20 126:23 128:13 131:4,23 132:1 150:15
**identifying** 155:18
**illinois** 1:2
**image** 24:11,12 24:18,21 25:4 25:5,17,19 26:13 27:13 28:6 33:4 36:11,12 40:17 40:18 43:6,7 131:7 150:9
**images** 131:17 133:13 148:10 148:11 149:18 150:6
**immediately** 71:15 97:8,12
**impeach** 11:25 12:9
**import** 6:5
**important** 79:8 96:4 110:15
**imported** 5:23 6:3,7,13
**impossible** 131:9,13
**impression** 94:22
**improper** 79:17 107:13
**inaccurate** 104:22
**inactionable** 90:9
**inaudible** 4:7 17:6 63:18
**incorrectly** 19:15 32:7
**independently** 129:8
**indicate** 99:6 145:9
**indicated** 99:7
**industry** 80:22 81:1 85:5
**inequitable** 89:3,5,16,17,23 89:25 90:5,10 90:12,18 91:9 91:19,21 95:7
**influence** 53:15
**information** 23:13 24:11,17 34:24 79:8

124:6
**infringe** 50:11 50:18 51:7,23 52:4 55:24 56:16 61:11 147:24
**infringement** 18:3,8,16,25 19:7,18,25 20:4,6,17 51:12 57:13 58:9 59:6,24 60:6,12,23 61:9 101:16 104:1
**initialed** 163:15
**initially** 36:14
**innovation** 21:22
**inquire** 82:2
**insert** 141:14
**insisting** 108:16
**instruct** 10:5 32:16 63:15 108:11
**instructed** 3:13 34:6
**intelligence** 81:5 82:4 147:19 148:1 148:12
**intentional** 92:17,22 93:15 93:24
**interact** 80:5
**interested** 164:15 165:11
**interpret** 78:13 136:4 156:17
**interpretation** 36:7 88:22 99:17
**interpreted** 68:24
**interpreter** 2:21 4:16,17 4:18 5:6,13,15 5:25 6:5,10,18 7:1,2,4,17,17 7:19 8:7,12,20 9:12 10:16,20 10:21,21,25 11:2,8,12,14,16 11:20 12:2,11 12:14,22,24 14:3,16,23 15:1 16:22,23 17:5,20 19:21 20:2,5,8 21:20 22:4,8,13 23:4 23:18,22 24:2 24:19,22,24,25 25:11,13,22 27:22 28:2 31:2 35:21 36:9 42:10,18 42:19 43:25 44:14 45:4,13 45:14,22,25 46:13,18,20 47:2,4,7,10,17 47:22,24,25 50:3,13,19,20 53:25 54:6,10 54:14,18,25 55:8 56:19 57:14,17 58:11 58:14,16,19,21 59:7,10,14,18 62:2,9 63:21 64:17,22 65:2 65:10,17,19 66:4,7 68:12 68:23 69:17,22 70:4,8,13,15 72:3 73:10 74:11,18 75:9 76:1,9,11,13,20 76:24 77:2,4,6 77:10 78:11,12 78:16,20 79:5 80:20,21 81:10 81:12,21 83:15 83:24 84:12,14 88:10,12,14,23 89:9 90:1,7,16 90:21,23 91:2 91:4,10 92:7,8 92:19 93:2,12 93:18 94:16 98:6,12,22,25 99:3,18 100:9 100:20 101:1,9 102:3,4,5,16,25 103:4,6,7,17 104:9 105:16 105:18,20 116:1,17 117:14 118:11 118:24 119:15 120:16,19,20 120:23,25 121:21 122:6 122:11,14,18 123:7 125:1,7 125:14 126:10 126:18 127:1,4 127:6,21 128:2 128:9,18 129:6 129:18,22 130:2,14,24 133:22 135:2,8 135:24 136:6 136:12 137:6,9 137:11,12,14 137:21,25 138:11,13 139:11,12,25 140:2,9,13,14 140:16,17,19 141:2,8,10 144:1,20 145:3 145:22 147:3 147:19 148:2 148:17,21 149:1,6,8,9 151:2,5,6 152:15,18,19 152:25 153:1,5

153:10,17,20 153:24 154:6 154:12,13 155:4,8,11,25 156:16 157:19 157:21 158:1 163:1,23
**interpreting** 137:8
**introduce** 13:24 23:10 24:4,9 133:13
**introduced** 40:21 44:23 45:5 132:8
**introduction** 44:25 45:9
**invalid** 64:16 64:21,24,25 65:25 67:15 74:5 75:20,23 80:13 152:1 155:24
**invalidate** 66:20 70:3,6 78:3 84:4 86:3
**invalidation** 80:13 95:20 101:15 104:1
**inventor** 142:12,14
**inventory** 17:22
**investigation** 96:16 97:25
98:1
**invoice** 67:25
**involved** 157:3
**irrelevant** 18:21 20:10,19 21:4,19 29:21 30:5,12,18 150:14
**issue** 98:4 138:24 142:20 149:11,19 150:2
**issued** 15:9
**it'll** 109:10
**item** 13:20 96:4
**items** 45:15 46:16 139:22

**j**

**j** 28:21,23,23 28:24 29:12,15 29:17,17,25 30:1,3,9,25 31:10,13,24 32:7,10,23,24 33:4 34:1,15 34:17,19 40:2 40:4,12,12 41:10,10,12,17 43:21 44:1,3 44:10,12,17 48:25 49:5,6 49:12,13
**j's** 29:7 30:10 30:16
**jack** 28:23,23
**jam** 40:22,24 40:25 41:11,15 41:23 44:21 45:18 46:4,14 48:6,9,11,13,16 48:17 49:6,13
**jam's** 47:15,18 48:3,23,25
**january** 71:12 123:10 124:10 124:16,21 125:4,11
**jen** 1:16
**jin** 2:4 47:21 64:25 110:5,7 110:8 140:22 140:24
**job** 1:21 148:19 148:25 149:2,6
**jot** 79:10 88:17
**judge** 134:5
**judging** 23:11 48:20 120:3 130:18 142:15
**judgment** 51:13 76:4
**july** 164:16 165:13 166:3
**june** 1:12,13 50:1

**k**

**keep** 109:14,23 110:4 111:4,6 111:11,12
112:3 114:19 146:8
**kept** 131:25
**key** 23:13
**kind** 37:5 54:22 130:18 152:22
**knew** 95:24 97:13 150:17
**know** 4:9 8:10 8:14 9:2,6,16 10:16 11:4 14:19,21,22,25 15:3,10,23 16:2 23:11,12 23:12,13 27:12 27:18,25 28:12 29:1,7,15,17,17 30:15 36:4,15 37:14 38:12 39:12 40:5,14 40:16,19,25,25 41:11,20,23 42:15,25 44:3 44:13,19 45:5 45:8 47:15,19 48:3,18,21,23 48:25,25 49:6 49:14 51:14 52:21 57:1,2 77:7 79:19 87:10,15 88:8 98:14 101:12 101:19 103:20 103:21 104:24 106:1,19

113:16 114:5 119:18 121:12 123:20 127:10 135:2 136:21 137:22 140:10 142:14 143:13 145:10 150:12 157:25 159:6 159:15,16,25 160:13 161:19

**knowledge** 116:13 164:9 165:6

**known** 29:25 142:12,12

**knows** 47:7

**kong** 1:16,19

**l**

**l** 54:11,11,17 54:17 90:11 123:4,9

**la** 1:16

**lack** 119:10,11 119:16 132:9

**lacking** 104:22 143:2

**language** 163:7 163:11,12

**laptop** 147:2

**large** 85:6 139:19

**largest** 150:24

**lasted** 36:22

**lastly** 85:4

**late** 122:14 158:2 159:17 161:7

**latin** 77:9

**law** 2:5,14 119:4,6

**lawsuit** 14:20 20:13 21:21 27:16,22 56:21 121:11 124:3 124:20

**layperson** 16:8 52:11 56:8 57:1,4 138:22

**learn** 18:7

**learned** 15:14 33:13,20 34:1 34:14,20 101:13 103:22 142:20 151:7,8

**leather** 135:14

**leave** 134:17

**left** 17:22 38:16 42:11 135:16 138:5 139:19 139:20,22

**legal** 12:20 29:1,7,13 41:14 51:8 52:5,23 55:25 56:17 60:1,7 60:13 70:24 75:24 77:4 78:5 86:5 91:22 92:1 94:5,9 95:5,7 95:14 99:2 100:13,16,25 101:3,10 103:9 103:20 104:20 105:25 106:10 106:14,15 115:25 116:2,5 117:2,7,13,23 118:1,13 119:2 119:14,16 123:2 126:16 128:7,16 129:5 130:1 166:23

**letter** 28:24

**letters** 66:14

**level** 54:11,23 61:4,5 139:5

**levels** 53:24 54:5,7,15,15,16 54:17,18 55:4 55:5,11,17

**li** 2:21 137:7

**license** 4:22 5:11 123:15 124:8

**licensing** 123:20

**lijun** 1:11 166:5 167:2,24 168:2,4,12

**limited** 99:23 100:7 106:14 106:16 116:4 116:13 117:8 118:2,3,10,13 118:15,18 119:18 152:8 157:1,6,9

**line** 3:14 167:4 167:7,10,13,16 167:19

**lines** 138:2

**link** 84:8

**links** 84:8 158:20

**litigation** 23:17 62:22,22 103:10,13,16

**little** 17:21 22:17,20 38:8 58:11 72:15 121:14 124:12 126:3 149:21 150:7

**liu** 2:3 3:3 4:4,6 4:11,20 5:8,14 5:19,25 6:2,7 6:12,19,20,24 7:9,14,22 8:2,9 8:12,14 9:1,7 9:14,20,23,24 10:1,4,6,11 11:5,9,10,13,15 11:17,23 12:2 12:5,6 13:2,7 13:11,17,21,22 13:24 14:12,18 14:25 15:2,5 15:18 16:2,6

16:17 17:1,9
17:14,15 18:1
18:24 19:2,9
19:23 20:4,7
20:11,20 21:5
21:14,16 22:1
22:4,6,11,16,20
23:1,6,20,24
24:3,3,5,9,21
24:23 25:2,15
25:24 26:2,9
26:20,23 27:8
27:24 28:8
29:4,9,18,22
30:6,13,19
31:4,7,17 32:2
32:18,22 33:3
33:7,8,12,19,25
34:3,8,12 35:2
35:7,16,18,22
36:1,20,25
37:6,9,13,17,19
37:21 38:3,9
38:11,17,23
39:7,16 40:8
41:2,8 42:1,12
42:22 43:4,11
44:2,7,15,16
45:7,11,17
46:3,8 47:14
47:19,23 48:2
49:3,10,23
50:1,5,9,15,16
51:4,10 52:1,7
53:1,9,19,25
54:2,3,7,8,11
54:12,15,20,21
55:2,10,15
56:2 57:3,7,16
58:1,3,4 59:1
59:22 60:3,9
60:15 61:23,24
62:4,16 63:17
63:23 64:2,14
64:19,24 65:1
65:4,5 66:1,6,8
66:11 67:20
68:4,10 69:1,7
69:10,15,19
70:1,6,20 71:1
72:1,5,12,22
73:1,3,12,23
74:2,13,14
75:3,6,7,11,16
76:5 77:12,15
77:17,19,21,23
78:1,7,22 79:1
79:11,14,16,25
80:4,8,10
81:18,23 82:16
83:1,17,20
84:2 86:1,7,12
86:22 87:5,9
87:15,23 88:5
88:19 89:1,7
89:16,20,21
90:3,10,13,20
90:22,24 91:12
91:13,17,24
92:15,21 93:1
93:4,6,8,10,14
93:23 94:7,18
95:10,12,16
96:24 98:9,15
98:20,24 99:9
99:12,21 100:5
100:14 101:5
101:20,24
102:7,14,23
103:2,18
104:12,16,18
105:4,21,23
106:11,21,25
107:5,8,11,14
107:18,20,23
108:1,3,6,11,14
108:19,23
109:2,8,12,19
109:23 110:2
110:10,14,18
110:23 111:2,4
111:10,15,17
111:20,22
112:2,6,9,14,18
112:20,23
113:3,6,8,12,13
113:23 114:5
114:13,16,17
114:24,25
115:5,11,14,20
116:6,9,20
117:3,18,24
118:9,16 119:9
120:6 121:19
122:2,9,12,15
122:21 123:4
123:22 124:15
125:3,9,20
126:4,5,13,22
127:3,12,17,24
128:4,12,23
129:1,15,20,24
130:5,11,20
131:2,18
132:10,21,22
132:25 133:5
133:11,15,20
134:4,14,20
135:5,9,19
136:1,10
140:11,18,23
140:25 143:10
143:21,23
144:3,4,18,22
145:13,21,24
146:4,7,13,17
151:20,24
155:12,17
156:6,11,18
157:5,12,23
158:4,7,15
159:9 160:22
**locate** 81:9,13
**location** 1:16
**locations** 30:24
31:1
**logics** 124:9
**logo** 24:21
**long** 16:10
29:15,17,24

66:13 82:1 106:23 107:21 109:5,7,12,22 110:13,21 112:16,19 143:17 148:13 151:13,13
**look** 131:3,4 132:14 133:18 133:25 136:7 138:1,2 143:14
**looking** 38:10 38:10 47:2,3 131:19 132:13 133:16 135:13 136:13 139:13 145:11 156:20
**lot** 14:5 85:13 137:5 138:4 139:14 141:6 143:3 144:7,10
**low** 151:15
**lower** 121:24 141:24
**lucky** 97:24
**lunch** 36:18 37:9,12,13

**m**

**m** 41:10
**madam** 16:22 42:17 47:1 58:10,16,20 59:7 76:20 88:10,14 102:3 103:6 137:12
140:16 157:19 158:1
**made** 71:5,17 71:18 73:17 82:9 84:22 94:23 101:17 116:22 120:13 120:21 123:14 124:7 140:7 163:15 168:5
**main** 14:8 28:7 36:12 51:18
**maintain** 138:18
**major** 52:12
**make** 10:2 40:11 56:14 58:24 71:6,11 71:15 72:10,19 73:19,24 75:1 80:16 96:18 97:12 120:9 123:15,19,21 123:23 125:15 139:17 161:24
**making** 33:6,9 81:15
**male** 48:16,18
**male's** 48:17
**man's** 48:21
**mandarin** 2:21 36:3 42:14 76:22,22 87:19 140:10 147:14 147:18,23
148:6,8
**manifest** 74:4
**manufacture** 6:16,20 7:8 138:3
**manufacturer** 47:11 80:17,18 81:7 82:2,3 85:9,11,14 96:13,19 97:8 97:21 138:25 142:2,19,24 143:1 145:7
**manufacturers** 80:23 85:10
**manufacturing** 138:25 139:6 142:21
**march** 66:22 67:9 92:11 120:22 124:3,4
**mark** 102:9,12 103:9,15 104:5 104:21
**marked** 13:5 22:23
**marking** 49:21 104:14,16 105:2
**match** 124:9
**mateo** 2:7
**material** 92:17 92:23,25 93:1 93:4,5,16,25 95:2 136:16
**materially** 127:7
**materials** 94:21
**math** 134:7
**matter** 101:19
**mean** 35:3,4 42:13 44:11 47:8 63:10 73:5 94:14,25 104:6 110:25 124:21 125:21 133:4 134:19 134:20 146:12 150:4 155:2 156:8
**meaning** 100:17 101:3 101:10 103:20 117:6 119:8
**means** 47:5 85:18 97:25 104:21
**meant** 53:11
**meet** 113:2
**memory** 36:12
**mention** 41:18 44:10 55:17 76:2,14 138:14
**mentioned** 30:9 53:23 54:4,22 55:3,19 56:4 56:14 62:18 65:12 66:3 69:20 74:16 75:13 81:20,24

83:8 92:16 93:15 96:3 98:17,21 116:21 118:12 139:3 140:5 147:13 148:5 153:7,14,17,21 154:3,14 158:19,25
**mentioning** 69:2 150:22
**message** 32:11 39:13 48:13
**messaged** 48:9
**messages** 3:10 38:5 48:11
**messed** 71:7,10 71:21
**mic** 72:14 126:3
**micro** 121:15 121:16,17,18 121:19 122:1
**microphone** 12:3
**middle** 79:18 80:5
**mind** 71:9 92:3 140:17
**mindful** 141:6
**mine** 28:19 146:3
**mine's** 28:20
**minimum** 81:3
**minority** 150:24
**minute** 36:24 37:4,12
**minutes** 64:7,7 64:9 86:13,13 106:5,21 107:25 108:15 108:23 109:3,9 109:17,25 111:1,5,6 112:21,22,23 113:12,14,22 113:23 114:7,7 114:13,19,20 115:14 143:9
**mischaracteri...** 8:18 9:19 10:10,19 44:6 53:8 57:25 58:24 62:8 74:24 82:25 116:16 122:20 124:25 127:20
**mischaracteri...** 57:21
**mischaracteri...** 46:6 55:13 57:18
**mischaracteri...** 135:23
**misconduct** 89:8
**misremember...** 71:4
**misrepresent...** 95:2
**missed** 18:17 18:22 25:9,23 46:11 58:13,17 58:21 76:14 93:21 118:6 147:25
**missing** 35:8
**misspeak** 134:11
**misstate** 105:12 105:13
**misstated** 71:20 109:1
**misstates** 105:14,16
**misstating** 34:23
**mistake** 71:6 71:17,18
**misunderstand** 73:3
**misunderstan...** 44:9 62:10
**model** 140:6,7 141:17,17,22
**models** 143:3
**moment** 29:6 33:24 39:18 86:9,15 93:20 98:13 105:24 112:12 136:5 137:6,11 140:9 162:5
**monday** 161:20 161:21,22
**money** 16:10 16:12
**month** 31:14,21 31:23 82:5,7
**months** 31:22
**morning** 60:25 61:2,3 64:4 119:24 143:20 160:21 161:3
**mouse** 22:16,18
**mouth** 59:11
**move** 39:11 72:14 79:14,18 79:20 99:15 126:3
**moving** 53:23 68:11 132:22 133:5 134:17
**multiple** 63:2 66:22 67:2 69:24 96:5 103:25
**mute** 5:1,3 38:15,17 147:1

## n

**n** 2:1 3:1 4:1 18:4 41:17,19 41:19 59:17 90:10,22
**name** 25:7 28:20,21,24 29:1,7,14 40:21 41:14,14

41:17,18,19 48:17,21,21 123:8 152:5,6
**native** 163:13
**necessarily** 44:11
**necessary** 61:15 66:25 74:6 75:21 168:6
**need** 35:2 38:15 50:13 61:21 65:2 69:11,14 79:21 80:12 88:2 89:14 91:10 92:19 95:7 106:20 108:20 109:14 109:20 110:3 110:11,19 132:18,19 133:16 134:15 135:6 139:17 142:2 146:16 148:9 152:22 156:9 160:6,8 160:10,16 161:9 162:3
**needs** 87:13 132:14 133:18 140:20 142:6
**neither** 164:10 165:7
**never** 5:11 31:9 44:4 88:6 131:4 140:17
**new** 71:16 84:21 85:2,7 92:10 96:4 120:10 124:1
**normally** 80:22
**northern** 1:2
**notary** 164:21 168:13,19
**note** 166:10
**noted** 88:16 168:7
**notepad** 80:3
**notes** 80:2 86:23 87:13,14 87:16,17 88:2 88:3,4,7
**notice** 18:11 101:12 139:10 156:25
**notified** 15:12 18:12
**number** 13:3 35:20 36:4,16 36:17 47:15,19 47:21,23,24 49:24,24 50:6 50:7 66:2,6,7 66:17 102:10 103:1,5 104:5 156:18 157:1,6
**numbers** 25:14 25:14 66:14 67:1,2

**o**

**o** 4:1 72:1,1 90:22 115:1 140:24 152:7 155:10
**oa** 98:4
**object** 43:15
**objection** 4:10 4:24 5:5,16 6:9 6:22 7:16 8:5 8:17 9:10,18 10:2,6,9,9,18 10:20 11:19 12:20 14:2,15 15:4,17 16:4 16:16 17:4,19 18:18,20,21 19:8,19 20:9 20:18 21:2,18 24:1 26:1,22 27:6 28:1 29:2 29:8,20 30:4 30:11,17 31:5 31:15 32:1,12 32:14,15,15 34:3,4 35:24 39:4,14 40:6 41:1,5,25 42:9 42:21 43:2,9 43:23 44:5 45:10,20 46:6 49:1,8 51:8 52:5,23 53:7 53:17 55:13,25 56:17 57:6,18 57:24 58:24 60:1,8,13 62:7 63:14 64:1 66:9 68:7,13 69:12 70:23 72:9 74:1,23 75:15,24 78:5 82:15,24 83:9 83:11,13,22 86:5 91:22 94:5 95:4,11 96:23 98:11 99:1,11 100:12 100:24 101:8 101:23 103:8 104:7,17 105:3 105:11 106:9 115:24 116:8 116:15 117:1 117:12,22 118:5,19,20 119:13 122:5 122:17,18,19 123:2 124:24 125:13 126:9 126:16 127:5 127:19 128:7 128:16 129:4 129:25 130:13 130:23 131:6 145:2 151:20 151:24 155:12 156:6,11 157:11,15 158:15

**obstreperous** 114:24
**obtain** 85:23 159:1
**obtained** 4:22 5:11 125:17
**obvious** 52:16 56:9
**obviously** 56:11 108:12 109:10 112:22 114:6,20
**october** 66:21
**oem** 142:24
**offering** 37:13
**office** 67:10 121:2 130:18
**officer** 4:2,13 4:15 5:1 7:12 7:15,25 9:5,22 9:25 10:8,14 12:13,16,18 13:9,14,18 15:25 16:21 17:12 18:17,19 18:22 19:1 21:12,15,17 22:9,14,18 25:9,12 26:18 27:19,23 29:16 29:19 32:13,19 33:15,22 35:8 35:11,15 36:6 37:5,7,23 38:1 38:7,14,20 41:4,7 42:17 45:2 46:10 47:1,6,9,13 49:21,25 50:8 51:24 54:16 55:6 57:20,23 58:20 59:16 61:21 64:9,12 65:7,8 67:18 68:3,19 69:13 69:16 71:25 72:13 73:21 74:20,21 75:5 75:8 76:7,10 77:15 79:13 83:10,14,19 86:14,18,25 87:7,20 88:21 88:25 89:6,11 89:12,14,18 90:6,8,12,25 91:3,8,12,15 92:25 93:5,7,9 93:20 94:2,3 98:8,18 99:16 99:25 100:1,3 100:10,22 102:2,12,15,18 102:19,21 103:5,11,14 104:15 105:13 105:15 107:6 107:19 110:6,9 111:23 112:11 113:5,9,18,21 114:1 115:8,13 115:15,18 118:6,20,23 120:14,18 121:17,20 123:5 124:13 126:2 127:15 128:25 130:9 130:12 131:12 133:2,7 134:21 134:25 135:6 136:3 137:7,10 137:16 140:15 141:5 143:7,16 144:16 145:15 145:20 146:10 146:15,19,23 147:1,5,9,16,20 147:25 149:2 149:22 151:22 152:2,11,22 153:4 154:7,9 154:20 155:15 156:2,4,9 157:15 158:9 159:10,14,20 159:23 160:3,8 160:10,15,20 161:1,8,13,16 161:18,23 162:2,4 164:1 164:2
**officiated** 1:20
**oftentimes** 79:4 79:5
**oh** 7:1,15 10:23 33:15 46:11 47:6 57:17 60:17 61:1 72:16 77:2 78:21,24 86:14 91:15 92:7 102:15 103:15 129:22 140:17 140:25 145:3 152:18 153:20 159:13
**okay** 4:4,16,21 5:15 6:13,16 7:4,10 9:2 10:18 11:2,16 11:24 12:24 13:21 15:14,23 16:13 17:10 18:2,14 20:8 21:20 22:2,21 24:18 25:4,16 26:16 27:13 28:9,17 29:1 30:10 31:21 33:3,19 34:13 37:16,18,20,23 38:6 40:3,10 40:13,18,24 41:14 43:25 44:3,12,21 45:8,13 46:12 46:22,23 47:6 47:9,13,24 48:6,18,23

49:16,18,19,24 51:5 52:20 53:13 55:18,22 56:13 57:4,11 57:17,24 58:23 59:18 60:19,22 61:12,19 62:9 62:17,25 64:7 64:9 65:4 66:2 66:18 67:5,12 68:14,25 69:16 69:23 70:2,15 70:21 73:8 74:8 75:22 76:9,13 77:2 77:10,24 79:2 79:11 80:1,9 80:24 81:10 82:20 86:11,15 87:2,18,25 88:14,19 91:6 91:8,18 92:1 92:16 93:2,20 94:2 95:1,18 96:22 97:16 98:25 103:7,17 104:4 106:5,13 107:8 109:8,12 109:19 110:2,9 110:18,24 111:25 112:6 112:20 113:9 114:9 115:10 115:13,15 117:19 118:24 119:10,23 120:12,17 121:5,21 122:19,25 123:25 125:25 126:14,23 127:4,6,13 128:13 129:16 130:6,14 132:20 133:22 134:23,23 136:12,22 137:21,25 138:13 139:25 140:4,25 142:2 144:7,12 145:4 145:13,15,15 145:20 146:18 146:18,19,19 148:3,12,24 149:8,14 151:6 153:5 154:1,12 157:21 158:9,9 158:9 159:10 159:11 160:3 160:12,24 161:3,11,25 162:1,2

**omission** 92:17 92:23 93:1,3 93:16,25

**once** 74:24 97:6 124:5 133:25

**ongoing** 16:11

**online** 70:9

**open** 135:14

**opened** 73:6

**operating** 142:18

**operation** 51:14 56:8 80:15 85:4 94:10

**opinion** 52:17

**opposing** 35:6 88:18 113:2,16

**oral** 72:20

**order** 67:25 71:11 81:1,15 95:21 96:19 97:7 120:9 121:14 123:18 123:20 124:2,8

**ordered** 46:22 47:1 81:2

**ordering** 160:4

**orders** 67:8 71:16 80:16 152:21 153:2

**original** 27:1 27:13 39:24 58:12 119:25 138:18

**outcome** 164:15 165:12

**outside** 25:16 27:17,20 65:13 65:21 66:13 80:23 81:14 82:9 84:6,9 92:12 96:8 97:14 103:23 121:1 139:4 145:9 148:9 150:18,23 154:25

**own** 8:10 56:22 94:24 121:23 121:25 142:3

**owner** 123:1 138:21

**owns** 27:12

**p**

**p** 2:1,1 4:1 140:24 155:10

**p.m.** 1:15 4:3 37:24 38:2 42:5 43:1,8 64:10,13 86:16 86:19 162:9

**page** 3:2,7,14 25:6 26:7 39:11,21,22 40:3,4,14 41:24 42:6 167:4,7,10,13 167:16,19

**pages** 22:22 23:3,7

**paid** 20:15 21:1

**palo** 2:16

**pamphlet** 52:14

**paper** 78:23 79:12,18,19 82:18 136:23 141:11
**pardon** 6:19 35:10 159:13
**part** 7:12 8:1 33:10 41:16 45:23 46:10 64:23 68:2,5 69:4 70:22 93:21 95:8 141:22,23 152:20
**parte** 76:23,25 77:2,3,18
**particular** 36:12 80:18
**particularly** 71:3 81:1
**parties** 97:20 113:10 164:11 164:14 165:8 165:11
**party** 63:5 76:3 76:15,24 124:6
**passed** 107:25 109:10 110:1 113:12,17
**paste** 63:4
**patent** 3:8 14:9 14:13,19,22,25 15:3,8,9,11,14 18:3,8,16,25 19:7,17,25 20:4,5,17 21:22 27:17,21 50:11,18 51:7 51:13,23 52:4 52:18,21 55:24 56:16 57:12 58:8 59:5,24 60:11,22 61:9 61:11 62:12 63:8,13 64:16 64:21 65:14,22 65:24,25 66:2 66:3,13,16,18 66:20 67:10,10 67:11,15 70:3 70:7 71:8 74:4 75:20,23 76:15 76:19 78:3 80:19,24 81:4 81:14,14,17,20 81:22 82:3,10 82:11,13,23 83:7 84:4,7,19 85:8,10,13,15 85:23 86:4 89:3,23 90:17 93:11 96:8,9 97:3,14,23,25 98:3,4 99:8 101:14,18 102:10,14 103:1,5,10,12 103:16,23 104:5 116:23 119:21 120:5 121:1,3,8,11,23 121:25 123:1 124:4,5,19 125:6,7,8,8,12 125:16,18,18 125:22 130:16 130:17,18 131:15 132:5 134:1 138:21 138:22 147:14 147:18,22 148:7,10,15,17 149:4,11,13,19 149:20 150:2,3 150:16,18,20 150:23,23 151:8,11,12 155:1,7,24 159:1,4
**patent's** 66:5
**patented** 102:9 102:12 124:22
**patents** 80:18 85:11 147:24 150:15
**pattern** 51:2 53:16 56:6,7 135:13,20,25 136:8,20 139:14
**patterns** 51:18 56:22 136:14
**pay** 123:18
**payment** 120:13,21 123:14,19 124:7
**pdt** 1:13,15 162:10
**pen** 79:12,18 80:3
**pending** 107:15 109:6 112:16
**pens** 141:12,13 141:13
**people** 69:24 136:16
**people's** 76:17
**percent** 126:12 127:10,25 128:5,21 129:11,14
**period** 16:11 76:18 112:22 158:22
**permission** 80:8
**person** 25:10 27:16 32:6 40:17,17,18,24 41:10,12,15,20 44:21 51:14 76:16 80:15 85:4 94:11,25 97:24 121:10 142:18 151:21 151:23,25 157:3 163:7
**person's** 25:7 38:13 39:3

40:21 41:17
**personally** 41:21 67:16,21 159:4
**phone** 35:19 36:4,16 47:15 47:19,21,22,23 47:24 79:15
**photo** 52:15 68:5 69:2,4,19 69:20 81:8
**photos** 51:21 68:1 148:14
**phrase** 26:14 26:17,18,19,20 27:3 54:24 58:17,21 59:8 91:8 116:2
**pick** 132:19 161:6
**picture** 81:13 156:19
**pictures** 70:11
**piece** 78:23 136:23
**pillar** 136:14 136:15
**pivot** 140:12,21 140:22,23,25 141:1
**places** 138:16
**plaintiff** 1:5 2:2 18:3 20:15 57:19 68:15 70:22 80:2 104:4
**plaintiff's** 57:25 66:16
**plastic** 141:13 152:7
**platform** 6:15 56:9 65:15 66:23 80:15 81:4,7 84:7,16 85:5 95:24,25 97:13 154:17 158:20
**platforms** 70:16
**play** 91:5
**please** 6:19 7:25 10:8 11:9 12:3 17:13 21:8 32:19 39:9 42:24 44:15 45:3 50:14 53:11,22 57:23 58:5 59:3 64:5 65:3 67:18 72:4 79:20 83:25 88:11,16 89:18 91:11 92:20 93:13,19 95:13 99:17 100:4 102:2 104:10 107:6 111:23 111:24 112:12 112:12,12 113:16 115:8,8 115:9 116:11 116:18 117:16 118:7 126:20 127:15,23 128:10 130:25 133:2,2,3,8 134:22 136:5 141:6 143:14 146:10 147:6 148:22 149:20 149:22 150:4,7 152:4 153:24 155:9 156:1 157:14,16,18 158:18
**plus** 36:14 134:7
**pm** 166:5 167:2 167:24 168:2,4 168:12
**point** 36:12 80:12,14 85:17 94:10 96:14 133:23 134:6 135:9,15,16 136:21 139:8
**pointed** 138:4
**pointing** 141:14
**points** 67:14 71:7,17,21 101:17 141:20
**portion** 143:8
**position** 34:10 34:23,23 68:11
**possibility** 151:14
**possible** 101:2
**potentially** 82:22
**practice** 111:19
**prefer** 37:11
**prepared** 165:3
**present** 2:20 43:19,21 44:4 44:13,18
**presented** 159:21
**preserved** 34:4 34:4 157:11,16
**pretty** 28:15 31:22 46:1 51:19 82:7 85:18 126:3
**previous** 11:21 11:21 21:8 28:3 53:12,13 53:22 62:13 64:5 71:21 84:1 94:13 104:11 116:12 116:19 117:16 118:25 126:20 126:21 127:23 128:11 130:4 131:1
**previously** 28:16 36:10 52:9,9 65:12 83:4,7 92:2

94:11 97:20 103:25 104:10 158:19 159:3
**principles** 119:3
**print** 61:14 66:24
**printed** 52:12 56:20
**printout** 154:6 155:4
**prior** 43:17 92:17,23 93:1 93:4,5,16,25 117:16 127:8 143:18 153:14 154:3,19,24 155:2,6,7,10,11 155:12,17,21 155:22 156:7,7 156:12,13,14 156:21,21,25 157:1,4,6,8 158:14,16,21 164:4
**privileged** 32:16,18,21,25 34:7,20,24 63:14
**problem** 23:14 160:24
**problems** 145:7
**proceeding** 12:1,8 162:10 165:4
**proceedings** 164:3,4,5,8 165:6
**process** 68:6 69:4 70:22 71:23 72:7 82:10 85:21,21 87:11 98:1 105:9 136:25 139:1
**processing** 136:17 139:6
**procured** 95:21
**produce** 7:7 68:3 72:23,24 74:8
**produced** 68:1 68:8,16 137:1
**product** 4:8,8 5:9,23 6:2,3,13 6:17 7:24 8:3 8:11,15 9:3 14:9,10 15:15 21:9,14,25 50:11,17 51:2 51:5,20,23 52:13,19,21 53:15,23,24 54:4,22,23 55:3,18,22 56:7,10,15 60:25 61:6 63:19 73:7 84:6,10 85:7 99:7 124:2,3 124:11 125:4 125:10,11 134:1 136:13 142:5,13,17 144:11,14,14 144:25,25 145:5,6 147:23 150:19 151:7,9 153:21 155:4 155:13,14,16 155:18,18 156:7,8,13,13 156:14,18,21 156:21,22,25 157:6 158:16
**production** 68:17,19 75:1 136:25 166:15
**products** 4:21 5:22 6:7,21 7:7 7:8,10 8:23 9:8 16:14,20,25 17:2,6,7,8,10 17:16,17,22,23 21:10,13,13,23 46:17,22,23,25 47:12 50:21,22 50:23 51:17 52:10,17 56:5 56:20,21,23 61:1 63:25 65:21 67:8 81:6 85:6,9 94:12,14,15,17 94:19,20,24 96:19 97:7,21 99:5 120:12 124:17,19,21 125:5 129:7 131:8,16 132:6 133:14 135:11 135:12 150:16 152:21 153:3,7 153:15,18 154:4,6,19,24 155:2,3,6,21,22 157:2,4,8 158:14
**professional** 116:2 138:23
**profile** 38:13 39:3,20
**promoted** 96:4
**proper** 13:20 107:14
**properly** 23:9 102:9 104:5 132:7
**prosecution** 89:4 106:7 115:22 116:23
**protected** 124:22
**prove** 24:7 65:14 75:19 80:13
**proves** 122:25
**provide** 31:13 33:18 63:3 70:11 71:22

72:6 74:15 75:12 78:22
**provided** 23:19 23:22 25:18 27:2,14 28:4 28:15 31:10 36:14 39:24 40:12 65:11 66:16 67:6,23 68:2 69:3,4,20 70:10,21 76:16 88:13 94:21 99:4 120:1 124:6 141:21
**provider** 116:3 117:6 151:11
**providing** 75:20
**public** 61:17 62:15 70:12 73:5 158:20 164:21 168:19
**publicly** 94:11 95:25
**published** 82:11 84:6 158:20
**publisher** 96:9
**pulled** 141:25
**purchase** 84:10 84:22 94:23 96:5 97:7 120:11 123:11 123:18 124:19
**purchased** 46:23 85:6 96:4
**purchasing** 85:7
**purely** 139:4
**purpose** 31:1,4 138:9,18 139:3
**put** 59:19 150:10
**putting** 39:25

**q**

**qianwu** 2:13 166:1
**quadrilateral** 136:8
**qualified** 164:7
**quality** 138:23 139:21 142:9
**queen's** 1:17
**question** 4:17 5:7,20,21 6:25 7:2,3,5,13,18 8:24 9:13,15 9:21,24 10:3 10:12 11:3 12:8,15,25 13:25 15:6,19 15:25 16:7 17:12 18:9 19:3,13,22 20:21 21:6,7,9 26:4 29:5 31:9 34:6,24 38:25 39:9,19 40:10 40:13 42:23,24 42:25 49:5,12 50:4,4 53:3,21 54:19,19 55:6 57:10 58:7,12 58:17,22 59:3 59:5,23 60:5 60:10,10 61:21 63:16 64:4 67:19 69:7,11 69:18,19 73:2 73:21 74:3 75:4,7,10,17 78:25 79:5 80:5 82:17 83:2,16,19,25 86:2,8 88:11 89:19 90:16 93:22 95:13,17 96:25 99:13 103:19,21 104:10 105:22 106:24 107:15 109:6 112:16 116:11,18 117:15,16 118:1,2,7 122:13 124:14 124:16 126:19 126:20,23 127:7,8,16,23 128:10 130:3 130:25 132:1,8 132:23 133:6 143:21 144:2 144:12,18,19 145:1 146:14 151:25 156:6,8 156:12,12,15 156:15 157:14 157:18,20,22 157:24 158:3,5 158:11
**questions** 3:13 108:9 132:7,9 145:19 146:3,5 146:6,9
**quickly** 97:11
**quite** 8:23 17:6 20:13,14,22 29:24 31:19 62:23 76:12 83:3 94:9 95:9 100:16 101:3 101:10 103:20 119:21
**quotation** 119:6

**r**

**r** 2:1 4:1 93:8 155:10,10 167:3,3
**radiated** 136:7 136:8
**radiating** 135:20,25
**raised** 76:3 159:6
**rare** 48:4 129:12

**read** 61:19,25 62:5,12,17,19 62:20 63:9 91:14 159:11 159:14,15,20 159:23 160:5 166:9 168:5
**reader** 163:1 163:23
**reading** 63:1 163:12,17,19
**real** 2:15 12:12 12:13,16 96:15 98:1 119:5
**realized** 71:19
**really** 63:6 79:3 86:23 97:24 106:13 107:12 108:17 110:16 144:14 158:1 158:23
**reason** 14:4 18:5 24:9 51:22 52:2 53:14 70:2,4 75:22 78:2 83:5 84:3 86:3 97:17 121:9 129:10 133:23 134:6 136:14 138:20 142:7 166:11 167:6,9 167:12,15,18 167:21
**reasonable** 107:21,23 109:7,10,22,23 109:24 110:4 110:13,14,21 110:23 111:3 112:19,20,22 112:23 157:3
**reasons** 55:23 95:19
**recall** 25:4 140:3
**receipt** 166:17
**receipts** 67:25
**received** 18:10 48:13 103:24 141:20
**receiving** 101:12
**recite** 36:17
**recognize** 13:12,23,25 23:2,7 24:8,10 24:18,19 25:3 26:12,14,17,20 27:5 35:19,21
**recollection** 25:5
**record** 4:2 9:15 12:18 33:4 34:12,22 35:17 37:24,25 38:1 47:22 58:10 64:10,11,12 65:8 68:8,15 70:12 72:10,18 73:5,8,13,16 74:7,9,16,21,25 76:17,21 77:13 77:20 78:24 80:1 84:15,17 86:15,17,18,22 87:24 88:15 89:12 94:3 95:6 100:1,10 100:22 102:19 103:9 107:3 111:22 113:1,1 113:10 114:2,2 114:15,23 115:10,16,17 115:18 120:3 131:7 132:4 133:10 134:9 134:12,14,23 134:24,25 143:4,17 146:20,22,23 147:6,6,8,9 154:7 156:4,24 162:6 164:9 165:5
**recorded** 11:22 164:6
**recording** 164:8 165:4
**records** 39:23 67:24 70:9 71:23,25 72:2 72:7 75:13
**rectangular** 135:20
**redirect** 159:8
**reduced** 164:6
**reexamination** 76:23 77:3
**refer** 28:25 39:5 155:22 156:19
**referenced** 166:6
**referred** 41:12 151:17
**referring** 111:13 116:25 150:21 155:19 159:25
**refers** 156:7
**reflect** 114:15 114:23
**refuse** 129:10
**regard** 7:5 27:16 101:15 101:18 106:15 124:8
**regarding** 159:11
**register** 80:23 85:15 96:17
**registered** 65:13 80:19 151:13 159:5
**registration** 85:18,25 96:15 96:20 97:11

**reinforcing** 137:15,17,19 138:3
**rejected** 97:23
**related** 21:23 85:8 124:19 145:5 149:4 164:10 165:7
**relationship** 152:9,11
**relative** 164:13 165:9
**relayed** 84:20
**relevance** 20:23
**relevant** 33:18 34:25,25 35:4 65:11 102:10 102:14 103:5 132:8 133:13 150:10
**rely** 39:10 53:11,22 64:5 83:25 104:10 116:12,18 117:16 126:21 127:23 128:10 130:4 131:1
**relying** 28:6
**remember** 20:14,22,25 24:16 26:6,21 27:11 29:6,24 31:19,23 32:7 36:11 62:24 63:6 65:18 66:15 68:9,15 82:6,7,8 153:8
**remembered** 140:3
**remembering** 29:13
**remove** 79:24
**removed** 80:2
**repeat** 4:17 7:2 7:18 54:19 57:22 58:6 59:3 72:17 75:10 76:12 84:5 92:3,19 103:4 104:2 127:8 148:3 149:24 153:12 154:21 158:2 158:11 159:19
**repeated** 12:18 65:8 74:21 89:12 94:3 100:1,10,22 102:19 154:7 156:4
**repeatedly** 95:18 130:3,25 131:21
**repeating** 114:19
**replaced** 143:18
**reporter** 12:17 38:19 50:6 112:25 113:15 113:25 114:8 114:18,20 143:5,12 144:20
**representations** 116:22,24
**representative** 1:11
**represented** 46:21
**representing** 69:24 71:11
**request** 13:7,8 68:17 72:19 75:1 107:16
**requested** 12:19 65:9 74:22 76:15 89:13 94:4 100:2,11,23 102:20 106:19 154:8 156:5 163:14 164:23
**required** 168:13
**requirement** 104:14,16 105:2
**research** 73:18 73:20,25 74:6
**reserve** 161:2
**reserved** 162:8
**reshare** 13:19
**resold** 17:24,24
**respond** 105:25
**responded** 53:21 75:18 95:18 104:25 126:20 127:22
**response** 61:7 61:12,19,25 62:5,17,21 63:11,18 68:16 117:17 131:19 132:3
**rest** 25:23 43:16 45:3 58:22
**restart** 120:14
**restate** 7:25 67:18 89:19 91:16 100:4 102:2 120:19 124:13 127:15 149:22
**result** 98:3 150:10,12
**resulted** 71:20
**results** 149:16 149:17 150:10 150:13
**resume** 16:14
**return** 166:13 166:16
**returned** 17:23
**review** 65:20 65:23 76:3,16 85:20 96:15

98:1 150:12 158:21 164:23 166:7
**reviewed** 94:21 150:9
**reviews** 65:16 66:19,23 84:9 145:6
**rfp** 68:22 72:10
**rhythm** 10:17
**ribs** 137:15,20
**ricardo.m.tan** 3:10 26:14
**right** 6:8 8:11 8:16 9:17 23:17 28:24 29:6 34:2 35:5 36:23 37:4,21 38:4,9,18 40:17,18 51:6 53:6,24 54:5 54:23,24 69:5 71:16 76:25 79:24 83:5 84:23 87:16 90:14 91:1 97:22 99:8,14 99:19 100:19 102:6 105:24 106:24 108:13 109:14,20,21 110:3,10,19 113:8,9,11 114:2 115:3 122:7 126:1 128:6 129:19 133:10 134:16 135:17 138:5 140:21 141:6 147:2 151:10 155:5 157:7 159:22 160:17 161:4
**righthand** 40:16
**rmb** 159:3
**road** 1:17
**role** 105:16
**roots** 81:5 82:4 147:19 148:1 148:13
**rough** 160:7,8 160:8,9,9,10,16 161:4,5,6
**roughly** 113:21 113:22
**round** 113:20 113:21 135:15
**rule** 37:2,3 105:12,14,17 105:18 106:1 106:15,16,22 107:1,2,4,8 109:1,1,5 112:5,15
**rules** 87:10 111:13 116:5

**s**

**s** 2:1 3:6 4:1 54:17 115:1 167:3
**sai** 1:19
**sales** 70:9,11,12 71:23,25 72:1 72:7 73:5,8,13 73:16 74:7,15 75:12 76:17 82:8 84:15,17 84:22 85:2
**sample** 140:7 141:19
**samples** 141:21
**san** 2:7
**saw** 43:6 124:7
**saying** 33:3,9 34:18 37:14 44:10 46:5 54:16 58:20 69:5 90:6 106:2 116:4 119:25 122:15 122:23 126:1,8 131:25 132:14 135:19 136:2 141:9 156:20 157:9
**says** 13:7 133:16 134:16
**scope** 6:9 8:6 16:4 19:8,20 20:9,19 21:3 21:18 29:2,3,8 29:20 30:4,11 30:17 31:5,15 70:23
**scratch** 139:23
**screen** 13:4,16 90:14 91:1,3,5
**screenshot** 38:13 39:3,12 40:4,14,15,20 41:23 42:4 43:16,18,21 44:18
**screenshots** 61:2 70:22
**search** 81:3,19 81:21 82:4,6 82:10 83:5 85:7 96:8,10 147:22 148:7,9 148:11,14,15 148:18,24 149:4,13,15,18 150:8,16 158:14
**searched** 82:13 82:22 83:4,7
**searches** 150:10
**searching** 147:14,16,17 148:5 154:24
**sec** 22:3,7,10,12 22:17,21
**second** 4:3 22:12 37:7,8

39:11 45:22 46:10,19 50:25 55:3,18 60:19 72:3 79:5 90:2 91:5 93:3,21 140:15,16 151:22
**secondary** 24:17 26:6
**secondly** 20:23 84:7 95:24 120:8 121:22 136:21
**secure** 97:7 123:11,17 141:25
**secured** 92:6,11 95:21 120:11 124:2,18
**see** 14:14,16 22:22 25:7,17 26:15,16 27:10 37:19 39:6 43:6 52:11,16 67:12 81:6 91:4 102:15,15 136:9,14 137:1 138:4 143:11 160:20
**seeing** 90:8
**seek** 80:8
**seem** 5:7 19:13 94:22 140:3
**seems** 41:18 93:22 95:8
**seen** 25:19 27:2 28:16 67:16,21
**self** 44:25 45:9
**sell** 7:6 16:20 16:25 17:2 73:7 94:11,19 94:24 150:19
**seller** 97:8
**sellers** 65:20 97:5
**selling** 15:15,22 16:14 17:7,11 17:18 63:19,24
**sells** 52:3
**send** 34:17 61:16 71:15 152:20 153:2 160:1
**sense** 80:25 123:15,21,23 129:11 134:8 142:13,16
**sent** 32:23 33:19,25 48:11 49:13 145:7 166:14
**sentence** 46:19 59:19 65:3 72:4 81:11 90:2 91:11 93:13 118:14
**september** 65:15,20
**series** 66:13
**service** 97:17 116:3,3 117:6 151:11,12
**servicing** 97:3
**session** 145:18 166:5 167:2,24 168:2,4,12
**setting** 42:20
**settle** 20:16 21:1
**seven** 143:13 145:25 146:2
**several** 21:13 151:18
**shahverdian** 165:2,17
**shangri** 1:16
**shape** 136:18
**share** 13:8,19 22:2,6,9,11 91:3
**shared** 90:13
**shareholder** 150:24
**shareholding** 152:7,8
**sharing** 13:3,15 13:15,20
**sheet** 159:17 166:11
**shenzhen** 30:21
**ship** 7:23 8:3 8:22,25 9:3,8 9:16
**shipped** 7:20
**shipping** 7:21 7:23 8:3,22,25 9:3,8,16 96:5
**shm** 2:14
**shm.law** 2:17 166:2
**shocking** 33:14
**short** 107:16 108:10,22 109:7 112:17 113:1 149:21 150:5
**shortly** 92:10
**shot** 43:14,14 70:18 84:17
**shots** 70:18
**show** 13:3 52:14 76:17 82:22 83:6 141:11 144:10 157:7
**showed** 40:21 83:7
**showing** 25:16 42:3,6 125:6 131:7
**shown** 56:24 60:25 61:1 125:8
**shows** 82:12 132:5
**sic** 59:17
**side** 39:25 40:17,18 56:15

68:8 94:22 132:19 135:17 135:17 138:14 139:13,16 142:7 145:10
**sides** 51:1,18 55:20,23 56:6 56:11,22 132:20 138:9 138:15
**sign** 159:11,14 159:20,24 160:5 166:12
**signature** 162:8 164:19 165:16
**signed** 166:19
**similar** 21:10 21:12,14,16,24 118:25 126:11 127:7,9,13,18 128:20 129:8,9 129:17,20,23 130:19 134:7 144:8
**similarities** 131:10,15
**similarity** 133:24
**simple** 58:24 82:9 142:3
**simplify** 62:13
**simply** 44:13 44:18 68:22 72:23 87:10 131:3 133:12
134:2 145:11
**single** 76:3,15
**sir** 22:15 37:5 76:8 86:20 92:25 102:22 103:11 104:15 126:4 144:17 154:10,20
**situation** 80:22
**size** 141:21,22
**skills** 135:18 164:9 165:6
**slightly** 141:18
**small** 135:15 139:20,22
**smaller** 141:23 141:23
**smashed** 137:3
**software** 63:3,5 81:4 82:4 85:8 96:8 114:3 148:13
**sold** 4:7 5:10 17:8 94:14,15 94:17,20,25 95:25 151:9
**solutions** 166:23
**somebody** 19:17 31:25 94:15,19
**somewhat** 36:10 97:4 116:4
**soon** 71:23 72:7 160:22
**sorry** 4:3 5:9 7:25 8:12 10:14,16,23 11:8 12:3,11 12:17 13:9,14 13:19 14:23 18:19 22:4,8 23:4,18 25:10 26:18 27:19,19 31:2,19 33:16 33:22,23 35:13 35:13 37:7 38:6,7,8,14,14 41:4,4,5,16 42:16 44:14 45:2 46:11,11 46:12,18 47:1 47:17 50:3 53:25 55:7 57:14 58:1,2 59:11,14 61:1 61:14 62:3,23 63:21 64:17 65:3 67:12 68:3 69:13,17 71:4 72:13,14 72:16,16 73:10 74:18 75:5,5 76:10,24 78:11 78:14,14,16,19 79:13 81:21 83:10 86:2 87:7,7,20,22,25 87:25 88:21 89:9,11,14,18 90:1,8,21 91:2 91:12,16 94:16 98:6,18 99:16 99:16 100:3,4 100:16,20 106:18 107:19 112:11,11 113:5,5,6 118:7,21 120:14,14,23 121:17 122:11 122:18 123:5 124:14 126:2 128:2 129:18 130:9 131:12 133:8,8 136:3 136:4,4,4 140:15 141:5,5 144:1,16 145:15,22 146:10,11,15 147:1,5,16,25 148:21 149:1 149:22 151:22 151:22 152:12 152:22,25 153:10 155:15 155:25 156:9 156:10 157:15 157:19 159:17 159:18
**sort** 7:5 73:10

**source** 14:4 23:10 24:4,10 26:10 62:14
**south** 2:6
**space** 59:17
**speak** 101:11 101:12
**speakers** 5:2
**speaking** 36:3 42:14 69:6 76:21,22 87:18 95:10 137:8 140:10 147:14 147:17,23 148:6,8
**speaks** 163:7
**special** 105:25
**specific** 39:21 94:1 95:3 99:24 131:4,23 132:2 142:3 150:7
**specifically** 150:20
**specifics** 89:5,6 89:7,24 90:4 133:24 135:10
**specify** 149:21
**specifying** 155:14
**speculation** 27:7 31:6,16 35:25 43:3,24 45:21,24 49:2 49:9 66:10 84:24
**speed** 79:3 87:3
**spell** 28:22 59:15 115:5 123:9 141:2,3 155:8
**spelling** 41:19 152:7
**spend** 149:12 149:14,21 150:11,14 154:18,23 158:13,23
**spoke** 110:6
**spots** 138:5
**stabilization** 135:16
**standard** 80:22 160:12
**standing** 94:10 119:11,12,16
**start** 137:22 146:15
**started** 84:24 106:4 135:3
**state** 19:14 34:12 68:10 95:19 119:17 164:22
**stated** 8:21,21 34:14 40:22 78:9 89:22 103:25 104:4
**statement** 11:25 12:9 33:7 60:20 61:10 68:14 73:4 94:13 133:10
**statements** 16:8 116:22,24
**states** 1:1 3:8 4:8 5:10,24 6:4 6:8,14,21 7:11 7:14,24 8:4,11 8:15,23,25 9:4 9:9,17 14:13 15:9 63:8,12 91:18 121:12 121:24
**status** 121:19
**statutes** 119:5
**steady** 137:2
**stoneberger** 1:20 164:2,20
**stop** 15:22 79:6
**stopped** 17:7
**stopping** 114:3
**storage** 50:25 51:6,15 52:3 61:4,5
**stores** 94:24
**stories** 55:5,12
**straightforward** 56:25
**strike** 46:18 81:10 92:7 120:23
**subject** 88:17
**submission** 95:2
**submitted** 92:12 95:22 96:1
**subscribed** 168:14
**sued** 4:9,21 5:22 6:2 15:15 16:14 17:3,6 17:10,17 18:14 19:6,11,12,17 21:10,11 50:17 50:21 51:3 120:12
**sufficient** 74:5 75:19
**suggesting** 88:7
**suit** 16:20,25 19:5 123:1
**suite** 2:6,15
**summarized** 11:4,6,7,11,13 11:18
**support** 155:23
**supporting** 138:8
**supposed** 10:4
**supposedly** 34:1
**sure** 6:11 8:8 8:23 14:6,10 16:23 28:15 30:8,22 46:1 48:1,21,24

49:15 82:7 94:9 102:4 125:8 139:17 140:19 143:17
**surface** 119:7
**surfacing** 136:17
**switch** 49:16
**sworn** 164:5 168:14
**symbol** 42:13
**system** 85:17 85:18,24,24,25 96:15,21 121:24

**t**

**t** 3:6 18:4 72:1 90:11,22 93:8 123:4,9 140:24 152:7 167:3,3
**taizhou** 152:6
**take** 16:10 43:14,14 64:6 79:12 81:2 86:12,14,23 87:13,13,16 88:2,3,4,7 106:3,5 107:11 108:15 109:19 109:20 110:3 110:10,11,19 115:11 133:25 152:20,20,21 153:2
**taken** 40:1,4,12 42:25 43:7,18 43:22 44:18 45:15 46:16,16 46:25 47:11 67:8,8 99:5 136:20 164:3 164:12 165:9
**talk** 51:5 57:11 63:8 87:16 114:9 118:17 119:10
**talked** 28:9 48:6 49:6 76:14 92:2,22 93:24 95:1 144:13,24
**talking** 52:18 61:13 63:10 73:9,13 78:12 90:5 106:21 108:24 109:4 111:12 112:3 115:1,2 119:23 132:11,18 154:25 155:13 155:14,16 156:13,14,22 157:8,24 158:16
**talks** 106:6
**tan** 1:4 2:2 4:23 5:12,13,14 18:4,8 27:15 28:6,9 40:22 44:23 45:5,16 46:16,21,24 51:12,15,17 52:18 56:10 65:23 67:7,9 67:11,15,16,22 69:3,3,21,23 70:19 71:8,10 76:18 81:15 84:18,21 92:5 92:8,12 94:11 94:14,16,19,23 94:25 95:20 96:1 98:16,19 99:5,8 102:9 116:23 119:20 120:4,8,10,22 120:25 121:3 123:1,11,14 124:1,4,7,11,12 124:18,21 125:4,10,15,19 125:21,22 126:6 128:24 129:2 130:16 134:1 138:20 139:9 140:5 141:19,21 142:17 158:22 166:4 167:1 168:1
**tan's** 27:18,25 28:12,17 36:4 36:16 50:11,18 51:23 52:4,21 55:24 56:16 61:7 63:11 64:16,21 66:20 70:3,7 75:23 78:3 84:4,11 86:3 89:22 99:23 100:6,9 126:24 127:1 129:16 130:7 131:20
**tang** 92:10
**taobao** 70:17 71:22 72:1,6 73:6 84:16
**team** 32:24
**technical** 103:10,16
**technique** 138:7 139:1 142:3
**techniques** 138:3 142:4,21
**tell** 14:8 25:20 25:25 26:7,11 27:3,15 28:5 44:1,10 56:9 56:25 66:2,4 76:15 89:4,24 90:4 92:18,23 93:16,25 95:3 99:24 100:7,18 101:2 102:10 102:24 103:3 103:21 106:7 106:17 109:14

109:16,21 110:3,11,19 113:24 114:6,8 114:10 115:21 116:7 117:20 118:3,9,14 119:11 125:24 125:25 126:6 129:16 130:6 131:10,14 132:15 135:12 137:4 143:7,16 144:9 145:11 160:17 161:8 161:10
**temporarily** 119:20 120:5 121:4,7
**temporary** 138:21
**ten** 106:4 108:15,23 109:2,16 111:6
**tends** 121:6
**tension** 139:2
**term** 54:9,13 55:4,11 76:21 77:1,4 92:1 93:10 95:7 103:10,11,12 103:16 104:21 105:25 121:16 121:25 137:13 137:24 155:7 160:13
**terminology** 94:10 101:11 106:14 116:2 117:7 118:13 119:2,17
**terminology's** 100:17 101:3
**terms** 130:15 136:25 138:16
**tested** 153:18 153:21
**testified** 32:22
**testifying** 164:5
**testimony** 8:18 9:19 10:10,19 21:1 44:6,10 44:12,17 46:7 53:8 55:14 62:8 71:5 74:24 82:25 116:16 122:20 124:25 127:20 135:23 147:15 148:6 151:18 153:8,15,19,20 153:22,23 154:4 166:9,17 168:8
**thank** 4:15 7:15 10:24 19:1 21:17 22:13 27:23 29:19 35:15 37:20,21 38:21,22 41:7 47:9,13 49:25 50:8 54:18 57:17 58:3 64:7 69:16 83:14 86:11,21 88:25 90:12 93:9 103:14 105:15 110:9 115:12 118:23 121:20 130:12 135:7 136:11 137:10 145:14 146:17,20 147:20 152:2 155:11 158:10 159:7
**thanks** 36:20 75:8
**thick** 145:10
**thickness** 142:7 142:8
**thing** 26:12 126:19 142:23 153:25 156:22
**things** 68:18,21 98:17,20 105:8 110:4 112:3 119:18 124:11 129:13 132:15 142:19 155:19
**think** 5:21 7:5 7:20 11:3 12:25 15:7,20 19:13 22:21 25:5 26:4 30:8 30:21 32:4,20 34:3,5,8 35:6,8 35:12 36:10 39:2 40:15,20 41:16,17 42:16 42:20 44:9,20 44:23 46:1,15 50:21 53:5 57:5 61:1 62:10 66:19 69:15 70:2,5 73:3,17 74:5 75:18,22 78:4 79:9,11,16 84:3,15,24 85:12 86:3,9 88:5,7 92:2 94:11 95:18 97:1,16,19 98:5,10 105:23 106:13,18,19 107:3 110:5,23 116:3,11 118:1 118:6,25 121:5 121:22 122:7 122:23 128:20 130:3,16 134:7 134:8 135:19 135:22 136:6 139:21 140:1 140:11 144:20 145:5 146:1,4 156:2 158:22
**thinking** 151:10

**third** 40:3,4 57:19,25 58:2 58:25 60:24 63:5 96:14
**thorough** 117:9 149:15
**thought** 34:25 46:11 98:13
**three** 22:22,22 23:2 56:21 61:5
**thursday** 1:13
**time** 1:14 4:3 6:19 11:9 12:12,13,16 13:1 18:10 20:14 22:8 23:5 29:24 32:20 35:6,14 37:24 38:2 39:21 44:14 50:14 63:22 64:10,13 65:16 65:22 69:23 71:4,10,17,20 71:21 74:12 80:8 82:1 86:16,19 88:8 98:5,10 107:4 107:7,16,18 108:7 109:15 109:15,20 110:2,3,11,17 110:19 111:5,6 111:24 112:13 113:16 115:9 115:16,19 122:24 124:9 128:3 133:3 134:22,23 135:1 143:5,14 143:25 144:6 145:24 146:20 146:24 147:6 147:10 148:22 149:12,14,21 150:4,5,12,14 151:13 153:11 154:5,18,23 156:1,10 158:13,23,24 162:6 166:18
**timeframe** 166:8
**timeline** 120:9 123:21,23
**times** 26:5 71:7 104:1 107:18 147:13 151:18
**tina** 2:4
**tina.jin** 2:9
**title** 91:19
**today** 17:3,18 18:6 21:1 44:12,17 51:20 52:15,22 53:6 57:5 66:20,24 70:3,6 71:18 75:23 78:4 82:12,19,21 83:18,21 84:3 92:24 93:17 94:1 97:4 98:16,19 99:10 100:8 102:11 102:24 103:3 104:14,16 105:1 106:8 116:7 117:11 122:4 126:1,25 132:23 133:6 145:4 148:7 151:18 153:8 153:15,19,23 154:4 160:23
**today's** 145:21 145:25 147:15
**together** 97:21 97:23 138:6,9 139:23
**told** 28:17 34:15,16 44:4 67:6 97:3 99:4 104:24 108:14 108:23 109:2 114:8,19 136:16 144:8,9 151:12
**tomorrow** 160:18
**tone** 111:25
**tongue** 163:13
**took** 38:12 39:2 39:12 40:13 41:23
**tool** 62:25 63:5
**tools** 63:2
**top** 66:15 139:23 150:11
**topics** 9:11 16:5 21:4 145:4
**total** 143:15,16
**totally** 77:9
**touch** 84:25
**touched** 71:13
**towards** 150:13
**tracking** 112:13
**trademark** 121:2
**training** 148:16 148:19,25 149:4
**transcriber** 165:1
**transcript** 159:15,25 160:14 164:23 165:3,5 166:6 166:19 168:5,8
**transcriptionist** 164:7
**translate** 10:20 59:9,20 77:11 88:11,15 163:10
**translated** 62:19

**translation** 36:7 39:5 58:11 62:25 63:2,4,5 136:9
**translator** 140:13
**transparent** 51:1 55:21,22 56:6,15,23
**tro** 15:13,21,23 16:2,9,11,13 18:10 101:13 103:24
**trouble** 29:13 112:12,13
**true** 46:4 112:18 123:1 164:8 165:5 168:8
**truth** 46:15 101:12,19 103:21
**try** 10:17 13:10 23:11 138:10 138:25 156:16 161:24
**trying** 47:4 73:4 78:12 105:23 114:21 136:4 138:5,8 138:18 141:8 144:10,21
**tuesday** 161:14
**turn** 32:8 34:21
**turned** 32:4,6 140:6 141:16
**twisted** 137:3
**twisting** 136:18
**two** 19:7,12,14 19:16 22:22 30:23,25 50:22 50:24 51:5,6 51:15,23,25 52:2,3,13,17,19 53:15 61:1,2 64:7 67:14 71:7,16,17 84:8,8 126:14 127:9,25 128:5 128:14 129:12 130:19,21 131:21,23 132:2,18 133:17 134:8 135:10 141:12 141:13 144:8 158:19 161:12 161:12,13
**type** 50:24,25 56:21 61:6 96:10 126:12 128:22 148:24
**types** 17:10,16 21:23 50:23
**typewriting** 164:7
**typical** 97:4
**typically** 80:17 80:23 82:2,9 85:7 96:7 149:12 150:4 159:2

**u**

**u** 90:11,22 152:7
**u.s.** 6:17 7:13 7:20 67:10 84:7 85:20,24 97:9,18,23,25 98:3 103:23 121:1,1 130:18 134:2 147:24 151:11,14
**unable** 131:22 132:1
**under** 33:2,9 33:10 35:1,3 56:20 86:24 87:1,2 96:20 97:25 142:10
**understand** 10:3 12:1,10 18:2 24:12 26:16 35:7 60:5 76:12 77:9 82:20 83:3,4 85:5 87:21 95:10 100:16 101:4 101:10 104:20 105:10,23,25 106:13 114:21 114:25 115:1,2 119:1,6 120:18 124:10 132:10 138:25 142:7 157:10
**understandable** 77:8
**understanding** 12:14 104:23 117:8 118:2,3 118:10,13 129:7
**understands** 157:23
**understood** 163:19
**undo** 13:18
**unenforceable** 89:3 90:18
**unfortunately** 66:23
**unified** 120:2
**united** 1:1 3:8 4:8 5:10,23 6:4 6:8,14,21 7:11 7:14,24 8:3,11 8:15,23,25 9:3 9:8,17 14:13 15:9 63:8,12 121:12,24
**unmuted** 147:2
**unreasonable** 111:9,10
**unverified** 160:13,15
**upload** 148:13

**upper** 42:11 141:23
**use** 11:25 12:8 48:4 54:13,24 55:4,11 62:25 91:6 96:7 126:11 127:10 128:22 129:13 135:16,16 148:10 149:17 160:13
**used** 36:12 54:9 59:8 63:2,6 94:12 137:13 138:7 142:24 143:5,15 152:20 153:2 155:23 166:19
**users** 137:4
**uses** 40:16
**using** 81:7,12 82:4 91:6 94:24 121:22 121:25 150:6
**usptd** 61:8
**uspto** 61:7,12 61:17,19,25 62:5,11 63:12 76:3,15 89:4 89:24 91:20 95:2
**usual** 124:9
**usually** 29:11 80:16 148:9 150:6,9

**v**

**v** 1:6 54:11,17 140:24 166:4 167:1 168:1
**vague** 4:10,13 4:14 7:16 8:5 11:19 14:2 15:4 16:16 17:4 20:18 26:22 28:1 151:20,24 155:12 156:11 158:15
**valid** 65:1
**verb** 62:2
**verbiage** 119:4
**verify** 166:9
**veritext** 166:14 166:23
**veritext.com** 166:15
**version** 27:1,14 36:13 39:24 62:18,20 120:1
**vertical** 135:13 138:2
**videoconfere...** 2:3,4,13,22
**view** 27:17,21 65:13,21 66:13 80:24 81:3,14 82:9 84:6,10 92:12 96:8 97:14 103:23 139:4,8 145:9 148:9 150:18 150:23 155:1

**w**

**w** 41:19 123:9
**wait** 99:17 115:9 161:3
**waiting** 13:1 88:21
**waive** 159:15
**wan** 1:19
**want** 23:13 26:5 36:24 57:22 62:13 68:23 77:10 83:5 85:17 88:3 99:10 101:2,21 104:13,21 105:1 117:10 122:3 135:2,21 142:8 143:11 144:9 161:4,5
**wanted** 24:9 40:11
**wanting** 108:19 108:20
**wants** 87:13,16 108:13
**waste** 88:8
**wasting** 35:6 35:14 110:17
**waves** 138:4 139:3
**way** 12:12 24:16 26:8 36:10 96:12 105:25 131:4 131:23 132:2 132:15 141:16 149:15 152:6
**ways** 126:14 132:17
**we've** 39:21
**wealthy** 142:25
**website** 62:11
**wechat** 3:10 25:8,11,12 27:5,10,11,12 27:15,18,25 28:5,9,12,17 38:5,13 39:3 39:20,23 40:16 42:6,20 44:24 45:6 63:3 119:24
**wednesday** 161:14
**wei** 41:18,20
**weird** 10:17
**weiteli** 123:8 123:13 124:7
**welcomed** 137:3
**west** 1:17
**whatsoever** 36:15
**whoa** 87:20,20 87:20 111:23 111:24 115:8,8 115:9,9 133:7

133:7 134:22 134:22 136:3,3 136:3
**willful** 19:25 20:4,5 57:13 57:16 58:9 59:6,25 60:12
**win** 121:12
**withdraw** 16:12
**witness** 4:18 5:6 6:10,18 7:4 7:19 8:7,20 9:12 11:2,20 12:7,24 13:12 13:23 14:3,16 15:1 17:5,20 19:21 21:20 23:2,7 24:2,25 25:13 28:2 32:16,22,23,25 34:1,6,16,19 35:19 36:9 38:4,12 42:10 42:19 43:25 45:4,14,25 46:7,13,20 47:25 50:10,20 53:8 54:4 55:14 56:19 62:8,9 63:15 64:15,20 65:6 65:10,19 67:21 69:2,8,10,14,18 69:20,22 70:8 70:15 72:11,13 72:14,20,22,23 74:24 75:2,9 76:1,11,13 78:18,23,25 79:4,6,17,20 80:3,5,21 81:12 82:25 83:15,24 84:14 86:22 87:13 88:6,6,8,11,12 89:2,22 91:18 92:8 95:8 98:12 99:3,18 101:1,9 102:5 102:8 104:9 106:19 107:16 108:2,9,12,17 108:20,21,25 109:3,5,11 112:5,16 115:21 116:1 116:17 117:14 118:11,24 119:15 120:20 120:25 121:21 122:6 123:7 125:1,14 126:10,18 127:6,21 128:9 128:18 129:6 130:2,14,24 131:9,10,13,14 131:17,20,22 131:25 132:6 132:11,14,18 133:14,15,16 133:22 134:5 134:15,15,16 135:3,8,19,23 135:24 136:12 137:13,25 138:13 139:12 140:2 141:10 143:10,24 144:2,5,23 145:3,18 149:9 151:6 152:19 153:1 154:13 157:2 163:7,12 163:15,16,18 164:4 166:8,10 166:12,18
**woman** 48:22
**word** 18:17,22 25:9 31:3 43:14 47:2 55:17 57:15 59:10,12 90:7 93:3 104:23 115:2 118:7
**words** 14:10 119:7
**work** 10:24 30:3,16 44:22 145:8,8
**workday** 161:18,19
**workdays** 161:12,13,15 161:17
**worked** 30:9
**working** 22:16 22:18 91:7
**works** 45:19 141:11
**world** 128:21 129:12 138:23
**worries** 4:16
**write** 62:21
**written** 14:5 79:19
**wrong** 134:17 142:19

**x**

**x** 3:1,6 164:23
**xianghuo** 1:7 1:11 2:12 17:21 46:16,21 46:22,23 47:11 58:25 148:20 148:25 149:3 152:10,14,17 152:18,20 153:2 166:4 167:1 168:1
**xianghuo's** 144:13

**y**

**y** 59:17
**yang** 2:13,17 3:4 4:10,14,24 5:1,3,16 6:9,22 7:16 8:5,17

9:10,18 10:4,7 10:9,13,15,18 10:23 11:1,19 12:20 14:2,15 15:4,17 16:4 16:16 17:4,19 18:18,21 19:8 19:19 20:9,18 21:2,18 24:1 26:1,22 27:6 28:1 29:2,8,20 30:4,11,17 31:5,15 32:1 32:12,15 33:1 33:6,11,13,17 33:24 34:3,10 34:14,17,22 35:5,10,13,17 35:24 36:18,21 37:2,11,16,18 37:20 38:14,16 38:18,22 39:4 39:14 40:6 41:1,6,25 42:9 42:21 43:2,9 43:23 44:5 45:10,20,23,24 46:6 49:1,8 51:8 52:5,23 53:7,17 55:13 55:25 56:17 57:6,18,22,24 58:2,10,16,23 59:7,13,21 60:1,8,13 62:7 63:14 64:1 66:9 68:7,14 68:21,25 69:6 69:8 70:23 72:9,15,16 74:1,23 75:15 75:24 76:20,25 77:3,5,8,13,19 77:22 78:5,14 78:17,18,21,22 78:24 79:2,23 80:1,7 82:15 82:24 83:9,12 83:22 86:5,21 87:2,12,18,25 88:10,14 91:22 94:5 95:4,14 96:23 98:11 99:1,11 100:12 100:24 101:8 101:23 103:8 103:12,15 104:7,17 105:3 105:11,14,17 105:19 106:9 106:18,22 107:2,10,12,15 107:21,25 108:2,5,8,12,17 108:21,25 109:5,9,18,22 109:25 110:13 110:16,21,25 111:3,8,14,16 111:18,21,25 112:4,8,10,15 112:19,21,25 113:11,15,19 113:25 114:4 114:12,15,23 115:4,7,24 116:8,15 117:1 117:12,22 118:5,19,22 119:13 121:15 121:18 122:5 122:17,19 123:2 124:24 125:13 126:9 126:16 127:5 127:19 128:7 128:16 129:4 129:25 130:13 130:23 131:6 131:14 132:4 132:21,24 133:4,9,12,19 134:9,12,19 135:22 136:9 137:12,15,19 137:23 140:12 140:21 141:1,4 143:4,12 145:2 145:17 146:1,6 146:11,18,25 147:4,12,17,21 148:3,4,19,23 149:4,7,10,24 150:1 151:3,16 152:3,13,17 153:6,12,13,19 153:22 154:1,2 154:11,15,21 154:22 155:6 155:10,20 156:24 157:11 157:13,17,19 157:25 158:6 158:11,12,17 159:7,12,13,18 159:22 160:1,6 160:9,12,19,24 161:6,11,15,17 161:21 162:1,3 166:1,2

**yeah** 4:3 5:14 16:23 17:14 25:14 33:17 37:13 38:20 45:4 54:20 55:8 58:16,23 66:8 69:15 72:16 77:8,13 77:19,21,22 80:4 88:1,10 90:24 91:6 98:24 104:2 106:22 110:8 111:2 113:19 114:4 129:24 133:4,12 137:19,23 140:18 144:3 147:3 155:17 157:21 160:15

**year** 67:7,7 82:5,8 84:21 84:25 92:5 97:19 120:10 151:2
**year's** 71:16 92:10 124:1
**years** 29:18 85:3
**yelling** 114:16 114:17,22

**z**

**z** 41:17,19,19 41:19 152:7
**zero** 118:17
**zhang** 41:18,21
**zhen** 41:18,21
**zheng** 1:11 2:3 4:7,17 7:3 12:23 33:20 34:17 88:2,22 88:23 114:16 114:24 146:25 147:13 148:5 148:15 151:17 152:4,9 153:7 153:14 154:3 154:16,18,23 155:21 157:18 158:13,25 159:7,15,21,22 159:23 166:5 167:2,24 168:2 168:4,12
**zhonggang** 40:23 45:15 46:2,14,17,21 46:23,25 47:11 47:12 65:12,22 66:16,18 67:5 67:6,9,11,17,22 67:23 68:2 69:3,20 71:12 73:15 81:16,22 82:13,23 83:7 84:15,20 92:9 92:11,14 95:22 99:4,6 120:11 120:13,21,22 123:12 124:2 124:11,20 125:11,16,17 125:19 131:16 133:14 150:22 150:25 151:17 151:19,20,23 151:24,25 152:5,5,10,13 152:15,21,21 152:23 153:2,3 154:25 155:1
**zhonggang's** 66:3 81:14,17 81:19 125:21 125:22 126:7 126:24 127:2 128:24 129:2 129:17 130:7 130:11,16 131:8,20 133:25
**zhou** 30:22

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.