**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan
Plaintiff,
v.
Xianghuo, et al.
Defendant.

Case No.: 1:25−cv−05003
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2026:

MINUTE entry before the Honorable M. David Weisman: The Court's 9/1/26 order [145] is amended to state: Plaintiff Cong Tan's motion for extension of time to file response to Defendant's motion to compel and for sanctions [144] is granted up to and including Wednesday, 9/3/26. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.