**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

Plaintiff,

v.

Xianghuo, et al.

Defendant.

Case No.: 1:25−cv−05003
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 18, 2026:

MINUTE entry before the Honorable M. David Weisman: For the reasons stated in the attached order, Defendant's motion to compel deposition testimony of Plaintiff Cong Tan [140] is granted in part. No later than 9/25/26, Defendant may submit 25 written deposition questions (no subparts) to Plaintiff for complete and full responses. See Fed. R. Civ. P. 31. If Plaintiff has an appropriate objection based on privilege, he shall so state. Ruling set for 9/22/26 is stricken. Status hearing set for 10/20/26 at 9:30 a.m. Joint status report due by noon on 10/19/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.