**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan
Plaintiff,
v.
Xianghuo, et al.
Defendant.

Case No.: 1:25−cv−05003
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2026:

MINUTE entry before the Honorable M. David Weisman: Plaintiff's response to Defendant's motion to compel supplemental written discovery responses [151] is due 10/2/26. Ruling set for 10/20/26 at 9:30 a.m. The parties are directed to meet and confer (by telephone or video conference) no later than 10/12/26 in a further attempt to resolve the disputed issues. Brief status report setting forth the remaining issues for resolution is due by COB on 10/16/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.