**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

CONG TAN,

Plaintiff,

v.

DONGGUAN XIANGHUO TRADING CO., LTD. d/b/a XIANGHUO,

Defendant.

Case No. 1:25-cv-05003

Judge John J. Tharp Jr.
Magistrate Judge M. David Weisman

**DECLARATION OF YI FANG IN SUPPORT OF DEFENDANT XIANGHUO'S MOTION TO STAY PROCEEDINGS**



**SHM LAW FIRM**
1220 W Barkley Ave, Orange, CA 92868
(650) 613-9737

I, Yi Fang, declare as follows:

1. I am over the age of 18 and fully competent to make this Declaration. I am an attorney licensed to practice in California, a member in good standing of the State Bar of California, and a member of SHM Law Firm. Except as otherwise stated, the facts set forth herein are based on my personal knowledge, and I could and would testify competently to them if called as a witness.

2. I submit this Declaration in support of Defendant Xianghuo's Motion to Stay Proceedings Pending Ex Parte Reexamination and for an Interim Stay of Discovery. Exhibit A is a true and correct copy of the USPTO's September 29, 2026 Final Office Action in Ex Parte Reexamination No. 90/015,535. Exhibit B is a true and correct compilation of relevant email correspondence between counsel.

3. I personally sent or received the emails summarized below. The chronology below uses Pacific Time ("PT"). Exhibit B reproduces the emails as maintained, including timestamps displayed in different time zones. In the table, "Fang" refers to me, and "Liu" refers to Plaintiff's counsel Liu Zheng.

| **Date (PT)** | **Sender** | **Correspondence / Event** | **Reference** |
|---|---|---|---|
| Sept. 23, 8:02 a.m. | Fang | Proposed Oct. 11 conference regarding depositions and written discovery | Ex. B at 3 |
| Sept. 24, 8:04 a.m. | Liu | Requested an earlier conference. | Ex. B at 2–3 |
| Sept. 27, 3:54 a.m. | Fang | Proposed Oct. 8 conference to accommodate Liu's request. | Ex. B at 2 |
| Oct. 11, 9:41 p.m. | Liu | Proposed Oct. 12 or 13 conference. | Ex. B at 2 |



SHM LAW FIRM
1220 W Barkley Ave, Orange, CA 92868
(650) 613-9737

| | | | |
|---|---|---|---|
| Oct. 13, 12:27 a.m. | Fang | Proposed Oct. 13 at 5:00 p.m. PT, within Liu's requested window, to discuss discovery disputes and both proposed stays. | Ex. B at 1 |
| Oct. 13, 4:53 p.m. | Fang | Followed up after receiving no confirmation of the proposed conference; renewed requests for Plaintiff's position on both stays. | Ex. B at 9–10 |
| Oct. 13, 8:03 p.m. | Liu | Requested time to consult Plaintiff regarding the proposed stays and proposed a further conference. | Ex. B at 8 |
| Oct. 13, 9:00 p.m. | Fang | Reiterated intent to file on Oct. 14 due to imminent deadlines while remaining willing to confer on Oct. 15 and promptly inform the Court of any agreement. | Ex. B at 7 |

4. The initial correspondence concerned outstanding discovery disputes, including the depositions of Weizhen Zhang and "J" and supplemental written discovery (ECF No. 151). As reflected above, I proposed conference dates and adjusted the proposed timing in response to Plaintiff's counsel's requests. Ex. B at 2–5.

5. On October 13, within the date range proposed by Plaintiff's counsel, I proposed a conference for 5:00 p.m. PT to address the outstanding discovery disputes and Xianghuo's proposed stays. In the same email, I first notified Plaintiff's counsel of Xianghuo's intended motion based on the September 29 Final Office Action and expressly requested Plaintiff's position on both a full stay and an interim discovery stay. Having received no confirmation of the proposed conference, I followed up at 4:53 p.m. PT. The proposed October 13 conference did not take place. Ex. B at 1–2, 9–10.

6. Later on October 13, I again requested Plaintiff's position on both proposed stays, citing the imminent Court-ordered deadlines. Plaintiff's counsel



SHM LAW FIRM
1220 W Barkley Ave, Orange, CA 92868
(650) 613-9737

responded that he needed time to consult with Plaintiff regarding the proposed stays and requested a further conference. I reiterated Xianghuo's intent to file promptly while remaining willing to confer, and subsequently sent a Zoom invitation. Ex. B at 6–10.

7. As of the execution of this Declaration, Plaintiff's counsel had not stated whether Plaintiff agreed to or opposed either the requested full stay or the interim discovery stay. The parties had not reached an agreement on either request.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026 in Shenzhen, China.

*/s/ Yi Fang*

Yi Fang



**SHM LAW FIRM**
1220 W Barkley Ave, Orange, CA 92868
(650) 613-9737