**Re:Re: Re: Re: Tan v. Xianghuo, No. 1:25-cv-05003 – Contact Information Pursuant to Dkt. 147**

发件人 方易<fang.yi@shm.law>

收件人 Zheng<bjliuzheng@gmail.com>

抄送人 Andy.Liu<andy.liu@aptumlaw.us>,Tina.Jin<tina.jin@aptumlaw.us>,杨乾武律师<yang@shm.law>, ibeauty<ibeauty@shm.law>

时间 2026年10月13日 周二 15:27

---

Dear Counsel,

Ahead of our scheduled meet-and-confer pursuant to ECF No. 152, which we propose holding today, October 13, 2026, at 5:00 p.m. Pacific Time, we propose addressing a threshold issue first.

On September 29, 2026, the USPTO issued a Final Office Action in Ex Parte Reexamination No. 90/015,535, maintaining the rejection of the asserted patent's sole claim under 35 U.S.C. § 102(a)(1). In light of this development, Defendant intends to move to stay the proceedings pending completion of the reexamination.

Because the proposed stay could directly affect the necessity, scope, and timing of further discovery, we propose discussing it first and request Plaintiff's position on:

1. Whether Plaintiff agrees to a stay pending completion of the reexamination; and
2. If not, whether Plaintiff agrees to a temporary stay of further discovery pending the Court's ruling on Defendant's motion.

We will also confer in good faith regarding the outstanding discovery disputes identified in ECF No. 151 and Plaintiff's opposition (ECF No. 153), as required by ECF No. 152, and seek to narrow or resolve those disputes.

Please confirm whether the proposed time works for you and that we may address these matters during the conference.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng<bjliuzheng@gmail.com> On Monday, Oct 12, 2026, 12:41 wrote:

> Counsel,
>
> October 8 does not work. Can we do October 12 or 13 please.
>
> On Sun, Sep 27, 2026 at 6:54 PM 方易 <fang.yi@shm.law> wrote:
>
>> Counsel,
>>
>> We would also like to use the meet and confer to discuss any issues concerning your response to our Motion to Compel Supplemental Written Discovery, which is due on October 2.
>>
>> We propose October 8 at 5:00 p.m. Pacific Time for the meet and confer. Please let us know if that time works for you.
>>
>> Best,
>>
>> Yi Fang
>> He/Him/His
>> Admitted in California
>> Associate
>> SHM Law Firm
>> M: +86 13652448337 | T: +86 755 8326 6693
>> 25F, China Resources Tower
>> 2666 Keyuan South Road, Nanshan District
>> Shenzhen, China, 518052
>>
>> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.
>>
>> Liu, Zheng<bjliuzheng@gmail.com> On Thursday, Sept 24, 2026, 23:04 wrote:
>>
>>> Hello,

October 11th is too late because the deadline is October 20th. We want to have a date early next week, so please propose something then. Otherwise, we will have to file a motion first .

Sent from Gmail Mobile

On Wed, Sep 23, 2026 at 23:02 方易 <fang.yi@shm.law> wrote:

> Counsel,
>
> We are available to meet and confer on October 11 at 5:00 p.m. Pacific Time regarding Mr. Weizhen Zhang and "J" (Jiang Shaomian). For clarity, our firm does not represent either individual and is not authorized to accept service or commit either individual to appear for a deposition.
>
> We will also discuss Plaintiff's responses to Defendant's written discovery and any issues concerning Defendant's written deposition questions to be served pursuant to Dkt. 150 during the meet and confer.
>
> Best,
>
> Yi Fang
> He/Him/His
> Admitted in California
> Associate
> SHM Law Firm
> M: +86 13652448337 | T: +86 755 8326 6693
> 25F, China Resources Tower
> 2666 Keyuan South Road, Nanshan District
> Shenzhen, China, 518052
>
> NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.
>
> Zheng<bjliuzheng@gmail.com> On Thursday, Sept 24, 2026, 5:41 wrote:
>
>> Counsel,
>>
>> We request a meet and confer with you regarding a potential motion to compel defendant Xianghuo to produce Weizhen Zhang and "J" (Jiang Shaomian) for deposition for reasons explained below.
>>
>> On Mon, Sep 21, 2026 at 9:45 AM Liu, Zheng <bjliuzheng@gmail.com> wrote:
>>
>>> Counsel,

We request a meet and confer with you regarding a potential motion to compel defendant Xianghuo to produce Weizhen Zhang and “J” (Jiang Shaomian) for deposition for reasons explained below.

On Fri, Sep 18, 2026 at 10:33 PM Liu, Zheng <bjliuzheng@gmail.com> wrote:

> Counsel,
>
> We request a meet and confer with you regarding a potential motion to compel defendant Xianghuo to produce Weizhen Zhang and “J” (Jiang Shaomian) for deposition. Because Weizhen Zhang cannot be reached, despite significant efforts, based on the contact information provided your office; and because “J” (Jiang Shaomian) has refused to attend deposition without a deposition subpoena, and your office has not provdied a working method to serve your witness "J."
>
> If a meet and confer cannot resolve this issue, we plan to file a motion by the end of next week.
>
> Please let me know what dates next week work for you.
>
> 
>
> Zheng “Andy” Liu
> Attorney / **Aptum Law**
> A: 1660 South Amphlett Blvd., Suite 315, San Mateo, CA 94402
> P: (650) 475-6289
> E: Andy.Liu@aptumlaw.us W: www.aptumlaw.us
>
> On Tue, Sep 15, 2026 at 4:38 AM 方易 <fang.yi@shm.law> wrote:
>
>> Counsel,
>>
>> Pursuant to Dkt. 147, below is the contact information currently available to Xianghuo for “J” and Mr. Weizhen Zhang:
>>
>> **“J” (Jiang Shaomian / 江韶勉)**
>> Telephone: +86 135 3191 4778
>> Location: Chengdu, Sichuan Province, China
>>
>> **Weizhen Zhang / 张伟圳**
>> Work Telephone: +86 180 2628 2157
>> Email: weizhen_zhang1@outlook.com
>> Location: Wuhou District, Chengdu, Sichuan Province, China
>>
>> This information is provided pursuant to the Court’s September 9, 2026 Order.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

**Re:Re: Re: Re: Tan v. Xianghuo (25-cv-05003) - Request for Position on Proposed Motion to Stay**

发件人 方易<fang.yi@shm.law>

收件人 Zheng<bjliuzheng@gmail.com>

抄送人 Andy.Liu<andy.liu@aptumlaw.us>,Tina.Jin<tina.jin@aptumlaw.us>,ibeauty<ibeauty@shm.law>, 杨乾武律师<yang@shm.law>

时间 2026年10月14日 周三 12:15

---

Dear Counsel,

We have scheduled a meet-and-confer conference for October 14, 2026, at 6:00 p.m. Pacific Time, as proposed. Please find the Zoom details below.

**Topic:** Tan v. Xianghuo – Meet and Confer Regarding Outstanding Discovery Disputes and Proposed Stay

**Time:** October 14, 2026, at 6:00 p.m. Pacific Time

**Join Zoom Meeting:**

https://us05web.zoom.us/j/82810782220?pwd=N0uNzfasB0Bb2OpqLFUQNz74ffLQPh.1

**Meeting ID:** 828 1078 2220

**Passcode:** 2w8NxN

Please confirm your attendance.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng<bjliuzheng@gmail.com> On Wednesday, Oct 14, 2026, 12:01 wrote:

> I can meet and confer tomorrow at 6pm Pacific Time.
>
> On Tue, Oct 13, 2026 at 9:00 PM 方易 <fang.yi@shm.law> wrote:
>
> > Dear Counsel,

Thank you for your response. Given the imminent Court-ordered deadlines, particularly October 16, Xianghuo intends to proceed with filing its Motion to Stay today so that the Court has an opportunity to consider the requested interim relief.

We remain willing to confer on October 15 as proposed and to work toward an agreement that may narrow or resolve the issues requiring the Court's attention. We will promptly inform the Court of any agreement reached.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng<bjliuzheng@gmail.com> On Wednesday, Oct 14, 2026, 11:44 wrote:

> I can meet and confer tomorrow at 6pm Pacific Time. Your asking me to meet and confer with a one-day notice is unreasonable.
>
> On Tue, Oct 13, 2026 at 8:42 PM 方易 <fang.yi@shm.law> wrote:
>
>> Dear Counsel,
>>
>> Given the imminent Court-ordered deadlines, particularly the October 16 status-report deadline, Xianghuo intends to file its Motion to Stay on October 14, 2026, to allow the Court sufficient time to consider the requested interim relief.
>>
>> We remain willing to confer on October 15 at 6:00 p.m. Pacific Time. Filing the motion does not preclude further discussions or a subsequent joint stipulation.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

Zheng<bjliuzheng@gmail.com> On Wednesday, Oct 14, 2026, 11:03 wrote:

Can we meet and confer tomorrow at 6pm pacific time. I need time to discuss your proposed stays with plaintiffs

Sent from Gmail Mobile

On Tue, Oct 13, 2026 at 20:02 方易 <fang.yi@shm.law> wrote:

Dear Counsel,

We follow up once again regarding Xianghuo's proposed full stay and, alternatively, interim discovery stay.

We believe the requested relief is well supported by the applicable case law and would conserve judicial and party resources by avoiding potentially unnecessary discovery proceedings.

In a further effort to narrow the issues requiring Court intervention, we would appreciate your position on each request **within eight hours** of this email, particularly whether Plaintiff would agree to the interim stay even if it opposes the full stay.

Given the imminent Court-ordered deadlines, Xianghuo intends to proceed with filing its motion after that period if no response is received. We remain willing to confer in good faith, including regarding the outstanding discovery disputes under ECF No. 152.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.

方易<fang.yi@shm.law> On Wednesday, Oct 14, 2026, 7:53 wrote:

Dear Counsel,

We follow up on our October 13 email proposing a meet-and-confer at 5:00 p.m. Pacific Time today. We have not yet received your confirmation.

As stated in our earlier email, Xianghuo intends to move to stay the proceedings in light of the USPTO's September 29 Final Office Action. We again request Plaintiff's position on the following two forms of relief:

1. Full Stay: Staying the entire action, including proceedings before Magistrate Judge Weisman, pending final resolution of Ex Parte Reexamination No. 90/015,535 or further Court order.

2. Interim Stay: Even if Plaintiff opposes the full stay, temporarily suspending the October 16 and 19 reporting deadlines, the October 20 status hearing and anticipated ruling on ECF No. 151, the October 23 deposition deadline, and related discovery obligations under ECF Nos. 147, 149–150, and 152, pending resolution of Xianghuo's stay motion, with the existing briefing on ECF No. 151 preserved.

Separately, we remain available to meet and confer regarding the outstanding discovery disputes addressed in ECF Nos. 151 and 153, as

directed by ECF No. 152. If today's proposed time is unavailable, please promptly propose an alternative time for a telephone or video conference.

Given the imminent Court-ordered deadlines, Xianghuo intends to proceed with filing its motion without awaiting Plaintiff's agreement. We would nevertheless appreciate Plaintiff's prompt response to each requested form of relief, particularly whether Plaintiff would agree to the interim stay even if it opposes the full stay.

Best regards,

Yi Fang
He/Him/His
Admitted in California
Associate
SHM Law Firm
M: +86 13652448337 | T: +86 755 8326 6693
25F, China Resources Tower
2666 Keyuan South Road, Nanshan District
Shenzhen, China, 518052

NOTICE: The content of this communication, including any attachments, may be privileged and confidential. If you received this message in error, please notify the sender promptly via return email, and then delete this message and its attachments without making copies or revealing its contents to others. We appreciate your cooperation.