**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan
Plaintiff,
v.
Xianghuo, et al.
Defendant.

Case No.: 1:25−cv−05003
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The defendant's motion for a stay of the entire action pending final resolution of Ex Parte Reexamination No. 90/015,535 of U.S. Design Patent No. D1,054,752 [154] is taken under advisement. Plaintiff shall file a statement of position by 10/19/2026. The Court requests that Magistrate Judge Weisman address the request for an interim stay of discovery and the 10/16 and 10/19 deadlines pending resolution of the motion to stay. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.