**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Cong Tan

Plaintiff,

v.

Case No.: 1:25−cv−05003
Honorable John J. Tharp Jr.

Xianghuo, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 15, 2026:

MINUTE entry before the Honorable M. David Weisman: Discovery on the 10/16/26 and 10/19/26 deadlines set by this Court are hereby stayed pending resolution of Defendant's Motion to Stay Proceedings [154]. The ruling and status hearings set for 10/20/26 are stricken. Status hearing is set for 11/23/26 at 9:15 a.m. Joint status report due by noon on 11/20/26. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.