# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information through PACER. Please click HERE for instructions.

**If your contact information is correct in PACER but not in CM/ECF, please send an email from your law firm email address to: ECF_PasswordResets_ILND@ilnd.uscourts.gov to request an update to your information..*

Name Jing Chen

Firm Beijing Zhongjian (Shenzhen) Law Firm

Street Address 26/F, Tower 3, One Excellence, 5109 Menghai Avenue

City/State/Zip Code Shenzhen 518052, China

Phone Number +86 135 2872 3799

Email address chenjing@zhongjianlaw.com

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:25-cv-05003 | Tan v. Xianghuo | John J. Tharp, Jr. |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Jing Chen
Signature of Attorney

October 29, 2026
Date